| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 25-90160 (ARP) |
|---|---|---|---|
| | Debtor | In Re: | SUNNOVA ENERGY INTERNATIONAL INC., et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jason N. Zakia<br>White & Case LLP<br>111 South Wacker Drive, Suite 5100<br>Chicago, Illinois 60606-4302<br>Tel: 312-881-5400 / jzakia@whitecase.com<br>FL Bar 69812; IL Bar 6270866<br>S.D. Fla. 698121; N.D. Ill. 6270866; 1st Cir. 1177365 |
|---|---|

| Name of party applicant seeks to appear for: | WHCO International SubCo DAC and AGF WHCO 1-A1 LP (collectively, the "Atlas TEPH Lenders") |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓____ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 6/9/2025 | Signed: | /s/ Jason N. Zakia |
|---|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated: | Clerk's signature: |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: _____          _____
                                                        United States Bankruptcy Judge