IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| SUNNOVA ENERGY INTERNATIONAL INC., *et al.*,[1] | ) ) ) ) | Case No. 25-90160 (ARP) |
| Debtors. | ) ) | (Jointly Administered) |

**REVISED NOTICE OF TELEPHONIC AND VIDEO CONFERENCE HEARING ON EMERGENCY FIRST DAY MOTIONS**

**PLEASE TAKE NOTICE** that the below matters are set for emergency hearing on **June 9, 2025, at 3:00 p.m. (prevailing Central Time)** before the Honorable Alfredo R. Pérez, United States Bankruptcy Judge, Courtroom 400, 4th Floor, 515 Rusk Street, Houston, Texas 77002 (the "Hearing").

In accordance with Sections A and I of the *Procedures for Complex Cases in the Southern District of Texas* (the "Complex Case Procedures"), the Hearing shall be held ***virtually only***. The Court will use both audio and video communication. If you want to see the documents as presented to the Court and hear the proceeding you should be (i) dialed in through the audio system and (ii) logged into the Court's video GoTo platform.

***Audio Participation***

Audio communication will be by use of the Court's regular dial-in number. The dial-in number is 832-917-1510. You will be responsible for your own long-distance charges. Judge

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/Sunnova. The location of Debtor Sunnova Energy International Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 20 East Greenway Plaza, Suite 540, Houston, Texas 77046.

1

Pérez's conference room number is 282694. Parties are encouraged to review the Court's procedures for telephonic appearances located at: https://www.txs.uscourts.gov/sites/txs/files/JP_Court_Procedures_8-21.pdf. Each person who speaks at the electronic hearing should be prepared to restate that person's name each time the person speaks in order to assist any transcriber of the audio recording.

### *Video Participation*

Any evidence and demonstrative exhibits will be offered by the Debtors from a remote location. Parties may participate in electronic hearings by use of an internet connection. The internet site is www.gotomeeting.com. A GoTo app is available for download to computers. It is recommended that you download the free GoTo app on each device that will be used to connect to a hearing. Connecting via web browser only may limit the availability of some GoTo features. Persons connecting by mobile device will need to download the free GoTo app.

Once connected to GoTo, a participant should enter the meeting code "judgeperez". A participant can also connect using the link on Judge Pérez's homepage on the Southern District of Texas website. Once connected to GoTo, click the settings icon in the upper right corner and enter your name under the person information setting.

Any witness presented by the Debtors will appear via audio and video connection. Any person wishing to cross examine the witness will be permitted to do so during the Hearing. All documents filed in these chapter 11 cases may be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein or on the website of the Debtors' claims and noticing agent, Kroll Restructuring Administration LLC, at https://restructuring.ra.kroll.com/Sunnova.

A. **Motions**

1. Notice of Designation as Complex Chapter 11 Bankruptcy Case [Docket No. 2].

2. Debtors' Emergency Motion for Entry of an Order (I) Directing Joint Administration of the Debtors' Chapter 11 Cases and (II) Granting Related Relief [Docket No. 3].

3. Debtors' Emergency *Ex Parte* Application for Entry of an Order Authorizing the Employment and Retention of Kroll Restructuring Administration LLC as Claims, Noticing, and Solicitation Agent [Docket No. 4]

4. Debtors' Emergency Motion for Entry of an Interim and Final Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief [Docket No. 5].

5. Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Maintain Insurance Coverage Entered Into Prepetition and Satisfy Prepetition Obligations Related Thereto, (B) Renew, Amend, Supplement, Extend, Purchase, Cancel, and Enter Into New Insurance Policies, (C) Honor Prepetition Payment Arrangements, (D) Continue to Pay Brokerage Fees and Commissions, and (E) Maintain Their Surety Bond Program; and (II) Granting Related Relief [Docket No. 6].

6. Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) File a Consolidated Creditor Matrix, (B) Redact or Withhold Certain Confidential Information of Customers, and (C) Redact Certain Personally Identifiable Information of Natural Persons (II) Waiving the Requirement to File a List of Equity Security Holders, (III) Approving the Form and Manner of Notifying Creditors of the Commencement of the Chapter 11 Cases and Other Information, and (IV) Granting Related Relief [Docket No. 7].

7. Debtors' Emergency Motion for Entry of an Order (I) Extending Time to File (A) Schedules and Statements and (B) Rule 2015.3 Financial Reports, (II) Modifying the Requirements of Bankruptcy Local Rule 2015-3, and (III) Granting Related Relief [Docket No. 8].

8. Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Using the Cash Management System, (B) Maintain Existing Bank Accounts, Business Forms, and Books and Records, and (C) Continue Intercompany Transactions, (II) Granting Administrative Expense Status to Postpetition Intercompany Transactions, and (III) Granting Related Relief [Docket No. 9].

9. Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to Maintain and Administer their Customer Programs and Honor Certain Prepetition Business Practices Related Thereto and (II) Granting Related Relief [Docket No. 10].

10. Debtors' <u>Emergency</u> Motion for Entry of an Order (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock, (II) Directing That Any Such Transfer or Declaration of Worthlessness in Violation of Such Procedures be Null and Void Ab Initio, and (III) Granting Related Relief [Docket No. 11].

11. Debtors' <u>Emergency</u> Motion for Entry of an Order (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief [Docket No. 12].

12. Debtors' <u>Emergency</u> Motion for Entry of an Order (I) Restating and Enforcing the Worldwide Automatic Stay, Anti-Discrimination Provisions, and Ipso Facto Protections of the Bankruptcy Code, (II) Approving the Related Form and Manner of Notice, and (III) Granting Related Relief [Docket No. 13].

13. Debtors' <u>Emergency</u> Motion for Entry of an Order (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, and (IV) Granting Related Relief [Docket No. 14].

14. Debtors' <u>Emergency</u> Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Settle Certain Dealer Claims; (II) Authorizing the Debtors to Pay Certain Prepetition Claims of (A) Critical Vendors, (B) 503(b)(9) Claimants, and (C) Lien Claimants; (III) Authorizing the Debtors to Require Favorable Trade Terms; (IV) Confirming Administrative Expense Priority of Outstanding Orders; and (V) Granting Related Relief [Docket No. 15].

15. Debtors' <u>Emergency</u> Motion for Entry of an Order (I) Authorizing and Approving the Private Sale of the Eligible Systems Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (II) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases, (III) Approving the ASPA Settlement and (IV) Granting Related Relief [Docket No. 24]

**B. General Related Documents**

1. *Matthews First Day Declaration*. Declaration of Paul Matthews, President and Chief Executive Officer of Sunnova Energy International Inc., in Support of Debtors' Chapter 11 Petitions [Docket No. 17].

2. *Claims Agent Declaration*. Declaration of Benjamin J. Steele in Support of the Debtors' <u>Emergency</u> *Ex Parte* Application for Entry of an Order Authorizing the Employment and Retention of Kroll Restructuring Administration LLC as Claims, Noticing, and Solicitation Agent  [Docket No. 4-2].

3. ***Omohundro First Day Declaration***. Declaration of Ryan Omohundro, Chief Restructuring Officer of Sunnova Energy International Inc., in Support of Debtors' First Day Motions [Docket No. 25]

4. ***Sale Declaration***. Declaration of Ryan Omohundro in Support of the Debtors' <u>Emergency</u> Motion for Entry of an Order (I) Authorizing and Approving the Private Sale of the Eligible Systems Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (II) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases, (III) Approving the ASPA Settlement and (IV) Granting Related Relief [Docket No. 27]

Houston, Texas
Dated: June 9, 2025

*/s/ Jason G. Cohen*

| | |
|---|---|
| **BRACEWELL LLP** | **KIRKLAND & ELLIS LLP** |
| Jason G. Cohen (TX Bar No. 24050435) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Jonathan L. Lozano (TX Bar No. 24121570) | Anup Sathy, P.C. (*pro hac vice* pending) |
| 711 Louisiana Street, Suite 2300 | 333 West Wolf Point Plaza |
| Houston, Texas 77002 | Chicago, Illinois 60654 |
| Telephone: (713) 223-2300 | Telephone: (312) 862-2000 |
| Facsimile: (800) 404-3970 | Facsimile: (312) 862-2200 |
| Email: jason.cohen@bracewell.com | Email: anup.sathy@kirkland.com |
| jonathan.lozano@bracewell.com | |

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Brian Schartz, P.C. (TX Bar No. 24099361)
Ciara Foster (*pro hac vice* pending)
Margaret Reiney (*pro hac vice* pending)
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:     brian.schartz@kirkland.com
           ciara.foster@kirkland.com
           margaret.reiney@kirkland.com

*Proposed Co-Counsel to the Debtors*        *Proposed Co-Counsel to the Debtors*
*and Debtors in Possession*                 *and Debtors in Possession*

6

**Certificate of Service**

      I certify that on June 9, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                      */s/ Jason G. Cohen*
                                                      Jason G. Cohen