IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>SUNNOVA ENERGY INTERNATIONAL INC., *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-90160 (ARP)<br><br>(Joint Administration Requested) |

**THE AD HOC DEALER GROUP'S OBJECTION TO DEBTORS' EMERGENCY MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING AND APPROVING THE PRIVATE SALE OF THE ELIGIBLE SYSTEMS ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS, (II) APPROVING THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES; (III) APPROVING THE ASPA SETTLEMENT AND (IV) GRANTING RELATED RELIEF**

The Ad Hoc Group of Sunnova Dealers (the "Ad Hoc Dealer Group"),[2] hereby files this objection (this "Objection") to the *Emergency Motion of the Debtors for Entry of an Order (I) Authorizing and Approving the Private Sale of the Eligible Systems Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests and (II) for Related Relief, Including, Without Limitation, Approval of the ASPA Settlement* [Docket No. 24] (the "Emergency Insider Sale Motion"),[3] filed by the above-captioned debtors and debtors-in-possession (collectively, "Debtors") and states as follows in support thereof:

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/Sunnova. The location of Debtor Sunnova Energy International Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 20 East Greenway Plaza, Suite 540, Houston, Texas 77046. "Sunnova" or the "Company" means, collectively, Sunnova Energy International Inc. and its Debtor and non-Debtor subsidiaries and affiliates.

[2] The members of the Ad Hoc Dealer Group currently include Amcon Companies L.L.C., Aveyo Solar, EXO Energy Inc., Hawaii Unified Industries, LLC, Icon Power, LLC, LGCY Power, Our World Energy, LLC, Powur, BPC, Radix Solar, Senga Energy LLC, Sunsolar Solutions, Inc., and Zeo Energy Corp.

[3] Capitalized terms used, but not defined herein have the meanings ascribed to them in the Emergency Insider Sale Motion.

**OBJECTION**

1. These chapter 11 cases were precipitated by a business model that depends almost entirely on the labor, capital, and credit of the Debtors' network of independent solar dealers, including the members of the Ad Hoc Dealer Group.

2. For years, the Debtors financed their extraordinary growth by incurring billions of dollars of debt, backed by the revenue streams generated by solar systems the Ad Hoc Dealer Group installed. But for months now, the Debtors have withheld the milestone payments owed to dealers for installing those revenue solar systems—even after recently further leveraging the revenue streams they generate to obtain $185 million in additional prepetition debt. In the main, SEC operates by generating liquidity both directly and indirectly from the revenue streams that the solar systems generate. Thus, the SEC-side dealers, and the revenue streams generated by the solar systems they install, are the economic heart of the Debtors' business. The Debtors' business operations are described in the declarations filed today in the bankruptcy cases.

3. Debtor Sunnova Energy Corporation ("SEC"), is one of the Sellers under the Emergency Insider Sale Motion.

4. The Ad Hoc Dealer Group includes twelve (12) SEC-side dealers, directly impacted by the Emergency Insider Sale Motion, filed at or around noon today.

5. There have been no prior discussions between the Ad Hoc Dealer Group and the Debtor Sellers concerning a transaction like the instant emergency private sale—a private sale on four hours' notice, free and clear of dealer rights and claims[4] in sale assets and related contracts to

---

[4] The Debtors have no right to further leverage or use the revenues generated by unpaid solar systems. Under long-settled equitable principles and applicable Texas state law, and otherwise, the Ad Hoc Dealer Group's members have the superior interest in SEC's rights to receive those funds—and simultaneously to the customers' corresponding rights to withhold such funds—until the dealers' claims are satisfied in full. The members of the

non-Debtor Sunnova TEP Holdings, LLC ("Buyer"), an insider of the Debtor sellers, including SEC. This is particularly troubling, as based on an initial review of the many papers filed this morning, material details are left unclear to the Court, the Ad Hoc Dealer Group, and other stakeholders. For example, a list of the solar systems and related assets that are actually being sold does not appear to have been filed or otherwise identified.

6. It is hornbook law that a free and clear sale, under Bankruptcy Code section 363(b), and applicable non-bankruptcy law, to insiders, is subject to strict scrutiny, particularly when such sale is on limited notice, or - as is the case here—effectively, on an *ex parte* basis. Here, from all appearances, the Ad Hoc Dealer Group's claims and interests are being stripped away, on the first day of this case, without any real notice. Hopes that non-SEC stakeholders will fairly compensate members of the Ad Hoc Dealers Group for the loss of those claims and interests after they have been impaired (on which hopes the Debtors pin their claim that the dealers will not be prejudiced), is mere speculation at best.

7. The Court should continue the hearing on this Motion to avoid undue prejudice and harm to the members of the Ad Hoc Dealer Group and other stakeholders, and provide interested parties with the opportunity for full and fair opportunity to respond.

## RESERVATION OF RIGHTS

8. The Ad Hoc Dealer Group reserves all of its rights with respect to any filing by the Debtors, any lender, or any other party, and further reserves its rights to supplement and/or amend

---

Ad Hoc Dealer Group, of course, assert such claims and rights in respect of the Emergency Insider Sale Motion and object to any sale that is not such to the same.

Additionally, the members of the Ad Hoc Dealer Group dispute the Debtors' claim that ownership of any solar system would "automatically transfer" when SEC had no intention of paying for the equipment procured and work performed. Any such reference to the automatic transfer of ownership prior to payment in full was at best intended to govern the timing of the transfer of title, not to permit SEC to effectively acquire a dealer's equipment and services without payment.

3

this Objection or submit any declaration or other evidence in support of this Objection. The Ad Hoc Dealer Group also expressly reserves its rights to raise additional or further objections to the Emergency Insider Sale Motion and any subsequent order with respect to the Emergency Insider Sale Motion, and to present evidence in support of this Objection, at or prior to any hearing on any basis. Nothing in this Objection constitutes an admission by the Ad Hoc Dealer Group with respect to any matter or issue.

## CONCLUSION

9.   WHEREFORE, for all of the foregoing reasons, the Ad Hoc Dealer Group respectfully requests that deny the Emergency Insider Sale Motion without prejudice, and grant the Ad Hoc Dealer Group such other and further relief as the Court deems just and equitable.

Respectfully submitted,

**BLANK ROME LLP**

Dated: June 9, 2025

*/s/ Joseph M. Welch*
Joseph M. Welch (Bar No. 24135531)
4 Park Plaza, Suite 450
Irvine, CA 92614
Tel: (949) 812-6000
Joseph.Welch@blankrome.com

Ira L. Herman (Bar No. 24063314)
717 Texas Avenue, Suite 1400
Houston, TX 77002
Tel: (713) 228-6601
Ira.Herman@blankrome.com

Michael B. Schaedle
Matthew E. Kaslow
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103
Tel: (215) 569-5500
Mike.Schaedle@blankrome.com
Matt.Kaslow@blankrome.com

4

*Counsel for Ad Hoc Dealer Group*

5

**CERTIFICATE OF SERVICE**

I certify that on June 9, 2025, I electronically filed the foregoing document with the Clerk of the Court for the U.S. Bankruptcy Court for the Southern District of Texas, using the CM/ECF system. The ECF system will send a "Notice of Electronic Filing" to all counsel of record who have consented in writing to accept service of this document by electronic means.

*/s/ Joseph M. Welch*
Joseph M. Welch
