**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| SUNNOVA ENERGY INTERNATIONAL INC., *et al.*,[1] | § | Case No. 25-90160 (ARP) |
| | § | |
| | § | (Jointly Administered) |
| Debtors. | § | |
| | § | |

**MASTER SERVICE LIST AS OF JUNE 18, 2025**

Pursuant to the *Order Granting Complex Chapter 11 Bankruptcy Case Treatment* [Docket No. 20], the debtors and debtors in possession (collectively, the "Debtors") hereby submit the attached consolidated Master Service List, which designates the parties to be served for any motion or pleading requiring notice, effective as of June 18, 2025.

*[Remainder of page intentionally left blank]*

---

[1]   A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/Sunnova.  The location of Debtor Sunnova Energy International Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 20 East Greenway Plaza, Suite 540, Houston, Texas 77046.

**Exhibit A**

Sunnova Energy International Inc., *et al.*
Master Service List
Case No. 25-90160 (ARP)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|
| COUNSEL TO COLLIN COUNT, COLLIN COLLEGE, CITY OF PLANO, CITY OF MCKINNEY, MCKINNEY ISD, CELINA ISD, CITY OF CELINA, CITY OF MURPHY, CITY OF JOSEPHINE, COMMUNITY ISD, COLLIN COUNTY MUD, PARIS JUNIOR COLLEGE, CITY OF PARIS, ROYSE CITY ISD, VAN ALSTYNE ISD, CITY OF SHERMAN | ABERNATHY, ROEDER, BOYD & HULLETT, P.C. | ATTN: PAUL M. LOPEZ, LARRY R. BOYD, EMILY M. HAHN | 1700 REDBUD BLVD. | STE. 300 | MCKINNEY | TX | 75069 | 214-544-4000 | 214-544-4040 | LBOYD@ABERNATHY-LAW.COM PLOPEZ@ABERNATHY-LAW.COM EHAHN@ABERNATHY-LAW.COM |
| COUNSEL TO AUTOMOTIVE RENTALS, INC. AND ARI FLEET LT (COLLECTIVELY "ARI") | ADAMS AND REESE LLP | ATTN: RICARDO ("RICHARD") A. AGUILAR, ESQ, MARK J. CHANEY, III, ESQ. | 701 POYDRAS STREET | 45TH FLOOR | NEW ORLEANS | LA | 70139 | 504-585-0239; 504-585-0475 | 504-586-6570; 504-586-6550 | RICHARD.AGUILAR@ARLAW.COM MARK.CHANEY@ARLAW.COM |
| TOP 30 UNSECURED CREDITORS | AON RISK SERVICES SOUTHWEST, INC. | ATTN: LORI GOLTERMANN CHIEF EXECUTIVE OFFICER, NORTH AMERICA AND GLOBAL REGIONS | 200 E. RANDOLPH STREET | | CHICAGO | IL | 60601 | 312-381-1000 | | LORI.GOLTERMANN@AON.COM |
| COUNSEL TO THE DIP AGENT | ARNOLD PORTER KAYE SCHOLER LLP | ATTN: ALAN GLANTZ | 250 WEST 55TH STREET | | NEW YORK | NY | 10019-9710 | | | ALAN.GLANTZ@ARNOLDPORTER.COM |
| COUNSEL TO ALTER DOMUS (US) LLC, SOLELY IN ITS CAPACITY AS DIP AGENT | ARNOLD PORTER KAYE SCHOLER LLP | ATTN: CHRISTOPHER M. ODELL | 700 LOUISIANA STREET, SUITE 4000 | | HOUSTON | TX | 77002-2755 | 713-576-2400 | 713-576-2499 | CHRISTOPHER.ODELL@ARNOLDPORTER.COM |
| COUNSEL TO ALTER DOMUS (US) LLC, SOLELY IN ITS CAPACITY AS DIP AGENT | ARNOLD PORTER KAYE SCHOLER LLP | ATTN: SARAH GRYLL | 70 WEST MADISON STREET, SUITE 4200 | | CHICAGO | IL | 60602-4231 | 312-583-2300 | 312-583-2360 | SARAH.GRYLL@ARNOLDPORTER.COM |
| STATE OF MARYLAND ATTORNEY GENERAL | ASSISTANT ATTORNEY GENERAL | OFFICE OF ATTORNEY GENERAL | ATTN: JAMES M.C. MCHALE | 200 ST. PAUL PLACE | BALTIMORE | MD | 21202 | 410-576-6383 | | JMCHALE@OAG.STATE.MD.US |
| TOP 30 UNSECURED CREDITORS | BAKER BOTTS LLP | ATTN: PAUL EICHELMAN, CHIEF FINANCIAL OFFICER | 910 LOUISIANA STREET | | HOUSTON | TX | 77002 | 212-408-2500 | | PAUL.EICHELMAN@BAKERBOTTS.COM |
| COUNSEL TO THE AD HOC GROUP OF SUNNOVA DEALERS | BLANK ROME LLP | ATTN: IRA L. HERMAN | 717 TEXAS AVENUE, SUITE 1400 | | HOUSTON | TX | 77002 | 713-228-6601 | | IRA.HERMAN@BLANKROME.COM |
| COUNSEL TO THE AD HOC GROUP OF SUNNOVA DEALERS | BLANK ROME LLP | ATTN: JOSEPH M. WELCH | 4 PARK PLAZA | SUITE 450 | IRVINE | CA | 92614 | 949-812-6000 | | JOSEPH.WELCH@BLANKROME.COM |
| COUNSEL TO THE AD HOC GROUP OF SUNNOVA DEALERS | BLANK ROME LLP | ATTN: MICHAEL B. SCHAEDLE, MATTHEW E. KASLOW | ONE LOGAN SQUARE 130 NORTH 18TH STREET | | PHILADELPHIA | PA | 19103 | 215-569-5500 | | MIKE.SCHAEDLE@BLANKROME.COM MATT.KASLOW@BLANKROME.COM |
| TOP 30 UNSECURED CREDITORS | BLUE SKY SMART SOLUTIONS INC. | ATTN: GREG BENNETT, CHIEF EXECUTIVE OFFICER | 2116 DELAWARE STREET | | LAWRENCE | KS | 66046 | 888-677-2992 | | GREG.BENNETT@BLUESKYSMARTSOLUTIONS.COM |
