UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| **SUNNOVA ENERGY** | § | Case No. 25-90160 (ARP) |
| **INTERNATIONAL INC.**, *et al.*[1] | § | |
| | § | |
| Debtors | § | (Jointly Administered) |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that Howley Law PLLC hereby appears in the above-captioned jointly administered cases pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as counsel to Tesla, Inc. ("Tesla") and requests, pursuant to Bankruptcy Rules 2002, 9007, and 9010 and sections 342 and 1109(b) of chapter 11, title 11 of the United States Code (the "Bankruptcy Code"), that all notices given or required to be given in these cases and all papers served or required to be served in these cases be given to and served upon the undersigned at the following office address, telephone number and e-mail address:

**Tom A. Howley**
**Eric Terry**
HOWLEY LAW PLLC
TC Energy Center
700 Louisiana St., Suite 4545
Houston, Texas 77002
Telephone:  713-333-9125
Email:  tom@howley-law.com
Email:  eric@howley-law.com

---

[1]  A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Sunnova. The location of Debtor Sunnova Energy International Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 20 East Greenway Plaza, Suite 540, Houston, Texas 77046.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, e-mail or otherwise, which affect the Debtors or property of the Debtors.

This Notice of Appearance and Request for Service of Papers shall not be deemed to be a waiver of the Tesla's rights (1) to have final orders in non-core matters entered only after de novo review by a District Court Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) to any other rights, claims, actions, setoffs, or recoupments to which Tesla is or may be entitled, in law or in equity, all of which rights, claims, actions, setoffs, and recoupments Tesla expressly reserves, or (5) to any and all defenses or objections Tesla may have to any claims asserted against them in this action including, without limitation, any defense based on insufficient service of process, jurisdiction (including personal jurisdiction), or capacity to be sued.

Dated: June 26, 2025
      Houston, Texas

Respectfully submitted,

   /s/ Tom A. Howley
**Tom A. Howley**
Texas Bar No.  24010115
**Eric Terry**
Texas Bar No.  00794729
HOWLEY LAW PLLC
700 Louisiana St., Suite 4545
Houston, Texas 77002
Telephone:  713-333-9125
Email:  tom@howley-law.com
Email:  eric@howley-law.com

***Attorneys for Tesla, Inc.***

2

## **CERTIFICATE OF SERVICE**

I certify that on June 26, 2025, I caused a copy of the foregoing document to be served by electronic transmission to all registered ECF users appearing in these cases.

                                          */s/ Tom A. Howley*
                                          Tom A. Howley