**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

United States Courts
Southern District of Texas
FILED

JUN 30 2025

Nathan Ochsner, Clerk of Court

In re:

| | |
|---|---|
| SUNNOVA ENERGY CORPORATION, et al. Debtors. | Case No. 25-90160 (ARP) |
| | Chapter 11 (Jointly Administered) |

MOTION FOR RELIEF FROM AUTOMATIC STAY
TO ALLOW LIMITED PROCEEDINGS IN PENDING CIVIL ACTION IN PUERTO RICO

TO THE HONORABLE COURT:

**NOW COMES** MARIBEL REYES RIVERA, a creditor in the above-captioned case, through the undersigned, and respectfully states and requests as follows:

1. Creditor is the plaintiff in a civil action currently pending before the Court of First Instance, Bayamón, Puerto Rico, Civil Case No. HU2023CV00266, against Debtor Sunnova Energy Corporation, based on claims of unauthorized use of her personal information, forgery of her signature, and wrongful credit reporting.

2. By order of the Puerto Rico Court of Appeals, the case was bifurcated into two distinct phases:

   a. Phase I: An evidentiary hearing to determine whether the signature on the contract allegedly entered with Sunnova was forged.

   b. Phase II: Only if the forgery is proven, a second hearing would address the damages, if any, and their quantification.

3. Phase I of the case did include a discovery process, which was substantially completed before the bankruptcy filing. The parties had already exchanged extensive discovery, and the case was approaching a Status Conference prior to the evidentiary hearing.

At this stage, proceeding with Phase I would not impose a significant burden on the Debtor, as discovery has already taken place, and the matter is ready for adjudication solely on the issue of forgery.

4. Continuing with Phase I of the case will not burden the Debtor or the bankruptcy estate, as it involves limited litigation solely on the issue of forgery.

5. Cause exists under 11 U.S.C. § 362(d)(1) to grant relief from the automatic stay to allow the limited proceedings to go forward. Granting this motion would:

a. Respect the authority and procedural posture of the Puerto Rico courts.

b. Promote judicial economy.

- Prevent unnecessary delay and prejudice to the Creditor.

6. Creditor do not seek enforcement of any monetary judgment at this time. Relief is sought only to proceed with Phase I of the civil action.

**WHEREFORE,** Creditor respectfully requests this Honorable Court:
1. Grant relief from the automatic stay under 11 U.S.C. § 362(d)(1),
2. Allow the pending state court proceeding to continue exclusively for the purpose of determining whether the signature on the contract with Sunnova was forged, and
3. Grant such further relief as the Court deems just and proper.

**RESPECTFULLY SUBMITTED,**

MARIBEL REYES RIVERA
PO BOX 1418
HATILLO PR 00659
939-645-0121
maribelreyes13.hatillo@yahoo.com

Dated: June 26th, 2025

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:

| | |
|---|---|
| SUNNOVA ENERGY CORPORATION, et al.<br>Debtors. | Case No. 25-90160 (ARP)<br><br>Chapter 11<br>(Jointly Administered) |

# Certificate of Service

I hereby certify that on this 26 day of June 2025, I caused a true and correct copy of this Motion for Relief from Automatic Stay to be served by certified mail and/or email, upon the following parties:

| | |
|---|---|
| **Debtors' attorneys:**<br><br>**BRACEWELL LLP**<br>Jason G. Cohen - Jason.cohen@bracewell.com<br>Jonathan L. Lozano -<br>Jonathan.lozano@bracewell.com<br>711 Louisiana Street, Suite 2300<br>Houston, Texas 77002<br><br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Anup Sathy, P.C. - Anup.sathy@kirkland.com | **KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Brian Schartz, P.C. –<br>brian.schartz@kirkland.com<br>Ciara Foster –<br>Ciara.foster@kirkland.com<br>Margaret Reiney –<br>margaret.reiney@kirkland.com<br>601 Lexington Avenue<br>New York, NY 10022<br><br>**BANKRUPTCY CLERK'S OFFICE**<br>United States Courthouse<br>515 Rusk Avenue<br>Houston, TX 77002 |

Executed on this 26 day of June, 2025.

MARIBEL REYES RIVERA
PO BOX 1418
HATILLO PR 00659
939-645-0121
Maribelreyes13.hatillo@yahoo.com