## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re<br><br>SUNNOVA ENERGY INTERNATIONAL INC., *et al*.[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-90160 (ARP)<br><br>(Jointly Administered) |

**V3 ELECTRIC INC.'S JOINDER TO POWER SOLAR LLC'S
LIMITED OBJECTION TO DEBTORS' EMERGENCY DIP MOTION
AND BIDDING PROCEDURES MOTION, AND RESERVATION OF RIGHTS
[Relating to Docket Nos. 110 and 113]**

V3 Electric Inc. ("V3 Electric"), a creditor in the above-captioned jointly administered cases, files this Joinder ("Joinder") to Power Solar LLC's ("Power Solar") Limited Objection and Reservation of Rights [Docket No. 248] (the "Limited Objection") to *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Claims, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [Docket No. 110] (the "Emergency DIP Motion") and the *Emergency Motion Debtors' Emergency Motion for Entry of an Order (I) Approving the Bidding Procedures, (II) Scheduling Certain Dates with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Approving the WholeCo Stalking Horse Agreement and Expense Reimbursement, (V) Establishing Notice and Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases, (VI) Authorizing the Assumption and Assignment of Assumed Executory Contracts and Unexpired Leases, (VII) Authorizing the Sale of Assets, and*

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Sunnova/Home-Index.

*(VIII) Granting Related Relief* [Docket No. 113] (the "Bidding Procedures Motion"), and in support states as follows:

## BACKGROUND

1. V3 Electric is one of the Dealers for Sunnova TEP Developer, LLC *et al.* (the "Debtor") and its affiliates (collectively, the "Debtors") pursuant to a Channel Partner Agreement dated April 25, 2018 (together with all amendments, exhibits, schedules, attachments, statements of work, invoice terms, and other integrated documents, the "Agreement"). Pursuant to the Agreement, the Debtors owe V3 Electric certain amounts for the installation of rooftop solar systems.

## JOINDER IN LIMITED OBJECTION

2. V3 Electric agrees with Power Solar's arguments set forth in the Limited Objection and hereby joins and adopts the legal arguments set forth in the Limited Objection. In particular, V3 raises the same objections, and demands the same reservations of rights and protections, described in paragraphs 7 through 9 of the Limited Objection.

3. V3 Electric is similarly situated with other unpaid Dealers. At a minimum, V3 Electric is entitled to all reservations of rights or other protections provided to Dealers in any orders approving the Emergency DIP Motion or Bidding Procedures Motion.

## ADDITIONAL JOINDERS

4. V3 Electric joins in and adopts as its own any other objections filed by other similarly situated Dealers with respect to the Emergency DIP Motion or the Bidding Procedures Motion to the extent not inconsistent with the Limited Objection and this Joinder.

## RESERVATION OF RIGHTS

5. V3 Electric reserves all rights with respect to the relief sought pursuant to the Emergency DIP Motion or Bidding Procedures Motion, the Agreement and any accounts arising

from the Agreement, and V3 Electric reserves the right to amend, modify, or supplement this Joinder at any time. Nothing in this Joinder constitutes a waiver by V3 Electric of its rights under the Bankruptcy Code and Rules, or applicable non-bankruptcy law, or any of V3 Electric's procedural, substantive, or other rights, privileges, and remedies in connection with these bankruptcy cases and any related proceedings, all of which are reserved.

## CONCLUSION

V3 Electric respectfully requests that any order entered by the Court with respect to the Emergency DIP Motion or the Bidding Procedures Motion expressly preserve and reserve any and all rights, claims, and interests of V3 Electric, and that V3 Electric be granted such other and further relief as the Court deems necessary and appropriate.

Dated: July 3, 2025

**MUNSCH HARDT KOPF & HARR, P.C.**

*/s/ Alexander R. Perez*
John D. Cornwell
Texas Bar No. 24050450
Alexander R. Perez
Texas Bar No. 24074879
700 Milam Street, Suite 800
Houston, TX 77002
Telephone: 713.222.1470
Facsimile: 713.222.1475
jcornwell@munsch.com
arperez@munsch.com

***Attorneys for V3 Electric, Inc.***

**CERTIFICATE OF SERVICE**

    I certify that on July 3, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for United States Bankruptcy Court for the Southern District of Texas.

                                      */s/ Alexander R. Perez*
                                      Texas Bar No. 24074879