UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>**SUNNOVA ENERGY CORPORATION,**<br><br>Debtor. | **Judge Alfredo R. Perez**<br><br>**Chapter 11**<br><br>**Case No.**: 25-90160<br><br>**NOTICE OF MOTION; MOTION FOR RELIEF FROM THE AUTOMATIC STAY – CHAPTER 11; [PROPOSED] ORDER; PROOF OF SERVICE** |
| **BLAKE LYNCH,**<br>**ROMINA LYNCH,**<br><br>Claimants,<br><br>vs.<br><br>**SUNNOVA ENERGY CORPORATION,**<br>**SUNSOLAR SOLUTIONS, INC.,**<br><br>Respondents. | Nathan Ochsner, Clerk of Court<br><br>United States Courts<br>Southern District of Texas<br>FILED<br>JUL 03 2025<br>Nathan Ochsner, Clerk of Court |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that Claimants Blake Lynch and Romina Lynch ("Claimants") hereby Move for Relief from the Automatic Stay pursuant to *11 United State Code (U.S.C.) § 362* in the bankruptcy matter re: Sunnova Energy Corporation ("Sunnova" or "Debtor") case #25-90160 filed in the Southern District of Texas, Houston Division.

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

Claimants filed arbitration case #01-25-0001-2850 against Sunnova Energy Corporation on 3/7/2025 with the American Arbitration Association ("AAA") for multiple counts of violations of Arizona State Law. As part of their claim, Claimants requested injunctive relief for Sunnova to completely remove their solar equipment from Claimant's property in the City of Buckeye, County of Maricopa, State of Arizona at 803 E. Centre Avenue at Lot 10 of the Estrella Gardens Subdivision.

On June 17, 2025, the AAA case manager placed Claimants' arbitration case in abeyance as a result of the automatic stay pursuant to *11 U.S.C. Section 362(a)*. On June 20, 2025, Claimant Blake Lynch contacted Debtor's attorney-of-record, Mike Koch, to formulate a stipulation rather than Claimant file this Motion. Parties agreed in principle, however, Debtor refused to stipulate to the removal of their solar equipment from Claimants' property without Claimants paying for this service.

Claimant Blake Lynch claims in his AAA claim against Debtor that they are in violation of his property rights and contracting powers pursuant to *Arizona Revised Statute (A.R.S.) § 25-214(C)(1)* for failure to obtain his joinder consent on contract before installing their solar equipment on his property and admittedly advising Claimant Romina Lynch in their Answer to Claimants' Statement of Claim that they did not require Claimant Blake Lynch's joinder consent when it is required as a matter of Arizona State Law:

Dated: 6/30/2025

Respectfully Submitted,

*/s/ Blake Lynch*
BLAKE LYNCH
*Movant in Pro Per*

Dated: 6/30/2025

Respectfully Submitted,

*/s/ Romina Lynch*
ROMINA LYNCH
*Movant in Pro Per*

**PROOF OF SERVICE**

A true and correct copy of the foregoing has been sent by either electronic transmission or U.S. Mail on June 30, 2025 to:

Jason Cohen
Bracewell LLP
Attorney-of-Record for Debtor Sunnova Energy Corporation
711 Louisiana Street, Suite 2300
Houston, Texas 77002
Jason.Cohen@Bracewell.com

*/s/ Blake Lynch*
**BLAKE LYNCH**
*Movant*

*/s/ Romina Lynch*
**ROMINA LYNCH**
*Movant*

803 E CENTRE AVE, BUCKEYE

Show search results for 803 E CENTRE ...

Feature Information

| | |
|---|---|
| Owner Name: | LYNCH BLAKE WILLIAM/ROMINA |
| In Care Of: | |
| Property Address: | 803 E CENTRE AVE BUCKEYE 85326 |
| Mailing Address: | 803 E CENTRE AVE BUCKEYE AZ USA 85326 |
| Deed Number: | 20200295741 |
| Sale Date: | |
| Sale Price: | $ |

Property Information

| | |
|---|---|
| Lat/Long: | 33.366647 , -112.579510 |
| S/T/R: | 5 1S 3W |
| Jurisdiction: | BUCKEYE |
| PUC: | 0133 |
| Lot Size (sq ft): | 5,200 |
| MCR #: | 458-24 |
| Subdivision: | ESTRELLAS GARDEN SUBDIVISION |
| Lot #: | 10 |




20ft

-112.579154 33.366637

PRIORITY® MAIL

FLAT RA
ONE RATE ■ AN

APPLY PRIORITY

Retail

UNITED STATES POSTAL SERVICE®

77002

RDC 03

0 Lb 1.30 Oz

U.S. POSTAGE PAID
PM
BUCKEYE, AZ 85326
JUN 30, 2025

$10.10

S2324N503384-55

EXPECTED DELIVERY DAY: 07/03/25

USPS TRACKING® #

9505 5136 0347 5181 1446 42

, the maximum weight is 4 lbs.

EP14H February 2023 Outer Dimension: 10 x 5

BLAKE LYNCH
803 E. CENTRE AVENUE
BUCKEYE, AZ 85326

USPS JUN 30

HONORABLE JUDGE ALFREDO PEREZ
U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION
COURTROOM 400
515 RUSK
HOUSTON, TEXAS 77002

United States Courts
Southern District of Texas
FILED
JUL - 3 2025
Nathan Ochsner, Clerk of Court