| PROPOSED COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION | BRACEWELL LLP | ATTN: JASON G. COHEN, JONATHAN L. LOZANO | 711 LOUISIANA STREET, SUITE 2300 | | HOUSTON | TX | 77002 | 713-223-2300 | 800-404-3970 | JASON.COHEN@BRACEWELL.COM JONATHAN.LOZANO@BRACEWELL.COM |
| TOP 30 UNSECURED CREDITORS | CITADEL ROOFING AND SOLAR SST | ATTN: DIETER FOLK, PRESIDENT | JAJ ROOFING | 4980 ALLISON PARKWAY | VACAVILLE | CA | 95688 | 707-446-5500 | | DFOLK@CITADELRS.COM |
| COUNSEL TO THE AD HOC GROUP OF ABS LENDERS | DAVIS POLK & WARDWELL LLP | ATTN: DAMIAN S. SCHAIBLE, JONAH A. PEPPIATT, ANGELA M. LIBBY | 450 LEXINGTON AVENUE | | NEW YORK | NY | 10017 | | | DAMIAN.SCHAIBLE@DAVISPOLK.COM JONAH.PEPPIATT@DAVISPOLK.COM ANGELA.LIBBY@DAVISPOLK.COM |
| TOP 30 UNSECURED CREDITORS | DELOITTE TAX LLP | ATTN: JOE UCUZOGLU, CHIEF EXECUTIVE OFFICER | 4022 SELLS DR | | HERMITAGE | TN | 37076 | 212-436-4020 | | JUCUZOGLU@DELOITTE.COM |
| TOP 30 UNSECURED CREDITORS | EXO ENERGY INC. | ATTN: WESLEY CALLAND, OWNER | 1358 LA MIRADA DR | | SAN MARCOS | CA | 92078 | 888-463-9667 | | WESLEY@GOEXOENERGY.COM |
| COUNSEL TO DYNAMIC SLR INC | FERGUSON BRASWELL FRASER KUBASTA PC | ATTN : MEGAN F. CLONTZ | 2500 DALLAS PARKWAY | SUITE 600 | PLANO | TX | 75093 | 972-378-9111 | 972-378-9115 | MCLONTZ@FBFK.LAW |
| TOP 30 UNSECURED CREDITORS | FREEDOM FOREVER, LLC | ATTN: BRETT BOUCHY, CHIEF EXECUTIVE OFFICER | 43445 BUSINESS PARK DR. | SUITE 110 | TEMECULA | CA | 92590 | 888-557-6431 | | BBOUCHY@FREEDOMFOREVER.COM |
| COUNSEL TO LENNAR HOMES, LLC ("LENNAR") | GOODWIN PROCTER LLP | ATTN: DAVID W. BERNSTEIN, ALEXANDER J. NICAS, ARTEM SKOROSTENSKY, MEREDITH MITNICK | THE NEW YORK TIMES BUILDING | 620 EIGHTH AVENUE | NEW YORK | NY | 10018 | 212-813-8800 | | DAVIDBERNSTEIN@GOODWINLAW.COM ANICAS@GOODWINLAW.COM ASKOROSTENSKY@GOODWINLAW.COM MMITNICK@GOODWINLAW.COM |
| COUNSEL TO LENNAR HOMES, LLC ("LENNAR") | GRAY REED | ATTN: JASON S. BROOKNER, LYDIA R. WEBB | 1300 POST OAK BLVD, SUITE 2000 | | HOUSTON | TX | 77056 | 713-986-7000 | 713-986-7100 | JBROOKNER@GRAYREED.COM LWEBB@GRAYREED.COM |

Sunnova Energy International Inc., *et al.*
Master Service List
Case No. 25-90160 (ARP)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|
| GUAM ATTORNEY GENERAL | GUAM ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 590 S. MARINE CORPS DRIVE | SUITE 902 | TAMUNING | GU | 96913 | 671-475-3324 | | DBMOYLAN@OAGGUAM.ORG ADMINISTRATION@OAGGUAM.ORG |
| COUNSEL FOR HARRIS COUNTY, HARRIS COUNTY FLOOD CONTROL DISTRICT, HARRIS COUNTY PORT OF HOUSTON AUTHORITY, HARRIS COUNTY HOSPITAL DISTRICT, AND HARRIS COUNTY DEPARTMENT OF EDUCATION | HARRIS COUNTY ATTORNEY'S OFFICE | ATTN: PROPERTY TAX DIVISION, SUSAN FUERTES | ASSISTANT COUNTY ATTORNEY | P.O. BOX 2848 | HOUSTON | TX | 77252 | 346-286-8899 | | TAXBANKRUPTCY.CAO@HARRISCOUNTYTX.GOV |
| COUNSEL TO ATLAS SECURITIZED PRODUCTS ADMINISTRATION, L.P. | HERBERT SMITH FREEHILLS KRAMER (US) LLP | ATTN: ALEXANDER N. WOOLVERTON, JENNIFER R. SHARRET, ASHLAND J. BERNARD | 1177 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10036 | 212-715-9100 | 212-715-8000 | ALEXANDER.WOOLVERTON@HSFKRAMER.COM JENNIFER.SHARRET@HSFKRAMER.COM ASHLAND.BERNARD@HSFKRAMER.COM |
| TOP 30 UNSECURED CREDITORS | HOME DEPOT SOLUTIONS LLC | ATTN: TED DECKER, CHIEF EXECUTIVE OFFICER | 2455 PACES FERRY ROAD | | ATLANTA | GA | 30339 | 770-433-8211 | | TED_DECKER@HOMEDEPOT.COM |
| TOP 30 UNSECURED CREDITORS | INFINITY ENERGY INC. | ATTN: BRYSON SOLOMON, CHIEF EXECUTIVE OFFICER | 3825 ATHERTON ROAD | | ROCKLIN | CA | 95765 | 407-676-6750 | | BSOLOMON@GOINFINITYENERGY.COM |
| TOP 30 UNSECURED CREDITORS | INTEGRATED ENERGY GROUP LLC | ATTN: JOSH TOFTELAND, PARTNER AND CHIEF EXECUTIVE OFFICER | 3929 E GUASTI | SUITE F | ONTARIO | CA | 91761 | | | JD.TOFTELAND@IECONSTRUCTION.COM |
| TOP 30 UNSECURED CREDITORS | INTEGRATED SOLAR OPERATIONS (ISOGROUP) | ATTN: RALPH DIAZ, PRESIDENT | PO BOX 9731 | | SAN JUAN | PR | 00908 | 787-520-9041 | | RALPH@INTEGRATEDOPERATIONSLLC.COM |
| INTERNAL REVENUE SERVICE | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | 1111 PENNSYLVANIA AVE NW | | WASHINGTON | DC | 20004-2541 | 800-973-0424 | 855-235-6787 | |
| INTERNAL REVENUE SERVICE | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | P.O. BOX 7346 | | PHILADELPHIA | PA | 19101-7346 | 800-973-0424 | 855-235-6787 | |
| COUNSEL TO ISAKSEN SOLAR | JACKSON WALKER LLP | ATTN: ZACHARY MCKAY | 1401 MCKINNEY STREET | SUITE 1900 | HOUSTON | TX | 77010 | 713-752-4200 | 713-752-4221 | ZMCKAY@JW.COM |
| PROPOSED COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION | KIRKLAND & ELLIS LLP | ATTN: ANUP SATHY, P.C. | 333 WEST WOLF POINT PLAZA | | CHICAGO | IL | 60654 | 312-862-2000 | 312-862-2200 | ANUP.SATHY@KIRKLAND.COM |
| PROPOSED COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION | KIRKLAND & ELLIS LLP | ATTN: BRIAN SCHARTZ, P.C., CIARA FOSTER, MARGARET REINEY, JOSHUA GREENBLATT, P.C., GAVIN D. SCHRYVER, MARGARET REINEY, JIMMY RYAN, NATHAN FELTON | 601 LEXINGTON AVENUE | | NEW YORK | NY | 10022 | 212-446-4800 | 212-446-4900 | BRIAN.SCHARTZ@KIRKLAND.COM CIARA.FOSTER@KIRKLAND.COM MARGARET.REINEY@KIRKLAND.COM JOSH.GREENBLATT@KIRKLAND.COM GAVIN.SCHRYVER@KIRKLAND.COM JIMMY.RYAN@KIRKLAND.COM NATHAN.FELTON@KIRKLAND.COM |
| CLAIMS, NOTICING AND SOLICITATION AGENT | KROLL RESTRUCTURING ADMINISTRATION LLC | ATTN: RYAN VYSKOCIL | 1 WORLD TRADE CENTER | 31ST FLOOR | NEW YORK | NY | 10007 | 212-257-5450 | 646-536-2810 | SUNNOVATEAM@RA.KROLL.COM SERVICEQA@RA.KROLL.COM |
| TOP 30 UNSECURED CREDITORS | LGCY INSTALLATION SERVICES LLC | ATTN: DOUG ROBINSON, CHIEF EXECUTIVE OFFICER | LGCY HOLDINGS LLC | 3333 N DIGITAL DR, STE 600 | LEHI | UT | 84043 | 855-502-0485 | | DOUGROBINSON@LGCYPOWER.COM |
| TOP 30 UNSECURED CREDITORS | LIEN SOLUTIONS | ATTN: NANCY MCKINSTRY, CHIEF EXECUTIVE OFFICER | CT CORPORATION SYSTEM | PO BOX 301133 | DALLAS | TX | 75303 | 713-533-4600 | | NANCY.MCKINSTRY@WOLTERSKLUWER.COM |
| COUNSEL TO DALLAS COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN K. TURNER | 3500 MAPLE AVENUE SUITE 800 | | DALLAS | TX | 75219 | 214-880-0089 | 469-221-5003 | DALLAS.BANKRUPTCY@LGBS.COM |
| COUNSEL TO MONTGOMERY COUNTY, FORT BEND COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: TARA L. GRUNDEMEIER | PO BOX 3064 | | HOUSTON | TX | 77253-3064 | 713-844-3400 | 713-844-3503 | HOUSTON_BANKRUPTCY@LGBS.COM |
| TOP 30 UNSECURED CREDITORS | LUMIO HX, INC. | ATTN: ANDREW WALTON, CHIEF UNDERWRITING OFFICER | 1550 W. DIGITAL DR. | STE 500 | LEHI | UT | 84043 | 888-586-4649 | | ANDREW.WALTON@LUMIO.COM |
| TOP 30 UNSECURED CREDITORS | MARKEL INSURANCE COMPANY | ATTN: LINDEY JENNINGS, CHIEF UNDERWRITING OFFICER | 4521 HIGHWOODS PARKWAY | | GLEN ALLEN | VA | 23060 | 800-446-6671 | | LJENNINGS@MARKEL.COM |

Sunnova Energy International Inc., *et al.*
Master Service List
Case No. 25-90160 (ARP)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|
| COUNSEL TO THE COUNTY OF CORYELL, TEXAS, EASTLAND COUNTY APPRAISAL DISTRICT, LAMPASAS CENTRAL APPRAISAL DISTRICT THE COUNTY OF HAYS, TEXAS, AND THE COUNTY OF LIMESTONE, TEXAS | MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | ATTN: JULIE ANNE PARSONS | P.O. BOX 1269 | | ROUND ROCK | TX | 78680-1269 | 512-323-3200 | 512-323-3205 | QJPARSONS@MVBALAW.COM |
| COUSNEL TO SPECIAL COMMITTEE OF THE BOARD OF DIRECTORS OF SUNNOVA TEP HOLDINGS, LLC (THE "TEPH SPECIAL COMMITTEE") | MCDERMOTT WILL & EMERY LLP | ATTN: CHARLES R. GIBBS, GRAYSON WILLIAMS | 2801 NORTH HARWOOD STREET, SUITE 2600 | | DALLAS | TX | 75201 | 214-295-8000 | 972-232-3098 | CRGIBBS@MWE.COM GWILLIAMS@MWE.COM |
| COUNSEL TO THE KKR TERM LOAN LENDERS | MILBANK LLP | ATTN: DENNIS DUNNE, ANDREW HARMEYER | 55 HUDSON YARDS | | NEW YORK | NY | 10001 | | | DDUNNE@MILKBANK.COM AHARMEYER@MILBANK.COM |
| COUNSEL TO GOODFINCH MANAGEMENT, LLC | NORTON ROSE FULBRIGHT US LLP | ATTN: ERIC DAUCHER, GEREN BROWN | 1301 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10019 | 212-408-5405 | | ERIC.DAUCHER@NORTONROSEFULBRIGHT.COM GEREN.BROWN@NORTONROSEFULBRIGHT.COM |
| COUNSEL TO GOODFINCH MANAGEMENT, LLC | NORTON ROSE FULBRIGHT US LLP | ATTN: JULIE HARRISON | 1550 LAMAR, SUITE 2000 | | HOUSTON | TX | 77010 | 713-651-5151 | 713-651-5246 | JULIE.HARRISON@NORTONROSEFULBRIGHT.COM |
| TOP 30 UNSECURED CREDITORS | OUR WORLD ENERGY | ATTN: CALEB ANTONUCCI, CHIEF EXECUTIVE OFFICER | 7720 W ENCINAS LN | | PHOENIX | AZ | 85043 | 623-850-5700 | | CANTONUCCI@OURWORLDENERGY.COM |
| COUNSEL TO WINDMAR P.V. ENERGY, INC. | PACHULSKI STANG ZIEHL & JONES LLP | ATTN: HENRY C. KEVANE, ESQ. | ONE SANSOME STREET | SUITE 3430 | SAN FRANCISCO | CA | 94104 | 415-263-7000 | 415-263-7010 | HKEVANE@PSZJLAW.COM |
| COUNSEL TO WINDMAR P.V. ENERGY, INC. | PACHULSKI STANG ZIEHL & JONES LLP | ATTN: IRA D. KHARASCH, ESQ. | 10100 SANTA MONICA BLVD | 13TH FLOOR | LOS ANGELES | CA | 90067 | 310-277-6910 | 310-201-0760 | IKHARASCH@PSZJLAW.COM |
| COUNSEL TO WINDMAR P.V. ENERGY, INC. | PACHULSKI STANG ZIEHL & JONES LLP | ATTN: THEODORE S. HECKEL, ESQ. | 700 LOUISIANA STREET | SUITE 4500 | HOUSTON | TX | 77002 | 713-691-9385 | 713-691-9407 | THECKEL@PSZJLAW.COM |
| COUNSEL TO THE AD HOC GROUP OF DIP LENDERS | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ANDREW N. ROSENBERG, ROBERT A. BRITTON, MICHAEL J. COLAROSSI, ZACHARY SINGER,LINDSAY A. WASSERMAN | 1285 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10019 | 212-373-3000 | 212-757-3990 | AROSENBERG@PAULWEISS.COM RBRITTON@PAULWEISS.COM MCOLAROSSI@PAULWEISS.COM ZSINGER@PAULWEISS.COM LWASSERMAN@PAULWEISS.COM |
| COUNSEL TO THE AD HOC GROUP OF CERTAIN NOTEHOLDERS | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ALICE EATON, ANDREW N. ROSENBERG, ROBERT BRITTON, SUN PAK | 1285 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10019-6064 | | | AEATON@PAULWEISS.COM AROSENBERG@PAULWEISS.COM RBRITTON@PAULWEISS.COM SPAK@PAULWEISS.COM |
| COUNSEL TO FAYETTE COUNTY APPRAISAL DISTRICT | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: SERGIO E. GARCIA | 3301 NORTHLAND DRIVE | SUITE 505 | AUSTIN | TX | 78731 | 512-302-0190 | 512-302-1802 | SGARCIA@PBFCM.COM |
| COUNSEL TO RICHARDSON ISD | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: ELIZABETH BANDA CALVO | 500 E. BORDER STREET | SUITE 640 | ARLINGTON | TX | 76010 | 817-461-3344 | 817-860-6509 | EBCALVO@PBFCM.COM |
| COUNSEL TO THE AD HOC GROUP OF DIP LENDERS | PORTER HEDGES LLP | ATTN: JOHN F. HIGGINS, MEGAN YOUNG-JOHN, JAMES A. KEEFE, JACK M. EIBAND | 1000 MAIN STREET | 36TH FLOOR | HOUSTON | TX | 77002 | 713-226-6000 | 713-226-6248 | JHIGGINS@PORTERHEDGES.COM MYOUNG-JOHN@PORTERHEDGES.COM JKEEFE@PORTERHEDGES.COM JEIBAND@PORTERHEDGES.COM |
| TOP 30 UNSECURED CREDITORS | POWER SOLAR, LLC | ATTN: ENRIQUE GONZALEZ, CHIEF EXECUTIVE OFFICER | PO BOX 270384 | | SAN JUAN | PR | 00928 | 787-331-1000 | | |
| TOP 30 UNSECURED CREDITORS | POWUR, PBC | ATTN: JONATHAN BUDD, CHIEF EXECUTIVE OFFICER | 2683 VIA DE LA VALLE | #G321 | DEL MAR | CA | 92014 | 866-467-6987 | | JONATHAN.BUDD@POWUR.COM |
| COUNSEL TO JOHN ADAMS ACADEMIES, INC. | PROCOPIO, CORY, HARGREAVES & SAVITCH LLP | ATTN: GERALD P. KENNEDY, ESQ. | 525 B STREET, SUITE 2200 | | SAN DIEGO | CA | 92101 | 619-238-1900 | 619-235-0398 | GERALD.KENNEDY@PROCOPIO.COM |
| PUERTO RICO ATTORNEY GENERAL | PUERTO RICO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | PO BOX 9020192 | | SAN JUAN | PR | 00902-0192 | 787-721-2900 | | |
| COUNSEL TO WILMINGTON TRUST, NATIONAL ASSOCIATION | REED SMITH LLP | ATTN: KURT F. GWYNNE, ESQ. JASON D. ANGELO, ESQ. CAMERON A. CAPP, ESQ. | 1201 NORTH MARKET STREET | SUITE 1500 | WILMINGTON | DE | 19801 | 302-778-7500 | 302-778-7575 | KGWYNNE@REEDSMITH.COM JANGELO@REEDSMITH.COM CCAPP@REEDSMITH.COM |

**Sunnova Energy International Inc., *et al.***
Master Service List
Case No. 25-90160 (ARP)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|
| COUNSEL TO WILMINGTON TRUST, NATIONAL ASSOCIATION | REED SMITH LLP | ATTN: PAUL D. MOAK, ESQ. TRISTAN M. SIERRA, ESQ. | 1221 MCKINNEY STREET | SUITE 2100 | HOUSTON | TX | 77010 | 713-469-3800 | 713-469-3899 | PMOAK@REEDSMITH.COM TSIERRA@REEDSMITH.COM |
| RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL | RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL | ATTN: PETER F. NERONHA | 150 SOUTH MAIN STREET | | PROVIDENCE | RI | 02903 | | | |
| TOP 30 UNSECURED CREDITORS | SALESFORCE INC. | ATTN: MARC BENIOFF, CHIEF EXECUTIVE OFFICER | 415 MISSION STREET | 3RD FL | SAN FRANCISCO | CA | 94105 | 800-664-9073 | | MBENIOFF@SALESFORCE.COM |
| COUNSEL TO THE SPECIAL COMMITTEE OF THE BOARD OF DIRECTORS OF SUNNOVA TEP HOLDINGS, LLC, AND CO-COUNSEL TO SUNNOVA TEP HOLDINGS, LLC AND ITS WHOLLY-OWNED SUBSIDIARIES | SCHULTE ROTH & ZABEL LLP | ATTN: KRISTINE MANOUKIAN, KELLY (BUCKY) KNIGHT, ROBERT BROWN | 919 THIRD AVENUE | | NEW YORK | NY | 10022 | 212-756-2000 | 212-593-5955 | KRISTINE.MANOUKIAN@SRZ.COM KELLY.KNIGHT@SRZ.COM ROBERT.BROWN@SRZ.COM |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION  NY OFFICE | ATTN: BANKRUPTCY DEPT | BROOKFIELD PLACE | 200 VESEY STREET, STE 400 | NEW YORK | NY | 10281-1022 | 212-336-1100 | | BANKRUPTCYNOTICESCHR@SEC.GOV NYROBANKRUPTCY@SEC.GOV |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION  PHILADELPHIA OFFICE | ATTN: BANKRUPTCY DEPT | ONE PENN CENTER | 1617 JFK BLVD, STE 520 | PHILADELPHIA | PA | 19103 | 215-597-3100 | | SECBANKRUPTCY@SEC.GOV |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES AND EXCHANGE COMMISSION | ATTN: SECRETARY OF THE TREASURY | 100 F. STREET NE | | WASHINGTON | DC | 20549 | 202-942-8088 | | SECBANKRUPTCY@SEC.GOV |
| COUNSEL TO MERITAGE HOMES OF CALIFORNIA, MERITAGE HOMES OF NORTHERN CALIFORNIA AND MERITAGE HOMES OF SOUTHERN CALIFORNIA | SNELL & WILMER L.L.P. | ATTN: ZACHARY A. COOPER | 2501 NORTH HARWOOD STREET | SUITE 1850 | DALLAS | TX | 75201 | 214-305-7301 | 214-305-7351 | ZCOOPER@SWLAW.COM |
| MERITAGE HOMES OF CALIFORNIA A/K/A MERITAGE HOMES OF NORTHERN CALIFORNIA AND A/K/A MERITAGE HOMES OF SOUTHERN CALIFORNIA | SNELL & WILMER LLP | ATTN: ZACHARY A. COOPER | 2501 NORTH HARWOOD STREET | SUITE 1850 | DALLAS | TX | 75201 | 214-305-7301 | 214-305-7351 | SEMOORE@SWLAW.COM ZCOOPER@SWLAW.COM |
| TOP 30 UNSECURED CREDITORS | SOLAR ENERGY WORLD, LLC | ATTN: PETER BELMAN, CHIEF EXECUTIVE OFFICER | 14880 SWEITZER LN | SUITE A | LAUREL | MD | 20707 | 866-856-4580 | | PBELMAN@SOLARENERGYWORLD.COM |
| STATE OF ALABAMA ATTORNEY GENERAL | STATE OF ALABAMA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 501 WASHINGTON AVE. | P.O. BOX 300152 | MONTGOMERY | AL | 36130-0152 | 334-242-7300 | | |
| STATE OF ALASKA ATTORNEY GENERAL | STATE OF ALASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 1031 W. 4TH AVENUE | SUITE 200 | ANCHORAGE | AK | 99501-1994 | 907-269-5602 | | ATTORNEY.GENERAL@ALASKA.GOV |
| STATE OF ARIZONA ATTORNEY GENERAL | STATE OF ARIZONA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 2005 N CENTRAL AVE | | PHOENIX | AZ | 85004-2926 | 602-542-5025 | 602-542-4085 | AGINFO@AZAG.GOV |
| STATE OF ARKANSAS ATTORNEY GENERAL | STATE OF ARKANSAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 323 CENTER ST. | SUITE 200 | LITTLE ROCK | AR | 72201-2610 | 501-682-2007 | 501-682-8084 | |
| STATE OF CALIFORNIA ATTORNEY GENERAL | STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 1300 "I" STREET | | SACRAMENTO | CA | 95814-2919 | 916-445-9555 | 916-323-5341 | BANKRUPTCY@COAG.GOV |
| STATE OF COLORADO ATTORNEY GENERAL | STATE OF COLORADO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | RALPH L. CARR COLORADO JUDICIAL CENTER | 1300 BROADWAY, 10TH FLOOR | DENVER | CO | 80203 | 720-508-6000 | 720-508-6030 | |
| STATE OF CONNECTICUT ATTORNEY GENERAL | STATE OF CONNECTICUT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 165 CAPITOL AVENUE | | HARTFORD | CT | 06106 | 860-808-5318 | 860-808-5387 | ATTORNEY.GENERAL@CT.GOV DENISE.MONDELL@CT.GOV |
| STATE OF DELAWARE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | CARVEL STATE OFFICE BLDG. | 820 N. FRENCH ST. | WILMINGTON | DE | 19801 | 302-577-8338 | 302-577-6630 | ATTORNEY.GENERAL@STATE.DE.US |
| STATE OF FLORIDA ATTORNEY GENERAL | STATE OF FLORIDA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | THE CAPITOL, PL 01 | | TALLAHASSEE | FL | 32399-1050 | 850-414-3300 | 850-488-4872 | |
| STATE OF GEORGIA ATTORNEY GENERAL | STATE OF GEORGIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 40 CAPITAL SQUARE, SW | | ATLANTA | GA | 30334-1300 | 404-656-3300 | 404-657-8733 | |
| STATE OF HAWAII ATTORNEY GENERAL | STATE OF HAWAII ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 425 QUEEN ST | | HONOLULU | HI | 96813 | | | |
| STATE OF IDAHO ATTORNEY GENERAL | STATE OF IDAHO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 700 W. JEFFERSON STREET, SUITE 210 | P.O. BOX 83720 | BOISE | ID | 83720-1000 | 208-334-2400 | 208-854-8071 | |

Sunnova Energy International Inc., *et al.*
Master Service List
Case No. 25-90160 (ARP)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|
| STATE OF ILLINOIS ATTORNEY GENERAL | STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | JAMES R. THOMPSON CTR. | 100 W. RANDOLPH ST. | CHICAGO | IL | 60601 | 312-814-3000 | | WEBMASTER@ATG.STATE.IL.US |
| STATE OF INDIANA ATTORNEY GENERAL | STATE OF INDIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 302 W. WASHINGTON ST. | 5TH FLOOR | INDIANAPOLIS | IN | 46204 | 317-232-6201 | | |
| STATE OF INDIANA ATTORNEY GENERAL | STATE OF INDIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | INDIANA GOVERNMENT CENTER SOUTH | 302 W. WASHINGTON ST., 5TH FLOOR | INDIANAPOLIS | IN | 46204 | 317-232-6201 | 317-232-7979 | INFO@ATG.IN.GOV |
| STATE OF IOWA ATTORNEY GENERAL | STATE OF IOWA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | HOOVER STATE OFFICE BLDG. | 1305 E. WALNUT STREET | DES MOINES | IA | 50319 | 515-281-5164 | 515-281-4209 | WEBTEAM@AG.IOWA.GOV |
| STATE OF KANSAS ATTORNEY GENERAL | STATE OF KANSAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 120 SW 10TH AVE., 2ND FLOOR | | TOPEKA | KS | 66612-1597 | 785-296-2215 | 785-296-6296 | |
| STATE OF KENTUCKY ATTORNEY GENERAL | STATE OF KENTUCKY ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 700 CAPITOL AVENUE, SUITE 118 | | FRANKFORT | KY | 40601-3449 | 502-696-5300 | 502-564-2894 | |
| STATE OF LOUISIANA ATTORNEY GENERAL | STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 1885 NORTH THIRD STREET | P.O. BOX 94095 | BATON ROUGE | LA | 70804-4095 | 225-326-6000 | 225-326-6499 | CONSUMERINFO@AG.STATE.LA.US |
| STATE OF MAINE ATTORNEY GENERAL | STATE OF MAINE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | STATE HOUSE STATION 6 | | AUGUSTA | ME | 04333-0000 | 207-626-8800 | | KAITLYN.M.HUSAR@MAINE.GOV |
| STATE OF MARYLAND ATTORNEY GENERAL | STATE OF MARYLAND ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 200 ST. PAUL PLACE | | BALTIMORE | MD | 21202-2202 | 410-576-6300 | | OAG@OAG.STATE.MD.US |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | ONE ASHBURTON PLACE | | BOSTON | MA | 02108-1698 | 617-727-2200 | | |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTN: CYNDI MARK, CHIEF | ONE ASHBURTON PLACE | | BOSTON | MA | 02108 | 617-727-3465 | | |
| STATE OF MICHIGAN ATTORNEY GENERAL | STATE OF MICHIGAN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | G. MENNEN WILLIAMS BUILDING, 7TH FLOOR | 525 W. OTTAWA ST., P.O. BOX 30212 | LANSING | MI | 48909-0212 | 517-373-1110 | 517-373-3042 | MIAG@MICHIGAN.GOV |
| STATE OF MINNESOTA ATTORNEY GENERAL | STATE OF MINNESOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | SUITE 102. STATE CAPITAL | 75 DR. MARTIN LUTHER KING JR. BLVD. | ST. PAUL | MN | 55155 | 651-296-3353 | | |
| STATE OF MISSISSIPPI ATTORNEY GENERAL | STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 550 HIGH STREET | SUITE 1200 | JACKSON | MS | 39201 | 601-359-3680 | | |
| STATE OF MISSOURI ATTORNEY GENERAL | STATE OF MISSOURI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | SUPREME COURT BUILDING | 207 W. HIGH ST. | JEFFERSON CITY | MO | 65101 | 573-751-3321 | 573-751-0774 | ATTORNEY.GENERAL@AGO.MO.GOV |
| STATE OF MONTANA ATTORNEY GENERAL | STATE OF MONTANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | JUSTICE BLDG. | 215 N. SANDERS | HELENA | MT | 59620-1401 | 406-444-2026 | 406-444-3549 | CONTACTDOJ@MT.GOV |
| STATE OF NEBRASKA ATTORNEY GENERAL | STATE OF NEBRASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 2115 STATE CAPITOL | P.O. BOX 98920 | LINCOLN | NE | 68509-8920 | 402-471-2683 | 402-471-3297 | NEDOJ@NEBRASKA.GOV |
| STATE OF NEVADA ATTORNEY GENERAL | STATE OF NEVADA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | OLD SUPREME CT. BLDG. | 100 N. CARSON ST. | CARSON CITY | NV | 89701 | 775-684-1100 | 775-684-1108 | AGINFO@AG.NV.GOV |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 1 GRANITE PLACE SOUTH | | CONCORD | NH | 03301 | 603-271-3658 | 603-271-2110 | ATTORNEYGENERAL@DOJ.NH.GOV |
| STATE OF NEW JERSEY ATTORNEY GENERAL | STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | RJ HUGHES JUSTICE COMPLEX | 25 MARKET STREET | TRENTON | NJ | 08625-0080 | 609-292-4925 | 609-292-3508 | ASKCONSUMERAFFAIRS@LPS.STATE.NJ.US |
| STATE OF NEW MEXICO ATTORNEY GENERAL | STATE OF NEW MEXICO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | P.O. DRAWER 1508 | | SANTA FE | NM | 87504-1508 | 505-827-6000 | 505-827-5826 | |
| STATE OF NEW YORK ATTORNEY GENERAL | STATE OF NEW YORK ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | DEPT. OF LAW | THE CAPITOL, 2ND FLOOR | ALBANY | NY | 12224-0341 | 518-776-2000 | 866-413-1069 | |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | DEPT. OF JUSTICE | P.O. BOX 629 | RALEIGH | NC | 27602-0629 | 919-716-6400 | 919-716-6750 | |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | STATE OF NORTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | STATE CAPITOL | 600 E BOULEVARD AVE DEPT 125 | BISMARCK | ND | 58505-0040 | 701-328-2210 | 701-328-2226 | NDAG@ND.GOV |
| STATE OF OHIO ATTORNEY GENERAL | STATE OF OHIO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | STATE OFFICE TOWER | 30 E. BROAD ST., 14TH FLOOR | COLUMBUS | OH | 43266-0410 | 800-282-0515 | | |
| STATE OF OKLAHOMA ATTORNEY GENERAL | STATE OF OKLAHOMA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 313 NE 21ST STREET | | OKLAHOMA CITY | OK | 73105 | 405-521-3921 | 405-521-6246 | |
| STATE OF OREGON ATTORNEY GENERAL | STATE OF OREGON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | JUSTICE BLDG. | 1162 COURT STREET NE | SALEM | OR | 97301 | 503-378-4400 | 503-378-4017 | CONSUMER.HOTLINE@DOJ.STATE.OR.US |

Sunnova Energy International Inc., *et al.*
Master Service List
Case No. 25-90160 (ARP)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | STRAWBERRY SQUARE | 16TH FLOOR | HARRISBURG | PA | 17120 | 717-787-3391 | 717-787-8242 | |
| STATE OF RHODE ISLAND GENERAL | STATE OF RHODE ISLAND ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 150 SOUTH MAIN STREET | | PROVIDENCE | RI | 02903-0000 | 401-274-4400 | | |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | REMBERT C. DENNIS OFFICE BLDG. | P.O. BOX 11549 | COLUMBIA | SC | 29211-1549 | 803-734-3970 | | |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 1302 EAST HIGHWAY 14 | SUITE 1 | PIERRE | SD | 57501-8501 | 605-773-3215 | 605-773-4106 | CONSUMERHELP@STATE.SD.US |
| STATE OF TENNESSEE ATTORNEY GENERAL | STATE OF TENNESSEE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 425 5TH AVENUE NORTH | | NASHVILLE | TN | 37243 | 615-741-3491 | 615-741-3334 | GINA.HANTEL@AG.TN.GOV |
| STATE OF TEXAS ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | CAPITOL STATION | P.O. BOX 12548 | AUSTIN | TX | 78711-2548 | 512-475-4868 | 512-475-2994 | PUBLIC.INFORMATION@OAG.STATE.TX.US |
| STATE OF UTAH ATTORNEY GENERAL | STATE OF UTAH ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | STATE CAPITOL, ROOM 236 | | SALT LAKE CITY | UT | 84114-0810 | 801-538-9600 | 801-538-1121 | UAG@UTAH.GOV |
| STATE OF VERMONT ATTORNEY GENERAL | STATE OF VERMONT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 109 STATE ST. | | MONTPELIER | VT | 05609-1001 | 802-828-3171 | 802-304-1014 | |
| STATE OF VIRGINIA ATTORNEY GENERAL | STATE OF VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 202 NORTH NINTH STREET | | RICHMOND | VA | 23219 | 804-786-2071 | 804-225-4378 | |
| STATE OF WASHINGTON ATTORNEY GENERAL | STATE OF WASHINGTON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 1125 WASHINGTON ST. SE | P.O. BOX 40100 | OLYMPIA | WA | 98504-0100 | 360-753-6200 | | |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | STATE CAPITOL | 1900 KANAWHA BLVD., E. | CHARLESTON | WV | 25305 | 304-558-2021 | 304-558-0140 | CONSUMER@WVAGO.GOV |
| STATE OF WISCONSIN ATTORNEY GENERAL | STATE OF WISCONSIN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | WISCONSIN DEPARTMENT OF JUSTICE | STATE CAPITOL, ROOM 114 EAST, P. O. BOX 7857 | MADISON | WI | 53707-7857 | 608-266-1221 | 608-267-2223 | |
| STATE OF WYOMING ATTORNEY GENERAL | STATE OF WYOMING ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 123 CAPITOL BUILDING | 200 W. 24TH STREET | CHEYENNE | WY | 82002 | 307-777-7841 | 307-777-6869 | |
| DEBTORS | SUNNOVA ENERGY INTERNATIONAL INC., ET AL. | ATTN: DAVID SEARLE | 20 EAST GREENWAY PLAZA, SUITE 540 | | HOUSTON | TX | 77046 | | | DAVID.SEARLE@SUNNOVA.COM |
| TOP 30 UNSECURED CREDITORS | SUNNYMAC, LLC | ATTN: MATT MACFADDEN, CHIEF EXECUTIVE OFFICER | 413 8TH AVE | | WILMINGTON | DE | 19805 | 844-786-6962 | | MATT@SUNNYMACSOLAR.COM |
| TOP 30 UNSECURED CREDITORS | TELT VENTURES LLC DBA 1 SOLAR | ATTN: JAKE KILGORE, CHIEF EXECUTIVE OFFICER | 2391 S 1560 W | | WOODS CROSS | UT | 84087 | 801-683-8168 | | JAKE@1SOLAR.COM |
| TOP 30 UNSECURED CREDITORS | TESLA INC. | ATTN: VAIBHAV TANEJA, CHIEF FINANCIAL OFFICER | 6800 DUMBARTON CIRCLE | | FREMONT | CA | 94555 | | | VTANEJA@TESLA.COM |
| TOP 30 UNSECURED CREDITORS | TRINITY SOLAR | ATTN: TOM POLLOCK, CHIEF EXECUTIVE OFFICER | 2211 ALLENWOOD ROAD | | WALL | NJ | 07719 | 732-780-3779 | | TOM.POLLOCK@TRINITY-SOLAR.COM |
| UNITED STATES TRUSTEE SOUTHERN DISTRICT OF TEXAS | U.S. DEPARTMENT OF JUSTICE | ATTN: ANDREW JIMENEZ, HA NGUYEN | 515 RUSK STREET, SUITE 3516 | | HOUSTON | TX | 77002 | 713-718-4668 | 713-718-4670 | ANDREW.JIMENEZ@USDOJ.GOV HA.NGUYEN@USDOJ.GOV |
| UNITED STATES OF AMERICA ATTORNEY GENERAL | UNITED STATES OF AMERICA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | US DEPT OF JUSTICE | 950 PENNSYLVANIA AVE NW | WASHINGTON | DC | 20530-0001 | | | |
| TOP 30 UNSECURED CREDITORS | V3 ELECTRIC, INC | ATTN: JOSH COLLETTE, CHIEF EXECUTIVE OFFICER | 160 BLUE RAVINE RD, STE F | | FOLSOM | CA | 95630 | 844-837-6937 | | JOSH@V3ELECTRIC.COM |
| WASHINGTON DC ATTORNEY GENERAL | WASHINGTON DC ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 400 6TH ST., NW. | | WASHINGTON | DC | 20001 | 202-727-3400 | 202-347-8922 | OAG@DC.GOV |
| COUNSEL TO WHCO INTERNATIONAL SUBCO DAC AND AGF WHCO 1-A1 LP | WHITE & CASE LLP | ATTN: AARON COLODNY | 555 SOUTH FLOWER STREET | SUITE 2700 | LOS ANGELES | CA | 90071 | 213-620-7700 | 213-452-2329 | AARON.COLODNY@WHITECASE.COM |
| COUNSEL TO ATLAS, AS SLA LENDER AND TEPH LENDER, THE AD HOC GROUP OF WAREHOUSE LENDERS, WHCO INTERNATIONAL SUBCO DAC AND AGF WHCO 1-A1 LP | WHITE & CASE LLP | ATTN: ANDREA AMULIC | 1221 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10020-1095 | 212-819-8200 | 212-354-8113 | ANDREA.AMULIC@WHITECASE.COM |
| COUNSEL TO WHCO INTERNATIONAL SUBCO DAC AND AGF WHCO 1-A1 LP | WHITE & CASE LLP | ATTN: JASON N. ZAKIA | 111 SOUTH WACKER DRIVE | SUITE 5100 | CHICAGO | IL | 60606 | 312-881-5400 | 312-881-5450 | JZAKIA@WHITECASE.COM |
| COUNSEL TO WHCO INTERNATIONAL SUBCO DAC AND AGF WHCO 1-A1 LP | WHITE & CASE LLP | ATTN: THOMAS E LAURIA | 200 SOUTH BISCAYNE BOULEVARD | SUITE 4900 | MIAMI | FL | 33131 | 305-371-2700 | 305-358-5744 | TLAURIA@WHITECASE.COM |

**Sunnova Energy International Inc.,** *et al.*
Master Service List
Case No. 25-90160 (ARP)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|
| TOP 30 UNSECURED CREDITORS | WILMINGTON TRUST, NATIONAL ASSOCIATION | ATTN: BARRY D. SOMROCK, VICE PRESIDENT, HALLIE E. FIELD, VICE PRESIDENT | SUNNOVA ENERGY NOTES ADMINISTRATOR | 50 SOUTH SIXTH STREET, SUITE 1290 | MINNEAPOLIS | MN | 55402 | 800-982-4620 | | BARRYSOMROCK@WILMINGTONTRUST.COM HALLIEFIELD@WILMINGTONTRUST.COM JPROVENZANO@WILMINGTONTRUST.COM |
| TOP 30 UNSECURED CREDITORS | WINDMAR PV ENERGY, INC | ATTN: VICTOR GONZALEZ, PRESIDENT | #206 SAN FRANCISCO STREET | | SAN JUAN | PR | 00901 | 787-395-7766 | | |