**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| SUNNOVA ENERGY INTERNATIONAL INC., *et al.*,[1] | Case No. 25-90160 (ARP) |
| | (Jointly Administered) |
| Debtors. | |

# GLOBAL NOTES AND STATEMENTS OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

## General

Sunnova Energy International Inc. ("Sunnova") and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), filed their respective Schedules of Assets and Liabilities (each, a "Schedule" and, collectively, the "Schedules") and Statements of Financial Affairs (each, a "Statement" and, collectively, the "Statements" and, together with the Schedules, the "Schedules and Statements") with the United States Bankruptcy Court for the Southern District of Texas (the "Court"). The Debtors, with the assistance of their legal and financial advisors, prepared the unaudited Schedules and Statements in accordance with section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These global notes and statements of limitations, methodology, and disclaimers regarding the Debtors' Schedules and Statements (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of, all of the Schedules and Statements and should be referred to and referenced in connection with any review of the Schedules and Statements.[2]

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Sunnova. The location of Debtor Sunnova Energy International Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 20 East Greenway Plaza, Suite 540, Houston, Texas 77046.

[2] These Global Notes supplement, and are in addition to, any specific notes contained in each Debtor's Schedules and Statements. The fact that the Debtors prepared a Global Note with respect to any of the individual Debtor's Schedules and Statements and not to those of another should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Note to any of the Debtors' other Schedules and Statements, as appropriate.

The Schedules and Statements are unaudited and reflect the Debtors' reasonable efforts to report certain financial information of each Debtor on a stand-alone, unconsolidated basis. These Schedules and Statements neither purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of each Debtor.

In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of such preparation. Although the Debtors have made commercially reasonable efforts to ensure the accuracy and completeness of the Schedules and Statements, subsequent information or discovery may result in material changes to the Schedules and Statements. As a result, inadvertent errors or omissions may exist. Accordingly, the Debtors and their directors, managers, officers, agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein or the Schedules and Statements. In no event shall the Debtors or their directors, managers, officers, agents, attorneys, and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their directors, managers, officers, agents, attorneys, and financial advisors are advised of the possibility of such damages.

The Schedules and Statements have been signed by Ryan Omohundro, Chief Restructuring Officer and Authorized Signatory of the Debtors and an authorized signatory for each of the Debtors. Mr. Omohundro has reviewed and verified all of the Schedules and Statements. In reviewing the Schedules and Statements, Mr. Omohundro has relied upon the efforts, statements, advice, and representations of personnel of the Debtors and the Debtors' advisors and other professionals. Given the scale of the Debtors' business, Mr. Omohundro has not (and practically could not have) personally verified the accuracy of each statement and representation in the Schedules and Statements, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

Subsequent receipt of information or an audit may result in material changes in financial data requiring amendment of the Schedules and Statements. Accordingly, the Schedules and Statements remain subject to further review and verification by the Debtors. The Debtors reserve the right to amend the Schedules and Statements from time to time as may be necessary or appropriate; *provided*, that the Debtors, their agents, and their advisors expressly do not undertake any obligation to update, modify, revise, or recategorize the information provided herein or to notify any third party should the information be updated, modified, revised, or recategorized, except to the extent required by applicable law.

## Global Notes and Overview of Methodology

1. **Description of the Cases**. On June 1, 2025, Debtor Sunnova TEP Developer, LLC filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. On June 8, 2025 (the "Petition Date"), Debtors Sunnova Energy Corporation, Sunnova Energy International Inc., and Sunnova Intermediate Holdings, LLC each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On June 9, 2025, the Court entered an order authorizing the joint administration of the cases pursuant to Bankruptcy Rule 1015(b) [Docket No. 19]. On June 18, 2025, the United States Trustee for the Southern District of Texas (the "U.S. Trustee") appointed an official committee of unsecured creditors pursuant to section 1102(a)(1) of the Bankruptcy Code (the "Committee") [Docket No. 226]. Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules and Statements.

2. **Global Notes Control**. Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments. In the event that the Schedules and Statements differ from any of the Global Notes, the Global Notes shall control.

3. **Reservation of Rights**. Commercially reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, as noted above, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend and supplement the Schedules and Statements as may be necessary or appropriate but do not undertake any obligation to do so, except to the extent required by applicable law. Nothing contained in the Schedules, Statements, or Global Notes shall constitute a waiver of rights with respect to these chapter 11 cases, including, but not limited to, any rights or claims the Debtors may hold against any third party or any insider, or issues involving substantive consolidation, defenses, statutory or equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

    a. **No Admission.** Nothing contained in the Schedules and Statements is intended as, or should be construed as, an admission or stipulation as to the validity of any claim against any Debtors or any assertion made therein or herein, or a waiver of any of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

    b. **Claims Listing and Descriptions**. The listing of a claim does not constitute an admission of liability by the Debtors, and the Debtors reserve the right to amend the Schedules and Statements accordingly. Any failure to designate a claim listed on the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed,"

"contingent," or "unliquidated." The Debtors reserve the right to dispute and to assert setoff rights, counterclaims, and defenses to any claim reflected on their Schedules and Statements on any grounds, including, but not limited to, amount, liability, priority, status, and classification, and to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."

c.   **Recharacterization**. The Debtors have made commercially reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements. Nevertheless, due to the complexity of the Debtors' business, the Debtors may not have accurately characterized, classified, categorized, or designated certain items and/or may have omitted certain items. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as necessary or appropriate, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired on a postpetition basis.

d.   **Classifications**. The listing of (i) a claim (a) on Schedule D as "secured," or (b) on Schedule E/F as either "priority" or "unsecured priority," or (ii) a contract or lease on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or contract counterparty or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract pursuant to a schedule amendment, claim objection, or otherwise. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a security interest has been undertaken. Except as provided in an order of the Court, including, without limitation, the *Order (I) Authorizing the Debtors, for the Interim Period, to (A) Obtain Postpetition Financing (II) Granting Liens and Providing Superpriority Administrative Expense Claims, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [Docket No. 165], the Debtors reserve all rights to dispute and challenge the secured nature or amount of any such creditor's claims, the characterization of the structure of any transaction, and any document or instrument related to such creditor's claim.

e.   **Estimates and Assumptions**. To prepare these Schedules and Statements and report information on an entity-by-entity basis, the Debtors were required to make certain reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities, and the reported amounts of revenues and expenses as of the Petition Date. Actual results could differ from such estimates. The Debtors reserve all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

f. **Causes of Action**. Despite commercially reasonable efforts, the Debtors may not have identified and/or set forth all of their causes of action (filed or potential) against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets. The Debtors reserve all rights with respect to any claim, controversy, demand, right, action, suit, obligation, liability, debt, account, defense, offset, power, privilege, license, lien, indemnity, guaranty, interest, damage, remedy, cause of action, proceeding, agreement, or franchise of any kind or character whatsoever, whether known or unknown, foreseen or unforeseen, existing or hereinafter arising, contingent or non-contingent, liquidated or unliquidated, secured or unsecured, assertable directly or derivatively, matured or unmatured, suspected or unsuspected, whether arising before, on, or after the Petition Date, in contract, in tort, at law, in equity, or otherwise. Causes of action also include: (i) all rights of setoff, counterclaim, or recoupment and claims under contracts or for breaches of duties imposed by law or in equity; (ii) any claim based on or relating to, or in any manner arising from, in whole or in part, tort, breach of contract, breach of fiduciary duty, violation of local, state, federal, or foreign law, or breach of any duty imposed by law or in equity, including, without limitation, securities laws, negligence, and gross negligence; (iii) the right to object to or otherwise contest claims or interests; (iv) claims pursuant to sections 362 or chapter 5 of the Bankruptcy Code; (v) such Claims and defenses as fraud, mistake, duress, and usury and any other defenses set forth in section 558 of the Bankruptcy Code; and (vi) any avoidance actions arising under chapter 5 of the Bankruptcy Code or under similar local, state, federal, or foreign statutes and common law, including, without limitation, fraudulent transfer laws, and neither the Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of action, or avoidance actions or in any way prejudice or impair the assertion of such claims or causes of action.

g. **Intellectual Property Rights**. Exclusion of certain intellectual property on the Schedules and Statements shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property on the Schedules and Statements shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. The Debtors have made every effort to attribute intellectual property to the rightful Debtor owner; however, in some instances, intellectual property owned by one Debtor may, in fact, be owned by another Debtor. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all intellectual property rights.

h. **Insiders**. The Debtors have attempted to include all payments made within the twelve months before the Petition Date to any individual (and their relatives) or

entity who, in the Debtors' good faith belief, may be deemed an "insider." As to each Debtor, an individual or entity is designated as an "insider" for the purposes of the Schedules and Statements if such individual or entity, based on the totality of the circumstances, has at least a controlling interest in, or exercises sufficient authority over, the Debtor so as to dictate corporate policy and the disposition of corporate assets. The Debtors have also considered the requirements of GAAP and Securities and Exchange Commission (the "SEC") reporting standards and their public disclosures with respect to designating certain individuals and entities as "insider" herein.

The listing or omission of a party as an "insider" for the purposes of the Schedules and Statements is for informational purposes and is not intended to be, nor should be construed as, an admission that such parties are insiders for purposes of section 101(31) of the Bankruptcy Code. Information regarding the individuals or entities listed as insiders in the Schedules and Statements may not be used for: (i) the purposes of determining (a) control of the Debtors; (b) the extent to which any individual or entity exercised management responsibilities or functions; (c) corporate decision-making authority over the Debtors; or (d) whether such individual or entity (or the Debtors) could successfully argue that they are not an insider under applicable law, including, without limitation, the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or (ii) any other purpose. Furthermore, certain of the individuals or entities identified as insiders may not have been insiders for the entirety of the twelve-month period before the Petition Date. Nevertheless, the Debtors have included such individuals or entities herein out of an abundance of caution, and the Debtors reserve all rights with respect thereto.

## 4. Methodology

a. **Basis of Presentation**. For financial reporting purposes, the Debtors generally prepare consolidated financial statements, which include financial information for the Debtors and certain non-Debtor affiliates. Combining the assets and liabilities set forth in the Debtors' Schedules and Statements would result in amounts that would be substantially different from financial information that would be prepared on a consolidated basis under GAAP. Therefore, these Schedules and Statements neither purport to represent financial statements prepared in accordance with GAAP nor are they intended to fully reconcile to the financial statements prepared by the Debtors. Unlike the consolidated financial statements, these Schedules and Statements, except where otherwise indicated, reflect the assets and liabilities of each separate Debtor. Information contained in the Schedules and Statements has been derived from the Debtors' books and records and historical financial statements.

The Debtors attempted to attribute the assets and liabilities, certain required financial information, and various cash disbursements to the proper Debtor entity. Nevertheless, due to limitations within the Debtors' accounting systems, it is possible that not all assets, liabilities, or amounts of cash disbursements have been

recorded with the correct legal entity on the Schedules and Statements. Accordingly, the Debtors reserve all rights to supplement and/or amend the Schedules and Statements in this regard.

Given, among other things, the uncertainty surrounding the collection, ownership, and valuation of certain assets and the amount and nature of certain liabilities, a Debtor may report more assets than liabilities. Such report shall not constitute an admission that such Debtor was solvent on the Petition Date or at any time prior to or after the Petition Date. Likewise, a Debtor's reporting more liabilities than assets shall not constitute an admission that such Debtor was insolvent on the Petition Date or at any time prior to or after the Petition Date. For the avoidance of doubt, nothing contained in the Schedules and Statements is indicative of the Debtors' enterprise value. The Schedules and Statements contain unaudited information that is subject to further review and potential revisions.

b. **Reporting Date**. The asset information provided herein, except as otherwise noted, represents the Debtors' asset data as of April 30, 2025, the date of the Debtors' month-end closure to their balance sheet, and the Debtors' liability data is as of the Petition Date, adjusted for authorized payments under the First Day Orders (as defined herein).

c. **Confidentiality or Sensitive Information**. There may be instances in which certain information in the Schedules and Statements has been intentionally redacted due to, among other things, concerns for the privacy of an individual or concerns about the confidential or commercially sensitive nature of certain information. Any alterations or redactions in the Schedules and Statements are limited only to what the Debtors believe is necessary to protect the Debtors or the applicable third-party, and the Debtors have provided interested parties with sufficient information to discern the nature of the listing. The alterations will be limited to only what is necessary to protect the Debtor or the applicable third party. The Debtors may also be authorized or required to redact certain information from the public record pursuant to orders of the Court authorizing the Debtors to redact, seal, or otherwise protect such information from public disclosure.[3]

d. **Consolidated Entity Accounts Payable and Disbursement Systems**. Receivables and payables among the Debtors and among the Debtors and their non-Debtor affiliates are reported on Statement 4, Schedule A/B, and Schedule E/F, respectively, per the Debtors' unaudited books and records. As described more fully in the *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Using the Cash Management System, (B) Maintain Existing Bank Accounts, Business Forms, and*

[3] *See, e.g.*, *Order (I) Authorizing the Debtors to (A) File a Consolidated Creditor Matrix, (B) Redact or Withhold Certain Confidential Information of Customers, and (C) Redact Certain Personally Identifiable Information of Natural Persons, (II) Waiving the Requirement to File a List of Equity Security Holders, (III) Approving the Form and Manner of Notifying Creditors of the Commencement of the Chapter 11 Cases and Other Information, and (IV) Granting Related Relief* [Docket No. 64] (the "Creditor Matrix Order").

*Books and Records, (C) Continue Intercompany Transactions, (II) Granting Administrative Expense Status to Postpetition Intercompany Transactions, and (III) Granting Related Relief* [Docket No. 9] (the "Cash Management Motion"), the Debtors utilize an integrated, centralized cash management system in the ordinary course of business to collect, concentrate, and disburse funds generated from their operations (the "Cash Management System"). The Debtors maintain a consolidated accounts payable and disbursements system to pay operating and administrative expenses through various disbursement accounts. The Cash Management System is supported by approximately 525 bank accounts, 24 of which are owned and controlled by the Debtors and 501 of which are owned by non-Debtor affiliates.

The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission or conclusion regarding the allowance, classification, validity, or priority of such account or characterization of such balances as debt, equity, or otherwise. For the avoidance of doubt, the Debtors reserve all rights, claims, and defenses in connection with any and all intercompany receivables and payables, including, but not limited to, with respect to the characterization of intercompany claims, loans, and notes.

Prior to the Petition Date, the Debtors and certain non-Debtor affiliates engaged in intercompany transactions (the "Intercompany Transactions") in the ordinary course of business, which resulted in intercompany receivables and payables (the "Intercompany Claims"). The Debtors maintain records of the Intercompany Claims and can generally ascertain, trace, and account for Intercompany Transactions. Pursuant to the *Interim Order (I) Authorizing the Debtors to (A) Continue Using the Cash Management System, (B) Maintain Existing Bank Accounts, Business Forms, and Books and Records, and (C) Continue Intercompany Transactions, (II) Granting Administrative Expense Status to Postpetition Intercompany Transactions, and (III) Granting Related Relief* [Docket No. 74] (the "Cash Management Order"), the Court granted the Debtors authority to continue to engage in Intercompany Transactions in the ordinary course of business, subject to certain limitations set forth therein, and subject to the entry of a final order related thereto. Thus, intercompany balances as of the Petition Date, as set forth in Schedule A/B and Schedule E/F, may not accurately reflect current positions.

In addition, certain of the Debtors act on behalf of other Debtors. Commercially reasonable efforts have been made to indicate the ultimate beneficiary of a payment or obligation. Whether a particular payment or obligation was incurred by the entity actually making the payment or incurring the obligation is a complex question of applicable non-bankruptcy law, and nothing herein constitutes an admission that any Debtor entity or non-Debtor affiliate is an obligor with respect to any such payment. The Debtors reserve all rights to reclassify any payment or obligation as attributable to another entity and all rights with respect to the proper accounting and treatment of such payments and liabilities.

e.   **Duplication**.  Certain of the Debtors' assets, liabilities, and prepetition payments may properly be disclosed in response to multiple parts of the Statements and Schedules.  To the extent these disclosures would be duplicative, the Debtors have determined to only list such assets, liabilities, and prepetition payments once.

f.   **Net Book Value of Assets**.  In many instances, current market valuations are not maintained by or readily available to the Debtors.  It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate resources for the Debtors to obtain current market valuations for all assets.  As such, unless otherwise indicated, net book values set forth in these Schedules and Statements are presented as of April 30, 2025, for all assets.  When necessary, the Debtors have indicated that the value of certain assets is "Unknown" or "Undetermined." Amounts ultimately realized may vary materially from net book value (or other value so ascribed).  Accordingly, the Debtors reserve all rights to amend, supplement, and adjust the asset values set forth in the Schedules and Statements. Assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements or are listed with a zero-dollar value, as such assets have no net book value.  The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights the Debtors have with respect to such asset.  Nothing in the Debtors' Schedules and Statements shall be, or shall be deemed to be, an admission that any Debtor was solvent or insolvent as of the Petition Date or at any time prior to or after the Petition Date.

g.   **Currency**.  All amounts shown in the Schedules and Statements are in U.S. Dollars, unless otherwise indicated.

h.   **Payment of Prepetition Claims Pursuant to First Day Orders**.  Following the Petition Date, the Court entered various orders authorizing, but not directing, the Debtors to, among other things, pay certain prepetition:  (i) service fees and charges assessed by the Debtors' banks; (ii) insurance and surety obligations; (iii) employee wages, salaries, and related items (including, but not limited to, employee benefit programs and supplemental workforce obligations); (iv) taxes and assessments; (v) customer program obligations; and (vi) critical vendor obligations (collectively, the "First Day Orders").  As such, outstanding liabilities may have been reduced by Court-approved postpetition payments made on account of prepetition payables.  Where and to the extent these liabilities have been satisfied, they are not listed in the Schedules and Statements unless otherwise indicated.  The Debtors reserve the right to update the Schedules and Statements to reflect payments made pursuant to an order of the Court (including the First Day Orders).

i.   **Other Paid Claims**.  To the extent the Debtors have reached any postpetition settlement with a vendor or other creditor, the terms of such settlement will prevail, supersede amounts listed in the Schedules and Statements, and shall be enforceable by all parties, subject to any necessary Court approval.  To the extent the Debtors

pay any of the claims listed in the Schedules and Statements pursuant to any orders entered by the Court, the Debtors reserve all rights to amend and supplement the Schedules and Statements and take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

j.   **Setoffs**.  The Debtors routinely incur setoffs in the ordinary course of business. Such setoffs and nettings may occur due to a variety of transactions or disputes, including, but not limited to, intercompany transactions, counterparty settlements, pricing discrepancies, rebates, returns, warranties, refunds, and negotiations and/or other disputes between the Debtors and their customers or vendors. In accordance with the Debtors' agreements with their vendors and other contract counterparties, these amounts are set off on a reoccurring basis against future revenues in a normal course reconciliation process with these partners.  Certain of these ordinary course setoffs are not independently accounted for and, as such, may be excluded from the Schedules and Statements.  Any setoff of a prepetition debt to be applied against the Debtors is subject to the automatic stay and must comply with section 553 of the Bankruptcy Code.  The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted against them, including, but not limited to, any and all rights preserved pursuant to section 558 of the Bankruptcy Code.

k.   **Accounts Receivable**.  The accounts receivable information listed on the Schedules includes receivables from the Debtors' customers and is calculated net of any amounts that, as of the Petition Date, may be owed to such customers in the form of offsets or other price adjustments pursuant to the Debtors' customer program policies, day-to-day operating policies, and any applicable Court order.

l.   **Property and Equipment**.  Unless otherwise indicated, owned property and equipment are stated at net book value.  Certain intangibles are listed in the asset schedules for the Debtors.  Such treatment may not reflect actual legal ownership.

The Debtors may lease furniture, fixtures, and equipment from certain third-party lessors.  Any such leases are set forth in the Schedules and Statements.  Nothing in the Statements or Schedules is or shall be construed as an admission or determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect to any such lease, including, but not limited to, the recharacterization thereof.

m.   **Liens**.  The inventories, property, and equipment listed in the Statements and Schedules are presented without consideration of any asserted mechanics', materialmen, or similar liens that may attach (or have attached) to such inventories, property, and equipment, and the Debtors reserve all of their rights with respect to such liens (if any).  Liens levied in accordance with the Uniform Commercial Code as of the Petition Date, if any, are listed on Schedule D.

n. **Excluded Assets and Liabilities**.  Certain liabilities resulting from accruals, liabilities recognized in accordance with GAAP, and/or estimates of long-term liabilities either are not payable at this time or have not yet been reported.  Therefore, they do not represent specific claims as of the Petition Date and are not otherwise set forth in the Schedules.  Additionally, certain deferred assets, charges, accounts, or reserves recorded for GAAP reporting purposes only, and certain assets with a net book value of zero, are not included in the Schedules.  Excluded categories of assets and liabilities include, but are not limited to, deferred tax assets and liabilities, deferred income, deferred charges, self-insurance reserves, favorable lease rights, and unfavorable lease liabilities.  In addition, and as set forth above, the Debtors may have excluded amounts for which the Debtors have paid or have been granted authority to pay pursuant to the First Day Orders or other orders that may be entered by the Court.  Other immaterial assets and liabilities may also have been excluded.

o. **Undetermined Amounts**.  The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.

p. **Totals**.  All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements and exclude items identified as "unknown" or "undetermined."  If there are unknown or undetermined amounts, the actual totals may be materially different from the listed totals.  The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.  To the extent a Debtor is a guarantor of debt held by another Debtor or non-Debtor affiliate, the amounts reflected in these Schedules are inclusive of each Debtor's guarantor obligations.

q. **Credits and Adjustments**.  The claims of individual creditors for, among other things, goods, products, services, and taxes are listed as the amounts entered on the Debtors' books and records and may either (i) not reflect credits, allowances, or other adjustments due from such creditors to the Debtors or (ii) be net of accrued credits, allowances, rebates, trade debits, or other adjustments that are actually owed by a creditor to the Debtors on a postpetition basis on account of such credits, allowances, or other adjustments earned from prepetition payments and postpetition payments, if applicable.  The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including but not limited to, the right to assert claims objections and/or setoffs with respect to the same.

r. **Guarantees and Other Secondary Liability Claims**.  The Debtors exercised their commercially reasonable efforts to locate and identify guarantees and other secondary liability claims (the "Guarantees") in their secured financings, debt instruments, and other agreements.  Nevertheless, a review of these agreements, specifically the Debtors' unexpired leases and executory contracts, is ongoing.  Where such Guarantees have been identified, they have been included in the relevant Schedules G and H for the affected Debtor or Debtors.  The Debtors have reflected the obligations under the Guarantees for both the primary obligor and

the guarantors with respect to their secured financings, debt instruments, and other such agreements on Schedule H. Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other agreements may have been omitted inadvertently. The Debtors may identify additional Guarantees as they continue their review of their books and records and contractual agreements. The Debtors reserve their rights, but are not required, to amend the Schedules and Statements if additional Guarantees are identified.

s.   **Leases**. The Debtors have not included future obligations under any capital or operating leases in the Schedules and Statements. To the extent there was an amount outstanding on account of such lease as of the Petition Date, the creditor has been included on Schedule E/F of the Schedules. In the ordinary course of business, certain of the Debtors may enter into agreements titled as leases for property, other property interests, and/or equipment from third-party lessors for use in the daily operation of their business. Any such prepetition obligations that are known to the Debtors have been listed on Schedule F, and the underlying lease agreements are listed on Schedule G or, if the leases are in the nature of real property interests under applicable state laws, on Schedule A/B. Nothing in the Schedules and Statements is, or shall be construed to be, an admission as to the determination of the legal status of any lease (including whether any lease is a true lease, a financing arrangement, or a real property interest), and the Debtors reserve all rights with respect to such issues.

t.   **Executory Contracts**. Although the Debtors made diligent efforts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so. Accordingly, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

u.   **Allocation of Liabilities**. The Debtors, in consultation with their advisors, have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change. The Debtors reserve the right to amend and/or supplement the Schedules and Statements as they deem appropriate in this regard.

v.   **Unliquidated Claim Amounts**. Claim amounts that could not be readily quantified by the Debtors are scheduled as "unliquidated."

w.   **Umbrella or Master Agreements**. Contracts and leases listed in the Schedules and Statements may be umbrella or master agreements that cover relationships with some or all of the Debtors. Where relevant, such agreements have been listed in the Schedules and Statements only for the Debtor entity that signed the original umbrella or master agreement. Other Debtors, however, may be liable together with such Debtor on account of such agreements and the Debtors reserve all rights

to amend the Schedules to reflect changes regarding the liabilities of the Debtors with respect to such agreements, if appropriate. The master service agreements or other ancillary documents have been listed in Schedule G, but such listing does not reflect any decision by the Debtors as to whether such agreements are executory in nature.

**Specific Schedule Disclosures**

Schedules A/B, D, E/F, G, and H may contain explanatory or qualifying notes that pertain to the information provided in the Schedules. Those Schedule-specific notes are incorporated herein by reference. Unless otherwise noted, the asset totals listed on the Schedules are derived from amounts included in the Debtors' books and records as of the Petition Date. To the extent there are unknown or undetermined amounts, the actual total may be different from the total listed.

**1. Schedule A/B**

a. **Part 1**. Sunnova's Cash Management System comprises a total of 525 Bank Accounts. Of the Bank Accounts, 24 are owned and controlled by the Debtors, while the remaining 501 are owned by Non-Debtor Affiliates. The Debtors' primary cash management bank is J.P. Morgan Chase Bank, N.A. Further details with respect to the Cash Management System are provided in the Cash Management Motion. The cash amounts listed are as of June 1, 2025, for Debtor Sunnova TEP Developer, LLC and as of the June 8, 2025, Petition Date for the other Debtors and reflect the bank balance, not the net book value.

b. **Part 2**. The Debtors maintain certain deposits in the ordinary course of their business operations. These deposits are included in the Schedules for the appropriate legal entity. Types of deposits include, among other things, security deposits and utility deposits. Certain prepaid or amortized assets are not listed in Part 2 in accordance with the Debtors' accounting policies. The amounts listed in Part 2 do not necessarily reflect values that the Debtors will be able to collect or realize.

c. **Part 3**. The Debtors' accounts receivable information includes receivables from the Debtors' customers, vendors, or third parties, which are calculated net of any amounts that, as of the Petition Date, may be owed to such parties in the form of offsets or other price adjustments pursuant to the Debtors' customer programs and day-to-day operations or may, in the Debtors' opinion, be difficult to collect from such parties due to the passage of time or other circumstances. The accounts receivable balances in this section exclude intercompany receivables.

d. **Part 4**. Part 4 identifies only subsidiaries owned directly by the applicable Debtor entity. Subsidiaries owned indirectly by the Debtor entity are not listed. Ownership interests in subsidiaries, partnerships, and joint interests have been listed in Schedule A/B, Question 15 as undetermined amounts on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

e. **Part 7**. Actual realizable values may vary significantly relative to net book values as of the Petition Date.

f. **Part 8**. With the exception of any lease or security deposits, property leased by the Debtors is listed in Schedule G and is not listed in Part 8 of Schedule A/B, with the exception of any lease or security deposits for such property, which is listed on Schedule A/B. Actual realizable values of the assets identified may vary significantly relative to net book values as of the Petition Date.

g. **Part 9**. Property leased by the Debtors is listed on both Part 9 of Schedule A/B and on Schedule G. Furthermore, property values are scheduled in accordance with the Debtor's books and records, which may not comport with the legal owner of record. Actual realizable values of the assets identified may vary significantly relative to net book values as of the Petition Date. The Debtors reserve all rights to recharacterize their interests in real property at a later date.

h. **Part 10**. Part 10 identifies the various trademarks, patents, licenses, permits, and website domains owned and maintained by the Debtors. The Schedules may not list the value of such intangible assets as no recent appraisals have been performed. Various software licenses the Debtors use for their operations, which are easily obtainable and hold minimal value are not included. The Debtors own over 600 URL names, the majority of which are not in use. The Debtors have not listed all the URL names but retain ownership rights over these assets.

i. **Part 11**. The Debtors maintain approximately 40 insurance policies administered by multiple third-party insurance carriers and approximately 120 surety bonds provided by multiple third-party sureties. The insurance policies provide coverage for, among other things, the Debtors' property, general liability, automobile liability, and directors' and officers' liability. The Debtors more fully describe such policies in the *Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Maintain Insurance Coverage Entered into Prepetition and Satisfy Prepetition Obligations Related Thereto, (B) Renew, Amend, Supplement, Extend, Purchase, Cancel, and Enter into New Insurance Policies, (C) Honor Prepetition Payment Arrangements, (D) Continue to Pay Brokerage Fees and Commissions, and (E) Maintain the Surety Bond Program; and (II) Granting Related Relief* [Docket No. 6]. Any policies owned by suppliers to which Debtor entities may have been added as a beneficiary are not included.

In addition, the Debtors attempted to list known causes of action and other claims. Potential actions were not listed because the Debtors have not completed an analysis of such potential claims. The Debtors' failure to list any cause of action, claim, or right of any nature is not an admission that such cause of action, claim, or right does not exist and should not be construed as a waiver of such cause of action, claim, or right.

2. **Schedule D**

    a.    The claims listed on Schedule D, as well as the guarantees of those claims listed on Schedule H, arose and were incurred on various dates. To the best of the Debtors' knowledge, all claims listed on Schedule D arose, or were incurred before the Petition Date.

    b.    Except as otherwise agreed or stated pursuant to a stipulation, agreed order, or general order entered by the Court that is or becomes final, the Debtors and/or their estates reserve the right to dispute and challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of any Debtor and, subject to the foregoing limitations, note as follows: (i) although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a lien has been undertaken, and (ii) the descriptions provided on Schedule D and herein are intended to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Detailed descriptions of the Debtors' prepetition debt structure, guarantees, and descriptions of collateral relating to each obligation, if any, contained on Schedule D are contained in the *Declaration of Paul Mathews, President and Chief Executive Officer of Sunnova Energy International Inc., In Support of Debtors' Chapter 11 Petitions* [Docket No. 17].

    c.    Schedule D does not include beneficiaries of letters of credit. Although the claims of such parties may be secured by a letter of credit, the Debtors' obligations under the letters of credit run to the issuers thereof, and not to the beneficiaries thereof.

    d.    The Debtors have not listed on Schedule D any parties whose claims may be secured through rights of setoff, deposits, or advance payments posted by, or on behalf of, the Debtors, or judgment or statutory lien rights. The Debtors have not investigated which of the claims may include such rights, and their population is currently unknown.

3. **Schedule E/F**

    a.    **Part 1**. The claims listed on Part 1 arose and were incurred on various dates. A determination of the date upon which each claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, no such dates are included for each claim listed on Part 1. To the best of the Debtors' knowledge, all claims listed on Part 1 arose or were incurred before the Petition Date.

        The Debtors have not listed any wage or wage-related obligations that the Debtors have already paid pursuant to the First Day Orders on Part 1; however, the Debtors have scheduled certain wage-related obligations on Part 1 that were approved to be paid pursuant to the First Day Orders but that they have not yet paid. The

Debtors further believe that all such claims for wages, salaries, expenses, benefits, and other compensation as described in the First Day Orders have been or will be satisfied in the ordinary course during these chapter 11 cases pursuant to the authority granted to the Debtors in the relevant First Day Orders. The Debtors reserve their right to dispute or challenge whether creditors listed on Part 1 are entitled to priority claims under the Bankruptcy Code.

The Debtors also have not listed any tax-related obligations that the Debtors have paid pursuant to the First Day Orders on Part 1. The Debtors believe that all such claims for taxes as described in the First Day Orders have been or will be satisfied in the ordinary course during these chapter 11 cases pursuant to the authority granted to the Debtors in the relevant First Day Orders. The Debtors reserve their right to dispute or challenge whether creditors listed on Part 1 are entitled to priority claims under the Bankruptcy Code.

b. **Part 2**. The Debtors have exercised commercially reasonable efforts to list all liabilities on Part 2 of each applicable Debtor's Schedule. As a result of the Debtors' consolidated operations, however, Part 2 for each Debtor should be reviewed in these cases for a complete understanding of the unsecured claims against the Debtors. Certain creditors listed on Part 2 may owe amounts to the Debtors, and, as such, the Debtors may have valid setoff and recoupment rights with respect to such amounts. The amounts listed on Part 2 may not reflect any such right of setoff or recoupment, and the Debtors reserve all rights to assert the same and to dispute and challenge any setoff and/or recoupment rights that may be asserted against the Debtors by a creditor, including, but not limited to, any and all rights preserved pursuant to section 558 of the Bankruptcy Code. Additionally, certain creditors may assert mechanic's or other similar liens against the Debtors for amounts listed on Part 2. The Debtors reserve their right to dispute and challenge the validity, perfection, and immunity from avoidance of any lien purported to be perfected by a creditor listed on Part 2 of any Debtor. In addition, certain claims listed on Part 2 may potentially be entitled to administrative priority under section 503(b)(9) of the Bankruptcy Code.

The Debtors have made commercially reasonable efforts to include all unsecured creditors on Part 2 including, but not limited to, software companies, landlords, utility companies, consultants, and other service providers. The Debtors, however, believe the possibility exists that there are instances where creditors have yet to provide proper invoices for prepetition goods or services. While the Debtors maintain general accruals to account for these liabilities in accordance with GAAP, these amounts are estimates and have not been included on Part 2.

Unless otherwise noted, the claims listed on Part 2 are based on the Debtors' books and records as of the Petition Date. The Debtors have excluded workers' compensation claims from the Statements because the Debtors are fully insured for and continue to honor their workers' compensation obligations in the ordinary course in accordance with the *Interim Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable*

*Expenses and (B) Continue Employee Benefits Programs; and (II) Granting Related Relief* [Docket No. 61] and the *Order (I) Authorizing the Debtors to (A)Maintain Insurance Coverage Entered into Prepetition and Satisfy Prepetition Obligations Related Thereto, (B) Renew, Amend, Supplement, Extend, Purchase, Cancel, and Enter into New Insurance Policies, (C) Honor Prepetition Payment Arrangements, (D) Continue to Pay Brokerage Fees and Commissions, and (E) Maintain the Surety Bond Program, and (II) Granting Related Relief* [Docket No. 66].

Part 2 does not include certain balances, such as deferred liabilities, accruals, or reserves. Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals primarily represent estimates of liabilities and do not represent specific claims as of the Petition Date.

Part 2 does not include reserves for liabilities that may have arisen under litigation or threatened litigation in which a Debtor is a defendant unless there is a final judgment or a settlement agreement.

The claims of individual creditors may not reflect credits and/or allowances due from creditors to the applicable Debtor. The Debtors reserve all of their rights with respect to any such credits and/or allowances, including, but not limited to, the right to assert objections and/or setoffs or recoupments with respect to same.

The Debtors have scheduled liabilities to dealers in a manner consistent with how such liabilities are recorded in the Debtors' books and records in the ordinary course of business. Additionally, liabilities scheduled to dealers include gross dealer holdbacks and dealer payables. Dealer holdbacks represent incomplete systems which have fallen behind schedule per agreed upon terms and may not be legally due. The Debtors reserve their rights to dispute owing dealer holdbacks.

The Court has authorized the Debtors to pay, in their discretion, certain non-priority unsecured claims pursuant to the First Day Orders. To the extent practicable, each Debtor's Schedule E/F is intended to reflect the balance as of the Petition Date, adjusted for postpetition payments made under some or all of the First Day Orders. Each Debtor's Schedule E/F will, if applicable, reflect some of that Debtor's payment of certain claims pursuant to the First Day Orders, and, to the extent an unsecured claim has been paid or may be paid, it is possible such claim is not included on Schedule E/F. Certain Debtors may pay additional claims listed on Schedule E/F during these chapter 11 cases pursuant to the First Day Orders and other orders of the Court, and the Debtors reserve all of their rights to update Schedule E/F to reflect such payments or to modify the claims register to account for the satisfaction of such claims. Additionally, Schedule E/F does not include potential rejection damage claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

Pursuant to the First Day Orders, the Court has authorized the Debtors to redact the names, mailing address, and email address of individuals including the

Debtors' customers listed on Schedule E/F. Such individuals shall be sent an individualized notice pursuant to an order of the Court establishing the dates by which parties in interest must file proofs of claim in these chapter 11 cases (the "Bar Dates"), which will enable such individuals to determine the amount of their scheduled claim. As of the date hereof, the Bar Dates are subject to ongoing negotiations with various parties in interest, and the Debtors reserve all rights to amend or supplement the amounts listed on Schedule E/F on account of such service retainers through and including the date on which the Court enters an order establishing the Bar Dates.

**4. Schedule G**

a. Although commercially reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases (collectively, the "Agreements") as of the filing of the Statements and Schedules, the Debtors' collection and review process of the Agreements is ongoing, and inadvertent errors, omissions, or over- or under-inclusion may have occurred. The Debtors may have entered into various other types of Agreements in the ordinary course of their businesses, such as indemnity agreements, supplemental agreements, amendments/letter agreements, master service agreements, and confidentiality agreements, that may not be set forth in Schedule G. Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. Schedule G may be amended at any time to add any omitted Agreements. Likewise, the listing of an Agreement on Schedule G does not constitute an admission that such Agreement is an executory contract or unexpired lease or that such Agreement was in effect on the Petition Date or is valid or enforceable. The Agreements listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments, and agreements which may not be listed on Schedule G. Customer agreements with the Debtors have been redacted pursuant to the Creditor Matrix Order.

**5. Schedule H**

a. The Debtors are party to various debt agreements that were executed by multiple Debtors. The guaranty obligations under prepetition debt agreements are noted on Schedule H for each individual Debtor. In the ordinary course of their businesses, the Debtors are involved in pending or threatened litigation and claims arising out of the conduct of their businesses. Some of these matters may involve multiple plaintiffs and defendants, some or all of whom may assert crossclaims and counterclaims against other parties. To the extent such claims are listed elsewhere in the Schedules of each applicable Debtor, they have not been set forth individually on Schedule H. In the event that two or more Debtors are co-obligors with respect to a scheduled debt or guaranty, such debt or guaranty is listed in the Schedules and Statements of each such Debtor at the full amount of such potential claim. No claim set forth on the Schedules and Statements of any Debtor is

intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other Debtors or non-Debtors. To the extent these Global Notes include notes specific to Schedules D–G, such Global Notes also apply to the co-Debtors listed in Schedule H. The Debtors reserve all of their rights to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or be unenforceable.

**Specific Notes with Respect to the Debtors' Statements of Financial Affairs**

6. **Statement 3**. As described in the Cash Management Motion, the Debtors utilize their integrated, centralized cash management system in the ordinary course of business to collect, concentrate, and disburse funds generated by their operations.

   a. For Debtor Sunnova TEP Developer, LLC, the payments disclosed in Statement 3 are based on payments made by the Debtor with payment dates from March 4, 2025, to June 1, 2025. For all other Debtors, Statement 3 payment dates are from March 11, 2025, to June 8, 2025. Amounts still owed to creditors will appear on the Schedules for each Debtor, as applicable.

   b. The response to Statement 3 excludes regular salary payments and disbursements or transfers for this period, which are listed, to the extent required, on Statement 4.

   c. The response to Statement 3 excludes payments for services of any entities that provided consultation concerning debt counseling or restructuring services, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy for this period, which are listed on Statement 11.

7. **Statement 4**. As described in the Cash Management Motion, certain Debtor cash accounts are zero-balance accounts or receipt accounts. Balances in these accounts are swept on at least a daily basis to Debtor concentration accounts. These transfers are ordinary course and voluminous and, for those reasons, have not been included on Statement 4.

8. **Statement 7**. Information provided on Statement 7 includes only those legal disputes and administrative proceedings that are formally recognized by an administrative, judicial, or other adjudicative forum. While the Debtors believe they were diligent in their efforts to include all such information on Statement 7, it is possible that certain suits and proceedings may have been inadvertently excluded in the Debtors' response to Statement 7. The Debtors reserve all of their rights to amend or supplement their response to Statement 7.

9. **Statement 9**. For the avoidance of doubt, Statement 9 excludes *de minimis* charitable contributions including gifts to employees and dealers.

10. **Statement 10**. All losses are listed at the operating Debtor entity Sunnova Energy Corporation if otherwise unknown.

11. **Statement 11**. All payments for services of any entities that provided consultation concerning debt counseling or restructuring services, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy within one year immediately preceding the Petition

Date are listed on the applicable Debtor's response to Statement 11. Due to the nature of certain of the Debtors' professionals' work, distinguishing payments related to the Debtors' bankruptcy proceedings from payments for services unrelated to the Debtors' bankruptcy proceedings can be difficult. The Debtors have therefore included some payments related to non-bankruptcy-related services on Statement 11 out of an abundance of caution. Additional information regarding the Debtors' retention of professional service firms is described more fully in individual retention applications and related orders.

In addition, the Debtors have listed payments made to professionals retained by the Debtors but not payments made to advisors of their postpetition lenders or other parties.

**12.** **Statement 13**. Statement 13 excludes *de minimis* transfers.

**13.** **Statement 20**. The locations listed for off-premises storage do not include cloud-based storage of electronic data.

**14.** **Statement 25**. The Debtors have used commercially reasonable efforts to identify the beginning and ending dates of all businesses in which the Debtors were a partner or owner within the six years immediately preceding the Petition Date.

**15.** **Statement 26**. Pursuant to the requirements of Securities Exchange Act of 1934, as amended, Sunnova has filed SEC reports on Form 8-K, Form 10-Q, and Form 10-K. These SEC filings contain consolidated financial information. Additionally, the Debtors provide certain parties such as banks, auditors, potential investors, vendors, and financial advisors with financial statements that may not be part of a public filing. The Debtors do not maintain detailed records tracking such disclosures.

**16.** **Statement 30**. Refer to the Methodology section regarding all payments to insiders.

**Fill in this information to identify the case:**

Debtor name: Sunnova Energy Corporation

United States Bankruptcy Court for the: Southern District of Texas, Houston Division

Case number (If known): 25-90159

☐ Check if this is an amended filing

# Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1: Summary of Assets

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from *Schedule A/B* ........ $ 3,375,628.94*

1b. **Total personal property:**
Copy line 91A from *Schedule A/B* ........ $ 462,389,268.29*

1c. **Total of all property:**
Copy line 92 from *Schedule A/B* ........ $ 465,764,897.23*

## Part 2: Summary of Liabilities

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ........ $ Undetermined

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F* ........ $ 3,839,158.78

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ........ + $ 1,014,263,622.74*

4. **Total liabilities** ........
Lines 2 + 3a + 3b ........ $ 1,018,102,781.52*

***Plus Undetermined Amounts**

**Fill in this information to identify the case:**

Debtor name Sunnova Energy Corporation

United States Bankruptcy Court for the: Southern District of Texas, Houston Division

Case number (If known) 25-90159

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
|---|---|---|---|
| 2. **Cash on hand** | | | $ 0.00 |
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1 See Attached Rider | | | $ 11,426,239.13 |
| 3.2 | | | $ |
| 4. **Other cash equivalents** *(Identify all)* | | | |
| 4.1 None | | | $ 0.00 |
| 4.2 | | | $ |

5. **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. $ 11,426,239.13

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No.Go to Part 3.

☑ Yes. Fill in the information below.

| 7. **Deposits, including security deposits and utility deposits** | **Current value of debtor's interest** |
|---|---|
| Description, including name of holder of deposit | |
| 7.1 See Attached Rider | $ 4,247,320.94 |
| 7.2 | $ |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1 | See Attached Rider | $ 43,425,484.96 |
| 8.2 | | $ |

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81. $ 47,672,805.90

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | 1,046,265.91 | — | 0.00 | = ...... → | $ 1,046,265.91 |
| 11b. Over 90 days old: | 0.00 | — | 0.00 | = ...... → | $ 0.00 |

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82. $ 1,046,265.91

## Part 4: Investments

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.
☑ Yes. Fill in the information below.

14. **Mutual funds or publicly traded stocks not included in Part 1**

| Name of fund or stock: | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14.1 None | | $ 0.00 |
| 14.2 | | $ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of entity: | % of ownership: | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 15.1 See Attached Rider | % | | $ Undetermined |
| 15.2 | % | | $ |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

| Describe: | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 16.1 None | | $ 0.00 |
| 16.2 | | $ |

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83. $ Undetermined

***Plus Undetermined Amounts**

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General Description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| RAW MATERIALS | VARIOUS (MM / DD / YYYY) | $ 19,784,891.15 | NET BOOK VALUE | $ 19,784,891.15 |
| 20. **Work in progress** | | | | |
| WORK IN PROGRESS | VARIOUS (MM / DD / YYYY) | $ 323,665.83 | NET BOOK VALUE | $ 323,665.83 |
| 21. **Finished goods, including goods held for resale** | | | | |
| INVENTORY | VARIOUS (MM / DD / YYYY) | $ 2,386,752.96 | NET BOOK VALUE | $ 2,386,752.96 |
| 22. **Other inventory or supplies** | | | | |
| See Attached Rider | MM / DD / YYYY | $ 10,962,919.41 | | $ 10,962,919.41 |

23. **Total of Part 5.** $ 33,458,229.35

Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes. Book value $ Undetermined Valuation method N/A Current value $ Undetermined

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops-either planted or harvested** | | | |
| | $ | | $ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| | $ | | $ |

33. **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85. $ 0.00

34. **Is the debtor a member of an agricultural cooperative?**

☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
  ☐ No
  ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes. Book value $ ______ Valuation method ______ Current value $ ______

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38 **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| OFFICE FURNITURE | $ 45,022.98 | NET BOOK VALUE | $ 45,022.98 |
| 40. **Office fixtures** | | | |
| None | $ | | $ 0.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| COMPUTER EQUIPMENT | $ 847,419.50 | NET BOOK VALUE | $ 847,419.50 |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 None | $ | | $ 0.00 |
| 42.2 | $ | | $ |
| 42.3 | $ | | $ |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86. $ 892,442.48

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General Description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 VEHICLES | $ Undetermined | NET BOOK VALUE | $ Undetermined |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 None | $ | | $ 0.00 |
| 48.2 | $ | | $ |
| **49. Aircraft and accessories** | | | |
| 49.1 None | $ | | $ 0.00 |
| 49.2 | $ | | $ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| See Attached Rider | $ 91,627,184.04 | | $ 91,627,184.04 |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87. $ 91,627,184.04*

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

***Plus Undetermined Amounts**

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1 | See Attached Rider | | $ 3,375,628.94* | | $ 3,375,628.94* |
| 55.2 | | | $ | | $ |
| 55.3 | | | $ | | $ |
| 55.4 | | | $ | | $ |
| 55.5 | | | $ | | $ |
| 55.6 | | | $ | | $ |

56. **Total of Part 9.** $ 3,375,628.94*

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| See Attached Rider | $ Undetermined | | $ Undetermined |
| **61. Internet domain names and websites** | | | |
| SUNNOVA.COM | $ Undetermined | NET BOOK VALUE | $ Undetermined |
| **62. Licenses, franchises, and royalties** | | | |
| See Attached Rider | $ Undetermined | | $ Undetermined |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| CUSTOMER CONTRACTS | $ Undetermined | NET BOOK VALUE | $ Undetermined |
| **64. Other intangibles, or intellectual property** | | | |
| None | $ | | $ 0.00 |
| **65. Goodwill** | | | |
| None | $ | | $ 0.00 |

66. **Total of Part 10.** $ Undetermined

Add lines 60 through 65. Copy the total to line 89.

***Plus Undetermined Amounts**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
- ☐ No
- ☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☑ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.
- ☐ No. Go to Part 12.
- ☑ Yes. Fill in the information below.

| | | | | Current value of debtor's interest |
|---|---|---|---|---|
| 71. **Notes receivable** | | | | |
| Description (include name of obligor) | | | | |
| See Attached Rider | 12,420,265.51 (Total Face Amount) | — 0.00 (Doubtful or uncollectible Amount) | = → | $ 12,420,265.51 |
| 72. **Tax refunds and unused net operating losses (NOLs)** | | | | |
| Description (for example, federal, state, local) | | | | |
| REFER TO THE NOL MOTION FILED AT DOCKET NUMBER 11 | | Tax Year | VARIOUS | $ Undetermined |
| | | Tax Year | | $ |
| | | Tax Year | | $ |
| 73. **Interests in insurance policies or annuities** | | | | |
| See Attached Rider | | | | $ Undetermined |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** | | | | |
| See Attached Rider | | | | $ Undetermined |
| **Nature of Claim** | | | | |
| **Amount Requested** $ | | | | |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | | | | |
| None | | | | $ 0.00 |
| **Nature of Claim** | | | | |
| **Amount Requested** $ | | | | |
| 76. **Trusts, equitable or future interests in property** | | | | |
| None | | | | $ 0.00 |
| 77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | | | | |
| See Attached Rider | | | | $ 263,845,835.97 |
| | | | | $ |
| 78. **Total of Part 11.** Add lines 71 through 77. Copy the total to line 90. | | | | $ 276,266,101.48* |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

***Plus Undetermined Amounts**

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of Property | Current value of personal property | | Current value of real property |
|---|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 11,426,239.13 | | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 47,672,805.90 | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 1,046,265.91 | | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ Undetermined | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 33,458,229.35 | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 892,442.48 | | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 91,627,184.04* | | |
| 88. **Real property.** *Copy line 56, Part 9.* | | → | $3,375,628.94* |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ Undetermined | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | $ 276,266,101.48* | | |
| 91. **Total.** Add lines 80 through 90 for each column ... 91a. | $ 462,389,268.29* | + 91b. | $3,375,628.94* |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ... $ 465,764,897.23*

***Plus Undetermined Amounts**

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| AMEGY BANK OF TEXAS | CORPORATE CREDIT CARD ACCOUNT | 4207 | $74,207.90 |
| BLACKROCK | INACTIVE / DE MINIMIS ACCOUNT | 5361 | $0.00 |
| GOLDMAN SACHS | INACTIVE / DE MINIMIS ACCOUNT | 2227 | $0.00 |
| GOLDMAN SACHS | INVESTMENT ACCOUNT | 4990 | $0.00 |
| JP MORGAN CHASE | ADEQUATE ASSURANCE ACCOUNT | 1363 | $0.00 |
| JP MORGAN CHASE | CUSTOMER SECURITY DEPOSIT ACCOUNT | 1397 | $0.00 |
| JP MORGAN CHASE | GOVERNMENT INCENTIVES COLLECTION ACCOUNT | 1599 | $0.00 |
| JP MORGAN CHASE | INACTIVE / DE MINIMIS ACCOUNT | 1011 | $691.98 |
| JP MORGAN CHASE | INACTIVE / DE MINIMIS ACCOUNT | 7693 | $0.00 |
| JP MORGAN CHASE | LC COLLATERAL ACCOUNT | 7309 | $0.00 |
| JP MORGAN CHASE | MAIN OPERATING ACCOUNT | 1787 | $8,950,545.53 |
| JP MORGAN CHASE | MISCELLANEOUS CUSTOMER ACTIVITY ACCOUNT | 1561 | $563,681.05 |
| JP MORGAN CHASE | PAYROLL ACCOUNT | 8337 | $1,495,329.46 |
| MERRILL LYNCH | INVESTMENT ACCOUNT | 3513 | $0.00 |
| TEXAS CAPITAL BANK | INACTIVE / DE MINIMIS ACCOUNT | 7722 | $20,148.61 |
| TEXAS CAPITAL BANK | INVESTMENT ACCOUNT | 2557 | $199.77 |
| TEXAS CAPITAL BANK | LC COLLATERAL ACCOUNT | 7714 | $0.00 |
| TEXAS CAPITAL BANK | MISCELLANEOUS CUSTOMER ACTIVITY ACCOUNT | 2878 | $321,434.83 |
| WILMINGTON TRUST | INACTIVE / DE MINIMIS ACCOUNT | 9390 | $0.00 |

Debtor Name: Sunnova Energy Corporation Case Number: 25-90159

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| | | **TOTAL** | **$11,426,239.13** |

Page 2 of 2

**Assets - Real and Personal Property**

**Part 2, Question 7:** Deposits, including security deposits and utility deposits

| **Deposits, including security deposits and utility deposits** *(Description, including name of holder of deposit)* | **Current value of debtor's interest** |
|---|---|
| BLACKROCK ISO NEW ENGLAND DEPOSIT | $1,541,134.44 |
| COMED ILLINOIS ABP DEPOSIT | $1,577,397.24 |
| GREAT AMERICAN INSURANCE COMPANY SURETY BOND COLLATERAL | $1,000,000.00 |
| OTHER LONG TERM SECURITY DEPOSIT | $128,789.26 |
| **TOTAL** | **$4,247,320.94** |

Debtor Name: Sunnova Energy Corporation Case Number: 25-90159

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including payments on executory contracts, leases, insurance, taxes, and rent

| **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** *(Description, including name of holder of prepayment)* | **Current value of debtor's interest** |
|---|---|
| DIRECTORS AND OFFICERS INSURANCE PREPAIDS | $2,399,805.29 |
| IT PREPAIDS | $5,680,112.78 |
| ITC SALES INSURANCE POLICY PREPAIDS | $7,467,444.28 |
| LEGAL PREPAIDS | $2,896,407.45 |
| MARKETING PREPAIDS | $40,228.34 |
| NON-CURRENT OTHER PREPAIDS | $3,919,421.01 |
| NON-CURRENT UCC FILINGS PREPAID | $19,073,854.33 |
| OTHER PREPAIDS | $1,146,381.07 |
| PREPAID INVENTORY | $585,867.87 |
| PROPERTY INSURANCE PREPAIDS | $215,962.54 |
| **TOTAL** | **$43,425,484.96** |

**Assets - Real and Personal Property**

**Part 4, Question 15:** Non-publicly traded stock interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture.

| **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** *(Name of entity:)* | **% of Ownership** | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| ENERLAST INSURANCE GROUP, LLC | 100 | N/A | Undetermined |
| SUNNOVA INVENTORY MANAGEMENT, LLC | 100 | N/A | Undetermined |
| SUNNOVA LOAN SERVICING, LLC | 100 | N/A | Undetermined |
| SUNNOVA SLA MANAGEMENT, LLC | 100 | N/A | Undetermined |
| SUNNOVA ABS MANAGEMENT, LLC | 100 | N/A | Undetermined |
| SUNNOVA C&I MANAGEMENT, LLC | 100 | N/A | Undetermined |
| SUNNOVA TE MANAGEMENT III, LLC | 100 | N/A | Undetermined |
| SUNNOVA TE MANAGEMENT II, LLC | 100 | N/A | Undetermined |
| SUNNOVA PROTECT MANAGEMENT, LLC | 100 | N/A | Undetermined |
| SUNNOVA SSA MANAGEMENT, LLC | 100 | N/A | Undetermined |
| SUNNOVA PROTECT HOLDINGS, LLC | 100 | N/A | Undetermined |
| SUNNOVA INTERMEDIATE HOLDINGS, LLC | 100 | N/A | Undetermined |
| SUNNOVA RAYS I MANAGEMENT, LLC | 100 | N/A | Undetermined |
| SUNNOVA MANAGEMENT, LLC | 100 | N/A | Undetermined |
| MOONROAD SERVICES GROUP, LLC | 100 | N/A | Undetermined |
| SUNNOVA LEASE VEHICLE 3-HI, LLC | 100 | N/A | Undetermined |
| SUNNOVA TE MANAGEMENT I, LLC | 100 | N/A | Undetermined |
| SUNNOVA TE MANAGEMENT, LLC | 100 | N/A | Undetermined |
| | | **TOTAL** | $0.00<br>+ Undetermined Amounts |

Debtor Name: Sunnova Energy Corporation

Case Number: 25-90159

**Assets - Real and Personal Property**

**Part 5, Question 22:** Other inventory or supplies

| Other inventory or supplies | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| NON-CURRENT SOLAR PANEL MONITORING | VARIOUS | $1,354,560.42 | NET BOOK VALUE | $1,354,560.42 |
| OTHER INVENTORY | VARIOUS | $7,939,297.85 | NET BOOK VALUE | $7,939,297.85 |
| SOLAR PANEL MONITORING | VARIOUS | $1,669,061.14 | NET BOOK VALUE | $1,669,061.14 |
| | | | **TOTAL** | **$10,962,919.41** |

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| IT SYSTEMS | $72,514,516.49 | NET BOOK VALUE | $72,514,516.49 |
| IT SYSTEMS WIP | $8,697,184.13 | NET BOOK VALUE | $8,697,184.13 |
| LOAN SYSTEMS WIP | $1,378,811.54 | NET BOOK VALUE | $1,378,811.54 |
| O&M EQUIPMENT | $174,665.39 | NET BOOK VALUE | $174,665.39 |
| PV PANEL SYSTEMS AND PV SYSTEMS CIP | $8,862,006.49 | NET BOOK VALUE | $8,862,006.49 |
| | | **TOTAL** | **$91,627,184.04** |

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 121 NORTH PLAINS INDUSTRIAL RD. WALLINGFORD, CT 06492 | LEASED PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| 1319 SAM HOUSTON PKWY N STE 100 HOUSTON, TX 77043 | LEASED PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| 20 GREENWAY PLAZA HOUSTON, TX 77046 | LEASED PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| 415 CHALAN SAN ANTONIO RD. TAMUNING, 96913, GUAM | LEASED PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| 7310 N ELDRIDGE PKY. HOUSTON, TX 77041 | LEASED PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| CITY VIEW PLAZA BUILDING II, STE 319 GUAYNABO, 00966, PR | LEASED PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| VARIOUS | LEASEHOLD IMPROVEMENTS | $3,375,628.94 | NET BOOK VALUE | $3,375,628.94 |
| | | | **TOTAL** | **$3,375,628.94** + Undetermined Amounts |

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK FILED ON 08/15/2022; REGISTRATION NO. 1705441 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK FILED ON 08/15/2022; REGISTRATION NO. 1705913 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK FILED ON 08/15/2022; REGISTRATION NO. 1706969 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK FILED ON 08/22/2023; REGISTRATION NO. 1751481 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK FILED ON 08/22/2023; REGISTRATION NO. 1751482 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK FILED ON 08/22/2023; REGISTRATION NO. 1751766 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK FILED ON 08/22/2023; REGISTRATION NO. 1751767 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK FILED ON 08/22/2023; REGISTRATION NO. 1751858 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK FILED ON 08/22/2023; REGISTRATION NO. 1770490 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK FILED ON 08/22/2023; REGISTRATION NO. 1770491 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK FILED ON 08/22/2023; REGISTRATION NO. 1770556 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK REGISTRATION NO. 9236004 DATED 08/03/2021 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 00005030/2023 DATED 02/03/2023 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 001705 DATED 10/07/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 032390 DATED 12/12/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 032391 DATED 12/12/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 104931/2022 DATED 09/15/2022; REGISTRATION NO. 96341 DATED 08/27/2024 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 105042 DATED 11/23/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 105043 DATED 11/23/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 105044 DATED 11/23/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 105045 DATED 11/23/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 105046 DATED 11/23/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 105047 DATED 11/23/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 105048 DATED 11/23/2022 | Undetermined | NET BOOK VALUE | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK SERIAL NO. 105049 DATED 11/23/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 111066988 DATED 09/14/2022; REGISTRATION NO. 02341783 DATED 12/01/2023 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 1219262 DATED 09/14/2022; REGISTRATION NO. 1219262 DATED 07/04/2023 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 18598.23 DATED 02/21/2023; REGISTRATION NO. 18598.23 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 18619.23 DATED 02/21/2023; REGISTRATION NO. 18619.23 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 18761878 DATED 09/14/2022; REGISTRATION NO. 18761878 DATED 04/12/2023 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 2022/000201 DATED 10/04/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 2022/00264 DATED 10/06/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 2022-0008032 DATED 09/14/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 2022-002309 DATED 09/19/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 2022-008433 DATED 09/14/2022; REGISTRATION NO. P392746 DATED 08/23/2023 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 2022-008434 DATED 09/14/2022; REGISTRATION NO. P392747 DATED 08/23/2023 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 2022-008435 DATED 09/14/2022; REGISTRATION NO. S078451 DATED 08/23/2023 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 2022-008436 DATED 09/14/2022; REGISTRATION NO. S078991 DATED 10/09/2023 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 2022-008437 DATED 09/14/2022; REGISTRATION NO. S078452 DATED 08/23/2023 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 2022-008438 DATED 09/14/2022; REGISTRATION NO. S078453 DATED 08/23/2023 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 2022-008439 DATED 09/14/2022; REGISTRATION NO. S078454 DATED 08/23/2023 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 2022-008440 DATED 09/14/2022; REGISTRATION NO. S078455 DATED 08/23/2023 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 2022010076 DATED 09/14/2022; REGISTRATION NO. 277401 DATED 11/16/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 2022010077 DATED 09/14/2022; REGISTRATION NO. 277400 DATED 11/16/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 2022010078 DATED 09/14/2022; REGISTRATION NO. 277399 DATED 11/16/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 2022010079 DATED 09/14/2022; REGISTRATION NO. 277398 DATED 11/16/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 2022010080 DATED 09/14/2022; REGISTRATION NO. 277397 DATED 11/16/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 2022010081 DATED 09/14/2022; REGISTRATION NO. 277396 DATED 11/16/2022 | Undetermined | NET BOOK VALUE | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK SERIAL NO. 2022010082 DATED 09/14/2022; REGISTRATION NO. 284259 DATED 11/21/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 2022208522 DATED 09/14/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 2022-72200 DATED 09/14/2022; REGISTRATION NO. SENADI/2023/TI/8824 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 2022-72201 DATED 09/14/2022; REGISTRATION NO. SENADI/2024/TI/4174 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 2022-72202 DATED 09/14/2022; REGISTRATION NO. SENADI/2023/TI/13256 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 2022-72203 DATED 09/14/2022; REGISTRATION NO. SENADI/2023/TI/15045 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 2022-72204 DATED 09/14/2022; REGISTRATION NO. SENADI/2023/TI/9163 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 2022-72205 DATED 09/14/2022; REGISTRATION NO. SENADI/2023/TI/10375 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 2022-72206 DATED 09/14/2022; REGISTRATION NO. SENADI/2023/TI/9007 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 2022765232 DATED 09/14/2022; REGISTRATION NO. 982471 DATED 12/01/2023 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 22/04354 DATED 09/15/2023; REGISTRATION NO. 23/03683 DATED 09/15/2023 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 22005495 DATED 09/15/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 22005496 DATED 09/15/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 22005497 DATED 09/15/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 22005498 DATED 09/15/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 22005499 DATED 09/15/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 22005500 DATED 09/15/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 22005501 DATED 09/15/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 22005502 DATED 09/15/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 220131975 DATED 09/15/2022; REGISTRATION NO. 231131870 DATED 11/23/2023 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 2209460 DATED 09/14/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 2281210 DATED 09/15/2022; REGISTRATION NO. 575679 DATED 12/22/2023 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 2281214 DATED 09/15/2022; REGISTRATION NO. 575680 DATED 12/22/2023 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 2281216 DATED 09/15/2022; REGISTRATION NO. 575681 DATED 12/22/2023 | Undetermined | NET BOOK VALUE | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK SERIAL NO. 2281217 DATED 09/15/2022; REGISTRATION NO. 575682 DATED 12/22/2023 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 2281218 DATED 09/15/2022; REGISTRATION NO. 575683 DATED 12/22/2023 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 2281220 DATED 09/15/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 2281221 DATED 09/15/2022; REGISTRATION NO. 575684 DATED 12/22/2023 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 2281223 DATED 09/15/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 2300998 DATED 09/15/2022; REGISTRATION NO. 2300998 DATED 09/15/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 280630 DATED 09/14/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 280634 DATED 09/14/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 281/2022 DATED 09/14/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 2816649 DATED 09/14/2022; REGISTRATION NO. 2554624 DATED 06/02/2023 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 2816650 DATED 09/14/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 2816651 DATED 09/14/2022; REGISTRATION NO. 2508753 DATED 02/15/2023 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 2816652 DATED 09/14/2022; REGISTRATION NO. 2500755 DATED 01/24/2023 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 2816653 DATED 09/14/2022; REGISTRATION NO. 2500756 DATED 01/24/2023 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 2816654 DATED 09/14/2022; REGISTRATION NO. 2500757 DATED 01/24/2023 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 2816656 DATED 09/14/2022; REGISTRATION NO. 2500759 DATED 01/24/2023 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 2816658 DATED 09/14/2022; REGISTRATION NO. 2500761 DATED 01/24/2023 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 299032 DATED 09/15/2022; REGISTRATION NO. 299032 DATED 09/15/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 299033 DATED 09/15/2022; REGISTRATION NO. 299033 DATED 09/15/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 299034 DATED 09/15/2022; REGISTRATION NO. 299034 DATED 09/15/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 299035 DATED 09/15/2022; REGISTRATION NO. 299035 DATED 09/15/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 299036 DATED 09/15/2022; REGISTRATION NO. 299036 DATED 09/15/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 299037 DATED 09/15/2022; REGISTRATION NO. 299037 DATED 09/15/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 299038 DATED 09/15/2022; REGISTRATION NO. 299038 DATED 09/15/2022 | Undetermined | NET BOOK VALUE | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK SERIAL NO. 299039 DATED 09/15/2022; REGISTRATION NO. 299039 DATED 09/15/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 3202202677 DATED 09/15/2022; REGISTRATION NO. 130056 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 332/2022 DATED 10/06/2022; REGISTRATION NO. 332/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 356027 DATED 09/15/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 3828990 DATED 09/13/2022; REGISTRATION NO. 3828990 DATED 02/24/2023 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 40-2022-0031811 DATED 09/15/2022; REGISTRATION NO. 40-0027308 DATED 03/30/2023 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 40-2022-0170101 DATED 09/15/2022; REGISTRATION NO. 4022677280000 DATED 10/28/2024 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 40202254828C DATED 09/14/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 4202238329 DATED 09/15/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 42022523430 DATED 09/15/2022; REGISTRATION NO. 523430 DATED 01/07/2023 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 4295-2022 DATED 09/14/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 4296-2022 DATED 09/14/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 4297-2022 DATED 09/14/2022; REGISTRATION NO. 205617 C DATED 03/31/2023 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 4298-2022 DATED 09/14/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 4299-2022 DATED 09/14/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 4300-2022 DATED 09/14/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 4301-2022 DATED 09/14/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 47443 DATED 09/15/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 5609872 DATED 09/15/2022; REGISTRATION NO. 3343188 DATED 12/16/2023 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 567/2022 DATED 10/11/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 568/2022 DATED 10/11/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 569/2022 DATED 10/11/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 570/2022 DATED 10/11/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 571/2022 DATED 10/11/2022 | Undetermined | NET BOOK VALUE | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK SERIAL NO. 572/2022 DATED 10/11/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 573/2022 DATED 10/11/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 5969878 DATED 05/25/2007; REGISTRATION NO. 5969878 DATED 04/01/2008 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 60597 DATED 09/22/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 60598 DATED 09/22/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 60599 DATED 09/22/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 60600 DATED 09/22/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 60601 DATED 09/22/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 60602 DATED 09/22/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 60603 DATED 09/22/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 60604 DATED 09/22/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 6270284 DATED 09/11/2007; REGISTRATION NO. 6270284 DATED 06/27/2008 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 67327333 DATED 09/21/2022; REGISTRATION NO. 67327333 DATED 07/14/2023 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 675600 DATED 09/15/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 675601 DATED 09/15/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 675602 DATED 09/15/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 675603 DATED 09/15/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 675604 DATED 09/15/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 675605 DATED 09/15/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 675606 DATED 09/15/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 675607 DATED 09/15/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 746/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 747/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 7776 DATED 11/16/2022 | Undetermined | NET BOOK VALUE | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK SERIAL NO. 80191 DATED 10/27/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 80192 DATED 10/27/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 80193 DATED 10/27/2022; REGISTRATION NO. 80193 DATED 10/01/2024 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 80194 DATED 10/27/2022; REGISTRATION NO. 80194 DATED 10/01/2024 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 80195 DATED 10/27/2022; REGISTRATION NO. 80195 DATED 10/01/2024 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 80196 DATED 10/27/2022; REGISTRATION NO. 80196 DATED 10/01/2024 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 80197 DATED 10/27/2022; REGISTRATION NO. 80197 DATED 10/01/2024 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 80198 DATED 10/27/2022; REGISTRATION NO. 80198 DATED 10/01/2024 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 86468220 DATED 12/01/2014; REGISTRATION NO. 5038778 DATED 09/13/2016 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 86468224 DATED 12/01/2014; REGISTRATION NO. 5038779 DATED 09/13/2016 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 87653620 DATED 10/20/2017; REGISTRATION NO. 6180531 DATED 10/20/2020 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 87823593 DATED 03/07/2018; REGISTRATION NO. 5752683 DATED 05/14/2019 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 88095463 DATED 08/28/2018; REGISTRATION NO. 6548028 DATED 11/02/2021 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 88095468 DATED 08/28/2018; REGISTRATION NO. 6054072 DATED 05/12/2020 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 88098955 DATED 08/30/2018; REGISTRATION NO. 6269107 DATED 02/16/2021 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 88653989 DATED 10/14/2019; REGISTRATION NO. 7080971 DATED 06/13/2023 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 90379660 DATED 12/14/2020; REGISTRATION NO. 7422410 DATED 06/18/2024 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 90379676 DATED 12/14/2020; REGISTRATION NO. 7422411 DATED 06/18/2024 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 90392591 DATED 12/18/2020; REGISTRATION NO. 6675491 DATED 03/22/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 90794744 DATED 06/25/2021 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 90849867 DATED 07/27/2021 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 969224-2022 DATED 09/15/2022; REGISTRATION NO. T00035265 DATED 11/18/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 969224A-2022 DATED 09/15/2022; REGISTRATION NO. T00035265 DATED 11/18/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 969224B-2022 DATED 09/15/2022; REGISTRATION NO. T00035265 DATED 11/18/2022 | Undetermined | NET BOOK VALUE | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK SERIAL NO. 969224C-2022 DATED 09/15/2022; REGISTRATION NO. T00035265 DATED 11/18/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 969224D-2022 DATED 09/15/2022; REGISTRATION NO. T00035265 DATED 11/18/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 969224E-2022 DATED 09/15/2022; REGISTRATION NO. T00035265 DATED 11/18/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 969224F-2022 DATED 09/15/2022; REGISTRATION NO. T00035265 DATED 11/18/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 969224G-2022 DATED 09/15/2022; REGISTRATION NO. T00035265 DATED 11/18/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 97231991 DATED 01/21/2022; REGISTRATION NO. 7208610 DATED 10/31/2023 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 97251503 DATED 02/03/2022; REGISTRATION NO. 7177626 DATED 09/26/2023 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 97322068 DATED 03/21/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 97322070 DATED 03/21/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 97322076 DATED 03/21/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 97760521 DATED 01/19/2023; REGISTRATION NO. 7484715 DATED 08/27/2024 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 98459971 DATED 03/20/2024 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. 99317165 DATED 09/15/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. AP/5298/2022 DATED 09/27/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. AP/M/2022/005298 DATED 01/02/2024; REGISTRATION NO. AP/M/2022/005298 DATED 01/02/2024 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. CN022062 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. CN022271 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. D2022232 DATED 09/14/2022; REGISTRATION NO. 20493 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. DID2023007748 DATED 01/27/2023; REGISTRATION NO. IDM001129946 DATED 10/13/2023 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. DID2023007753 DATED 01/27/2023 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. DID2023007762 DATED 01/27/2023; REGISTRATION NO. IDM001120885 DATED 09/18/2023 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. IM-20220926.12 DATED 09/26/2022; REGISTRATION NO. 37364 DATED 12/07/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. JID2023007765 DATED 01/27/2023 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. JID2023007768 DATED 01/27/2023 | Undetermined | NET BOOK VALUE | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK SERIAL NO. JID2023007776 DATED 01/27/2023 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. JID2023007780 DATED 01/27/2023 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. JID2023007785 DATED 01/27/2023 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. JID2023007787 DATED 01/27/2023 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. SD20220094706 DATED 09/14/2022; REGISTRATION NO. 748639 DATED 01/03/2024 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. T0002849 DATED 09/15/2022 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. UK00905969878 DATED 05/25/2007; REGISTRATION NO. UK00905969878 DATED 04/01/2008 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK SERIAL NO. UK00906270284 DATED 09/11/2007; REGISTRATION NO. UK00906270284 DATED 06/27/2008 | Undetermined | NET BOOK VALUE | Undetermined |
| | | **TOTAL** | $0.00 + Undetermined Amounts |

**Assets - Real and Personal Property**

**Part 10, Question 62:** Licenses, franchises, and royalties

| Licenses, franchises, and royalties | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| LICENSE NUMBER: 23-000936 - ABILENE, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: ELE24-0181 - ADAMS, CO | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 409416 - ADELANTO, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 012132 - AGOURA HILLS, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 521632042 - ALABAMA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: EC13011880 - ALACHUA, FL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 25234048 - ALAMEDA, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 142107 - ALAMEDA, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 355039 - ALAMO HEIGHTS, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 2141018 - ALASKA DEPARTMENT OF COMMERCE | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 211638 - ALASKA DEPARTMENT OF COMMERCE, COMMUNITY, AND ECONOMIC DEVELOPMENT | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: BD-38891 - ALLEN COUNTY, IN | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: MSEL-007331-2023 - ALLEN, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: SP-61314-2023 - ALLENTOWN, PA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: PBL2024-0120 - ALTOONA, PA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: REG-2300-1540 /REG-2300-2305 - AMARILLO, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 07171 - AMERICAN CANYON, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: HIC.0659681 / ELC.0193207-E1 - AMSTON (TOWN OF HEBRON), CT | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: BUS2023-03272 - ANAHEIM, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 24034 - ANGELS CAMP, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 0331340 - ANGLETON, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 000781 - ANNE ARUNDEL, MD | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 3024451 - ANTIOCH, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: CR-996 - APOPKA, FL | Undetermined | NET BOOK VALUE | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 62:** Licenses, franchises, and royalties

| Licenses, franchises, and royalties | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| LICENSE NUMBER: 17986 - APPLE VALLEY, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 067664 - ARCADIA, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 1027376 - ARIZONA DEPARTMENT OF INSURANCE AND FINANCIAL INSTITUTIONS | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: ROC 297378 - ARIZONA REGISTRAR OF CONTRACTORS | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: ROC 335748 - ARIZONA REGISTRAR OF CONTRACTORS | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 0426630524 - ARKANSAS CONTRACTORS LICENSING BOARD | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 0426630725 - ARKANSAS CONTRACTORS LICENSING BOARD | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: AC-6514 - ARKANSAS STATE BOARD OF COLLECTION AGENCIES DIVISION | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 23-014666-BR - ARLINGTON, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: BL23-000241 - ARROYO GRANDE, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 01509874 - ARTESIA, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: AEC11725 - ARVADA, CO | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 2761 - ARVIN, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: BL23-0464 - ATASCADERO, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 9903015246 - ATWATER, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 166366 - AUBURNDALE, FL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: CNTR-01293 - AURORA, IL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 2021-123692 TR - AUSTIN, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: IDA506479919 - AZ DEPARTMENT OF INSURANCE OF FINANCIAL INSTITUTIONS | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 041119 - AZUSA, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 23-00174543 - BAKERSFIELD, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 1005498 - BALDWIN PARK, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 133886 - BALTIMORE, MD | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: MGR-0012524 - BALTIMORE, MD | Undetermined | NET BOOK VALUE | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 62:** Licenses, franchises, and royalties

| Licenses, franchises, and royalties | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| LICENSE NUMBER: 20711538 - BANNING, CA | Undetermined | NET BOOK VALUE | Undetermined |
| BARNSTABLE, MA LICENSE | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: BL-020843 - BARSTOW, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 23-000050 - BASTROP, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: LCC202400532 - BAY, FL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: CON-001146-2023 - BAYTOWN, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 10356 - BEAUMONT, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 12/11/2023 - BEAVER FALLS (PATTERSON TOWNSHIP), PA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: ELCR-24-31 - BEDFORD, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 1152 - BEE CAVE, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: NP-24-00133 - BELLEVILLE, NJ | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 2024548 - BELLWOOD, IL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 1569 - BELTON, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: U.30860 - BENSON (JOHNSTON COUNTY), NC | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: BL-019149 - BERKELEY, CA | Undetermined | NET BOOK VALUE | Undetermined |
| BETHLEHEM, PA LICENSE | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 533382 - BLUEMONT (LOUDOUN COUNTY), VA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: BL-11417 - BLYTHE, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: EC-0363 - BOERNE, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 058916 - BOISE, ID | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: LIC24-10802-BOS. - BONITO SPRINGS, FL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 184093 - BOSTON, MA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: BL24-00301 - BOULDER CITY, NV | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 15190 - BOWLING GREEN, WARREN COUNTY, KY | Undetermined | NET BOOK VALUE | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 62:** Licenses, franchises, and royalties

| Licenses, franchises, and royalties | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| LICENSE NUMBER: 08831685 - BREA, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 037371 - BRENTWOOD, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: ELC.0193207-E1 - BRIDGEPORT, CT | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 13V - BRIDGETON, NJ | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 24-00444 - BRIDGEWATER (ROCKINGHAM CNTY), VA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: EC13011880 - BROOKSVILLE, FL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: OL-26-16166 EL/OL-25-16165 GC - BROOMFIELD, CO | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 24-EC-20 - BROWN COUNTY, IN | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: GC CL24-1590 / EC CL24-1555 - BROWNSVILLE, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: CR24-000063 - BRYAN, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 000378-06-2024 - BUCKEYE, AZ | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 2324 - BUDA, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: BL-035530 - BUENA PARK, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: LTC24-10065515 - BUFFALO, NY | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: AEC000961 - BURLESON, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 20508562 - BURLINGAME, CA | Undetermined | NET BOOK VALUE | Undetermined |
| BURLINGTON, CT LICENSE | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: A-004577; B-012566 - BURRILLVILLE, RI | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: BUCO-171510244832 - BUTLER COUNTY, KS | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 1003498 - CA CONTRACTORS STATE LICENSE BOARD | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 135656 SP - CA CONTRACTORS STATE LICENSE BOARD | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 0021710 - CALAVERAS, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 60DBO-147252 - CALIFORNIA DEPARTMENT OF FINANCIAL PROTECTION AND INNOVATION (DFPI) | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 23-0051 - CALIMESA, CA | Undetermined | NET BOOK VALUE | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 62:** Licenses, franchises, and royalties

| Licenses, franchises, and royalties | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| LICENSE NUMBER: 48397 - CAMARILLO, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 23-00874 - CAMDEN, DE | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 6357 - CAMERON, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: CON-000083-2025 - CAMERON, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 035290 - CAMPBELL, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: CR25-000041 - CANTON, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 6671 - CANYON LAKE, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: EC24-000034/RC24-000035 - CANYON, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 000605-2024 - CAPE CORAL, FL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 2023-2024 (67) - CAPITOL HEIGHTS, MD | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 201257 - CAPITOLA, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: BLOS012964.01.2023 - CARLSBAD, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 15501 - CARROLL, NH | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: LCC202301252 - CARROLLTON, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: BL-24-61131 - CASA GRANDE, AZ | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: BLIC-000032-2023 - CATHEDRAL CITY, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 2165870 - CAVE CREEK, AZ | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: CON-007762-2023 - CEDAR HILL, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 8209 - CEDAR PARK, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: EC 23-045401; GC 23-019940 - CELINA, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: CON32960 - CERRITOS, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: C24-106. - CHALFONT, PA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 2025-06 - CHANDLER, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 106535 - CHESAPEAKE, VA | Undetermined | NET BOOK VALUE | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 62:** Licenses, franchises, and royalties

| Licenses, franchises, and royalties | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| LICENSE NUMBER: 522858 - CHESTERFIELD, VA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: BL24-001238 - CHICO, CA | Undetermined | NET BOOK VALUE | Undetermined |
| CHICO, TX LICENSE | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 5625076 - CHINO HILLS, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: BL23-000149 - CHINO VALLEY, AZ | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 48709 - CHINO, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 02500.1 - CHIPLEY, FL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 096265 - CHULA VISTA, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 1024 - CIBOLO, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 22-00030035 - CICERO, IL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: GEN24-000721 - CITRUS HEIGHTS, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 09559 - CITRUS SPRINGS (CITRUS COUNTY), FL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 750266 - CITY OF ARVADA, CO | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 2023 - CITY OF ATCHISON, KS | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: S20021029-003-LIC - CITY OF AURORA, CO | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 5078 - CITY OF BEECH GROVE, IN | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: CAG23-10062044 - CITY OF BUFFALO, NY | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: LTC24-10065515 - CITY OF BUFFALO, NY | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: CR 5157 - CITY OF CRAWFORDSVILLE, IN | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: ELEC-001553-2024 - CITY OF CROWN POINT, IN | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 32655 - CITY OF EVANSVILLE, IN | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 78496 - CITY OF FISHERS, IN | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 052103-07 - CITY OF HAMMOND, IN | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 03597 - CITY OF HOBART, IN | Undetermined | NET BOOK VALUE | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 62:** Licenses, franchises, and royalties

| Licenses, franchises, and royalties | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| LICENSE NUMBER: EC2100012 - CITY OF INDIANAPOLIS, IN | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: EH2100024 - CITY OF INDIANAPOLIS, IN | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 0873-E - CITY OF JEFFERSONVILLE, IN | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: REG-24-360 - CITY OF LA PORTE, IN | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 25-2021123 - CITY OF LAKE STATION, IN | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: G70-04052 - CITY OF LAS VEGAS, NV | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: BCL-005080-2024 - CITY OF LAWERENCE, KS | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 5199 - CITY OF LAWRENCE, IN | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 15074117 - CITY OF LEXINGTON, KY | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 10888 - CITY OF LONE TREE, CO | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 1274 - CITY OF MADISON, IN | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 3017 - CITY OF MARION, IN | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 2025-099 - CITY OF MARTINSVILLE, IN | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 101061 - CITY OF MICHIGAN, IN | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 02527 - CITY OF MORRIS, IL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 22-000004 - CITY OF NAPPANEE, IN | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 30044 - CITY OF NEW CASTLE, IN | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 225-136 - CITY OF PERU, IL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 21-000089 - CITY OF PLYMOUTH, IN | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 24-0824 - CITY OF PORTAGE, IN | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: CR-2025-038 - CITY OF RENSSELAER, IN | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 20250106 - CITY OF ROCK FALLS, IL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: LIC-SEC-REG 21-14700071 - CITY OF SAN ANTONIO, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: LIC-SEC-REG21-14700071 - CITY OF SAN ANTONIO, TX | Undetermined | NET BOOK VALUE | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 62:** Licenses, franchises, and royalties

| Licenses, franchises, and royalties | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| LICENSE NUMBER: 21-85 - CITY OF STERLING, IL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: CL0001251 - CITY OF TERRE HAUTE, IN | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 31493 - CITY OF THORNTON, CO | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: ELCO-202108274544 - CITY OF TOPEKA, KS | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 14 - CITY OF WABASH, IN | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 2101164 - CITY OF WESTMINSTER, CO | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 2025-198 - CITY OF WHITING, IN | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: BUS2022-10969 - CITY OF WICHITA, KS | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: OCC-006871-R24 - CITY OF WYANDOTTE, KS | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 28705 - CLAREMONT, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 2001756-052-126 - CLARK COUNTY, NV | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: G70-04050 - CLARK COUNTY, NV | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 2000050.022-440 - CLARK COUNTY, NV | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 2005600-023-140 - CLARK COUNTY, NV | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: G70-04052 - CLARK, NV | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 2024-026 - CLAYTON, DE | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: BL-7357 - CLEARLAKE, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 13601721 - CLOVERDALE, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: BL10127724 - CLOVIS, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 22327 - CNMI BOARD OF PROFESSIONAL LICENSING | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 34-FIN-010(N) - CNMI DEPARTMENT OF COMMERCE | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: EC.0101708 - CO DIVISION OF PROFESSIONS AND OCCUPATIONS | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: B-1004982 - COACHELLA, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: CONTR-000540-2023 - COALINGA, CA | Undetermined | NET BOOK VALUE | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 62:** Licenses, franchises, and royalties

| Licenses, franchises, and royalties | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| LICENSE NUMBER: CR-23-0112 - COATESVILLE, PA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 335748 - COCONINO, AZ | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 1572 - COLLEGEVILLE (SKIPPACK ), PA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: CON-001788-2024 - COLLEYVILLE, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: LCC20230000099 - COLLIER, FL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 238210 - COLORADO | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 02038 - COLORADO RIVER INDIAN TRIBES, AZ | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 3869 - COLUSA, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 6405 - COLUSA, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 6351 - COMMERCE CITY, CO | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 041096 - COMMERCE CITY, CO | Undetermined | NET BOOK VALUE | Undetermined |
| COMMONWEALTH OF MASSACHUSETTS OFFICE OF CONSUMER AFFAIRS AND BUSINESS REGULATION LICENSE | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: BL24-000189 - COMPTON, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 5028993 - CONCORD, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: SFC-1528616 - CONNECTICUT DEPARTMENT OF BANKING | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 35041 - CONTRA COSTA, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 1003498 - CONTRACTORS STATE LICENSE BOARD | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 54266 - COOK COUNTY, IL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 54266 - COOK, IL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 24-00425-01 - COPPER CANYON, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: CR-1584 - COPPERAS COVE, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 26884 - CORAL SPRINGS, FL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 4435 - CORNING, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 03960832 - CORONA, CA | Undetermined | NET BOOK VALUE | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 62:** Licenses, franchises, and royalties

| Licenses, franchises, and royalties | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| LICENSE NUMBER: 23LEL1123 - CORPUS CHRISTI, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: ELEC8342502 / GCOT0271172 - CORSICANA, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: RCON-25-0816 - COSTA MESA, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 06781 - CRESCENT CITY (DEL NORTE COUNTY), CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 1185 - CROCHERON (DORCHESTER COUNTY), MD | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: GC 22-000405/ EC 22-000406 - CROWLEY, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: HIC.0659681 - CT DEPARTMENT OF CONSUMER PROTECTIONS | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 420220000121 - CT DEPARTMENT OF CONSUMER PROTECTIONS | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: ECC40000225 - CT DEPARTMENT OF CONSUMER PROTECTIONS | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 08741014 - CULVER CITY, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 05214762 - CYPRESS, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: EL143321/ GC143319 - DALLAS, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: BL-517934 - DALY CITY, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 013886 - DANVILLE, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 2265894 - DAVENPORT, FL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 12804 - DAVIE, FL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 24-00052702 - DAVIS, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 420325000173 - DC DEPARTMENT OF CONSUMER PROTECTIONS | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 2021707039 - DE DIVISION OF REVENUE | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: REG00479 - DEKALB COUNTY, IN | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: CON-001163-2025 - DEL RIO (VAL VERDE COUNTY), TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: EC13011880 - DELAND (VOLUSIA COUNTY), FL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 5395 - DELANO, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 1318-E - DELAWARE COUNTY, IN | Undetermined | NET BOOK VALUE | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 62:** Licenses, franchises, and royalties

| Licenses, franchises, and royalties | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| LICENSE NUMBER: 35057 - DELAWARE OFFICE OF THE STATE BANK COMMISSIONER | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: C13478 - DENTON, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: BUSL-23-292 - DESERT HOT SPRINGS, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 2320120 - DESOTO, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: LC2024000347 - DIAMOND BAR, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 24-000681/24-000251 - DICKINSON, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 20833 - DINUBA, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 420220000121 - DISTRICT OF COLUMBIA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 521309820 - DISTRICT OF COLUMBIA DEPARTMENT OF INSURANCE, SECURITIES & BANKING | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: ML.1528616 - DISTRICT OF COLUMBIA DEPARTMENT OF INSURANCE, SECURITIES AND BANKING BUREAU | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 7893 - DIXON, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: E-8063 - DIXON, IL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 8271 - DOUGLAS, AZ | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: E240683 - DOUGLAS, CO | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 24-00037205 - DOVER, DE | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 293600 - DOWNEY, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 24-140 - DRUMS (BUTLER TOWNSHIP), PA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: BL-004135-2024 - DUBLIN, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: GEN2024-0044 / EL 2024-00045 - DUNCANVILLE, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 1003498 - EARLIMART (TULARE COUNTY), CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: CL-24-176 - EASTON, PA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 15306013 - EASTVALE, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 34093 - EL CAJON, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 8055 - EL CENTRO, CA | Undetermined | NET BOOK VALUE | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 62:** Licenses, franchises, and royalties

| Licenses, franchises, and royalties | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| LICENSE NUMBER: 077196 - EL DORADO HILLS (EL DORADO COUNTY), CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 077196 - EL DORADO, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: CR12524-2 - EL INDIO (MAVERICK COUNTY), TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 19799 - EL PASO DE ROBLES, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: LCCR23-00477 - EL PASO, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 24-00030035 - ELGIN, IL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: LIC23-000048 - ELK GROVE, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: EC-08682-021 - ELKHART COUNTY, IN | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 133886 - ELKTON (CECIL COUNTY), MD | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: R24-0350 - ENGLEWOOD, CO | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: GC-003426-2021 - ERIE, CO | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 209916 - ESCONDIDO, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: EC13011880 - ESTERO (LEE COUNTY), FL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: ELE-9488/GEN-9487 - EULESS, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 5439 - EXETER, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: E3234 - FAIR OAKS RANCH, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 23001178 - FAIRFIELD, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 23-000056/23-000057 - FATE, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 007431 - FILLMORE, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: CLE24-000076/ CLB24-000222 - FIRESTONE, CO | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 335748 - FLAGSTAFF, AZ | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 3207 - FLORENCE (PINAL COUNTY), AZ | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: RS9908405 - FLORIDA OFFICE OF FINANCIAL REGULATION | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 13514097 - FOLSOM, CA | Undetermined | NET BOOK VALUE | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 62:** Licenses, franchises, and royalties

| Licenses, franchises, and royalties | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| LICENSE NUMBER: 001186-2023 - FOREST HILL (HARFORD COUNTY), MD | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: EC24-0000757/ GC24-000758 - FORNEY, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: EC13011880 - FORT MYERS, FL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: CERTCON2024-001531 - FORT PIERCE, FL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: CR-218 - FORT WALTON BEACH, FL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: K230060 / RB026175 - FORT WORTH, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 02904132 - FOUNTAIN VALLEY, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: CE65911 - FRANKFORT, KY | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: TL-EC-000285 - FREDERICK, CO | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 133886 - FREDERICK, MD | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: EM272725 - FREDERICK, MD | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 095792 - FREMONT, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 433662 - FRESNO, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: ID-000015647 - FRIENDSWOOD, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: R23-0301 - FRISCO, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 584014 - FULLERTON, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 24-000007 - GAINESVILLE, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: ELEC-42632-2023 - GAITHERSBURG, MD | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: EC32936 - GALVESTON, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 328887 - GARDEN GROVE, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 077196 - GARDEN VALLEY (EL DORADO COUNTY), CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 10611 - GEORGETOWN, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 16622569 - GILROY, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: HIC.0659681 - GLASTONBURY, CT | Undetermined | NET BOOK VALUE | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 62:** Licenses, franchises, and royalties

| Licenses, franchises, and royalties | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| LICENSE NUMBER: CBL-003571-2024 - GLENDALE, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 04212301 - GLENDORA, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: TL-EC-00513 - GOLDEN, CO | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 2022-0418 - GOLETA, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 6038 - GOODYEAR, AZ | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 20244096 - GRAND JUNCTION, MESA COUNTY, CO | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: ID-000017798 - GRAND PRAIRIE, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: CONT(R)_0082 - GRANT COUNTY, IN | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 03605615 - GRASS VALLEY (NEVADA COUNTY), CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 5970 - GREENFIELD, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 68340 - GREENVILLE, SC | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: AEC001515 - GREENVILLE, SC | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: ELC1476450 - GREENVILLE, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 2948 - GROVELAND, FL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: G1430 - GROVES, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: SUN0005 - GUADALUPE, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: L24001247 - GUAM DEPARTMENT OF REVENUE AND TAXATION | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 24-000020 - GUNTER, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 02407600 - HALF MOON BAY, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 4648 - HALLETTSVILLE, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: ELE 24-100290 /GEN 026261 - HALTOM CITY, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 6310 - HANFORD, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 000781 - HANOVER (ANNE ARUNDEL COUNTY), MD | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 2975 - HARKER HEIGHTS, TX | Undetermined | NET BOOK VALUE | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 62:** Licenses, franchises, and royalties

| Licenses, franchises, and royalties | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| LICENSE NUMBER: BL-36321-8 - HARRISBURG, PA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 19030304 486306 - HAWAII | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: COLAX-1267-0 - HAWAII DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 8000953 - HAWTHORNE, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 316415 - HAYWARD, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 49510 - HEMET, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: G70-04052 - HENDERSON, NV | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: BL-48600 - HESPERIA, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 24-000021 - HEWITT, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: CT-34115 - HI DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 13434 - HIGHLAND, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: HC05537 - HIGHLANDS, FL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 709958 - HILLSBOROUGH, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: EC13011880 - HILLSBOROUGH, FL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 20230239 - HITCHCOCK, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: EC13011880 - HOLIDAY (PASCO COUNTY), FL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 110136 - HOLLISTER, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 46216 - HOLT (OKALOOSA COUNTY), FL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: BRPC211218 - HOMELAND (RIVERSIDE COUNTY), CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: ES 10224 - HOWARD, MD | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 2304393 - HUMBLE, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: A314606 - HUNTINGTON BEACH, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: CON-24-0332 - HUTTO, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: C143086 - IA DEPT. OF INSPECTIONS, APPEALS, & LICENSING | Undetermined | NET BOOK VALUE | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 62:** Licenses, franchises, and royalties

| Licenses, franchises, and royalties | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| LICENSE NUMBER: RCE-66373 - ID DIVISION OF OCCUPATIONAL & PROFESSIONAL LICENSES | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 056852 - ID DIVISION OF OCCUPATIONAL & PROFESSIONAL LICENSES | Undetermined | NET BOOK VALUE | Undetermined |
| IDAHO LICENSE | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: RRL-10702 - IDAHO DEPARTMENT OF FINANCE | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: CI.0004773-OBA - ILLINOIS DEPARTMENT OF FINANCIAL AND PROFESSIONAL REGULATION | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: CI.0004955-OBA - ILLINOIS DEPARTMENT OF FINANCIAL AND PROFESSIONAL REGULATION | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: CI.0004772-H - ILLINOIS DEPARTMENT OF FINANCIAL AND PROFESSIONAL REGULATION | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 17.022614 - ILLINOIS DEPARTMENT OF FINANCIAL AND PROFESSIONAL REGULATION | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: OUT-019902 - IMPERIAL BEACH, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 3371 - INDIAN RIVER SHORES, FL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 63699 - INDIANA DEPARTMENT OF FINANCIAL INSTITUTIONS | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: BUSL-OUT-000789-2023 - INDIO, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: S-047286 - INGLEWOOD, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 1426 - IONE, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 2021-0165 - IOWA DIVISION OF BANKING | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 88893584 - IOWA DIVISION OF BANKING | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 230002666 - IRVINE, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: E2144941028819 - IRVING, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 1082 - ISLAND PARK, NY | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 116885 - JACKSONVILLE, FL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 1891 - JOHNSON COUNTY, IN | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 2025-0010011 - JOHNSON COUNTY, KS | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: GC 25-00058-01 - JOSHUA, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 6274 - JURUPA VALLEY, CA | Undetermined | NET BOOK VALUE | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 62:** Licenses, franchises, and royalties

| Licenses, franchises, and royalties | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| LICENSE NUMBER: 230399 - JUSTIN, TX | Undetermined | NET BOOK VALUE | Undetermined |
| KANSAS LICENSE | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 0027058 - KANSAS OFFICE OF THE STATE BANK COMMISSIONER | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: CON-003700-2022 - KATY, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: GC23-000121; 23-00119 - KAUFMAN, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: CON-2502-0105 - KELLER, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 24-000039; 24-000040 - KEMAH, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 1260460 - KENTUCKY | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: CL760088 - KENTUCKY DEPARTMENT OF FINANCIAL INSTITUTIONS | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: BL-01721 - KERMAN, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: EC33134/ME415592 - KERRVILLE, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: GC 22-11101386 / ELEC23111010259 - KILLEEN, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 22472 - KINGMAN, AZ | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: HI-60846 - KINGS PARK (TOWN OF SMITHTOWN), NY | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 4573 - KINGSBURG, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: R-000201-2023 - KISSIMMEE, FL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: BL24-055 - KNIGHTS LANDING (YOLO COUNTY), CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: CONR-002475-2023 - KYLE, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: CON-23-004021-2023 - LA CANADA FLINTRIDGE, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 34779 - LA HABRA, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: CR2023-081 - LA MARQUE, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 27317 - LA MESA, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 037702 - LA MIRADA, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: EC13011880 - LADY LAKE, FL | Undetermined | NET BOOK VALUE | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 62:** Licenses, franchises, and royalties

| Licenses, franchises, and royalties | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| LICENSE NUMBER: 4900-000-9900 - LAGRANGE COUNTY, IN | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 265702 - LAGUNA BEACH, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 003133 - LAKE CITY (COLUMBIA COUNTY), FL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 25953 - LAKE ELSINORE, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: HI-60846 - LAKE GROVE, NY | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: AEC-16354 - LAKELAND, FL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: BL-238 - LAKEPORT, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 029004 - LAKEWOOD, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 07721486 - LANCASTER, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: EC13011880 - LAND O LAKES (PASCO COUNTY), FL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 21-0412 - LAPORTE COUNTY, IN | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: G70-04052 - LAS VEGAS, NV | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: NLB-001250-2025 - LATHROP, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: GC24-000048/ EC24-000047 - LAVON, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: BL24-000401 - LAWNDALE, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 1086240 - LEE, FL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 12169 - LEESBURG, VA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 2752 - LEMOORE, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: EL14178 - LEON VALLEY, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 2024-620-CR - LEWISVILLE, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 19151 - LEXINGTON, KY | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 26654-2024 - LEXINGTON, VA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 18912717 - LINCOLN, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 2023332 - LINDALE, TX | Undetermined | NET BOOK VALUE | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 62:** Licenses, franchises, and royalties

| Licenses, franchises, and royalties | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| LICENSE NUMBER: 3123 - LITCHFIELD PARK (MARICOPA COUNTY), AZ | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: HIC - LITTLE EGG HARBOR, NJ | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 23-099931/23-099932 - LITTLE ELM, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: AEC001691/AEC001692 - LITTLETON, CO | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 10804 - LIVE OAK, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 785645 - LIVERMORE, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 09709356 - LODI, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 18941 - LOMA LINDA, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: BU22319049 - LONG BEACH, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 10593 - LONGVIEW, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: SUN0020 - LOOMIS, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 2475109 - LORTON (FAIRFAX CNTY), VA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 01613400 - LOS ALAMITOS, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 002824 - LOS ALTOS, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 0003025383-0001-9 - LOS ANGELES, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: BL-2556 - LOS BANOS, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 559 - LOUISA, VA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 45451938EE - LOUISIANA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 45433322I - LOUISIANA SECRETARY OF STATE | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: CL.74071 - LOUISIANA STATE LICENSING BOARD FOR CONTRACTORS | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 1012-754434 - LOUISVILLE METRO REVENUE COMMISSION | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: LIC-ELEC-21-00103 - LOUISVILLE, KY | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 8635 - LOVELAND, CO | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: CON-015626-2023 - LUBBOCK, TX | Undetermined | NET BOOK VALUE | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 62:** Licenses, franchises, and royalties

| Licenses, franchises, and royalties | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| LUDLOW, MA LICENSE | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 02321255 - LYNWOOD (LOS ANGELES COUNTY), CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 12060 - LYON, NV | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 7183A - MA BOARD OF STATE EXAMINERS OF ELECTRICIANS | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 7063 - MADERA, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 2021-0265 - MADERA, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: SPF452635 - MAINE BUREAU OF INSURANCE | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: OCR15555 - MAINE DEPARTMENT OF PROFESSIONAL & FINANCIAL REGULATION | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: CONA25-0130 - MANATEE, FL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 1215 - MANOR, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 25-000014 - MANSFIELD (JOHNSON COUNTY), TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: EL - MANSFIELD, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 10808627 - MANTECA, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 23-000060 - MANVEL, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 160297 - MARANA, AZ | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 083995 - MARIN, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 1528616 - MARYLAND OFFICE OF THE COMMISSIONER OF FINANCIAL REGULATION | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 008782 - MARYSVILLE, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 03299 - MATHEWS, VA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 33134 - MCKINNEY, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 2475109 - MCLEAN (FAIRFAX COUNTY), VA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 2361/2362 - MEADOWS PLACE, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 18133 - MEDIA, PA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: REG-2025-104 - MELISSA, TX | Undetermined | NET BOOK VALUE | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 62:** Licenses, franchises, and royalties

| Licenses, franchises, and royalties | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| LICENSE NUMBER: 3510 - MELROSE PARK, IL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 136531 - MENDOCINO, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 44323 - MENIFEE, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 22-00064039 - MERCED, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: BL23-0395 - MERCED, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: AEC0376 - MESA, AZ | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: EL-021007-2023; GC-022390-2024 - MESQUITE, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: GC-209 - MIAMI COUNTY, IN | Undetermined | NET BOOK VALUE | Undetermined |
| MICHIGAN LICENSE | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: RL0023800 - MICHIGAN DEPARTMENT OF INSURANCE AND FINANCIAL SERVICES | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: ID-000049857 - MIDLAND, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 522858 - MIDLOTHIAN (CHESTERFIELD COUNTY), VA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: EC 25-000017 / GC 25-000018 - MIDLOTHIAN, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 6357 - MILAM, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 24-00005422 - MILFORD, DE | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 45259 - MILPITAS, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 40898828 - MINNESOTA DEPARTMENT OF COMMERCE | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: MN-RL-1528616 - MINNESOTA DEPARTMENT OF COMMERCE | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: EA781344 - MINNESOTA DEPARTMENT OF LABOR AND INDUSTRY, CONSTRUCTION CODES AND LICENSING DIVISION | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 173024 - MIRAMAR, FL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 2319903 - MISSISSIPPI DEPARTMENT OF BANKING AND CONSUMER FINANCE | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 1528616 - MISSISSIPPI DEPARTMENT OF BANKING AND CONSUMER FINANCE | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 25802-MC - MISSISSIPPI STATE BOARD OF PUBLIC CONTRACTORS | Undetermined | NET BOOK VALUE | Undetermined |
| MISSOURI LICENSE | Undetermined | NET BOOK VALUE | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 62:** Licenses, franchises, and royalties

| Licenses, franchises, and royalties | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| LICENSE NUMBER: BLDG-004885-2023 - MISSOURI CITY, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 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 - MISSOURI DIVISION OF FINANCE | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 1308841 - MODESTO, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: MGR-0012524 - MONKTON (BALTIMORE COUNTY), MD | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: ME314 - MONROE COUNTY, IN | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 1094 - MONT BELVIEU, TX | Undetermined | NET BOOK VALUE | Undetermined |
| MONTANA LICENSE | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 1528616 - MONTANA DIVISION OF BANKING AND FINANCIAL INSTITUTIONS | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 82439 - MONTCLAIR, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 10721204 - MONTEBELLO, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 41182 - MORENO VALLEY, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 7213863 - MORGAN HILL, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 02527 - MORRIS, IL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 30593 - MURRIETA, CA | Undetermined | NET BOOK VALUE | Undetermined |
| NAMPA, ID LICENSE | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 11044165 - NAPA, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 154521 - NASSAU COUNTY, NY | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 28874 - NASSAU, FL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 9052359 - NATIONAL CITY, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 72523-24 - NEBRASKA ELECTRICAL DIVISION | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 3511867 - NEVADA CONSUMER COMPLIANCE & LICENSING | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: IL11167 - NEVADA-FID (FINANCIAL INSTITUTIONS DIVISION) | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: IL.11166 - NEVADA-FID (FINANCIAL INSTITUTIONS DIVISION) | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: CON23-0283 - NEW BRAUNFELS, TX | Undetermined | NET BOOK VALUE | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 62:** Licenses, franchises, and royalties

| Licenses, franchises, and royalties | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| LICENSE NUMBER: LC11240 - NEW CASTLE, DE | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: SC405 - NEW HAMPSHIRE | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 0497C - NEW HAMPSHIRE OFFICE OF PROFESSIONAL LICENSURE & CERTIFICATION | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: EA-0741, PA-0292, AND EC-0239 - NEW JERSEY | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: TM013419 - NEW JERSEY | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 34EB01548900 - NEW JERSEY | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 2104761-C03 - NEW JERSEY OFFICE OF THE ATTORNEY GENERAL DIVISION OF CONSUMER AFFAIRS | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 13VH08874400 - NEW JERSEY OFFICE OF THE ATTORNEY GENERAL DIVISION OF CONSUMER AFFAIRS | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 34EB01253600 - NEW JERSEY OFFICE OF THE ATTORNEY GENERAL DIVISION OF CONSUMER AFFAIRS | Undetermined | NET BOOK VALUE | Undetermined |
| NEW MEXICO FINANCIAL INSTITUTIONS DIVISION LICENSE | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 385702 - NEW MEXICO REGULATION AND LICENSING DEPARTMENT'S CONSTRUCTION INDUSTRIES | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 2338 - NEW MEXICO REGULATIONS AND LICENSING DEPARTMENT | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 17-02275 - NEW YORK | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 2050577-DCA - NEW YORK | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 1868124 - NEW YORK STATE DEPARTMENT OF FINANCIAL SERVICES | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 6844048 - NEW YORK STATE INSURANCE FUND | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 114217 - NEWARK, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: SUN0017 - NEWMAN, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 055414-2025 - NEWPORT NEWS, VA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: EC-2025-94 - NEWTON COUNTY, IN | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 2406259 - NJ DEPARTMENT OF BANKING & INSURANCE | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: SCP00000040 - NJ DEPARTMENT OF BANKING AND INSURANCE | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 19260 - NJ DEPARTMENT OF THE TREASURY | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 507871709 - NM OFFICE OF SUPERINTENDENT OF INSURANCE COMPANY LICENSING BUREAU | Undetermined | NET BOOK VALUE | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 62:** Licenses, franchises, and royalties

| Licenses, franchises, and royalties | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| LICENSE NUMBER: 13341 - NOLANVILLE, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 025422 - NORCO, CA | Undetermined | NET BOOK VALUE | Undetermined |
| NORTH CAROLINA LICENSE | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 521631841 - NORTH CAROLINA DEPARTMENT OF INSURANCE | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: U.30860 - NORTH CAROLINA STATE BOARD OF EXAMINERS OF ELECTRICAL CONTRACTORS | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: CA104446 - NORTH DAKOTA DEPARTMENT OF FINANCIAL INSTITUTIONS - CONSUMER DIVISION | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: MB103883 - NORTH DAKOTA DEPARTMENT OF FINANCIAL INSTITUTIONS - CONSUMER DIVISION | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 000049017 - NORTH DAKOTA STATE ELECTRICAL BOARD | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: G70-04052 - NORTH LAS VEGAS, NV | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: CONT-01274-2024 - NORTH MIAMI BEACH, FL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 24-25030 - NORTH PORT, FL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: A-004577; B-012566 - NORTH PROVIDENCE, RI | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: CR-003333-202/CR-003330-2023 - NORTH RICHLAND HILLS, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 969 - NORTHLAKE TOWN (DENTON COUNTY), TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: BL25001534 - NORWALK, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 06413822 - NOVATO, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 17-02275 - NY DEPARTMENT OF PUBLIC SERVICE | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 8277 - OAKDALE, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 2021-0265 - OAKHURST, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 256290 - OAKLAND, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 130620 - OAKLEY, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: EC13011880 - OCALA, FL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: BL-1275555 - OCEANSIDE, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 23-0154 - OCOEE, FL | Undetermined | NET BOOK VALUE | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 62:** Licenses, franchises, and royalties

| Licenses, franchises, and royalties | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| LICENSE NUMBER: ME-245458 / EC-33134 - ODESSA, TX | Undetermined | NET BOOK VALUE | Undetermined |
| OFFICE OF THE ATTORNEY GENERAL OF IOWA LICENSE | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: GL.502141.000 - OHIO DIVISION OF FINANCIAL INSTITUTIONS, CONSUMER FINANCE | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: EC13011880 - OKEECHOBEE, FL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 521353994 - OKLAHOMA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 88797 - OKLAHOMA DEPARTMENT OF CONSUMER CREDIT | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 12424112 - ONTARIO, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 216104 - ORANGE, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 240782 - OREGON CONSTRUCTION CONTRACTORS BOARD | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 1528616 - OREGON DIVISION OF FINANCIAL REGULATION | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: CLE660 - OREGON LIMITED ENERGY CONTRACTOR LICENSES | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 1077 - ORLAND, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: BUS-1100545 - ORLANDO, FL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 102353 - OROVILLE, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: PA129306 - ORRTANNA (FRANKLIN TOWNSHIP), PA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: LIC23-0236 - OSCEOLA, FL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 00135120 - OXNARD, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: EC13011880 - PACE ( SANTA ROSA COUNTY), FL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 02206070 - PACIFIC GROVE, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: CT23-00514 - PALM BAY, FL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: EC-13011880 - PALM BEACH, FL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 26168 - PALM COAST, FL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 13708877 - PALM DESERT, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: CBL-003270-2023 - PALM SPRINGS, CA | Undetermined | NET BOOK VALUE | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 62:** Licenses, franchises, and royalties

| Licenses, franchises, and royalties | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| LICENSE NUMBER: 11622658 - PALMDALE, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 91 - PALMER (ELLIS COUNTY), TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: EC1308800 - PANAMA CITY BEACH, FL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: BH25-00047 - PARADISE, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: CL21-00229 - PARKER, CO | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: MGR-0012524 - PARKVILLE (BALTIMORE COUNTY), MD | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 12584 - PASADENA, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: AEC07001 - PEARLAND, TX | Undetermined | NET BOOK VALUE | Undetermined |
| PENNSYLVANIA LICENSE | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 102597 - PENNSYLVANIA DEPARTMENT OF BANKING AND SECURITIES | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: PA129306 - PENNSYLVANIA OFFICE OF ATTORNEY GENERAL BUREAU OF CONSUMER PROTECTION | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: EC13011880 - PENSACOLA (ESCAMBIA COUNTY), FL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: PBL24-001104 - PEORIA, AZ | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: LIC-002909-2021 - PEORIA, IL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 8606783 - PERRIS, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 2024-002 - PERU, IL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: L-0957713 - PETALUMA, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 03509480 - PICO RIVERA, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: EC130011880 - PINECREST, FL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 31193421989541 - PITTSBURGH, PA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 121478 - PLACER, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 18218 - PLACERVILLE (EL DORADO COUNTY), CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: AEC11064 - PLANO, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: FL23-0042 - PLANT CITY, FL | Undetermined | NET BOOK VALUE | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 62:** Licenses, franchises, and royalties

| Licenses, franchises, and royalties | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| LICENSE NUMBER: CTR-046642 - PLEASANT HILL, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: CR-2024-11 - PLEASANTON, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: EC13011880 - POINCIANA (POLK COUNTY), FL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 253016 - POLK, FL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 00211575 - POMONA, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 55655 - PORT ST. LUCIE, FL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: BC-41247 - PORTER COUNTY, IN | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 04800 - PORTERVILLE, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: BC-022043-2022 - POWAY, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 10993892 - PRINCE WILLIAM, VA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: CON-2024-004003 - PRINCETON, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 57141 - PUBLIC UTILITY COMMISSION OF TEXAS | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: P49779 - PUBLIC UTILITY COMMISSION OF TEXAS | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 161768 - PUERTO RICO DEPARTMENT OF CONSUMER AFFAIRS | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: APM-557 - PUERTO RICO OFFICE OF THE COMMISSIONER OF FINANCIAL INSTITUTIONS | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: CF-306 - PUERTO RICO OFFICE OF THE COMMISSIONER OF FINANCIAL INSTITUTIONS | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 66-219 - PULASKI COUNTY, IN | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 2025-CL-068 - PUTNAM COUNTY, IN | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 50677 - PUTNAM COUNTY, NY | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: SCL24-000280 - PUTNAM, FL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: OOA-001327 - RANCHO CORDOVA, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 88095 - RANCHO CUCAMONGA, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 000843-2024 - RANCHO MIRAGE, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: BLCG-1704 - RANCHO PALOS VERDES, CA | Undetermined | NET BOOK VALUE | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 62:** Licenses, franchises, and royalties

| Licenses, franchises, and royalties | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| LICENSE NUMBER: MGR-0012524 - RANDALLSTOWN (BALTIMORE COUNTY), MD | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 1807 - RANDOLPH COUNTY, IN | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 404790 - READING, PA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: B14524 - RED BLUFF (TEHAMA COUNTY), CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 8130472 - REDLANDS, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 333564 - REDONDO BEACH, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 2011143 - REDWOOD CITY, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 0000008821 - REEDLEY, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: R163694A-LIC - RENO, NV | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: GC-39710 - RHODE ISLAND CONTRACTORS' REGISTRATION AND LICENSING BOARD | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: AC004577 - RHODE ISLAND DEPARTMENT OF LABOR AND TRAINING | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: BL21-0320 - RIALTO, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 25012 - RICHARDSON, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 40063911 - RICHMOND, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 220526 - RIDGECREST, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 24-1351 - RIO VISTA, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 12360073 - RIVERSIDE, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: BRPC211218 - RIVERSIDE, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 11765 - RIVERSIDE, IL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: EC13011880 - RIVERVIEW (HILLSBOROUGH COUNTY), FL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 24-000408 / 24-000409 - ROANOKE, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 20240100 - ROCK FALLS, IL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 004194 - ROCKDALE, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 020126 - ROCKLIN, CA | Undetermined | NET BOOK VALUE | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 62:** Licenses, franchises, and royalties

| Licenses, franchises, and royalties | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| LICENSE NUMBER: 25-000049 - ROCKPORT, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: REG-006357 - ROCKWALL, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 70218 - ROHNERT PARK, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 2446610 - ROMAN FOREST, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 980827 - ROSEMEAD, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: CON-0474-2024 - ROSENBERG, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 00849925 - ROSEVILLE, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 245458 (MEL) - ROSHARON (BRAZORIA COUNTY), TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 25 24859 - ROYAL PALM BEACH, FL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 23-000599 - ROYSE CITY (HUNT COUNTY), TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 1041696 - SACRAMENTO, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: AEC1400 - SAINT CLOUD, FL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 22327 - SAIPAN DIVISION OF REVENUE AND TAXATION (COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS) | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 5145 /5146 - SAN ANGELO, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: LIC-STA-APP22-14000645 - SAN ANTONIO, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 08002193 - SAN BENITO, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 974392 - SAN BERNARDINO, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 1003498 - SAN BERNARDINO, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: BL-0323898 - SAN CLEMENTE, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: B2023000347 - SAN DIEGO, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: CSLB - SAN DIEGO, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 19000874 - SAN DIMAS, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 1152800 - SAN FRANCISCO, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: BL-002589-2024 - SAN JACINTO, CA | Undetermined | NET BOOK VALUE | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 62:** Licenses, franchises, and royalties

| Licenses, franchises, and royalties | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| LICENSE NUMBER: 4186756000 - SAN JOSE, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 04536870 - SAN LEANDRO, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 119835 - SAN LUIS OBISPO, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 210038342 - SAN MARCOS, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 7404 - SAN MARCOS, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 087352 - SAN MATEO, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 064492 - SAN RAFAEL, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: BL-022510-2021 - SAN RAMON, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 13204342 - SANGER, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 385458 - SANTA ANA, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 729932 - SANTA BARBARA, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 312370 - SANTA CLARA, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: BL-110750 - SANTA CRUZ, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 1003498 - SANTA CRUZ, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 43401 - SANTA MARIA, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 07262 - SANTA PAULA, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 06532074 - SANTA ROSA, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: BL-000138-2023 - SANTEE, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 02013903 - SAUSALITO, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: LCC202300450 - SCHERTZ, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 245458 - SEABROOK, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: CR-24-552/CR-24-553 - SEAGOVILLE, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 104818 - SEALY, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 785645 - SEASIDE, CA | Undetermined | NET BOOK VALUE | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 62:** Licenses, franchises, and royalties

| Licenses, franchises, and royalties | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| LICENSE NUMBER: EC-001794-2024 - SEGUIN, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: BL-24-59 - SELMA, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: CR25-000211 - SEMINOLE, FL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 000781 - SEVERN (ANNE ARUNDEL COUNTY), MD | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 13VH08874400 - SEWELL (MANTUA TOWNSHIP), NJ | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 8208 - SHAFTER, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 12205923 - SIGNAL HILL (LOS ANGELES COUNTY), CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 06841689 - SIMI VALLEY, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 4693 - SISKIYOU, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: HI-60846 - SMITHTOWN, NY | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 2332 - SNOWFLAKE, AZ | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: L23-01884 - SOCORRO, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 006458 - SOLEDAD, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 06/20/2024 - SONOMA, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: SL-0003 - SOUTH CAROLINA OFFICE OF REGULATORY STAFF | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 1528616.MYL - SOUTH DAKOTA DIVISION OF BANKING | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: HIC - SOUTH HANOVER, PA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 115030 - SOUTH SAN FRANCISCO, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 11412 - SOUTH WHITEHALL, PA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: S088776A-LIC - SPARKS, NV | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: E-02962-M - ST MARY'S, MD | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 34085 - ST. JOHN'S, FL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 6672-25 - ST. JOSEPH COUNTY / CITY OF SOUTH BEND, IN | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: EC13011880 - ST. PETE BEACH, FL | Undetermined | NET BOOK VALUE | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 62:** Licenses, franchises, and royalties

| Licenses, franchises, and royalties | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| LICENSE NUMBER: 02644 GEN / 02643 ELE - STAFFORD, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 34820 - STANTON, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 2022-846 - STARKE COUNTY, IN | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: M22973 - STATE BANKING DEPARTMENT OF ALABAMA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 2141018 - STATE OF ALASKA DEPARTMENT OF COMMERCE, COMMUNITY, & ECONOMIC DEVELOPMENT | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 2021707039 - STATE OF DELAWARE | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 2017604331 - STATE OF DELAWARE | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 20224400LL - STATE OF RHODE ISLAND DEPARTMENT OF BUSINESS REGULATION | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 604730611 - STATE OF WASHINGTON - DEPARTMENT OF REVENUE | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 1538836 - STATE OF WISCONSIN DEPARTMENT OF SAFETY AND PROFESSIONAL SERVICES | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 21-85 - STERLINGS, IL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 2188 - STEUBEN COUNTY, IN | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 73294 - STOCKTON, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: H-12677 - STONY POINT (ROCKLAND COUNTY), NY | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: HI60846 - SUFFOLK COUNTY, NY | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: REG-002339-2023 - SUGAR LAND, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 25911 - SUISUN, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 2535291 - SULPHUR SPRINGS, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 22976 - SUMMERFIELD (MARION COUNTY), FL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 22976 - SUMTER COUNTY, FL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 842 - SUNBURY, PA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 385702 - SUNLAND PARK, NM | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 083296 - SUNNYVALE, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 3626 - SUNNYVALE, TX | Undetermined | NET BOOK VALUE | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 62:** Licenses, franchises, and royalties

| Licenses, franchises, and royalties | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| LICENSE NUMBER: 1026849 - SURPRISE, AZ | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 10494 - SWATARA (DAUPHIN COUNTY), PA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 24-000044 - SWEENY, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: EC13011880 - TALLAHASSEE (LEON COUNTY), FL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 16113 - TAMARAC, FL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: EC13011880 - TAMPA, FL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 18530 - TEHACHAPI (KERN COUNTY), CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 51499 - TEMECULA, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 1528616 - TENNESSEE DEPARTMENT OF FINANCIAL INSTITUTIONS | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 24/000035/ 24-000034 - TEXARKANA, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 24-000019 / 24-000018 - TEXAS CITY, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 33134 - TEXAS DEPARTMENT OF LICENSING AND REGULATION | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 224479 - TEXAS OFFICE OF CONSUMER CREDIT COMMISSIONER | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: AEC8754 - THE COLONY, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: ELE-UCO-LIC-52941 - THE MONTANA STATE ELECTRICAL BOARD | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 0079706 - THE NEVADA STATE CONTRACTORS BOARD | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: LCC202400625 - THORNTON, CO | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 39917 - THOUSAND OAKS, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 76395 - TN DEPARTMENT OF COMMERCE AND INSURANCE | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: BL-LIC-049055 - TORRANCE, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 2024130 - TOWANDA, PA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 018836 - TOWN OF AVON, CO | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 116692 - TOWN OF CASTLE ROCK, CO | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 25-331-S - TOWN OF CEDARLAKE, IN | Undetermined | NET BOOK VALUE | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 62:** Licenses, franchises, and royalties

| Licenses, franchises, and royalties | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| LICENSE NUMBER: 22-00030035 - TOWN OF CICERO, IL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: CR-2025-0005 - TOWN OF DYER, IN | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: CT211008 - TOWN OF GRIFFITH, IN | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: E24-0070 - TOWN OF HIGHLAND, IN | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: CON2021-00215 - TOWN OF MERRILLVILLE, IN | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: LCC20210252 - TOWN OF SCHERERVILLE, IN | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 4 - TOWN OF TRAIL CREEK, IN | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 6018355 - TRACY, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 17314A - TRURO, MA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 17382 - TUCSON, AZ | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: BL-26029 - TULARE, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 504050 - TURLOCK, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 99076692 - TUSTIN, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: BL24-000158 - TWENTYNINE PALMS, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: AEC4266 - TYLER, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 23-000274 - UKIAH (MENDOCINO COUNTY), CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: BL-276934 - UNION CITY, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: REG0635 - UNIVERSAL CITY, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 00932515 - UPLAND, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 18928 - UPPER DARBY, PA | Undetermined | NET BOOK VALUE | Undetermined |
| UTAH DEPARTMENT OF FINANCIAL INSTITUTIONS LICENSE | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 12158185-5501 - UTAH DIVISION OF OCCUPATIONAL AND PROFESSIONAL LICENSING | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: PSTX030542025-01 - V.I. BOARD OF GENERAL CONSTRUCTION | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 1-60041-1L - V.I. BOARD OF GENERAL CONSTRUCTION | Undetermined | NET BOOK VALUE | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 62:** Licenses, franchises, and royalties

| Licenses, franchises, and royalties | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| LICENSE NUMBER: 1-60041-1B - V.I. BOARD OF GENERAL CONSTRUCTION | Undetermined | NET BOOK VALUE | Undetermined |
| VA DIVISION OF PUBLIC UTILITY REGULATION LICENSE | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 039248 - VACAVILLE, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 11719611 - VALLEJO, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: AEC2962 - VENICE, FL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 13VH08874400 - VENTNOR, NJ | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 130022360 - VENTURA, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 17840 - VENTURA, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 24-000070; 24-000069 - VENUS, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: CLL-1528616 - VERMONT DEPARTMENT OF FINANCIAL REGULATION | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: LL-1528616 - VERMONT DEPARTMENT OF FINANCIAL REGULATION | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 13VH08874400 - VERNON, NJ | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: BSL17-02270 - VICTORVILLE, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 22000194 - VILLA PARK, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 2024548 - VILLAGE OF BELLWOOD, IL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 11765 - VILLAGE OF RIVERSIDE, IL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 13VH08874400 - VILLAS (LOWER TOWNSHIP), NJ | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 2705177872 - VIRGINIA DEPARTMENT OF PROFESSIONAL AND OCCUPATIONAL REGULATION | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: BL054147 - VISALIA, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 45600 - VISTA, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 27031 - VOLUSIA, FL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: CVO-2024-0001 - VON ORMY, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 18452 - WACO, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 03406146 - WALNUT (LOS ANGELES COUNTY), CA | Undetermined | NET BOOK VALUE | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 62:** Licenses, franchises, and royalties

| Licenses, franchises, and royalties | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| LICENSE NUMBER: 12408 - WARREN COUNTY, KY | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: AC004577 - WARWICK, RI | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 3878 - WASCO, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: CL-1528616 - WASHINGTON DEPARTMENT OF FINANCIAL INSTITUTIONS DIVISION OF CONSUMER SERVICES | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: PLANTR*799OJ - WASHINGTON STATE IS THE DEPARTMENT OF LABOR & INDUSTRIES | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: SUNNOEC798N9 - WASHINGTON STATE IS THE DEPARTMENT OF LABOR & INDUSTRIES | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 20242179 - WASHINGTON, FL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: BL-00862 - WATERFORD, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 5861 - WATSONVILLE, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: EC-00101 - WEATHERFORD (PARKER COUNTY), TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 11900727 - WEED, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: CON-001016-2024 - WESLACO, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 6766 - WEST BRANDYWINE, PA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 03071281 - WEST COVINA, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 13VH08874400 - WEST DEPTFORD, NJ | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: LCC2024000035 - WEST HARTFORD, CT | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 24197 - WEST SACRAMENTO, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: OL-24-10577 - WEST UNIVERSITY PLACE, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: WV061088 - WEST VIRGINIA DIVISION OF LABOR'S OFFICE FOR CONTRACTOR LICENSING | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 2411-4289 - WEST VIRGINIA TAX DIVISION | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 2101164 - WESTMINSTER, CO | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: HIC / E1 - WETHERSFIELD, CT | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 23-000028 - WHARTON, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 211051 - WHEAT RIDGE, CO | Undetermined | NET BOOK VALUE | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 62:** Licenses, franchises, and royalties

| Licenses, franchises, and royalties | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| LICENSE NUMBER: 07/23/2024 - WHITE PLAINS, MD | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 2374218249 - WHITEHALL, PA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 13VH08874400 - WHITEHOUSE STATION (READINGTON TOWNSHIP), NJ | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: BRPC211218 - WHITEWATER (RIVERSIDE COUNTY), CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 113740 - WHITTIER, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: DC-052200537 - WI DEPARTMENT OF SAFETY AND PROFESSIONAL SERVICES | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 9404965 - WILDOMAR, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: CR-7824 - WILL COUNTY, IL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: CR-7824 - WILL, IL | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 222629 - WILLIAMSPORT, PA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 13VH08874400 - WILLINGBORO, NJ | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: C-25-0067 - WILLIS, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 7283 - WILLITS, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 15401310 - WILLOWS, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: BRPC211218 - WINCHESTER (RIVERSIDE COUNTY), CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 13VH08874400 - WINSLOW, NJ | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: HIC.0659681 - WINSTED (TOWN OF WINCHESTER), CT | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 53336 - WISCONSIN DEPARTMENT OF FINANCIAL INSTITUTIONS | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 13VH08874400 - WOODBURY, NJ | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: BL-017430 - WOODLAND, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 13VH08874400 - WOOD-RIDGE, NJ | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 13VH08874400 - WOOLWICH, NJ | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: CR24-000307; CR24-000308 - WYLIE, TX | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: CL-4400 - WYOMING DIVISION OF BANKING | Undetermined | NET BOOK VALUE | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 62:** Licenses, franchises, and royalties

| Licenses, franchises, and royalties | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| LICENSE NUMBER: C-10344 - WYOMING STATE FIRE MARSHALL OFFICE | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: WV061088 - YELLOW SPRING (HAMPSHIRE COUNTY), WV | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 2050577-DCA - YONKERS, NY | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 72633 - YORBA LINDA, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 79380L - YUBA CITY, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 15880 - YUCAIPA, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: 13080 - YUCCA VALLEY, CA | Undetermined | NET BOOK VALUE | Undetermined |
| LICENSE NUMBER: AEC0376 - YUMA, AZ | Undetermined | NET BOOK VALUE | Undetermined |
| | | **TOTAL** | $0.00 + Undetermined Amounts |

Debtor Name: Sunnova Energy Corporation Case Number: 25-90159

**Assets - Real and Personal Property**

**Part 11, Question 71:** Notes receivable

| **Notes receivable**<br>Description (include name of obligor) | **Total face amount** | **Doubtful or uncollectible amount** | **Current value of debtor's interest** |
|---|---|---|---|
| INTERCOMPANY NOTES RECEIVABLE FROM SUNNOVA INVENTORY SUPPLY LLC | 12,420,265.51 | 0.00 | $12,420,265.51 |
| | | **TOTAL** | $12,420,265.51 |

Page 1 of 1

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| **Interests in insurance policies or annuities** (Description) | **Policy Type** | **Policy Number** | **Current value of debtor's interest** |
|---|---|---|---|
| ADMIRAL INSURANCE COMPANY | EXCESS LIABILITY | SPE394286988 | Undetermined |
| ALLIED WORLD SPECIALTY INSURANCE COMPANY | D&O<br>2ND XS, 5M X 10M | 03119538 | Undetermined |
| ARCH INSURANCE (UK) LIMITED | PROPERTY | A240SREO0493 | Undetermined |
| ASCOT INSURANCE COMPANY | D&O<br>SIDE A, 5M X 55M | MLXS25100019677-01 | Undetermined |
| ASPEN SPECIALTY INSURANCE COMPANY | EXCESS LIABILITY | EX00GL524 | Undetermined |
| ASPEN SPECIALTY INSURANCE COMPANY | GENERAL LIABILITY | ER00GL324 | Undetermined |
| AXIS SURPLUS INSURANCE COMPANY | PROPERTY | 3452970124ES | Undetermined |
| BEAZLEY SYNDICATE 2623/623 | CYBER LIABILITY | ZW731B24APBR | Undetermined |
| BERKLEY ASSURANCE COMPANY | PROFESSIONAL LIABILITY | PCAB-5024837-0524 | Undetermined |
| BERKLEY INSURANCE CO. | D&O<br>SIDE A, 5M X 50M | BPRO8128688 | Undetermined |
| BWC OHIO STATE FUND | WORKERS' COMPENSATION (OH STATE) | 80195146 | Undetermined |
| CENTURY INSURANCE COMPANY | AUTOMOBILE LIABILITY | CIC-MCFL24-1095 | Undetermined |
| COLONY INSURANCE COMPANY | EXCESS LIABILITY | EXO4279288 | Undetermined |
| CONTINENTAL CASUALTY COMPANY | D&O<br>1ST XS, 5M X 5M | 652133006 | Undetermined |
| EVANSTON INSURANCE COMPANY | EXCESS LIABILITY | MKLV5EUE103396 | Undetermined |
| FEDERAL INSURANCE CO. | EMPLOYED LAWYERS PROFESSIONAL LIABILITY | J05947005 | Undetermined |
| FEDERAL INSURANCE CO. | EMPLOYMENT PRACTICES LIABILITY | J05949774 | Undetermined |
| FEDERAL INSURANCE CO. | FIDUCIARY LIABILITY | J05988500 | Undetermined |
| GENERAL SECURITY NATIONAL INS CO | D&O<br>SIDE A, 5M X 40M | FA0105628-2023-1 | Undetermined |
| GREAT MIDWEST INSURANCE CO | D&O<br>SIDE A, 5M X 35M | HPRO-CX-GM-0000335-01 | Undetermined |
| HDI GLOBAL INSURANCE COMPANY | D&O<br>3RD XS, 5M X 15M | FRH-G-ML-00000901-02 | Undetermined |
| HOUSTON CASUALTY COMPANY | PROPERTY | SO244768001 | Undetermined |
| HUDSON INSURANCE COMPANY | D&O<br>SIDE A, 5M X 45M | HN-0303-10425 | Undetermined |
| IRONSHORE SPECIALTY INSURANCE COMPANY | EXCESS LIABILITY | XSCUW0015099701 | Undetermined |

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| **Interests in insurance policies or annuities** (Description) | **Policy Type** | **Policy Number** | **Current value of debtor's interest** |
|---|---|---|---|
| NATIONAL UNION FIRE INSURANCE OF PITTSBURGH, PA | D&O<br>SIDE A, 5M X 25M | 013407395 | Undetermined |
| NATIONAL UNION FIRE INSURANCE OF PITTSBURGH, PA | CARGO STOCK THROUGH PUT | 023551846 | Undetermined |
| NATIONAL UNION FIRE INSURANCE OF PITTSBURGH, PA | FIDELITY AND CRIME | 01-424-97-35 | Undetermined |
| NORTH DAKOTA WORKFORCE SAFETY & INSURANCE | WORKERS' COMPENSATION (ND STATE) | 1531192 | Undetermined |
| SWISS RE CORPORATE SOLUTIONS CAPACITY INS. CORP. | PARAMETRIC WINDSTORM/STORM SURGE | UTP1000000-06 | Undetermined |
| TEXAS MUTUAL INSURANCE COMPANY | WORKERS' COMPENSATION (TEXAS) | 0002111152 | Undetermined |
| TRANSVERSE SPECIALTY INSURANCE COMPANY | EXCESS LIABILITY | EMR-00000485-00 | Undetermined |
| UNDERWRITERS AT LLOYD'S OF LONDON | EXCESS CYBER LIABILITY | MR247769 | Undetermined |
| UNIVERSAL INSURANCE COMPANY | AUTOMOBILE LIABILITY | 09-518-000810469-3/000 | Undetermined |
| UNIVERSAL INSURANCE COMPANY | GENERAL LIABILITY/PROPERTY | 09-560-000807248-8/000 | Undetermined |
| WA DEPARTMENT OF LABOR & INDUSTRIES | WORKERS' COMPENSATION (WA STATE) | 604 730 611 | Undetermined |
| WESCO INSURANCE COMPANY | D&O<br>SIDE A, 5M X 30M | EUW194870101 | Undetermined |
| WESTFIELD INSURANCE COMPANY | D&O<br>4TH XS, 5M X 20M | XDO-341632N-00 | Undetermined |
| XL SPECIALTY INSURANCE CO | DIRECTORS & OFFICERS LIABILITY PRIMARY 5M | ELU191482-23 | Undetermined |
| ZURICH AMERICAN INSURANCE COMPANY | AUTOMOBILE LIABILITY | BAP7172114-00 | Undetermined |
| ZURICH AMERICAN INSURANCE COMPANY | WORKERS' COMPENSATION (ALL OTHER STATES) | WC7172109-00 | Undetermined |
| | | **TOTAL** | $0.00<br>+ Undetermined Amounts |

**Assets - Real and Personal Property**

**Part 11, Question 74:** Causes of action against third parties (whether or not a lawsuit has been filed)

| Causes of action against third parties (whether or not a lawsuit has been filed) | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|
| SUNNOVA ENERGY CORPORATION V. TOBY TUO FU LI AND KRIS HILLSTRAND | LITIGATION | Undetermined | Undetermined |
| THE DEBTORS CONTINUE TO EVALUATE POTENTIAL RETAINED CAUSES OF ACTIONS AND RESERVES THEIR RIGHTS TO FILE ACTIONS AS IDENTIFIED. | | Undetermined | Undetermined |
| | | **TOTAL** | $0.00 + Undetermined Amounts |

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed

| **Other property of any kind not already listed** *Examples*: Season tickets, country club membership | **Current value of debtor's interest** |
|---|---|
| CUSTOMER REFERRAL FEES | $1,000.00 |
| INTERCOMPANY RECEIVABLE FROM ENERLAST INSURANCE GROUP, LLC | $840.00 |
| INTERCOMPANY RECEIVABLE FROM HELIOS DEPOSITOR, LLC | $2,622.27 |
| INTERCOMPANY RECEIVABLE FROM HELIOS ISSUER, LLC | $6,819.50 |
| INTERCOMPANY RECEIVABLE FROM MOONROAD SERVICES GROUP, LLC | $4,606,182.45 |
| INTERCOMPANY RECEIVABLE FROM STARLANE MANAGER, LLC | $10,275.60 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA ABS HOLDINGS III, LLC | $1,075.60 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA ABS HOLDINGS IV, LLC | $35,413.85 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA ABS HOLDINGS IX, LLC | $1,259.27 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA ABS HOLDINGS V, LLC | $2,622.27 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA ABS HOLDINGS VI, LLC | $4,873,252.27 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA ABS HOLDINGS VII, LLC | $3,606,521.89 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA ABS HOLDINGS VIII, LLC | $17,489.47 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA ABS HOLDINGS X, LLC | $4,122.67 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA ABS HOLDINGS XII, LLC | $2,878.84 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA ABS HOLDINGS XIII, LLC | $3,401.70 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA ABS HOLDINGS, LLC | $2,973.47 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA ABS MANAGEMENT, LLC | $3,835,916.34 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA AP 6 WAREHOUSE II, LLC | $61,073.25 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA AP5-A, LLC | $7,179.65 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA ASSET PORTFOLIO 4, LLC | $20,344.72 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA ASSET PORTFOLIO 5 HOLDINGS, LLC | $2,797.87 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA ASSET PORTFOLIO 5, LLC | $15,390.93 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA ASSET PORTFOLIO 6 HOLDINGS, LLC | $4,734.67 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA ASSET PORTFOLIO 6, LLC | $15,297.90 |

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed

| **Other property of any kind not already listed**<br>*Examples*: Season tickets, country club membership | **Current value of debtor's interest** |
|---|---|
| INTERCOMPANY RECEIVABLE FROM SUNNOVA ASSET PORTFOLIO 7 HOLDINGS, LLC | $38,107,813.35 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA ASSET PORTFOLIO 8 HOLDINGS, LLC | $299,115.07 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA ASSET PORTFOLIO 9, LLC | $57,524,957.03 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA AURORA I DEPOSITOR, LLC | $389.80 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA AURORA I HOLDINGS, LLC | $389.80 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA AURORA I ISSUER, LLC | $419.80 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA AURORA I MANAGER, LLC | $389.80 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA AURORA I OWNER, LLC | $774.85 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA BUSINESS MARKETS ASSET OWNER, LLC | $153,814.00 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA BUSINESS MARKETS BORROWER, LLC | $120,841.31 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA BUSINESS MARKETS DEVELOPER CO, LLC | $112,265.73 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA BUSINESS MARKETS HOLDINGS, LLC | $389.80 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA C&I MANAGEMENT, LLC | $775.60 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA COB I, LLC | $1,798.60 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA COMMERCIAL SOLAR ASSET OWNER, LLC | $32,597.98 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA COMMERCIAL SOLAR LOAN OWNER, LLC | $41,258.32 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA COMMUNITY MICROGRIDS CALIFORNIA, LLC | $2,469.89 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA ENERGY GUAM, LLC | $1,325.60 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA ENERGY PUERTO RICO, LLC | $49,697,602.72 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA EZ-OWN PORTFOLIO, LLC | $12,865,665.33 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA HELIOS II DEPOSITOR, LLC | $9,973.47 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA HELIOS III DEPOSITOR, LLC | $11,575.60 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA HELIOS IV DEPOSITOR, LLC | $14,622.27 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA HELIOS IX DEPOSITOR, LLC | $14,574.27 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA HELIOS IX ISSUER, LLC | $321,355.38 |

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed

| **Other property of any kind not already listed** *Examples*: Season tickets, country club membership | **Current value of debtor's interest** |
|---|---|
| INTERCOMPANY RECEIVABLE FROM SUNNOVA HELIOS V DEPOSITOR, LLC | $14,622.27 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA HELIOS V ISSUER, LLC | $38,596.06 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA HELIOS VI DEPOSITOR, LLC | $14,622.27 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA HELIOS VI ISSUER, LLC | $50,017.13 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA HELIOS VII DEPOSITOR, LLC | $10,622.27 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA HELIOS VII ISSUER, LLC | $86,316.90 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA HELIOS VIII DEPOSITOR, LLC | $14,874.27 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA HELIOS VIII ISSUER, LLC | $484,117.42 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA HELIOS X DEPOSITOR, LLC | $10,574.27 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA HELIOS XI DEPOSITOR, LLC | $9,889.80 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA HELIOS XI ISSUER, LLC | $640,964.62 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA HELIOS XII DEPOSITOR, LLC | $9,889.80 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA HELIOS XII ISSUER, LLC | $600,038.77 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA HELIOS XIII DEPOSITOR, LLC | $5,750.00 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA HELIOS XIII ISSUER, LLC | $1,070,317.02 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA HELIOS XIV DEPOSITOR, LLC | $5,500.00 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA HELIOS XIV ISSUER, LLC | $603,996.11 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA HELIOS XV ISSUER, LLC | $238.00 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA HELIOS XVI ISSUER, LLC | $4,403.50 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA HESTIA HOLDINGS, LLC | $389.80 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA HESTIA I BORROWER, LLC | $20,565.76 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA HESTIA I DEPOSITOR, LLC | $8,292.20 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA HESTIA I LENDER, LLC | $4,292.20 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA HESTIA II BORROWER, LLC | $32,047.93 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA HESTIA II DEPOSITOR, LLC | $8,174.60 |

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed

| **Other property of any kind not already listed** *Examples*: Season tickets, country club membership | **Current value of debtor's interest** |
|---|---|
| INTERCOMPANY RECEIVABLE FROM SUNNOVA HESTIA II LENDER, LLC | $8,174.60 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA HESTIA III BORROWER, LLC | $183.25 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA HESTIA III ISSUER, LLC | $10,501.50 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA INTERMEDIATE HOLDINGS, LLC | $1,810,418.06 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA INVENTORY HOLDINGS, LLC | $2,496.56 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA INVENTORY MANAGEMENT, LLC | $1,075.60 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA INVENTORY PLEDGOR, LLC | $18,107.84 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA INVENTORY SUPPLY HOLDINGS, LLC | $689.80 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA INVENTORY SUPPLY, LLC | $27,308,645.83 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA LAP HOLDINGS, LLC | $2,797.87 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA LAP I, LLC | $23,023.79 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA LAP II, LLC | $17,360.40 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA LEASE VEHICLE 3-HI, LLC | $620.00 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA MANAGEMENT, LLC | $287,215.98 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA MICROGRID HOLDINGS, LLC | $775.60 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA PROTECT HOLDINGS, LLC | $1,253.52 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA PROTECT MANAGEMENT, LLC | $1,075.60 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA PROTECT OPCO, LLC | $37,608.45 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA RAYS I DEPOSITOR, LLC | $14,065.07 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA RAYS I HOLDINGS, LLC | $3,565.07 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA SAP I, LLC | $4,253.72 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA SAP II, LLC | $49,501.90 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA SOL DEPOSITOR, LLC | $13,122.27 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA SOL HOLDINGS, LLC | $2,622.27 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA SOL II DEPOSITOR, LLC | $10,622.27 |

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed

| **Other property of any kind not already listed** *Examples*: Season tickets, country club membership | **Current value of debtor's interest** |
|---|---|
| INTERCOMPANY RECEIVABLE FROM SUNNOVA SOL II HOLDINGS, LLC | $3,897.27 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA SOL II MANAGER, LLC | $10,622.27 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA SOL III DEPOSITOR, LLC | $14,622.27 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA SOL III HOLDINGS, LLC | $2,622.27 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA SOL III ISSUER, LLC | $6,554.42 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA SOL III MANAGER, LLC | $14,622.27 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA SOL IV DEPOSITOR, LLC | $14,574.27 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA SOL IV HOLDINGS, LLC | $1,074.27 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA SOL IV ISSUER, LLC | $16,350.06 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA SOL IV MANAGER, LLC | $10,574.27 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA SOL MANAGER, LLC | $13,385.27 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA SOL V DEPOSITOR, LLC | $9,889.80 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA SOL V HOLDINGS, LLC | $4,703.05 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA SOL V ISSUER, LLC | $1,165,643.58 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA SOL VI DEPOSITOR, LLC | $5,889.80 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA SOL VI HOLDINGS, LLC | $1,452.41 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA SOL VI ISSUER, LLC | $1,191,531.13 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA SOL VI MANAGER, LLC | $5,750.00 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA SOL VII DEPOSITOR, LLC | $5,500.00 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA SOL VII MANAGER, LLC | $5,500.00 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA SOL VII OWNER, LLC | $876.45 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA SOL VIII ISSUER, LLC | $1,322.35 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA SOLSTICE ABS HOLDCO II, LLC | $554.10 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA SOLSTICE ABS HOLDCO, LLC | $94.20 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA SOLSTICE HOLDINGS, LLC | $94.20 |

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed

| **Other property of any kind not already listed** *Examples*: Season tickets, country club membership | **Current value of debtor's interest** |
|---|---|
| INTERCOMPANY RECEIVABLE FROM SUNNOVA SOLSTICE PLEDGOR, LLC | $94.20 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA SOLSTICE RR HOLDCO, LLC | $94.20 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA SSA MANAGEMENT, LLC | $192,320.34 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA TE MANAGEMENT I, LLC | $1,916,128.59 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA TE MANAGEMENT II, LLC | $952,675.91 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA TEP 6-A MANAGER, LLC | $8,540.94 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA TEP 6-A, LLC | $391,464.71 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA TEP 6-B MANAGER, LLC | $11,171.47 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA TEP 6-B, LLC | $5,756.70 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA TEP 6-C MANAGER, LLC | $6,874.27 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA TEP 6-C, LLC | $1,055,100.69 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA TEP 6-D MANAGER, LLC | $12,040.94 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA TEP 6-E MANAGER, LLC | $6,874.27 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA TEP 6-E, LLC | $754,109.87 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA TEP 7-A MANAGER, LLC | $6,466.27 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA TEP 7-A, LLC | $231,160.98 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA TEP 7-B MANAGER, LLC | $7,074.27 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA TEP 7-C MANAGER, LLC | $5,973.88 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA TEP 7-C, LLC | $559,803.58 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA TEP 7-D MANAGER, LLC | $4,799.60 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA TEP 7-E MANAGER, LLC | $4,713.80 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA TEP 7-E, LLC | $94,100.45 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA TEP 7-F MANAGER, LLC | $3,889.80 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA TEP 7-G MANAGER, LLC | $4,614.80 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA TEP 8-A MANAGER, LLC | $3,889.80 |

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed

| **Other property of any kind not already listed**<br>*Examples*: Season tickets, country club membership | **Current value of debtor's interest** |
|---|---|
| INTERCOMPANY RECEIVABLE FROM SUNNOVA TEP 8-A, LLC | $123,547.71 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA TEP 8-B MANAGER, LLC | $389.80 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA TEP 8-C MANAGER, LLC | $3,889.80 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA TEP 8-D MANAGER, LLC | $3,889.80 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA TEP 8-E MANAGER, LLC | $389.80 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA TEP 8-G, LLC | $54,696.72 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA TEP 8-I, LLC | $22,730.00 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA TEP DEVELOPER, LLC | $15,020,199.76 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA TEP HOLDINGS, LLC | $263,912.65 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA TEP I DEVELOPER, LLC | $10,370.57 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA TEP I HOLDINGS, LLC | $4,067.65 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA TEP I MANAGER, LLC | $1,401.20 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA TEP I, LLC | $332,959.74 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA TEP II DEVELOPER, LLC | $9,805.71 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA TEP II HOLDINGS, LLC | $3,107.87 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA TEP II MANAGER, LLC | $11,751.20 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA TEP II, LLC | $165,057.04 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA TEP II-B, LLC | $282,677.12 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA TEP III MANAGER, LLC | $11,838.60 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA TEP III, LLC | $263,170.56 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA TEP IV-A MANAGER, LLC | $13,375.60 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA TEP IV-B MANAGER, LLC | $13,075.60 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA TEP IV-C MANAGER, LLC | $14,622.27 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA TEP IV-C, LLC | $431,005.41 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA TEP IV-D MANAGER, LLC | $14,288.94 |

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed

| **Other property of any kind not already listed**<br>*Examples*: Season tickets, country club membership | **Current value of debtor's interest** |
|---|---|
| INTERCOMPANY RECEIVABLE FROM SUNNOVA TEP IV-E MANAGER, LLC | $14,655.60 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA TEP IV-E, LLC | $93,379.05 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA TEP IV-F MANAGER, LLC | $11,075.60 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA TEP IV-F, LLC | $206,172.43 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA TEP IV-G MANAGER, LLC | $7,288.94 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA TEP IV-G, LLC | $61,090.66 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA TEP OPCO, LLC | $3,415.07 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA TEP RESOURCES, LLC | $8,622.27 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA TEP V-A MANAGER, LLC | $12,455.60 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA TEP V-A, LLC | $280,938.84 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA TEP V-B MANAGER, LLC | $12,455.60 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA TEP V-B, LLC | $1,170,148.42 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA TEP V-C MANAGER, LLC | $12,955.60 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA TEP V-C, LLC | $2,079,432.07 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA TEP V-D MANAGER, LLC | $14,288.94 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA TEP V-D, LLC | $280,287.84 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA TEP V-E MANAGER, LLC | $11,288.94 |
| INTERCOMPANY RECEIVABLE FROM SUNNOVA TEP V-E, LLC | $234,196.86 |
| INTERCOMPANY RECEIVABLE FROM SUNSTREET TEP INVENTORY, LLC | $4,502.35 |
| OTHER ACCOUNTS RECEIVABLES | $5,795,615.55 |
| OTHER LONG TERM ASSETS | $2,698,500.45 |
| OTHER RECEIVABLE - EPC NETTING | $13,907,580.56 |
| OTHER RECEIVABLES | $638,569.38 |
| PERFORMANCE BASED INCENTIVES | $605,732.31 |

Debtor Name: Sunnova Energy Corporation Case Number: 25-90159

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed

| **Other property of any kind not already listed**<br>*Examples*: Season tickets, country club membership | **Current value of debtor's interest** |
|---|---|
| **TOTAL** | **$263,845,835.97** |

Page 9 of 9

**Fill in this information to identify the case:**

Debtor name: Sunnova Energy Corporation

United States Bankruptcy Court for the: Southern District of Texas, Houston Division

Case number (If known): 25-90159

☐ Check if this is an amended filing

# Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of Claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1 Creditor's name**
ATLAS SECURITIZED PRODUCTS ADMINISTRATION, L.P.

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

Column A: $ Undetermined — Column B: $ Undetermined

**Creditor's mailing address**
ATTN: ATLAS SP PARTNERS – WAREHOUSE FINANCING
230 PARK AVENUE
SUITE 800
NEW YORK, NY 10169

**Describe the lien**
GUARANTOR TO SUNNOVA EZ-OWN PORTFOLIO, LLC $550MM REVOLVING CREDIT FACILITY

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.2 Creditor's name**
ATLAS SECURITIZED PRODUCTS ADMINISTRATION, L.P.

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

Column A: $ Undetermined — Column B: $ Undetermined

**Creditor's mailing address**
ATTN: ATLAS SP PARTNERS – WAREHOUSE FINANCING
230 PARK AVENUE
SUITE 800
NEW YORK, NY 10169

**Describe the lien**
GUARANTOR TO SUNNOVA TEP HOLDINGS, LLC $1.675BN REVOLVING CREDIT FACILITY

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $

## Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A — Amount of Claim (Do not deduct the value of collateral.)
Column B — Value of collateral that supports this claim

**2.3**

**Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

Column A: $ Undetermined — Column B: $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5569600 FOR THE BENEFIT OF CITY OF MIDLAND

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.4**

**Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

Column A: $ Undetermined — Column B: $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5569601 FOR THE BENEFIT OF STATE OF NEW MEXICO

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Part 1: Additional Page**

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of Claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.5** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5569602 FOR THE BENEFIT OF TREASURER, STATE OF NEW JERSEY, C/O THE NEW JERSEY BOARD OF PUBLIC UTILITIES

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.6** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5569603 FOR THE BENEFIT OF PENNSYLVANIA PUBLIC UTILITY COMMISSION

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

## Part 1: Additional Page

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of Claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.7** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5569605 FOR THE BENEFIT OF STATE OF ILLINOIS AND TO THE PEOPLE OF THE STATE OF ILLINOIS

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.8** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5569606 FOR THE BENEFIT OF KENTUCKY DEPARTMENT OF FINANCIAL INSTITUTIONS

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Part 1: Additional Page**

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of Claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.9** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5569608 FOR THE BENEFIT OF STATE OF MARYLAND, COMMISSIONER OF FINANCIAL REGULATION

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.10** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5569612 FOR THE BENEFIT OF TENNESSEE DEPARTMENT OF FINANCIAL INSTITUTIONS

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

## Part 1: Additional Page

| | Column A<br>Amount of Claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

**2.11** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5569615 FOR THE BENEFIT OF STATE OF DELAWARE, OFFICE OF THE STATE BANK COMMISSIONER

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**2.12** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5569619 FOR THE BENEFIT OF GOVERNOR OF THE STATE OF LOUISIANA

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

## Part 1: Additional Page

| | Column A | Column B |
|---|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.** | **Amount of Claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.13** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5569620 FOR THE BENEFIT OF STATE OF UTAH

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.14** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5569623 FOR THE BENEFIT OF STATE OF NEW MEXICO

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Part 1: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of Claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.15** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5569624 FOR THE BENEFIT OF STATE OF MARYLAND FOR THE BENEFIT OF THE MARYLAND HOME IMPROVEMENT GUARANTY FUND

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.16** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5569625 FOR THE BENEFIT OF STATE OF MISSOURI

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

## Part 1: Additional Page

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of Claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.17**

**Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5569626 FOR THE BENEFIT OF RHODE ISLAND DEPARTMENT OF BUSINESS REGULATION INSURANCE DIVISION OF BANKING

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**2.18**

**Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5569629 FOR THE BENEFIT OF STATE OF MARYLAND, COMMISSIONER OF FINANCIAL REGULATION

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

## Part 1: Additional Page

Column A: **Amount of Claim** Do not deduct the value of collateral.

Column B: **Value of collateral that supports this claim**

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

**2.19** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

Column A: $ Undetermined Column B: $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5866820 FOR THE BENEFIT OF CITY OF LONGVIEW

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.20** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

Column A: $ Undetermined Column B: $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5866821 FOR THE BENEFIT OF CITY OF AMARILLO

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Part 1: Additional Page**

| | Column A | Column B |
|---|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.** | **Amount of Claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.21** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5866822 FOR THE BENEFIT OF DC PUBLIC SERVICE COMMISSION

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.22** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5866823 FOR THE BENEFIT OF DC PUBLIC SERVICE COMMISSION

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

## Part 1: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of Claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.23** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5866824 FOR THE BENEFIT OF COMMISSIONER OF INSURANCE, STATE OF GEORGIA

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.24** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5866825 FOR THE BENEFIT OF ATTORNEY GENERAL OF THE STATE OF NORTH CAROLINA

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Part 1:** **Additional Page**

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of Claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.25** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5866827 FOR THE BENEFIT OF STATE OF ARIZONA

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.26** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5866828 FOR THE BENEFIT OF STATE OF ARIZONA

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Debtor Sunnova Energy Corporation Case number (If known): 25-90159
Name

## Part 1: Additional Page

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of Claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.27**

**Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5866864 FOR THE BENEFIT OF OREGON DIVISION OF FINANCIAL REGULATION

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**2.28**

**Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5866865 FOR THE BENEFIT OF DISTRICT OF COLUMBIA DEPARTMENT OF INSURANCE, SECURITIES AND BANKING

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Part 1: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of Claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.29** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5866867 FOR THE BENEFIT OF CALIFORNIA DEPARTMENT OF FINANCIAL PROTECTION AND INNOVATION

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.30** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5866868 FOR THE BENEFIT OF CITY OF LAFAYETTE, IN

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Part 1: Additional Page**

| | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

**2.31** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5866869 FOR THE BENEFIT OF CITY OF PERU, IL

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.32** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5866870 FOR THE BENEFIT OF MISSISSIPPI DEPARTMENT OF BANKING AND FINANCE

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

## Part 1: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of Claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.33** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

Column A: $ Undetermined | Column B: $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5866871 FOR THE BENEFIT OF MISSISSIPPI DEPARTMENT OF BANKING AND FINANCE

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.34** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

Column A: $ Undetermined | Column B: $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5866872 FOR THE BENEFIT OF COUNTY OF WILL

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Part 1: Additional Page**

| | Column A | Column B |
|---|---|---|
| **Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.** | **Amount of Claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.35** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5866873 FOR THE BENEFIT OF WYOMING DEPARTMENT OF AUDIT, DIVISION OF BANKING

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.36** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5866874 FOR THE BENEFIT OF NEW JERSEY DIVISION OF REVENUE

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Debtor Sunnova Energy Corporation Case number (If known): 25-90159
Name

## Part 1: Additional Page

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of Claim** Do not deduct the value of collateral.
Column B — **Value of collateral that supports this claim**

**2.37** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5866879 FOR THE BENEFIT OF THE VILLAGE OF MELROSE

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.38** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5866880 FOR THE BENEFIT OF ARKANSAS STATE BOARD OF COLLECTION AGENCIES

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

## Part 1: Additional Page

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of Claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.39** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5866881 FOR THE BENEFIT OF IOWA DIVISION OF BANKING - SUPERINTENDENT OF BANKING

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.40** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5866882 FOR THE BENEFIT OF VILLAGE OF RIVERSIDE, IL

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

## Part 1: Additional Page

| | Column A | Column B |
|---|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.** | **Amount of Claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.41** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5866883 FOR THE BENEFIT OF PEOPLE OF THE STATE OF ILLINOIS

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.42** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5866884 FOR THE BENEFIT OF MINNESOTA DEPARTMENT OF COMMERCE

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Debtor Sunnova Energy Corporation Case number (If known): 25-90159
Name

## Part 1: Additional Page

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of Claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.43** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5866885 FOR THE BENEFIT OF SOUTH CAROLINA RESIDENTIAL BUILDERS COMMISSION

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.44** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5866886 FOR THE BENEFIT OF CITY OF LA PORTE, IN

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

## Part 1: Additional Page

Column A
**Amount of Claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

**2.45** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5866887 FOR THE BENEFIT OF SOUTH CAROLINA RESIDENTIAL BUILDERS COMMISSION

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.46** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5866888 FOR THE BENEFIT OF JOHNSON COUNTY AND/OR UNKNOWN THIRD PARTY

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Part 1: Additional Page**

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of Claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.47** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5866889 FOR THE BENEFIT OF CITY OF STERLING

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.48** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5866890 FOR THE BENEFIT OF STATE OF NEVADA

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

## Part 1: Additional Page

| | Column A | Column B |
|---|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.** | **Amount of Claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.49** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5866891 FOR THE BENEFIT OF CITY OF DIXON, IL

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.50** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5866892 FOR THE BENEFIT OF NORTH CAROLINA DEPARTMENT OF INSURANCE

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Part 1: Additional Page**

| | Column A | Column B |
|---|---|---|
| | **Amount of Claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.51** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5866893 FOR THE BENEFIT OF NORTH CAROLINA DEPARTMENT OF INSURANCE

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
- ☐ No. Specify each creditor, including this creditor, and its relative priority.
- ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.52** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5866894 FOR THE BENEFIT OF CITY OF BUFFALO, PERMIT & INSPECTION SERVICES

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
- ☐ No. Specify each creditor, including this creditor, and its relative priority.
- ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

## Part 1: Additional Page

Column A — Amount of Claim — Do not deduct the value of collateral.

Column B — Value of collateral that supports this claim

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

**2.53**

**Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

Column A: $ Undetermined — Column B: $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5866895 FOR THE BENEFIT OF WEST VIRGINIA STATE TAX DEPARTMENT

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
- ☐ No. Specify each creditor, including this creditor, and its relative priority.
- ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.54**

**Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

Column A: $ Undetermined — Column B: $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5866896 FOR THE BENEFIT OF CITY OF ROCK FALLS, IL

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
- ☐ No. Specify each creditor, including this creditor, and its relative priority.
- ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

## Part 1: Additional Page

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of Claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.55**

**Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Describe the lien**
SURETY BOND #5866897 FOR THE BENEFIT OF CITY OF SOUTH BEND/ST. JOSEPH COUNTY

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.56**

**Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Describe the lien**
SURETY BOND #5866898 FOR THE BENEFIT OF PUTNAM COUNTY

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Debtor Sunnova Energy Corporation Case number (If known): 25-90159
Name

## Part 1: Additional Page

Column A — Amount of Claim. Do not deduct the value of collateral.
Column B — Value of collateral that supports this claim

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

**2.57** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5866899 FOR THE BENEFIT OF CONSTRUCTION CONTRACTORS BOARD OF THE STATE OF OREGON

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.58** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5866900 FOR THE BENEFIT OF CITY OF CANYON

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

## Part 1: Additional Page

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of Claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.59**

**Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5866901 FOR THE BENEFIT OF CITY OF MORRIS, IL

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.60**

**Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5869362 FOR THE BENEFIT OF CITY OF EVANSVILLE-VANDERBURGH COUNTY, INDIANA

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Part 1: Additional Page**

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of Claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.61** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5869363 FOR THE BENEFIT OF TEXAS REAL ESTATE COMMISSION

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.62** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5869364 FOR THE BENEFIT OF CITY OF BEAUMONT, TEXAS

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

## Part 1: Additional Page

| | Column A | Column B |
|---|---|---|
| **Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.** | **Amount of Claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.63** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5869365 FOR THE BENEFIT OF CITY OF GALVESTON

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.64** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5869367 FOR THE BENEFIT OF CITY OF BEECH GROVE AND UKNOWN THIRD PARTY

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Debtor Sunnova Energy Corporation Case number (If known): 25-90159

Name

**Part 1:** **Additional Page**

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of Claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.65**

**Creditor's name**

GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**

301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**

SURETY BOND #5869369 FOR THE BENEFIT OF PORTER COUNTY AND ALL CITIES, TOWNS, AND MUNICIPALITIES WITHIN PORTER COUNTY

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?
- ☐ No. Specify each creditor, including this creditor, and its relative priority.
- ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**2.66**

**Creditor's name**

GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**

301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**

SURETY BOND #5869370 FOR THE BENEFIT OF STATE OF CALIFORNIA

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?
- ☐ No. Specify each creditor, including this creditor, and its relative priority.
- ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Debtor Sunnova Energy Corporation — Name — Case number (If known): 25-90159

**Part 1: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of Claim** — Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.67** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5869371 FOR THE BENEFIT OF SOUTH CAROLINA RESIDENTIAL BUILDERS COMMISSION

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.68** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5869372 FOR THE BENEFIT OF STATE OF CALIFORNIA

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Part 1: Additional Page**

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of Claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.69** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5869373 FOR THE BENEFIT OF NEWTON COUNTY

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.70** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5869374 FOR THE BENEFIT OF CITY OF GALVESTON

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Part 1: Additional Page**

| | Column A | Column B |
|---|---|---|
| **Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.** | **Amount of Claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.71** **Creditor's name**

GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**

301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**

SURETY BOND #5869375 FOR THE BENEFIT OF UNIFIED GOVERNMENT OF WYANDOTTE COUNTY, KANSAS CITY, KANSAS

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**2.72** **Creditor's name**

GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**

301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**

SURETY BOND #5869376 FOR THE BENEFIT OF DELAWARE COUNTY COMMISSIONER

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Debtor Sunnova Energy Corporation Case number (If known): 25-90159
Name

**Part 1: Additional Page**

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of Claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.73** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5869377 FOR THE BENEFIT OF STATE OF OREGON

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.74** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5869378 FOR THE BENEFIT OF CITY OF MUNCIE, IN

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Part 1: Additional Page**

*Column A* **Amount of Claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

**2.75** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5869379 FOR THE BENEFIT OF WISCONSIN DEPARTMENT OF SAFETY AND PROFESSIONAL SERVICES

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.76** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5869380 FOR THE BENEFIT OF THE TOWN OF ANTHONY

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

## Part 1: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of Claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.77**

**Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

Column A: $ Undetermined  Column B: $ Undetermined

**Describe the lien**
SURETY BOND #5869381 FOR THE BENEFIT OF CITY OF RICHMOND, IN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.78**

**Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

Column A: $ Undetermined  Column B: $ Undetermined

**Describe the lien**
SURETY BOND #5869382 FOR THE BENEFIT OF CITY OF NAPPANEE

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

## Part 1: Additional Page

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of Claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.79** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5869383 FOR THE BENEFIT OF DISTRICT OF COLUMBIA

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**2.80** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5869384 FOR THE BENEFIT OF STATE OF NEW MEXICO

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Part 1: Additional Page**

*Column A* **Amount of Claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

**2.81** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5869385 FOR THE BENEFIT OF STATE OF ALASKA

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.82** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5869386 FOR THE BENEFIT OF STATE OF ALASKA

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Debtor Sunnova Energy Corporation Case number (If known): 25-90159

Name

**Part 1: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of Claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.83** **Creditor's name**

GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**

301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**

SURETY BOND #5869387 FOR THE BENEFIT OF PUTNAM COUNTY - DEPARTMENT OF CONSUMER AFFAIRS, STATE OF NEW YORK

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?
- ☐ No. Specify each creditor, including this creditor, and its relative priority.
- ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**2.84** **Creditor's name**

GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**

301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**

SURETY BOND #5869388 FOR THE BENEFIT OF STATE OF CALIFORNIA

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?
- ☐ No. Specify each creditor, including this creditor, and its relative priority.
- ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

## Part 1: Additional Page

Column A — Amount of Claim. Do not deduct the value of collateral.
Column B — Value of collateral that supports this claim

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

**2.85**

**Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5869389 FOR THE BENEFIT OF TEXAS REAL ESTATE COMMISSION

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.86**

**Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5869390 FOR THE BENEFIT OF STATE OF CALIFORNIA

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Part 1: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of Claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.87** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5869391 FOR THE BENEFIT OF STATE OF MINNESOTA

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.88** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5869392 FOR THE BENEFIT OF CITY OF STERLING, IL

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

## Part 1: Additional Page

Column A — Amount of Claim (Do not deduct the value of collateral.)
Column B — Value of collateral that supports this claim

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.89** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

Column A: $ Undetermined Column B: $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5869393 FOR THE BENEFIT OF STATE OF MARYLAND FOR THE BENEFIT OF THE MARYLAND HOME IMPROVEMENT GUARANTY FUND

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.90** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

Column A: $ Undetermined Column B: $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5869394 FOR THE BENEFIT OF SOUTH CAROLINA CONTRACTOR'S LICENSING BOAR, STATE OF SOUTH CAROLINA

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Part 1: Additional Page**

*Column A* **Amount of Claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.91** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5869395 FOR THE BENEFIT OF STARKE COUNTY

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.92** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5869396 FOR THE BENEFIT OF DISTRICT OF COLUMBIA

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

## Part 1: Additional Page

| | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

**2.93**

**Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5869397 FOR THE BENEFIT OF STATE OF WASHINGTON

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.94**

**Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5869398 FOR THE BENEFIT OF TOWN OF SOUTH KINGSTON

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

## Part 1: Additional Page

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of Claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.95** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5869399 FOR THE BENEFIT OF CITY OF VIDOR, TX

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.96** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5869400 FOR THE BENEFIT OF TOWN OF HORIZON CITY

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Debtor Sunnova Energy Corporation Case number (If known): 25-90159

Name

## Part 1: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of Claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.97** **Creditor's name**

GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**

301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**

SURETY BOND #5869401 FOR THE BENEFIT OF VILLAGE OF BELLWOOD

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**2.98** **Creditor's name**

GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**

301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**

SURETY BOND #5869403 FOR THE BENEFIT OF LA PORTE COUNTY UNINCORPORATED

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

## Part 1: Additional Page

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of Claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.99** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5869404 FOR THE BENEFIT OF TOWN OF CICERO, STATE OF ILLINOIS

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.100** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5869405 FOR THE BENEFIT OF CITY OF LAGO VISTA

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

## Part 1: Additional Page

Column A: **Amount of Claim** Do not deduct the value of collateral.

Column B: **Value of collateral that supports this claim**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.101 Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

Column A: $ Undetermined — Column B: $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5869406 FOR THE BENEFIT OF DISTRICT OF COLUMBIA

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
- [x] No
- [ ] Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
- [x] No
- [ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
- [x] No
- [ ] Yes. Have you already specified the relative priority?
  - [ ] No. Specify each creditor, including this creditor, and its relative priority.
  - [ ] Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**2.102 Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

Column A: $ Undetermined — Column B: $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5869407 FOR THE BENEFIT OF STATE OF ARKANSAS

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
- [x] No
- [ ] Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
- [x] No
- [ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
- [x] No
- [ ] Yes. Have you already specified the relative priority?
  - [ ] No. Specify each creditor, including this creditor, and its relative priority.
  - [ ] Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Debtor Sunnova Energy Corporation Case number (If known): 25-90159
Name

## Part 1: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of Claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.103** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5869408 FOR THE BENEFIT OF CITY OF SHELBYVILLE, IN

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.104** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5869409 FOR THE BENEFIT OF CITY OF TERRE HAUTE, IN OR AN UNKNOWN THIRD PARTY

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

## Part 1: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of Claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.105** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5869410 FOR THE BENEFIT OF LAPORTE COUNTY, IN

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.106** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5869411 FOR THE BENEFIT OF CONSOLIDATED CITY OF INDIANAPOLIS AND/OR AN UNKNOWN THIRD PARTY AS OBLIGEE

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Debtor Sunnova Energy Corporation Case number (If known): 25-90159
Name

## Part 1: Additional Page

Column A — Amount of Claim: Do not deduct the value of collateral.
Column B — Value of collateral that supports this claim

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.107 Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5869412 FOR THE BENEFIT OF STATE OF ARIZONA

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.108 Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5869414 FOR THE BENEFIT OF STATE OF ARIZONA

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

## Part 1: Additional Page

| | Column A | Column B |
|---|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.** | **Amount of Claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.109 Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5869415 FOR THE BENEFIT OF STATE OF NEW JERSEY

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.110 Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5869416 FOR THE BENEFIT OF COMMONWEALTH OF PENNSYLVANIA, COMMONWEALTH FINANCING AUTHORITY

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

## Part 1: Additional Page

Column A: **Amount of Claim** Do not deduct the value of collateral.
Column B: **Value of collateral that supports this claim**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.111 Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

Column A: $ Undetermined Column B: $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5869418 FOR THE BENEFIT OF COMMONWEALTH OF PENNSYLVANIA, COMMONWEALTH FINANCING AUTHORITY

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.112 Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

Column A: $ Undetermined Column B: $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5869420 FOR THE BENEFIT OF STATE OF WASHINGTON

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

## Part 1: Additional Page

*Column A* **Amount of Claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

**2.113** **Creditor's name**

GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**

301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**

SURETY BOND #5869421 FOR THE BENEFIT OF CITY OF LOGANSPORT, IN

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**2.114** **Creditor's name**

GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**

301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**

SURETY BOND #5869422 FOR THE BENEFIT OF CITY OF SOCORRO

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Debtor Sunnova Energy Corporation Case number (If known): 25-90159

Name

## Part 1: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of Claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.115 Creditor's name**

GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**

301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**

SURETY BOND #5869423 FOR THE BENEFIT OF CITY OF ROCKDALE, TX

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

- [x] No
- [ ] Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

- [x] No
- [ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

- [x] No
- [ ] Yes. Have you already specified the relative priority?
  - [ ] No. Specify each creditor, including this creditor, and its relative priority.
  - [ ] Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**2.116 Creditor's name**

GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**

301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**

SURETY BOND #5869424 FOR THE BENEFIT OF CITY OF HALLETTSVILLE, TX

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

- [x] No
- [ ] Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

- [x] No
- [ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

- [x] No
- [ ] Yes. Have you already specified the relative priority?
  - [ ] No. Specify each creditor, including this creditor, and its relative priority.
  - [ ] Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Part 1: Additional Page**

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of Claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.117** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5869425 FOR THE BENEFIT OF PULASKI COUNTY, IN BUILDING DEPARTMENT

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.118** **Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5869426 FOR THE BENEFIT OF THE BOARD OF COMMISSIONERS OF THE COUNTY OF LAKE, STATE OF INDIANA, AND ALL CITIES, TOWNS, & MUNICIP

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

## Part 1: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of Claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.119 Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5869427 FOR THE BENEFIT OF GOVERNMENT OF THE VIRGIN ISLANDS OF THE UNITED STATES

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.120 Creditor's name**
GREAT AMERICAN INSURANCE COMPANY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
301 E 4TH STREET
CINCINNATI, OH 45202

**Describe the lien**
SURETY BOND #5869429 FOR THE BENEFIT OF COMMONWEALTH OF PUERTO RICO

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Part 1: Additional Page**

| | Column A | Column B |
|---|---|---|
| **Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.** | **Amount of Claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.121** **Creditor's name**
LIBERTYAGG2 TRUST

**Describe debtor's property that is subject to a lien**
UCC Financing Statement

$ Undetermined $ Undetermined

**Creditor's mailing address**
225 LIBERTY STREET
SUITE 4210
NEW YORK, NY 10281

**Describe the lien**
UCC FILE NUMBER 2024 4376008 DATED 6/27/2024

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.122** **Creditor's name**
LIBERTYAGG2 TRUST

**Describe debtor's property that is subject to a lien**
UCC Financing Statement

$ Undetermined $ Undetermined

**Creditor's mailing address**
225 LIBERTY STREET
SUITE 4210
NEW YORK, NY 10281

**Describe the lien**
UCC FILE NUMBER 2024 8551366 DATED 12/09/2024

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Part 1: Additional Page**

| Column A | Column B |
|---|---|
| **Amount of Claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

**2.123 Creditor's name**
MITSUBISHI HC CAPITAL AMERICA, INC.

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
ATTN: CHRIS PAGANO
800 CONNECTICUT AVENUE
NORWALK, CT 06854

**Describe the lien**
GUARANTOR TO SUNNOVA BUSINESS MARKETS BORROWER, LLC $25MM REVOLVING CREDIT FACILITY

**Creditor's email address, if known**
CPAGANO@MHCCNA.COM

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.124 Creditor's name**
SUNNOVA INTERMEDIATE HOLDINGS, LLC

**Describe debtor's property that is subject to a lien**
UCC Financing Statement

$ Undetermined $ Undetermined

**Creditor's mailing address**
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**Describe the lien**
UCC FILE NUMBER 2023 5299762 DATED 8/02/2023

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

## Part 1: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of Claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.125 Creditor's name**

SUNNOVA INTERMEDIATE HOLDINGS, LLC

**Describe debtor's property that is subject to a lien**

UCC Financing Statement

$ Undetermined $ Undetermined

**Creditor's mailing address**

20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**Describe the lien**

UCC FILE NUMBER 2023 8774563 DATED 12/27/2023

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?
- ☐ No. Specify each creditor, including this creditor, and its relative priority.
- ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**2.126 Creditor's name**

SUNNOVA TEP DEVELOPER, LLC

**Describe debtor's property that is subject to a lien**

UCC Financing Statement

$ Undetermined $ Undetermined

**Creditor's mailing address**

20 EAST GREENWAY PLAZA
SUITE 475
HOUSTON, TX 77046

**Describe the lien**

UCC FILE NUMBER 2020 3422187 DATED 5/14/2020

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?
- ☐ No. Specify each creditor, including this creditor, and its relative priority.
- ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

## Part 1: Additional Page

| | Column A | Column B |
|---|---|---|
| | Amount of Claim<br>Do not deduct the value of collateral. | Value of collateral that supports this claim |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.127 Creditor's name**
SUNNOVA TEP DEVELOPER, LLC

**Describe debtor's property that is subject to a lien**
UCC Financing Statement

$ Undetermined $ Undetermined

**Creditor's mailing address**
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**Describe the lien**
UCC FILE NUMBER 2021 2457712 DATED 3/29/2021

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.128 Creditor's name**
SUNNOVA TEP DEVELOPER, LLC

**Describe debtor's property that is subject to a lien**
UCC Financing Statement

$ Undetermined $ Undetermined

**Creditor's mailing address**
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**Describe the lien**
UCC FILE NUMBER 2022 7403009 DATED 9/02/2022

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

## Part 1: Additional Page

Column A — Amount of Claim — Do not deduct the value of collateral.
Column B — Value of collateral that supports this claim

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.129** **Creditor's name**
SUNNOVA TEP DEVELOPER, LLC

**Describe debtor's property that is subject to a lien**
UCC Financing Statement

$ Undetermined $ Undetermined

**Creditor's mailing address**
20 EAST GREENWAY PLAZA
SUITE 475
HOUSTON, TX 77046

**Describe the lien**
UCC FILE NUMBER 2024 4762157 DATED 07/15/2024

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.130** **Creditor's name**
SUNNOVA TEP DEVELOPER, LLC

**Describe debtor's property that is subject to a lien**
UCC Financing Statement

$ Undetermined $ Undetermined

**Creditor's mailing address**
20 EAST GREENWAY PLAZA
SUITE 475
HOUSTON, TX 77046

**Describe the lien**
UCC FILE NUMBER 2024 4762314 DATED 07/15/2024

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

## Part 1: Additional Page

| | Column A | Column B |
|---|---|---|
| **Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.** | **Amount of Claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.131 Creditor's name**

SUNNOVA TEP OPCO, LLC

**Describe debtor's property that is subject to a lien**

UCC Financing Statement

$ Undetermined $ Undetermined

**Creditor's mailing address**

20 GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**Describe the lien**

UCC FILE NUMBER 2021 2457332 DATED 3/29/2021

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**2.132 Creditor's name**

TEXAS CAPITAL BANK

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**

ATTN: LETTERS OF CREDIT UNIT
1001 E. LOOKOUT DRIVE
TOWER A
SUITE 700
RICHARDSON, TX 75082

**Describe the lien**

LETTER OF CREDIT #3137 IN THE AMOUNT OF $3,000,000.00 FOR THE BENEFIT OF CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC. DBA GREENTECH RENEWABLES

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

## Part 1: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of Claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.133 Creditor's name**

WILMINGTON TRUST, NATIONAL ASSOCIATION

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**

ATTENTION: JEFFERY ROSE
50 SOUTH SIXTH STREET
SUITE 1290
MINNEAPOLIS, MN 55402

**Describe the lien**

GUARANTOR TO $185MM KKR TERM LOAN [LIMITED]

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

- [x] No
- [ ] Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

- [ ] No
- [x] Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

- [ ] No
- [x] Yes. Have you already specified the relative priority?
  - [x] No. Specify each creditor, including this creditor, and its relative priority.
  - [ ] Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**2.134 Creditor's name**

**Describe debtor's property that is subject to a lien**

$ $

**Creditor's mailing address**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

- [ ] No
- [ ] Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

- [ ] No
- [ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

- [ ] No
- [ ] Yes. Have you already specified the relative priority?
  - [ ] No. Specify each creditor, including this creditor, and its relative priority.
  - [ ] Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. ____ | |
| | Line 2. ____ | |
| | Line 2. ____ | |
| | Line 2. ____ | |
| | Line 2. ____ | |
| | Line 2. ____ | |
| | Line 2. ____ | |
| | Line 2. ____ | |
| | Line 2. ____ | |
| | Line 2. ____ | |
| | Line 2. ____ | |

**Fill in this information to identify the case:**

Debtor: Sunnova Energy Corporation

United States Bankruptcy Court for the: Southern District of Texas, Houston Division

Case number (If known): 25-90159

☐ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1: List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|
| **2.1 Priority creditor's name and mailing address** NAME ON FILE ADDRESS ON FILE | $ 1,730.77 | $ 1,730.77 |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| | Total claim | Priority amount |
|---|---|---|
| **2.2 Priority creditor's name and mailing address** NAME ON FILE ADDRESS ON FILE | $ 3,090.66 | $ 3,090.66 |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| | Total claim | Priority amount |
|---|---|---|
| **2.3 Priority creditor's name and mailing address** NAME ON FILE ADDRESS ON FILE | $ 3,520.00 | $ 3,520.00 |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Part 1: Additional Page**

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.4 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 8,639.92 | $ 8,639.92 |
| 2.5 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 102,219.20 | $ 17,150.00 |
| 2.6 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 230,136.99 | $ 17,150.00 |
| 2.7 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,697.21 | $ 1,697.21 |

**Part 1: Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | Total claim | Priority amount |
|---|---|---|---|
| 2.8 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 1,183.42 | $ 1,183.42 |
| **Date or dates debt was incurred** | **Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS | | |
| **Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| 2.9 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 2,799.89 | $ 2,799.89 |
| **Date or dates debt was incurred** | **Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS | | |
| **Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| 2.10 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 2,362.33 | $ 2,362.33 |
| **Date or dates debt was incurred** | **Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS | | |
| **Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| 2.11 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 1,483.52 | $ 1,483.52 |
| **Date or dates debt was incurred** | **Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS | | |
| **Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

## Part 1: Additional Page

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.12 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 3,119.88 | $ 3,119.88 |
| 2.13 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,028.61 | $ 1,028.61 |
| 2.14 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 5,083.66 | $ 5,083.66 |
| 2.15 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,054.33 | $ 1,054.33 |

## Part 1: Additional Page

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | Total claim | Priority amount |
|---|---|---|
| 2.16 | $ 216,244.32 | $ 16,141.38 |

**Priority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| | Total claim | Priority amount |
|---|---|---|
| 2.17 | $ 1,234.33 | $ 1,234.33 |

**Priority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| | Total claim | Priority amount |
|---|---|---|
| 2.18 | $ 1,607.15 | $ 1,607.15 |

**Priority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| | Total claim | Priority amount |
|---|---|---|
| 2.19 | $ 5,119.90 | $ 5,119.90 |

**Priority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Part 1: Additional Page**

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.20 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 4,406.66 | $ 4,406.66 |
| 2.21 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 13,200.90 | $ 13,200.90 |
| 2.22 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 2,447.80 | $ 2,447.80 |
| 2.23 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 41,538.00 | $ 17,150.00 |

**Part 1: Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | Total claim | Priority amount |
|---|---|---|---|
| 2.24 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 7,359.86 | $ 7,359.86 |
| 2.25 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 12,858.66 | $ 12,858.66 |
| 2.26 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 951.47 | $ 951.47 |
| 2.27 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 3,854.06 | $ 3,854.06 |

**Part 1: Additional Page**

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | Total claim | Priority amount |
|---|---|---|
| **2.28 Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 6,428.58 | $ 6,428.58 |
| **2.29 Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 20,480.00 | $ 17,150.00 |
| **2.30 Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 2,640.00 | $ 2,640.00 |
| **2.31 Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 3,956.05 | $ 3,956.05 |

**Part 1: Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|
| **2.32 Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 3,575.57 | $ 3,575.57 |
| **2.33 Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 1,182.90 | $ 1,182.90 |
| **2.34 Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 3,119.88 | $ 3,119.88 |
| **2.35 Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 1,234.33 | $ 1,234.33 |

**Part 1: Additional Page**

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.36 | **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 7,700.00 | $ 7,700.00 |
| 2.37 | **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 2,159.92 | $ 2,159.92 |
| 2.38 | **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 2,640.00 | $ 2,640.00 |
| 2.39 | **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 1,800.07 | $ 1,800.07 |

**Part 1: Additional Page**

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.40 | **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 4,800.00 | $ 4,800.00 |
| 2.41 | **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 3,300.00 | $ 3,300.00 |
| 2.42 | **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 56,057.70 | $ 17,150.00 |
| 2.43 | **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 10,400.00 | $ 10,400.00 |

**Part 1: Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|
| **2.44 Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 53,479.96 | $ 7,281.66 |
| **2.45 Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 1,131.47 | $ 1,131.47 |
| **2.46 Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 5,160.00 | $ 5,160.00 |
| **2.47 Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 1,748.64 | $ 1,748.64 |

## Part 1: Additional Page

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.48 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 2,967.03 | $ 2,967.03 |
| 2.49 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 9,231.00 | $ 9,231.00 |
| 2.50 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 3,199.88 | $ 3,199.88 |
| 2.51 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 2,967.03 | $ 2,967.03 |

**Part 1: Additional Page**

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.52 | **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 6,538.00 | $ 6,538.00 |
| 2.53 | **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 5,760.00 | $ 5,760.00 |
| 2.54 | **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 5,039.94 | $ 5,039.94 |
| 2.55 | **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 3,214.29 | $ 3,214.29 |

## Part 1: Additional Page

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.56 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 2,959.89 | $ 2,959.89 |
| 2.57 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,384.62 | $ 1,384.62 |
| 2.58 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 56,428.58 | $ 17,150.00 |
| 2.59 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,999.92 | $ 1,999.92 |

**Part 1: Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | Total claim | Priority amount |
|---|---|---|---|
| 2.60 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 1,854.40 | $ 1,854.40 |
| **Date or dates debt was incurred** | **Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS | | |
| **Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| 2.61 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 3,759.86 | $ 3,759.86 |
| **Date or dates debt was incurred** | **Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS | | |
| **Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| 2.62 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 4,450.55 | $ 4,450.55 |
| **Date or dates debt was incurred** | **Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS | | |
| **Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| 2.63 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 14,231.00 | $ 14,231.00 |
| **Date or dates debt was incurred** | **Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS | | |
| **Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**Part 1: Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | Total claim | Priority amount |
|---|---|---|---|
| **2.64 Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 3,079.88 | $ 3,079.88 |
| **2.65 Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 3,708.79 | $ 3,708.79 |
| **2.66 Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 10,968.33 | $ 10,968.33 |
| **2.67 Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 6,181.32 | $ 6,181.32 |

**Part 1: Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | Total claim | Priority amount |
|---|---|---|---|
| 2.68 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,999.92 | $ 1,999.92 |
| 2.69 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,131.47 | $ 1,131.47 |
| 2.70 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 3,360.00 | $ 3,360.00 |
| 2.71 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,384.62 | $ 1,384.62 |

## Part 1: Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.72 Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Total claim: $ 2,599.90 — Priority amount: $ 2,599.90

**Date or dates debt was incurred**

**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**2.73 Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Total claim: $ 13,921.00 — Priority amount: $ 13,921.00

**Date or dates debt was incurred**

**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**2.74 Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Total claim: $ 26,078.00 — Priority amount: $ 17,150.00

**Date or dates debt was incurred**

**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**2.75 Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Total claim: $ 2,159.92 — Priority amount: $ 2,159.92

**Date or dates debt was incurred**

**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Part 1: Additional Page**

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.76 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 2,596.15 | $ 2,596.15 |
| 2.77 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 2,468.33 | $ 2,468.33 |
| 2.78 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 2,640.00 | $ 2,640.00 |
| 2.79 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 17,308.00 | $ 17,150.00 |

**Part 1: Additional Page**

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.80 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,697.14 | $ 1,697.14 |
| 2.81 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 30,000.00 | $ 17,150.00 |
| 2.82 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 4,079.67 | $ 4,079.67 |
| 2.83 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 2,519.90 | $ 2,519.90 |

**Part 1: Additional Page**

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

**Total claim** | **Priority amount**

2.84 **Priority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $ 4,326.93 Priority amount: $ 4,326.93

**Date or dates debt was incurred**

**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

2.85 **Priority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $ 1,131.47 Priority amount: $ 1,131.47

**Date or dates debt was incurred**

**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

2.86 **Priority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $ 8,846.00 Priority amount: $ 8,846.00

**Date or dates debt was incurred**

**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

2.87 **Priority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $ 1,679.94 Priority amount: $ 1,679.94

**Date or dates debt was incurred**

**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 1: Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|
| **2.88 Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 2,399.91 | $ 2,399.91 |
| **2.89 Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 6,719.87 | $ 6,719.87 |
| **2.90 Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 40,385.00 | $ 17,150.00 |
| **2.91 Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 2,793.96 | $ 2,793.96 |

**Part 1: Additional Page**

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | Total claim | Priority amount |
|---|---|---|
| **2.92 Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 3,738.46 | $ 3,738.46 |
| **2.93 Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 4,400.00 | $ 4,400.00 |
| **2.94 Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 13,636.00 | $ 13,636.00 |
| **2.95 Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 24,400.00 | $ 17,150.00 |

## Part 1: Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | Total claim | Priority amount |
|---|---|---|---|
| **2.96 Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 30,800.00 | $ 17,150.00 |
| **2.97 Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,833.33 | $ 1,833.33 |
| **2.98 Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 325,000.00 | $ 17,150.00 |
| **2.99 Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 2,101.65 | $ 2,101.65 |

**Part 1: Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | Total claim | Priority amount |
|---|---|---|---|
| 2.100 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,655.36 | $ 1,655.36 |
| 2.101 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 2,520.00 | $ 2,520.00 |
| 2.102 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 2,820.66 | $ 2,820.66 |
| 2.103 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 18,923.00 | $ 17,150.00 |

## Part 1: Additional Page

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | Total claim | Priority amount |
|---|---|---|
| **2.104 Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 3,278.90 | $ 3,278.90 |
| **2.105 Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 1,234.33 | $ 1,234.33 |
| **2.106 Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 900.03 | $ 900.03 |
| **2.107 Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 1,337.19 | $ 1,337.19 |

**Part 1: Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | Total claim | Priority amount |
|---|---|---|---|
| 2.108 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 1,182.90 | $ 1,182.90 |
| **Date or dates debt was incurred** | **Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS | | |
| **Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| 2.109 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 3,820.05 | $ 3,820.05 |
| **Date or dates debt was incurred** | **Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS | | |
| **Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| 2.110 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 1,782.69 | $ 1,782.69 |
| **Date or dates debt was incurred** | **Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS | | |
| **Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| 2.111 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 3,159.88 | $ 3,159.88 |
| **Date or dates debt was incurred** | **Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS | | |
| **Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**Part 1: Additional Page**

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.112 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,748.64 | $ 1,748.64 |
| 2.113 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 2,423.08 | $ 2,423.08 |
| 2.114 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 2,843.41 | $ 2,843.41 |
| 2.115 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 4,000.00 | $ 4,000.00 |

## Part 1: Additional Page

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.116 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,748.64 | $ 1,748.64 |
| 2.117 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,182.90 | $ 1,182.90 |
| 2.118 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 3,832.42 | $ 3,832.42 |
| 2.119 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 10,240.00 | $ 10,240.00 |

## Part 1: Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | Total claim | Priority amount |
|---|---|---|---|
| 2.120 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 4,319.83 | $ 4,319.83 |
| **Date or dates debt was incurred** | **Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS | | |
| **Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| 2.121 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 5,280.00 | $ 5,280.00 |
| **Date or dates debt was incurred** | **Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS | | |
| **Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| 2.122 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 2,225.27 | $ 2,225.27 |
| **Date or dates debt was incurred** | **Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS | | |
| **Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| 2.123 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 1,928.65 | $ 1,928.65 |
| **Date or dates debt was incurred** | **Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS | | |
| **Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor Sunnova Energy Corporation
Name

Case number (If known) 25-90159

## Part 1: Additional Page

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.124 | **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 9,038.00 | $ 9,038.00 |
| 2.125 | **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 3,708.79 | $ 3,708.79 |
| 2.126 | **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 33,141.33 | $ 7,983.33 |
| 2.127 | **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 2,843.41 | $ 2,843.41 |

**Part 1: Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|
| **2.128 Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 8,750.00 | $ 8,750.00 |
| **2.129 Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 26,931.00 | $ 17,150.00 |
| **2.130 Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 2,121.43 | $ 2,121.43 |
| **2.131 Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 1,759.93 | $ 1,759.93 |

**Part 1: Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|
| **2.132 Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 3,090.66 | $ 3,090.66 |
| **2.133 Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 1,362.91 | $ 1,362.91 |
| **2.134 Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 2,288.57 | $ 2,288.57 |
| **2.135 Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 2,928.71 | $ 2,928.71 |

**Part 1: Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|
| **2.136 Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 2,239.91 | $ 2,239.91 |
| **2.137 Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 4,627.24 | $ 4,627.24 |
| **2.138 Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 19,200.00 | $ 17,150.00 |
| **2.139 Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 2,843.41 | $ 2,843.41 |

**Part 1: Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.140 Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

| Total claim | Priority amount |
|---|---|
| $ 2,793.96 | $ 2,793.96 |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.141 Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

| Total claim | Priority amount |
|---|---|
| $ 2,400.00 | $ 2,400.00 |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.142 Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

| Total claim | Priority amount |
|---|---|
| $ 19,200.00 | $ 17,150.00 |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.143 Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

| Total claim | Priority amount |
|---|---|
| $ 99,726.04 | $ 17,150.00 |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 1: Additional Page**

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.144 | **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 57,692.00 | $ 17,150.00 |
| 2.145 | **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 23,637.66 | $ 11,941.66 |
| 2.146 | **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 1,792.59 | $ 1,792.59 |
| 2.147 | **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 7,516.33 | $ 7,516.33 |

## Part 1: Additional Page

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.148 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,730.77 | $ 1,730.77 |
| 2.149 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 7,679.93 | $ 7,679.93 |
| 2.150 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,054.33 | $ 1,054.33 |
| 2.151 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 10,968.33 | $ 10,968.33 |

**Part 1: Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | Total claim | Priority amount |
|---|---|---|---|
| 2.152 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 2,348.91 | $ 2,348.91 |
| 2.153 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 6,440.00 | $ 6,440.00 |
| 2.154 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,080.04 | $ 1,080.04 |
| 2.155 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 2,648.67 | $ 2,648.67 |

## Part 1: Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | Total claim | Priority amount |
|---|---|---|---|
| 2.156 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 951.47 | $ 951.47 |
| 2.157 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,999.92 | $ 1,999.92 |
| 2.158 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 2,892.86 | $ 2,892.86 |
| 2.159 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 5,429.33 | $ 5,429.33 |

Debtor Sunnova Energy Corporation Case number (If known) 25-90159
Name

## Part 1: Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | Total claim | Priority amount |
|---|---|---|---|
| 2.160 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 8,846.00 | $ 8,846.00 |
| 2.161 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 4,320.00 | $ 4,320.00 |
| 2.162 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 2,159.92 | $ 2,159.92 |
| 2.163 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 3,483.33 | $ 3,483.33 |

**Part 1: Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.164 Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

Total claim: $ 951.47 Priority amount: $ 951.47

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.165 Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

Total claim: $ 2,769.23 Priority amount: $ 2,769.23

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.166 Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

Total claim: $ 3,214.29 Priority amount: $ 3,214.29

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.167 Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

Total claim: $ 1,804.95 Priority amount: $ 1,804.95

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Part 1: Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | Total claim | Priority amount |
|---|---|---|---|
| 2.168 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,182.90 | $ 1,182.90 |
| 2.169 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 4,056.28 | $ 4,056.28 |
| 2.170 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 2,399.91 | $ 2,399.91 |
| 2.171 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 4,320.00 | $ 4,320.00 |

**Part 1: Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | Total claim | Priority amount |
|---|---|---|---|
| 2.172 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,182.90 | $ 1,182.90 |
| 2.173 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 3,159.88 | $ 3,159.88 |
| 2.174 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 19,615.00 | $ 17,150.00 |
| 2.175 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 3,319.87 | $ 3,319.87 |

**Part 1: Additional Page**

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.176 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 55,563.19 | $ 17,150.00 |
| 2.177 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,978.03 | $ 1,978.03 |
| 2.178 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,298.62 | $ 1,298.62 |
| 2.179 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 3,956.05 | $ 3,956.05 |

**Part 1: Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | Total claim | Priority amount |
|---|---|---|---|
| 2.180 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,337.19 | $ 1,337.19 |
| 2.181 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 5,640.00 | $ 5,640.00 |
| 2.182 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 2,719.78 | $ 2,719.78 |
| 2.183 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,002.90 | $ 1,002.90 |

## Part 1: Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|
| **2.184 Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 23,462.00 | $ 17,150.00 |
| **2.185 Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 1,907.49 | $ 1,907.49 |
| **2.186 Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 6,480.00 | $ 6,480.00 |
| **2.187 Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 4,319.83 | $ 4,319.83 |

**Part 1: Additional Page**

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.188 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,730.77 | $ 1,730.77 |
| 2.189 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 26,769.00 | $ 17,150.00 |
| 2.190 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,122.73 | $ 1,122.73 |
| 2.191 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,002.90 | $ 1,002.90 |

**Part 1: Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | Total claim | Priority amount |
|---|---|---|---|
| 2.192 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 1,697.21 | $ 1,697.21 |
| **Date or dates debt was incurred** | **Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS | | |
| **Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| 2.193 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 4,500.00 | $ 4,500.00 |
| **Date or dates debt was incurred** | **Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS | | |
| **Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| 2.194 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 3,199.88 | $ 3,199.88 |
| **Date or dates debt was incurred** | **Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS | | |
| **Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| 2.195 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 2,027.47 | $ 2,027.47 |
| **Date or dates debt was incurred** | **Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS | | |
| **Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**Part 1: Additional Page**

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.196 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 33,923.00 | $ 17,150.00 |
| 2.197 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 2,399.91 | $ 2,399.91 |
| 2.198 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 2,115.00 | $ 2,115.00 |
| 2.199 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 10,440.87 | $ 10,440.87 |

**Part 1: Additional Page**

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.200 | **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 3,708.79 | $ 3,708.79 |
| 2.201 | **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 6,923.00 | $ 6,923.00 |
| 2.202 | **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 35,350.00 | $ 17,150.00 |
| 2.203 | **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 7,692.00 | $ 7,692.00 |

## Part 1: Additional Page

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.204 | **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 3,159.88 | $ 3,159.88 |
| 2.205 | **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 4,319.83 | $ 4,319.83 |
| 2.206 | **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 1,384.62 | $ 1,384.62 |
| 2.207 | **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 3,846.00 | $ 3,846.00 |

**Part 1: Additional Page**

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.208 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 4,005.49 | $ 4,005.49 |
| 2.209 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,730.77 | $ 1,730.77 |
| 2.210 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 166,095.90 | $ 17,150.00 |
| 2.211 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,337.19 | $ 1,337.19 |

**Part 1: Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | Total claim | Priority amount |
|---|---|---|---|
| 2.212 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,440.06 | $ 1,440.06 |
| 2.213 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 4,800.00 | $ 4,800.00 |
| 2.214 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 5,879.92 | $ 5,879.92 |
| 2.215 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 9,951.92 | $ 9,951.92 |

**Part 1: Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | Total claim | Priority amount |
|---|---|---|---|
| 2.216 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 10,769.00 | $ 10,769.00 |
| 2.217 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 2,442.95 | $ 2,442.95 |
| 2.218 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 21,600.00 | $ 17,150.00 |
| 2.219 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 9,960.87 | $ 9,960.87 |

Debtor Sunnova Energy Corporation Case number (If known) 25-90159
Name

## Part 1: Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.220 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 5,920.00 | $ 5,920.00 |
| 2.221 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 13,921.00 | $ 13,921.00 |
| 2.222 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 5,200.00 | $ 5,200.00 |
| 2.223 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 3,090.66 | $ 3,090.66 |

**Part 1: Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | Total claim | Priority amount |
|---|---|---|---|
| 2.224 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 2,967.03 | $ 2,967.03 |
| 2.225 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 3,080.00 | $ 3,080.00 |
| 2.226 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 7,962.00 | $ 7,962.00 |
| 2.227 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 11,218.33 | $ 11,218.33 |

## Part 1: Additional Page

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.228 | **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 1,910.03 | $ 1,910.03 |
| 2.229 | **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 2,314.29 | $ 2,314.29 |
| 2.230 | **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 1,285.76 | $ 1,285.76 |
| 2.231 | **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 4,450.55 | $ 4,450.55 |

**Part 1: Additional Page**

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.232 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 6,346.00 | $ 6,346.00 |
| 2.233 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 5,934.07 | $ 5,934.07 |
| 2.234 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 13,379.08 | $ 13,379.08 |
| 2.235 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 2,348.91 | $ 2,348.91 |

Debtor Sunnova Energy Corporation
Name

Case number (If known) 25-90159

## Part 1: Additional Page

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.236 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 5,641.33 | $ 5,641.33 |
| 2.237 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 23,040.00 | $ 17,150.00 |
| 2.238 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 5,040.00 | $ 5,040.00 |
| 2.239 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 5,039.94 | $ 5,039.94 |

Debtor Sunnova Energy Corporation
Name

Case number (If known) 25-90159

## Part 1: Additional Page

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | Total claim | Priority amount |
|---|---|---|

**2.240 Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

Total claim: $ 2,820.00 Priority amount: $ 2,820.00

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.241 Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

Total claim: $ 4,159.92 Priority amount: $ 4,159.92

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.242 Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

Total claim: $ 1,759.93 Priority amount: $ 1,759.93

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.243 Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

Total claim: $ 1,632.86 Priority amount: $ 1,632.86

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

## Part 1: Additional Page

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.244 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,483.52 | $ 1,483.52 |
| 2.245 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 2,520.00 | $ 2,520.00 |
| 2.246 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,208.62 | $ 1,208.62 |
| 2.247 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,903.85 | $ 1,903.85 |

**Part 1: Additional Page**

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.248 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 4,120.25 | $ 4,120.25 |
| 2.249 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,759.93 | $ 1,759.93 |
| 2.250 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,483.52 | $ 1,483.52 |
| 2.251 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 4,319.92 | $ 4,319.92 |

## Part 1: Additional Page

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.252 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 2,101.65 | $ 2,101.65 |
| 2.253 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,434.07 | $ 1,434.07 |
| 2.254 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 3,342.86 | $ 3,342.86 |
| 2.255 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,854.40 | $ 1,854.40 |

**Part 1: Additional Page**

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.256 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 2,348.91 | $ 2,348.91 |
| 2.257 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 5,118.13 | $ 5,118.13 |
| 2.258 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,872.00 | $ 1,872.00 |
| 2.259 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 36,185.00 | $ 17,150.00 |

**Part 1: Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | Total claim | Priority amount |
|---|---|---|---|
| **2.260 Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 2,348.91 | $ 2,348.91 |
| **2.261 Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 4,231.00 | $ 4,231.00 |
| **2.262 Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 593.41 | $ 593.41 |
| **2.263 Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,999.92 | $ 1,999.92 |

## Part 1: Additional Page

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.264 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 2,967.03 | $ 2,967.03 |
| 2.265 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,182.90 | $ 1,182.90 |
| 2.266 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 2,227.95 | $ 2,227.95 |
| 2.267 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,465.77 | $ 1,465.77 |

**Part 1: Additional Page**

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.268 Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 12,000.00 | $ 12,000.00 |
| **2.269 Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 3,719.86 | $ 3,719.86 |
| **2.270 Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 2,940.00 | $ 2,940.00 |
| **2.271 Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 6,640.00 | $ 6,640.00 |

**Part 1: Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|
| 2.272 **Priority creditor's name and mailing address** NAME ON FILE ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?** ☑ No ☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 1,978.03 | $ 1,978.03 |
| 2.273 **Priority creditor's name and mailing address** NAME ON FILE ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?** ☑ No ☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 4,760.00 | $ 4,760.00 |
| 2.274 **Priority creditor's name and mailing address** NAME ON FILE ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?** ☑ No ☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 8,399.89 | $ 8,399.89 |
| 2.275 **Priority creditor's name and mailing address** NAME ON FILE ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?** ☑ No ☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 4,320.00 | $ 4,320.00 |

**Part 1: Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | Total claim | Priority amount |
|---|---|---|---|
| 2.276 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 3,159.88 | $ 3,159.88 |
| 2.277 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 4,800.00 | $ 4,800.00 |
| 2.278 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 9,231.00 | $ 9,231.00 |
| 2.279 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 2,967.03 | $ 2,967.03 |

**Part 1: Additional Page**

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.280 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 2,101.65 | $ 2,101.65 |
| 2.281 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 6,576.00 | $ 6,576.00 |
| 2.282 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 7,439.90 | $ 7,439.90 |
| 2.283 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,337.19 | $ 1,337.19 |

## Part 1: Additional Page

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.284 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 2,089.29 | $ 2,089.29 |
| 2.285 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 22,680.00 | $ 17,150.00 |
| 2.286 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 11,346.00 | $ 11,346.00 |
| 2.287 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 6,240.00 | $ 6,240.00 |

**Part 1: Additional Page**

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.288 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,960.00 | $ 1,960.00 |
| 2.289 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 6,304.95 | $ 6,304.95 |
| 2.290 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 6,560.00 | $ 6,560.00 |
| 2.291 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,999.92 | $ 1,999.92 |

## Part 1: Additional Page

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.292 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 6,118.66 | $ 6,118.66 |
| 2.293 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,028.61 | $ 1,028.61 |
| 2.294 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 2,314.37 | $ 2,314.37 |
| 2.295 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,028.61 | $ 1,028.61 |

**Part 1: Additional Page**

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.296 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,730.77 | $ 1,730.77 |
| 2.297 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 19,201.00 | $ 17,150.00 |
| 2.298 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 6,320.00 | $ 6,320.00 |
| 2.299 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 33,846.00 | $ 17,150.00 |

## Part 1: Additional Page

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.300 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 57,462.00 | $ 17,150.00 |
| 2.301 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 7,919.90 | $ 7,919.90 |
| 2.302 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 2,967.03 | $ 2,967.03 |
| 2.303 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,131.47 | $ 1,131.47 |

**Part 1: Additional Page**

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.304 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,800.07 | $ 1,800.07 |
| 2.305 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 4,054.95 | $ 4,054.95 |
| 2.306 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 2,843.41 | $ 2,843.41 |
| 2.307 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,532.97 | $ 1,532.97 |

**Part 1: Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | Total claim | Priority amount |
|---|---|---|---|
| 2.308 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 5,315.94 | $ 5,315.94 |
| **Date or dates debt was incurred** | **Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS | | |
| **Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| 2.309 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 3,438.05 | $ 3,438.05 |
| **Date or dates debt was incurred** | **Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS | | |
| **Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| 2.310 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 4,203.30 | $ 4,203.30 |
| **Date or dates debt was incurred** | **Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS | | |
| **Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| 2.311 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 3,159.88 | $ 3,159.88 |
| **Date or dates debt was incurred** | **Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS | | |
| **Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**Part 1: Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | Total claim | Priority amount |
|---|---|---|---|
| 2.312 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 9,583.33 | $ 9,583.33 |
| **Date or dates debt was incurred** | **Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS | | |
| **Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| 2.313 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 2,039.84 | $ 2,039.84 |
| **Date or dates debt was incurred** | **Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS | | |
| **Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| 2.314 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 3,214.29 | $ 3,214.29 |
| **Date or dates debt was incurred** | **Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS | | |
| **Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| 2.315 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 2,991.76 | $ 2,991.76 |
| **Date or dates debt was incurred** | **Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS | | |
| **Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**Part 1: Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | Total claim | Priority amount |
|---|---|---|---|
| 2.316 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,337.19 | $ 1,337.19 |
| 2.317 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 7,692.00 | $ 7,692.00 |
| 2.318 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,599.94 | $ 1,599.94 |
| 2.319 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 2,274.73 | $ 2,274.73 |

**Part 1: Additional Page**

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | Total claim | Priority amount |
|---|---|---|
| 2.320 | $ 18,848.00 | $ 17,150.00 |
| 2.321 | $ 2,037.37 | $ 2,037.37 |
| 2.322 | $ 9,535.33 | $ 9,535.33 |
| 2.323 | $ 1,600.00 | $ 1,600.00 |

**2.320 Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.321 Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.322 Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.323 Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Part 1: Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | Total claim | Priority amount |
|---|---|---|---|
| 2.324 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 2,121.43 | $ 2,121.43 |
| 2.325 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 6,154.00 | $ 6,154.00 |
| 2.326 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 3,659.34 | $ 3,659.34 |
| 2.327 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 11,040.00 | $ 11,040.00 |

## Part 1: Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | Total claim | Priority amount |
|---|---|---|---|
| 2.328 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 2,365.71 | $ 2,365.71 |
| 2.329 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,468.68 | $ 1,468.68 |
| 2.330 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,234.33 | $ 1,234.33 |
| 2.331 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 6,240.00 | $ 6,240.00 |

## Part 1: Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | Total claim | Priority amount |
|---|---|---|---|
| **2.332 Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 3,200.00 | $ 3,200.00 |
| **2.333 Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 5,120.00 | $ 5,120.00 |
| **2.334 Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,182.90 | $ 1,182.90 |
| **2.335 Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 2,843.41 | $ 2,843.41 |

## Part 1: Additional Page

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.336 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,182.90 | $ 1,182.90 |
| 2.337 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 17,538.00 | $ 17,150.00 |
| 2.338 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 16,154.00 | $ 16,154.00 |
| 2.339 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 3,300.00 | $ 3,300.00 |

**Part 1: Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | Total claim | Priority amount |
|---|---|---|---|
| 2.340 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,730.77 | $ 1,730.77 |
| 2.341 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,028.61 | $ 1,028.61 |
| 2.342 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 3,520.00 | $ 3,520.00 |
| 2.343 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 3,438.05 | $ 3,438.05 |

**Part 1: Additional Page**

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.344 | **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 8,640.00 | $ 8,640.00 |
| 2.345 | **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 5,880.00 | $ 5,880.00 |
| 2.346 | **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 1,105.76 | $ 1,105.76 |
| 2.347 | **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 2,159.92 | $ 2,159.92 |

Debtor Sunnova Energy Corporation Case number (If known) 25-90159

Name

## Part 1: Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.348 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 37,916.69 | $ 11,733.33 |
| 2.349 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,131.47 | $ 1,131.47 |
| 2.350 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,054.33 | $ 1,054.33 |
| 2.351 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,285.76 | $ 1,285.76 |

## Part 1: Additional Page

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.352 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 8,800.00 | $ 8,800.00 |
| 2.353 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 2,101.65 | $ 2,101.65 |
| 2.354 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,800.00 | $ 1,800.00 |
| 2.355 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 4,960.00 | $ 4,960.00 |

**Part 1: Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | Total claim | Priority amount |
|---|---|---|---|
| 2.356 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 2,159.92 | $ 2,159.92 |
| **Date or dates debt was incurred** | **Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS | | |
| **Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| 2.357 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 2,908.50 | $ 2,908.50 |
| **Date or dates debt was incurred** | **Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS | | |
| **Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| 2.358 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 1,362.91 | $ 1,362.91 |
| **Date or dates debt was incurred** | **Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS | | |
| **Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| 2.359 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 8,615.00 | $ 8,615.00 |
| **Date or dates debt was incurred** | **Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS | | |
| **Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**Part 1: Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|
| **2.360 Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 3,041.21 | $ 3,041.21 |
| **2.361 Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 2,719.78 | $ 2,719.78 |
| **2.362 Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 19,477.33 | $ 12,858.33 |
| **2.363 Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 1,028.61 | $ 1,028.61 |

**Part 1: Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | Total claim | Priority amount |
|---|---|---|---|
| 2.364 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 1,028.61 | $ 1,028.61 |
| **Date or dates debt was incurred** | **Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS | | |
| **Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| 2.365 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 3,525.33 | $ 3,525.33 |
| **Date or dates debt was incurred** | **Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS | | |
| **Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| 2.366 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 1,719.93 | $ 1,719.93 |
| **Date or dates debt was incurred** | **Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS | | |
| **Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| 2.367 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 3,080.00 | $ 3,080.00 |
| **Date or dates debt was incurred** | **Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS | | |
| **Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**Part 1: Additional Page**

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.368 | **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 15,692.00 | $ 15,692.00 |
| 2.369 | **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 8,640.00 | $ 8,640.00 |
| 2.370 | **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 1,978.03 | $ 1,978.03 |
| 2.371 | **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 6,599.92 | $ 6,599.92 |

Debtor Sunnova Energy Corporation
Name

Case number (If known) 25-90159

## Part 1: Additional Page

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | Total claim | Priority amount |
|---|---|---|
| 2.372 | $ 4,697.80 | $ 4,697.80 |

**Priority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| | Total claim | Priority amount |
|---|---|---|
| 2.373 | $ 2,299.45 | $ 2,299.45 |

**Priority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| | Total claim | Priority amount |
|---|---|---|
| 2.374 | $ 4,799.94 | $ 4,799.94 |

**Priority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| | Total claim | Priority amount |
|---|---|---|
| 2.375 | $ 1,999.92 | $ 1,999.92 |

**Priority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Part 1: Additional Page**

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.376 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 4,079.67 | $ 4,079.67 |
| 2.377 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 3,440.00 | $ 3,440.00 |
| 2.378 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,974.66 | $ 1,974.66 |
| 2.379 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,792.59 | $ 1,792.59 |

## Part 1: Additional Page

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.380 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,978.03 | $ 1,978.03 |
| 2.381 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 7,199.91 | $ 7,199.91 |
| 2.382 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 2,472.53 | $ 2,472.53 |
| 2.383 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 3,090.66 | $ 3,090.66 |

Debtor Sunnova Energy Corporation Case number (If known) 25-90159

Name

## Part 1: Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.384 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,434.07 | $ 1,434.07 |
| 2.385 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,854.40 | $ 1,854.40 |
| 2.386 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 4,583.33 | $ 4,583.33 |
| 2.387 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 3,090.66 | $ 3,090.66 |

**Part 1: Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | Total claim | Priority amount |
|---|---|---|---|
| 2.388 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 3,683.08 | $ 3,683.08 |
| 2.389 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 4,231.00 | $ 4,231.00 |
| 2.390 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 848.60 | $ 848.60 |
| 2.391 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 9,462.00 | $ 9,462.00 |

**Part 1: Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | Total claim | Priority amount |
|---|---|---|---|
| 2.392 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,182.90 | $ 1,182.90 |
| 2.393 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,730.77 | $ 1,730.77 |
| 2.394 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 2,660.00 | $ 2,660.00 |
| 2.395 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 21,462.00 | $ 17,150.00 |

**Part 1: Additional Page**

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.396 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,028.61 | $ 1,028.61 |
| 2.397 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 3,641.79 | $ 3,641.79 |
| 2.398 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 6,720.00 | $ 6,720.00 |
| 2.399 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 2,159.92 | $ 2,159.92 |

## Part 1: Additional Page

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.400 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,234.33 | $ 1,234.33 |
| 2.401 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 4,319.92 | $ 4,319.92 |
| 2.402 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 3,807.69 | $ 3,807.69 |
| 2.403 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 2,064.56 | $ 2,064.56 |

**Part 1: Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | Total claim | Priority amount |
|---|---|---|---|
| 2.404 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 28,846.00 | $ 17,150.00 |
| 2.405 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,607.15 | $ 1,607.15 |
| 2.406 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,879.12 | $ 1,879.12 |
| 2.407 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 31,058.00 | $ 17,150.00 |

**Part 1: Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|
| **2.408 Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 3,461.54 | $ 3,461.54 |
| **2.409 Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 3,708.79 | $ 3,708.79 |
| **2.410 Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 12,462.00 | $ 12,462.00 |
| **2.411 Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $ 3,102.33 | $ 3,102.33 |

**Part 1: Additional Page**

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.412 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 2,644.00 | $ 2,644.00 |
| 2.413 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 22,788.00 | $ 17,150.00 |
| 2.414 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 4,351.65 | $ 4,351.65 |
| 2.415 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 2,288.57 | $ 2,288.57 |

**Part 1: Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | Total claim | Priority amount |
|---|---|---|---|
| 2.416 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 3,268.50 | $ 3,268.50 |
| **Date or dates debt was incurred** | **Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS | | |
| **Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| 2.417 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 2,799.89 | $ 2,799.89 |
| **Date or dates debt was incurred** | **Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS | | |
| **Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| 2.418 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 4,802.89 | $ 4,802.89 |
| **Date or dates debt was incurred** | **Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS | | |
| **Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| 2.419 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 17,692.00 | $ 17,150.00 |
| **Date or dates debt was incurred** | **Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS | | |
| **Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**Part 1: Additional Page**

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.420 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,607.15 | $ 1,607.15 |
| 2.421 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,854.40 | $ 1,854.40 |
| 2.422 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 10,500.00 | $ 10,500.00 |
| 2.423 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 10,968.33 | $ 10,968.33 |

**Part 1: Additional Page**

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.424 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,999.92 | $ 1,999.92 |
| 2.425 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 2,442.86 | $ 2,442.86 |
| 2.426 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,759.93 | $ 1,759.93 |
| 2.427 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,999.92 | $ 1,999.92 |

**Part 1: Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | Total claim | Priority amount |
|---|---|---|---|
| 2.428 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,384.62 | $ 1,384.62 |
| 2.429 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 2,291.66 | $ 2,291.66 |
| 2.430 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 2,299.45 | $ 2,299.45 |
| 2.431 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 3,600.00 | $ 3,600.00 |

Debtor Sunnova Energy Corporation
Name

Case number (If known) 25-90159

## Part 1: Additional Page

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

Total claim | Priority amount

**2.432 Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

Total claim: $ 8,846.00 Priority amount: $ 8,846.00

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.433 Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

Total claim: $ 1,054.33 Priority amount: $ 1,054.33

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.434 Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

Total claim: $ 3,520.00 Priority amount: $ 3,520.00

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** PREPETITION EMPLOYEE TERMINATION OBLIGATIONS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.435 Priority creditor's name and mailing address**

Total claim: $ Priority amount: $

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Part 2: List All Creditors with NONPRIORITY Unsecured Claims**

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| 3.1 | 1 EARTH SOLAR<br>2527 W FARMINGTON RD<br>WEST PEORIA, IL 61604 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>**Basis for the claim:** DEMAND LETTER | $ Undetermined |
| | **Date or dates debt was incurred**<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3.2 | 1 SOLAR CORPORATION<br>2391 S 1560 W<br>WOODS CROSS, UT 84087 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>**Basis for the claim:** CODEFENDANT - CASE NO: - A-25-915076-C | $ Undetermined |
| | **Date or dates debt was incurred**<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3.3 | 2012 KONA INTERNATIONAL LP<br>P.O. BOX 79135<br>HOUSTON, TX 77279 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** TRADE PAYABLE | $ 43,665.30 |
| | **Date or dates debt was incurred**<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3.4 | 2211 MICHELSON DRIVE DBA WEWORK<br>2211 MICHELSON DR<br>IRVINE, CA 92612-1384 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>**Basis for the claim:** CONTRACT REJECTION DAMAGE CLAIM | $ Undetermined |
| | **Date or dates debt was incurred**<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3.5 | 2222 PONCE DE LEON BLVD DBA WEWORK<br>2222 PONCE DE LEON BLVD<br>MIAMI, FL 33134 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>**Basis for the claim:** CONTRACT REJECTION DAMAGE CLAIM | $ Undetermined |
| | **Date or dates debt was incurred**<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3.6 | 32ND & BROADWAY, LLC<br>ATTN: BEN C. ANDERSON<br>3184 AIRWAY AVENUE<br>SUITE B<br>COSTA MESA, CA 92626 | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM | $ Undetermined |
| | **Date or dates debt was incurred**<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.7 Nonpriority creditor's name and mailing address**

7SKYLINE LLC
1926 W BURNSIDE STREET
UNIT 1604
PORTLAND, OR 97209

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8 Nonpriority creditor's name and mailing address**

A1 WAREHOUSING INC
1060 LOCKWOOD DR
HOUSTON, TX 77020

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,123.43

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9 Nonpriority creditor's name and mailing address**

ABRAXAS ABTRACT, INC.
ATTN: HOWARD B. MANKOFF
C/O: MARSHALL DENNEHEY
425 EAGLE ROCK AVENUE
SUITE 302
ROSELAND, NJ 07068

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CODEFENDANT - DOCKET NO.: BER – L – 758 - 23

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.10 Nonpriority creditor's name and mailing address**

ACCOLADE 2NDMD LLC
9655 KATY FREEWAY
SUITE 300
HOUSTON, TX 77204

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.11 Nonpriority creditor's name and mailing address**

ACTALENT INC
ALLEGIS GROUP HOLDINGS INC
7301 PARKWAY DRIVE
HANOVER, MD 21076

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 90,368.63

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.12 **Nonpriority creditor's name and mailing address**

ACTIVEPROSPECT INC
PO BOX 151136
AUSTIN, TX 78715

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 24,394.94

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.13 **Nonpriority creditor's name and mailing address**

ACTIVEPROSPECT, INC.
ATTENTION
PRESIDENT
4009 MARATHON BLVD
AUSTIN, TX 78756

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CONTRACT REJECTION DAMAGE CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.14 **Nonpriority creditor's name and mailing address**

AG SPANOS
10100 TRINITY PARKWAY
STOCKTON, CA 95219

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.15 **Nonpriority creditor's name and mailing address**

AIT CONSULTING SERVICES LLC
13100 WORTHAM CENTER DR
3RD FLOOR
SUITE 3308
HOUSTON, TX 77065

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 41,346.21

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.16 **Nonpriority creditor's name and mailing address**

ALBA ENERGY, LLC
P.O. BOX 1564
AUSTIN, TX 78767

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** DEALER PAYABLE

$ 487.04

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.17 **Nonpriority creditor's name and mailing address**
ALCHEMY TECHNOLOGY GROUP LLC
11 GREENWAY PLAZA
STE. 2600
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** TRADE PAYABLE

$ 66,402.18

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.18 **Nonpriority creditor's name and mailing address**
ALIXPARTNERS HOLDINGS LLP DBA ALIXPARTNERS LLP
1221 MCKINNEY
STE 3275
HOUSTON, TX 77010

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** TRADE PAYABLE

$ 623,070.22

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.19 **Nonpriority creditor's name and mailing address**
ALLEN & OVERY LLP
1221 AVENUE OF AMERICAS
NEW YORK, NY 10020

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** TRADE PAYABLE

$ 54,518.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.20 **Nonpriority creditor's name and mailing address**
ALLSTATES WAREHOUSING & DISTRIBUTION, INC.
1285-B SOUTHERN WAY
SPARKS, NV 89431

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** TRADE PAYABLE

$ 644.84

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.21 **Nonpriority creditor's name and mailing address**
ALLY ENERGY INC
2101 CITYWEST DR.
SUITE 120
HOUSTON, TX 77042

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** TRADE PAYABLE

$ 23,490.25

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.22 **Nonpriority creditor's name and mailing address**
ALOHAT LLC DBA MELIN
10 FARADAY
IRVINE, CA 92618

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 812.24

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.23 **Nonpriority creditor's name and mailing address**
ALPHAGRAPHICS
HOUSTON PRINTING AND GRAPHIC SOLUTIONS, INC.
7051 PORTWEST DRIVE
SUITE 130
HOUSTON, TX 77024

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 189.58

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.24 **Nonpriority creditor's name and mailing address**
ALPHASENSE INC
24 UNION SQUARE EAST
6TH FL SOUTH
NEW YORK, NY 10003

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 26,650.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.25 **Nonpriority creditor's name and mailing address**
ALSO ENERGY INC.
5400 AIRPORT BLVD.
SUITE 100
BOULDER, CO 80301

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 6,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.26 **Nonpriority creditor's name and mailing address**
ALTECH METALS INC
3009 CLAYMOORE PARK DR
HOUSTON, TX 77043

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,217.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.27 Nonpriority creditor's name and mailing address**

ALTITUDE TECHNOLOGY GROUP, LLC
8290 134TH ST
SEBASTIAN, FL 32958

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CONTRACT REJECTION DAMAGE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.28 Nonpriority creditor's name and mailing address**

ALTO CONSULTANTS INC.
4388 ST-DENIS STREET
MONTREAL, QC H2J 2L1
CANADA

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CONTRACT REJECTION DAMAGE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.29 Nonpriority creditor's name and mailing address**

ALWAYS IN SEASON DECORATING SERVICES, INC.
P.O. BOX 271502
HOUSTON, TX 77277

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 342.58

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.30 Nonpriority creditor's name and mailing address**

AMCON COMPANIES LLC
55-521 NANILOA LOOP
LAIE, HI 96762

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** DEMAND LETTER

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.31 Nonpriority creditor's name and mailing address**

AMERICAN ARRAY SOLAR
C/O OXNER LEGHA
ATTN: JASON OXNER
16060 DILLARD DRIVE
SUITE 100
JERSEY VILLAGE, TX 77040

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** DEMAND LETTER

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.32 **Nonpriority creditor's name and mailing address**

AMERICAN SAFETY COUNCIL INC
225 E ROBINSON STREET
SUITE 570
ORLANDO, FL 32801

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,550.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.33 **Nonpriority creditor's name and mailing address**

AMERICAN WESTERN HOMES, LLC
11910 HESPERIA ROAD
SUITE 3
HESPERIA, CA 92345

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.34 **Nonpriority creditor's name and mailing address**

ANDERSON HOMES
ATTN: CRAIG BARTON
1420 S. MILLS AVE.
STE. E
LODI, CA 95242

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.35 **Nonpriority creditor's name and mailing address**

ANTHEM PROPERTIES
1410 ROCKY RIDGE DRIVE
SUITE 250
ROSEVILLE, CA 95661

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.36 **Nonpriority creditor's name and mailing address**

ANTHEM UNITED HOMES CONSTRUCTION LP
3001 DOUGLAS BLVD.
SUITE 200
ROSEVILLE, CA 95661

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.37 Nonpriority creditor's name and mailing address**

ANYBILL FINANCIAL SERVICES INC
800 MAINE AVENUE SW
SUITE 650
WASHINGTON, DC 20024

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,376.12

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.38 Nonpriority creditor's name and mailing address**

AON RISK SERVICES SOUTHWEST INC
1300 POST OAK BLVD
STE 1400
HOUSTON, TX 77056

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,510,164.61

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.39 Nonpriority creditor's name and mailing address**

APEX CONTRACTING AND RESTORATION INC
5183 MERCURY POINT
SAN DIEGO, CA 92111

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** DEALER PAYABLE

$ 46,095.17

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.40 Nonpriority creditor's name and mailing address**

APOLLO ENERGY LLC
1400 E. 66TH AVE.
UNIT B
DENVER, CO 80229

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** DEALER PAYABLE

$ 900.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.41 Nonpriority creditor's name and mailing address**

ARAMARK REFRESHMENTS SERVICES LLC
9950 FALLBROOK PINES DR
HOUSTON, TX 77064

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 12,633.26

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2:** **Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.42 **Nonpriority creditor's name and mailing address**

ARC STRATEGIES LLC
1121 L STREET
STE 408
SACRAMENTO, CA 95814

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 23,500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.43 **Nonpriority creditor's name and mailing address**

ARCADIA POWER INC
5600 S QUEBEC ST
SUITE 320D
GREENWOOD VILLAGE, CO 80111

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 138,935.33

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.44 **Nonpriority creditor's name and mailing address**

ARCBEST
ARCBEST II, INC.
PO BOX 10048
FORT SMITH, AR 72917

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 4,381.58

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.45 **Nonpriority creditor's name and mailing address**

ARKANSAS ADVANCED ENERGY ASSOCIATION INC
411 S VICTORY STREET
STE 207
LITTLE ROCK, AR 72201

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 5,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.46 **Nonpriority creditor's name and mailing address**

ASI CYBER CONCEPTS LLC
ADITYA INAMDAR
30311 WHIPPLE ROAD
UNION CITY, CA 94587

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 964.95

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.47 **Nonpriority creditor's name and mailing address**

ASPEN INSURANCE COMPANY
499 WASHINGTON BOULEVARD
JERSEY CITY, NJ 07310

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - CASE NO: CAM-L-001527-25

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.48 **Nonpriority creditor's name and mailing address**

ASPIRE HOMES CA, INC.
ATTN: DANIEL N. BAILEY PRESIDENT
P.O. BOX 5818
PALM SPRINGS, CA 92263

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

$ Undetermined

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.49 **Nonpriority creditor's name and mailing address**

AUDITBOARD, INC.
12800 CENTER COURT DRIVE SOUTH
SUITE 100
CERRITOS, CA 90703

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CONTRACT REJECTION DAMAGE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.50 **Nonpriority creditor's name and mailing address**

AURORA SOLAR INC.
153 KEARNY ST.
5TH FLOOR
SAN FRANCISCO, CA 94108

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CONTRACT REJECTION DAMAGE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.51 **Nonpriority creditor's name and mailing address**

AURORA SOLAR INC.
434 BRANNAN ST
SAN FRANCISCO, CA 94107

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 502,291.44

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.52 **Nonpriority creditor's name and mailing address**

AURORA SOLAR, INC.
434 BRANNAN STREET
SAN FRANCISCO, CA 94107

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.53 **Nonpriority creditor's name and mailing address**

AUTODESK INC.
ATTN: 575 MARKET STREET
1 MARKET STREET
SUITE 400
SAN FRANCISCO, CA 94105

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CONTRACT REJECTION DAMAGE CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.54 **Nonpriority creditor's name and mailing address**

AUTOMOTIVE RESOURCES INTERNATIONAL
HOLMAN
4001 LEADENHALL RD
MOUNT LAUREL, NJ 08054

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,229,880.48

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.55 **Nonpriority creditor's name and mailing address**

BAKER BOTTS LLP
P.O. BOX 301251
DALLAS, TX 75303

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 6,319,472.78

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.56 **Nonpriority creditor's name and mailing address**

BAKER TILLY US LLP
PO BOX 7398
MADISON, WI 53707

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 30,849.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.57 **Nonpriority creditor's name and mailing address**
BASEMENTS LOVE US INC
519 A CINNAMINSON AVE.
PALMYRA, NJ 08065

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,190.00

**Basis for the claim:** DEALER PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.58 **Nonpriority creditor's name and mailing address**
BAY AREA SOLAR SOLUTIONS LLC
4625 80TH ST. N.
SAINT PETERSBURG, FL 33709

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25,850.00

**Basis for the claim:** DEALER PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.59 **Nonpriority creditor's name and mailing address**
BAYWA R.E. SOLAR SYSTEMS
1730 CAMINO CARLSON REY
STE. 201
SANTA FE, NM 87507

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 47.02

**Basis for the claim:** DEALER PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.60 **Nonpriority creditor's name and mailing address**
BBB INDUSTRIES LLC
29627 RENAISSANCE BLVD
DAPHNE, AL 36526

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,506.09

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.61 **Nonpriority creditor's name and mailing address**
BEAZER HOMES HOLDINGS, LLC
2990 LAVA RIDGE COURT
SUITE 110
ROSEVILLE, CA 95661

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

$ Undetermined

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.62 **Nonpriority creditor's name and mailing address**

BECKLAR HOLDINGS LLC DBA FREEUS LLC
4699 HARRISON BLVD
OGDEN, UT 84403

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 18,998.63

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.63 **Nonpriority creditor's name and mailing address**

BELLAVISTA BUILDING GROUP, INC.
711 ORLANDO AVE
#302
MAITLAND, FL 32751

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.64 **Nonpriority creditor's name and mailing address**

BESPIN GLOBAL US INC
500 DELAWARE AVE
STE 1
WILMINGTON, DE 19899

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 527,357.06

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.65 **Nonpriority creditor's name and mailing address**

BESTMARK OPERATIONS COMPANY INC
1919 S INDUSTRIAL
SUITE 100
ANN ARBOR, MI 48104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 15,825.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.66 **Nonpriority creditor's name and mailing address**

BETTER CHOICE CLEANING
DOMINGUEZ HOLDINGS LLC
4232 MANGUM RD
HOUSTON, TX 77092

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,625.25

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.67 Nonpriority creditor's name and mailing address**

BETTR HOMES CONSTRUCTION, LLC
111 SUITE A KELSEY LANE
TAMPA, FL 33619

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

$ Undetermined

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.68 Nonpriority creditor's name and mailing address**

BETTR HOMES OF FLORIDA, LLC
3133 MONDAY TERRACE
NORTH PORT, FL 34286

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

$ Undetermined

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.69 Nonpriority creditor's name and mailing address**

BFARR CONTRACTING LLC
3500 ALOMA AVE C6
WINTER PARK, FL 32792

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 5,581.95

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.70 Nonpriority creditor's name and mailing address**

BGC ENVIRONMENTAL BROKERAGE SERVICES, LP
BGC PARTNERS, LP
110 E 59TH STREET
NEW YORK, NY 10022

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 918.50

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.71 Nonpriority creditor's name and mailing address**

BH YATES, LLC
10630 E. BETHANY DRIVE
SUITE B
AURORA, CO 80014

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

$ Undetermined

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.72 Nonpriority creditor's name and mailing address**

BIG WAVE ROOFING AND SOLAR LLC
1719 GINESIS DRIVE
FREEHOLD, NJ 07728

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CODEFENDANT - CASE NO: 8740-25

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.73 Nonpriority creditor's name and mailing address**

BIG WAVE ROOFING AND SOLAR, LLC
C/O LINDABURY, MCCORMICK, ESTABROOK & COOPER
ATTN: GREG VITALI
53 CARDINAL DR
WESTFIELD, NJ 07090

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.74 Nonpriority creditor's name and mailing address**

BILL GOSLING OUTSOURCING
ALLIED INTERNATIONAL CREDIT CORP US
6800 PARAGON PLACE
SUITE 400
RICHMOND, VA 23230

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 201,795.58

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.75 Nonpriority creditor's name and mailing address**

BLACK & VEATCH MANAGEMENT CONSULTING LLC
BVH INC
111401 LAMAR AVENUE
OVERLAND PARK, KS 66211

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 59,500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.76 Nonpriority creditor's name and mailing address**

BLACK KNIGHT REAL ESTATE DATA SOLUTIONS, LLC
BLACK KNIGHT FINANCIAL SERVICES INC
PO BOX 742971
LOS ANGELES, CA 90074

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 200,280.65

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.77 Nonpriority creditor's name and mailing address**

BLALOCK ELECTRIC
ATTN: RANDALL C. OWENS
C/O: WRIGHT, CLOSE & BARGER, LLP
1 RIVERWAY, SUITE 2200
HOUSTON, TX 77056

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION - 01-25-0001-6252

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.78 Nonpriority creditor's name and mailing address**

BLALOCK ELECTRIC & SOLAR /INC
C/O WRIGHT CLOSE & BARGER
ATTN: RANDALL OWENS
1 RIVERWAY
#2200
HOUSTON, TX 77056

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.79 Nonpriority creditor's name and mailing address**

BLOOMBERG FINANCE LP
BLOOMBERG LP
731 LEXINGTON AVENUE
NEW YORK, NY 10022

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 27,856.58

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.80 Nonpriority creditor's name and mailing address**

BLUE MOUNTAIN COMMUNITIES, INC.
707 ALDRIDGE ROAD
SUITE B
VACAVILLE, CA 95688

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.81 Nonpriority creditor's name and mailing address**

BLUEBEAM INC
443 S RAYMOND AVE
PASADENA, CA 91105

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CONTRACT REJECTION DAMAGE CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.82 Nonpriority creditor's name and mailing address**
BLUECROSS BLUESHIELD DBA BCBS OF IL, BCBS OF MT, BCBS OF NM, BCBS OF OK, BCBS OF TX
300 EAST RANDOLPH STREET
CHICAGO, IL 60601

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,236,523.28

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.83 Nonpriority creditor's name and mailing address**
BLUENERGY LLC
C/O BERENSON LLP
ATTN: DIANA J. ZELMER
4495 MILITARY TRAIL
SUITE 203
JUPITER, FL 33458

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.84 Nonpriority creditor's name and mailing address**
BLUEWATER BATTERY LOGISTICS LLC
205 EAST CARRILLO ST
SUITE 200
SANTA BARBARA, CA 93101

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** DEALER PAYABLE

$ 11,415.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.85 Nonpriority creditor's name and mailing address**
BONADELLE HOMES, INC.
ATTN: DEAN H. PRYOR
7030 N. FRUIT AVE.
SUITE 101
FRESNO, CA 93711

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.86 Nonpriority creditor's name and mailing address**
BPTOLDEO PROPERTIES, LLC
ATTN: SILVIA JACKSON
6480 CORVETTE ST
COMMERCE, CA 90040

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** BUSINESS MARKETS CUSTOMER DEPOSITS

$ 592,410.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.87 Nonpriority creditor's name and mailing address**

BRISKMINDS SOFTWARE SOLUTIONS PRIVATE LIMITED
110 UNIQUE SANGHI APARTMENTS MAHAVEER NAGAR
DURGAPURA, 302015
INDIA

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52,800.00

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.88 Nonpriority creditor's name and mailing address**

BRISKMINDS SOFTWARE SOLUTIONS PVT. LTD.
110 UNIQUE SANGHI APARTMENT
MAHAVEER NAGAR
JAIPUR DURGAPURA,
INDIA

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CONTRACT REJECTION DAMAGE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.89 Nonpriority creditor's name and mailing address**

BROADRIDGE, INC.
BROADRIDGE INVESTOR COMMUNICATION SOLUTIONS INC
51 MERCEDES WAY
EDGEWOOD, NY 11717

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 554.18

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.90 Nonpriority creditor's name and mailing address**

BROOKFIELD CALWEST BUILDERS LLC
12657 ALCOSTA BLVD
SUITE 250
SAN RAMON, CA 94583

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

$ Undetermined

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.91 Nonpriority creditor's name and mailing address**

BUNDDLEX LLC D/B/A EQUITY SOLAR
C/O HENDERSHOT COWART
ATTN: KY JURGENSON
1800 BERING DRIVE
SUITE 600
HOUSTON, TX 77057

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** DEMAND LETTER

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.92 Nonpriority creditor's name and mailing address**

BUNDDLEX LLC DBA EQUITY SOLAR
C/O TORRES ALVARADO PA
ATTN: TORRES ALVARADO
390 N. ORANGE AVE.
STE. 2300
ORLANDO, FL 32801

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.93 Nonpriority creditor's name and mailing address**

BUSINESS ALLIANCE INSURANCE COMPANY
400 OYSTER POINT BLVD., STE. 327
SOUTH SAN FRANCISCO, CA 94080

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CODEFENDANT - CASE NO: - CIVSBZ321

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.94 Nonpriority creditor's name and mailing address**

BUSINESS ALLIANCE INSURANCE COMPANY
400 OYSTER POINT BLVD.# 327
SOUTH SAN FRANCISCO, CA 94080

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CODEFENDANT - CASE NO: - 24CU004623N

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.95 Nonpriority creditor's name and mailing address**

BUSINESS WIRE, INC.
101 CALIFORNIA ST
STE. 2000
20TH FL
SAN FRANCISCO, CA 94111

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 805.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.96 Nonpriority creditor's name and mailing address**

CABALLEROS ELECTRIC LLC
JORGE LUIS CABALLERO SILVA
9143 BRILLANT PRAIRIE CT
LAS VEGAS, NV 89149

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** DEALER PAYABLE

$ 19,322.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.97 Nonpriority creditor's name and mailing address**

CABALLERO'S ELECTRIC, LLC
C/O LAW OFFICES OF LEE A. DRIZIN
ATTN: LEE A. DRIZIN
2460 PROFESSIONAL CT
#110
LAS VEGAS, NV 89128

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.98 Nonpriority creditor's name and mailing address**

CALIFORNIA SOLAR ENERGY INDUSTRIES ASSOCIATION DBA CALSSA
CALIFORNIA SOLAR & STORAGE ASSOCIATION
1107 9TH STREET
SUITE 820
SACRAMENTO, CA 95814

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 7,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.99 Nonpriority creditor's name and mailing address**

CALIFORNIA WEST CONSTRUCTION, INC.
5927 PRIESTLY DRIVE
SUITE 110
CARLSBAD, CA 92008

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.100 Nonpriority creditor's name and mailing address**

CALVO JACOB & PANGELINAN LLP
259 MARTYR STREET
SUITE 100
HAGATNA, GU 96910

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 31,200.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.101 Nonpriority creditor's name and mailing address**

CAMACHO CALVO LAW GROUP LLC
356 E MARINE CORPS DRIVE
SUITE 201
HAGATNA, GU 96910

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 12,826.06

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.102 **Nonpriority creditor's name and mailing address**

CAMPBELL LITIGATION PC
1410 N HIGH STREET
DENVER, CO 80218

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,430.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.103 **Nonpriority creditor's name and mailing address**

CANON FINANCIAL SERVICES INC
14904 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 9,310.85

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.104 **Nonpriority creditor's name and mailing address**

CANTERBURY AT BANNING, LLC
510 W. CITRUS EDGE ST.
GLENDORA, CA 91740

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.105 **Nonpriority creditor's name and mailing address**

CANVA US INC
2140 S DUPONT HWY CAMDEN
KENT, DE 19934

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CONTRACT REJECTION DAMAGE CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.106 **Nonpriority creditor's name and mailing address**

CAPCO CONSULTING SERVICES LLC
717 TEXAS AVENUE
SUITE 1600
HOUSTON, TX 77002

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CONTRACT REJECTION DAMAGE CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.107 **Nonpriority creditor's name and mailing address**

CAPCO CONSULTING SERVICES LLC
CAPCO ENERGY SOLUTIONS LLC
717 TEXAS AVE.
STE.1600
HOUSTON, TX 77002

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 812,331.23

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.108 **Nonpriority creditor's name and mailing address**

CARROT FERTILITY INC
101 JEFFERSON DRIVE
1ST FLOOR
MENLO PARK, CA 94025

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 33,780.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.109 **Nonpriority creditor's name and mailing address**

CASCADE SOLAR & ELECTRIC
CASCADE SOLAR USA INC
2475 W 2ND AVE
UNIT 30
DENVER, CO 80223

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** DEALER PAYABLE

$ 95,593.64

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.110 **Nonpriority creditor's name and mailing address**

CASTLE & COOKE CALIFORNIA, INC.
10000 STOCKDALE HIGHWAY
SUITE 300
BAKERSFIELD, CA 93311

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.111 **Nonpriority creditor's name and mailing address**

CAYMAN CONSTRUCTION INC.
ATTN: ACCOUNT PAYABLE
10621 CIVIC CENTER DRIVE
RANCHO CUCAMONGA, CA 91730

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.112 Nonpriority creditor's name and mailing address**

CC COMMUNITIES, LLC DBA CENTURY COMMUNITIES
8390 E. CRESCENT PARKWAY
SUITE 650
GREENWOOD VILLAGE, CO 80111

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

$ Undetermined

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**3.113 Nonpriority creditor's name and mailing address**

CENTURY AMERICAN DEVELOPMENT CORPORATION
ATTN: JEFF MOORE, JOSE RODRIGUEZ
1428 E. CHAPMAN AVENUE
ORANGE, CA 92866

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

$ Undetermined

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**3.114 Nonpriority creditor's name and mailing address**

CFI EDUCATION INC
SUITE 801-750 WEST PENDER ST
VANCOUVER, BC V6C 2T8
CANADA

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 16,367.40

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**3.115 Nonpriority creditor's name and mailing address**

CHECKR INC
1 MONTGOMERY ST
SUITE 2400
SAN FRNACISCO, CA 94104

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 11,122.64

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**3.116 Nonpriority creditor's name and mailing address**

CIM VIEW CONSULTING LLC
4711 STRASS DR
AUSTIN, TX 78731

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 3,500.00

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.117 **Nonpriority creditor's name and mailing address**

CITADEL ROOFING AND SOLAR
JAJ ROOFING
4980 ALLISON PARKWAY
VACAVILLE, CA 95688

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

3.118 **Nonpriority creditor's name and mailing address**

CITRIN COOPERMAN ADVISORS LLC
50 ROCKERFELLER PLAZA
NEW YORK, NY 10020

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 6,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

3.119 **Nonpriority creditor's name and mailing address**

CITY VENTURES CONSTRUCTION, INC.
3121 MICHELSON DRIVE
SUITE 150
IRVINE, CA 92612

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

3.120 **Nonpriority creditor's name and mailing address**

CITYMARK CONSTRUCTION, INC.
ATTN: KRIS JOHNSON
3818 PARK BLVD.
SAN DIEGO, CA 92103

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

3.121 **Nonpriority creditor's name and mailing address**

CL CONSTRUCTION SERVICES, INC.
ATTN: MEGAN O BREIN
PROVENCE AT THE HAVENS BONSALL
32823 TEMECULA PKWY
TEMECULA, CA 92592

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.122 **Nonpriority creditor's name and mailing address**

CLEAN ENERGY ASSOCIATE, LLC
190 E. STACY ROAD
SUITE 306
#108
ALLEN, TX 75002

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 23,750.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.123 **Nonpriority creditor's name and mailing address**

CODALE ELECTRIC SUPPLY INC
5225 W 2400 S
SALT LAKE CITY, UT 84120

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 6,830.79

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.124 **Nonpriority creditor's name and mailing address**

COGENCY GLOBAL, INC.
10E 40TH STREET
10TH FL
NEW YORK, NY 10016

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 148,649.49

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.125 **Nonpriority creditor's name and mailing address**

COHN COMMUNICATING LLC
LISA COHN
3141 NW GREENBRIAR TERR
PORTLAND, OR 97210

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 5,500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.126 **Nonpriority creditor's name and mailing address**

COLDWELL BANKER
130 DEAN DRIVE
TENAFLY, NJ 07670

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CODEFENDANT - DOCKET NO.: BER – L – 758 - 23

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.127 **Nonpriority creditor's name and mailing address**

COLORADO SOLAR & STORAGE ASSOCIATION
COLORADO SOLAR ENERGY INDUSTRIES ASSOCIATION
1536 WYNKOOP STREET
STE 104
DENVER, CO 80202

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 5,500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.128 **Nonpriority creditor's name and mailing address**

COMMON DESK
7801 BURNET ROAD LP
114W 7TH ST.
STE 1000
AUSTIN, TX 78701

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 388.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.129 **Nonpriority creditor's name and mailing address**

COMPUTERSHARE INC.
250 ROYALL STREET
CANTON, MA 02021

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 11,281.14

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.130 **Nonpriority creditor's name and mailing address**

CONCORD SERVICING LLC
4343 N SCOTTDALE RD
STE 270
SCOTTSDALE, AZ 85251

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 32,500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.131 **Nonpriority creditor's name and mailing address**

CONCUR TECHNOLOGIES INC
62157 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 45,250.36

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.132 Nonpriority creditor's name and mailing address**

CONEXSOL ORLANDO DBA SWITCH SOLAR
C/O NEYZA L. GUZMAN PLLC
ATTN: NEYZA L. GUZMAN
1115 W CENTRAL BLVD
ORLANDO, FL 32805-1812

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.133 Nonpriority creditor's name and mailing address**

CONFLUENCE STRATEGIES INC
PO BOX 110190
ANCHORAGE, AL 99511

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 20,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.134 Nonpriority creditor's name and mailing address**

CONSOLIDATED ELECTRICAL DISTRIBUTORS INC. D/B/A CED GREENTECH
9190 ACTIVITY ROAD
SUITE 1A
SAN DIEGO, CA 92126

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CONTRACT REJECTION DAMAGE CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.135 Nonpriority creditor's name and mailing address**

CONSUMERXPRESS LLC DBA CAC SERVICES LLC
297 KINGSBURY GRADE
STE 100
MB 4470
STATELINE, NV 89449

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 47,850.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.136 Nonpriority creditor's name and mailing address**

CONTACT CENTER COMPLIANCE CORP
350 E STREET
SANTA ROSA, CA 95404

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 705.42

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.137 Nonpriority creditor's name and mailing address**

CONTRACTORS STATE LICENSE BOARD
9821 BUSINESS PARK DRIVE
SACRAMENTO, CA 95827

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ Undetermined

**Basis for the claim:** CSLB INVESTIGATION - CASE NO. N2024-122

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.138 Nonpriority creditor's name and mailing address**

COOPER ROOFING AND SOLAR INC
5795 ROGERS ST.
SUITE A
LAS VEGAS, NV 89118

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 2,866.01

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.139 Nonpriority creditor's name and mailing address**

CORMAN LEIGH
32823 TEMECULA PKWY
TEMECULA, CA 92592

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

$ Undetermined

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.140 Nonpriority creditor's name and mailing address**

CORNELL SMITH MIERL BRUTOCAO BURTON LLP
1607 WEST AVE
AUSTIN, TX 78701

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 6,317.50

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.141 Nonpriority creditor's name and mailing address**

CORNERSTONE COMMUNITIES CORPORATION
1241 CAVE STREET
SUITE 200
LA JOLLA, CA 92037

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

$ Undetermined

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.142 **Nonpriority creditor's name and mailing address**

CORPORATE TRAVELER
5 PARAGON DRIVE
SUITE 200
MONTVALE, NJ 07645

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 10,683.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.143 **Nonpriority creditor's name and mailing address**

CORPORATION SERVICE COMPANY
PO BOX 13397
PHILADELPHIA, PA 19101

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 5,095.60

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.144 **Nonpriority creditor's name and mailing address**

CORVUS PRO SOLAR
C/O NEALE & NEWMAN
ATTN: NATHAN ROGERS
2144 E REPUBLIC RD.
SUITE F-402
SPRINGFIELD, MO 65804

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.145 **Nonpriority creditor's name and mailing address**

CR SOLAR
1988 SOUTH 2465 WEST
SYRACUSE, UT 84075

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.146 **Nonpriority creditor's name and mailing address**

CR SOLAR LLC
C/O HBAA
ATTN: NATE D. ASHCRAFT
3051 W MAPLE LOOP DR
#325
LEHI, UT 84043

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.147 **Nonpriority creditor's name and mailing address**
CR SOLAR LLC
PO BOX 160302
CLEARFIELD, UT 84016

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** DEALER PAYABLE

$ 950.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.148 **Nonpriority creditor's name and mailing address**
CRESLEIGH HOMES CORPORATION
433 CALIFORNIA STREET
SUITE 700
SAN FRANCISCO, CA 94104

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.149 **Nonpriority creditor's name and mailing address**
CRESTWOOD CORPORATION
ATTN: PATRICK GARVEY
510 W. CITRUS EDGE
GLENDORA, CA 91740

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.150 **Nonpriority creditor's name and mailing address**
CROSSLAKE TECHNOLOGIES, LLC
5605 CARNEGIE BOULEVARD
SUITE 175
CHARLOTTE, NC 28209

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CONTRACT REJECTION DAMAGE CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.151 **Nonpriority creditor's name and mailing address**
CROWE LLP
320 E JEFFERSON BLVD
SOUTH BEND, IN 46601

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 10,154.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.152 **Nonpriority creditor's name and mailing address**

CROWN CASTLE FIBER LLC
2000 CORPORATE DRIVE
ATTN: LEGAL DEPARTMENT - NETWORKS
CANONSBURG, PA 15317

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,678.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.153 **Nonpriority creditor's name and mailing address**

CROWTHER ROOFING AND SHEET METAL OF FLORIDA INC
2543 ROCKFILL RD
FORT MYERS, FL 33916

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 13,847.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.154 **Nonpriority creditor's name and mailing address**

CTSI LOGISTICS
ATTN: MR. JOVEN CRUZ GENERAL MANAGER
P.O. BOX 501937
SAIPAN, MP 96950

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 8,413.25

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.155 **Nonpriority creditor's name and mailing address**

CUBESMART LP
5 OLD LANDCASTER RD
MALVERN, PA 19355

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 88,180.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.156 **Nonpriority creditor's name and mailing address**

CULTURE INDEX LLC
10200 STATE LINE ROAD
LEAKWOOD, KS 66206

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 7,200.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.157 **Nonpriority creditor's name and mailing address**

CURRENT ENERGY, LLC.
RYAN K MARTIN
305 WELLS ST
GREENFIELD, MA 01301

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** DEALER PAYABLE

$ 6,200.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.158 **Nonpriority creditor's name and mailing address**

CURRENT HOME INC.
32326 CLINTON KEITH ROAD
SUITE 201
WILDOMAR, CA 92595

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.159 **Nonpriority creditor's name and mailing address**

CUSHMAN & WAKEFIELD U.S., INC
1330 POST OAK BLVD
STE 2700
HOUSTON, TX 77056

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CONTRACT REJECTION DAMAGE CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.160 **Nonpriority creditor's name and mailing address**

CVENT, INC.
1765 GREENSBORO STATION PLACE
7TH FL
TYSONS CORNER, VA 22102

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,073.24

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.161 **Nonpriority creditor's name and mailing address**

CWD LOMA INC DBA CALIFORNIA PREMIER SOLAR CONSTRUCTION
485 CORPORATE DR
STE A
ESCONDIDO, CA 92029

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,205.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.162 Nonpriority creditor's name and mailing address**

D.R. HORTON BAY , INC.
8501 FALLBROOK AVE.
SUITE 270
WEST HILLS, CA 91304

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.163 Nonpriority creditor's name and mailing address**

DATASITE LLC
733 S MARQUETTE AVE
SUITE 600
MINNEAPOLIS, MN 55402

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CONTRACT REJECTION DAMAGE CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.164 Nonpriority creditor's name and mailing address**

DATASITE LLC
733 S MARQUETTE AVE
SUITE 600
MINNEAPOLIS, MN 55402

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,349,992.25

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.165 Nonpriority creditor's name and mailing address**

DATAVOX, INC.
5215 NORTH O CONNOR BLVD
11TH FLOOR
IRVING, TX 75039

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CONTRACT REJECTION DAMAGE CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.166 Nonpriority creditor's name and mailing address**

DAVID WEEKLEY HOMES
1111 NORTH POST OAK ROAD
HOUSTON, TX 77055

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.167 Nonpriority creditor's name and mailing address**

DE GEMMILL INC
10174 CHAPEL CHURCH ROAD
RED LION, PA 17356

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 7,336.26

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.168 Nonpriority creditor's name and mailing address**

DE YOUNG PROPERTIES
677 W PALMDON DR.
FRESNO, CA 93704

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.169 Nonpriority creditor's name and mailing address**

DEANE ELECTRIC AND AC, LLC
PO BOX 690871
KILLEEN, TX 76549

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** DEALER PAYABLE

$ 2,700.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.170 Nonpriority creditor's name and mailing address**

DECATUR ADVISORS LLC
2731 CHESTNUT AVENUE
CARLSBAD, CA 92010

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.171 Nonpriority creditor's name and mailing address**

DELOITTE FINANCIAL ADVISORY SERVICES LLP
4022 SELLS DRIVE
HERMITAGE, TN 37076

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 66,360.51

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.172 Nonpriority creditor's name and mailing address**

DELOITTE TAX LLP
4022 SELLS DR
HERMITAGE, TN 37076

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,214,328.66

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.173 Nonpriority creditor's name and mailing address**

DENIZ CONSTRUCTION INC.
P.O. BOX 924
EXETER, CA 93221

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.174 Nonpriority creditor's name and mailing address**

DENOVA HOMES
1500 WILLOW PASS CT
CONCORD, CA 94520

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.175 Nonpriority creditor's name and mailing address**

DESERT VIEW REMODELERS
6555 SOUTH VALLEY BLVD.
UNIT 524
LAS VEGAS, NV 89118

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.176 Nonpriority creditor's name and mailing address**

DHI INSURANCE COMPANY
10700 PECAN PARK BLVD
SUITE 125
AUSTIN, TX 78750

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.177 **Nonpriority creditor's name and mailing address**
DHM CONSTRUCTION SERVICES LLC
3457 CENTRAL AVE
SAINT PETERSBURG, FL 33713

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed
**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**
**Is the claim subject to offset?**
☐ No
☐ Yes

3.178 **Nonpriority creditor's name and mailing address**
DHR GLOBAL
DHR INTERNATIONAL INC
151 N FRANKLIN AVENUE
SUITE 2175
CHICAGO, IL 60606

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** TRADE PAYABLE

$ 16,291.00

**Date or dates debt was incurred**
**Last 4 digits of account number**
**Is the claim subject to offset?**
☐ No
☐ Yes

3.179 **Nonpriority creditor's name and mailing address**
DIRECT SOLAR
1110 PALMS AIRPORT DRIVE
SUITE 120A
LAS VEGAS, NV 89119

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**
**Is the claim subject to offset?**
☐ No
☐ Yes

3.180 **Nonpriority creditor's name and mailing address**
DIRECT SOLAR
ATTN: VINCENT AIELLO
C/O: SPENCER FARE, LLP
300 S. FOURTH STREET
SUITE 1600
LAS VEGAS, NV 89101

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** LITIGATION - A25-909514-C

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**
**Is the claim subject to offset?**
☐ No
☐ Yes

3.181 **Nonpriority creditor's name and mailing address**
DISTRIBUTIONNOW
DNOW LP
7402 NORTH ELDRIDGE PARKWAY
HOUSTON, TX 77041

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** TRADE PAYABLE

$ 123,574.25

**Date or dates debt was incurred**
**Last 4 digits of account number**
**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.182 Nonpriority creditor's name and mailing address**

DLA PIPER LLP US
650 SOUTH EXETER STREET
SUITE 1100
BALTIMORE, MD 21202

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 70,085.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.183 Nonpriority creditor's name and mailing address**

DM SQUARED HOMES
4719 QUAIL LAKES DR
STE G530
STOCKTON, CA 95207

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.184 Nonpriority creditor's name and mailing address**

DNOW L.P.
ATTENTION REAL ESTATE DEPARTMENT
7310 N. ELDRIDGE PARKWAY
HOUSTON, TX 77041

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CONTRACT REJECTION DAMAGE CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.185 Nonpriority creditor's name and mailing address**

DNOW, LP
ATTENTION: REAL ESTATE DEPARTMENT
7310 N. ELDRIDGE PARKWAY
HOUSTON, TX 77041

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.186 Nonpriority creditor's name and mailing address**

DNV GL ENERGY USA, INC.
1400 RAVELLO DR
KATY, TX 77449

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 150,658.75

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.187 Nonpriority creditor's name and mailing address**

DOCUSIGN INC
DEPT 3428
PO BOX 123428
DALLAS, TX 75312

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputted

$ 47,871.02

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.188 Nonpriority creditor's name and mailing address**

DONALD P. DICK AIR CONDITIONING, INC.
ATTN: DAVID DICK
1444 N WHITLEY AVE.
FRESNO, CA 93703

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

$ Undetermined

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.189 Nonpriority creditor's name and mailing address**

DONNOR ENTERPRISES INC DBA JARCO ROOFING SOLAR CONSTRUCTION
20221 PEAR CIRCLE
PERRIS, CA 92570

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8,900.00

**Basis for the claim:** DEALER PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.190 Nonpriority creditor's name and mailing address**

DREAM FINDERS HOMES LLC
14701 PHILIPS HWY
SUITE 300
JACKSONVILLE, FL 32256

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

$ Undetermined

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.191 Nonpriority creditor's name and mailing address**

DRIVER'S ALERT INC.
1350 E. NEWPORT CENTER DRIVE
SUITE 201
DEERFIELD BEACH, FL 33442

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8,176.00

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor Sunnova Energy Corporation
Name
Case number (If known) 25-90159

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.192 Nonpriority creditor's name and mailing address**

DUDLEY NEWMAN FEUERZEIG, LLP
P.O. BOX 756
ST. THOMAS, VI 00804

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 5,625.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.193 Nonpriority creditor's name and mailing address**

DUN & BRADSTREET
5335 GATE PARKWAY
JACKSONVILLE, FL 32256

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 77.12

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.194 Nonpriority creditor's name and mailing address**

EAST COAST RESTORATION TECHNICIANS LLC
304 WOODBINE AVE
FEASTERVILLE, PA 19053

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** DEALER PAYABLE

$ 4,200.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.195 Nonpriority creditor's name and mailing address**

ECOART INCORPORATED
4851 REGENT BLVD
IRVING, TX 75063

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 23,125.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.196 Nonpriority creditor's name and mailing address**

EFFICIENT HOME SERVICES
C/O MURRAY, MORIN & HERMAN, P.A
ATTN: JENNIFER CLARK
3550 BUSCHWOOD PARK DR
STE 130
TAMPA, FL 33618-4435

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Official Form 206E/F Schedule E/F: Creditors Who Have Unsecured Claims Page 148 of 1964

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.197 Nonpriority creditor's name and mailing address**

EFFICIENT HOME SERVICES OF FLORIDA, LLC
ATTN: JENNIFER CLARK
C/O: MURRAY, MORIN, & HERMAN, P.A.
3550 BUSCHWOOD PARK DRIVE
SUITE 130
TAMPA, FL 33618

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION - 25-001871-CO

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.198 Nonpriority creditor's name and mailing address**

ELECTRIC ADVISORS CONSULTING
3 TRAYLOR DRIVE
WEST CHESTER, PA 19382

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,944.54

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.199 Nonpriority creditor's name and mailing address**

ELECTRONIC RECYCLERS INTERNATIONAL INC
7815 N PALM AVE
STE 140
FRESNO, CA 93711

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 6,452.85

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.200 Nonpriority creditor's name and mailing address**

ELEMENT BUILT HOMES, INC. DBA ELEMENT BUILT
ATTN: CARROL QUICHOCHO
8483 DOUGLAS PLAZA DRIVE
GRANITE BAY, CA 95746

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.201 Nonpriority creditor's name and mailing address**

ELEVATION SOLAR LLC
2425 S STEARMAN DR
STE 220
CHANDLER, AZ 85286

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** DEALER PAYABLE

$ 27,468.88

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.202 Nonpriority creditor's name and mailing address**

ELLIOTT ELECTRIC SUPPLY INC
2526 N STALLINGS DR
NACOGDOCHES, TX 75964

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 55,523.02

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.203 Nonpriority creditor's name and mailing address**

ELLIOTT HOMES
ATTN: THOMAS GAMETTE
340 PALLADIO PARKWAY
SUITE 521
FOLSOM, CA 95630

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

$ Undetermined

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.204 Nonpriority creditor's name and mailing address**

EMPOWER ENERGY SOLUTIONS, INC
C/O SOLAR LEGAL, PLLC
ATTN: TAYLOR STORY
800 WESTCHESTER AVENUE
SUITE N-641
RYE BROOK, NY 10573

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** DEMAND LETTER

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.205 Nonpriority creditor's name and mailing address**

EMT RENEWABLES, LLC
C/O GIORDANO, HALLERAN & CIESLA, P.C
ATTN: PETER GUASTELLA
125 HALF MILE ROAD
SUITE 300
RED BANK, NJ 07701-6777

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** DEMAND LETTER

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.206 Nonpriority creditor's name and mailing address**

ENERGY HOMES INC. D/B/A G.J. GARDNER HOMES
ATTN: AMY VERHOEVEN
119 S. DOUTY ST.
HANFORD, CA 93230

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

$ Undetermined

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.207 Nonpriority creditor's name and mailing address**

ENERGY PAL
8005 FINANCIAL DRIVE
STE 323
BRAMPTON, ON L6Y6A1
CANADA

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CODEFENDANT - CASE NO: 25-DCV-325667

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.208 Nonpriority creditor's name and mailing address**

ENERGYAID
POWERAID INC
1715 E WILSHIRE AVE
STE 715
SANTA ANA, CA 92705

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 420.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.209 Nonpriority creditor's name and mailing address**

ENPHASE ENERGY INC
PO BOX 204201
DALLAS, TX 75320

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 66,950.36

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.210 Nonpriority creditor's name and mailing address**

ENTERPRISE EXPLANATION SERVICES LLC
869 SANBORN AVE
LOS ANGELES, CA 90029

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 15,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.211 Nonpriority creditor's name and mailing address**

ENTERPRISE HOLDINGS INC
ENTERPRISE DAMAGE RECOVERY UNIT
600 CORPORATE PARK DR
SAINT LOUIS, MO 63105

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 48,873.99

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.212 Nonpriority creditor's name and mailing address**

ENTERPRISE RENT A CAR
ENTERPRISE HOLDINGS INC
P.O. BOX 402383
ATLANTA, GA 30384

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 7,285.56

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.213 Nonpriority creditor's name and mailing address**

ENVUE TELEMATICS LLC
PO BOX 4588
LONGVIEW, TX 75606

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 15,881.29

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.214 Nonpriority creditor's name and mailing address**

EOSCAR
ONLINE DATA EXCHANGE
PO BOX 55000
DEPT 224501
DETROIT, MI 48255

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 96.77

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.215 Nonpriority creditor's name and mailing address**

EQUIFAX INFORMATION SERVICES LLC
PO BOX 71221
CHARLOTTE, NC 28272-1221

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,643.37

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.216 Nonpriority creditor's name and mailing address**

EQUIFAX WORKFORCE SOLUTIONS
TALX UCM SERVICES INC
4076 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 9,264.80

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.217 **Nonpriority creditor's name and mailing address**

EQUINOX SOLAR
C/O STARK & STARK
ATTN: GENE MARKIN
100 AMERICAN METRO BOULEVARD
HAMILTON, NJ 08619

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.218 **Nonpriority creditor's name and mailing address**

ESTRELLA LLC
PO BOX 9023596
SAN JUAN, PR 00902

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 140.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.219 **Nonpriority creditor's name and mailing address**

ETHICAL ENERGY FKA ROBINHOOD
1932 SOUTHERN DUNES BLVD
HAINES CITY, FL 33844

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.220 **Nonpriority creditor's name and mailing address**

ETHICAL ENERGY LLC FKA ROBINHOOD
ATTN: RALPH R. POLACHEK
235 CRESCENT STATION TERRACE, S.E.
LEESBURG, VA 20175

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.221 **Nonpriority creditor's name and mailing address**

EVERCORE LP
55 EAST 52ND STREET
NEW YORK, NY 10055

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 46,666.67

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.222 Nonpriority creditor's name and mailing address**

EXO ENERGY
1247 SIMPSON WAY
ESCONDIDO, CA 92029

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - CASE NO: - 01-24-0008-2284

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.223 Nonpriority creditor's name and mailing address**

EXO ENERGY INC.
C/O SNELL & WILMER
ATTN: ANDREW YOUNG
ONE EAST WASHINGTON STREET
SUITE 2700
PHOENIX, AZ 85004

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** DEMAND LETTER

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.224 Nonpriority creditor's name and mailing address**

EXPERIAN INFORMATION SOLUTIONS INC
PO BOX 841971
LOS ANGELES, CA 90084

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9,472.33

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.225 Nonpriority creditor's name and mailing address**

FARMERS FRIDGE
ROMAINE EMPIRE INC
2000 W FULTON STREET
STE F310
CHICAGO, IL 60612

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,263.53

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.226 Nonpriority creditor's name and mailing address**

FELDESMAN LEIFER LLP
1129 20TH STREET NW
STE 400
WASHINGTON, DC 20036

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 20,911.48

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.227 **Nonpriority creditor's name and mailing address**
FENNEMORE CRAIG PC
FENNEMORE DOWLING AARON
2394 E CAMELBACK RD
STE 600
PHOENIX, AZ 85016

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** TRADE PAYABLE

$ 4,080.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.228 **Nonpriority creditor's name and mailing address**
FH II HOMEBUILDERS, INC.
ATTN PURCHASING DEPARTMENT ATTN CHIEF LEGAL OFFICER
8300 UTICA AVE
SUITE 300
RANCHO CUCAMONGA, CA 91730

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed
**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.229 **Nonpriority creditor's name and mailing address**
FINSIGHT GROUP INC.
589 8TH AVE
20TH FL
NEW YORK, NY 10018

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** TRADE PAYABLE

$ 3,279.55

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.230 **Nonpriority creditor's name and mailing address**
FINTURF LLC
550 N BRAND BLVD. SE 2000
GLENDALE, CA 91203

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** DEALER PAYABLE

$ 20,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.231 **Nonpriority creditor's name and mailing address**
FIRE RESEARCH & TECHNOLOGY, LLC.
JASON KARASINSKI
7317 STATE ROUTE 14
SODUS POINT, NY 14555

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** TRADE PAYABLE

$ 19,188.54

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.232 **Nonpriority creditor's name and mailing address**

FIRST CORPORATE SOLUTIONS
914 S STREET
SACRAMENTO, CA 95811

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 101,184.90

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.233 **Nonpriority creditor's name and mailing address**

FISHER & PHILLIPS LLP
1200 ABERNATHY RD
SUITE 950
ATLANTA, GA 30328

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 54,194.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.234 **Nonpriority creditor's name and mailing address**

FISHKIN LUCKS LLP
ONE RIVERFORNT PLAZA
SUTIE 410
NEWARK, NJ 07102

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 115,997.73

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.235 **Nonpriority creditor's name and mailing address**

FITCH RATINGS INC
33 WHITEHALL ST
NEW YORK, NY 10004

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,191.78

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.236 **Nonpriority creditor's name and mailing address**

FLETCHER YODER PC
11450 COMPAQ CENTER DR BLDG 9
STE 100
HOUSTON, TX 77070

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 36,320.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.237 **Nonpriority creditor's name and mailing address**

FLORIDA ATTORNEY GENERAL/OFFICE OF CONSUMER PROTECTION
110 SE 6TH STREET
10TH FLOOR
FORT LAUDERDALE, FL 33301

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** FLORIDA AG INVESTIGATION - L24-1623

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.238 **Nonpriority creditor's name and mailing address**

FLORIDA ECO ELECTRIC DBA KENKAY SOLAR
413 EAST ALFRED STREET
TAVARES, FL 32778

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.239 **Nonpriority creditor's name and mailing address**

FLORIDA POWER MANAGEMENT
C/O KO LAW PC
ATTN: COREY HELTON
999 18TH STREET
SUITE 1825
DENVER, CO 80202

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.240 **Nonpriority creditor's name and mailing address**

FLORIDA SOLAR ENERGY INDUSTRIES ASSOCIATION
5077 FRUITVILLE RD
STE 109 206
SARASOTA, FL 34232

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 30,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.241 **Nonpriority creditor's name and mailing address**

FOCUS REALTY
440 N 4TH ST.
DASSEL, MN 55325

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.242 **Nonpriority creditor's name and mailing address**

FREEDOM FOREVER LLC
ATTN: JESSICA MAE SUMIKAWA, GC
43445 BUSINESS PARK DR
#110
TEMECULA, CA 92590

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.243 **Nonpriority creditor's name and mailing address**

FREEDOM FOREVER, LLC
43445 BUSINESS PARK DR.
SUITE 110
TEMECULA, CA 92590

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** DEALER PAYABLE

$ 110,848.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.244 **Nonpriority creditor's name and mailing address**

FREEDOM SOLAR LLC
C/O INTERNAL LEGAL
ATTN: MATTHEW HENDRIX
4801 FREIDRICH LN
SUITE 100
AUSTIN, TX 78744

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.245 **Nonpriority creditor's name and mailing address**

FREEWAY SOLUTIONS INC .
8828 TAUB ROAD
SUITE 100
HOUSTON, TX 77064

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 7,459.22

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.246 **Nonpriority creditor's name and mailing address**

FRONTIER LAND COMPANIES
ATTN: CHRIS LOPEZ
10100 TRINITY PARKWAY
SUITE 420
STOCKTON, CA 95219

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.247 **Nonpriority creditor's name and mailing address**

FTG TEXAS
MARIMON BUSINESS SYSTEMS LLC
14701 ST MARYS LN
SUITE 425
HOUSTON, TX 77079

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 864.09

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.248 **Nonpriority creditor's name and mailing address**

FUENTES CONSTRUCTION
DANIEL FUENTES
1019 NORTH ALVARADO STREET
ALTON, TX 78573

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** DEALER PAYABLE

$ 20,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.249 **Nonpriority creditor's name and mailing address**

GALLAGHER & KENNEDY, P.A.
2575 EAST CAMELBACK RD
STE. 1100
PHOENIX, AZ 85016

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,635.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.250 **Nonpriority creditor's name and mailing address**

GALLERY BUILDERS, INC.
31618 RAILROAD CANYON ROAD
CANYON LAKE, CA 92587-9537

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.251 **Nonpriority creditor's name and mailing address**

GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY
9800 FREDERICKSBURG ROAD
SAN ANTONIO, TX 78288

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION - 24-ST-CV-32978

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.252 Nonpriority creditor's name and mailing address**

GARTNER INC
56 TOP GALLANT RD
STAMFORD, CT 06902

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 178,733.02

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.253 Nonpriority creditor's name and mailing address**

GARTNER, INC.
56 TOP GALLANT ROAD
STAMFORD, CT 06902-7700

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CONTRACT REJECTION DAMAGE CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.254 Nonpriority creditor's name and mailing address**

GENERAC POWER SYSTEM, INC.
ATTN: DOUGLAS EBE
C/O: RUMBERGER KIRK
80 SOUTHWEST 8TH STREET
SUITE 3000
MIAMI, FL 33130

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CODEFENDANT - CASE NO: - 01-24-0003-1451

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.255 Nonpriority creditor's name and mailing address**

GENERAC POWER SYSTEMS, INC.
ATTN: ANDREW L. SALENGER
C/O: GORDON REES SCULLY MANSUKHANI, LLP
707 RICHARDS STREET, SUITE 625
HONOLULU, HI 96813

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CODEFENDANT - CIVIL NO. 1CCV-24-0001030

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.256 Nonpriority creditor's name and mailing address**

GENERAC POWER SYSTEMS, INC.
S45 W29290 HWY 59
WAUKESHA, WI 53189

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 17,967.65

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.257 **Nonpriority creditor's name and mailing address**

GENERATION RENEWABLE
C/O BERKOWITZ OLIVER
ATTN: ANTHONY DURONE
2600 GRAND BLVD.
SUITE 1200
KANSAS CITY, MO 64108

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.258 **Nonpriority creditor's name and mailing address**

GET DIMENSION
HAKUNA SERVICES INC
2261 MARKET STREET 4061
SAN FRANCISCO, CA 94114

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 14,314.80

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.259 **Nonpriority creditor's name and mailing address**

GHA ENTERPRISES, INC.
30-875 DATE PALM DRIVE
SUITE C
CATHEDRAL CITY, CA 92234

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.260 **Nonpriority creditor's name and mailing address**

GITHUB INC
88 COLIN P KELLY JR STREET
SAN FRANCISCO, CA 94107

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1.17

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.261 **Nonpriority creditor's name and mailing address**

GODADDY CORPORATE DOMAINS LLC
DESERT NEWCO LLC
2155 E GODADDY WAY
TEMPE, AZ 85284

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,395.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.262 **Nonpriority creditor's name and mailing address**
GOOGLE LLC
XXVI HOLDINGS INC
1600 AMPHITHEATRE PKWY
MOUNTAIN VIEW, CA 94043

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** TRADE PAYABLE

$ 7,307.96

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.263 **Nonpriority creditor's name and mailing address**
GOSSIP GENIE LLC
1332 N HALSTED
UNIT 305
CHICAGO, IL 60642

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** TRADE PAYABLE

$ 34,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.264 **Nonpriority creditor's name and mailing address**
GRACO MECHANICAL INC
5910 SCHUMACHER LANE
HOUSTON, TX 77057

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** TRADE PAYABLE

$ 1,123.87

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.265 **Nonpriority creditor's name and mailing address**
GREEN DAY POWER
ATTN: ALAN GILLETTE
9745 BUSINESS PARK DR.
SACRAMENTO, CA 95829

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed
**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.266 **Nonpriority creditor's name and mailing address**
GREEN POWER ENERGY
47 EAST ST
ANNANDALE, NJ 08801

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.267 **Nonpriority creditor's name and mailing address**

GREENBERG TRAURIG, LLP
3773 HOWARD HUGHES PKWY
SUITE 400 N
LAS VEGAS, NV 89169

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 165,851.40

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.268 **Nonpriority creditor's name and mailing address**

GREENBRILLIANCE LLC
13655 DULLES TECHNOLOGY DR
STE 130
HERNDON, VA 20171

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** DEALER PAYABLE

$ 3,637.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.269 **Nonpriority creditor's name and mailing address**

GREENLANCER
2200 HUNT ST
STE 419
DETROIT, MI 48207

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.270 **Nonpriority creditor's name and mailing address**

GRIFFIN PARK DEVELOPMENT COMPANY, LLC
ATTN: RYAN GERDING PRESIDENT
1433 MOFFAT BOULEVARD
#13
MANTECA, CA 95336

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.271 **Nonpriority creditor's name and mailing address**

GROUP O, INC.
4905 77TH AVE
MILAN, IL 61264

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 21,150.24

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.272 Nonpriority creditor's name and mailing address**

GUYOU CONSTRUCTION
9880 INDIANA AVE
SUITE 2
RIVERSIDE, CA 92503

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.273 Nonpriority creditor's name and mailing address**

GUYOU CONSTRUCTION, INC
27471 FALLBROOK COURT
CORONA, CA 92883

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** DEALER PAYABLE

$ 19,734.23

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.274 Nonpriority creditor's name and mailing address**

HARMON ELECTRICS, INC.
C/O RADIX LAW
ATTN: ROBERT MANN
15205 N. KIERLAND BLVD.
SUITE #200
SCOTTSDALE, AZ 85254

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.275 Nonpriority creditor's name and mailing address**

HARNESS INC
55 STOCKTON STREET
FLOOR 8
SAN FRANCISCO, CA 94108

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,758.90

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.276 Nonpriority creditor's name and mailing address**

HAVASU SOLAR
C/O GREENBERG TRAURIG, LLP
ATTN: GREENBERG TRAURIG, LLP
2375 EAST CAMELBACK ROAD
SUITE 800
PHOENIX, AZ 85016

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.277 **Nonpriority creditor's name and mailing address**
HAWAII UNIFIED INDUSTRIES
84-1170 FARRINGTON HWY SUITE C-1
WAIANAE, HI 96792

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.278 **Nonpriority creditor's name and mailing address**
HAWAII UNIFIED INDUSTRIES
84-1170 FARRINGTON HWY SUITE C-1
WAIANAE, HI 96792

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** CODEFENDANT - CIVIL NO. 1CCV-24-0001030

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.279 **Nonpriority creditor's name and mailing address**
HAWAII UNIFIED INDUSTRIES, LLC
84-1170 FARRINGTON HWY.
SUITE C-1
WAIANAE, HI 96792

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** DEALER PAYABLE

$ 26,271.71

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.280 **Nonpriority creditor's name and mailing address**
HAYSTACKID LLC
200 W JACKSON BLVD
SUITE 250
CHICAGO, IL 60606

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** TRADE PAYABLE

$ 250,544.58

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.281 **Nonpriority creditor's name and mailing address**
HAZELTINE ADVISORS LLC
2617 BISSONNET ST
STE 420
HOUSTON, TX 77005

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** TRADE PAYABLE

$ 10,714.29

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.282 Nonpriority creditor's name and mailing address**

HEADSPACE INC
2417 MICHIGAN AVENUE
SANTA MONICA, CA 90404

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 141,372.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.283 Nonpriority creditor's name and mailing address**

HELIO SOLAR POWER
ATTENTION
ROBERT EDWARDS
119 S. MAIN STREET
CHARLES, MO 63301

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.284 Nonpriority creditor's name and mailing address**

HELIO SOLAR POWER, LLC
C/O INTERNAL LEGAL
ATTN: JOSH BARKER
119 S MAIN STREET
SAINT CHARLES, MO 63301

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.285 Nonpriority creditor's name and mailing address**

HELIOVOLTA LLC
2553 LUCIERNAGA ST
CARLSBAD, CA 92009

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,700.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.286 Nonpriority creditor's name and mailing address**

HEWLETT PACKARD FINANCIAL SERVICES COMPANY
200 CONNELL DR
STE 5000
BERKELEY HEIGHTS, NJ 07922

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 466.58

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.287 Nonpriority creditor's name and mailing address**

HEWLETT-PACKARD FINANCIAL SERVICES COMPANY
200 CONNELL DRIVE
STE 500
BERKELEY HEIGHTS, NJ 07922

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CONTRACT REJECTION DAMAGE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.288 Nonpriority creditor's name and mailing address**

HOME DEPOT SOLUTIONS LLC
2455 PACES FERRY ROAD
ATLANTA, GA 30339

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CONTRACT REJECTION DAMAGE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.289 Nonpriority creditor's name and mailing address**

HOME DEPOT SOLUTIONS LLC
2455 PACES FERRY ROAD
ATLANTA, GA 30339

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26,741.16

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.290 Nonpriority creditor's name and mailing address**

HOME DEPOT USA INC
2455 PACES FERRY RD
ATLANTA, GA 30339

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CONTRACT REJECTION DAMAGE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.291 Nonpriority creditor's name and mailing address**

HOMES FOR AMERICA
318 SIXTH STREET
ANNAPOLIS, MD 21403

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

$ Undetermined

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.292 **Nonpriority creditor's name and mailing address**

HOMEWORKS CORPORATION
HOMEWORKS PR ENERGY SOLUTIONS DBA
PMB 131 1353 CARR.19
GUAYNABO, PR 00966

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** DEALER PAYABLE

$ 1,434.78

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.293 **Nonpriority creditor's name and mailing address**

HOOTSUITE INC.
5 EAST 8TH AVE.
VANCOUVER, BC V5T 1R6
CANADA

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 4,050.80

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.294 **Nonpriority creditor's name and mailing address**

HOUSTONS COURIER
2102 ALABAMA ST
HOUSTON, TX 77004

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,342.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.295 **Nonpriority creditor's name and mailing address**

HUNTON ANDREWS KURTH LLP
951 E. BYRD ST.
RIVERFRONT PLAZA EAST TOWER
RICHMOND, VA 23219

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 360,306.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.296 **Nonpriority creditor's name and mailing address**

HUSCH BLACKWELL LLP
8001 FORSYTH BOULEVARD
SUITE 1500
ST LOUIS, MO 63105

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 20,871.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.297 Nonpriority creditor's name and mailing address**

HYPHEN SOLUTIONS LLC
PO BOX 208656
DALLAS, TX 75320-8656

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 513.75

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.298 Nonpriority creditor's name and mailing address**

ICON POWER
C/O PARR BROWN GEE & LOVELESS
ATTN: JONATHAN O. HAFEN
101 S 200 E
#700
SALT LAKE CITY, UT 84111

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.299 Nonpriority creditor's name and mailing address**

ICON POWER LLC
ATTENTION
JACOB BASTIAN
1605 W. UNIVERSITY DR.
SUITE 101
TEMPE, AZ 85281

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.300 Nonpriority creditor's name and mailing address**

ICR LLC
761 MAIN AVENUE
NORWALK, CT 06851

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 78,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.301 Nonpriority creditor's name and mailing address**

IDEALS SOLUTIONS
DEALIGENCE INC
815 N ROYAL STREET
SUITE 202
ALEXANDRIA, VA 22314

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 6,143.71

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.302 Nonpriority creditor's name and mailing address**

IHEARTMEDIA
IHM AT 20880
STONE OAK PARKWAY
SAN ANTONIO, TX 78258

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 58,499.75

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.303 Nonpriority creditor's name and mailing address**

IMAGENET CONSULTING LLC
913 NORTH BROADWAY
OKLAHOMA CITY, OK 73102

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 61.44

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.304 Nonpriority creditor's name and mailing address**

INDUSTRIAL NETWORKING SOLUTIONS
ERGOTECH CONTROLS INC
3321 ESSEX DR
RICHARDSON, TX 75082

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 34,430.70

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.305 Nonpriority creditor's name and mailing address**

INFINITE EQUITY INC
3663 FOLSOM ST
SAN FRANCISCO, CA 94110

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 22,500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.306 Nonpriority creditor's name and mailing address**

INFINITY ENERGY, INC.
3845 ATHERTON RD.
ROCKLIN, CA 95765

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** CODEFENDANT - CASE NO: - 24-ST-CV-32978

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.307 **Nonpriority creditor's name and mailing address**

INFINITY ENERGY, INC.
3845 ATHERTON RD.
ROCKLIN, CA 95765

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - CASE NO: - 236-358033-24

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.308 **Nonpriority creditor's name and mailing address**

INFINITY ENERGY, INC.
3845 ATHERTON RD.
ROCKLIN, CA 95765

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - CASE NO: - 01-23-0005-7854

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.309 **Nonpriority creditor's name and mailing address**

INFINITY ENERGY, INC.
3845 ATHERTON RD.
ROCKLIN, CA 95765

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - CASE NO: - 24CU004623N

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.310 **Nonpriority creditor's name and mailing address**

INFINITY ENERGY, INC.
ATTN: THOMAS F. OLSEN
C/O: LORBER GREEFIELD & POLITO LLP
12975 BROOKPRINTER PLACE, STE 200
POWAY, CA 92064

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - CASE NO: - 37-2022-00034714-CU-BC-NC

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.311 **Nonpriority creditor's name and mailing address**

INFINITY ENERGY, INC.
3845 ATHERTON RD.
ROCKLIN, CA 95765

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - CASE NO: - CAUSE NO. 30-2024-01385880

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.312 **Nonpriority creditor's name and mailing address**

INFINITY ENERGY, INC.
3845 ATHERTON RD.
ROCKLIN, CA 95765

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - CASE NO: - 01-24-0007-8001

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.313 **Nonpriority creditor's name and mailing address**

INFINITY ENERGY, INC.
3845 ATHERTON RD.
ROCKLIN, CA 95765

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - CASE NO: - 366-07252-2024

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.314 **Nonpriority creditor's name and mailing address**

INFINITY ENERGY, INC.
3845 ATHERTON RD.
ROCKLIN, CA 95765

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - CASE NO: - 01-24-0007-4818

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.315 **Nonpriority creditor's name and mailing address**

INFINITY ENERGY, INC.
3845 ATHERTON RD.
ROCKLIN, CA 95765

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - CASE NO: - 2024 CUB 033294

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.316 **Nonpriority creditor's name and mailing address**

INFOR (US), LLC
ATTENTION
GENERAL COUNSEL
133 PEACHTREE STREET NE
24TH FLOOR
ATLANTA, GA 30303

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CONTRACT REJECTION DAMAGE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.317 Nonpriority creditor's name and mailing address**

INFYSOLAR GROUP INC.
3845 ATHERTON RD.
ROCKLIN, CA 95765

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - CASE NO: - 01-24-0007-4824

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.318 Nonpriority creditor's name and mailing address**

INKWELL GLOBAL MARKETING
600 MADISON AVENUE
MANALAPAN, NJ 07726

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 101,073.69

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.319 Nonpriority creditor's name and mailing address**

INNOVATIVE EXPO INC
22375 GOLDENCREST DR
MORENO VALLEY, CA 92553

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 46,749.44

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.320 Nonpriority creditor's name and mailing address**

INNOVATIVE HOUSING SOLUTIONS
P.O. BOX 2331
PISMO BEACH, CA 93448

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

$ Undetermined

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.321 Nonpriority creditor's name and mailing address**

INTEGRATED SOLAR OPERATIONS, LLC
PO BOX 9731
JUANA DIAZ, PR 00908

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - CASE NO: PON-2025-0005976

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.322 **Nonpriority creditor's name and mailing address**

INTEGRATED SOLUTIONS AND OUTSOURCING GROUP, INC H/N/C ISO GROUP, SUNNOVA ENERGY CORPORATION
SAN JOSE BUILDING 1250 AVE. PONCE DE LEON STE. 905
SAN JUAN, PR 00907

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - CASE NO: MAY-2025-0005544

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.323 **Nonpriority creditor's name and mailing address**

INTENT DRIVERS INC
9692 MELINDA CIRCLE
HUNTINGTON BEACH, CA 92646

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15,815.00

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.324 **Nonpriority creditor's name and mailing address**

INTERACTIVE DATA LLC
2650 N. MILITARY TRAIL
SUITE 300
BOCA RATON, FL 33431

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,595.71

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.325 **Nonpriority creditor's name and mailing address**

INTEX SOLUTIONS INC
110 A STREET
NEEDHAM, MA 02494

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27,589.00

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.326 **Nonpriority creditor's name and mailing address**

INVARIANT LLC
HP HOLDINGS INC
740 15TH STREET NW
5TH FLOOR
WASHINGTON, DC 20005

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52,666.67

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.327 **Nonpriority creditor's name and mailing address**

IQEQ MANAGEMENT B.V.
HOOGORDDREEF 15
AMSTERDAM, 1101
NETHERLANDS

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 15,925.40

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.328 **Nonpriority creditor's name and mailing address**

IRON MOUNTAIN INC.
PO BOX 915004
DALLAS, TX 75391

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,469.99

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.329 **Nonpriority creditor's name and mailing address**

IRWIN
PLATFORM GROUP LIMITED
325 FRONT ST W
4TH FLOOR
TORONTO, ON M5V 2Y1
CANADA

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 9,625.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.330 **Nonpriority creditor's name and mailing address**

ISAKSEN SOLAR
C/O KG LAW MA PC
ATTN: KYLE GUY
105 KENOZA AVENUE
HAVERHILL, MA 01832

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.331 **Nonpriority creditor's name and mailing address**

ISAKSEN SOLAR LLC
18 POCASSET ST.
FALL RIVER, MA 02721

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** DEALER PAYABLE

$ 24,380.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor Sunnova Energy Corporation
Name

Case number (If known) 25-90159

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.332 Nonpriority creditor's name and mailing address**

IT&E
PTI PACIFICA INC
122 W. HARMON INDUSTRIAL PARK RD.
SUITE 103
TAMUNING, GU 96913

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 20,804.25

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.333 Nonpriority creditor's name and mailing address**

ITRON INC
2111 N MOLTER
LIBERTY LAKE, WA 99019

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 218,805.04

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.334 Nonpriority creditor's name and mailing address**

J & C ENERGY ENTERPRISES DBA ENERGY SOLUTIONS DIRECT (ESD SOLAR)
6076 PARK BLVD.
PINELLAS PARK, FL 33781

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.335 Nonpriority creditor's name and mailing address**

JACKSON TIDUS A LAW CORPORATION
2030 MAIN STREET
STE 1200
IRVINE, CA 92614

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 37,440.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.336 Nonpriority creditor's name and mailing address**

JAJ ROOFING D/B/A CITADEL ROOFING AND SOLAR
4980 ALLISON PARKWAY
VACAVILLE, CA 95688

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.337 **Nonpriority creditor's name and mailing address**

JAJ ROOFING DBA CITADEL ROOF AND SOLAR
4980 ALLISON PKWY
VACAVILLE, CA 95688

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** DEALER PAYABLE

$ 700.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.338 **Nonpriority creditor's name and mailing address**

JB HOME SERVICES INC
BOYCES ROOFING AND REPAIR
4083 OCEANSIDE BOULEVARD
SUITE D
OCEANSIDE, CA 92056

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** DEALER PAYABLE

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.339 **Nonpriority creditor's name and mailing address**

JCA ENTERPRISE REAL ESTATE, INC.
26040 ACERO
SUITE 110
MISSION VIEJO, CA 92691

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.340 **Nonpriority creditor's name and mailing address**

JKB LIVING, INC.
P.O. BOX 2998
TURLOCK, CA 95381

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.341 **Nonpriority creditor's name and mailing address**

JOHN ADAMS ACADEMIES
1 SIERRA GATE PLAZA
ROSEVILLE, CA 95678

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.342 **Nonpriority creditor's name and mailing address**

JOTFORM, INC.
4 EMBARCADERO CTR
SAN FRANCISCO, CA 94111

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CONTRACT REJECTION DAMAGE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.343 **Nonpriority creditor's name and mailing address**

K HOVNANIAN CALIFORNIA OPERATIONS, INC.
1260 CORONA POINTE CT
STE 302
CORONA, CA 92879

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

$ Undetermined

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.344 **Nonpriority creditor's name and mailing address**

K&L GATES LLP
210 SIXTH AVENUE
PITTSBURGH, PA 15222

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9,080.00

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.345 **Nonpriority creditor's name and mailing address**

KAITANA SOLAR
ATTN: MICHAEL J. DUNN
C/O: RAWLE & HENDERSON, LLP
TWO EXECUTIVE CAMPUS, SUITE 402
2370 ROUTE 70 WEST
CHERRY HILL, NJ 08002

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - CASE NO: - CAM-L-001745-23

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.346 **Nonpriority creditor's name and mailing address**

KIN HOME LLC
139 N HUNTERS GROVE LANE
LEHI, UT 84043

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** DEMAND LETTER

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.347 **Nonpriority creditor's name and mailing address**
KINNEMAN CONSULTING LLC
JEFFREY KINNEMAN
2304 HARBOR CHASE DR
PEARLAND, TX 77584

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** TRADE PAYABLE

$ 100,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.348 **Nonpriority creditor's name and mailing address**
KIPER DEVELOPMENT
3200 DANVILLE BLVD
ALAMO, CA 94507

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed
**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.349 **Nonpriority creditor's name and mailing address**
KLOUD TECHNOLOGIES LLC
700 SMITH STREET
STE #61070
HOUSTON, TX 77002

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** CONTRACT REJECTION DAMAGE CLAIM

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.350 **Nonpriority creditor's name and mailing address**
KLOUD TECHNOLOGIES LLC
700 SMITH STREET
STE 61070
HOUSTON, TX 77002

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** TRADE PAYABLE

$ 524,420.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.351 **Nonpriority creditor's name and mailing address**
KONA INTERNATIONAL, LP
P O BOX 79135
HOUSTON, TX 77279-9135

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** CONTRACT REJECTION DAMAGE CLAIM

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.352 **Nonpriority creditor's name and mailing address**

KRAMER ROOFING & EXTERIORS
SABRA EGBERT
1113 WANDERING BROOK ST
MAGNOLIA, TX 77354

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,900.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.353 **Nonpriority creditor's name and mailing address**

KRANNICH SOLAR EAST, LLC
75 TWINBRIDGE DRIVE
SUITE II
PENNSAUKEN, NJ 08110

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** DEALER PAYABLE

$ 58,086.04

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.354 **Nonpriority creditor's name and mailing address**

KROLL BOND RATING AGENCY, INC.
805 THIRD AVENUE
29TH FLOOR
NEW YORK, NY 10022

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 55,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.355 **Nonpriority creditor's name and mailing address**

KUYKENDALL SOLAR DBA KS ELECTRIC
40380 BRICKYARD DRIVE
MADERA, CA 93636

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** DEALER PAYABLE

$ 724.38

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.356 **Nonpriority creditor's name and mailing address**

LA POWER CENTER CORPORATION D/B/A GREEN ROAD SOLAR
ATTN: ALENOUSH SARKISSIAN-SHAGHZO
100 W. BROADWAY
SUITE 540
GLENDALE, CA 91210

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION - 25-NNCV-01986

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.357 **Nonpriority creditor's name and mailing address**

LANDSEA CONSTRUCTION LLC
ATTN CONTROLLER
7525 IRVINE CENTER DR.
SUITE 200
IRVINE, CA 92618

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.358 **Nonpriority creditor's name and mailing address**

LANGUAGE SERVICES ASSOCIATES INC
455 BUSINESS CENTER DRIVE
SUITE 100
HORSHAM, PA 19044

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 971.55

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.359 **Nonpriority creditor's name and mailing address**

LAPOWER CORPORATION
ATTENTION
ARMIN GHARIBIAN
740 E. VALENCIA AVENUE
BURBANK, CA 91501

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.360 **Nonpriority creditor's name and mailing address**

LAUREL HEIGHTS
AUBREY GLEN AND MISSION GORGE ROAD
SANTEE, CA 92071

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.361 **Nonpriority creditor's name and mailing address**

LAW ENFORCEMENT ADMINISTRATIVE & MANAGEMENT SERVICES
16225 PARK TEN PLACE
STE 500
HOUSTON, TX 77084

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,104.15

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.362 Nonpriority creditor's name and mailing address**

LAW OFFICES OF HILARY B MILLER
HILARY B MILLER
500 WEST PUTNAM AVENUE
SUITE 400
GREENWICH, CT 06830-6096

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 5,102.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.363 Nonpriority creditor's name and mailing address**

LEGION SOLAR POWER, LLC
3945 W CHEYENNE AVE
STE 204
NORTH LAS VEGAS, NV 89032

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.364 Nonpriority creditor's name and mailing address**

LENNAR COMMUNITIES, INC.
ATTN: KEMP GILLIS
5505 BLUE LAGOON DR
MIAMI, FL 33126

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** BUSINESS MARKETS CUSTOMER DEPOSITS

$ 157,618.44

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.365 Nonpriority creditor's name and mailing address**

LENNAR CORPORATION
700 NW 107TH AVE
MIAMI, FL 33172

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,405.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.366 Nonpriority creditor's name and mailing address**

LENNAR HOMES, LLC
10481 SIX MILE CYPRESS PKWY
FT. MYERS, FL 33966

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2:** **Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.367 Nonpriority creditor's name and mailing address**

LEONARD ROOFING INC
43280 BUSINESS PARK DR
STE 107
TEMECULA, CA 92591

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,225.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.368 Nonpriority creditor's name and mailing address**

LEONARD ROOFING, INC.
C/O GOLDEN GOODRICH
ATTN: JEFFREY GOLDEN
3070 BRISTOL ST.
STE 640
COSTA MESA, CA 92626

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.369 Nonpriority creditor's name and mailing address**

LGCY INSTALLATION SERVICES LLC
LGCY HOLDINGS LLC
3333 N DIGITAL DR
STE 600
LEHI, UT 84043

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** DEALER PAYABLE

$ 579,242.28

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.370 Nonpriority creditor's name and mailing address**

LGCY SOLAR INSTALLATION SERVICES, LLC
ATTN: CHRISTOPHER A. LANGSTON
C/O: MITCHELL BARLOW & MANSFIELD, P.C.
NINE EXCHANGE PL, STE 600
SALT LAKE CITY, UT 84111

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CODEFENDANT - CASE NO: - 24DCV349807

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.371 Nonpriority creditor's name and mailing address**

LGCYINSTALLATION SERVICES
LGCY HOLDINGS LLC
3333 N DIGITAL DR
STE 600
LEHI, UT 84043

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.372 **Nonpriority creditor's name and mailing address**

LGI HOMES
1450 LAKE ROBBINS DRIVE
SUITE 430
THE WOODLANDS, TX 77380

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.373 **Nonpriority creditor's name and mailing address**

LIEN SOLUTIONS
CT CORPORATION SYSTEM
PO BOX 301133
DALLAS, TX 75303

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,047,262.43

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.374 **Nonpriority creditor's name and mailing address**

LIFESTYLE HOMES BUILDERS
3453 WEST NEW HAVEN AVE.
WEST MELBOURNE, FL 32904

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.375 **Nonpriority creditor's name and mailing address**

LINKEDIN CORPORATION
1000 WEST MAUDE AVE
SUNNYVALE, CA 94085

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** TRADE PAYABLE

$ 101,798.30

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.376 **Nonpriority creditor's name and mailing address**

LINKSQUARES INC.
38 CHAUNCY STREET
SUITE 1100
BOSTON, MA 02111

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** TRADE PAYABLE

$ 62,680.80

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.377 **Nonpriority creditor's name and mailing address**

LONE STAR
C/O KEELING & FREDERICKSON
ATTN: ANNA E. FREDERICKSON
4511 YOAKUM BOULEVARD
SUITE 1200
HOUSTON, TX 07706

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.378 **Nonpriority creditor's name and mailing address**

LONE STAR SOLAR SERVICES, LLC
ATTN: ANNA E. FREDRICKSON
C/O: KEELING & FREDRICKSON
4511 YOAKUM
SUITE 125
HOUSTON, TX 77006

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION - 01-25-0000-8668

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.379 **Nonpriority creditor's name and mailing address**

LRN CORPORATION
41 MADISON AVE
FL 30
NEW YORK, NY 10010

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,281.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.380 **Nonpriority creditor's name and mailing address**

LUMEN TECHNOLOGIES DBA LEVEL 3 COMMUNICATIONS, LLC A CENTURYLINK COMPANY
LEVEL 3 FINANCING INC
100 CENTURYLINK DRIVE
MONROE, LA 71203

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 992.58

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.381 **Nonpriority creditor's name and mailing address**

LUMINA SOLAR
3600 COMMERCE DRIVE
SUITE 601
HALETHORPE, MD 21227

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.382 Nonpriority creditor's name and mailing address**
LUMINA SOLAR INC.
3701 COMMERCE DRIVE
BALTIMORE, MD 21227

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** DEALER PAYABLE

$ 885.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.383 Nonpriority creditor's name and mailing address**
LUMINA SOLAR, INC.
ATTN: SEAN HATLEY
C/O: DIRECTOR OF LEGAL OPERATIONS, LUMINA SOLAR
3600 COMMERCE DRIVE
SUITE 601
HALETHORPE, MD 21227

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION - 01-25-0002-1056

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.384 Nonpriority creditor's name and mailing address**
LUX SOLARIS INC.
449 BOSTON POST ROAD EAST
MARLBOROUGH, MA 01752

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.385 Nonpriority creditor's name and mailing address**
LYNDEN AIR FREIGHT, INC. DBA LYNDEN INTERNATIONAL
LYNDEN LOGISTICS INC
18000 INTERNATIONAL BLVD.
SUITE 800
SEATTLE, WA 98188

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,683.24

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.386 Nonpriority creditor's name and mailing address**
M.D.C. HOLDINGS, INC.
ATTN DIRECTOR OF NATIONAL ENVIRONMENTAL COMPLIANCE
DIRECTOR OF RISK MANAGEMENTGENERAL COUNSEL4350
SOUTH MONACO STREET
SUITE 500
DENVER, CO 80237

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.387 **Nonpriority creditor's name and mailing address**

MAC MURRAY & SHUSTER LLP
6525 WEST CAMPUS OVAL
SUITE 210
NEW ALBANY, OH 43054

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 4,470.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.388 **Nonpriority creditor's name and mailing address**

MACABACUS INC
228 PARK AVE S
PMB19912
NEW YORK, NY 10003-1502

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 630.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.389 **Nonpriority creditor's name and mailing address**

MALAMA SOLAR LLC
111 SAND ISLAND ACCESS RD.
HONOLULU, HI 96819

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** DEALER PAYABLE

$ 20,750.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.390 **Nonpriority creditor's name and mailing address**

MANDALAY HOMES
1955 COMMERCE CENTER CIR
STE A
PRESCOTT, AZ 86301

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.391 **Nonpriority creditor's name and mailing address**

MARK GROSS & ASSOCIATES, INC.
8881 RESEARCH DR
IRVINE, CA 92618

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.392 **Nonpriority creditor's name and mailing address**

MARK INSURANCE SERVICES
510 E. FOOTHILL BLVD
SUITE 105
KRISTY CLEARMAN, CA 91773

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

$ Undetermined

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.393 **Nonpriority creditor's name and mailing address**

MARKEL INSURANCE COMPANY
4521 HIGHWOODS PARKWAY
GLEN ALLEN, VA 23060

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

$ Undetermined

**Basis for the claim:** SURETY BOND #4470712 FOR THE BENEFIT OF HONEYWELL BUILDING SOLUTIONS (FRANKLIN MA SOLAR PROJECT NO. USB-026327)

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.394 **Nonpriority creditor's name and mailing address**

MARKIT NORTH AMERICA INC DBA S&P GLOBAL
55 WATER STREET
NEW YORK, NY 10041

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 33,750.00

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.395 **Nonpriority creditor's name and mailing address**

MARYLAND ATTORNEY GENERAL OFFICE/CONSUMER PROTECTION DIVISION
200 ST. PAUL PLACE, 16TH FLOOR
BALTIMORE, MD 21202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** MARYLAND AG INVESTIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.396 **Nonpriority creditor's name and mailing address**

MAXIMO SOLAR INDUSTRIES, INC.
P.O. BOX 3062
AGUADILLA, PR 00605

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - CASE NO: SAN-2022-0012031

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.397 Nonpriority creditor's name and mailing address**

MAXON SUPPLIES LLC DBA NEW JERSEY SAFETY EQUIPMENT
1829 UNDERWOOD BLVD
SUITE 8
DELRAN, NJ 08075

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 18,292.87

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.398 Nonpriority creditor's name and mailing address**

MAZE.DESIGN INC.
ATTENTION: JASON DYE
SUITE 220
MENLO PARK, CA 94025

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CONTRACT REJECTION DAMAGE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.399 Nonpriority creditor's name and mailing address**

MCCONNELL VALDES LLC
PO BOX 364225
SAN JUAN, PR 00936

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8,111.00

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.400 Nonpriority creditor's name and mailing address**

MCDOWELL HETHERINGTON LLP
1001 FANNIN STREET
SUITE 2700
HOUSTON, TX 77002

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 446,226.14

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.401 Nonpriority creditor's name and mailing address**

MCGUFFIE CONTRACTING, INC.
9974 SCRIPPS RANCH BLVD. UNIT 209
SAN DIEGO, CA 92131

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - CASE NO: - 24CU004623N

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | **Amount of claim**

3.402 **Nonpriority creditor's name and mailing address**
MCSTAIN CONSTRUCTORS, LLC
2420 WEST 26TH AVE.
SUITE D-480
DENVER, CO 80211

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

$ Undetermined

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.403 **Nonpriority creditor's name and mailing address**
MELPRO CORP.
PO BOX 699
HORMIGUEROS, PR 00660

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - CASE NO: MAY-2024-0004991

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.404 **Nonpriority creditor's name and mailing address**
MELPRO CORP. HOME IMPROVEMENTS BY MELPRO
P.O. BOX 6831
MAYAGÜEZ, PR 00681

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - CASE NO: ARE-2025-0006975

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.405 **Nonpriority creditor's name and mailing address**
MELPRO GROUP
MELPRO CORP
PO BOX 6831
MAYAGUEZ, PR 00681

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13,110.00

**Basis for the claim:** DEALER PAYABLE

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.406 **Nonpriority creditor's name and mailing address**
MELTWATER NEWS US INC.
225 BUSH STREET
SUITE 1000
SAN FRANCISCO, CA 94104

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52,767.00

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.407 **Nonpriority creditor's name and mailing address**
MERAKI INSTALLERS LLC
21 N NEW WARRINGTON RD
PENSACOLA, FL 32506

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.408 **Nonpriority creditor's name and mailing address**
MERITAGE HOMES OF CALIFORNIA, INC.
ATTN: DIVISION PRESIDENT
5 PETERS CANYON
SUITE 310
IRVINE, CA 92606

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed
**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.409 **Nonpriority creditor's name and mailing address**
MERRILL RETIREMENT & PERSONAL WEALTH SOLUTIONS
MERRILL LYNCH PIERCE FENNER & SMITH INCORPORATED
401 N. TRYON ST.
NC1-021-06-01
CHARLOTTE, NC 28255

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** TRADE PAYABLE

$ 29,500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.410 **Nonpriority creditor's name and mailing address**
META PLATFORMS INC
1 META WAY
MENLO PARK, CA 94025

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** TRADE PAYABLE

$ 31,544.08

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.411 **Nonpriority creditor's name and mailing address**
MEZA'S ROOFING, INC.
21740 ELMWOOD ST
PERRIS, CA 92570

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** CODEFENDANT - CASE NO: - CAUSE NO. 30-2024-01385880

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.412 Nonpriority creditor's name and mailing address**

MHP BUILDERS, INC.
3202 W. MARCH LANE
SUITE A
STOCKTON, CA 95219

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.413 Nonpriority creditor's name and mailing address**

MICROSOFT CORPORATION
PO BOX 842103
DALLAS, TX 75284

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 5,802.34

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.414 Nonpriority creditor's name and mailing address**

MIDWEST STRATEGY GROUP OF MICHIGAN LLC
101 S WASHINGTON SQUARE
STE 300
LANSING, MI 48933

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 8,080.34

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.415 Nonpriority creditor's name and mailing address**

MILES & STOCKBRIDGE P.C.
100 LIGHT STREET
BALTIMORE, MD 21202

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 20,900.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.416 Nonpriority creditor's name and mailing address**

MILLSTREAM CONSTRUCTION LLC
255 WILLIAMS STREET EAST
GLASTONBURY, CT 06033

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** DEALER PAYABLE

$ 28,600.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.417 **Nonpriority creditor's name and mailing address**
MINNESOTA SOLAR ENERGY INDUSTRIES ASSOCIATION
2288 UNIVERSITY AVE W
STE 201
ST PAUL, MN 55114

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,212.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.418 **Nonpriority creditor's name and mailing address**
MITSUBISHI HC CAPITAL AMERICA INC
800 CONNECTICUT AVE.
NORWALK, CT 06854

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 4,071.50

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.419 **Nonpriority creditor's name and mailing address**
MKL 2005, INC.
2716 OCEAN PARK BLVD.
SUITE 3006
SANTA MONICA, CA 90405

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.420 **Nonpriority creditor's name and mailing address**
MOBILESSON LTD
ALROZOROV 111
TEL AVIV, 6209809
ISRAEL

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CONTRACT REJECTION DAMAGE CLAIM

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.421 **Nonpriority creditor's name and mailing address**
MODERN DISPLAY SERVICES INC
424 S 700 E
SALT LAKE CITY, UT 84102

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 666.53

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.422 **Nonpriority creditor's name and mailing address**
MODERN RENAISSANCE CONSULTING DBA PWL STUDIO
ATTN: JAMES H MILLER
P.O. BOX 540848
HOUSTON, TX 77254

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** LITIGATION - 251200137747

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**
**Is the claim subject to offset?**
☐ No
☐ Yes

3.423 **Nonpriority creditor's name and mailing address**
MONDAY.COM LTD
6 YITZHAK SADEH ST.
TEL-AVIV, 6777506
ISRAEL

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** CONTRACT REJECTION DAMAGE CLAIM

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**
**Is the claim subject to offset?**
☐ No
☐ Yes

3.424 **Nonpriority creditor's name and mailing address**
MONTY & RAMIREZ LLP
150 W PARKER
3RD FLOOR
HOUSTON, TX 77076

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** TRADE PAYABLE

$ 375.00

**Date or dates debt was incurred**
**Last 4 digits of account number**
**Is the claim subject to offset?**
☐ No
☐ Yes

3.425 **Nonpriority creditor's name and mailing address**
MONUMENT SOLAR, LLC
KRISTA M. GERN
1001 KENNEDY LANE
BLDG. 730
SAGINAW, TX 76131

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** CODEFENDANT - CASE NO: - CV25-0724

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**
**Is the claim subject to offset?**
☐ No
☐ Yes

3.426 **Nonpriority creditor's name and mailing address**
MORAN LOGISTICS
P.O. BOX 295
WATSONTOWN, PA 17777

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** TRADE PAYABLE

$ 5,851.93

**Date or dates debt was incurred**
**Last 4 digits of account number**
**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.427 **Nonpriority creditor's name and mailing address**
MORRIS JAMES LLP
500 DELAWARE AVE
SUITE 1500
WILMINGTON, DE 19899

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 37,860.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.428 **Nonpriority creditor's name and mailing address**
MPE SOLAR CARPORTS, INC.
2619 LINCOLN LANE
PALMDALE, CA 92551

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CODEFENDANT - CASE NO: - CIVSB2309127

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.429 **Nonpriority creditor's name and mailing address**
MRK LLC DBA POINTS NORTH
ATTENTION FINANCE DEPARTMENT
371 CANAL PARK DRIVE
SUITE 210
DULUTH, MN 55802

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CONTRACT REJECTION DAMAGE CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.430 **Nonpriority creditor's name and mailing address**
MRW & ASSOCIATES LLC
1814 FRANKLIN ST.
SUITE 720
OAKLAND, CA 94612

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 6,421.55

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.431 **Nonpriority creditor's name and mailing address**
MV GV LLC
389 SW SCALEHOUSE CT
SUITE 110
BEND, OR 97702

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.432 Nonpriority creditor's name and mailing address**

MVIX (USA) INC
23475 ROCK HAVEN WAY
STE 125
STERLING, VA 20166

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** CONTRACT REJECTION DAMAGE CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.433 Nonpriority creditor's name and mailing address**

NAMASTE SOLAR ELECTRIC INC
6707 WINCHESTER CIR
SUITE 700
BOULDER, CO 80301

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,610.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.434 Nonpriority creditor's name and mailing address**

NAME OF FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.435 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** SETTLEMENT

$ 30,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.436 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 36.94

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.437 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 315.51

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.438 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 44.93

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.439 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 423.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.440 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 140.49

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.441 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 398.78

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.442 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 252.28

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.443 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 441.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.444 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 48.71

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.445 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 461.36

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.446 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3.55

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.447 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 96.62

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.448 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 213.83

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.449 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 152.01

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.450 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 144.01

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.451 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 346.61

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.452 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 563.06

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.453 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.61

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.454 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 171.68

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.455 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 84.62

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.456 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 261.66

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.457 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 119.33

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.458 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3.80

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.459 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.99

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.460 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 121.87

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.461 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 340.62

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.462 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 121.44

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.463 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 185.92

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.464 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 82.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.465 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 457.50

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.466 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 254.89

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.467 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 205.57
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.468 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 151.16
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.469 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 14.02
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.470 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 1,094.32
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.471 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 580.85
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.472 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 36.63

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.473 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 240.99

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.474 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 357.48

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.475 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 538.80

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.476 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 669.50

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.477 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 65.58

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.478 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 161.86

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.479 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.480 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 197.92

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.481 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 248.92

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.482 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.73

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.483 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 67.62

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.484 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 239.08

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.485 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 285.57

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.486 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.40

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.487 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 65.19

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.488 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 775.18

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.489 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 672.04

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.490 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 110.63

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.491 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 85.44

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.492 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 50.91

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.493 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 80.52

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.494 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 124.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.495 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 435.36

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.496 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 580.95

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.497 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 300.58

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.498 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 63.18

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.499 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 185.26

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.500 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 232.94

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.501 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 127.84

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.502 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 121.85

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.503 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 332.67

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.504 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 156.74

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.505 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 188.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.506 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 433.23

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.507 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 371.70

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.508 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 341.72

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.509 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 63.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.510 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 510.34

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.511 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 83.10

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.512 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 503.74

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.513 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 178.97

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.514 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 127.23

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.515 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 64.73

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.516 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 47.02

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.517 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 664.48

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.518 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 301.87

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.519 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 18.74

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.520 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 209.33

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.521 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 101.74

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.522 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 101.18

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.523 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 168.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.524 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 142.77

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.525 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 388.63

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.526 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 110.76

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.527 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 77.51

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.528 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 18.97

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.529 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25.19

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.530 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 105.37

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.531 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.532 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 190.66

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.533 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 434.19

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.534 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 386.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.535 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 103.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.536 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 232.88

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.537 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 99.64

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.538 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 740.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.539 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 496.79

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.540 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2.89

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.541 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 142.62

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.542 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 720.20

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.543 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 467.45

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.544 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 533.83

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.545 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 41.38

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.546 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,075.51

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.547 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 304.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.548 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 216.10

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.549 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 42.87

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.550 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 148.56

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.551 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,516.56

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.552 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 23.54
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.553 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 4.56
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.554 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 232.52
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.555 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 1,488.53
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.556 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 130.26
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2:** **Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.557 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15.26

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.558 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,093.46

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.559 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,165.79

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.560 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 130.52

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.561 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 259.15

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.562 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 72.50

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.563 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 425.11

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.564 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6.30

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.565 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 195.76

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.566 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 96.46

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.567 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 122.61

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.568 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,340.32

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.569 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 268.03

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.570 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 253.79

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.571 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 331.27

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.572 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 161.76

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.573 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 100.47

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.574 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 134.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.575 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 511.15

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.576 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 184.58

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.577 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 185.39

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.578 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 93.68

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.579 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 108.68

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.580 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,432.69

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.581 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 55.49

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.582 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 274.57

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.583 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3.33

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.584 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 111.91

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.585 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.88

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.586 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 71.71

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.587 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 353.81

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.588 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 162.92

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.589 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 185.08

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.590 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 98.30

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.591 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 501.91

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.592 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,102.34

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.593 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 30.83

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.594 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.49

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.595 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 20.36

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.596 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 80.42

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.597 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 12.66
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.598 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 125.36
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.599 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 56.83
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.600 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 256.26
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.601 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 508.64
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.602 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 353.22
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.603 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 214.54
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.604 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 634.35
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.605 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 255.83
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.606 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 144.07
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** — **Amount of claim**

**3.607 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 75.59

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.608 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,453.09

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.609 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 185.21

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.610 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 68.03

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.611 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,274.76

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.612 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 68.84

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.613 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 99.07

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.614 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 203.94

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.615 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 262.09

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.616 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,820.32

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.617 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 85.42

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.618 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,053.88

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.619 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 142.39

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.620 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 235.38

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.621 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 225.83

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.622 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 56.52

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.623 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,649.43

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.624 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 144.79

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.625 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 888.49

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.626 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 778.13

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.627 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 428.99

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.628 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 146.97

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.629 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 42.82

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.630 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 176.06

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.631 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 296.35

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.632 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 18.80

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.633 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 149.57

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.634 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 38.24

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.635 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 122.99

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.636 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 264.31

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.637 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 475.83

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.638 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 98.97

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.639 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 321.13

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.640 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31.38

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.641 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 130.74

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.642 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 186.35

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.643 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 738.73

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.644 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 91.76

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.645 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 152.78

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.646 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 74.28

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.647 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 442.49

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.648 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 215.81

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.649 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31.94

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.650 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 47.87

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.651 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 127.49

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.652 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 442.55

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.653 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 518.60

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.654 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 333.89

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.655 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 373.44

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.656 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 550.19

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.657 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 210.11

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.658 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 140.31

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.659 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 54.58

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.660 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 301.49

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.661 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 140.70

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.662 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 680.64

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.663 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 711.95

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.664 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 731.06

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.665 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.92

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.666 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 943.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.667 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 204.79

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.668 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 65.44

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.669 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 462.13

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.670 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 276.23

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.671 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.13

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.672 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 219.12

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.673 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 221.03

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.674 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 445.41

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.675 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 153.96

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.676 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 536.86

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.677 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.20

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.678 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 62.81

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.679 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 132.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.680 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 43.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.681 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 247.29

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.682 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 335.66

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.683 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 105.89

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.684 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 86.52

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.685 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 141.37

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.686 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 143.93

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.687 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 46.81

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.688 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,220.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.689 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,067.28

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.690 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 56.82

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.691 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 39.42

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.692 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 108.15

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.693 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 369.75

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.694 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 605.30

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.695 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.02

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.696 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 854.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.697 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 849.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.698 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 35.35

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.699 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 90.40

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.700 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 270.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.701 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 235.42

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.702 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 82.19

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.703 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 113.95

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.704 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 85.26

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.705 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 285.42

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.706 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 204.02

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim

**3.707 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 69.31

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.708 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 16.59

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.709 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 79.71

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.710 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 19.22

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.711 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 2.66

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.712 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 59.25

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.713 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 314.79

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.714 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 187.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.715 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 92.62

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.716 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 131.70

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.717 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 98.59

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.718 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 799.79

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.719 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 327.33

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.720 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6.94

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.721 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.23

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.722 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 102.63

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.723 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 44.01

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.724 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 43.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.725 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 226.66

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.726 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.50

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.727 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 563.59

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.728 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 244.77

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.729 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 393.92

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.730 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 99.78

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.731 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 527.68

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.732 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.55

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.733 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 239.57

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.734 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 62.96

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.735 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 682.38

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.736 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 680.49

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.737 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 81.61

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.738 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 77.55

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.739 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,429.33

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.740 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 137.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.741 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 57.96

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.742 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 717.75

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.743 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 112.77

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.744 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 76.59

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.745 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 292.71

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.746 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 220.39

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.747 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 186.43

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.748 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 160.93

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.749 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,973.42

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.750 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 457.78

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.751 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 203.89

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.752 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,028.95

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.753 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 735.08

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.754 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,851.56

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.755 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4.43

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.756 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 57.06

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.757 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 623.39

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.758 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 81.63

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.759 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 68.44

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.760 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 94.19

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.761 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 256.62

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.762 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 996.82

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.763 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 330.59

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.764 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2.69

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.765 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 317.66

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.766 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 461.92

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.767 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 124.46

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.768 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 91.40

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.769 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 345.86

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.770 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 180.94

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.771 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 518.50

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.772 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,085.73

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.773 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 776.47

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.774 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 70.61

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.775 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 826.30

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.776 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 753.93

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.777 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 196.93

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.778 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 287.23

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.779 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 364.64

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.780 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 262.15

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.781 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 135.73

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.782 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 116.40

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.783 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 169.04

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.784 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 200.23

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.785 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 417.01

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.786 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 496.76

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.787 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 575.46

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.788 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.789 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 181.12

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.790 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 100.82

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.791 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 561.79

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.792 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.93

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.793 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,725.68

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.794 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 206.69

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.795 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 910.49

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.796 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 208.30

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.797 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,549.42

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.798 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 95.19

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.799 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 736.40

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.800 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 571.60

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.801 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 77.81

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.802 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,850.15

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.803 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17.95

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.804 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 318.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.805 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 121.73

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.806 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 353.66

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.807 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.71

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.808 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 399.99

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.809 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 821.44

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.810 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 151.01

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.811 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 185.37

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | **Amount of claim**

**3.812 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 151.97

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.813 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 930.44

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.814 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 442.67

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.815 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 255.84

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.816 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 697.32

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.817 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 307.44

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.818 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 113.61

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.819 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 786.75

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.820 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 675.66

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.821 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 444.20

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.822 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 174.70

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.823 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,030.81

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.824 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,170.50

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.825 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 18.43

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.826 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 891.21

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.827 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 231.24

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.828 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 221.26

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.829 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 198.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.830 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 124.05

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.831 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 597.62

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.832 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 62.93

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.833 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 116.75

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.834 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 158.52

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.835 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 191.09

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.836 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 97.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.837 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,127.38

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.838 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 56.33

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.839 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 362.61

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.840 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 197.74

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.841 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 198.06

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.842 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 125.87

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.843 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.36

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.844 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 162.60

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.845 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 105.81

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.846 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 553.66

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.847 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 42.39

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.848 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 35.12

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.849 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 531.30

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.850 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 341.01

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.851 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 82.93

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.852 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 85.48

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.853 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 284.77

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.854 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,055.26

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.855 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 870.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.856 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 126.96

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.857 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 164.95

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.858 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 447.28

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.859 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34.40

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.860 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 20.09

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.861 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 53.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.862 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 262.89

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.863 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 181.74

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.864 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 180.49

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.865 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4.32

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.866 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 153.75

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.867 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 184.50

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.868 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 254.05

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.869 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 168.54

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.870 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 98.48

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.871 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3.16

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.872 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 110.64

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.873 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 252.39

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.874 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 283.82

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.875 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 345.43

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.876 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,385.52

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.877 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 706.15

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.878 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 676.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.879 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 524.25

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.880 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 104.88

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.881 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 35.18

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.882 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 169.06

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.883 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 168.80

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.884 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 107.98

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.885 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 59.71

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.886 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 306.86

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.887 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 141.13

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.888 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 150.52

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.889 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.56

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.890 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 286.41

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.891 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 421.38

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.892 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 2,798.83
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.893 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 276.71
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.894 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 322.34
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.895 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 183.41
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.896 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 20.09
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.897 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 41.01

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.898 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,324.62

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.899 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 946.68

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.900 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 103.61

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.901 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.56

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.902 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 140.50

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.903 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 108.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.904 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 509.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.905 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 35.10

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.906 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 107.43

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.907 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 454.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.908 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 360.48

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.909 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 187.37

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.910 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 67.31

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.911 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 82.45

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.912 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 113.88

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.913 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 158.35

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.914 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 260.88

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.915 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 698.23

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.916 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 57.51

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.917 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 197.43

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.918 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 426.49

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.919 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 102.44

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.920 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 51.43

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.921 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 99.87

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.922 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 315.59

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.923 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,189.24

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.924 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 140.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.925 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 86.01

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.926 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 45.48

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.927 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 300.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.928 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 440.67

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.929 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 181.49

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.930 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 121.49

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.931 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.66

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.932 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 367.20

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.933 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 557.30

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.934 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 353.74

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.935 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 160.87

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.936 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 432.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.937 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 269.33

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.938 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 191.42

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.939 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.81

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.940 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.43

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.941 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 522.49

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.942 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 362.80

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.943 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 202.78

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.944 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 614.64

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.945 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 36.23

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.946 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 627.30

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.947 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 307.83

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.948 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 305.03

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.949 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 339.35

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.950 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 1,058.79

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.951 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 298.34

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.952 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,062.18

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.953 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6.19

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.954 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 173.27

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.955 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 89.64

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.956 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 587.39

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.957 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,179.82

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.958 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 515.30

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.959 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 377.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.960 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 418.36

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.961 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 106.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.962 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 205.26

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.963 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 242.55

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.964 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.69

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.965 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 366.36

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.966 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 18.02

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.967 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 141.69

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.968 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 57.06

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.969 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 806.59

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.970 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 297.98

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.971 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 272.70

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.972 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52.15

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.973 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,581.81

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.974 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 358.13

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.975 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 151.47

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.976 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15.31

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.977 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 166.41

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.978 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 59.56

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.979 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 329.94

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.980 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 154.13

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.981 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 112.61

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.982 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7.54

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.983 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1.85

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.984 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.35

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.985 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.69

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.986 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 533.99

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.987 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 97.41

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.988 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 706.52

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.989 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 39.57

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.990 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 530.82

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.991 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 246.38

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.992 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 314.19

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.993 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 132.33

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.994 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 859.09

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.995 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 133.02

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.996 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 345.13

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.997 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 940.11
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.998 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 352.56
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.999 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 1,008.14
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1000 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 60.20
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1001 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 411.67
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1002 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 338.88

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1003 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 923.44

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1004 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3.58

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1005 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 102.39

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1006 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 645.18

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1007 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 226.68

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1008 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 455.10

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1009 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 157.89

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1010 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 165.98

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1011 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 362.55

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1012 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 141.51

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1013 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 312.50

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1014 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,456.10

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1015 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 343.79

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1016 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 218.34

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1017 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 130.98

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1018 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 68.42

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1019 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 296.75

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1020 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 85.80

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1021 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 60.91

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1022 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 222.81

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1023 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 536.81

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1024 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 58.88

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1025 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 82.11

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1026 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 59.02

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1027 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 394.04

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1028 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,429.16

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1029 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 371.79

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1030 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 70.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1031 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 72.77

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1032 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 46.63

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1033 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 109.91

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1034 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,420.46

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1035 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 346.77

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1036 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 102.80

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1037 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 54.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1038 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 132.88

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1039 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 343.56

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1040 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 923.88

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1041 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 129.03

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.1042 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 398.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

3.1043 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 196.29

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

3.1044 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 4.52

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

3.1045 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 168.70

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

3.1046 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 362.34

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1047 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 601.02

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1048 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 172.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1049 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.19

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1050 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7.80

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1051 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 45.10

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1052 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 402.02

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1053 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 488.75

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1054 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.55

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1055 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 54.21

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1056 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 119.72

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1057 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 78.39
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1058 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 3,705.88
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1059 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 31.28
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1060 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 146.76
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1061 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 453.65
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | Amount of claim |
|---|---|---|
| 3.1062 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 162.81 |
| 3.1063 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 200.65 |
| 3.1064 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 500.05 |
| 3.1065 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 153.60 |
| 3.1066 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 486.84 |

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1067 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 92.89

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1068 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 136.95

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1069 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 296.20

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1070 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 330.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1071 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 254.79

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1072 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 194.81

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1073 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 480.26

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1074 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 267.06

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1075 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 110.67

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1076 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 246.37

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.1077 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 155.81
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1078 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 1,404.19
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1079 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 181.26
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1080 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 401.59
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1081 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 26.50
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1082 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 163.61

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1083 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 91.85

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1084 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 831.62

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1085 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 516.88

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1086 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 248.58

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1087 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6.40

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1088 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 359.17

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1089 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 199.29

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1090 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,925.78

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1091 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,250.66

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1092 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 348.74

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1093 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 21.88

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1094 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 1,442.85

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1095 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 157.45

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1096 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 395.71

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1097 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 499.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1098 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.87

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1099 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 46.21

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1100 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 377.87

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1101 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 372.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1102 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 94.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1103 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 698.80

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1104 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.62

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1105 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 122.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1106 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.32

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1107 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 396.39

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1108 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 897.26

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1109 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,267.63

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1110 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 167.34

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1111 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 130.16

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1112 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 1,396.32
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1113 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 243.94
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1114 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 96.48
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1115 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 82.12
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1116 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 267.48
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1117 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 94.58

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1118 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 74.28

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1119 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,138.62

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1120 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 578.25

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1121 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 184.78

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1122 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 87.94

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1123 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 48.41

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1124 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.34

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1125 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,239.38

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1126 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 160.37

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1127 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 47.39

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1128 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 329.50

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1129 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 153.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1130 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,285.93

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1131 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 82.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1132 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 473.75

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1133 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 395.80

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1134 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 66.64

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1135 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 271.73

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1136 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 181.83

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1137 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.42

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1138 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1139 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 150.70

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1140 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.11

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1141 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 224.83

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1142 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 933.64
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1143 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 8.46
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1144 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 91.80
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1145 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 204.53
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1146 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 32.96
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1147 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 58.46

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1148 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 627.98

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1149 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 57.15

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1150 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 512.70

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1151 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 38.44

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1152 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 114.05

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1153 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 101.57

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1154 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.68

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1155 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 266.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1156 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 114.79

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1157 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 153.01

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1158 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,860.95

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1159 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.40

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1160 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 128.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1161 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 102.91

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.116 2 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 207.50

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.116 3 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 374.33

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.116 4 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 576.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.116 5 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 85.92

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.116 6 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 73.88

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1167 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 284.74

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1168 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.18

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1169 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,008.36

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1170 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 51.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1171 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 365.19

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1172 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 141.05

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1173 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 558.27

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1174 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 312.41

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1175 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 329.48

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1176 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52.19

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1177 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 208.10

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1178 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 252.24

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1179 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 149.91

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1180 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 186.48

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1181 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,319.59

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1182 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 445.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.1183 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 77.99

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.1184 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 81.69

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.1185 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 669.29

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.1186 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 211.46

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1187 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6.63

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1188 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 192.34

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1189 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 41.97

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1190 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 276.47

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1191 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 536.64

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1192 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 332.64

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1193 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52.29

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1194 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.55

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1195 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.81

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1196 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 536.35

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1197 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 316.37
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1198 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 42.30
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1199 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 957.60
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1200 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 296.36
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1201 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 33.77
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1202 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 182.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1203 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6.04

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1204 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 44.99

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1205 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 50.51

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1206 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.94

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1207 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 267.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1208 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 329.32

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1209 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4.88

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1210 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 247.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1211 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 262.13

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1212 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 106.06

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1213 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 71.35

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1214 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 620.19

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1215 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.82

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1216 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 112.80

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1217 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 614.50

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1218 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7.99

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1219 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 184.33

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1220 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3.99

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1221 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 87.47

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1222 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 275.88

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.1223 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 402.51

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.1224 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 221.89

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.1225 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 329.55

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.1226 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,671.04

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1227 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 383.07

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1228 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 82.13

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1229 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 166.56

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1230 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15.61

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1231 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 780.91

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1232 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 62.73

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1233 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 176.87

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1234 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 72.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1235 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 279.83

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1236 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 676.91

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1237 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 506.49

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1238 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.76

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1239 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 904.80

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1240 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 80.91

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1241 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 312.86

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1242 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 163.17

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1243 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 290.67

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1244 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 803.24

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1245 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 161.03

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1246 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 64.62

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1247 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 531.81

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1248 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 112.10

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1249 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 797.86

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1250 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 702.28

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1251 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2.19

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.1252 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 105.52

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1253 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 717.47

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1254 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 242.68

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1255 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 91.77

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1256 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 60.82

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2:** **Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1257 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 200.03

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1258 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 163.56

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1259 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 129.54

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1260 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 455.76

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1261 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 137.30

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1262 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 118.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1263 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 60.66

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1264 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,331.39

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1265 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 143.35

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1266 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 318.41

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim

**3.1267 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 115.47
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1268 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 1,180.18
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1269 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 337.74
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1270 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 265.04
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1271 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 11.48
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1272 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 135.32

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1273 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 649.49

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1274 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 119.70

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1275 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 45.66

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1276 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 532.95

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1277 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 221.25

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1278 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 119.21

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1279 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 150.11

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1280 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 216.69

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1281 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.55

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1282 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 385.67

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1283 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 252.56

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1284 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 390.24

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1285 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 338.99

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1286 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,246.82

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1287 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 79.08

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1288 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17.71

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1289 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 300.68

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1290 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 116.83

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1291 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1.11

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1292 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 78.68

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1293 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 723.68

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1294 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 237.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1295 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 269.70

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1296 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 273.68

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1297 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 691.37

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1298 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 167.37

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1299 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 76.03

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1300 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 130.63

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1301 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 20.39

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1302 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 218.78

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1303 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.64

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1304 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7.42

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1305 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 380.05

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1306 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 583.02

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1307 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 199.90
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1308 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 257.69
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1309 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 465.23
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1310 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 81.49
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1311 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 513.42
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1312 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 44.57

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1313 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 47.51

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1314 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 45.69

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1315 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 47.27

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1316 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 193.45

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1317 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 416.55

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1318 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 246.33

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1319 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 187.84

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1320 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 175.20

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1321 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 53.13

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1322 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,002.11

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1323 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 428.17

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1324 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 294.37

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1325 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 141.44

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1326 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,991.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1327 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 209.82

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1328 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 40.25

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1329 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 181.97

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1330 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 67.06

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1331 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,048.76

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1332 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 731.25

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1333 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 142.33

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1334 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 111.26

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1335 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.68

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1336 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,411.02

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1337 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,255.54

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1338 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 65.10

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1339 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 100.99

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1340 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 123.51

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1341 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 413.78

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1342 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 897.10

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1343 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 45.32

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1344 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 55.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1345 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 190.66

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1346 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 109.10

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1347 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 156.96

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1348 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 518.59

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1349 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 329.80

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1350 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 303.06

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1351 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 396.82

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1352 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 62.44

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1353 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 607.92

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1354 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 176.08

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1355 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,032.39

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1356 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 103.77

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1357 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 92.06

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1358 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 876.66

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1359 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 93.78

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1360 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 141.56

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1361 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 130.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1362 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 203.48

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1363 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 101.95

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1364 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 184.51

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1365 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1366 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 227.79

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1367 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4.58

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1368 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,306.92

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1369 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,885.80

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1370 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 786.15

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1371 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 46.29

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1372 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,680.46

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1373 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.83

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1374 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 229.47

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1375 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 66.47

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1376 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 176.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1377 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 45.02

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1378 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 176.95

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1379 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 102.63

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1380 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17.77

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1381 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31.17

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1382 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 60.57

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1383 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.92

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1384 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 83.12

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1385 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,439.93

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1386 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,128.56

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.1387 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 106.93

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1388 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 375.22

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1389 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 115.92

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1390 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 211.76

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1391 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 301.73

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1392 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 67.63

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.1393 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 208.48

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.1394 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52.33

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.1395 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 325.42

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.1396 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.32

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1397 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 282.32

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1398 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 979.76

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1399 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 99.98

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1400 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 126.99

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1401 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 401.50

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1402 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.59

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1403 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15.79

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1404 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 430.39

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1405 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 70.21

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1406 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 208.31

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1407 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 493.36

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1408 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 144.18

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1409 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 541.48

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1410 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 400.03

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1411 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 577.85

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1412 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.17

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1413 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 132.73

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1414 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 104.24

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1415 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 115.57

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1416 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 775.96

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1417 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 42.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1418 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 50.55

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1419 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 412.62

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1420 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 253.70

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1421 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,251.94

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.1422 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 293.51

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1423 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,612.73

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1424 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.73

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1425 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 150.84

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1426 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 154.84

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1427 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 262.73

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1428 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 204.19

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1429 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 486.68

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1430 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 139.60

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1431 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 202.74

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1432 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15.75

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1433 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 828.78

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1434 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 46.48

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1435 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 53.98

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1436 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 237.18

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.1437 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 366.85

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1438 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 314.99

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1439 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 72.64

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1440 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 118.94

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1441 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.24

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1442 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 573.20

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1443 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 340.37

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1444 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 321.41

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1445 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 230.16

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1446 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 64.24

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.1447 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 397.40
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1448 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 394.44
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1449 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 180.46
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1450 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 753.20
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1451 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 95.56
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1452 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 139.39

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1453 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 422.46

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1454 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 407.18

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1455 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 81.40

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1456 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,170.49

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1457 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 243.60

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1458 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 390.89

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1459 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6.08

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1460 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 544.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1461 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 157.81

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1462 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 300.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1463 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31.08

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1464 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 90.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1465 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 174.34

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1466 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 89.34

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.1467 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 148.06
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1468 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 113.40
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1469 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 136.38
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1470 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 671.86
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1471 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 214.94
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1472 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 242.43

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1473 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 298.29

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1474 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 242.95

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1475 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 263.32

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1476 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 88.28

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1477 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 53.42

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1478 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 548.86

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1479 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 287.24

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1480 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 397.94

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1481 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 460.44

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1482 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 442.28

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1483 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 209.82

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1484 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 301.43

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1485 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 562.01

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1486 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.05

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1487 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 67.48

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1488 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 187.67

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1489 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 362.19

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1490 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 33.41

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1491 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 553.93

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1492 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 62.34

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1493 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 255.11

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1494 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 605.94

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1495 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.95

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1496 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 86.89

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1497 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 82.77

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1498 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 627.25

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1499 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,456.89

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1500 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 74.21

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1501 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 215.25

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1502 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

$ 214.68

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.1503 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

$ 318.26

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.1504 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

$ 882.69

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.1505 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

$ 295.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.1506 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

$ 74.02

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | **Amount of claim**

3.1507 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 829.05

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1508 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 98.94

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1509 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 230.49

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1510 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 245.26

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1511 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,526.44

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1512 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 111.81

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.1513 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 128.98

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.1514 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 205.48

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.1515 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 323.79

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.1516 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 187.72

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1517 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34.63

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1518 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 548.66

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1519 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 460.76

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1520 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 174.77

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1521 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,187.35

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1522 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 94.49

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1523 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.41

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1524 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1525 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 399.29

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1526 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 244.45

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1527 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 216.28

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1528 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 41.85

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1529 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.30

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1530 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.01

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1531 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 132.41

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1532 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 104.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1533 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 493.61

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1534 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 605.87

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1535 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 118.63

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1536 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 137.58

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim

3.1537 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 567.84
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1538 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 67.70
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1539 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 309.48
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1540 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 27.66
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1541 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 1,398.54
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | **Amount of claim**

**3.1542 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 113.36

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1543 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.31

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1544 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 161.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1545 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 766.85

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1546 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 888.43

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1547 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 313.87

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1548 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1549 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 84.87

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1550 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 59.03

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1551 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,426.68

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1552 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 102.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1553 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 70.94

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1554 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 56.83

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1555 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 121.20

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1556 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 116.80

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1557 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 440.74

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1558 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 215.24

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1559 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 109.76

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1560 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 554.55

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1561 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 570.44

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1562 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 86.72

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1563 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 61.70

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1564 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,703.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1565 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 304.16

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1566 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 67.04

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1567 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 199.42

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1568 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 118.69

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1569 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 424.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1570 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 163.81

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1571 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 189.48

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1572 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 550.36

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.1573 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5.80

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.1574 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 519.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.1575 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 226.05

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.1576 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 596.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1577 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 150.98

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1578 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1579 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 346.42

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1580 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 110.60

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1581 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4.70

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1582 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 40.24

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1583 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 203.63

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1584 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 81.76

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1585 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 341.68

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1586 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 158.44

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1587 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 41.93

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1588 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 139.43

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1589 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 253.75

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1590 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6.49

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1591 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.93

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.1592 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 143.46

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1593 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 63.67

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1594 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 388.46

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1595 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 160.58

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1596 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 66.61

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1597 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 145.27

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1598 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 503.43

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1599 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 134.26

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1600 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7.03

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1601 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15.70

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1602 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 392.46

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1603 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 308.70

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1604 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 39.20

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1605 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 316.44

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1606 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 236.17

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1607 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 210.07

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1608 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 147.69

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1609 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 55.07

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1610 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 153.40

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1611 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 199.51

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1612 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.82

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1613 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 132.78

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1614 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31.12

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1615 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 174.23

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1616 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,123.01

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1617 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 168.76
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1618 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 135.43
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1619 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 567.58
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1620 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 5.91
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1621 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 560.57
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | Amount of claim |
|---|---|---|
| 3.1622 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 575.51 |
| 3.1623 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 165.70 |
| 3.1624 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 236.51 |
| 3.1625 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 217.23 |
| 3.1626 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 32.98 |

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1627 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 176.73

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1628 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 402.48

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1629 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2.41

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1630 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 389.76

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1631 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 327.39

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1632 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 211.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1633 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 107.83

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1634 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 566.26

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1635 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 103.86

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1636 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 68.03

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1637 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 345.62

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1638 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 548.70

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1639 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 101.69

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1640 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25.93

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1641 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 46.39

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1642 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 936.11

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.1643 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 86.03

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.1644 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 5.31

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.1645 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 142.47

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.1646 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 754.17

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.1647 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 203.16

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1648 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 220.12

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1649 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 746.21

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1650 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 175.25

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1651 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 182.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1652 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 323.79

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1653 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 156.31

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1654 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 129.71

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1655 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 104.45

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1656 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 101.04

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1657 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 317.99

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1658 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 837.97

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1659 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 231.11

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1660 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 47.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1661 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 263.30

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1662 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 36.35

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1663 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 135.92

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1664 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 149.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1665 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 67.04

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1666 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 76.03

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1667 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 257.83

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1668 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 402.34

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1669 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 135.23

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1670 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 995.62

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1671 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 200.18

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | **Amount of claim**

3.1672 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 564.68

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1673 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 192.15

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1674 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 26.96

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1675 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 56.81

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1676 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 8.94

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1677 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.24

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1678 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 303.25

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1679 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 233.89

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1680 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 76.03

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1681 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 304.36

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1682 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 122.28

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1683 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 137.24

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1684 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 312.30

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1685 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 59.99

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1686 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 94.62

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1687 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 837.25
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1688 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 317.49
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1689 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 76.51
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1690 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 238.92
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1691 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 69.48
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1692 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 349.31

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1693 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 445.02

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1694 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 291.04

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1695 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 394.98

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1696 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 133.18

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.1697 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.98

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1698 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 111.10

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1699 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 65.73

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1700 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 267.03

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1701 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 75.18

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1702 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 146.80

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1703 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 339.80

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1704 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.45

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1705 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 103.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1706 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 67.35

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1707 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 341.99
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1708 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 56.23
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1709 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 899.90
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1710 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 89.93
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1711 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 316.70
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.1712 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 22.70
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1713 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 220.71
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1714 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 826.43
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1715 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 40.03
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1716 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 55.69
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1717 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.44

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1718 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 206.29

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1719 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 420.89

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1720 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 418.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1721 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 109.10

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1722 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 111.78

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1723 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 114.70

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1724 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 46.46

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1725 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 396.94

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1726 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 583.64

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1727 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16.41

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1728 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23.38

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1729 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 58.38

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1730 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 231.50

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1731 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 197.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1732 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 119.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1733 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 143.60

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1734 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 220.34

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1735 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.19

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1736 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 77.18

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1737 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 357.80
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1738 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 190.44
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1739 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 46.82
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1740 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 2,622.79
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1741 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 434.29
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1742 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,538.70

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1743 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 326.33

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1744 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 423.74

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1745 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 65.69

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1746 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3.55

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1747 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 47.15

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.1748 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 44.86

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.1749 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 312.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.1750 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,616.80

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.1751 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 127.52

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1752 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 258.57

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1753 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 517.28

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1754 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 517.52

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1755 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 95.07

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1756 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 71.74

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1757 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.27

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1758 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 54.67

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1759 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 169.41

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1760 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 260.30

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1761 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 298.73

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1762 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 969.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1763 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 227.46

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1764 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 108.35

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1765 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 255.64

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1766 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,693.61

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1767 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 307.57

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1768 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 374.88

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1769 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 447.04

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1770 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 536.24

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1771 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 89.67

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1772 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 459.17

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1773 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,419.64

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1774 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 792.18

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1775 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 374.63

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1776 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 150.74

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1777 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.26

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1778 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4.80

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1779 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 267.97

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1780 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 214.48

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1781 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4.99

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1782 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 169.02

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1783 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 97.57

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1784 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 43.75

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1785 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 108.59

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1786 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 173.20

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1787 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.56

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1788 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 113.26

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1789 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 474.43

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1790 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 371.78

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1791 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 118.67

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1792 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 176.80

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1793 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 284.39

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1794 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,074.54

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1795 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 154.83

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1796 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 112.68

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.1797 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 66.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1798 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 280.95

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1799 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 99.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1800 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 193.01

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1801 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 82.46

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1802 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 307.42

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1803 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 225.98

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1804 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 24.29

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1805 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 315.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1806 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 87.35

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1807 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 25.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.1808 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 77.71

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.1809 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 105.56

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.1810 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 769.46

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.1811 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 584.55

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1812 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 79.41

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1813 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 386.13

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1814 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 267.62

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1815 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 392.77

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1816 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 175.82

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1817 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 429.46

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.1818 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 138.82

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.1819 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 559.96

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.1820 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.45

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.1821 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,034.68

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | **Amount of claim**

3.1822 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 98.97

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1823 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 579.72

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1824 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 253.57

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1825 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 232.33

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1826 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 140.15

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1827 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 63.18

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1828 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 350.78

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1829 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 141.76

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1830 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 201.01

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1831 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 171.50

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1832 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1833 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.80

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1834 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 100.49

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1835 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 124.47

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1836 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 684.71

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1837 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 464.07

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1838 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 87.08

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1839 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 182.74

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1840 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 228.87

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1841 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 48.78

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1842 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 83.85

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1843 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,116.56

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1844 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 244.72

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1845 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52.42

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1846 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 20.46

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1847 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 125.66

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1848 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 454.36

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1849 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,136.95

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1850 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 629.96

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1851 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 114.08

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1852 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 175.44

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1853 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17.52

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1854 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 247.99

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1855 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 199.38

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1856 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,604.72

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1857 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,311.15

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1858 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 39.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1859 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 89.34

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1860 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 205.06

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1861 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 985.81

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1862 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 113.11

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1863 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 57.67

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1864 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,303.28

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1865 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,401.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1866 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1867 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 163.13

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1868 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 393.15

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1869 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 67.23

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1870 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 275.83

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1871 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 116.54

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1872 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1873 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 55.69

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1874 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,088.27

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1875 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 267.03

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1876 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.78

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1877 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 94.31

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1878 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 196.98

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1879 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 30.41

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1880 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 156.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1881 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 375.03

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1882 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 587.32

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1883 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 18.70

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1884 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 148.43

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1885 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,815.72

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1886 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 50.49

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1887 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 179.20

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1888 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 308.36

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1889 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.07

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1890 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 601.75

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1891 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 69.55

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1892 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 106.56

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1893 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 409.07

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1894 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 291.91

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1895 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 221.49

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1896 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,576.06

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1897 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 253.15

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.1898 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 498.47

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.1899 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 614.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.1900 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 260.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.1901 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 66.71

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Part 2:** **Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1902 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 292.89

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1903 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 209.58

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1904 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 236.66

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1905 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 602.05

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1906 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,497.19

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1907 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 18.54

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1908 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 288.72

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1909 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 148.02

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1910 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.93

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1911 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 200.80

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1912 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 195.21

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1913 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 388.34

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1914 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 167.91

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1915 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 53.38

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1916 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 110.95

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1917 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 172.06

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1918 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 135.66

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1919 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 70.94

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1920 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 228.02

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1921 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 377.10

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1922 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 474.37

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1923 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 801.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1924 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7.20

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1925 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 239.62

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1926 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 179.41

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1927 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17.37

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1928 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 584.83

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1929 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 99.24

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1930 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 710.93

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1931 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4.95

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1932 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 174.63

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1933 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 362.54

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1934 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 84.02

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1935 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6.18

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1936 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 943.89

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1937 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.07

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1938 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.05

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1939 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 333.64

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1940 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 62.89

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1941 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 174.75

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1942 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 290.71

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1943 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 491.37

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1944 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 360.18

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1945 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 220.42

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1946 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 77.83

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1947 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 117.36

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1948 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 253.34

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1949 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,120.23

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1950 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 211.72

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1951 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 472.04

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1952 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 132.92

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1953 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 117.25

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1954 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 113.05

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1955 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 210.50

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1956 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 204.84

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1957 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 128.33

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1958 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 309.82

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1959 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 252.09

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1960 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 152.20

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1961 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 222.68

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1962 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52.62

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1963 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 385.68

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1964 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 87.19

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1965 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 658.36

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1966 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 142.39

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1967 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 238.45

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1968 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 91.72

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1969 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 95.31

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1970 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.08

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1971 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.47

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1972 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,457.24

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1973 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1974 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 74.93

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1975 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 994.85

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1976 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 976.66

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1977 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 174.08

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1978 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.04

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1979 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 370.59

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1980 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,429.28

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1981 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 166.86

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** — **Amount of claim**

**3.1982 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 481.74

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1983 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6.76

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1984 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 397.45

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1985 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 64.95

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.1986 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 53.67

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.1987 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 602.70

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.1988 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 88.56

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.1989 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,056.17

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.1990 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 51.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.1991 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 69.61

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1992 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 108.43

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1993 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 346.26

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1994 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 628.32

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1995 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 827.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1996 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,530.04

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.1997 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 161.26

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1998 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 434.55

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.1999 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 77.25

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2000 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 201.15

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2001 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 198.43

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2002 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 117.31

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2003 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 262.75

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2004 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 143.49

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2005 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 882.50

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2006 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 68.32

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2007 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 143.52

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2008 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.70

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2009 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 266.77

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2010 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 84.59

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2011 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 750.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2012 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6.57

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2013 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 46.03

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2014 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 225.67

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2015 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 139.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2016 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 122.98

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.2017 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2018 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 421.18

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2019 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.05

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2020 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 145.06

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2021 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3.76

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2022 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 56.64

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2023 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 524.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2024 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.07

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2025 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 68.28

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2026 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 255.40

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | Amount of claim |
|---|---|---|
| 3.2027 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 465.13 |
| 3.2028 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 6.10 |
| 3.2029 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 94.24 |
| 3.2030 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 14.06 |
| 3.2031 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 123.89 |

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2032 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 293.26

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2033 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 312.02

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2034 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3.63

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2035 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 204.49

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2036 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 38.96

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2037 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 505.91

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2038 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 356.89

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2039 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 24.85

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2040 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 172.83

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2041 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 221.19

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2042 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 246.96

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2043 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 440.57

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2044 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 547.04

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2045 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2046 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7.42

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2047 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 163.69

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2048 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 500.25

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2049 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 177.21

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2050 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 637.54

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2051 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 605.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2052 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 282.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2053 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 216.50

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2054 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 56.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2055 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.46

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2056 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 45.11

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2057 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 174.49

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2058 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 50.06

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2059 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 163.12

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2060 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 309.60

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2061 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 74.55

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2062 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 256.45

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2063 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 718.87

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2064 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 424.43

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2065 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31.51

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2066 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 249.61

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2067 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 119.66

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2068 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 69.12

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2069 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 256.17

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2070 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 785.23

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2071 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 185.89

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2072 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 165.13

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2073 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 263.31

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2074 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 64.21

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2075 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 118.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2076 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 74.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2077 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 149.89

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2078 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 67.83

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2079 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 509.23

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2080 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.16

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2081 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.54

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.2082 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 682.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2083 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.68

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2084 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 112.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2085 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 144.91

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2086 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 55.82

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2087 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 538.73

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2088 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 292.69

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2089 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 129.30

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2090 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 117.07

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2091 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 185.43

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

3.2092 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 21.09
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2093 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 901.98
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2094 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 72.90
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2095 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 2,388.37
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2096 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 168.81
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2097 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 148.71

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.2098 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15.29

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.2099 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 81.02

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.2100 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.85

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.2101 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 93.52

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Part 2: Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | Amount of claim |
|---|---|---|
| 3.2102 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION | $ 164.95 |
| **Date or dates debt was incurred**<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3.2103 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION | $ 17.36 |
| **Date or dates debt was incurred**<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3.2104 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION | $ 1,050.05 |
| **Date or dates debt was incurred**<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3.2105 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION | $ 1,002.72 |
| **Date or dates debt was incurred**<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3.2106 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION | $ 2,376.18 |
| **Date or dates debt was incurred**<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2107 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 695.27

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2108 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 120.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2109 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 57.74

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2110 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 459.97

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2111 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 657.98

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2112 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 422.03

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2113 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 529.94

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2114 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 452.98

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2115 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 821.18

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2116 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 46.87

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.2117 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.86

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2118 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 460.07

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2119 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 198.64

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2120 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2.70

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2121 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 428.11

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2122 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 214.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2123 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 164.05

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2124 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23.25

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2125 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 100.49

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2126 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,080.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.2127 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 292.06

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2128 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 265.01

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2129 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16.46

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2130 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 46.45

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2131 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 292.32

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.2132 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 112.85

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2133 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 187.06

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2134 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 630.70

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2135 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34.42

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2136 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 243.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2137 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 1,400.89
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2138 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 125.44
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2139 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 1,109.58
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2140 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 235.31
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2141 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 349.37
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2142 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 118.32

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2143 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 575.45

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2144 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 371.84

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2145 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 36.55

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2146 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 181.15

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.2147 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 284.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2148 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 591.44

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2149 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 231.17

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2150 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 85.40

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2151 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 225.34

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2152 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 101.02

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2153 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 345.85

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2154 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 105.50

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2155 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 382.99

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2156 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 44.20

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2157 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 231.78

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2158 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5.15

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2159 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 446.91

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2160 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1.24

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2161 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 128.40

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2162 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 547.42

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2163 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 156.42

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2164 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 722.70

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2165 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 782.82

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2166 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7.93

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2167 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 268.43

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2168 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 651.30

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2169 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 68.37

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2170 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 124.79

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2171 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 524.35

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2172 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34.11

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2173 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 629.63

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2174 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 434.41

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2175 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 117.49

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2176 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 70.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2177 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 105.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2178 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 910.99

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2179 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 151.67

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2180 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1.15

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2181 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 74.61

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.2182 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 601.55

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2183 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52.15

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2184 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 153.59

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2185 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 667.02

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2186 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 690.28

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.2187 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,537.64

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2188 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 365.03

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2189 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 244.27

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2190 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 383.59

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2191 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim

3.2192 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 4.63
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2193 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 234.24
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2194 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 627.12
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2195 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 137.04
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2196 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 271.30
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2197 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 219.32

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2198 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 149.89

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2199 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 230.43

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2200 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 524.38

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2201 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 121.75

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2202 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 42.62

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2203 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 524.11

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2204 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 445.81

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2205 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 238.80

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2206 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 326.25

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2207 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 226.56

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2208 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 262.31

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2209 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 85.97

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2210 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 258.15

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2211 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 216.70

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2212 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 66.78

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2213 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 734.61

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2214 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 225.47

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2215 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 95.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2216 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 982.88

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2217 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 336.17

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2218 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 129.49

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2219 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 567.71

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2220 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 40.40

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2221 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 438.96

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.2222 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 24.57

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2223 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,330.43

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2224 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 76.50

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2225 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 74.23

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2226 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 727.56

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.2227 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 73.91

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2228 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.18

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2229 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.93

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2230 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15.07

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2231 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 66.72

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2232 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 678.50

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2233 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 139.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2234 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 118.04

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2235 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 695.60

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2236 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 328.71

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.2237 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 476.08

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.2238 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 104.70

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.2239 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 325.12

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.2240 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 581.73

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.2241 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 25.62

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2242 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 184.81

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2243 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.63

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2244 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 76.43

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2245 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 440.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2246 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 928.67

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2247 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 953.44
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2248 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 164.03
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2249 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 224.77
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2250 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 195.21
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2251 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 72.62
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2252 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 46.81

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2253 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 92.27

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2254 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 166.98

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2255 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 145.86

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2256 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 515.72

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2257 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 311.87

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2258 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 267.85

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2259 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 128.66

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2260 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 196.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2261 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 389.86

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2262 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 788.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2263 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 80.74

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2264 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 109.62

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2265 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 180.91

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2266 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 117.56

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2267 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 83.29

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.2268 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 211.38

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.2269 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 412.95

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.2270 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,030.09

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.2271 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,313.30

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.2272 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5.98

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.2273 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 322.93

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.2274 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.49

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.2275 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 364.97

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.2276 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 127.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2277 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 276.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2278 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 148.44

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2279 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 72.81

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2280 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 162.84

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2281 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6.72

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2282 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 47.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2283 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 353.80

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2284 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 91.30

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2285 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 214.44

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2286 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 67.86

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.2287 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 250.71

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2288 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 425.39

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2289 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 627.44

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2290 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 337.11

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2291 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 740.43

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2292 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 70.97

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2293 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 93.58

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2294 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 480.11

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2295 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,330.88

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2296 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 45.69

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.2297 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 204.10

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2298 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 50.06

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2299 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 714.03

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2300 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15.01

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2301 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 128.62

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.2302 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 87.69

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.2303 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 590.83

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.2304 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7.66

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.2305 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 118.15

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.2306 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 139.68

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.2307 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 212.87

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2308 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 370.34

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2309 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 68.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2310 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 960.37

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2311 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 217.89

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2312 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6.89

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2313 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 187.59

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2314 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.61

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2315 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 292.95

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2316 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 102.81

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2317 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 90.54

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2318 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 74.01

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2319 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 341.35

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2320 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16.58

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2321 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 80.01

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2322 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 374.14
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2323 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 1,498.14
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2324 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 242.35
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2325 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 6.29
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2326 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 253.39
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2327 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 240.27

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2328 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 159.69

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2329 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,028.60

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2330 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 381.28

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2331 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 203.84

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2332 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 305.05

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2333 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 298.21

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2334 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 115.91

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2335 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 259.94

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2336 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 353.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2337 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,525.94

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2338 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 154.60

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2339 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 59.11

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2340 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 134.76

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2341 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 568.39

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.2342 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 244.14
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2343 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 26.53
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2344 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 313.26
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2345 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 54.97
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2346 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 352.52
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.2347 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 33.21

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2348 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 68.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2349 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 111.85

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2350 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52.62

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2351 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 69.51

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2352 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 39.20

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2353 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 276.30

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2354 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 330.48

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2355 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 89.60

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2356 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 80.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2357 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 103.30

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2358 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 63.45

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2359 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 220.13

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2360 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2361 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 514.36

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2362 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 226.91

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2363 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 151.17

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2364 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.54

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2365 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 38.23

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2366 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 97.84

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2367 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 831.37

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2368 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 138.54

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2369 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3.35

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2370 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 259.77

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2371 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 430.66

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2372 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 124.20

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2373 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 386.33

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2374 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 365.03

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2375 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 18.60

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2376 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.73

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2377 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,061.07

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2378 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 94.61

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2379 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16.09

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2380 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 892.28

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2381 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 45.98

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2382 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.93

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2383 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 513.21

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2384 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 491.23

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2385 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 148.47

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2386 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 242.43

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2387 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 116.35

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2388 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25.29

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2389 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 728.08

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2390 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 91.20

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2391 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 747.24

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2392 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 133.14
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2393 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 40.65
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2394 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 201.85
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2395 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 167.70
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2396 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 18.52
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2397 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 424.44

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2398 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 83.67

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2399 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 681.38

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2400 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 608.25

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2401 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 298.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.2402 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,310.76

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2403 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 194.62

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2404 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 322.30

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2405 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 127.81

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2406 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 134.84

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2407 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,419.34

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2408 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,850.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2409 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 493.92

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2410 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 187.94

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2411 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 42.77

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.2412 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 215.64

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2413 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5.81

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2414 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 315.61

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2415 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 87.71

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2416 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 123.74

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2417 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 813.69

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2418 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 671.20

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2419 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7.88

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2420 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 232.57

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2421 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 94.18

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2422 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 136.16

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2423 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 208.80

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2424 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 314.77

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2425 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 248.26

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2426 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 235.25

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2427 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 803.51

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2428 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 995.60

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2429 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 701.42

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2430 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.06

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2431 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 112.67

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.2432 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 475.03

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2433 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.55

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2434 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 463.26

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2435 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 498.58

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2436 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 558.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | **Amount of claim**

3.2437 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5.37

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2438 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 751.07

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2439 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 225.93

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2440 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 88.99

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2441 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 94.87

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.2442 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 349.92

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2443 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 473.74

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2444 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 305.10

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2445 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 39.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2446 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 296.01

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.2447 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 690.67

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2448 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 461.67

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2449 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 222.07

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2450 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,384.23

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2451 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 215.06

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.2452 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 265.81

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2453 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 132.17

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2454 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 145.47

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2455 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6.71

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2456 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 351.94

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2457 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 253.81

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2458 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 232.79

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2459 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.83

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2460 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 180.27

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2461 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 443.42

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2462 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 438.51

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2463 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 320.33

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2464 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 47.81

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2465 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 81.97

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2466 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 387.84

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2467 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,978.25

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2468 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 242.99

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2469 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,156.30

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2470 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16.12

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2471 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 385.37

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2472 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 80.55
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2473 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 147.54
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2474 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 126.85
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2475 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 101.26
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2476 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 211.88
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2477 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 166.13

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.2478 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 29.30

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.2479 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 51.64

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.2480 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 168.62

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.2481 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 866.79

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.2482 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 485.75

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2483 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 78.59

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2484 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 278.31

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2485 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 106.46

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2486 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 303.30

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2487 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 70.04

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2488 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 672.24

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2489 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 152.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2490 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 110.25

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2491 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 442.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2492 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 30.61

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2493 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 321.75

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2494 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 186.45

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2495 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.23

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2496 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 66.52

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2497 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 536.84

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2498 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 363.38

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2499 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 42.64

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2500 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 32.16

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2501 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 241.51

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2502 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 42.75

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.2503 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 208.97

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.2504 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 182.60

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.2505 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 77.31

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.2506 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 155.52

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2507 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 139.79

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2508 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 39.82

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2509 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 694.55

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2510 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 201.89

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2511 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.56

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2512 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 125.08

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2513 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 112.43

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2514 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16.75

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2515 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 125.76

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2516 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 682.02

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2517 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23.43

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2518 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 484.59

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2519 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 149.25

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2520 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 307.49

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2521 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,856.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2522 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,792.40

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2523 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 39.98

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2524 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 45.03

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2525 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 269.55

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2526 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.74

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2527 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 48.17

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2528 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 87.57

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2529 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 155.79

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2530 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 189.95

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2531 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 241.57

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2532 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 87.15

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2533 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 141.79

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2534 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 74.10

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2535 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 247.80

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2536 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 768.21

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.2537 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 288.10

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2538 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 109.97

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2539 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 336.56

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2540 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 274.83

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2541 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 948.34

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.2542 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 55.64

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2543 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 305.33

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2544 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 202.05

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2545 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 415.13

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2546 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 320.03

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2547 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 652.54

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2548 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 462.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2549 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 186.82

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2550 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 62.31

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2551 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 120.95

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2552 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 67.12

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2553 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 103.80

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2554 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 617.59

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2555 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 141.39

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2556 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 362.09

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.2557 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 155.25

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2558 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 349.62

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2559 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,273.30

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2560 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 185.64

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2561 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 911.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.2562 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 359.95

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2563 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 916.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2564 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 149.77

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2565 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 271.07

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2566 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 487.61

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2567 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 404.51
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2568 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 372.30
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2569 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 614.85
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2570 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 21.74
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2571 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 352.88
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.2572 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 143.13

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2573 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 165.87

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2574 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 464.91

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2575 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31.60

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2576 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 461.84

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2577 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 268.49

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2578 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 107.86

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2579 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 370.95

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2580 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 312.15

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2581 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31.70

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2582 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 560.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2583 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 484.15

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2584 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 344.24

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2585 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 41.92

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2586 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 374.18

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2587 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 75.48

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2588 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 367.35

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2589 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 73.57

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2590 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 341.81

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2591 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 98.11

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.2592 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 542.92

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2593 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 419.47

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2594 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 134.59

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2595 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4.66

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2596 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 208.04

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2597 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 93.87

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2598 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,033.63

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2599 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 227.35

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2600 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 156.10

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2601 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.88

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2602 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.12

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2603 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 134.71

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2604 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 260.74

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2605 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.89

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2606 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 105.62

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2607 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 190.91

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2608 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 615.37

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2609 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 130.76

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2610 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 35.07

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2611 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4.56

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2612 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 631.71

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2613 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34.92

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2614 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 175.72

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2615 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 233.99

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2616 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 180.74

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.2617 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 212.19

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2618 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 373.80

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2619 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 98.32

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2620 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 55.84

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2621 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 314.02

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2622 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 162.70

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2623 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 116.69

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2624 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 660.27

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2625 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 229.38

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2626 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 422.27

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2627 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 168.97

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2628 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 119.01

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2629 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 36.86

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2630 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.06

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2631 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.92

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2632 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7.63

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2633 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34.26

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2634 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,788.09

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2635 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 244.95

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2636 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 319.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2637 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 239.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2638 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 91.78

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2639 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 38.34

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2640 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 152.13

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2641 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 149.11

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2642 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 308.24

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2643 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 134.37

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2644 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 145.37

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2645 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 79.91

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2646 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 863.79

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2647 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 290.40

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2648 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 71.97

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2649 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 535.31

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2650 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2.73

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2651 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 211.10

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2652 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 595.01

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.2653 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 45.68

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.2654 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 88.57

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.2655 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 63.24

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.2656 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 228.31

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2657 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 30.07

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2658 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 126.20

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2659 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 155.24

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2660 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 173.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2661 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 45.82

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.2662 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 89.49

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.2663 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 16.31

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.2664 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 2,276.20

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.2665 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 39.18

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.2666 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 226.82

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.2667 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 767.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2668 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 82.78

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2669 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 247.50

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2670 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 125.88

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2671 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 103.87

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2672 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 92.18

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2673 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 339.88

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2674 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.76

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2675 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 571.24

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2676 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 896.33

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2677 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17.34

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2678 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4.75

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2679 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 142.27

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2680 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 936.44

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2681 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 848.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2682 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 179.01

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2683 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 575.67

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2684 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 134.06

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2685 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 169.25

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2686 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 50.13

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.2687 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 1.25

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2688 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 509.78

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2689 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 191.83

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2690 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 516.08

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2691 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 74.87

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2692 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 162.15

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2693 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 269.55

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2694 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.27

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2695 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 171.05

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2696 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 294.33

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2697 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 53.42

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2698 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 380.67

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2699 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 318.02

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2700 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 47.60

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2701 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 35.88

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.2702 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 81.74

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2703 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 125.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2704 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 250.30

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2705 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 144.80

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2706 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 174.57

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.2707 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 143.15

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2708 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 68.18

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2709 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.27

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2710 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 64.96

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2711 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 51.84

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2712 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 343.51

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2713 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 824.50

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2714 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,020.91

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2715 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 35.33

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2716 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 96.99

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2717 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,952.78

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.2718 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 38.30

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.2719 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 63.50

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.2720 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 101.78

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.2721 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 368.59

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.2722 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 169.02

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2723 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,444.75

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2724 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 102.03

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2725 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.08

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2726 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 352.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2727 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 481.37

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2728 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 292.83

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2729 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 170.62

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2730 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 963.55

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2731 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 174.26

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2732 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 118.27

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2733 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 160.26

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2734 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 86.79

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2735 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 700.23

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2736 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 188.64

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2737 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 145.03

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2738 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,103.54

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2739 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 220.93

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2740 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 453.29

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2741 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 343.45

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2742 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 121.40

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2743 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 231.85

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2744 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 225.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2745 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 142.46

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2746 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.36

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2747 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,123.88

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2748 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.04

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2749 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 78.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2750 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 44.06

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2751 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 71.86

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2752 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 283.93

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2753 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 91.63

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2754 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 255.89

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2755 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 48.85

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2756 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 46.32

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2757 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 112.84

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2758 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 170.94

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2759 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 865.07

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2760 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 414.55

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2761 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 228.88

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.2762 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 50.84

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2763 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 290.63

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2764 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 167.51

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2765 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 952.97

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2766 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 413.35

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.2767 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 236.85

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2768 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.15

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2769 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.48

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2770 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 894.98

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2771 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 463.18

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2772 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 115.34

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2773 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 143.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2774 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 155.51

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2775 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 53.29

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2776 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 203.41

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2777 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 98.70

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2778 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 84.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2779 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 68.97

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2780 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 268.63

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2781 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.97

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2782 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 42.68

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2783 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15.51

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2784 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,172.42

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2785 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 203.69

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2786 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 280.95

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2787 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.47

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2788 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 354.69

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2789 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 381.38

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2790 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 394.48

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2791 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 189.83

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2792 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 256.47
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2793 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 188.78
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2794 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 82.73
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2795 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 188.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2796 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 76.77
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2797 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 347.07

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.2798 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 46.06

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.2799 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7.59

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.2800 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 454.19

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.2801 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 138.47

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2802 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 157.34

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2803 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 634.77

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2804 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 84.81

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2805 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 189.21

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2806 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 619.58

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.2807 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,218.72

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2808 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 221.17

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2809 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 168.96

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2810 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 35.12

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2811 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 277.21

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2812 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 213.85

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2813 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3.35

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2814 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 775.55

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2815 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 235.05

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2816 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 36.82

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2817 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.27

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2818 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17.06

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2819 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2820 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 232.69

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2821 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.95

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.2822 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 470.55

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2823 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 404.80

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2824 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7.08

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2825 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 181.52

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2826 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 182.60

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2827 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 343.94

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2828 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 50.59

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2829 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 283.03

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2830 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 40.32

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2831 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,095.31

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.2832 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 55.93

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.2833 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.06

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.2834 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 298.69

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.2835 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 283.31

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.2836 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 300.33

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.2837 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,145.40

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2838 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 150.57

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2839 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 157.57

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2840 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2841 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 63.16

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2842 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 165.37

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2843 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 54.88

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2844 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 76.91

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2845 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,386.44

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2846 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 542.64

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2847 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 33.77

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2848 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 221.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2849 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 292.88

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2850 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 370.49

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2851 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 197.19

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.2852 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 309.95

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2853 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 426.05

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2854 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 192.51

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2855 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 57.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2856 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 78.99

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2857 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 153.83

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2858 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.37

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2859 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.15

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2860 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 658.94

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2861 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 153.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2862 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 130.77

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2863 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 201.97

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2864 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 91.06

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2865 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 159.71

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2866 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 462.27

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2867 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4.03

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2868 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 131.70

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2869 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31.99

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2870 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 906.75

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2871 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 340.54

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2872 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 125.42

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2873 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 94.59

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2874 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 437.02

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2875 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,480.58

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2876 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15.30

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2877 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 310.25

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2878 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 540.30

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2879 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 85.42

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2880 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,080.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2881 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.2882 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 117.81

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2883 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 108.39

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2884 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 94.69

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2885 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 114.82

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2886 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 984.82

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2887 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 314.36

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2888 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 280.88

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2889 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 307.20

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2890 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 62.21

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2891 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 327.10

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2892 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 86.71

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2893 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 202.48

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2894 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 434.88

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2895 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 128.67

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2896 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 861.76

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2897 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 280.31

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2898 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 406.06

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2899 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,560.52

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2900 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 45.51

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2901 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 154.33

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2902 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 77.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2903 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 146.62

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2904 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,171.43

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2905 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 222.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2906 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34.83

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2907 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 67.46

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2908 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 696.78

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2909 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 173.26

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2910 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,041.39

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2911 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4.55

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.2912 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 68.04

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.2913 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 87.82

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.2914 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 953.13

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.2915 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 103.11

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.2916 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 58.26

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2917 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 348.64

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2918 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 121.25

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2919 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 67.64

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2920 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 395.06

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2921 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.31

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2922 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 641.59

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2923 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 247.51

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2924 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 156.44

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2925 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 136.74

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2926 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 274.82

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2927 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 199.70

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2928 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 109.67

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2929 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.71

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2930 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2931 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 42.57

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.2932 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 302.89

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2933 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 293.56

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2934 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 57.86

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2935 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 45.04

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2936 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,014.52

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2937 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 140.80
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2938 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 5.62
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2939 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 86.61
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2940 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 1,474.18
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2941 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 431.04
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2942 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 24.56

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2943 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 56.03

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2944 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 40.97

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2945 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 57.43

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2946 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 118.59

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.2947 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 345.61
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2948 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 307.99
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2949 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 62.40
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2950 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 357.99
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2951 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 954.35
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2952 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 155.20

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2953 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16.84

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2954 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,195.21

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2955 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.57

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2956 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 112.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2957 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,012.66

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2958 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 45.08

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2959 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 46.96

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2960 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 146.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2961 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 259.84

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2962 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 84.62

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2963 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 194.23

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2964 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 227.28

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2965 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 244.24

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2966 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 336.23

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.2967 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 364.78

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2968 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 520.70

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2969 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 292.25

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2970 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6.54

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2971 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 155.20

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2972 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 336.67

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2973 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 203.46

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2974 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 30.12

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2975 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 561.25

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2976 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 136.28

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.2977 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 599.98

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2978 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 93.15

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2979 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 279.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2980 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 309.74

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2981 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 236.88

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2982 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 821.39

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2983 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 923.74

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2984 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 324.03

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2985 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 806.97

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2986 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 318.74

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2987 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 575.25

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2988 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 628.05

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2989 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 991.40

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2990 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 207.66

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2991 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 65.28

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.2992 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 50.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2993 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 36.64

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2994 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 58.08

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2995 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 231.61

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2996 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 201.39

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.2997 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,102.29

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2998 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 245.83

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.2999 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 246.64

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3000 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 274.82

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3001 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,389.42

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.3002 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 288.12

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3003 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 138.57

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3004 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 244.59

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3005 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 761.30

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3006 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 485.52

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3007 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 47.45

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3008 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 154.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3009 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 87.76

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3010 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1.20

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3011 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 267.74

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3012 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 216.41

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3013 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 246.62

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3014 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 306.29

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3015 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 120.27

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3016 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,137.37

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3017 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 638.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3018 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 151.80

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3019 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 410.49

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3020 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 241.16

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3021 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 143.88

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3022 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 70.59

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3023 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 475.81

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3024 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 141.07

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3025 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 721.26

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3026 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 247.08

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3027 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 237.03
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3028 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 7.51
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3029 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 6.53
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3030 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 863.75
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3031 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 83.69
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3032 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 461.54

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3033 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 304.06

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3034 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 39.77

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3035 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.89

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3036 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,139.79

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3037 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 61.67

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3038 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 167.36

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3039 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 195.76

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3040 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 678.02

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3041 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 277.95

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3042 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 288.98

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3043 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 297.55

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3044 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 554.29

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3045 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 180.69

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3046 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 69.36

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.3047 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,148.99

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3048 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 122.28

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3049 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 99.08

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3050 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 42.94

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3051 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 309.68

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.3052 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 60.25

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3053 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 256.35

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3054 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 732.43

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3055 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 71.67

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3056 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 118.59

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3057 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,008.32

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3058 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 567.60

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3059 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.45

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3060 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,152.36

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3061 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.04

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3062 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 134.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3063 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 682.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3064 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 419.78

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3065 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 90.93

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3066 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 86.35

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3067 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 931.31

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3068 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 339.56

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3069 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 529.25

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3070 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 497.13

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3071 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 104.40

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.3072 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 167.07

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3073 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 83.24

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3074 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31.08

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3075 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 56.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3076 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 993.60

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3077 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 428.88

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3078 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 606.17

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3079 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 79.11

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3080 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.08

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3081 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 642.68

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3082 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 206.43

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3083 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 246.57

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3084 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 353.84

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3085 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 189.46

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3086 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 118.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3087 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 225.25

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3088 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 343.88

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3089 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 20.99

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3090 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 110.58

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3091 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 258.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3092 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 406.03

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3093 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.10

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3094 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 91.73

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3095 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 159.93

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3096 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 39.75

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.3097 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 225.84

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3098 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3099 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 136.56

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3100 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 76.71

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3101 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 261.58

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3102 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,006.61

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3103 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 225.15

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3104 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 304.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3105 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 271.85

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3106 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 101.79

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3107 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,102.40

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3108 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 42.44

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3109 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 355.82

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3110 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 231.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3111 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 186.31

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3112 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 178.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3113 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 547.28

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3114 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 143.88

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3115 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3116 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 190.70

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3117 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,140.25

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3118 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 236.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3119 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 381.98

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3120 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 60.09

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3121 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 160.67

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3122 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 148.99

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3123 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 137.15

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3124 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.41

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3125 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 30.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3126 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 424.76

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.3127 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,902.93

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.3128 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 391.45

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.3129 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 143.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.3130 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 435.05

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.3131 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 267.23

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3132 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 118.70

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3133 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5.67

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3134 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 110.93

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3135 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 346.17

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3136 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 149.45

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3137 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 233.52

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3138 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 893.94

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3139 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 304.45

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3140 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,276.25

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3141 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,061.72

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3142 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 73.10

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.3143 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 344.02

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.3144 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 420.28

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.3145 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 470.93

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.3146 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52.24

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3147 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 40.06

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3148 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 164.25

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3149 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3.62

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3150 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 260.87

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3151 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 128.98

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | **Amount of claim**

**3.3152 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 42.77

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3153 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 216.93

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3154 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 184.61

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3155 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 282.82

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3156 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 151.19

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3157 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6.21

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3158 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 125.45

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3159 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 80.83

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3160 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 627.97

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3161 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 646.62

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3162 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 143.33

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3163 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52.59

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3164 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 287.10

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3165 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 95.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3166 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 521.29

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.3167 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 230.97

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3168 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 157.57

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3169 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 996.96

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3170 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 270.76

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3171 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,245.70

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.3172 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 254.08

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3173 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 269.60

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3174 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 267.84

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3175 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 50.11

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3176 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 87.35

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.3177 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 539.38

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3178 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7.23

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3179 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25.18

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3180 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,019.67

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3181 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5.58

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3182 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 679.30

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3183 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 255.76

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3184 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 167.55

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3185 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 485.51

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3186 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 116.29

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3187 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 374.12

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3188 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 66.05

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3189 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 95.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3190 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.67

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3191 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 548.58

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3192 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 232.64

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3193 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 275.34

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3194 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 239.75

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3195 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 168.85

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3196 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,362.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.3197 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 163.83

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3198 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 199.56

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3199 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 246.55

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3200 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,521.63

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3201 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,947.58

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3202 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 112.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3203 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 243.38

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3204 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 62.77

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3205 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3206 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 130.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3207 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4.85

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3208 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 356.23

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3209 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 197.91

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3210 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 263.42

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3211 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 754.28

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3212 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 416.36

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3213 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 164.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3214 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 394.97

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3215 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 405.76

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3216 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 132.48

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.3217 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 125.06

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3218 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 276.59

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3219 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 639.63

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3220 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.20

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3221 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 104.32

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3222 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 391.47

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3223 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 165.46

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3224 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,264.07

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3225 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 414.23

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3226 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 201.80

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3227 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 260.78

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3228 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 245.36

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3229 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34.97

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3230 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3.28

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3231 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 156.44

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3232 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3.73

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3233 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 696.46

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3234 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 24.49

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3235 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31.51

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3236 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 272.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3237 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 130.40

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3238 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3239 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 296.75

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3240 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.06

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3241 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3242 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 191.67

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3243 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 1,894.63

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3244 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 2,360.24

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3245 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 206.50

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3246 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 1.93

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3247 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 83.95

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3248 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 62.60

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3249 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 33.01

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3250 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 529.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3251 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 239.25

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.3252 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 169.19

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3253 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 76.19

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3254 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 320.96

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3255 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 193.33

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3256 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 119.68

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3257 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 39.63

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3258 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 157.54

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3259 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 86.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3260 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,090.45

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3261 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 196.39

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3262 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 730.74

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3263 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.15

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3264 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.57

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3265 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 356.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3266 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 173.26

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3267 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 60.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3268 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 226.54

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3269 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16.13

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3270 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 319.35

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3271 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 257.56

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3272 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 77.23

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3273 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7.38

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3274 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 235.61

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3275 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 194.51

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3276 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 253.75

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3277 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 292.19

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.3278 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.54

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.3279 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 159.05

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.3280 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 195.93

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.3281 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 47.91

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.3282 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 357.20

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3283 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 566.44

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3284 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 915.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3285 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 121.63

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3286 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 494.39

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3287 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.34

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3288 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,236.33

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3289 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 229.20

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3290 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 563.69

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3291 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 284.59

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3292 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,087.08

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3293 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 773.81

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3294 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 77.67

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3295 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 597.72

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3296 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 169.13

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3297 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 609.43

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3298 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 120.42

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3299 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 484.89

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3300 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 85.83

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3301 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,073.18

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3302 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 143.04

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3303 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 90.28

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3304 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 182.52

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3305 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 261.45

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3306 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 47.44

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3307 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 200.86

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3308 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 319.84

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3309 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 62.62

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3310 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 176.31

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3311 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6.43

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3312 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 146.47

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3313 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6.66

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3314 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 67.34

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3315 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 67.92

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3316 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 358.12

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3317 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputted

$ 462.67

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3318 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,687.60

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3319 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 810.72

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3320 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 121.85

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3321 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 71.86

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3322 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 235.96

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3323 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 91.56

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3324 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 957.79

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3325 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 548.89

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3326 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 134.43

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.3327 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 379.12
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3328 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 536.89
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3329 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 127.05
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3330 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 12.88
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3331 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 202.98
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | Amount of claim |
|---|---|---|
| 3.3332 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 152.54 |
| 3.3333 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 170.60 |
| 3.3334 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 3.60 |
| 3.3335 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 38.73 |
| 3.3336 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 74.83 |

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3337 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 424.78

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3338 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 80.33

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3339 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 114.58

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3340 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.06

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3341 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 89.40

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | Amount of claim |
|---|---|---|
| 3.3342 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 169.87 |
| 3.3343 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 158.98 |
| 3.3344 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 483.68 |
| 3.3345 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 141.68 |
| 3.3346 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 175.33 |

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3347 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 69.64

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.3348 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 30.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.3349 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 396.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.3350 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 125.30

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.3351 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 55.51

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3352 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,644.35

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3353 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 89.78

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3354 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 99.35

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3355 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 573.72

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3356 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.17

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.3357 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 63.74

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.3358 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 88.88

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.3359 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 359.43

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.3360 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 795.07

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.3361 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 169.91

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3362 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 35.66

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3363 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 344.16

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3364 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,201.59

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3365 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.57

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3366 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 383.67

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3367 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 193.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3368 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,626.19

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3369 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 366.73

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3370 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 57.72

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3371 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 284.52

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.3372 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 571.36

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3373 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 450.68

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3374 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 102.74

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3375 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 470.01

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3376 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 36.06

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3377 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 121.24

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3378 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 63.60

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3379 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 35.61

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3380 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 205.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3381 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 195.17

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3382 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 162.11

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3383 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 290.85

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3384 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 141.27

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3385 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 309.81

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3386 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 251.25

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3387 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 36.08

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3388 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 40.89

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3389 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 220.41

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3390 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 364.18

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3391 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 389.30

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3392 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 412.72

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3393 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 405.40

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3394 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 298.69

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3395 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 44.52

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3396 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 165.81

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.3397 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 852.10

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3398 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 209.33

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3399 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 774.04

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3400 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15.41

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3401 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 620.18

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3402 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 64.85

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3403 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 114.55

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3404 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 563.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3405 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 378.05

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3406 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 182.91

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3407 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7.47

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3408 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 258.99

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3409 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,276.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3410 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 33.60

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3411 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 75.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3412 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,023.49

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3413 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 217.49

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3414 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 264.84

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3415 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 185.02

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3416 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 454.05

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3417 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 269.67

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3418 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 20.72

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3419 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 212.77

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3420 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 517.97

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3421 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 224.46

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3422 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 553.83

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3423 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 344.45

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3424 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,998.79

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3425 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,941.96

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3426 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 361.52

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3427 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 675.77
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3428 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 867.21
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3429 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 188.89
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3430 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 517.65
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3431 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 517.53
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3432 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 189.06

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3433 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3.95

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3434 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 411.78

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3435 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.20

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3436 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.02

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3437 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 651.85

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3438 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 133.83

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3439 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 146.43

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3440 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 261.94

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3441 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 176.27

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.3442 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 230.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3443 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 185.07

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3444 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 323.03

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3445 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 107.46

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3446 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 84.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.3447 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,001.01

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3448 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 350.95

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3449 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 45.70

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3450 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 160.99

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3451 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 120.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.3452 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 209.54

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3453 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 62.60

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3454 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7.69

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3455 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 71.59

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3456 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 305.30

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3457 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 254.67

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3458 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3459 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2.51

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3460 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34.70

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3461 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 108.47

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3462 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 201.32

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3463 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 956.05

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3464 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 261.70

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3465 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 704.55

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3466 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 549.74

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3467 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 83.93

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3468 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 457.72

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3469 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 118.01

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3470 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 293.09

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3471 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 125.43

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3472 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7.19

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3473 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6.55

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3474 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 83.17

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3475 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 655.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3476 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 24.75

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.3477 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 165.83

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3478 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 217.51

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3479 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 387.09

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3480 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3481 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 221.49

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3482 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 80.84

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3483 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 447.28

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3484 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 444.56

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3485 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 64.32

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3486 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 109.99

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.3487 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 30.48

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3488 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 17.59

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3489 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 100.71

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3490 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 46.30

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3491 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 156.10

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | Amount of claim |
|---|---|---|
| 3.3492 Nonpriority creditor's name and mailing address<br>NAME ON FILE<br>ADDRESS ON FILE<br>Date or dates debt was incurred<br>Last 4 digits of account number | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: CUSTOMER PERFORMANCE GUARANTEE OBLIGATION<br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $ 550.91 |
| 3.3493 Nonpriority creditor's name and mailing address<br>NAME ON FILE<br>ADDRESS ON FILE<br>Date or dates debt was incurred<br>Last 4 digits of account number | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: CUSTOMER PERFORMANCE GUARANTEE OBLIGATION<br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $ 672.49 |
| 3.3494 Nonpriority creditor's name and mailing address<br>NAME ON FILE<br>ADDRESS ON FILE<br>Date or dates debt was incurred<br>Last 4 digits of account number | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: CUSTOMER PERFORMANCE GUARANTEE OBLIGATION<br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $ 599.47 |
| 3.3495 Nonpriority creditor's name and mailing address<br>NAME ON FILE<br>ADDRESS ON FILE<br>Date or dates debt was incurred<br>Last 4 digits of account number | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: CUSTOMER PERFORMANCE GUARANTEE OBLIGATION<br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $ 24.23 |
| 3.3496 Nonpriority creditor's name and mailing address<br>NAME ON FILE<br>ADDRESS ON FILE<br>Date or dates debt was incurred<br>Last 4 digits of account number | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: CUSTOMER PERFORMANCE GUARANTEE OBLIGATION<br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $ 2,427.03 |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.3497 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputted

$ 385.71

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3498 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 826.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3499 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7,929.18

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3500 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 262.57

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3501 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 83.62

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.3502 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 147.40
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3503 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 203.27
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3504 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 588.11
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3505 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 62.08
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3506 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 274.99
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.3507 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 65.75

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.3508 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 195.60

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.3509 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 3,796.81

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.3510 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 126.47

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.3511 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 11.07

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.3512 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.19

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3513 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 966.82

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3514 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 460.45

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3515 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 217.41

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3516 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 903.97

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3517 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 45.61

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.3518 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 68.37

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.3519 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 300.03

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.3520 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 546.28

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.3521 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 365.71

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3522 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 248.52

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3523 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 388.08

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3524 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 70.18

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3525 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,069.13

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3526 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 863.33

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.3527 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 375.25

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3528 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 124.86

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3529 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 621.74

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3530 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.68

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3531 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 454.02

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3532 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 103.27

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3533 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 220.29

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3534 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 403.10

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3535 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 63.88

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3536 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 326.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3537 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.87

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3538 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 277.07

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3539 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 83.75

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3540 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 952.91

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3541 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 113.15

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3542 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3543 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 484.04

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3544 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 138.45

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3545 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 193.30

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3546 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17.08

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3547 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 76.03
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3548 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 253.48
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3549 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 42.76
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3550 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 1,635.87
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3551 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 39.69
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.3552 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 244.75

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3553 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 421.43

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3554 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 738.55

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3555 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 204.76

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3556 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,495.01

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.3557 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 60.99

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3558 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3.47

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3559 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 402.39

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3560 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 625.76

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3561 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 24.71

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.3562 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 210.81

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.3563 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3.96

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.3564 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 208.57

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.3565 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 158.95

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.3566 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 270.23

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3567 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,093.26

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3568 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.79

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3569 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 125.72

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3570 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 990.20

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3571 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 666.82

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.3572 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,079.95

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3573 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,386.86

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3574 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 995.59

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3575 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 223.70

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3576 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 662.97

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3577 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 69.23

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3578 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4.35

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3579 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 221.49

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3580 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 614.05

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3581 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 96.21

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.3582 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 439.63

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3583 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 176.42

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3584 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 292.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3585 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.12

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3586 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 74.52

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3587 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 124.15

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3588 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 118.07

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3589 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 138.13

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3590 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5.28

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3591 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 135.67

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3592 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 204.20

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3593 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 298.15

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3594 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3595 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 140.17

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3596 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 120.68

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3597 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 454.56

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3598 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 18.54

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3599 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 686.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3600 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 79.57

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3601 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 20.35

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.3602 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6.42

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3603 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 810.73

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3604 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 359.85

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3605 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 221.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3606 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 293.56

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.3607 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 291.60

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3608 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 337.39

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3609 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 73.38

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3610 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 176.77

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3611 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 261.88

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3612 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 282.69

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3613 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 524.74

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3614 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 297.84

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3615 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 88.64

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3616 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 101.78

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.3617 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 156.01

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3618 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.03

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3619 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 371.45

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3620 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 606.15

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3621 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3.64

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.3622 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 311.10

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3623 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 974.38

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3624 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 283.77

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3625 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 183.08

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3626 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 102.57

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3627 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 947.09

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3628 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 179.38

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3629 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 316.33

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3630 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 457.51

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3631 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 548.78

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.3632 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 30.99

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3633 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 524.80

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3634 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 43.82

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3635 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 163.06

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3636 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 291.96

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.3637 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.32

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3638 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 669.38

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3639 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 359.55

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3640 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 54.46

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3641 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 169.34

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3642 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4.96

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3643 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 616.40

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3644 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.39

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3645 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 596.61

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3646 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 188.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3647 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputted

$ 180.31

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3648 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 160.04

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3649 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 185.47

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3650 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 73.91

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3651 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 35.71

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3652 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 248.94

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3653 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 404.30

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3654 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 237.46

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3655 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,233.59

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3656 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 629.68

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3657 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 198.25

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3658 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 97.64

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3659 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 87.87

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3660 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 61.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3661 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 54.41

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3662 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 299.02

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3663 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 70.77

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3664 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 202.23

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3665 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3666 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 124.33

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.3667 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 171.18
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3668 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 28.24
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3669 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 37.05
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3670 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 1,465.95
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3671 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 1,494.58
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.3672 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 322.29

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3673 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 166.50

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3674 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 304.51

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3675 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 158.09

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3676 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 133.21

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3677 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 252.21

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3678 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 859.03

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3679 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 335.46

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3680 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 85.91

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3681 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 161.97

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.3682 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6.36

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3683 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 278.02

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3684 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 415.91

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3685 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 70.49

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3686 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 247.54

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3687 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3.88

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3688 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 43.76

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3689 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 701.27

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3690 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 136.30

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3691 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 315.26

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3692 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 2,434.36

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3693 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 221.13

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3694 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 278.56

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3695 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 203.15

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3696 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 247.09

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.3697 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 16.86
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3698 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 148.96
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3699 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 32.89
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3700 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 20.66
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3701 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 5.59
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.3702 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 212.23

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.3703 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 230.95

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.3704 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 8.41

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.3705 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 484.40

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.3706 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 218.67

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.3707 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 35.79

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.3708 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 108.84

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.3709 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 281.08

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.3710 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25.43

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.3711 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 498.59

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3712 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 204.05

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3713 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 430.03

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3714 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 267.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3715 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 71.70

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3716 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3717 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 599.20

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3718 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 134.89

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3719 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 714.23

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3720 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 532.70

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3721 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 295.55

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.3722 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 41.96

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3723 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 275.77

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3724 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 691.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3725 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 386.86

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3726 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 320.63

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.3727 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7.56

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3728 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3729 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 85.38

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3730 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 166.15

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3731 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 160.78

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.3732 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 240.99

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3733 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 73.37

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3734 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 330.97

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3735 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 392.24

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3736 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 267.86

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.3737 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 318.61

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3738 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 110.46

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3739 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 199.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3740 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 404.30

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3741 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 363.77

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.3742 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 414.76

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3743 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 71.86

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3744 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 477.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3745 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 143.85

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3746 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 172.73

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor Sunnova Energy Corporation
Name

Case number (If known) 25-90159

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.3747 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 431.50

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3748 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 326.27

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3749 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 238.36

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3750 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6.40

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3751 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 517.49

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2:** **Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3752 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 193.25

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3753 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 425.58

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3754 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.44

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3755 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 57.19

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3756 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 151.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3757 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 64.15

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3758 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 976.87

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3759 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 187.43

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3760 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 295.52

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3761 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 195.76

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3762 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,310.38

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3763 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 177.21

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3764 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,468.72

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3765 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 70.52

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3766 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 107.83

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3767 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 391.20

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3768 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,189.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3769 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 146.89

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3770 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 159.05

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3771 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 228.69

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.3772 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 48.03

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3773 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,850.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3774 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 448.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3775 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 127.99

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3776 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 194.91

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3777 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 64.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3778 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 87.11

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3779 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 59.33

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3780 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 57.36

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3781 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 349.83

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3782 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 125.78

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3783 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 86.31

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3784 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 426.71

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3785 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 666.68

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3786 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7.60

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.3787 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 172.68

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3788 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.95

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3789 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 42.54

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3790 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 419.01

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3791 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2.19

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.3792 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 148.94

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3793 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 271.85

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3794 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25.23

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3795 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 175.75

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3796 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 40.18

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3797 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 214.85

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3798 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 57.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3799 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 404.92

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3800 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 196.80

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3801 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 132.89

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3802 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 284.35

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3803 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 275.21

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3804 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 124.56

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3805 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 237.47

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3806 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 796.64

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3807 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 530.99

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3808 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 136.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3809 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 18.33

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3810 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,870.16

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3811 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 90.56

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.3812 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 331.49

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3813 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 155.71

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3814 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 43.45

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3815 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 370.17

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3816 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 200.18

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.3817 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 396.12

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.3818 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 121.05

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.3819 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 70.63

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.3820 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 139.79

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.3821 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 200.51

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3822 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 84.85

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3823 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 119.64

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3824 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 262.92

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3825 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 155.18

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3826 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3827 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 250.04

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3828 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 144.88

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3829 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 161.28

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3830 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 328.82

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3831 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 154.55

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3832 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 20.02

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3833 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 154.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3834 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 113.57

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3835 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 40.87

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3836 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 66.51

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3837 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 477.88

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3838 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 20.39

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3839 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.16

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3840 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 409.70

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3841 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.3842 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 125.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3843 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 559.11

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3844 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,174.79

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3845 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 340.69

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3846 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 152.97

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3847 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 102.76

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3848 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 18.12

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3849 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 963.06

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3850 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 976.58

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3851 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 59.31

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3852 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 234.99

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3853 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.94

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3854 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 365.07

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3855 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 240.77

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3856 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 298.71

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.3857 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 61.66

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3858 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 404.74

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3859 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 102.61

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3860 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 257.50

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3861 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 216.09

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3862 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.96

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3863 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 240.71

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3864 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 253.54

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3865 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 36.89

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3866 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1.87

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.3867 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52.92

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3868 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.39

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3869 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 312.11

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3870 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 301.77

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3871 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 556.01

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.3872 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 92.95

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3873 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 186.43

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3874 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 116.69

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3875 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 711.52

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3876 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 414.97

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3877 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 730.98

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3878 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 308.34

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3879 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 33.40

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3880 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 168.12

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3881 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 288.23

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.3882 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 667.74

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3883 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,109.20

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3884 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 168.86

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3885 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 44.95

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3886 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 165.50

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.3887 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 191.95

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3888 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 267.23

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3889 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 335.81

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3890 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 415.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3891 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.01

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3892 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 335.66

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.3893 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 310.51

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.3894 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.21

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.3895 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 80.97

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.3896 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 44.89

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3897 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 177.50

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3898 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 379.97

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3899 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 124.23

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3900 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 107.55

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3901 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 64.74

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.3902 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 192.81

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3903 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 562.62

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3904 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 262.72

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3905 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 6,615.07

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3906 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 246.98

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.3907 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 119.89

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3908 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 282.31

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3909 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,005.95

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3910 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 93.48

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3911 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 160.80

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3912 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 106.26

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3913 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,303.38

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3914 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 458.21

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3915 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 620.50

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3916 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 379.52

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3917 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 69.62

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3918 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.26

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3919 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4.58

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3920 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 137.83

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3921 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 116.02

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3922 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 400.72

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3923 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 621.54

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3924 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.46

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3925 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 464.07

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3926 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 92.50

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.3927 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 45.97

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3928 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 321.32

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3929 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 282.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3930 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 118.99

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3931 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 44.23

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.3932 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 530.91

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3933 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.16

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3934 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 75.40

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3935 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 30.91

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3936 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 103.80

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3937 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 384.48

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3938 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 270.79

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3939 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 548.49

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3940 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 208.64

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3941 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25.07

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3942 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 66.67

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3943 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 133.06

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3944 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,769.85

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3945 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 218.47

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3946 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.75

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3947 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 111.01

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3948 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31.41

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3949 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.88

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3950 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 607.57

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3951 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 475.41

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3952 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 86.78

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3953 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 81.35

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3954 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 7.81

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3955 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 82.16

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3956 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 125.68

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3957 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 284.69

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.3958 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 40.52

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.3959 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 39.24

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.3960 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 265.24

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.3961 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 222.59

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3962 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 4.44

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3963 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 366.80

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3964 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 156.74

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3965 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 160.69

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3966 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 247.40

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3967 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,501.15

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3968 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 161.33

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3969 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 189.49

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3970 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 141.62

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3971 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 128.57

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.3972 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 185.18

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3973 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,639.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3974 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 92.55

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3975 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 281.70

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3976 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 956.91

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor Sunnova Energy Corporation Case number (If known) 25-90159
Name

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.3977 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 178.12

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3978 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,800.31

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3979 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 114.63

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3980 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 83.70

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.3981 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 322.66

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | Amount of claim |
|---|---|---|
| 3.3982 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 155.03 |
| 3.3983 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 346.70 |
| 3.3984 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 306.32 |
| 3.3985 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 206.11 |
| 3.3986 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 439.12 |

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.3987 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 111.35

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3988 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7.19

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3989 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,292.87

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3990 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 382.24

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3991 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 53.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.3992 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 606.87

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3993 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 42.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3994 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 169.48

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3995 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 190.72

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3996 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 465.60

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.3997 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 305.69

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3998 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 80.84

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3999 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 123.83

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4000 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 625.89

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4001 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 563.49

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4002 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 57.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4003 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,233.40

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4004 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 411.58

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4005 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 464.42

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4006 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,402.30

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4007 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 126.55

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4008 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.33

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4009 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 209.16

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4010 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15.99

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4011 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 431.92

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.4012 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 48.08

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4013 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,434.93

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4014 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,205.84

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4015 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 41.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4016 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 191.29

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.4017 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 73.71

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4018 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 50.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4019 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 71.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4020 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 681.89

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4021 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 214.39

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.4022 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 230.75

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4023 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,049.73

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4024 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 462.54

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4025 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 336.02

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4026 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 494.63

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.4027 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 156.15

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4028 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 173.50

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4029 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 117.12

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4030 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.25

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4031 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 306.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4032 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 88.70

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4033 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 36.95

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4034 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.38

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4035 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 58.64

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4036 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 326.52

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4037 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 283.67

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4038 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 373.92

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4039 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 260.63

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4040 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 425.84

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4041 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 65.79

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4042 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 367.60

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4043 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 202.66

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4044 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 722.04

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4045 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 257.01

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4046 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 180.28

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.4047 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 1,348.22
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4048 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 83.57
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4049 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 51.03
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4050 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 41.04
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4051 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 358.77
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4052 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 205.29

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4053 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 313.11

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4054 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 114.91

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4055 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.31

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4056 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.11

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim

**3.4057 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 419.33

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4058 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 65.23

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4059 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 41.34

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4060 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 535.01

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4061 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 164.54

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.4062 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 856.55
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4063 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 171.80
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4064 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 72.08
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4065 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 100.09
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4066 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 5.12
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.4067 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 67.12

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4068 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 394.13

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4069 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34.58

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4070 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.98

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4071 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 902.76

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.4072 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 30.70

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4073 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 20.36

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4074 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 444.35

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4075 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,339.17

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4076 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 126.93

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4077 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 437.41

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4078 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 173.63

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4079 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 218.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4080 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 228.89

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4081 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 79.23

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.4082 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 34.51

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4083 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 199.24

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4084 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 362.39

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4085 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 672.34

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4086 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 4.28

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.4087 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 327.37

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4088 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 41.80

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4089 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 620.95

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4090 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 230.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4091 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 57.86

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.4092 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 77.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4093 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 264.92

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4094 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,405.43

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4095 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 486.97

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4096 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 95.05

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4097 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 200.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4098 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 423.10

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4099 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 237.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4100 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 74.91

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4101 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 126.52

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.4102 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 109.20

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4103 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 82.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4104 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 144.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4105 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 489.01

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4106 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,169.81

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.4107 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 157.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4108 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 925.17

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4109 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 399.24

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4110 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 151.77

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4111 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 237.31

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4112 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,047.36

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4113 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 233.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4114 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 112.97

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4115 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 152.33

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4116 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 294.35

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4117 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.92

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4118 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,132.68

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4119 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.10

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4120 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 386.27

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4121 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 154.81

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.4122 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 604.69

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4123 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 357.15

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4124 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 334.92

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4125 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 455.83

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4126 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 648.55

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4127 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 70.72

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4128 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 90.92

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4129 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 47.78

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4130 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 72.76

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4131 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,710.75

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4132 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 195.68

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4133 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 201.95

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4134 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 397.25

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4135 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 242.81

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4136 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 18.33

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.4137 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 319.36

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4138 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 77.82

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4139 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 145.45

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4140 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 152.75

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4141 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.31

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4142 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,301.95

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4143 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 366.37

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4144 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 464.97

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4145 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 176.24

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4146 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 94.44

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.4147 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 563.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4148 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 160.50

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4149 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 87.96

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4150 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15.28

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4151 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 132.04

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.4152 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 66.21

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4153 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 89.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4154 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 117.45

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4155 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,705.11

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4156 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 408.93

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.4157 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 215.98

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4158 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 323.92

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4159 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16.63

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4160 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 278.07

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4161 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,171.83

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.4162 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 48.45

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4163 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 40.91

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4164 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 24.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4165 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5.11

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4166 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 271.84

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.4167 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 374.29

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4168 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 226.93

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4169 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 507.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4170 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17.27

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4171 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 908.89

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4172 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 543.01

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4173 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 53.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4174 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 358.88

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4175 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 155.51

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4176 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 30.01

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.4177 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 343.95

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.4178 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 263.50

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.4179 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 94.55

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.4180 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 874.71

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.4181 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 89.87

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4182 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 389.59

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4183 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.78

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4184 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 301.28

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4185 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.97

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4186 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 96.42

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4187 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 62.69

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4188 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52.95

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4189 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 112.57

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4190 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 38.44

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4191 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 75.93

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4192 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 175.46

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4193 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 24.26

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4194 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 82.72

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4195 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 623.09

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4196 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,844.09

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.4197 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3.82

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4198 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 265.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4199 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 658.86

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4200 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 396.01

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4201 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 723.30

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4202 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 139.03

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4203 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.89

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4204 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 142.41

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4205 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 586.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4206 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 224.48

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.4207 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 171.18

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4208 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 652.15

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4209 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 66.50

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4210 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 544.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4211 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 233.84

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.4212 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 21.02

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**3.4213 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 292.32

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**3.4214 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 272.25

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**3.4215 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 1.57

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**3.4216 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 110.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.4217 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 120.75

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4218 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 606.48

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4219 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 185.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4220 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 53.38

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4221 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 227.36

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4222 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 258.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4223 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,364.61

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4224 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 178.57

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4225 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 64.80

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4226 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 984.19

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4227 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 302.72

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4228 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 809.33

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4229 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 299.82

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4230 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 607.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4231 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 408.57

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.4232 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3.98

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4233 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 488.35

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4234 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 275.95

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4235 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 92.57

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4236 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 570.92

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4237 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,193.46

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4238 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4.08

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4239 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6.98

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4240 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 20.06

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4241 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 769.69

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.4242 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 360.68

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4243 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 269.82

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4244 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23.75

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4245 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 530.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4246 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 188.99

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.4247 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,661.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4248 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 816.02

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4249 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 268.67

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4250 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 973.01

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4251 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 392.79

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4252 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 302.51

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4253 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 80.81

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4254 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 61.07

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4255 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 375.04

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4256 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 331.78

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4257 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 316.54
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4258 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 321.28
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4259 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 153.78
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4260 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 185.15
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4261 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 14.45
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.4262 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,161.01

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4263 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,030.49

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4264 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 252.72

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4265 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 121.97

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4266 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 235.02

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4267 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 44.92

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4268 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 479.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4269 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 203.48

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4270 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4271 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 624.56

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4272 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 141.09

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4273 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 193.91

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4274 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,073.13

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4275 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 50.59

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4276 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 89.19

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4277 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.89

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4278 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 622.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4279 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 131.38

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4280 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 53.94

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4281 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 255.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4282 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 667.29

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4283 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 40.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4284 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 65.45

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4285 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 283.84

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4286 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 624.58

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.4287 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 233.01

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4288 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 60.72

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4289 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 411.57

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4290 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 152.35

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4291 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 1,924.21

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4292 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 87.43

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4293 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 96.67

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4294 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 164.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4295 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 141.91

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4296 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 130.01

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4297 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 730.67

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4298 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 40.58

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4299 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.06

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4300 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 81.32

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4301 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 661.69

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.4302 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 42.67

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4303 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 484.74

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4304 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 93.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4305 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15.05

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4306 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 707.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4307 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 95.44

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4308 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 349.04

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4309 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 58.01

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4310 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 100.06

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4311 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 176.24

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4312 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 390.36

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4313 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 153.55

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4314 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 372.85

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4315 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 584.69

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4316 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 246.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4317 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3.95

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4318 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 779.47

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4319 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 65.76

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4320 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 122.43

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4321 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 127.72

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4322 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 80.60

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4323 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 83.08

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4324 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17.89

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4325 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1.28

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4326 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 705.20

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4327 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 134.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4328 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 197.38

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4329 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 39.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4330 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 898.81

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4331 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 501.37

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.4332 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.82

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4333 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2.87

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4334 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.20

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4335 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 503.31

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4336 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52.59

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.4337 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 342.02

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4338 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 286.45

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4339 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 451.80

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4340 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 65.72

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4341 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 280.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.4342 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 886.05

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4343 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34.50

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4344 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 541.66

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4345 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 91.32

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4346 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 235.57

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4347 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 323.04

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4348 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 213.51

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4349 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.60

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4350 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 20.40

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4351 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.35

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.4352 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 143.78

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4353 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 57.08

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4354 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 644.32

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4355 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 116.80

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4356 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,760.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4357 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 237.63

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4358 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 469.94

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4359 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 93.40

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4360 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 285.61

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4361 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 88.20

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.4362 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 3,005.06

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4363 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 415.58

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4364 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 4,368.79

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4365 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 134.87

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4366 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 14.05

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.4367 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.86

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4368 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 287.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4369 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 108.34

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4370 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 388.43

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4371 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 802.40

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4372 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.77

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4373 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 24.43

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4374 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 66.17

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4375 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 712.61

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4376 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 64.30

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.4377 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 79.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4378 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 58.42

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4379 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 81.23

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4380 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 452.75

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4381 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 90.01

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4382 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.69

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4383 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 141.24

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4384 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 145.58

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4385 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15.75

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4386 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 287.24

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.4387 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 614.91

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4388 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 356.21

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4389 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 109.92

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4390 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 200.23

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4391 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 747.48

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.4392 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 180.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4393 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 380.26

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4394 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 242.29

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4395 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 98.15

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4396 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 47.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4397 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 105.20

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4398 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 101.32

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4399 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 949.49

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4400 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 410.37

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4401 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 488.39

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** **Amount of claim**

**3.4402 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 1,485.28
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4403 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 39.71
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4404 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 5.25
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4405 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 143.27
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4406 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 293.59
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.4407** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 241.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4408** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 312.40

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4409** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 566.58

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4410** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 89.82

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4411** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16.27

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.4412 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 55.38

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4413 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 287.46

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4414 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 478.66

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4415 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 367.99

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4416 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 79.93

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.4417 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5.57

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4418 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 965.11

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4419 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1.16

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4420 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 101.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4421 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 114.93

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.4422 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 658.11

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4423 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 173.54

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4424 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 128.86

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4425 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 243.05

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4426 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 24.27

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4427 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.49

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4428 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 128.73

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4429 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.09

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4430 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 91.71

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4431 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 150.41

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.4432 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 653.28

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.4433 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 459.33

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.4434 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 308.55

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.4435 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 377.59

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.4436 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 921.54

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.4437 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 133.50
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4438 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 207.46
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4439 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 18.72
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4440 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 512.18
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4441 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 219.14
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4442 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 417.20

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4443 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 189.83

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4444 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 138.54

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4445 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6.72

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4446 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,645.32

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.4447 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,755.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4448 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,566.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4449 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 74.29

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4450 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5.55

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4451 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 424.11

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.4452 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 179.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4453 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 314.17

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4454 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 51.19

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4455 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 185.16

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4456 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 121.81

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.4457 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 57.92

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4458 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 130.44

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4459 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 180.01

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4460 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 683.99

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4461 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 313.83

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4462 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 547.57

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4463 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 349.75

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4464 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7.75

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4465 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 247.32

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4466 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31.07

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.4467 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 63.72

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4468 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 64.50

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4469 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 278.95

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4470 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 576.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4471 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 499.81

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.4472 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 96.37

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**3.4473 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 633.31

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**3.4474 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 129.29

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**3.4475 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 239.49

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**3.4476 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 198.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4477 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputped

$ 100.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4478 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 796.45

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4479 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 433.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4480 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 107.97

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4481 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,790.28

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | Amount of claim |
|---|---|---|
| **3.4482** **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION | $ 184.61 |
| **Date or dates debt was incurred**<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| **3.4483** **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION | $ 278.23 |
| **Date or dates debt was incurred**<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| **3.4484** **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION | $ 749.61 |
| **Date or dates debt was incurred**<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| **3.4485** **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION | $ 70.59 |
| **Date or dates debt was incurred**<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| **3.4486** **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION | $ 23.06 |
| **Date or dates debt was incurred**<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.4487 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 56.44

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4488 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 131.81

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4489 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 138.96

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4490 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 89.69

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4491 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7,034.51

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4492 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 39.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4493 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 205.93

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4494 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 417.15

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4495 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 80.64

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4496 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 207.39

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4497 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 228.61

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4498 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 269.89

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4499 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 116.28

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4500 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 203.75

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4501 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 173.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4502 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 456.54

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4503 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 199.23

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4504 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 398.39

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4505 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 181.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4506 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 207.55

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4507 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,027.99

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4508 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 117.99

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4509 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.34

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4510 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 349.06

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4511 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,834.76

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4512 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 112.41

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4513 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 222.76

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4514 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 439.18

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4515 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 214.81

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4516 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34.79

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4517 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,526.95

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4518 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 586.04

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4519 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,483.50

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4520 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 353.13

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4521 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 78.93

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.4522 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 226.79

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4523 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 419.69

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4524 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 937.62

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4525 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 293.68

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4526 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 51.18

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4527 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 352.34

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4528 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 61.42

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4529 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 89.60

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4530 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 91.98

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4531 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 324.83

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4532 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 269.23

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4533 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4534 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 625.31

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4535 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 78.09

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4536 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,425.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4537 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 132.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4538 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 184.36

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4539 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 76.91

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4540 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 221.58

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4541 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 57.92

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.4542 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 69.50

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4543 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 392.46

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4544 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 35.35

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4545 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 172.33

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4546 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 949.02

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4547 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 210.96

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4548 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 323.64

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4549 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 220.28

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4550 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 201.89

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4551 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52.85

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4552 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.98

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4553 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 392.46

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4554 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 86.30

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4555 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,038.11

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4556 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 430.13

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.4557 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 701.97

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.4558 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 384.52

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.4559 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3.34

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.4560 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15.24

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.4561 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,385.61

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4562 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 158.13

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4563 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 118.54

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4564 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 240.54

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4565 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 317.84

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4566 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 187.69

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.4567 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 105.49

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4568 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 723.70

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4569 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 350.09

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4570 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 51.10

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4571 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 199.60

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.4572 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 350.83

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4573 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 88.21

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4574 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 876.68

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4575 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 153.96

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4576 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 256.94

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim

**3.4577 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 556.75
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4578 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 24.60
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4579 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 557.20
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4580 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 0.29
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4581 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 81.27
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4582 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 21.61

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.4583 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 100.84

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.4584 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 153.60

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.4585 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 41.23

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.4586 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 445.42

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.4587 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 279.76

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4588 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 218.26

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4589 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 275.42

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4590 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 795.09

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4591 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 530.47

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4592 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 77.25

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4593 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 942.77

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4594 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 979.83

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4595 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 655.74

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4596 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 356.71

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.4597 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 447.77

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4598 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52.26

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4599 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15.63

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4600 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 449.39

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4601 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 267.08

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

| Line | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|
| 3.4602 | NAME ON FILE<br>ADDRESS ON FILE | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 276.84 |
| | **Date or dates debt was incurred**<br>**Last 4 digits of account number** | | |
| 3.4603 | NAME ON FILE<br>ADDRESS ON FILE | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 318.12 |
| | **Date or dates debt was incurred**<br>**Last 4 digits of account number** | | |
| 3.4604 | NAME ON FILE<br>ADDRESS ON FILE | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 499.94 |
| | **Date or dates debt was incurred**<br>**Last 4 digits of account number** | | |
| 3.4605 | NAME ON FILE<br>ADDRESS ON FILE | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 96.21 |
| | **Date or dates debt was incurred**<br>**Last 4 digits of account number** | | |
| 3.4606 | NAME ON FILE<br>ADDRESS ON FILE | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 478.98 |
| | **Date or dates debt was incurred**<br>**Last 4 digits of account number** | | |

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.4607 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 184.28

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4608 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 257.50

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4609 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 385.01

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4610 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 137.18

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4611 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 111.47

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | Amount of claim |
|---|---|---|
| **3.4612 Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 20.98 |
| **3.4613 Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 311.13 |
| **3.4614 Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 37.17 |
| **3.4615 Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 109.18 |
| **3.4616 Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 163.45 |

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.4617 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 225.17
☐ Contingent
☐ Unliquidated
☐ Disputted

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4618 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 235.32
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4619 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 140.12
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4620 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 66.19
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4621 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 110.13
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.4622 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 328.33

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4623 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4624 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 38.63

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4625 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 243.18

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4626 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 105.32

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.4627 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 574.42

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.4628 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 821.03

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.4629 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 778.10

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.4630 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.69

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.4631 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 56.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.4632 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.60

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4633 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 118.33

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4634 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 77.61

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4635 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 94.56

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4636 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 222.71

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4637 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 313.80

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4638 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 208.88

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4639 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 71.03

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4640 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 110.38

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4641 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 86.62

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.4642 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 83.59

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4643 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 304.95

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4644 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 85.19

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4645 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 65.06

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4646 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 501.42

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.4647 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,585.34

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4648 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 35.31

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4649 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 217.46

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4650 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 961.72

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4651 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 91.34

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4652 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 33.22

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4653 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 242.09

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4654 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 81.39

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4655 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 304.19

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4656 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 258.78

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4657 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 239.96
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4658 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 326.60
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4659 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 473.32
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4660 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 11.78
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4661 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 529.26
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.4662 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 675.88

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4663 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 85.15

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4664 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 728.93

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4665 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 733.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4666 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 83.60

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4667 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6.23

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4668 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 33.96

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4669 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 269.50

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4670 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 806.45

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4671 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 590.03

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.4672 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 168.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4673 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 186.29

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4674 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15.76

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4675 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 250.98

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4676 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 242.43

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4677 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 90.82

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4678 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 323.66

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4679 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 65.25

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4680 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 846.01

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4681 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 347.15

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.4682 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 126.15

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4683 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 422.49

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4684 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 183.17

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4685 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 106.99

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4686 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 541.01

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4687 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 289.83

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4688 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 677.09

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4689 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 114.42

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4690 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 83.94

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4691 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.86

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.4692 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 221.12

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.4693 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 45.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.4694 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2.48

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.4695 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,675.35

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.4696 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 891.29

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4697 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 416.45
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4698 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 165.76
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4699 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 43.79
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4700 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 45.18
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4701 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 190.58
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4702 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,507.43

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4703 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 313.10

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4704 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 82.91

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4705 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 579.56

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4706 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 373.69

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | Amount of claim |
|---|---|---|
| 3.4707 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 231.47 |
| 3.4708 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 68.54 |
| 3.4709 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 60.66 |
| 3.4710 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 3.05 |
| 3.4711 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 235.55 |

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.4712 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 267.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4713 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 883.33

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4714 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 850.73

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4715 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 194.71

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4716 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 119.43

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4717 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.30

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4718 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 743.61

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4719 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 654.87

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4720 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,515.16

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4721 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 160.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4722 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 211.64

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4723 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 253.38

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4724 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 305.84

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4725 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 95.59

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4726 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 374.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4727 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,128.80

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4728 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 192.72

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4729 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 607.20

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4730 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 253.49

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4731 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 46.29

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.4732 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 97.83

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4733 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4.27

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4734 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 33.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4735 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.75

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4736 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 236.46

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4737 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.10

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4738 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 64.30

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4739 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 72.54

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4740 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 166.28

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4741 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,381.12

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.4742 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 181.33

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4743 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 136.51

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4744 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 222.29

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4745 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 165.18

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4746 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 99.87

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4747 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 576.81

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4748 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 149.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4749 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 138.69

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4750 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 190.19

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4751 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 65.93

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4752 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 343.99

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4753 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.63

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4754 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 60.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4755 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 397.16

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4756 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 505.74

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4757 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 141.69
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4758 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 105.47
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4759 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 253.27
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4760 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 116.48
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4761 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 229.60
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4762 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 661.61

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4763 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 510.51

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4764 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 220.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4765 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 293.35

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4766 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 202.35

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4767 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 221.93

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4768 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 27.56

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4769 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 25.26

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4770 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 65.96

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4771 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 217.91

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.4772 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,960.19

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4773 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 141.20

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4774 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 829.62

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4775 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 65.07

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4776 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.39

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.4777 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 178.85

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4778 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 942.93

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4779 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 328.28

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4780 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 140.32

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4781 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 66.44

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4782 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 614.38

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4783 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.67

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4784 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 256.50

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4785 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.76

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4786 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 658.67

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.4787 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 291.51

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.4788 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.71

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.4789 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 38.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.4790 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 66.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.4791 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 278.27

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Part 2: Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.4792 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 668.88

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4793 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.34

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4794 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 525.82

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4795 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.82

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4796 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 55.07

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4797 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 108.55

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4798 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 355.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4799 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 201.29

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4800 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 195.16

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4801 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 552.47

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4802 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 505.78
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4803 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 491.15
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4804 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 7.26
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4805 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 250.75
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4806 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 105.21
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.4807 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 744.34

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4808 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 291.26

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4809 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 64.29

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4810 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 158.70

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4811 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 459.46

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.4812 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 355.58

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4813 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3.49

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4814 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 301.86

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4815 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 100.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4816 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.4817 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 132.66

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4818 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 152.83

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4819 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 142.55

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4820 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 145.85

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4821 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 332.57

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.4822 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 81.73

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4823 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 65.20

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4824 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 325.96

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4825 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 932.68

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4826 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 254.71

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4827 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 378.69

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.4828 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,793.39

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.4829 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 113.30

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.4830 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,807.29

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.4831 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 209.73

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4832 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 47.11
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4833 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 6.78
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4834 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 7.33
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4835 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 118.36
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4836 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 451.66
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.4837 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 139.31

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4838 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,004.91

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4839 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 531.59

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4840 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 954.55

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4841 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.99

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4842 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 44.62

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4843 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 569.68

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4844 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 45.27

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4845 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 57.37

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4846 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 501.19

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.4847 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 672.33

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4848 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 257.83

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4849 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 671.68

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4850 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 165.49

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4851 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.67

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4852 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 24.26

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.4853 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 128.41

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.4854 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,705.57

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.4855 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 458.69

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.4856 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 80.60

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor Sunnova Energy Corporation
Name

Case number (If known) 25-90159

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.4857 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 60.32

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4858 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 317.86

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4859 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 77.01

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4860 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 418.99

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4861 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 116.03

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4862 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 87.41

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4863 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 188.99

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4864 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 111.87

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4865 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 382.20

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4866 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 328.55

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4867 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 222.93

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4868 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31.16

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4869 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 620.15

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4870 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 156.76

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4871 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 321.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4872 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 38.04

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4873 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 213.69

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4874 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 65.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4875 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5.31

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4876 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 126.23

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4877 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 172.04

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4878 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,147.83

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4879 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 502.89

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4880 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 213.54

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4881 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 372.19

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.4882 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 251.51

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4883 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4884 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 225.16

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4885 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2.58

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4886 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 280.41

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4887 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 76.71
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4888 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 147.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4889 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 177.89
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4890 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 287.51
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4891 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 126.47
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.4892 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 938.82

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4893 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 223.09

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4894 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 65.41

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4895 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 58.54

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4896 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 224.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor Sunnova Energy Corporation
Name

Case number (If known) 25-90159

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4897 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.50

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4898 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 344.03

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4899 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 195.04

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4900 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 42.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4901 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 138.28

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.4902 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 1,131.07

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4903 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 79.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4904 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 278.48

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4905 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 185.64

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4906 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 101.20

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4907 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.73

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4908 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 18.27

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4909 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 664.49

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4910 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.15

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4911 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 172.38

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4912 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 530.63

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4913 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 692.29

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4914 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.28

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4915 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 152.21

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4916 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,366.40

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.4917 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 71.29

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4918 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 401.49

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4919 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 269.37

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4920 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 625.41

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4921 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 234.11

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4922 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 321.71

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4923 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 376.89

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4924 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 96.10

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4925 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.07

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4926 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 290.83

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4927 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 97.50

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4928 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 802.16

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4929 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 179.85

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4930 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 617.13

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4931 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 98.01

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4932 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 591.35

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4933 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 672.88

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4934 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 442.28

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4935 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 114.36

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4936 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 280.44

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4937 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,622.80

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4938 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 146.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4939 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34.58

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4940 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 366.96

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4941 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 167.18

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.4942 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 233.62

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4943 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 378.16

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4944 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 84.50

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4945 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,469.59

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4946 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 68.34

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.4947 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 317.42

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.4948 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 165.73

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.4949 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 114.77

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.4950 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 506.24

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.4951 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 364.20

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.4952 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 233.83

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.4953 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 310.48

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.4954 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 663.84

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.4955 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 165.49

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.4956 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 73.21

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.4957 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 69.29

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.4958 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 74.63

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.4959 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 294.67

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.4960 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 239.99

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.4961 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 147.86

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4962 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 222.40

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4963 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 227.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4964 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 139.26

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4965 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 106.34

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4966 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 168.26

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.4967 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 76.51

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.4968 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 480.61

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.4969 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 426.30

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.4970 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 41.57

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.4971 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.79

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4972 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 415.57

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4973 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31.44

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4974 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 18.40

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4975 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5.76

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4976 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,021.62

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4977 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 233.62

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4978 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 100.29

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4979 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 80.01

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4980 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2.64

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4981 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17.19

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4982 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 6.79
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4983 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 294.43
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4984 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 228.85
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4985 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 128.67
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4986 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 186.80
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4987 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 227.98

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4988 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 310.85

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4989 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 652.56

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4990 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 423.45

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4991 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 33.61

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4992 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 171.33
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4993 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 159.98
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4994 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 297.29
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4995 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 495.46
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4996 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 30.78
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.4997 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 87.98

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4998 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 278.73

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.4999 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 260.95

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5000 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 72.06

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5001 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5002 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 86.69

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5003 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 57.27

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5004 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 211.54

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5005 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 955.73

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5006 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.85

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5007 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.79

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5008 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 70.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5009 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 43.02

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5010 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,909.84

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5011 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 283.27

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5012 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 674.11

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5013 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 73.18

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5014 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 187.77

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5015 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 187.80

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5016 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5.34

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5017 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 849.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5018 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 305.15

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5019 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 88.99

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5020 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 186.40

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5021 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 57.89

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.5022 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 885.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5023 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 47.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5024 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 109.36

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5025 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 393.06

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5026 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 159.55

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5027 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 260.64

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5028 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 153.29

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5029 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 356.75

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5030 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 213.80

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5031 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 224.09

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.5032 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 290.26

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5033 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,443.26

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5034 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,144.49

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5035 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 410.12

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5036 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 564.41

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5037 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 105.80

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5038 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 774.49

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5039 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 58.42

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5040 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 851.78

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5041 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 150.27

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5042 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 237.56

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5043 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 817.37

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5044 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 193.23

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5045 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 168.28

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5046 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 165.23

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5047 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 261.62

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5048 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5.34

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5049 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 82.91

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5050 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 842.36

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5051 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 168.23

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.5052 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 726.41

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5053 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.58

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5054 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,771.52

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5055 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 39.67

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5056 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 267.39

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.5057 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 160.27

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5058 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 944.43

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5059 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 73.94

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5060 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5061 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 342.36

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.5062 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 311.16

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5063 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 335.11

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5064 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 285.64

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5065 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25.17

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5066 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 471.34

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5067 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,150.23

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5068 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 457.56

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5069 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 743.57

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5070 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 261.45

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5071 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 223.94

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5072 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 179.10

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5073 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 126.04

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5074 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 291.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5075 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 121.27

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5076 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 78.68

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.5077 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 359.06

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5078 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 469.36

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5079 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 574.86

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5080 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 135.58

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5081 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 906.15

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.5082 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 121.05

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.5083 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 70.94

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.5084 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 963.36

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.5085 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 72.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.5086 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 191.66

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5087 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 210.31

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5088 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 525.28

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5089 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 406.39

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5090 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.50

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5091 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 51.37

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5092 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 134.72

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5093 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 86.87

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5094 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 76.62

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5095 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 67.72

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5096 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 134.64

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5097 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 313.88

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5098 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 293.31

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5099 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 233.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5100 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 285.51

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5101 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 173.88

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5102 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 82.84

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5103 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.21

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5104 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 398.18

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5105 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 54.37

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5106 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 113.60

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.5107 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.08

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5108 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 426.58

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5109 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.09

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5110 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 287.57

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5111 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 110.59

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.5112 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 350.49

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5113 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,562.87

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5114 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 54.78

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5115 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 167.28

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5116 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25.88

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5117 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 386.48

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5118 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 395.59

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5119 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 864.89

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5120 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 110.43

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5121 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 134.25

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2:** **Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5122 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 242.05
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5123 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 20.76
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5124 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 337.78
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5125 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 111.36
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5126 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 73.07
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5127 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 400.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5128 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16.62

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5129 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 289.45

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5130 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 234.41

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5131 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 69.02

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5132 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 81.33

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5133 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.13

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5134 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 759.88

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5135 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 885.41

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5136 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 424.86

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.5137 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.73

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5138 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 47.33

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5139 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 175.62

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5140 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 286.18

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5141 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 80.12

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5142 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 51.83

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5143 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,494.06

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5144 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 46.18

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5145 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5146 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 109.74

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5147 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 735.21

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5148 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 309.27

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5149 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 30.02

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5150 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 446.93

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5151 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 54.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.5152 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 452.05

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5153 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 789.45

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5154 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.77

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5155 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 403.97

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5156 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 120.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5157 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 872.04

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.5158 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 321.57

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.5159 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 110.66

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.5160 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 41.77

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.5161 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 521.47

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.5162 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 401.18

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5163 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,427.96

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5164 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,304.75

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5165 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 166.80

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5166 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 62.79

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.5167 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 390.33

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5168 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 39.85

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5169 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,262.07

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5170 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 51.42

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5171 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 20.44

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.5172 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 596.08

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.5173 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3.62

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.5174 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 294.31

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.5175 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 186.03

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.5176 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 57.29

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.5177 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.46

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5178 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.07

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5179 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 272.83

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5180 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 123.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5181 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 319.10

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5182 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5183 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 289.11

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5184 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.67

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5185 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 156.03

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5186 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 356.38

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5187 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 149.19

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5188 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 98.38

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5189 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 813.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5190 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 376.84

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5191 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 180.10

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor Sunnova Energy Corporation
Name

Case number (If known) 25-90159

**Part 2:** **Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5192 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52.92

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5193 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 386.94

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5194 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 527.74

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5195 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 218.97

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5196 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 66.84

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5197 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 346.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5198 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 486.25

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5199 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 319.97

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5200 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 554.51

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5201 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 4,336.73

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5202 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 242.05

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5203 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 225.40

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5204 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 573.06

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5205 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 197.54

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5206 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25.55

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.5207 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 343.47

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5208 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1.77

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5209 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 85.83

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5210 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 229.13

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5211 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 89.69

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.5212 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 186.64

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5213 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 241.07

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5214 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 103.19

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5215 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 309.39

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5216 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 168.60

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5217 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 285.76

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5218 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 756.93

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5219 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 279.51

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5220 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,025.11

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5221 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 319.82

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5222 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 901.18

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5223 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 98.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5224 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 505.34

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5225 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.51

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5226 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,536.06

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5227 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 179.54

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5228 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.86

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5229 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 270.44

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5230 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5231 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 63.76

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5232 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 78.95

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5233 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 217.70

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5234 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1.31

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5235 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 42.17

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5236 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.06

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5237 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 181.56

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5238 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 515.81

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5239 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 416.05

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5240 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 135.89

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5241 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 45.75

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5242 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 170.30

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5243 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 134.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5244 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 87.60

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5245 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 486.56

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5246 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 91.29

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5247 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 232.66

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5248 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 191.64

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5249 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 244.25

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5250 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 276.79

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5251 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 969.98

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5252 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 40.18

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5253 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 626.55

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5254 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 190.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5255 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 92.79

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5256 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 53.25

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5257 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 97.16

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5258 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 44.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5259 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 67.28

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5260 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16.64

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5261 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 71.30

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.526 2 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 373.26

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.526 3 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 217.03

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.526 4 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,186.55

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.526 5 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 487.92

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.526 6 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 56.38

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|
| **3.5267 Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 733.15 |
| **3.5268 Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 358.53 |
| **3.5269 Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 370.40 |
| **3.5270 Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 56.56 |
| **3.5271 Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 184.06 |

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5272 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 136.12

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5273 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 153.10

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5274 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 441.11

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5275 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.94

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5276 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 132.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.5277 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 465.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5278 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 434.02

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5279 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 112.97

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5280 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 499.36

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5281 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,195.86

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5282 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 148.40

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5283 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 175.21

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5284 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 41.44

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5285 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 147.19

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5286 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 110.37

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5287 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 66.27

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5288 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7.05

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5289 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 99.79

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5290 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 187.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5291 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 320.68

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.5292 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 126.13

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5293 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 60.50

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5294 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 73.93

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5295 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 131.46

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5296 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 229.46

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.5297 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 66.16

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5298 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 43.59

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5299 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 376.23

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5300 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 139.88

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5301 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 143.40

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.5302 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 209.34

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5303 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 201.35

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5304 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 318.50

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5305 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 432.71

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5306 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 42.01

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.5307 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 59.81

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5308 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 446.82

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5309 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 82.09

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5310 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 682.50

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5311 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 328.35

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.5312 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 39.01

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.5313 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.95

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.5314 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.07

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.5315 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 36.05

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.5316 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 84.30

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5317 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 441.06

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5318 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 76.13

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5319 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 187.99

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5320 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 86.04

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5321 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 38.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.5322 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 224.60

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.5323 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 144.60

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.5324 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 997.98

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.5325 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 529.87

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.5326 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 436.55

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5327 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 608.89

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5328 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 245.70

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5329 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 477.38

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5330 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 182.08

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5331 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 88.54

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5332 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 654.50

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5333 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 75.71

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5334 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,439.80

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5335 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 223.71

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5336 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 121.39

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5337 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 699.11

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5338 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31.25

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5339 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 166.58

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5340 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 123.42

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5341 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5.01

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.5342 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 44.03

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5343 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 39.16

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5344 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 43.09

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5345 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5346 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 142.87

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5347 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 331.61

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5348 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 90.58

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5349 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.26

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5350 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 257.73

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5351 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 614.69

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5352 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 295.98

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5353 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 185.34

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5354 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 530.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5355 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 606.34

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5356 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 192.45

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.5357 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 68.92
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5358 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 271.82
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5359 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 73.34
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5360 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 51.76
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5361 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 95.16
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5362 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 965.82

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5363 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 190.35

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5364 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 145.98

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5365 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31.42

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5366 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 280.62

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.5367 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 211.33
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5368 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 420.80
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5369 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 1,781.78
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5370 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 49.19
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5371 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 112.19
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5372 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,135.78

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5373 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 399.95

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5374 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5375 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,203.35

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5376 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 70.80

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5377 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 116.96

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5378 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 441.56

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5379 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 482.48

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5380 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 97.86

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5381 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 129.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.5382 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputted

$ 168.81

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5383 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.66

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5384 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 513.12

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5385 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 129.10

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5386 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 305.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.5387 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 149.24

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5388 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 254.07

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5389 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 281.13

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5390 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 65.93

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5391 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 530.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.5392 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 676.02

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5393 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 56.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5394 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 81.77

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5395 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 124.61

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5396 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 930.11

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.5397 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 224.85

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.5398 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 350.89

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.5399 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 664.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.5400 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 335.17

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.5401 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 97.54

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5402 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 85.26

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5403 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 722.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5404 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 291.41

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5405 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 67.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5406 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 67.35

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5407 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 69.10

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5408 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 185.39

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5409 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 399.79

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5410 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 98.66

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5411 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,993.10

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5412 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.84

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5413 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 142.84

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5414 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 77.18

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5415 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 94.62

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5416 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 95.80

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5417 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 73.09

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5418 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,701.95

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5419 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 125.66

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5420 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 105.55

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5421 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 30.62

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.5422 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4.88

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.5423 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 755.68

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.5424 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 72.85

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.5425 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 122.76

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.5426 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 225.41

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.5427 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 106.20

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5428 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 678.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5429 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 281.81

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5430 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 268.33

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5431 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,058.34

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5432 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 262.08

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5433 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 138.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5434 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3.01

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5435 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25.92

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5436 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 301.20

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5437 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 137.69

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5438 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 135.71

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5439 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 308.80

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5440 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 301.27

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5441 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 245.23

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim

3.5442 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,464.13

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5443 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 43.66

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5444 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,553.48

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5445 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 417.91

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5446 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 165.44

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5447 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 193.21

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5448 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 163.45

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5449 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 203.34

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5450 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 131.12

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5451 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 867.44

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5452 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2.20

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5453 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.54

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5454 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 295.09

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5455 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 84.72

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5456 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 72.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5457 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 482.42

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5458 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5459 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 802.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5460 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 246.63

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5461 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 362.60

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5462 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 315.08

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5463 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 66.89

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5464 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 275.40

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5465 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 350.98

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5466 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 71.91

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5467 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 174.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5468 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 491.58

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5469 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 70.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5470 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 335.34

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5471 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,411.25

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.5472 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 188.13

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.5473 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 236.21

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.5474 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 111.24

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.5475 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 572.93

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.5476 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 153.84

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5477 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 133.27

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5478 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 98.74

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5479 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 61.38

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5480 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 70.76

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5481 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 199.93

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.5482 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 137.88

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**3.5483 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 423.19

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**3.5484 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 258.09

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**3.5485 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 2.68

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**3.5486 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 27.43

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.5487 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 249.48

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5488 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 189.56

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5489 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 173.40

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5490 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 79.81

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5491 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 483.21

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.5492 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 476.67

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.5493 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 30.95

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.5494 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 198.67

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.5495 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 242.92

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.5496 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 349.44

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.5497 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 45.39

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5498 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 335.66

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5499 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 655.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5500 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 566.75

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5501 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.55

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5502 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 58.87

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5503 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 112.78

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5504 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,524.74

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5505 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 892.34

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5506 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 59.86

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.5507 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 18.33

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5508 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 913.20

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5509 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 420.88

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5510 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 468.78

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5511 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.75

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5512 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 170.54

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5513 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 142.46

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5514 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,071.59

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5515 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 238.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5516 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 572.17

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5517 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 69.54

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5518 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 469.69

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5519 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 80.41

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5520 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 71.12

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5521 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,416.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5522 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 185.62

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5523 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 331.68

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5524 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 139.31

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5525 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 53.33

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5526 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 675.75

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.5527 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 79.57

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5528 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 514.47

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5529 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,052.68

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5530 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 199.71

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5531 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 130.44

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5532 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 453.06

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5533 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 193.39

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5534 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 148.62

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5535 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 691.05

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5536 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 78.66

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5537 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 143.27

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5538 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 82.04

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5539 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 24.24

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5540 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 98.80

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5541 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 157.84

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5542 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 81.74

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5543 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 446.38

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5544 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 271.07

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5545 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 870.18

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5546 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 90.80

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.5547 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 235.99

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5548 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 58.84

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5549 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 98.44

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5550 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 405.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5551 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 123.69

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5552 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 114.03

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5553 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 383.96

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5554 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 43.54

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5555 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,340.06

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5556 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 457.74

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.5557 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 356.49

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5558 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 127.16

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5559 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 285.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5560 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4.49

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5561 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 509.94

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.5562 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 97.25

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5563 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 78.79

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5564 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 319.38

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5565 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 82.93

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5566 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 18.60

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.5567 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 619.66
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5568 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 447.54
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5569 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 83.29
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5570 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 24.76
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5571 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 367.89
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.5572 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 75.05

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5573 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 173.85

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5574 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 57.08

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5575 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 20.46

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5576 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 125.10

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.5577 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 164.76

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5578 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 1,829.23

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5579 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 370.62

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5580 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 358.97

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5581 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 343.69

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5582 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 3,577.66
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5583 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 647.50
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5584 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 241.01
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5585 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 187.81
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5586 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 289.86
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.5587 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 360.42

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5588 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 133.30

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5589 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 222.31

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5590 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 233.48

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5591 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 105.74

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.5592 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 121.75

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5593 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 482.15

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5594 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6.87

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5595 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 231.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5596 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 173.50

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.5597 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 160.99

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.5598 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 140.61

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.5599 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 664.69

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.5600 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 116.02

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.5601 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 41.21

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.5602 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 138.55

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.5603 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 226.93

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.5604 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 217.80

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.5605 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,492.67

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.5606 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 290.45

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5607 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 338.63

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5608 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 250.77

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5609 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4.67

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5610 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 716.57

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5611 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 493.04

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5612 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 530.05

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5613 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 126.37

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5614 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,113.71

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5615 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 713.81

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5616 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 107.93

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.5617 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15.73

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5618 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 91.51

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5619 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 124.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5620 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 361.73

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5621 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 195.35

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.5622 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,176.76

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5623 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 132.07

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5624 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 367.39

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5625 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 106.11

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5626 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 397.72

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.5627 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 112.41

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5628 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,147.71

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5629 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 993.75

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5630 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 344.33

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5631 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 96.47

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5632 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.91

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5633 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 177.76

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5634 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 312.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5635 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 190.58

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5636 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 508.42

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5637 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 499.09
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5638 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 424.08
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5639 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 1,040.79
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5640 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 0.10
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5641 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 57.47
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.5642 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.06

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5643 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 92.93

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5644 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 69.97

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5645 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.88

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5646 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 96.27

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5647 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 77.85

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.5648 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.06

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.5649 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 80.42

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.5650 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 65.30

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.5651 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 178.88

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.5652 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.74

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.5653 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3.93

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.5654 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 315.99

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.5655 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 108.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.5656 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 308.19

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.5657 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6.81

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5658 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 314.49

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5659 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5660 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 85.34

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5661 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3.74

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.5662 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 166.78

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5663 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 162.98

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5664 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 105.81

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5665 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,091.40

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5666 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 488.81

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5667 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,384.58

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5668 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 118.89

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5669 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 47.75

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5670 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 321.97

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5671 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 66.88

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5672 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 151.35

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5673 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 141.39

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5674 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 83.59

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5675 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 374.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5676 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5.85

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.5677 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 477.44
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5678 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 246.52
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5679 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 41.01
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5680 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 22.67
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5681 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 169.31
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.5682 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 146.83

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**3.5683 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 69.72

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**3.5684 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 1,031.06

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**3.5685 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 73.85

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**3.5686 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 65.54

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5687 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 139.52

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5688 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 194.76

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5689 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3.80

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5690 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 331.85

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5691 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 63.54

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.5692 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5693 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,135.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5694 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 548.41

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5695 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 50.79

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5696 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 238.37

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5697 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 252.33

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5698 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 342.74

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5699 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 220.18

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5700 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 275.01

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5701 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 294.36

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.5702 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 581.31

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5703 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 733.96

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5704 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 215.48

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5705 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 362.40

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5706 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 213.33

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.5707 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 281.91

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.5708 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,122.38

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.5709 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 388.82

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.5710 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 598.67

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.5711 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 357.46

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5712 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 691.57

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5713 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 437.92

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5714 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 154.64

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5715 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 310.82

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5716 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 544.54

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.5717 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 224.47

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5718 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 287.23

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5719 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3.03

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5720 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.52

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5721 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 214.81

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5722 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 324.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5723 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 73.01

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5724 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 635.08

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5725 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 89.61

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5726 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,345.28

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.5727 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 244.83

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5728 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 244.23

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5729 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 24.34

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5730 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 722.32

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5731 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 312.99

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.5732 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 339.54

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5733 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 47.32

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5734 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 71.26

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5735 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 611.92

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5736 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 316.95

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.5737 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 145.88

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.5738 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 98.84

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.5739 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 643.84

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.5740 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 191.93

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.5741 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.96

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.5742 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 169.04

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5743 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 101.68

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5744 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 70.39

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5745 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 154.59

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5746 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 235.50

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5747 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 79.01

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5748 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 578.17

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5749 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 741.19

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5750 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 97.68

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5751 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,161.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5752 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 122.75

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5753 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 87.10

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5754 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 116.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5755 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 318.32

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5756 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 409.76

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5757 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 291.45

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5758 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 431.33

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5759 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,930.13

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5760 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 738.11

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5761 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 39.94

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.5762 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 160.30

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5763 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 147.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5764 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 572.24

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5765 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 63.21

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5766 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 723.24

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5767 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 172.54

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5768 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.35

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5769 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 440.60

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5770 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 145.43

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5771 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 152.94

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim

**3.5772 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5773 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 199.31

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5774 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 138.58

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5775 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 30.54

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5776 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 473.92

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.5777 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 252.93

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5778 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 118.02

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5779 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 561.23

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5780 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 327.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5781 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 401.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.5782 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 350.43

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5783 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 114.76

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5784 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 98.28

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5785 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,066.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5786 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 122.56

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5787 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 72.47

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5788 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 100.69

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5789 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 300.24

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5790 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 633.06

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5791 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 523.77

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.5792 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,567.36

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.5793 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 356.94

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.5794 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2.72

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.5795 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 128.39

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.5796 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 225.41

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5797 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 300.23

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5798 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 232.96

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5799 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 169.77

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5800 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 18.17

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5801 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 90.42

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5802 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 95.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5803 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,698.77

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5804 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 447.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5805 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 130.24

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5806 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 583.98

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5807 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 170.88

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5808 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 192.18

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5809 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 172.34

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5810 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 77.23

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5811 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 163.72

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5812 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 760.25

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5813 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 220.28

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5814 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 410.13

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5815 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 127.92

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5816 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.82

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5817 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 615.54

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5818 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 223.61

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5819 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 111.71

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5820 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 46.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5821 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 386.93

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.5822 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.47

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5823 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 332.73

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5824 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 577.99

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5825 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 861.34

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5826 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 128.20

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.5827 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 339.16

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5828 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 127.79

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5829 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 101.02

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5830 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 324.95

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5831 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,729.19

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5832 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 203.25

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5833 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 93.41

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5834 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.36

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5835 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 75.29

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5836 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 192.08

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | **Amount of claim**

**3.5837 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 374.15

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5838 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 203.39

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5839 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 355.49

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5840 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 142.73

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5841 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2.60

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5842 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 296.18

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5843 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3.36

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5844 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 691.55

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5845 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 101.18

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5846 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 56.32

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5847 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 238.99

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5848 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 283.27

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5849 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 69.20

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5850 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.86

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5851 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 43.89

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5852 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 377.78

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5853 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 80.51

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5854 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,444.73

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5855 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 239.42

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5856 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 367.36

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5857 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,847.42

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5858 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 712.86

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5859 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 40.84

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5860 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.61

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5861 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 673.93

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.5862 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 243.11

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5863 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 418.72

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5864 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 404.96

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5865 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 197.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5866 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 188.71

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5867 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 76.38
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5868 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 270.16
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5869 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 29.01
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5870 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 670.25
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5871 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 205.97
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5872 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 143.26

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5873 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 11.04

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5874 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 635.24

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5875 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 1,653.23

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5876 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 174.63

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5877 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 125.56

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5878 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,442.20

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5879 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 848.89

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5880 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,235.98

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5881 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 41.21

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5882 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34.88

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5883 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 469.95

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5884 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 377.95

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5885 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 83.13

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5886 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 357.78

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5887 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 730.43

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5888 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 523.88

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5889 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 543.31

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5890 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 69.84

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5891 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 430.46

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.5892 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 70.03

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5893 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 245.26

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5894 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 130.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5895 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 164.61

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5896 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 90.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** **Amount of claim**

3.5897 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 92.58

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5898 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 167.25

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5899 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 98.05

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5900 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 270.01

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5901 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 123.40

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.5902 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 127.03

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5903 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 418.95

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5904 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 91.16

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5905 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.44

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5906 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 348.85

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5907 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 70.60

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5908 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 299.91

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5909 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 822.54

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5910 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 497.98

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5911 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 1,146.48

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5912 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 56.08

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5913 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 42.03

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5914 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 71.20

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5915 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 144.12

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5916 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 557.25

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5917 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 567.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5918 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 112.27

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5919 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 548.05

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5920 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6.44

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5921 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 198.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.5922 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,066.37

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5923 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 377.66

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5924 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 227.43

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5925 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 63.45

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5926 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 205.89

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5927 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 33.98

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5928 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 117.45

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5929 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 106.78

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5930 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,595.64

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5931 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,031.45

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.5932 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 279.50

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5933 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 334.86

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5934 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 179.69

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5935 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 237.72

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5936 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25.33

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.5937 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 196.01

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5938 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,022.35

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5939 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 258.41

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5940 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 261.03

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5941 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 502.33

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.5942 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 114.26

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5943 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 305.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5944 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 40.16

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5945 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.26

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5946 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 72.78

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5947 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 27.10
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5948 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 424.32
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5949 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 510.80
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5950 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 195.06
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5951 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 141.39
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.5952 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 120.35

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.5953 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 40.20

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.5954 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 69.63

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.5955 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 637.82

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.5956 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 198.31

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5957 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 258.03

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5958 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 838.10

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5959 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.95

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5960 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 242.31

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5961 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 716.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5962 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 735.85

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5963 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 134.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5964 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 354.67

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5965 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 55.13

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5966 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 368.48

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.5967 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 335.52

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.5968 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 65.49

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.5969 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 168.15

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.5970 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 132.16

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.5971 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 807.79

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.5972 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.29

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5973 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 58.42

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5974 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 314.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5975 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 139.44

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5976 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 38.52

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.5977 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 560.37

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.5978 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 401.44

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.5979 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 50.06

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.5980 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23.97

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.5981 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 962.52

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.5982 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 178.09

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.5983 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 75.27

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.5984 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 179.41

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.5985 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2.38

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.5986 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 530.75

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.5987 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 208.48

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5988 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 806.32

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5989 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 33.54

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5990 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,997.34

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5991 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,300.27

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.5992 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 337.97

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**3.5993 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 373.75

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**3.5994 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 46.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**3.5995 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 118.51

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**3.5996 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 2,123.80

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.5997 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3.91

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5998 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 374.50

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5999 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 191.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6000 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 425.06

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6001 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 61.97

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.6002 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.13

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6003 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.24

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6004 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,875.08

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6005 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6.38

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6006 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 157.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6007 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 289.08

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.6008 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 357.28

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.6009 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4.34

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.6010 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 179.19

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.6011 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 186.61

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6012 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 61.54

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6013 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.87

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6014 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,078.91

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6015 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52.27

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6016 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 312.16

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.6017 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,579.62

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6018 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 423.52

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6019 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 39.91

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6020 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 266.92

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6021 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 106.23

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6022 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 193.07

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6023 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34.94

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6024 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,383.10

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6025 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 494.88

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6026 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 233.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.6027 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 638.02

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.6028 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 457.99

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.6029 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 523.97

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.6030 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 494.19

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.6031 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 292.69

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.6032 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 259.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.6033 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3.41

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.6034 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 145.60

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.6035 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 126.73

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.6036 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 228.89

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6037 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.71

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6038 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 311.30

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6039 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 201.78

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6040 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 393.42

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6041 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52.25

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6042 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 588.33

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6043 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 167.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6044 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 106.21

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6045 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 183.17

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6046 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.66

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6047 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 30.21

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6048 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 186.38

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6049 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 298.43

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6050 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 740.49

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6051 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 227.20

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6052 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.44

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6053 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 116.47

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6054 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 592.20

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6055 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 231.63

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6056 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 324.32

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | **Amount of claim**

3.6057 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 1,886.38
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6058 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 251.37
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6059 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 577.74
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6060 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 195.22
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6061 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 146.95
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6062 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 106.02

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6063 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 101.55

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6064 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 414.63

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6065 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 594.73

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6066 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 132.95

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | **Amount of claim**

3.6067 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 40.20
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**
**Is the claim subject to offset?**
☐ No
☐ Yes

3.6068 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 69.32
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**
**Is the claim subject to offset?**
☐ No
☐ Yes

3.6069 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 624.48
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**
**Is the claim subject to offset?**
☐ No
☐ Yes

3.6070 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 179.65
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**
**Is the claim subject to offset?**
☐ No
☐ Yes

3.6071 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 79.97
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**
**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.6072 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 130.55

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6073 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 36.71

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6074 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 143.66

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6075 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 224.60

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6076 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 785.28

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.6077 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 326.06

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**3.6078 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 264.79

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**3.6079 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 31.38

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**3.6080 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 471.72

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**3.6081 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 119.59

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.6082 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 50.67

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6083 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 219.70

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6084 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 665.57

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6085 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 887.71

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6086 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 72.37

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6087 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 849.41

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6088 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 130.08

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6089 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,168.74

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6090 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 337.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6091 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 253.34

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.6092 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 350.49

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6093 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,315.03

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6094 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 234.88

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6095 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 62.50

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6096 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,308.77

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.6097 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 46.17

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6098 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,317.51

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6099 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,327.75

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6100 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 191.98

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6101 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 160.99

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6102 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.91

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6103 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,227.74

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6104 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 226.15

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6105 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 503.67

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6106 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2.39

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.6107 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 539.54

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.6108 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 1,621.34

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.6109 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 100.96

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.6110 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 3.94

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.6111 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 113.68

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.6112 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 195.71

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.6113 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 218.95

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.6114 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 52.02

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.6115 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 68.77

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.6116 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 161.87

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6117 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 244.43
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6118 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 70.70
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6119 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 102.36
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6120 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 7.69
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6121 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 247.14
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.6122 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 146.98

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6123 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 310.38

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6124 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 502.86

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6125 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 161.80

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6126 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 743.48

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6127 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 286.95

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6128 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 48.34

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6129 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 95.61

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6130 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 433.38

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6131 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 176.26

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.6132 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 270.19
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6133 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 465.16
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6134 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 562.87
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6135 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 16.09
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6136 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 212.79
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2:** **Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6137 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 347.99

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6138 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 934.86

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6139 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 121.73

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6140 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 268.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6141 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 951.36

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6142 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 47.23

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6143 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 81.95

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6144 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 701.68

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6145 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,460.05

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6146 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 459.86

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.6147 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 20.24

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6148 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 202.76

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6149 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 40.19

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6150 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 156.30

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6151 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 165.30

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6152 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 308.21

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6153 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 78.78

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6154 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 48.92

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6155 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 251.77

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6156 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 184.60

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6157 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 58.26

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6158 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4.51

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6159 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 389.76

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6160 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 422.35

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6161 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 154.84

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.6162 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 51.81

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6163 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5.18

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6164 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 42.59

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6165 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 36.17

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6166 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 353.64

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | **Amount of claim**

**3.6167 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 409.11

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6168 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 191.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6169 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 739.10

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6170 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 260.20

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6171 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 609.43

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor Sunnova Energy Corporation
Name

Case number (If known) 25-90159

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.6172 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 226.15

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6173 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 166.35

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6174 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 30.07

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6175 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 333.72

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6176 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 854.61

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6177 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 189.87

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6178 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 159.84

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6179 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 94.89

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6180 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 117.16

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6181 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 79.10

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6182 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 85.47

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6183 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 378.15

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6184 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 40.52

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6185 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 96.63

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6186 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.11

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6187 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 178.76

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6188 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 273.01

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6189 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.25

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6190 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 61.42

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6191 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 590.00

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.6192 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 63.21

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6193 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 86.69

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6194 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,576.91

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6195 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 455.24

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6196 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 168.43

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6197 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 43.89

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6198 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 378.77

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6199 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 50.31

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6200 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 286.36

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6201 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 650.26

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.6202 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 20.56

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6203 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 562.24

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6204 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 59.39

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6205 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,467.20

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6206 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 107.61

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6207 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 724.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6208 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.55

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6209 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 231.39

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6210 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 48.02

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6211 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 270.17

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6212 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 177.94

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6213 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 427.48

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6214 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 152.19

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6215 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 73.73

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6216 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 140.50

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6217 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 132.96

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6218 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 279.51

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6219 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 227.26

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6220 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 48.11

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6221 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 111.43

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6222 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 304.95

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6223 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34.23

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6224 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 154.63

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6225 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.13

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6226 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.94

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6227 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 16.66

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6228 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 223.06

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6229 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 270.16

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6230 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 274.28

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6231 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 267.28

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.6232 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 334.88

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6233 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 36.12

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6234 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,596.09

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6235 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 133.84

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6236 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 68.18

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.6237 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 152.23

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6238 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 288.94

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6239 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 76.18

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6240 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 82.37

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6241 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7.76

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6242 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 192.24

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6243 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,339.21

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6244 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 77.85

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6245 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 56.23

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6246 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 72.94

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.6247 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 115.57

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6248 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 82.61

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6249 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 383.02

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6250 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 353.83

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6251 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 46.23

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6252 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,212.63

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6253 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 911.98

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6254 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 337.81

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6255 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 24.75

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6256 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 184.61

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.6257 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 107.17

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.6258 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 6.98

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.6259 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 113.43

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.6260 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 248.62

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.6261 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 54.55

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6262 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 746.23

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6263 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 393.24

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6264 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 347.02

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6265 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 81.70

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6266 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 199.27

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | Amount of claim |
|---|---|---|
| 3.6267 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 157.87 |
| 3.6268 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 20.49 |
| 3.6269 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 54.77 |
| 3.6270 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 37.24 |
| 3.6271 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 228.29 |

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.6272 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 121.70

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6273 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 173.43

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6274 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 307.56

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6275 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.29

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6276 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 481.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6277 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 140.79

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6278 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 579.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6279 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2.57

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6280 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 103.17

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6281 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 79.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6282 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,460.09

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6283 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 859.63

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6284 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 228.77

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6285 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 70.36

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6286 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 247.86

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.6287 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 163.29

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6288 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 412.03

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6289 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 82.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6290 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 742.16

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6291 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,716.47

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6292 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 769.13

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6293 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,572.79

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6294 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 169.83

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6295 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 210.81

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6296 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 531.80

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.6297 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 44.46

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6298 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 122.80

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6299 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,189.07

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6300 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 203.83

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6301 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 766.52

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.6302 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 138.88

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.6303 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 69.42

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.6304 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 579.93

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.6305 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 63.74

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.6306 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 290.58

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6307 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 72.19

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6308 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 70.19

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6309 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 136.88

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6310 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 79.56

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6311 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 971.19

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6312 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4.20

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6313 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 95.41

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6314 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 511.04

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6315 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 348.96

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6316 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 94.74

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.6317 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 119.18

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6318 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 593.08

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6319 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 286.64

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6320 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 489.17

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6321 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 462.33

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6322 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 54.36

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6323 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 523.93

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6324 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.26

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6325 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 894.28

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6326 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 182.46

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.6327 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 112.73

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6328 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 321.41

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6329 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6330 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,403.38

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6331 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 357.84

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6332 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.18

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6333 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.80

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6334 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 64.41

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6335 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 63.72

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6336 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 161.13

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6337 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 286.03

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6338 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,658.86

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6339 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,025.02

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6340 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 131.86

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6341 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 998.68

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.6342 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 6.32

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6343 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 648.56

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6344 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 319.14

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6345 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 121.87

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6346 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 16.22

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6347 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 64.62

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6348 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 306.31

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6349 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 234.13

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6350 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 51.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6351 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 46.19

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.6352 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 64.85

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6353 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 763.37

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6354 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 154.75

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6355 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 185.85

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6356 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,550.33

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6357 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 142.93

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6358 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,698.03

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6359 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 113.30

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6360 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 288.74

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6361 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 75.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6362 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputted

$ 298.49

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.6363 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.81

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.6364 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 91.73

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.6365 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5.41

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.6366 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 99.73

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6367 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 475.64

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6368 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 99.72

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6369 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 826.49

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6370 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 906.83

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6371 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 225.30

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.6372 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 417.15

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6373 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34.15

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6374 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 255.32

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6375 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6376 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 498.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6377 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 51.30

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6378 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 272.21

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6379 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,227.10

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6380 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 627.50

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6381 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 33.95

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.6382 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 131.03

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6383 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 207.30

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6384 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 178.84

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6385 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.97

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6386 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 63.59

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6387 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 451.32
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6388 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 51.94
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6389 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 51.53
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6390 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 2,789.96
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6391 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 3,521.96
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.6392 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 361.27

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6393 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 330.89

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6394 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 24.06

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6395 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 263.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6396 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 147.54

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6397 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.91

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6398 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.46

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6399 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 35.67

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6400 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 20.62

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6401 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 608.82

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.6402 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 80.18

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6403 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 178.42

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6404 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 99.10

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6405 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 362.80

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6406 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 128.45

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6407 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 211.13

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6408 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 325.76

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6409 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 392.08

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6410 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 217.86

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6411 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 115.06

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6412 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 589.96

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6413 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 170.30

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6414 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 323.99

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6415 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 806.11

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6416 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 658.40

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.6417 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 122.12

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6418 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 1,141.71

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6419 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 369.21

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6420 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 6.72

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6421 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

$ 90.18

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.6422 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 270.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6423 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 807.20

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6424 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 841.34

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6425 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.19

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6426 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 744.44

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6427 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2.79

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6428 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 415.78

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6429 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.82

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6430 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31.29

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6431 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 271.43

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6432 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 251.31

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.6433 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15.41

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.6434 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 55.27

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.6435 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 199.74

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.6436 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 563.13

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6437 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,954.44

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6438 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 282.58

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6439 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,128.33

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6440 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 158.62

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6441 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 95.18

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.6442 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 541.51

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6443 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 125.87

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6444 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 133.78

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6445 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 30.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6446 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 341.44

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6447 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 232.16

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6448 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 131.85

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6449 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 98.44

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6450 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 597.73

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6451 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4.38

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.6452 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 203.31

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6453 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 74.85

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6454 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 89.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6455 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,554.11

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6456 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 449.41

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6457 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 30.70

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6458 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 811.64

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6459 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 256.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6460 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 170.91

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6461 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 36.99

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.6462 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 65.13

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6463 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 83.76

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6464 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 33.94

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6465 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 347.27

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6466 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.67

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.6467 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 300.40

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6468 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 146.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6469 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 307.06

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6470 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 47.01

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6471 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 133.23

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6472 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 591.61

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.6473 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3.85

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.6474 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5.40

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.6475 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 80.04

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.6476 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 114.91

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6477 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.38

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6478 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 106.26

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6479 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 63.19

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6480 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 168.25

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6481 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 249.81

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.6482 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 58.76
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6483 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 412.81
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6484 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 62.57
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6485 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 230.08
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6486 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 52.51
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.6487 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.34

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6488 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 792.75

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6489 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 355.70

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6490 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 89.54

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6491 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 355.75

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6492 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34.47

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6493 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 54.82

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6494 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 38.82

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6495 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 98.58

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6496 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 145.62

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6497 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 72.69

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6498 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 123.08

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6499 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 454.98

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6500 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 156.71

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6501 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,086.43

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.6502 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2.91

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6503 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 364.74

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6504 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 126.10

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6505 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 471.76

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6506 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 376.88

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6507 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 310.31

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.6508 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 126.37

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.6509 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16.19

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.6510 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 309.94

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.6511 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 177.78

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6512 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 259.07

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6513 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,426.59

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6514 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 709.27

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6515 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52.72

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6516 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 828.98

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6517 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5.45

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6518 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 93.02

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6519 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 278.94

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6520 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 73.87

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6521 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 33.68

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6522 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 281.78

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6523 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25.20

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6524 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 388.12

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6525 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23.07

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6526 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 95.29

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.6527 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,242.11

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6528 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 223.93

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6529 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 92.04

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6530 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 73.17

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6531 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 91.90

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6532 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 54.69

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6533 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,107.64

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6534 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 36.37

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6535 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 77.10

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6536 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 661.37

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6537 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 291.13

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6538 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 72.10

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6539 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 422.13

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6540 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 63.85

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6541 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 278.51

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.6542 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 1,170.65

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.6543 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 69.60

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.6544 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 605.10

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.6545 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 319.55

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.6546 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 520.32

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6547 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,436.72

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.6548 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.26

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.6549 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 93.39

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.6550 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 368.88

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.6551 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 582.73

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6552 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 251.37

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6553 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 652.15

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6554 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 211.80

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6555 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 482.27

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6556 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 60.89

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6557 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 107.26

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6558 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 255.93

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6559 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 297.58

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6560 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2.20

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6561 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 343.57

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.6562 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 432.14

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6563 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.08

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6564 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3.64

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6565 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 44.50

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6566 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 319.77

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.6567 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 100.01

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6568 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.34

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6569 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 186.62

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6570 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 114.93

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6571 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,005.34

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.6572 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 107.50

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6573 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 426.54

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6574 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 66.10

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6575 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 108.11

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6576 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 20.99

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6577 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 56.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6578 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.72

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6579 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 417.47

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6580 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 142.39

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6581 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 908.50

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.6582 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 702.21

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6583 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 123.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6584 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 602.40

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6585 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 122.25

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6586 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 85.52

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6587 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.46

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6588 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 138.07

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6589 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 99.17

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6590 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1.71

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6591 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,530.53

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6592 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 87.06
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6593 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 155.71
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6594 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 75.59
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6595 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 28.63
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6596 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ 573.03
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6597 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 275.55

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6598 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 401.86

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6599 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 349.06

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6600 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 53.36

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6601 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 518.92

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6602 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.87

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6603 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 122.92

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6604 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 146.60

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6605 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 120.17

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6606 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 359.87

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6607 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 58.18

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

3.6608 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 2,064.03

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

3.6609 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 461.02

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

3.6610 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 1,401.13

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

3.6611 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 111.52

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.6612 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 40.32

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.6613 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 94.34

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.6614 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,183.80

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.6615 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 50.61

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.6616 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 87.94

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6617 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 18.99

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6618 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 91.73

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6619 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,231.75

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6620 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 73.87

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6621 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15.22

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.6622 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 856.62

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6623 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 51.52

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6624 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 98.28

**Basis for the claim:** CUSTOMER PERFORMANCE GUARANTEE OBLIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6625 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 1,000.00

**Basis for the claim:** CUSTOMER DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6626 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 1,000.00

**Basis for the claim:** CUSTOMER DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6627 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6628 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6629 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6630 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6631 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.6632 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6633 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6634 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6635 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6636 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6637 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputted
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6638 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6639 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6640 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 2,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6641 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6642 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6643 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6644 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6645 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6646 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6647 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6648 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6649 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6650 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6651 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6652 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6653 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6654 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6655 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6656 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6657 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6658 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6659 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6660 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6661 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.6662 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6663 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6664 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6665 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6666 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.6667 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**
**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6668 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**
**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6669 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**
**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6670 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**
**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6671 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**
**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6672 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6673 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6674 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6675 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6676 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.6677 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6678 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6679 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6680 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6681 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6682 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6683 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6684 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6685 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6686 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6687 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6688 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6689 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6690 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6691 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.6692 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6693 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6694 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6695 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 2,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6696 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | Amount of claim |
|---|---|---|
| 3.6697 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |
| 3.6698 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 500.00 |
| 3.6699 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |
| 3.6700 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |
| 3.6701 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.6702 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6703 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6704 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6705 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6706 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6707 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6708 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6709 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6710 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6711 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.6712 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 2,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6713 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6714 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6715 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6716 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6717 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6718 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6719 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6720 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6721 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.6722 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6723 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6724 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6725 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6726 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.6727 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6728 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6729 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6730 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6731 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.6732 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6733 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6734 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6735 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6736 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6737 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6738 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6739 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6740 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6741 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6742 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6743 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6744 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6745 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6746 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6747 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6748 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6749 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6750 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6751 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6752 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6753 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6754 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6755 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6756 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6757 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6758 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6759 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6760 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6761 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.6762 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6763 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6764 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6765 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6766 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.6767 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6768 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6769 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6770 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6771 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6772 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6773 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6774 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6775 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6776 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6777 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6778 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6779 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6780 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6781 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6782 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6783 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6784 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6785 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6786 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6787 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6788 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6789 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6790 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6791 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.6792 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**3.6793 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**3.6794 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**3.6795 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**3.6796 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6797 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6798 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6799 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6800 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6801 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6802 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6803 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6804 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6805 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6806 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.6807 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6808 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6809 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6810 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6811 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6812 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6813 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6814 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6815 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6816 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6817 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6818 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6819 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6820 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6821 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

| Line | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|
| 3.6822 | NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |
| 3.6823 | NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |
| 3.6824 | NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |
| 3.6825 | NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |
| 3.6826 | NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6827 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6828 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6829 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6830 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6831 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.6832 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6833 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6834 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 2,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6835 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6836 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.6837 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6838 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6839 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6840 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6841 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6842 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6843 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6844 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6845 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6846 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6847 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6848 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6849 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6850 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6851 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6852 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6853 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6854 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6855 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6856 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6857 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6858 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6859 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6860 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6861 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6862 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 2,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6863 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6864 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6865 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6866 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.6867 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6868 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6869 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6870 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6871 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.6872 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6873 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6874 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6875 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6876 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6877 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6878 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6879 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6880 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6881 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.6882 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6883 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6884 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6885 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6886 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 2,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6887 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6888 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6889 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6890 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6891 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.6892 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6893 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6894 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6895 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6896 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6897 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6898 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6899 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6900 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6901 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6902 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6903 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6904 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6905 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6906 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6907 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6908 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6909 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6910 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6911 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.6912 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6913 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6914 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6915 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6916 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.6917 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6918 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6919 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6920 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6921 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.6922 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6923 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6924 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6925 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6926 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.6927 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6928 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6929 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6930 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6931 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6932 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6933 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6934 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6935 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6936 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.6937 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6938 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6939 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6940 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6941 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 2,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6942 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6943 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6944 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6945 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6946 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.6947 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.6948 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.6949 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.6950 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.6951 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6952 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6953 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6954 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6955 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6956 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6957 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6958 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6959 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6960 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6961 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.6962 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6963 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6964 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6965 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6966 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6967 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6968 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6969 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6970 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6971 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6972 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6973 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6974 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6975 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6976 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | | **Amount of claim** |
|---|---|---|
| 3.6977 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |
| 3.6978 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |
| 3.6979 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 500.00 |
| 3.6980 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |
| 3.6981 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 500.00 |

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.6982 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6983 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6984 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6985 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6986 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.6987 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**3.6988 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**3.6989 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**3.6990 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**3.6991 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6992 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6993 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6994 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6995 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6996 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.6997 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6998 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6999 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7000 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7001 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.700 2 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.700 3 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.700 4 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.700 5 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.700 6 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7007 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7008 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7009 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7010 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7011 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.7012 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7013 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7014 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7015 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7016 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7017 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7018 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7019 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7020 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7021 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.7022 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7023 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7024 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7025 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7026 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7027 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7028 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7029 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7030 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7031 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.7032 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7033 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 2,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7034 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7035 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7036 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7037 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7038 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7039 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7040 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7041 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7042 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7043 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7044 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7045 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7046 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7047 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7048 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7049 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7050 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7051 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | Amount of claim |
|---|---|---|
| 3.7052 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |
| 3.7053 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |
| 3.7054 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |
| 3.7055 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |
| 3.7056 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7057 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7058 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7059 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7060 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7061 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.706 2 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.706 3 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.706 4 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.706 5 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.706 6 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.7067 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7068 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7069 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7070 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7071 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7072 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7073 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7074 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7075 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7076 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7077 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7078 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7079 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7080 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7081 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.7082 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7083 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7084 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7085 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7086 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7087 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.7088 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.7089 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.7090 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.7091 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7092 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7093 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7094 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7095 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7096 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7097 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7098 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7099 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7100 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7101 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7102 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7103 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7104 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7105 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7106 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.7107 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7108 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7109 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7110 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7111 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.7112 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7113 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7114 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7115 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 2,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7116 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7117 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7118 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7119 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7120 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7121 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7122 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7123 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7124 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7125 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7126 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 2,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.7127 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7128 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7129 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7130 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7131 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7132 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7133 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7134 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7135 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7136 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.7137 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7138 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7139 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7140 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7141 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.7142 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7143 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7144 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7145 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7146 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7147 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7148 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7149 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7150 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7151 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7152 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7153 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7154 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 2,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7155 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7156 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7157 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7158 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7159 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7160 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7161 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.7162 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7163 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7164 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 2,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7165 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7166 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7167 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7168 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7169 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7170 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7171 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.7172 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7173 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7174 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7175 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7176 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| Line | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|
| 3.7177 | NAME ON FILE<br>ADDRESS ON FILE<br>Date or dates debt was incurred<br>Last 4 digits of account number | Check all that apply.<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: CUSTOMER DEPOSIT<br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $ 1,000.00 |
| 3.7178 | NAME ON FILE<br>ADDRESS ON FILE<br>Date or dates debt was incurred<br>Last 4 digits of account number | Check all that apply.<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: CUSTOMER DEPOSIT<br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $ 500.00 |
| 3.7179 | NAME ON FILE<br>ADDRESS ON FILE<br>Date or dates debt was incurred<br>Last 4 digits of account number | Check all that apply.<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: CUSTOMER DEPOSIT<br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $ 500.00 |
| 3.7180 | NAME ON FILE<br>ADDRESS ON FILE<br>Date or dates debt was incurred<br>Last 4 digits of account number | Check all that apply.<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: CUSTOMER DEPOSIT<br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $ 500.00 |
| 3.7181 | NAME ON FILE<br>ADDRESS ON FILE<br>Date or dates debt was incurred<br>Last 4 digits of account number | Check all that apply.<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: CUSTOMER DEPOSIT<br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $ 1,000.00 |

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7182 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7183 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7184 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7185 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7186 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7187 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7188 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7189 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7190 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7191 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 2,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7192 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7193 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7194 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7195 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7196 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7197 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7198 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7199 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7200 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7201 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7202 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7203 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7204 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7205 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7206 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.7207 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7208 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7209 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7210 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7211 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 255.56

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.7212 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7213 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7214 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7215 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7216 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.7217 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7218 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7219 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7220 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7221 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7222 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7223 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7224 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7225 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7226 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.7227 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7228 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7229 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7230 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7231 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.7232 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7233 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7234 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7235 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7236 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.7237 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7238 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7239 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7240 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7241 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7242 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7243 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7244 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7245 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7246 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7247 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7248 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7249 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7250 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7251 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.7252 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7253 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7254 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7255 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7256 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7257 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7258 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7259 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7260 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7261 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 2,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7262 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7263 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7264 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7265 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7266 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7267 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7268 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7269 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7270 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7271 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7272 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7273 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 3,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7274 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7275 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7276 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.7277 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7278 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7279 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7280 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7281 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.7282 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7283 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7284 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7285 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7286 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7287 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7288 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7289 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7290 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7291 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7292 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7293 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7294 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7295 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7296 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.7297 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7298 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7299 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7300 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 2,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7301 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.7302 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7303 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7304 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7305 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7306 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.7307 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**3.7308 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**3.7309 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**3.7310 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**3.7311 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7312 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7313 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7314 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7315 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7316 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7317 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7318 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7319 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7320 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7321 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7322 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7323 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7324 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7325 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7326 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.7327 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7328 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7329 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7330 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7331 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7332 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7333 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7334 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7335 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7336 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

| Line | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|
| 3.7337 | NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 500.00 |
| 3.7338 | NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |
| 3.7339 | NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 500.00 |
| 3.7340 | NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 500.00 |
| 3.7341 | NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 500.00 |

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.7342 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7343 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7344 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7345 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7346 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7347 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7348 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7349 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7350 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 2,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7351 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.7352 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.7353 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 2,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.7354 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.7355 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.7356 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.7357 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7358 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7359 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7360 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7361 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7362 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7363 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7364 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7365 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7366 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7367 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7368 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7369 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7370 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7371 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7372 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7373 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7374 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7375 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7376 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | Amount of claim |
|---|---|---|
| 3.7377 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 500.00 |
| 3.7378 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |
| 3.7379 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |
| 3.7380 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 500.00 |
| 3.7381 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7382 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7383 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7384 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7385 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7386 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7387 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7388 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7389 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7390 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7391 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | Amount of claim |
|---|---|---|
| 3.7392 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |
| 3.7393 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |
| 3.7394 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |
| 3.7395 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 500.00 |
| 3.7396 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7397 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7398 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7399 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7400 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7401 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 2,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7402 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 2,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7403 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7404 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7405 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7406 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.7407 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7408 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7409 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7410 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7411 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 2,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7412 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7413 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7414 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7415 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7416 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7417 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7418 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7419 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7420 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7421 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.7422 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**3.7423 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**3.7424 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 2,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**3.7425 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**3.7426 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7427 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7428 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7429 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7430 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7431 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.7432 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7433 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7434 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7435 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7436 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | Amount of claim |
|---|---|---|
| 3.7437 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |
| 3.7438 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 500.00 |
| 3.7439 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |
| 3.7440 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |
| 3.7441 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |

**Part 2: Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | Amount of claim |
|---|---|---|
| 3.7442 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 500.00 |
| 3.7443 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 500.00 |
| 3.7444 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 500.00 |
| 3.7445 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 500.00 |
| 3.7446 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |

**Part 2: Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | Amount of claim |
|---|---|---|
| 3.7447 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |
| 3.7448 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |
| 3.7449 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |
| 3.7450 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |
| 3.7451 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 500.00 |

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7452 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7453 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7454 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7455 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7456 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7457 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7458 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7459 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7460 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7461 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7462 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7463 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7464 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7465 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7466 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7467 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7468 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7469 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7470 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7471 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7472 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7473 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7474 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7475 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7476 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7477 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7478 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7479 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7480 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7481 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7482 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7483 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7484 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7485 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7486 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|
| 3.7487 | NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |
| 3.7488 | NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |
| 3.7489 | NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 500.00 |
| 3.7490 | NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |
| 3.7491 | NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7492 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7493 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7494 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7495 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7496 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7497 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7498 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7499 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7500 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7501 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7502 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7503 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7504 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7505 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7506 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7507 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7508 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7509 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7510 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7511 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7512 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7513 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7514 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7515 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7516 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.7517 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7518 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7519 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7520 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7521 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2:** **Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.7522 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7523 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7524 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7525 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7526 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.7527 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.7528 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.7529 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.7530 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.7531 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7532 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 2,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7533 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7534 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7535 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7536 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7537 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7538 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7539 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7540 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7541 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.7542 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7543 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7544 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7545 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7546 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7547 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7548 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7549 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7550 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7551 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.7552 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7553 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7554 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7555 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7556 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.7557 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.7558 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.7559 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.7560 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.7561 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7562 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7563 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7564 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7565 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7566 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7567 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7568 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7569 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7570 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7571 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7572 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7573 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7574 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7575 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7576 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.7577 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7578 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7579 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7580 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7581 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7582 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7583 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7584 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7585 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7586 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.7587 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**3.7588 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**3.7589 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**3.7590 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**3.7591 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.7592 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7593 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7594 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7595 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7596 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.7597 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.7598 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.7599 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.7600 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.7601 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.7602 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7603 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7604 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7605 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7606 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.7607** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7608** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7609** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7610** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7611** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7612 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7613 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7614 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7615 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7616 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7617 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7618 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7619 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7620 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7621 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7622 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7623 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7624 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7625 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7626 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.7627 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.7628 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.7629 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.7630 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.7631 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.7632 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7633 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7634 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 2,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7635 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7636 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7637 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7638 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7639 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7640 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7641 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.7642 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7643 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7644 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7645 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7646 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7647 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7648 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7649 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7650 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7651 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7652 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7653 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7654 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7655 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7656 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.7657 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.7658 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.7659 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.7660 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.7661 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7662 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7663 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7664 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7665 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7666 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.7667 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7668 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7669 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7670 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7671 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.7672 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7673 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7674 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7675 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7676 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.7677 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.7678 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.7679 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.7680 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.7681 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.7682 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7683 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7684 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7685 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7686 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7687 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7688 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7689 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7690 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7691 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.7692 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7693 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7694 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7695 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7696 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.7697 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7698 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7699 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7700 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7701 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.7702 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7703 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7704 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7705 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7706 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7707 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7708 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7709 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7710 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7711 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.7712 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7713 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7714 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7715 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7716 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7717 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7718 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7719 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7720 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7721 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.7722 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7723 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7724 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7725 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7726 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7727 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7728 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7729 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7730 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7731 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.7732 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7733 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7734 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7735 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7736 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | Amount of claim |
|---|---|---|
| 3.7737 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |
| 3.7738 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |
| 3.7739 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 500.00 |
| 3.7740 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 500.00 |
| 3.7741 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 500.00 |

**Part 2: Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | Amount of claim |
|---|---|---|
| 3.7742 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |
| 3.7743 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |
| 3.7744 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |
| 3.7745 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |
| 3.7746 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7747 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7748 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7749 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7750 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7751 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7752 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7753 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7754 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7755 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7756 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.7757 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7758 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7759 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7760 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7761 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.7762 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7763 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7764 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7765 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7766 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.7767 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7768 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7769 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7770 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7771 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7772 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7773 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7774 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7775 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7776 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7777 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7778 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7779 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7780 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7781 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7782 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7783 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7784 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7785 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7786 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7787 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7788 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7789 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7790 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7791 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.7792 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7793 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7794 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7795 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7796 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7797 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7798 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7799 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7800 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7801 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7802 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7803 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7804 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7805 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7806 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7807 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7808 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7809 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7810 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7811 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.7812 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.7813 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.7814 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.7815 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 2,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.7816 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7817 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputted

$ 1,000.00

**Basis for the claim:** CUSTOMER DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7818 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 1,000.00

**Basis for the claim:** CUSTOMER DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7819 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 1,000.00

**Basis for the claim:** CUSTOMER DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7820 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 2,000.00

**Basis for the claim:** CUSTOMER DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7821 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 1,000.00

**Basis for the claim:** CUSTOMER DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7822 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7823 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7824 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7825 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7826 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.7827 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7828 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7829 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7830 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7831 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7832 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7833 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7834 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7835 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7836 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|
| 3.7837 | NAME ON FILE<br>ADDRESS ON FILE | *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT | $ 1,000.00 |
| | **Date or dates debt was incurred**<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3.7838 | NAME ON FILE<br>ADDRESS ON FILE | *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT | $ 1,000.00 |
| | **Date or dates debt was incurred**<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3.7839 | NAME ON FILE<br>ADDRESS ON FILE | *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT | $ 1,000.00 |
| | **Date or dates debt was incurred**<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3.7840 | NAME ON FILE<br>ADDRESS ON FILE | *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT | $ 1,000.00 |
| | **Date or dates debt was incurred**<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3.7841 | NAME ON FILE<br>ADDRESS ON FILE | *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT | $ 1,000.00 |
| | **Date or dates debt was incurred**<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7842 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7843 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7844 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7845 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7846 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7847 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7848 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7849 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7850 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7851 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7852 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7853 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7854 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7855 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7856 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7857 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7858 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7859 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7860 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7861 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7862 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7863 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7864 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7865 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7866 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7867 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7868 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7869 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7870 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7871 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | Amount of claim |
|---|---|---|
| 3.7872 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |
| 3.7873 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 500.00 |
| 3.7874 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 500.00 |
| 3.7875 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |
| 3.7876 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |

**Part 2:** **Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7877 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7878 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7879 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7880 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7881 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | Amount of claim |
|---|---|---|
| 3.7882 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 500.00 |
| 3.7883 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 500.00 |
| 3.7884 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |
| 3.7885 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |
| 3.7886 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 500.00 |

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.7887 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7888 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7889 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7890 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7891 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7892 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7893 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7894 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7895 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7896 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.7897 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7898 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7899 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7900 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7901 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7902 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7903 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7904 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7905 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7906 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7907 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7908 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7909 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7910 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7911 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7912 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7913 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7914 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7915 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7916 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

| Line | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|
| 3.7917 | NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |
| 3.7918 | NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |
| 3.7919 | NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 500.00 |
| 3.7920 | NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 2,000.00 |
| 3.7921 | NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 500.00 |

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7922 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7923 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7924 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7925 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7926 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7927 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7928 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7929 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7930 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7931 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7932 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7933 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7934 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7935 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7936 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7937 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7938 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7939 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7940 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7941 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.7942 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7943 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7944 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7945 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7946 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7947 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7948 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7949 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7950 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7951 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.7952 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7953 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7954 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7955 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7956 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7957 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7958 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7959 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7960 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7961 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7962 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7963 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7964 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7965 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7966 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.7967 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7968 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 2,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7969 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7970 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7971 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.7972 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7973 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7974 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7975 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7976 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 2,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7977 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7978 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7979 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7980 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7981 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7982 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7983 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7984 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7985 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7986 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7987 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7988 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7989 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7990 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7991 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.7992 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7993 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7994 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7995 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.7996 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | Amount of claim |
|---|---|---|
| 3.7997 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |
| 3.7998 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 500.00 |
| 3.7999 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |
| 3.8000 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 2,000.00 |
| 3.8001 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8002 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8003 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8004 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8005 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8006 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8007 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8008 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8009 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8010 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8011 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8012 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8013 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8014 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8015 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8016 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.8017 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 2,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8018 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8019 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8020 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8021 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.8022 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8023 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8024 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8025 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8026 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.8027** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8028** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8029** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8030** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8031** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8032 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8033 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8034 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8035 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8036 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.8037 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8038 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8039 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8040 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8041 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8042 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8043 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8044 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8045 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8046 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.8047 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8048 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8049 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8050 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8051 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.8052 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8053 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8054 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8055 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8056 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8057 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8058 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8059 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8060 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8061 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.8062 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8063 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8064 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8065 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8066 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8067 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8068 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8069 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8070 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8071 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8072 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8073 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 2,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8074 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8075 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8076 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.8077 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8078 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8079 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8080 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8081 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.8082 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8083 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8084 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8085 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8086 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.8087 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8088 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8089 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8090 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8091 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8092 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8093 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8094 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8095 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8096 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor Sunnova Energy Corporation Case number (If known) 25-90159

Name

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8097 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

3.8098 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

3.8099 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

3.8100 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

3.8101 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8102 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8103 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8104 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8105 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8106 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.8107 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8108 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8109 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8110 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8111 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8112 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8113 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8114 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8115 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8116 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.8117 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8118 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8119 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8120 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8121 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.8122 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8123 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8124 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8125 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8126 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.8127 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8128 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8129 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8130 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8131 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| Line | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|
| 3.8132 | NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |
| 3.8133 | NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 500.00 |
| 3.8134 | NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 500.00 |
| 3.8135 | NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |
| 3.8136 | NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.8137 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8138 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8139 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8140 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8141 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8142 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8143 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8144 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8145 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8146 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8147 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8148 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8149 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8150 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8151 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8152 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8153 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8154 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 2,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8155 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8156 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | Amount of claim |
|---|---|---|
| 3.8157 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |
| 3.8158 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 500.00 |
| 3.8159 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |
| 3.8160 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |
| 3.8161 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 500.00 |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.8162 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.8163 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.8164 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.8165 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.8166 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8167 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8168 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8169 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8170 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8171 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8172 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8173 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8174 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8175 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8176 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8177 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8178 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8179 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8180 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8181 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8182 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8183 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8184 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8185 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8186 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.8187 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8188 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8189 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8190 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8191 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | Amount of claim |
|---|---|---|
| **3.8192 Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |
| **3.8193 Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 500.00 |
| **3.8194 Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |
| **3.8195 Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |
| **3.8196 Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 500.00 |

**Part 2: Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | Amount of claim |
|---|---|---|
| 3.8197 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |
| 3.8198 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 500.00 |
| 3.8199 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 500.00 |
| 3.8200 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 500.00 |
| 3.8201 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 500.00 |

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.8202 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8203 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8204 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8205 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8206 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8207 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.8208 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.8209 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.8210 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.8211 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.8212 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8213 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8214 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8215 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8216 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8217 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8218 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8219 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8220 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8221 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8222 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8223 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8224 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8225 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8226 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.8227 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8228 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8229 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8230 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8231 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.8232 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8233 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8234 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8235 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8236 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8237 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8238 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8239 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8240 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8241 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.8242 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**3.8243 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**3.8244 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**3.8245 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**3.8246 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8247 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8248 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8249 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8250 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8251 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8252 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8253 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8254 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8255 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8256 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8257 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8258 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8259 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8260 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8261 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8262 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8263 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8264 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8265 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8266 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8267 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**
**Is the claim subject to offset?**
☐ No
☐ Yes

3.8268 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**
**Is the claim subject to offset?**
☐ No
☐ Yes

3.8269 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**
**Is the claim subject to offset?**
☐ No
☐ Yes

3.8270 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**
**Is the claim subject to offset?**
☐ No
☐ Yes

3.8271 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**
**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.8272 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8273 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8274 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8275 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8276 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8277 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8278 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8279 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8280 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8281 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8282 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 2,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8283 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8284 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8285 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8286 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8287 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8288 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8289 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8290 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8291 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8292 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8293 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8294 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8295 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8296 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.8297 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8298 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8299 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8300 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8301 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8302 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8303 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8304 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8305 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8306 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8307 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8308 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8309 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8310 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8311 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8312 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8313 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8314 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8315 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8316 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8317 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8318 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8319 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8320 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8321 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8322 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputted
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8323 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8324 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8325 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8326 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8327 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8328 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8329 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8330 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8331 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8332 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8333 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8334 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8335 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8336 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | Amount of claim |
|---|---|---|
| 3.8337 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |
| 3.8338 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 500.00 |
| 3.8339 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |
| 3.8340 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 500.00 |
| 3.8341 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | Amount of claim |
|---|---|---|
| **3.8342 Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |
| **3.8343 Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |
| **3.8344 Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |
| **3.8345 Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |
| **3.8346 Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8347 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8348 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8349 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8350 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8351 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.8352 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8353 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8354 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8355 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8356 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.8357 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8358 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8359 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8360 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8361 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8362 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8363 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8364 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8365 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8366 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8367 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8368 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8369 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8370 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8371 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.8372 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8373 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8374 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8375 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8376 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.8377 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**3.8378 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**3.8379 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**3.8380 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**3.8381 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.8382 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**3.8383 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**3.8384 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**3.8385 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**3.8386 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8387 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8388 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8389 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8390 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8391 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

| Line | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|
| 3.8392 | NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 500.00 |
| 3.8393 | NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |
| 3.8394 | NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 500.00 |
| 3.8395 | NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |
| 3.8396 | NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 500.00 |

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8397 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8398 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8399 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8400 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8401 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8402 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8403 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8404 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8405 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8406 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.8407 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8408 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8409 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8410 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8411 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.8412 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 2,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8413 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8414 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8415 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8416 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8417 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8418 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8419 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8420 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8421 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.8422 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8423 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8424 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8425 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8426 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8427 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8428 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8429 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8430 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8431 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim

3.8432 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8433 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8434 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8435 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8436 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8437 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 2,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8438 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8439 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8440 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8441 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8442 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputted

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8443 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8444 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8445 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8446 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8447 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8448 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8449 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8450 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8451 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

| Line | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|
| 3.8452 | NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |
| 3.8453 | NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |
| 3.8454 | NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |
| 3.8455 | NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,000.00 |
| 3.8456 | NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** CUSTOMER DEPOSIT<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 500.00 |

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8457 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8458 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8459 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8460 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8461 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.8462 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8463 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8464 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8465 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8466 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8467 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8468 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8469 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8470 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8471 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2:** **Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8472 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8473 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8474 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8475 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8476 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.8477 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8478 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8479 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8480 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8481 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.8482 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8483 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8484 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8485 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8486 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8487 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8488 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8489 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8490 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8491 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.8492 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8493 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8494 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8495 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8496 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8497 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8498 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8499 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8500 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8501 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.8502 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8503 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8504 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8505 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8506 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.8507 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8508 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8509 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8510 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8511 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8512 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8513 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8514 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8515 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8516 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.8517 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.8518 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.8519 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.8520 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.8521 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8522 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8523 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8524 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8525 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8526 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8527 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8528 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8529 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8530 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8531 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER DEPOSIT

$ 500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.8532 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8533 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8534 Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: MASSACHUSETTS PROPERTY INSURANCE UNDERWRITING ASSOCIATION
TWO CENTER PLAZA
BOSTON, MA 02108

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8535 Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: JOSEPH FOGEL
ADEPT LAW FIRM
4500 PARK GRANADA
SUITE 202F
CALABASAS, CA 91302

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8536 Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: STEPHANIE REYES
LS CARLSON LAW
85 ENTERPRISE
SUITE 310
ALISO VIEJO, CA 92656

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8537 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ATTN: TERESA RAGLE
ROSS & MATTHEWS
3650 LOVELL AVENUE
FORT WORTH, TX 76107

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8538 **Nonpriority creditor's name and mailing address**
NAME ON FILE
USAA
EXL TRUMBULL TEAM ONE
20 CHURCH STREET, SUITE 1600
HARTFORD, CT 06103

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8539 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ATTN: DARREN P. COVAR
COVAR LAW GROUP, P.A.
712 SW 10TH STREET
DEERFIELD BEACH, FL 33441

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8540 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ATTN: DENNIS DONOVAN
STONEGATE LAW, LLC
P.O. BOX 456
GREEN, OH 44232

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8541 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ATTN: JOSH HORTON
THE JOSH HORTON S. LAW FIRM, PA
107 POND APPLE LANE, #102
JUPITER, FL 33458

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.8542 Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: DARREN P. COVAR
COVAR LAW GROUP, P.A.
712 SW 10TH STREET
DEERFIELD BEACH, FL 33441

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8543 Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: DENNIS DONOVAN
STONEGATE LAW, LLC
P.O. BOX 456
GREEN, OH 44232

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8544 Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: MONIKA LEVINE
RTR LAW
3333 WEST COMMERCIAL BLVD.
SUITE 200
FORT LAUDERDALE, FL 33309

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8545 Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: MARK CARLSON
CARLSON LAW GROUP, INC.
6300 CANOGA AVENUE
SUITE 1610
WOODLAND HILLS, CA 91367

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8546 Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: JUSTIN HOUSER
COPLOFF, RYAN,& HOUSER
P.O.BOX 389
136 EAST WATER STREET
LOCK HAVEN, PA 17745

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8547 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ATTN: MICHAEL J. CALLON
BURRIS LAW
488 SOUTH GLASSELL STREET
ORANGE, CA 92866

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8548 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8549 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ATTN: DARREN P. COVAR
COVAR LAW GROUP, P.A.
712 SW 10TH STREET
DEERFIELD BEACH, FL 33441

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8550 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ATTN: BRIAN L. LINCIOME
COZEN O'CONNOR
ONE LIBERTY PLACE
1650 MARKET STREET, SUITE 2800
PHILADELPHIA, PA 19103

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8551 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ATTN: DENNIS DONOVAN
STONEGATE LAW, LLC
P.O. BOX 456
GREEN, OH 44232

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.8552 Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: JOHN BAZAN
BAZAN HUERTA & ASSOCIATES
5345 EAST OLYMPIC BOULEVARD
LOS ANGELES, CA 90022

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8553 Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: DENNIS DONOVAN
STONEGATE LAW, LLC
P.O. BOX 456
GREEN, OH 44232

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8554 Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: BENJAMIN SANCHEZ
SANCHEZ LAW FIRM
150 W PARKER ROAD
SUITE 201
HOUSTON, TX 77076

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8555 Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: PAUL C. BAUDUCCO
LEWITT HACKMAN
16633 VENTURA BLVD.
11TH FLOOR
ENCINO, CA 91436

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8556 Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: IVONA BOCHINSKA, SUBROGATION RECOVERY MANAGER
METHFESSEL & WERBEL
2025 LINCOLN HIGHWAY
SUITE 200
EDISON, NJ 08818

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8557 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ATTN: SIDNEY SKIPPER
MOSTER LAW FIRM
4920 S. LOOP 289
SUITE 103A
LUBBOCK, TX 79414

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8558 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ATTN: KRISTY DUPONT
P.O. BOX 158
139 STATE STREET
MONTPELIER, VT 05602

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8559 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ATTN: IVONA BOCHINSKA, SUBROGATION RECOVERY MANAGER
METHFESSEL & WERBEL
2025 LINCOLN HIGHWAY
SUITE 200
EDISON, NJ 08818

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8560 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ATTN: DAVID O. STALLONE
C/O: STALLONE LAW OFFICES
1901 FIRST AVE SUITE #219C
SAN DIEGO, CA 92101

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** LITIGATION - 24CU004623N

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8561 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** LITIGATION - ARE-2025-0006778

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.8562 Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: SANDRA E. ROSA RODRIGUEZ
PO BOX 141786
ARECIBO, PR 00614-1786

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION - CIVIL CASE:HU2023CV00266

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8563 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION - DOCKET NO. OCN-DC-006241-25

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8564 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION - SAN-2025-0021451

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8565 Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: ABE G. SALEN
C/O: WESIERSKI & ZUREK, LLP
29 ORCHARD ROAD
LAKE FOREST, CA 92630

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION - CAUSE NO. 30-2024-01385880

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8566 Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: JOHN F. LUSHIS JR., ESQ
C/O: NORRIS MCLAUGHLIN, P.A.
515 W HAMILTON ST, STE 502
ALLENTOWN, PA 18104

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION - 01-24-0007-3409

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

3.8567 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.* $ Undetermined

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION - ARE-2025-0006899

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8568 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: DANIEL BARLI
C/O: BARILI & ASSOCIATES, LLC
600 GETTY AVENUE
SUITE 304
CLIFTON, NJ 07011

**As of the petition filing date, the claim is:** *Check all that apply.* $ Undetermined

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION - DOCKET NO.: BER – L – 758 - 23

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8569 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: STEPHAN J. TULL
C/O: LAW OFFICE OF STEPHAN J. TULL
ONE PENN CENTER, SUITE 880
1617 JOHN F. KENNEDY BOULEVARD
PHILADELPHIA, PA 19103

**As of the petition filing date, the claim is:** *Check all that apply.* $ Undetermined

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION - 2504023222

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8570 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: J. NEAL PREVOST
C/O: PREVOST LAW FIRM
1415 LEGACY DRIVE, SUITE 350
FRISCO, TX 75024

**As of the petition filing date, the claim is:** *Check all that apply.* $ Undetermined

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION - 01-24-0006-0584

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8571 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: JAMES DEMARTINI
C/O: LAW OFFICES OF JAMES DEMARTINI
115 WEST FIRST STREET
CLOVERDALE, CA 95425

**As of the petition filing date, the claim is:** *Check all that apply.* $ Undetermined

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION - CV426473

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.8572 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - PON-2025-0005960

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8573 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - SAN-2024-0020062

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8574 Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: ZACK I. DOMB
C/O: DOMB & RAUCHWERGER, LLP
1055 E. COLORADO BLVD.
FIFTH FLOOR
PASADENA, CA, CA 91106

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - 24-CV-06346

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8575 Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: EDWARD CARMAN
C/O: LAW OFFICE OF EDWARD CARMAN
66 SUMMER STREET, P.O. BOX 1071
NORTH ADAMS, MA 01247

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - 01-24-0008-0873

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8576 Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: DAVID PERRY
C/O: BOTELHO LAW GROUP
901 EASTERN AVENUE
FALL RIVER, MA 02723

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** JAMS LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.8577 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - CASE NO: - CAUSE NO. 30-2024-01385880

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8578 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CSLB INVESTIGATION - CASE NO. N2024-122

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8579 Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: DAVID VALDEZ JR.
C/O: LAW OFFICE OF DAVID VALDEZ JR.
11600 WASHINGTON PL, STE 202B
CULVER CITY, CA 90066

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - 25STCV14522

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8580 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - ARE-2025-0007104

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8581 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - ARE-2024-0006620

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8582 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - SAN-2024-0019933

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.8583 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: PAUL FRAME`
C/O: FRAME LAW, PLLC
3120 WEST CAREFREE HWY.
SUITE ONE PMB #336
PHOENIX, AZ 85086

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - CV2024-00994

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.8584 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - SAN-2024-0019728

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.8585 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - DOCKET NO.: BER – L – 758 - 23

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

3.8586 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ Undetermined

**Basis for the claim:** CSLB INVESTIGATION - CASE NO. N2024-122

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.8587 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - CASE NO: CV2025-016212

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8588 Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: FRANK GANNON
C/O: CARPENTER & ASSOCIATES
7920 BELTLINE ROAD
SUITE 1100
DALLAS, TX 75254

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - 236-358033-24

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8589 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - SAN-2024-0019336

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8590 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - SAN-2024-0019928

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8591 Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: JON PREVOST
C/O: PREVOST LAW
7000 WESTCHESTER COURT
MCKINNEY, TX 75072

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - 5310000971

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.8592 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - 01-25-0002-4723

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8593 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - SAN-2024-0018942

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8594 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: A. ROBERT CHANDLER
C/O: CHANDLER LAW FIRM
3800 ORANGE ST, STE 270
RIVERSIDE, CA 92501

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - 5230000408

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8595 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - DOCKET NO.: BER – L – 758 - 23

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8596 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: OCTAVIO CARDONA-LOYA II ESQ
C/O: GOLDEN & CARDONA-LOYA LLP
3130 BONITA RD, STE 200-B
CHULA VISTA, CA 91910

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - CIVSBZ321

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.8597 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - ARE-2025-0007072

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8598 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - 01-25-0001-2866

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8599 Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: MARK ALEXANDER
C/O: LAW OFFICES OF MARK ALEXANDER
12377 MERIT DRIVE
SUITE 880
DALLAS, TX 75251

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - 01-24-0007-4812

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8600 Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: MARK A. ALEXANDER
C/O: MARK A. ALEXANDER, P.C.
12377 MERIT DR, STE 880
DALLAS, TX 75251

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - 01-24-0007-4824

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8601 Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: RICHARD CUNHA
C/O: LAW OFFICE OF RICHARD CUNHA
253 WILBUR AVENUE
SWANSEA, MA 02777

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - 01-24-0005-9710

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8602 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: JOSHUA HORTON
C/O: THE JOSHUA HORTON LAW FIRM, PA
107 POND APPLE LANE, #102
JUPITER, FL 33458

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - 01-24-0009-2945

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8603 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: JOSEPH S. FOGEL
C/O: ADEPT LAW FIRM
4500 PARK GRANADA
SUITE 202F
CALABASAS, CA 91302

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - 25VECV02626

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8604 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - NEPR-QR-2024-0175

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8605 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: KRISTIN KEMNITZER
C/O: KEMNITZER, BARRON & KRIEG, LLP
1120 MAR WEST ST. STE. C-2
TIBURON, CA 94920

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - 5:23-CV-02436

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8606 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - 01-24-0004-5523

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8607 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - ARE-2025-0006988

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8608 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: ANTHONY SALABER
C/O: DOWNEY BRAND LLP
621 CAPITAL MALL
18TH FLOOR
SACRAMENTO, CA 95814

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - 01-25-0002-2156

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8609 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - CASE NO: - CAUSE NO. 30-2024-01385880

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8610 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - CAG-2025-0006919

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8611 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - SAN-2025-0021069

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.8612 Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: J. NEAL PROVOST
C/O: PREVOST LAW FIRM
7000 WESTCHESTER COURT
MCKINNEY, TX 75072

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION - 01-25-0002-2535

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8613 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION - SAN-2025-0020992

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8614 Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: RAYMOND G. ROBINSON
C/O: ROBINSON LEGAL
5532 LILLEHAMMER LN, STE 204
PARK CITY, UT 84098

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION - 37-2022-00034714-CU-BC-NC

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8615 Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: RAYMOND G. ROBINSON
C/O: ROBINSON LEGAL
5532 LILLEHAMMER LN, STE 204
PARK CITY, UT 84098

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION - 37-2022-00034714-CU-BC-NC

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8616 Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: MARK ALEXANDER
C/O: LAW OFFICES OF MARK ALEXANDER
12377 MERIT DRIVE
SUITE 880
DALLAS, TX 75251

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION - 01-24-0007-4825

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8617 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION - SAN-2024-0018940

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8618 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: OWEN LIPNICK
C/O: BERTONE | PICCINI LLP
777 TERRACE AVENUE, SUITE 201
HASBROUCK HEIGHTS, NJ 07604

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION - 01-24-0003-3565

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8619 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: BEIIJAMIN M. BARTLETT
C/O: LAW 0FFICES OF BEIIJAMIN M. BARTLETT
300 W. GRAND AVE
ESCONDIDO, CA 92025

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION - 24 CU 026401

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8620 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: MARK ALEXANDER
C/O: LAW OFFICES OF MARK ALEXANDER
12377 MERIT DRIVE
SUITE 880
DALLAS, TX 75251

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION - 01-24-0007-4816

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8621 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: BRANDON A. KINARD
C/O: KGS LAW
150 W PARKER RD,SUITE 705 B
HOUSTON, TX 77076

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION - 01-24-0007-8001

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8622 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - BCS-25-001110

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8623 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: MARK ALEXANDER
C/O: LAW OFFICES OF MARK ALEXANDER
12377 MERIT DRIVE
SUITE 880
DALLAS, TX 75251

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - 01-24-0007-4821

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8624 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - CAG-2025-0006660

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8625 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: HOSS HERNANDEZ
C/O: HOSS HERNANDEZ, P.A.
3250 NW 7TH STREET
MIAMI, FL 33125

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - 2025-004667-CA

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8626 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - PON-2025-0005768

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8627 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - PON-2025-0005774

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8628 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - DOCKET NO.: BER – L – 758 - 23

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8629 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: ANDREW B. KREEFT, ESQ
C/O: FENTON & KELLER, PC
2801 MONTEREY SALINAS HWY
MONTEREY, CA 93940

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - 24CV02214

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8630 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - A-25-915076-C

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8631 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - NEPR-QR-2024-0105

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.8632 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - 01-24-0006-2972

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8633 Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: CHRIS ARNELL
C/O: ARNELL LAW, PLLC
450 CENTURY PARKWAY, STE 250
ALLEN, TX 75013

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - 366-07252-2024

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8634 Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: BRYANT H. DUNIVAN JR., ESQ
C/O: THE CONSUMER PROTECTION ATTORNEY PA
301 W. PLATT ST., #216
TAMPA, FL 33547

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - 01-25-0000-16666

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8635 Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: ROMAN OTKUPMAN
C/O: OTKUPMAN LAW FIRM
5743 CORSA AVENUE
SUITE 123
WESTLAKE VILLAGE, CA 91362

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - 25CV008419

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8636 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - SAN-2025-0020600

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | Amount of claim |
|---|---|---|
| **3.8637 Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>**Basis for the claim:** LITIGATION - 01-25-0002-2971 | $ Undetermined |
| **Date or dates debt was incurred**<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| **3.8638 Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ATTN: KRISTIN KEMNITZER<br>C/O: KEMNITZER, BARRON & KRIEG, LLP<br>1120 MAR WEST ST. STE. C-2<br>TIBURON, CA 94920 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>**Basis for the claim:** LITIGATION - 5:23-CV-02233 | $ Undetermined |
| **Date or dates debt was incurred**<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| **3.8639 Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>**Basis for the claim:** LITIGATION - PON-2025-005864 | $ Undetermined |
| **Date or dates debt was incurred**<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| **3.8640 Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ATTN: JOHN A. LEONARD<br>C/O: JOHN LEONARD, PLLC<br>900 EIGHTH STREET, STE 320<br>WICHITA FALLS, TX 76301 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>**Basis for the claim:** LITIGATION - DC30-CV2024-1982 | $ Undetermined |
| **Date or dates debt was incurred**<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| **3.8641 Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>**Basis for the claim:** LITIGATION - PON-2025-0005976 | $ Undetermined |
| **Date or dates debt was incurred**<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.8642 Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: A.MICHAEL WARD
C/O: LAW OFFICES OF MICHAEL J WARD LLC
118 WHITE HORSE ROAD WEST
VOORHEES, NJ 08043

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION - 5450000898

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8643 Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: ROBERT CHANDLER
C/O: CHANDLER LAW FIRM
3800 ORANGE STREET
SUITE 270
RIVERSIDE, CA 92501

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION - 01-25-0001-9019

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8644 Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: BARCUH GOTTESMAN
C/O: GOTTESMAN LEGAL PLLC
11 BROADWAY, SUITE 615
NEW YORK, NJ 10004

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION - 5425001459

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8645 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION - 01-25-0001-2850

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8646 Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: CHRISTOPHER T. SMITH
C/O: CA CONSUMER ATTORNEYS, APC
83 MONTEGO COURT
CORNADO, CA 92118

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION - 01-24-0007-2011

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.8647 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: LANE HEGINBOTHAM
C/O: HARRIS LAW OFFICE
425 NORTH EIGHTH ST
KILLEEN, TX 76541

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION - 24DCV349807

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8648 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION - CAG-2025-0007017

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8649 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION - MAY-2024-0004991

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8650 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION - MAY-2024-0005011

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8651 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION - NEPR-QR-2025-0094

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8652 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: ZACK I. DOMB
C/O: DOMB & RAUCHWERGER, LLP
1055 E. COLORADO BLVD.
FIFTH FLOOR
PASADENA, CA, CA 91106

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION - 2:24-CV-09960-MRA-MAR

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8653 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: BRYAN MICHAEL PRATT, ESQ
C/O: THE LAW OFFICES OF MAX G. ARNOLD
1410 NEOTOMAS AVE, STE 100
SANTA ROSA, CA 95405

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION - 25CV00889/WO#904724

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8654 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: JENNIFER T. SANCHEZ
C/O: MURPHY SANCHEZ, PLLC
4040 CIVIC CENTER DRIVE
SUITE 200
SAN RAFAEL, CA 94903

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION - 24-ST-CV-32978

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8655 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION - 8740-25

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8656 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: TIMOTHY G. SCANLON, ESQ
C/O: SCANLON DUNCAN LLP
P.O. BOX 10359
BAKERSFIELD, CA 93389

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION - 24CU004623N

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.8657 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - CASE NO: CV2025-016212

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8658 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - SJ2025CV04358

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8659 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - RSC0028269

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8660 Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: BENJAMIN RUNDALL
C/O: ZWILLINGER WULKAN, PLC
2020 NORTH CENTRAL AVENUE
SUITE 675
PHOENIX, AZ 85004

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - CV2025-016212

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8661 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - WC-CM-877173

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8662 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - SJ2025CV04358

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8663 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - SAN-2024-0020233

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8664 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - NEPR-QR-2025-0075

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8665 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - SAN-2024-0019104

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8666 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - 01-24-0008-6622

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | Amount of claim |
|---|---|---|
| 3.8667 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>**Basis for the claim:** LITIGATION - SAN-2023-0017056<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ Undetermined |
| 3.8668 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>**Basis for the claim:** LITIGATION - SAN-2024-0019452<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ Undetermined |
| 3.8669 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>**Basis for the claim:** LITIGATION - 01-25-0000-1964<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ Undetermined |
| 3.8670 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ATTN: CHRISTOPHER FERRARA<br>C/O: CHRISTOPHER FERRARA, LLC<br>52 NOSTRAND ROAD<br>HILLSBOROUGH, NJ 00884<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>**Basis for the claim:** LITIGATION - JAMS REFERENCE NUMBER 5425003729<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ Undetermined |
| 3.8671 **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>**Basis for the claim:** LITIGATION - MAY-2025-0005544<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ Undetermined |

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8672 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION - 25-DCV-325667

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8673 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: JONATHAN G. STEIN
C/O: LAW OFFICES OF JONATHAN G. STEIN
5050 LAGUNA BLVD,
SUITE 112-325,
ELK GROVE, CA 95758

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION - 01-25-0001-2215

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8674 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: RANJAN A. LAHIRI
C/O: WOOD SMITH HENNING &BERMAN LLP
501 WEST BROADWAY, STE 1200
SAN DIEGO, CA 92101

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CODEFENDANT - CASE NO: - 37-2022-00034714-CU-BC-NC

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8675 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION - SAN-2025-0020825

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8676 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: LEONARD R. BOYER, ESQ
C/O: LAW OFFICES OF BOYER COFFY, LLC
970 CLIFTON AVE, STE 101
CLIFTON, NJ 07013

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION - DOCKET. NO. PAS-L-1520-24

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.8677 Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: RANJAN A. LAHIRI
C/O: WOOD SMITH HENNING &BERMAN LLP
501 WEST BROADWAY, STE 1200
SAN DIEGO, CA 92101

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CODEFENDANT - CASE NO: - 37-2022-00034714-CU-BC-NC

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.8678 Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: DEMIAN J. BETZ, ESQ
C/O: BETZ LAW, PLLC.
615 SOUTH COLLEGE ST, 9TH FLOOR
CHARLOTTE, NC 28202

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION - 01-24-0006-4513

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.8679 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CSLB INVESTIGATION - CASE NO. N2024-122

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.8680 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION - CAG-2025-006834

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.8681 Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: JOSHUA HORTON
C/O: THE JOSHUA HORTON LAW FIRM, PA
107 POND APPLE LANE, #102
JUPITER, FL 33458

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION - 01-24-0008-7690

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Part 2:** **Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8682 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION - SAN-2025-0020642

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8683 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: JOHN M. MAKOWSKI
C/O: JOHN M. MAKOWSKI
GREENTREE EXECUTIVE COMMONS
851 ROUTE 73 NORTH SUITE H
MARLTON, NJ 08053-1275

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION - DOCKET NO. GLO-L-0855-24

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8684 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION - SAN-2024-0019512

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8685 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: ANDREW MILZ
C/O: FLITTER MILZ, PC
1814 EAST ROUTE 70
SUITE 350
CHERRY HILL, NJ 08003

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION - 25-CV-02245

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8686 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: MARK A. ALEXANDER
C/O: MARK A. ALEXANDER, P.C.
12377 MERIT DR, STE 880
DALLAS, TX 75251

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION - 01-24-0007-4837

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.8687 Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: STEPHEN LUONGO
C/O: CLARK PARTINGTON
125 EAST INTENDENCIA STREET
4TH FLOOR
PENSALCOLA, FL 32502

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - 01-24-0003-1451

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8688 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - SAN-2025-0020985

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8689 Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: CHRISTOPHER A. VEARA
C/O: DUNNING, KIRRANE, MCNICHOLS & GARNER
P.O. BOX 560
MASHPEE, MA 02649

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - 2472CV00493

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8690 Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: JOSHUA HORTON
C/O: THE JOSHUA HORTON LAW FIRM, PA
107 POND APPLE LANE, #102
JUPITER, FL 33458

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8691 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - ARE-2025-0007114

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8692 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION - PON-2025-0006038

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8693 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: RONALD G. ROSENBERG
C/O: ROSENBERG & KOFFMAN
1100 GLENDON AVENUE
15TH FLOOR
LOS ANGELES, CA 90024

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION - 25STCV12000

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8694 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CODEFENDANT - DOCKET NO.: BER – L – 758 - 23

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8695 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: FAYYAZ AHMED, ESQ
C/O: IBRAHIM AHMED LAW GROUP
4105 US-1 SOUTH, SUITE 2
MONMOUTH JUNCTION, NJ 08852

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION - DOCKET NO. L-003865-24

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8696 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: GUIDO BABORE
C/O: LAURLETTA BIRNBAUM, LLC
591 MANTUA BOULEVARD
SUITE 200
SEWELL, NJ 08080

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION - 01-24-0008-4187

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8697 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - SAN-2025-0021283

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8698 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: JANE ARONOFF
C/O: ARONOFF LAW, P.C.
1400 AVENUE Z, SUITE 403
BROOKLYN, NY 11235

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - INDEX NO. 505707/2024

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8699 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - DE 015-611-24

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8700 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - CAG-2023-0004718

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8701 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: MARK A. ALEXANDER
C/O: MARK A. ALEXANDER, P.C.
12377 MERIT DR, STE 880
DALLAS, TX 75251

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - 01-24-0007-4818

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.8702 Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: J. NEAL PREVOST
C/O: PREVOST LAW
1415 LEGACY DRIVE
SUITE 350
FRISCO, CA 75034

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - 01-24-0008-8755

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8703 Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: JUDITH K. ROBENZADEH
C/O: ROBENZADEH LAW, P.C.
324 S. BEVERLY DRIVE, #211
BEVERLY HILLS, CA 90212

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - 2024 CUB 033294

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8704 Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: MICHAEL F. HORAN, ESQ
C/O: HORAN LAW OFFICE
393 ARMISTICE BLVD
PAWTUCKET, RI 02861

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - PC-2024-04828

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8705 Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: JOHN M. MISER
C/O: SIRRRA LITIGATION
1225 E. DIVISADERO STREET
FRESNO, CA 93721

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - 01-24-0008-6042

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8706 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - NEPR-QR-2022-0012

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor Sunnova Energy Corporation
Name

Case number (If known) 25-90159

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.8707 Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: DAVID PERRY
C/O: BOTELHO LAW GROUP
901 EASTERN AVENUE
FALL RIVER, MA 02723

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** JAMS LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8708 Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: BERNARD J. ZIMNOCH, ESQ.
C/O: LAW OFFICES OF BERNARD J. ZIMNOCH
1909 GREAT NECK RD, STE 200
COPIAQUE, NY 11726

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - 01-23-0003-7805

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8709 Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: CHRISTOPHER T. SMITH
C/O: CA CONSUMER ATTORNEYS, APC
83 MONTEGO COURT
CORNADO, CA 92118

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - 5230000432

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8710 Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: RESHMA KAMATH
C/O: LAW OFFICE OF RESHMA KAMATH
700 EL CAMINO REAL
SUITE 120, #1084
MENLO PARK, NJ 94025

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - 01-25-0001-4149

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8711 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - SAN-2022-0012031

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.8712 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ATTN: MARK A. ALEXANDER
C/O: MARK A. ALEXANDER, P.C.
12377 MERIT DR, STE 880
DALLAS, TX 75251

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** LITIGATION - 01-23-0005-7854

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8713 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** LITIGATION - ARE-2025-0006975

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8714 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ATTN: LEIGH KATZ (SAME AS SUNNOVA)
C/O: BARRY MCTIERNA & MOORE
101 GREENWICH ST, 14TH FLOOR
NEW YORK, NY 10006

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** CODEFENDANT - CASE NO: - INDEX NO. 505707/2024

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8715 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ATTN: DANIEL SUVOR
O'MELVENY & MYERS LLP
400 SOUTH HOPE STREET, 18TH FLOOR
LOS ANGELES, CA 90071

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** CSLB INVESTIGATION - CASE NO. N2024-122

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8716 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** CODEFENDANT - CASE NO: - CAUSE NO. 30-2024-01385880

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.8717 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION - 24 CV 1317

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8718 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION - 01-25-0001-1915

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8719 Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: TIMOTHY MEMRO ESQ.
C/O: MALIK LAW, PA
1061 MAITLAND CENTER COMMONS BLVD
MAITLAND, FL 32751

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION - 2024-CA-010453-O

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8720 Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: PRISCILLA TRAN
C/O: PRISCILLA C. TRAIN LAW FIRM, PLLC
5718 WESTHEIMER ROAD
SUITE 1000-1125
HOUSTON, TX 77057

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION - 202515961

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8721 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CODEFENDANT - CASE NO: - 2024-CA-010453-O

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.8722 Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: DOMINIQUE A. GILORMINI DE GRACIA
130 AVE. WINSTON CHURCHILL
PMB 300 SUITE 1
SAN JUAN, PR 00926

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - 01-24-0009-2680

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8723 Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: AUSTIN RUCKER
C/O: THE FERGUSON FIRM, LLC
101 E MCKINNEY ST #88
DENTON, TX 76202

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - 01-24-0006-0821

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8724 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - CASE NO: - A-25-915076-C

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8725 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - SAN-2025-0020618

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8726 Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: BRYAN J. GEIGER
C/O: SERAPH LEGAL, P.A.
2124 W. KENNEDY BLVD., STE. A
TAMPA, FL 33606

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - 25-CA-2842

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8727 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - SAN-2025-0021055

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8728 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - MAY-2025-0005638

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8729 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - SC-000443-25

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8730 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: MARK ALEXANDER
C/O: LAW OFFICES OF MARK ALEXANDER
12377 MERIT DRIVE
SUITE 880
DALLAS, TX 75251

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - 01-24-0007-4829

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8731 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - PON-2025-0005974

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8732 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: JOHN P. ALDRICH
C/O: ALDRICH LAW FIRM, LTD.
7866 WEST SAHARA AVENUE
LAS VEGAS, NV 89117

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - A-25-915076-C

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8733 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: CHRIS ARNELL
C/O: ARNELL LAW PLLC
450 CENTURY PARKWAY
SUITE 250
ALLEN, TX 75013

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - CV25-0724

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8734 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: JESSE J. THALER
C/O: THALER LAW
17011 BEACH BOULEVARD, FLOOR 9
HUNTINGTON BEACH, CA 92647

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - 24-NW-CV-04952

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8735 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: NOEL RIVERS
C/O: RIVERS LAW FIRM, LLC
P.O. BOX 552
WEST CALDWELL, NJ 07007

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - SSZ-L-101-24

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8736 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: DANIEL J. DE LUCA
C/O: DE LUCA LEVINE
301 E. GERMANTOWN PIKE
3RD FLOOR
EAST NORRITON, PA 19401

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - 01-25-0001-2585

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8737 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - 01-25-0002-6269

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8738 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: BRIAN C. ESSEX
C/O: GREINER LAW CORP, APC
17330 BEAR VALLEY ROAD
SUITE 102
VICTORVILLE, CA 92395

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - 01-24-0008-2284

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8739 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: SCOT STUART BROWER
C/O: LAW OFFICES OF SCOT STUART BROWER
1088 BISHOP ST, STE 803
HONOLULU, HI 96813

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - CIVIL NO. 1CCV-24-0001030

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8740 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: BRADLEY K. SCLAR
C/O: SCLAR & SCLAR, LLC
FIVE GREENTREE CENTRE
SUITE 104
MARLTON, NJ 08053

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - CAM-L-001527-25

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8741 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - 01-25-0002-0387

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8742 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** LITIGATION - CIVSB2309127

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8743 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CUSTOMER PAYABLE

$ 1,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8744 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** TRADE PAYABLE

$ 4,819.84

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8745 **Nonpriority creditor's name and mailing address**
NATION ENERGY DBA DEMAND SOLAR
558 LIBRARY ST
SAN FERNANDO, CA 91340

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8746 **Nonpriority creditor's name and mailing address**
NATIONWIDE ENERGY, INC.
C/O DARROW EVERETT LLP
ATTN: ANDREW J. ADAMS
50 CONGRESS ST.
SUITE 1040
BOSTON, MA 02109

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.8747 Nonpriority creditor's name and mailing address**

NEIGHBORHOOD 1 AT THE HAVENS LLC
32823 TEMECULA PKWY
TEMECULA, CA 92592

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.8748 Nonpriority creditor's name and mailing address**

NERD POWER AZ LLC
2065 W OBISPO AVE
SUITE #102
GILBERT, AZ 85233

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** DEALER PAYABLE

$ 1,529.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.8749 Nonpriority creditor's name and mailing address**

NEW JERSEY ATTORNEY GENERAL
DIVISION OF CONSUMER AFFAIRS
124 HALSEY STREET
5TH FLOOR
NEWARK, NJ 07101

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** NEW JERSEY AG INVESTIGATION/SUBPEONA

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.8750 Nonpriority creditor's name and mailing address**

NEW RELIC, INC
188 SPEAR ST
SUITE 1200
SAN FRANCISCO, CA 94105

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 13,211.01

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.8751 Nonpriority creditor's name and mailing address**

NEWBERRY EXECUTIVE SOLUTIONS, LLC
NEENA SHARMA NEWBERRY
14902 PRESTON RD
STE 404 118
DALLAS, TX 75254

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 17,500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.875 2 **Nonpriority creditor's name and mailing address**

NEXT RENEWABLE GLOBAL PTE LTD
20 COLLYER QUAY
STE 09-01
049319
SINGAPORE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 51,051.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.875 3 **Nonpriority creditor's name and mailing address**

NINTEX USA, INC.
411 108TH NE
6TH FL
BELLEVUE, WA 98004

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 397,023.70

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.875 4 **Nonpriority creditor's name and mailing address**

NORDIS TECHNOLOGIES
4401 NW 124TH AVENUE
CORAL SPRINGS, FL 33065

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 17,895.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.875 5 **Nonpriority creditor's name and mailing address**

NORTHCRAFT NEIGHBORHOODS
1214 SILVER VAULT ST.
LEADVILLE, CO 80461

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.875 6 **Nonpriority creditor's name and mailing address**

NORTHWEST CLOUD SOLUTIONS, LLC DBA KUBARU
12725 SW MILLIKAN WAY
SUITE 300
BEAVERTON, OR 97005

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CONTRACT REJECTION DAMAGE CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.8757 Nonpriority creditor's name and mailing address**

NOVOGRADAC & COMPANY LLP
PO BOX 7833
SAN FRANCISCO, CA 94120

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 92,500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8758 Nonpriority creditor's name and mailing address**

NOYES PB, LLC
ATTN: KRIS JOHNSON
3818 PARK BLVD.
SAN DIEGO, CA 92103

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8759 Nonpriority creditor's name and mailing address**

NYS ESSENTIAL POWER, INC.
ATTN: JEFFREY ETTENGER
C/O: SCHWARTZ ETTENGER PLLC
445 BROAD HOLLOW ROAD
SUITE 2050
MELVILLE, NJ 11747

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION - 611875/2025

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8760 Nonpriority creditor's name and mailing address**

NYSE MARKET, INC
C/O TAX DEPT
5660 NEW NORTHSIDE DR
3RD FL
ATLANTA, GA 30328

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 170,101.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8761 Nonpriority creditor's name and mailing address**

OBSERVATORY HOMETECH LLLP DBA SUNTALK SOLAR
9900 E 51ST AVE
DENVER, CO 80238

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.8762 Nonpriority creditor's name and mailing address**

OBSERVE.AI, INC.
275 SHORELINE DRIVE
SUITE 450
REDWOOD CITY, CA 94065

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CONTRACT REJECTION DAMAGE CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8763 Nonpriority creditor's name and mailing address**

OFF GRID ENERGY SOLUTIONS
C/O COZEN O'CONNOR
ATTN: GREGORY HUDSON
811 MAIN STREET
SUITE 2000
HOUSTON, TX 77002

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8764 Nonpriority creditor's name and mailing address**

OFFICE PAVILION
WRG LLC
2639 ROSEMEADE PKWY
CARROLLTON, TX 75007

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,044.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8765 Nonpriority creditor's name and mailing address**

OFFICESPACE SOFTWARE INC
30000 MILL CREEK AVE
STE 300
ALPHARETTA, GA 30022

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 309.08

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8766 Nonpriority creditor's name and mailing address**

OFFICESPACE SOFTWARE INC.
30000 MILL CREEK AVE
SUITE 300
ALPHARETTA, GA 30022

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CONTRACT REJECTION DAMAGE CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.8767 Nonpriority creditor's name and mailing address**

OLSON URBAN HOUSING, L.P.
3010 OLD RANCH PARKWAY
SUITE 100
SEAL BEACH, CA 90740

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

$ Undetermined

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8768 Nonpriority creditor's name and mailing address**

OMEGA SAFETY TRAINING, INC.
6037 FRY RD
SUITE 126-102
KATY, TX 77449

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,469.87

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8769 Nonpriority creditor's name and mailing address**

ONE EARTH SOLAR, LLC
2527 W. FARMINGTON RD.
WEST PEORIA, IL 61604

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** DEMAND LETTER

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8770 Nonpriority creditor's name and mailing address**

ONE LOTUS, LLC
6402 MCLEOD DRIVE
UNIT 5
LAS VEGAS, NV 89120

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

$ Undetermined

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8771 Nonpriority creditor's name and mailing address**

ONESOURCE DISTRIBUTORS, LLC
3951 OCEANIC DRIVE
OCEANSIDE, CA 92056

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52,870.24

**Basis for the claim:** DEALER PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.8772 Nonpriority creditor's name and mailing address**

OPENSOLAR PTY LTD
LEVEL 1/477 PITT STREET
HAYMARKET NEW SOUTH WALES, 2000
AUSTRALIA

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 300,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8773 Nonpriority creditor's name and mailing address**

OT TECHNOLOGY INC
1200 ABERNATHY RD
SUITE 700
ATLANTA, GA 30328

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 186.10

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8774 Nonpriority creditor's name and mailing address**

OUR WORLD ENERGY
20890 N 19TH AVE
SUITE 1
PHOENIX, AZ 85027

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8775 Nonpriority creditor's name and mailing address**

OWNCOMPANY INC
940 SYLVAN AVE FL1
ENGLEWOOD CLIFFS, NJ 07632

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 23,048.62

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8776 Nonpriority creditor's name and mailing address**

OYSTER HR INC
307 W TREMONT AVE
STE 200
CHARLOTTE, NC 28203

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 126,016.87

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8777 **Nonpriority creditor's name and mailing address**

PACIFIC COAST GENERATION, INC.
31566 RAILROAD CANYON RD #229
CANYON LAKE, CA 92587

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - CASE NO: - CAUSE NO. 30-2024-01385880

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8778 **Nonpriority creditor's name and mailing address**

PACIFIC ENERGY NETWORK, LLC DBA MODERN PRO SOLUTIONS CONSTRUCTION
5781 SCHAEFER AVE CHINO
CHINO, CA 91710

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - CASE NO: - 24-NW-CV-04952

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8779 **Nonpriority creditor's name and mailing address**

PALADIN RISK MANAGEMENT
275 E. HILLCREST DR.
SUITE 215
THOUSAND OAKS, CA 91360

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

$ Undetermined

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8780 **Nonpriority creditor's name and mailing address**

PALISADES SAFETY & INSURANCE ASSOCIATION A/S/O JAMES MCMAHON
ATTN: EMMA K. BRADLEY
C/O: LAW OFFICE OF DEBRA HART
581 MAIN STREET
SUITE 801
WOODBRIDGE, NJ 07095

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** LITIGATION - CAM-L-001745-23

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8781 **Nonpriority creditor's name and mailing address**

PALMETTO SOLAR, LLC
997 MORRISON DRIVE
STE 200
CHARLESTON, SC 29403

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

$ 11,358.03

**Basis for the claim:** DEALER PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

| Line | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is (Check all that apply) | Basis for the claim | Date or dates debt was incurred | Last 4 digits of account number | Is the claim subject to offset? | Amount of claim |
|---|---|---|---|---|---|---|---|
| 3.8782 | PARAGON COMMUNICATIONS LLC<br>JAYCOB BYTEL<br>1757 SANDYPOINT RD<br>WEST SACRAMENTO, CA 95691 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | TRADE PAYABLE | | | ☐ No<br>☐ Yes | $ 20,926.24 |
| 3.8783 | PARKWOOD HOMES - STERLING RANCH LLC<br>352 MAIN STREET #300<br>GAITHERSBURG, MD 20878 | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | POTENTIAL HOME BUILDER CLAIM | | | ☐ No<br>☐ Yes | $ Undetermined |
| 3.8784 | PATTON DEVELOPMENTS INC<br>NORCAL ROOFING<br>6111 WAREHOUSE WAY<br>SACRAMENTO, CA 95826 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | DEALER PAYABLE | | | ☐ No<br>☐ Yes | $ 44,360.00 |
| 3.8785 | PAUL'S (GUAM) INC.<br>415 CHALAN SAN ANTONIO ROAD<br>SUITE 103-105<br>TAMUNING, GU 96913 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | CONTRACT REJECTION DAMAGE CLAIM | | | ☐ No<br>☐ Yes | $ Undetermined |
| 3.8786 | PAUL'S GUAM INC.<br>415 CHALAN SAN ANTONIO RD<br>STE. 103-105<br>BALTEJ PAVILION<br>TAMUNING, GU 96913 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | TRADE PAYABLE | | | ☐ No<br>☐ Yes | $ 3,011.30 |

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.8787 Nonpriority creditor's name and mailing address**

PEARL MEYER & PARTNERS, LLC
PEARL MEYER
P.O. BOX 650823
DEPT 41287
DALLAS, TX 75265

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 61,481.25

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8788 Nonpriority creditor's name and mailing address**

PERKINS COIE LLP
PO BOX 24643
SEATTLE, WA 98124

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 7,510.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8789 Nonpriority creditor's name and mailing address**

PERSEA SENIOR BORROWER LLC
ATTN: LEO SIMPSER
1309 N SANTA FE AVE
VISTA, CA 92804

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** BUSINESS MARKETS CUSTOMER DEPOSITS

$ 197,731.77

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8790 Nonpriority creditor's name and mailing address**

PHASE OUT ELECTRIC
ADAM GOLKA
130 CENTER CEMETERY ROAD
WOODSTOCK, CT 06281

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** DEALER PAYABLE

$ 4,531.75

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8791 Nonpriority creditor's name and mailing address**

PINNACLE EXTERIORS INC
C/O GROSS MCGINLEY
ATTN: MICHAEL HORVATH II
33 S. SEVENTH STREET
PO BOX 4060
ALLENTOWN, PA 18105

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.8792 Nonpriority creditor's name and mailing address**

PITNEY BOWES GLOBAL FINANCIAL SERVICES LLC DBA PITNEY BOWES LEASE
PO BOX 981022
BOSTON, MA 02298

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 413.25

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8793 Nonpriority creditor's name and mailing address**

PLASTER DEVELOPMENT COMPANY, INC
801 S. RANCHO DRIVE
SUITE E-4
LAS VEGAS, NV 89106

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8794 Nonpriority creditor's name and mailing address**

PLUGPV
C/O HINMAN, HOWARD &KATTELL
ATTN: PAUL C. MARTHY
80 EXCHANGE ST
BINGHAMTON, NY 13901

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8795 Nonpriority creditor's name and mailing address**

PLUGPV LLC
630 7TH AVE
TROY, NY 12182

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8796 Nonpriority creditor's name and mailing address**

POINTS NORTH
MRAK LLC
371 CANAL DR
STE 210
DULUTH, MN 55802

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 29,850.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.8797 Nonpriority creditor's name and mailing address**

POSITIVE SYNERGY, LLC DBA HAVASU SOLAR
C/O GREENBERGTRAURIG
ATTN: LOUIS LOPEZ
360 N GREEN ST
SUITE 1300
CHICAGO, IL 60607

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8798 Nonpriority creditor's name and mailing address**

POWER SOLAR LLC, ENRIQUE D. FIGUEROA
PO BOX 270384
SAN JUAN, PR 00926

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CODEFENDANT - CASE NO: CAG-2025-0006660

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8799 Nonpriority creditor's name and mailing address**

POWER SOLAR LLC, ENRIQUE D. FIGUEROA
PO BOX 270384
SAN JUAN, PR 00926

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CODEFENDANT - CASE NO: SAN-2024-0019452

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8800 Nonpriority creditor's name and mailing address**

POWER SOLAR LLC, ENRIQUE D. FIGUEROA
PO BOX 270384
SAN JUAN, PR 00926

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CODEFENDANT - CASE NO: ARE-2024-0006620

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8801 Nonpriority creditor's name and mailing address**

POWER SOLAR LLC, ENRIQUE D. FIGUEROA
PO BOX 270384
SAN JUAN, PR 00926

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CODEFENDANT - CASE NO: CAG-2025-0006919

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.8802 Nonpriority creditor's name and mailing address**

POWER SOLAR LLC, ENRIQUE D. FIGUEROA
PO BOX 270384
SAN JUAN, PR 00926

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - CASE NO: NEPR-QR-2024-0105

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8803 Nonpriority creditor's name and mailing address**

POWER SOLAR LLC, ENRIQUE D. FIGUEROA
PO BOX 270384
SAN JUAN, PR 00926

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - CASE NO: SAN-2024-0019928

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8804 Nonpriority creditor's name and mailing address**

POWER SOLAR LLC, ENRIQUE D. FIGUEROA
PO BOX 270384
SAN JUAN, PR 00926

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - CASE NO: SAN-2025-0020600

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8805 Nonpriority creditor's name and mailing address**

POWER SOLAR LLC, ENRIQUE D. FIGUEROA
PO BOX 270384
SAN JUAN, PR 00926

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - CASE NO: SAN-2024-0019104

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8806 Nonpriority creditor's name and mailing address**

POWER SOLAR LLC, ENRIQUE D. FIGUEROA
PO BOX 270384
SAN JUAN, PR 00926

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - CASE NO: SAN-2025-0021451

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8807 **Nonpriority creditor's name and mailing address**
POWER SOLAR LLC, ENRIQUE D. FIGUEROA
PO BOX 270384
SAN JUAN, PR 00926

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - CASE NO: SAN-2024-0019933

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8808 **Nonpriority creditor's name and mailing address**
POWER SOLAR LLC, ENRIQUE D. FIGUEROA
PO BOX 270384
SAN JUAN, PR 00926

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - CASE NO: CAG-2025-0007017

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8809 **Nonpriority creditor's name and mailing address**
POWER SOLAR LLC, ENRIQUE D. FIGUEROA
PO BOX 270384
SAN JUAN, PR 00926

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - CASE NO: CAG-2025-006834

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8810 **Nonpriority creditor's name and mailing address**
POWER SOLAR, LLC
279 AVE. TNTE. CESAR GONZALEZ
SAN JUAN, PR 00926

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - CASE NO: - SJ2025CV04358

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8811 **Nonpriority creditor's name and mailing address**
POWER SOLAR, LLC
279 AVE. TNTE. CESAR GONZALEZ
SAN JUAN, PR 00926

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - CASE NO: 01-24-0009-2680

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.8812 Nonpriority creditor's name and mailing address**

POWERLUTIONS LLC DBA BEST SOLAR
216 RIVER AVENUE
LAKEWOOD, NJ 08701

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** DEALER PAYABLE

$ 34,460.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8813 Nonpriority creditor's name and mailing address**

POWUR, PBC
2683 VIA DE LA VALLE
#321G
DEL MAR, CA 92014

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8814 Nonpriority creditor's name and mailing address**

PRESIDIO CORNERSTONE LAUREL HEIGHTS 80, LLC
80 LLC
1241 CAVE STREET
SUITE 200
LA JOLLA, CA 92037

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8815 Nonpriority creditor's name and mailing address**

PRIMARY SERVICES L.P.
520 POST OAK BLVD
SUITE 550
HOUSTON, TX 77027

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 199,453.04

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8816 Nonpriority creditor's name and mailing address**

PROFESSIONAL ELECTRICAL SERVICES DBA PES SOLAR
C/O HOLLAND & KNIGHT
ATTN: NOEL BOEKE
100 NORTH TAMPA STREET
SUITE 4100
TAMPA, FL 33602

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.8817 Nonpriority creditor's name and mailing address**

PROFESSIONAL ELECTRICAL SERVICES, INC.
685 S RONALD REAGAN BLVD.
LONGWOOD, FL 32746

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8818 Nonpriority creditor's name and mailing address**

PROFESSIONAL ELECTRICAL SERVICES, INC. D/B/A PRS SOLAR
ATTN: NOEL BOEKE
C/O: HOLLAND & KNIGHT, LLP
100 NORTH TAMPA STREET
SUITE 4100
TAMPA, FL 33602

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION - 01-25-0001-5763

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8819 Nonpriority creditor's name and mailing address**

PROFESSIONAL WARRANTY SERVICE CORPORATION
P.O. BOX 800
ANNANDALE, VA 22003-0800

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8820 Nonpriority creditor's name and mailing address**

PROSOLAR SYSTEMS, LLC
C/O MUNIZZI LAW FIRM
ATTN: JUSTIN S. MUNIZZI
101 N. WOODLAND BLVD
SUITE 601
DELAND, FL 32702

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8821 Nonpriority creditor's name and mailing address**

PROTIVITI INC
2884 SAND HILL ROAD
SUITE 200
MENLO PARK, CA 94025

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 10,557.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.8822 Nonpriority creditor's name and mailing address**

PS LIGHTWAVE LLC
5959 CORPORATE
SUITE 3300
HOUSTON, TX 77036

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 4,062.85

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8823 Nonpriority creditor's name and mailing address**

PSE&G
550 N. BROAD STREET
ELIZABETH, NJ 07208

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CODEFENDANT - CASE NO: - DE 015-611-24

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8824 Nonpriority creditor's name and mailing address**

PUBLIC AFFAIRS SUPPORT SERVICES INC
1950 ROLAND CLARKE PLACE
STE 300
RESTON, VA 20191

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 8,074.87

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8825 Nonpriority creditor's name and mailing address**

PULTEGROUP, INC.
ATTN LEGAL DEPARTMENT
3350 PEACHTREE ROAD NE
SUITE 150
ATLANTA, GA 30326

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8826 Nonpriority creditor's name and mailing address**

PURA ENERGIA
PO BOX 3215
AGUADILLA, PR 00605

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8827 **Nonpriority creditor's name and mailing address**

PURA ENERGIA
PO BOX 3215
AGUADILLA, PR 00605

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - CASE NO: SAN-2024-0019728

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8828 **Nonpriority creditor's name and mailing address**

PURA ENERGIA, INC.
PO BOX 142386
ARECIBO, PR 00614

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - CASE NO: SAN-2024-0019512

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8829 **Nonpriority creditor's name and mailing address**

PURA ENERGIA, INC.
PO BOX 142386
ARECIBO, PR 00614

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - CASE NO: PON-2025-0005774

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8830 **Nonpriority creditor's name and mailing address**

PURA ENERGIA, INC.
PO BOX 142386
ARECIBO, PR 00614

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - CASE NO: PON-2025-0005960

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8831 **Nonpriority creditor's name and mailing address**

PURA ENERGIA, INC.
PO BOX 142386
ARECIBO, PR 00614

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - CASE NO: PON-2025-005864

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8832 **Nonpriority creditor's name and mailing address**

PVEL LLC
388 DEVLIN ROAD
NAPA, CA 94558

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 168.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8833 **Nonpriority creditor's name and mailing address**

PWL STUDIO
MODERN RENAISSANCE CONSULTING INC
1636 RICHMOND
HOUSTON, TX 77006

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 19,971.88

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8834 **Nonpriority creditor's name and mailing address**

QUALTRICS LLC
333 W RIVER PARK DRIVE
PROVO, UT 84604

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CONTRACT REJECTION DAMAGE CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8835 **Nonpriority creditor's name and mailing address**

QUINSTREET INC
950 TOWER LANE
6TH FLOOR
FOSTER CITY, CA 94404

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 13,107.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8836 **Nonpriority creditor's name and mailing address**

QUOTEZILLA LLC DBA MAGNITUDE DIGITAL
248 WEST 35TH STREET
STE 901
NEW YORK, NY 10001

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 27,041.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8837 **Nonpriority creditor's name and mailing address**

RACK ELECTRIC
153 NW 16TH STREET
BOCA RATON, FL 33432

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8838 **Nonpriority creditor's name and mailing address**

RACK ELECTRIC DBA RACK SOLAR
C/O NELSON MULLINSRILEY & SCARBOROUGH LLP
ATTN: DANIEL S. NEWMAN
2 SOUTH BISCAYNE BLVD.
21ST FLOOR
MIAMI, FL 33131

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8839 **Nonpriority creditor's name and mailing address**

RC HOBBS COMPANY
1428 E. CHAPMAN AVE
ORANGE, CA 92866

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8840 **Nonpriority creditor's name and mailing address**

RDX POWER LLC DBA RADIX SOLAR
C/O STRONG & HANNI
ATTN: JESSE DAVIS
102 S 200 E STE 800
SALT LAKE CITY, UT 84111

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8841 **Nonpriority creditor's name and mailing address**

READY HOME ENERGY INC.
250 TECHNOLOGY WAY
ROCKLIN, CA 95765

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8842 **Nonpriority creditor's name and mailing address**
RED WING BUSINESS ADVANTAGE ACCOUNT DBA RED WING SHOES
MULTI SERVICE TECHNOLOGY INC
PO BOX 844329
DALLAS, TX 75284

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 14,159.20

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8843 **Nonpriority creditor's name and mailing address**
REDLANDS PIONEER, LLC
10621 CIVIC CENTER DRIVE
RANCHO CUCAMONGA, CA 91730

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8844 **Nonpriority creditor's name and mailing address**
REED SMITH LLP
811 MAIN STREET
SUITE 1700
HOUSTON, TX 77002

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 19,046.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8845 **Nonpriority creditor's name and mailing address**
REIMAGINE ROOFING LLC
1100 E WASHINGTON ST
STE 200
PHOENIX, AZ 85034

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 381,794.75

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8846 **Nonpriority creditor's name and mailing address**
RELIABLE POWER SERVICES, INC. DBA RELIABLE POWER & SOLAR
1085 ROUTE 9
HOWELL, NJ 07731

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** DEALER PAYABLE

$ 345.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | Amount of claim |
|---|---|---|
| 3.8847 **Nonpriority creditor's name and mailing address**<br>RENASCI MANAGEMENT CORPORATION<br>28118 AGOURA CT<br>STE 105<br>AGOURA HILLS, CA 91301<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ Undetermined |
| 3.8848 **Nonpriority creditor's name and mailing address**<br>RESOLVE MARKETING LLC<br>4526 LOST RAPIDS DR<br>MERIDIAN, ID 83646<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 6,516.66 |
| 3.8849 **Nonpriority creditor's name and mailing address**<br>RG ELECTRIC, INC.<br>C/O SUGDEN LAW<br>ATTN: AMY L. SUGDEN<br>375 E. WARM SPRINGS<br>STE. 104<br>LAS VEGAS, NV 89119<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>**Basis for the claim:** DEMAND LETTER<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ Undetermined |
| 3.8850 **Nonpriority creditor's name and mailing address**<br>RHODE ISLAND ATTORNEY GENERAL<br>150 SOUTH MAIN STREET<br>PROVIDENCE, RI 02903<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>**Basis for the claim:** RHODE ISLAND AG INVESTIGATION - 2024-SUN-01<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ Undetermined |
| 3.8851 **Nonpriority creditor's name and mailing address**<br>RICE RANCH VENTURES, LLC<br>31200 VIA COLINAS<br>SUITE 200<br>WESTLAKE VILLAGE, CA 91362<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ Undetermined |

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.8852 Nonpriority creditor's name and mailing address**

RICHARDS LAYTON & FINGER PA
920 N. KING ST
WILMINGTON, DE 19801

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 21,181.30

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8853 Nonpriority creditor's name and mailing address**

RICHMOND AMERICAN HOMES OF MARYLAND, INC.
6210 OLD DOBBIN LANE
SUITE 190
COLUMBIA, MD 21045

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8854 Nonpriority creditor's name and mailing address**

RIDGEMORE INVESTMENTS LLC
26040 ACERO
SUITE 110
MISSION VIEJO, CA 92691

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8855 Nonpriority creditor's name and mailing address**

RINGCENTRAL
C/O LIPSITZ, GREEN, SCIME, CAMBRIA
ATTN: JOSEPH MANNA
42 DELAWARE AVENUE #120
#120
BUFFALO, NY 14202

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8856 Nonpriority creditor's name and mailing address**

RIVERLAND HOMES, INC.
ATTN: TANNER JUDKINS
4170 DOUGLAS BLVD.
STE 150
GRANITE BAY, CA 95746

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8857 **Nonpriority creditor's name and mailing address**
RIVERON CONSULTING LLC
2515 MCKINNEY AVE
SUITE 1200
DALLAS, TX 75201

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** TRADE PAYABLE

$ 20,475.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8858 **Nonpriority creditor's name and mailing address**
RKG RESTORATIONS & ROOFING, LLC
RM GARCIA HOLDINGS, LLC
5712 ENGLISH OAK DRIVE
FORT WORTH, TX 76244

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** CODEFENDANT - CASE NO: - CV25-0724

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8859 **Nonpriority creditor's name and mailing address**
ROBINSON GRAY STEPP & LAFFITTE LLC
PO BOX 11449
COLUMBIA, SC 29211

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** TRADE PAYABLE

$ 9,207.59

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8860 **Nonpriority creditor's name and mailing address**
ROBINSON LAW OFFICE PLLC
JAMES R ROBINSON
1715 ASHLAND STREET
HOUSTON, TX 77008

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** TRADE PAYABLE

$ 13,057.48

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8861 **Nonpriority creditor's name and mailing address**
ROME SMITH LUTZ & KOWALSKI INC
CAPITOL PLACE 21 OAK ST
STE 207
HARTFORD, CT 06106

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** TRADE PAYABLE

$ 12,982.08

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.886 2 Nonpriority creditor's name and mailing address**

ROMEO HOMES FLORIDA LLC
6836 CARNEGIE BLVD
STE 430
CHARLOTTE, NC 28211

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.886 3 Nonpriority creditor's name and mailing address**

RP BUILD CORP - GCC ESCALATED VENDOR
28654 HIGH RIDGE DR
SANTA CLARITA, CA 91390

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** DEALER PAYABLE

$ 25,367.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.886 4 Nonpriority creditor's name and mailing address**

RWFC INC. D/B/A G.J. GARDNER HOMES
ATTN: OLIVIA SHREFFLER
930 ALHAMBRA BLVD.
SACRAMENTO, CA 95816

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.886 5 Nonpriority creditor's name and mailing address**

RYAN LLC
PO BOX 848351
DALLAS, TX 75284

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 29,034.81

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.886 6 Nonpriority creditor's name and mailing address**

RYKER, INC. DBA GREENSPIRE CONSTRUCTION
515 S. FLOWER ST., FLOOR 18 AND 19
LOS ANGELES, CA 90071

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CODEFENDANT - CASE NO: - CIVSBZ321

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8867 **Nonpriority creditor's name and mailing address**

SALARY.COM LLC
610 LINCOLN STREET
WALTHAM, MA 02451

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 9,287.34

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8868 **Nonpriority creditor's name and mailing address**

SALESFORCE.COM
415 MISSION STREET
3RD FL
SAN FRANCISCO, CA 94105

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,495,057.86

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8869 **Nonpriority creditor's name and mailing address**

SALINAS ROOFING & CONSTRUCTION LLC
NICOLAS SALINAS
123 WESCOTT DR
GRAND PRAIRIE, TX 75052

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** DEALER PAYABLE

$ 7,798.20

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8870 **Nonpriority creditor's name and mailing address**

SANTIAGO ROMERO & ASOCIADOS LLC
197 CALLE O'NEILL, ALTOS
SAN JUAN, PR 00918

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 4,681.25

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8871 **Nonpriority creditor's name and mailing address**

SARGENT & LUNDY LLC
55 E MONROE ST
CHICAGO, IL 60603

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 55,566.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.8872 Nonpriority creditor's name and mailing address**

SAVKAT INC
71 DOLPHIN ROAD
BRISTOL, CT 06010

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** DEALER PAYABLE

$ 1,800.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.8873 Nonpriority creditor's name and mailing address**

SCM HOMES
1920 STANDIFORD AVE
SUITE 1
MODESTO, CA 95350

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.8874 Nonpriority creditor's name and mailing address**

SCOTT ROOFING LLC
1742 HYMER AVE
SPARKS, NV 89431

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** DEALER PAYABLE

$ 780.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.8875 Nonpriority creditor's name and mailing address**

SCRYER, INC. DBA REONOMY
PO BOX 3815
NEW YORK, NY 10163

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** CONTRACT REJECTION DAMAGE CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.8876 Nonpriority creditor's name and mailing address**

SEAPOINT SOLAR
C/O POSTERNOCK APELL
ATTN: ARI D. LINDEN
302 HARPER DR
# 103
MOORESTOWN, NJ 08057

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.8877 Nonpriority creditor's name and mailing address**

SENERGY HOME LLC
365 E GERMANN RD
STE 120
GILBERT, AZ 85297

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** DEALER PAYABLE

$ 17,189.80

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8878 Nonpriority creditor's name and mailing address**

SENGA ENERGY
C/O BLANKROME
ATTN: JOSEPH M. WELCH
4 PARK PLAZA
SUITE 450
IRVINE, CA 92614

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8879 Nonpriority creditor's name and mailing address**

SERVPRO COMMERCIAL LLC
COMMODORE PARENT HOLDINGS LLC
PO BOX 737182
DALLAS, TX 75373

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 47,080.25

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8880 Nonpriority creditor's name and mailing address**

SESA-PR
PUERTO RICO SOLAR ENERGY INDUSTRIES ASSOCIATION CORP
1357 AVE ASHFORD
SUITE171
SAN JUAN, PR 00907

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 17,500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8881 Nonpriority creditor's name and mailing address**

SH AA BICKFORD, LLC
2630 SHEA CENTER DR
LIVEMORE, CA 94551

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.8882 Nonpriority creditor's name and mailing address**

SH ACQ2020, LLC
8800 N. GAINEY CENTER DRIVE
STE. 30
SCOTTSDALE, AZ 85258

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8883 Nonpriority creditor's name and mailing address**

SHALC GC, INC.
4189 SOLACE STREET
LAS VEGAS, NV 89135

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8884 Nonpriority creditor's name and mailing address**

SHEA HOMES LIMITED PARTNERSHIP
2630 SHEA CENTER DR_
LIVERMORE, CA 94551

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8885 Nonpriority creditor's name and mailing address**

SHERWOOD DEVELOPMENT
2300 NORFIELD COURT
THOUSAND OAKS, CA 91361

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8886 Nonpriority creditor's name and mailing address**

SHI INTERNATIONAL CORP
290 DAVIDSON AVE
SOMERSET, NJ 08873

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 211,779.29

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8887 **Nonpriority creditor's name and mailing address**
SHIPMAN & GOODWIN LLP
ONE CONSTITUTION PLAZA
HARTFORD, CT 06103

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 47,525.00

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8888 **Nonpriority creditor's name and mailing address**
SIGNATURE BUILDER, INC.
1221 S HACIENDA BLVD
HACIENDA HEIGHTS, CA 91745

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

$ Undetermined

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8889 **Nonpriority creditor's name and mailing address**
SIGNATURE HOMES, INC.
4670 WILLOW ROAD
SUITE 200
PLEASANTON, CA 94588-2710

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

$ Undetermined

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8890 **Nonpriority creditor's name and mailing address**
SILLS CUMMIS & GROSS PC
ONE RIVERFRONT PLAZA
NEWARK, NJ 07102

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6,147.77

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8891 **Nonpriority creditor's name and mailing address**
SILVERGATE BANK
4275 EXECUTIVE SQUARE
SUITE #800
LA JOLLA, CA 92037

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

$ Undetermined

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

| Line | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|
| 3.8892 | SIMPLIFILE LLC<br>PO BOX 172408<br>DENVER, CO 80217 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** TRADE PAYABLE<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 208.40 |
| | **Date or dates debt was incurred**<br>**Last 4 digits of account number** | | |
| 3.8893 | SIMPLIVERIFIED LLC<br>1192 E. DRAPER PKWY<br>STE. 232<br>DRAPER, UT 84020 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** TRADE PAYABLE<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,195.25 |
| | **Date or dates debt was incurred**<br>**Last 4 digits of account number** | | |
| 3.8894 | SINCERA DESIGN LLC<br>PURVI BARON<br>1618 CALEDONIA TRAIL<br>SUGAR LAND, TX 77479 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** TRADE PAYABLE<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 3,007.00 |
| | **Date or dates debt was incurred**<br>**Last 4 digits of account number** | | |
| 3.8895 | SIRIUS COMPUTER SOLUTIONS LLC<br>CDW LLC<br>200 N MILWAUKEE AVENUE<br>VERNON HILLS, IL 60061 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** TRADE PAYABLE<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 21,180.00 |
| | **Date or dates debt was incurred**<br>**Last 4 digits of account number** | | |
| 3.8896 | SKEDULO INC<br>548 MARKET ST<br>SAN FRANCISCO, CA 94104 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** TRADE PAYABLE<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 48,896.95 |
| | **Date or dates debt was incurred**<br>**Last 4 digits of account number** | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.8897 Nonpriority creditor's name and mailing address**

SKEDULO, INC.
548 MARKET ST 802060
SAN FRANCISCO, CA 94104

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CONTRACT REJECTION DAMAGE CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8898 Nonpriority creditor's name and mailing address**

SKEDULO, INC.
C/O GLASSBERG, POLLAK, AND ASSOCIATES
ATTN: ROBERT POLLAK
1000 4TH STREET
SUITE 570
SAN RAFAEL, CA 94901-3118

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8899 Nonpriority creditor's name and mailing address**

SKY POWER ARIZONA, LLC
6751 EAST CAMINO PRINCIPAL
TUSCON, AZ 85715

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CODEFENDANT - CASE NO: CV2025-016212

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8900 Nonpriority creditor's name and mailing address**

SKYLINE SMART ENERGY
ATTN: MICAH DAVIS
C/O: GENERAL COUNSEL, SKYILNE SMART ENERGY
10642 DOWNEY AVE UNIT 205
DOWNEY, CA 90241

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CODEFENDANT - CASE NO: - 01-24-0008-6622

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8901 Nonpriority creditor's name and mailing address**

SKYLINE SOLAR LLC
4 CROSSROADS DRIVE
SUITE 116
HAMILTON, NJ 08691

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** DEALER PAYABLE

$ 40,593.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.8902 Nonpriority creditor's name and mailing address**

SKYSPEC LLC
ATTN: CHRISTOPHER D. PIERSON
C/O: BACON WILSON, P.C.
33 STATE STREET
SPRINGFIELD, MA 01103

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION - 240024

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8903 Nonpriority creditor's name and mailing address**

SNOBALL
1064 S NORTH COUNTY BLVD
STE 300
PLEASANT GROVE, UT 84062

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,347.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8904 Nonpriority creditor's name and mailing address**

SOL NOVA ELECTRIC, LLC
ATTN: RANJAN A. LAHIRI
C/O: WOOD SMITH HENNING &BERMAN LLP
501 WEST BROADWAY, STE 1200
SAN DIEGO, CA 92101

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CODEFENDANT - CASE NO: - 37-2022-00034714-CU-BC-NC

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8905 Nonpriority creditor's name and mailing address**

SOLAQUA SYNERGY, INC.
C/O KG LAW MA PC
ATTN: WM. KYLE GUY, ESQ.
105 KENOZA AVENUE
HAVERHILL, MA 01832

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8906 Nonpriority creditor's name and mailing address**

SOLAR DAD AND SONS INC.
16 BELINDA COURT
SMITHTOWN, NY 11787

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 6,955.62

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | **Amount of claim**

**3.8907 Nonpriority creditor's name and mailing address**

SOLAR ENERGY WORLD
C/O BALLARD SPAHR
ATTN: MATTHEW SUMMERS
919 NORTH MARKET STREET
11TH FLOOR
WILMINGTON, DE 19801-3034

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8908 Nonpriority creditor's name and mailing address**

SOLAR FLEX

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8909 Nonpriority creditor's name and mailing address**

SOLAR INSTALLERS OF FLORIDA
C/O DHN ATTORNEYS
ATTN: RYAN FONG
448 SOUTH ALAFAYA TRAIL
SUITE 8
ORLANDO, FL 32828

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8910 Nonpriority creditor's name and mailing address**

SOLAR MAID
AE MEDIA GROUP
PO BOX 424
BRIDGEVILLE, PA 15017

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** DEALER PAYABLE

$ 2,256.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8911 Nonpriority creditor's name and mailing address**

SOLAR MAX INC.
C/O ADAMS AND REESE LLP
ATTN: MASON A. POKORNY
100 N TAMPA ST.
STE 4000
TAMPA, FL 33602-3615

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.8912 Nonpriority creditor's name and mailing address**

SOLAR MEDIX LLC
1301 CORLIES AVE
SUITE 3D
NEPTUNE CITY, NJ 07753

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 18,621.25

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8913 Nonpriority creditor's name and mailing address**

SOLAR MEDIX, LLC
1153 EUGENE DRIVE
TOMS RIVER, NJ 08753

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CODEFENDANT - CASE NO: - 5450000898

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8914 Nonpriority creditor's name and mailing address**

SOLAR MOSAIC, LLC
601 12TH STREET
SUITE 325
OAKLAND, CA 94607

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CODEFENDANT - CASE NO: - 01-24-0008-2284

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8915 Nonpriority creditor's name and mailing address**

SOLAR MOSAIC, LLC DBA
4343 N. SCOTTSDALE RD, STE. 270
SCOTTSDALE, AZ 85251

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CODEFENDANT - CASE NO: - A-25-915076-C

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8916 Nonpriority creditor's name and mailing address**

SOLAR SAVINGS DIRECT
ATTENTION
JESSICA GLUCK CFO
4420 COMMODITY WAY
SUITE A
SHINGLE SPRINGS, CA 95682

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.8917 Nonpriority creditor's name and mailing address**

SOLAR SERVICE PROFESSIONALS INC
14431 VENTURA BLVD.
SUITE 174
SHERMAN OAKS, CA 91423

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 44,785.31

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8918 Nonpriority creditor's name and mailing address**

SOLAR SERVICE PROFESSIONALS INC
14431 VENTURA BLVD.
SUITE 174
SHERMAN OAKS, CA 91423

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** DEALER PAYABLE

$ 1,500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8919 Nonpriority creditor's name and mailing address**

SOLAR STAR, LLC D/B/A VEGAS SOLAR TELT VENTURES
4083 DEAN MARTIN DR
LAS VEGAS, NV 89103

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CODEFENDANT - CASE NO: - A-25-915076-C

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8920 Nonpriority creditor's name and mailing address**

SOLAR STATES LLC
1500 N AMERICAN ST
PHILADELPHIA, PA 19122

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** DEALER PAYABLE

$ 2,025.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8921 Nonpriority creditor's name and mailing address**

SOLAR VOLT
801 BRICKELL AVE
SUITE 800
MIAMI, FL 33131

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8922 **Nonpriority creditor's name and mailing address**

SOLAR WORKS ENERGY, LLC
ATTN: PATRICK J. GRIEBEL
C/O: MARRS GRIEBEL LAW, LTD.
P.O. BOX 27746
ALBURQUERQUE, NM 87125

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION - 202-CV-2025-02637

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8923 **Nonpriority creditor's name and mailing address**

SOLARMAX RENEWABLE ENERGY PROVIDER INC
3080 12TH STREET
RIVERSIDE, CA 92507

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** DEALER PAYABLE

$ 3,822.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8924 **Nonpriority creditor's name and mailing address**

SOLIGENT DISTRIBUTION LLC
ATTN. GENERAL COUNSEL CES
ATTN JONATHAN DOOCHIN
400 S. RECORD STREET
SUITE 1500
DALLAS, TX 75202

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 19,406.17

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8925 **Nonpriority creditor's name and mailing address**

SOLRITE ELECTRIC LLC FORMERLY KNOWN AS SOL NOVA ELECTRIC LLC
330 RANCHEROS DR
SAN MARCOS, CA 92069

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CODEFENDANT - CASE NO: - 24CU004623N

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8926 **Nonpriority creditor's name and mailing address**

SOLSTEMA LLC
REBECCA HARKINS
395 COUNTY RD
2020 BUILDING 13B
KYLE, TX 78640

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 220.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.8927 Nonpriority creditor's name and mailing address**

SOL-SUN LLC
2499 OLD LAKE MARY RD.
STE 132
SANFORD, FL 32771

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 17,732.10

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8928 Nonpriority creditor's name and mailing address**

SONEPAR NATIONAL ACCOUNTS LLC
4400 LEEDS AVENUE
SUITE 500
CHARLESTON, SC 29405

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** DEALER PAYABLE

$ 28,070.33

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8929 Nonpriority creditor's name and mailing address**

SONRAY CONSTRUCTION
SONRAY SOLAR INC
1504 EUREKA ROAD,
SUITE 250
ROSEVILLE, CA 95661

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8930 Nonpriority creditor's name and mailing address**

SOUTHWEST ELECTRICAL CONTRACTORS
C/O WINSOR LAW GROUP
ATTN: ALBERT HIGGINS
15331 W BELL RD.
SUITE 212
SURPRISE, AZ 85374

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8931 Nonpriority creditor's name and mailing address**

SPIFF, INC.
9815 MONROE ST
#500
SANDY, UT 84070

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CONTRACT REJECTION DAMAGE CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8932 **Nonpriority creditor's name and mailing address**
STAPLES CONTRACT & COMMERCIAL LLC DBA STAPLES ADVANTAGE
500 STAPLES DRIVE
FRAMINGHAM, MA 01702

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** TRADE PAYABLE

$ 744.56

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8933 **Nonpriority creditor's name and mailing address**
STAPLES PROMOTIONAL PRODUCTS
STAPLES INC.
BIN# 150003
P.O. BOX 790322
ST. LOUIS, MO 63179

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** TRADE PAYABLE

$ 4,111.58

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8934 **Nonpriority creditor's name and mailing address**
STARLANE OWNER, LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** INTERCOMPANY PAYABLE

$ 621,506.22

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8935 **Nonpriority creditor's name and mailing address**
STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON PA
150 WEST FLAGLER STREET
MIAMI, FL 33130

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** TRADE PAYABLE

$ 350.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8936 **Nonpriority creditor's name and mailing address**
STEPTOE LLP
1330 CONNECTICUT AVE NW
WASHINGTON, DC 20036

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** TRADE PAYABLE

$ 724,250.68

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8937 **Nonpriority creditor's name and mailing address**

STONEFIELD HOMES
923 E PACHECO BLVD
SUITE C
LOS BANOS, CA 93635

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8938 **Nonpriority creditor's name and mailing address**

STRIPE, INC
354 OYSTER POINT BLVD
SOUTH SAN FRANCISCO, CA 94080

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CONTRACT REJECTION DAMAGE CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8939 **Nonpriority creditor's name and mailing address**

SUBROIQ
P.O. BOX 6228
HERMITAGE, PA 16148

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8940 **Nonpriority creditor's name and mailing address**

SUMMERHILL HOMES
2850 W. BAYSHORE
PALO ALTO, CA 94303

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8941 **Nonpriority creditor's name and mailing address**

SUMMIT ENERGY
15 BERKSHIRE RD
MANSFIELD, MA 02048

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.8942 Nonpriority creditor's name and mailing address**

SUN UP ZERO DOWN LLC
ATTENTION DAVID PHILLIPS
6105 W. JERSEY AVE.
EGG HARBOR TWP., NJ 08234

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.8943 Nonpriority creditor's name and mailing address**

SUN UP ZERO DOWN, LLC
ATTENTION DAVID PHILLIPS
6105 W. JERSEY AVE.
EGG HARBOR TWP., NJ 08234

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.8944 Nonpriority creditor's name and mailing address**

SUNBEES GROUP INC. DBA TRUE POWER SOLAR
C/O THE LAW OFFICES OF THOMAS CARTER
ATTN: THOMAS S. CARTER
333 N. INDIAN HILL BLVD.
SUITE 200
WEST COVINA, CA 91790

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.8945 Nonpriority creditor's name and mailing address**

SUNFIRE CONSTRUCTION, INC.
C/O TUMER & SHARIF
ATTN: OMAR SHARIF
17875 VON KARMAN AVE
SUITE 150
IVINE, CA 92614

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.8946 Nonpriority creditor's name and mailing address**

SUNHUB LLC
MITCH BIHUNIAK
1925 SAINT CLAIR AVENUE NORTHEAST
SUITE 206
CLEVELAND, OH 44114

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** DEALER PAYABLE

$ 7,573.60

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8947 **Nonpriority creditor's name and mailing address**
SUNLIGHT SOLAR
7575 KINGSPOINTE PKWY
UNIT 4
ORLANDO, FL 32819

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8948 **Nonpriority creditor's name and mailing address**
SUNLIGHT SOLAR
7575 KINGSPOINTE PKWY
UNIT 4
ORLANDO, FL 32819

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8949 **Nonpriority creditor's name and mailing address**
SUNLINK ENERGY
C/O DAVID A. JOFFEE PC
1355 N MONDEL DRIVE
GILBERT, AZ 85233

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8950 **Nonpriority creditor's name and mailing address**
SUNNOVA ABS HOLDINGS XI, LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** INTERCOMPANY PAYABLE

$ 1,410.20

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8951 **Nonpriority creditor's name and mailing address**
SUNNOVA ABS MANAGEMENT LLC
2211 ALLENWOOD RD
WALL TOWNSHIP, NJ 07719

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** CODEFENDANT - CASE NO: - PC-2024-04828

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8952 **Nonpriority creditor's name and mailing address**
SUNNOVA ASSET PORTFOLIO 8, LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** INTERCOMPANY PAYABLE

$ 4,501.91

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8953 **Nonpriority creditor's name and mailing address**
SUNNOVA ASSET PORTFOLIO 9 HOLDINGS, LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** INTERCOMPANY PAYABLE

$ 1,274,851.59

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8954 **Nonpriority creditor's name and mailing address**
SUNNOVA ENERGY INTERNATIONAL INC.
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** INTERCOMPANY PAYABLE

$ 16,056.47

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8955 **Nonpriority creditor's name and mailing address**
SUNNOVA HELIOS II ISSUER, LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** INTERCOMPANY PAYABLE

$ 2,906,203.13

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8956 **Nonpriority creditor's name and mailing address**
SUNNOVA HELIOS III ISSUER, LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** INTERCOMPANY PAYABLE

$ 1,110.08

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.8957 Nonpriority creditor's name and mailing address**

SUNNOVA HELIOS IV ISSUER, LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 506,061.11

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8958 Nonpriority creditor's name and mailing address**

SUNNOVA HELIOS X ISSUER, LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 42,637,129.92

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8959 Nonpriority creditor's name and mailing address**

SUNNOVA HESTIA I ISSUER, LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 23,705.73

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8960 Nonpriority creditor's name and mailing address**

SUNNOVA HESTIA II ISSUER, LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 33,391.88

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8961 Nonpriority creditor's name and mailing address**

SUNNOVA LOAN DISTRIBUTION, LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 248,688.86

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.8962 Nonpriority creditor's name and mailing address**

SUNNOVA LOAN SERVICING, LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 3,159,285.78

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8963 Nonpriority creditor's name and mailing address**

SUNNOVA RAYS I ISSUER, LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 124,430.04

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8964 Nonpriority creditor's name and mailing address**

SUNNOVA RAYS I MANAGEMENT, LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 3,859,829.75

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8965 Nonpriority creditor's name and mailing address**

SUNNOVA SAP IV, LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 2,883.82

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8966 Nonpriority creditor's name and mailing address**

SUNNOVA SLA MANAGEMENT, LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 1,259,276.68

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8967 **Nonpriority creditor's name and mailing address**

SUNNOVA SOL II ISSUER, LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 7,137.28

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8968 **Nonpriority creditor's name and mailing address**

SUNNOVA SOL II OWNER, LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 880,014.71

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8969 **Nonpriority creditor's name and mailing address**

SUNNOVA SOL III OWNER, LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 3,855,543.25

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8970 **Nonpriority creditor's name and mailing address**

SUNNOVA SOL ISSUER, LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 266,917.44

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8971 **Nonpriority creditor's name and mailing address**

SUNNOVA SOL IV OWNER, LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 612.04

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.8972 Nonpriority creditor's name and mailing address**

SUNNOVA SOL OWNER, LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 2,752,038.33

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8973 Nonpriority creditor's name and mailing address**

SUNNOVA SOL VI OWNER, LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 41,494.24

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8974 Nonpriority creditor's name and mailing address**

SUNNOVA SOL VII ISSUER, LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 21,757.23

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8975 Nonpriority creditor's name and mailing address**

SUNNOVA SOLSTICE BORROWER, LLC
20 EAST GREENWAY PLAZA
SUITE 450
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 723,029.35

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8976 Nonpriority creditor's name and mailing address**

SUNNOVA TE MANAGEMENT III, LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 402,996.18

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8977 **Nonpriority creditor's name and mailing address**
SUNNOVA TE MANAGEMENT, LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** INTERCOMPANY PAYABLE

$ 5,024,839.07

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8978 **Nonpriority creditor's name and mailing address**
SUNNOVA TEP 6-A LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed
**Basis for the claim:** PERFORMANCE GUARANTEE

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8979 **Nonpriority creditor's name and mailing address**
SUNNOVA TEP 6-B LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed
**Basis for the claim:** PERFORMANCE GUARANTEE

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8980 **Nonpriority creditor's name and mailing address**
SUNNOVA TEP 6-C LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed
**Basis for the claim:** PERFORMANCE GUARANTEE

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8981 **Nonpriority creditor's name and mailing address**
SUNNOVA TEP 6-D LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed
**Basis for the claim:** PERFORMANCE GUARANTEE

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.898 2** **Nonpriority creditor's name and mailing address**
SUNNOVA TEP 6-D, LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.* $ 58,806.08
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** INTERCOMPANY PAYABLE

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.898 3** **Nonpriority creditor's name and mailing address**
SUNNOVA TEP 6-E LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.* $ Undetermined
☑ Contingent
☑ Unliquidated
☐ Disputed
**Basis for the claim:** PERFORMANCE GUARANTEE

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.898 4** **Nonpriority creditor's name and mailing address**
SUNNOVA TEP 7-A LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.* $ Undetermined
☑ Contingent
☑ Unliquidated
☐ Disputed
**Basis for the claim:** PERFORMANCE GUARANTEE

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.898 5** **Nonpriority creditor's name and mailing address**
SUNNOVA TEP 7-B LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.* $ Undetermined
☑ Contingent
☑ Unliquidated
☐ Disputed
**Basis for the claim:** PERFORMANCE GUARANTEE

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.898 6** **Nonpriority creditor's name and mailing address**
SUNNOVA TEP 7-B, LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.* $ 27,034.97
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** INTERCOMPANY PAYABLE

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8987 **Nonpriority creditor's name and mailing address**

SUNNOVA TEP 7-C LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** PERFORMANCE GUARANTEE

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.8988 **Nonpriority creditor's name and mailing address**

SUNNOVA TEP 7-D LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** PERFORMANCE GUARANTEE

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.8989 **Nonpriority creditor's name and mailing address**

SUNNOVA TEP 7-D, LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 313,183.15

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.8990 **Nonpriority creditor's name and mailing address**

SUNNOVA TEP 7-E LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** PERFORMANCE GUARANTEE

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.8991 **Nonpriority creditor's name and mailing address**

SUNNOVA TEP 7-F LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** PERFORMANCE GUARANTEE

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.8992 **Nonpriority creditor's name and mailing address**
SUNNOVA TEP 7-F, LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 82,399.10

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8993 **Nonpriority creditor's name and mailing address**
SUNNOVA TEP 7-G LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** PERFORMANCE GUARANTEE

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8994 **Nonpriority creditor's name and mailing address**
SUNNOVA TEP 7-G, LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 232,070.96

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8995 **Nonpriority creditor's name and mailing address**
SUNNOVA TEP 8-A LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** PERFORMANCE GUARANTEE

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.8996 **Nonpriority creditor's name and mailing address**
SUNNOVA TEP 8-B LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** PERFORMANCE GUARANTEE

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.8997 Nonpriority creditor's name and mailing address**
SUNNOVA TEP 8-B, LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** INTERCOMPANY PAYABLE

$ 568,253.12

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8998 Nonpriority creditor's name and mailing address**
SUNNOVA TEP 8-C LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed
**Basis for the claim:** PERFORMANCE GUARANTEE

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8999 Nonpriority creditor's name and mailing address**
SUNNOVA TEP 8-C, LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** INTERCOMPANY PAYABLE

$ 196,389.86

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9000 Nonpriority creditor's name and mailing address**
SUNNOVA TEP 8-D LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed
**Basis for the claim:** PERFORMANCE GUARANTEE

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9001 Nonpriority creditor's name and mailing address**
SUNNOVA TEP 8-D, LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** INTERCOMPANY PAYABLE

$ 277,588.90

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.9002 **Nonpriority creditor's name and mailing address**
SUNNOVA TEP 8-E LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.* $ Undetermined
☑ Contingent
☑ Unliquidated
☐ Disputed
**Basis for the claim:** PERFORMANCE GUARANTEE

**Date or dates debt was incurred**
**Last 4 digits of account number**
**Is the claim subject to offset?**
☐ No
☐ Yes

3.9003 **Nonpriority creditor's name and mailing address**
SUNNOVA TEP 8-E, LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.* $ 1,387,747.34
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** INTERCOMPANY PAYABLE

**Date or dates debt was incurred**
**Last 4 digits of account number**
**Is the claim subject to offset?**
☐ No
☐ Yes

3.9004 **Nonpriority creditor's name and mailing address**
SUNNOVA TEP 8-F LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.* $ Undetermined
☑ Contingent
☑ Unliquidated
☐ Disputed
**Basis for the claim:** PERFORMANCE GUARANTEE

**Date or dates debt was incurred**
**Last 4 digits of account number**
**Is the claim subject to offset?**
☐ No
☐ Yes

3.9005 **Nonpriority creditor's name and mailing address**
SUNNOVA TEP 8-F, LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.* $ 77,839.84
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** INTERCOMPANY PAYABLE

**Date or dates debt was incurred**
**Last 4 digits of account number**
**Is the claim subject to offset?**
☐ No
☐ Yes

3.9006 **Nonpriority creditor's name and mailing address**
SUNNOVA TEP 8-G LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.* $ Undetermined
☑ Contingent
☑ Unliquidated
☐ Disputed
**Basis for the claim:** PERFORMANCE GUARANTEE

**Date or dates debt was incurred**
**Last 4 digits of account number**
**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.9007 **Nonpriority creditor's name and mailing address**
SUNNOVA TEP 8-H LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

$ Undetermined

**Basis for the claim:** PERFORMANCE GUARANTEE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.9008 **Nonpriority creditor's name and mailing address**
SUNNOVA TEP 8-I LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

$ Undetermined

**Basis for the claim:** PERFORMANCE GUARANTEE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.9009 **Nonpriority creditor's name and mailing address**
SUNNOVA TEP I LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

$ Undetermined

**Basis for the claim:** PERFORMANCE GUARANTEE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.9010 **Nonpriority creditor's name and mailing address**
SUNNOVA TEP II LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

$ Undetermined

**Basis for the claim:** PERFORMANCE GUARANTEE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.9011 **Nonpriority creditor's name and mailing address**
SUNNOVA TEP II-B LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

$ Undetermined

**Basis for the claim:** PERFORMANCE GUARANTEE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | **Amount of claim**

**3.9012 Nonpriority creditor's name and mailing address**
SUNNOVA TEP III LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed
**Basis for the claim:** PERFORMANCE GUARANTEE

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9013 Nonpriority creditor's name and mailing address**
SUNNOVA TEP INVENTORY, LLC
20 EAST GREENWAY PLAZA
SUITE 475
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** INTERCOMPANY PAYABLE

$ 48,697,528.81

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9014 Nonpriority creditor's name and mailing address**
SUNNOVA TEP IV-A LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed
**Basis for the claim:** PERFORMANCE GUARANTEE

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9015 Nonpriority creditor's name and mailing address**
SUNNOVA TEP IV-A, LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** INTERCOMPANY PAYABLE

$ 142,566.52

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9016 Nonpriority creditor's name and mailing address**
SUNNOVA TEP IV-B LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed
**Basis for the claim:** PERFORMANCE GUARANTEE

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.9017 Nonpriority creditor's name and mailing address**

SUNNOVA TEP IV-B, LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 118,385.05

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9018 Nonpriority creditor's name and mailing address**

SUNNOVA TEP IV-C LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** PERFORMANCE GUARANTEE

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9019 Nonpriority creditor's name and mailing address**

SUNNOVA TEP IV-D LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** PERFORMANCE GUARANTEE

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9020 Nonpriority creditor's name and mailing address**

SUNNOVA TEP IV-D, LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 114.93

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9021 Nonpriority creditor's name and mailing address**

SUNNOVA TEP IV-E LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** PERFORMANCE GUARANTEE

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.9022 Nonpriority creditor's name and mailing address**

SUNNOVA TEP IV-F LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

$ Undetermined

**Basis for the claim:** PERFORMANCE GUARANTEE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9023 Nonpriority creditor's name and mailing address**

SUNNOVA TEP IV-G LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

$ Undetermined

**Basis for the claim:** PERFORMANCE GUARANTEE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9024 Nonpriority creditor's name and mailing address**

SUNNOVA TEP V-A LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

$ Undetermined

**Basis for the claim:** PERFORMANCE GUARANTEE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9025 Nonpriority creditor's name and mailing address**

SUNNOVA TEP V-B LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

$ Undetermined

**Basis for the claim:** PERFORMANCE GUARANTEE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9026 Nonpriority creditor's name and mailing address**

SUNNOVA TEP V-C LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

$ Undetermined

**Basis for the claim:** PERFORMANCE GUARANTEE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.9027 Nonpriority creditor's name and mailing address**

SUNNOVA TEP V-D LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

$ Undetermined

**Basis for the claim:** PERFORMANCE GUARANTEE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9028 Nonpriority creditor's name and mailing address**

SUNNOVA TEP V-E LLC
20 EAST GREENWAY PLAZA
SUITE 540
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

$ Undetermined

**Basis for the claim:** PERFORMANCE GUARANTEE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9029 Nonpriority creditor's name and mailing address**

SUNNYMAC LLC
413 8TH AVE
WILMINGTON, DE 19805

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - DOCKET NO. GLO-L-0855-24

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9030 Nonpriority creditor's name and mailing address**

SUNNYMAC LLC
413 8TH AVE
WILMINGTON, DE 19805

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,175.00

**Basis for the claim:** DEALER PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9031 Nonpriority creditor's name and mailing address**

SUNNYMAC, LLC
C/O STRADLEY RONON
ATTN: ERIC HURWITZ
457 HADDONFIELD RD
STE 100
CHERRY HILL TOWNSHIP, NJ 08002

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** DEMAND LETTER

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.9032 Nonpriority creditor's name and mailing address**

SUNNYMAC, LLC
413 8TH AVENUE
WILMINGTON, DE 19805

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CODEFENDANT - CASE NO: - 01-25-0001-2585

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9033 Nonpriority creditor's name and mailing address**

SUNNYMAC, LLC
47A GERMAY DRIVE
WILMINGTON, DE 19804

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CODEFENDANT - CASE NO: 25-CV-02245

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9034 Nonpriority creditor's name and mailing address**

SUNRGY LLC
12411 CITYPARK DR
SUITE 200
MISSOURI CITY, TX 77489

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** DEALER PAYABLE

$ 1,345.07

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9035 Nonpriority creditor's name and mailing address**

SUNRUN INC.
1800 W ASHTON BLVD
LEHI, UT 84043

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CODEFENDANT - CASE NO: SAN-2024-0019336

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9036 Nonpriority creditor's name and mailing address**

SUNRUN PR OPERATIONS, LLC
595 MARKET ST 29TH FLOOR
SAN FRANCISCO, CA 94105

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CODEFENDANT - CASE NO: SAN-2024-0019336

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.9037 Nonpriority creditor's name and mailing address**

SUNSOLAR SOLUTIONS INC
C/O SNELL & WILMER
ATTN: RACHAEL PETERS PUGEL
ONE EAST WASHINGTON STREET
SUITE 2700
PHOENIX, AZ 85004

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9038 Nonpriority creditor's name and mailing address**

SUNSOLAR SOLUTIONS INC.
8932 WEST CACTUS RD
PEORIA, AZ 85381

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CODEFENDANT - CASE NO: - 01-25-0001-2850

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9039 Nonpriority creditor's name and mailing address**

SUNSPEAR ENERGY
525 KOKEA STREET
SUITE C6
HONOLULU, HI 96817

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9040 Nonpriority creditor's name and mailing address**

SUNTUITY ELECTRIC, LLC
2137 RT 35 NORTH
HOLMDEL, NJ 07733

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CODEFENDANT - CASE NO: - 01-24-0007-4824

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9041 Nonpriority creditor's name and mailing address**

SUNTUITY ELECTRIC, LLC
2137 RT 35 NORTH
HOLMDEL, NJ 07733

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CODEFENDANT - CASE NO: - 01-25-0000-16666

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.9042 **Nonpriority creditor's name and mailing address**

SUNTUITY ELECTRIC, LLC
2137 RT 35 NORTH
HOLMDEL, NJ 07733

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - CASE NO: - 2024-CA-010453-O

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.9043 **Nonpriority creditor's name and mailing address**

SUNTUITY ELECTRIC, LLC
ATTN: DANIEL KLEIN
C/O: GOLDBERG SEGELLA
301 CARNEGIE CENTER, SUITE 200
PRINCETON, NJ 08540

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - CASE NO: - 01-24-0003-3565

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.9044 **Nonpriority creditor's name and mailing address**

SUNTUITY SOLAR, LLC
2137 RT. 35 NORTH
HOLMDEL, NJ 07733

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - CASE NO: 2504023222

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.9045 **Nonpriority creditor's name and mailing address**

SUNWAVE ENERGY LLC
C/O THE ORLANDO LAW GROUP
ATTN: KRISTA GARCIA
12301 LAKE UNDERHILL ROAD
SUITE #213
ORLANDO, FL 32828

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** DEMAND LETTER

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.9046 **Nonpriority creditor's name and mailing address**

SUNWISE ENERGY LLC
C/O THE DUPONT LAW GROUP
ATTN: OLIVIER DUPONT
11 BROADWAY
SUITE 715
NEW YORK, NY 10004

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** DEMAND LETTER

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | **Amount of claim**

**3.9047 Nonpriority creditor's name and mailing address**

SUSTAINABLE ENERGY SYSTEMS
4509 METROPOLITAN CT
FREDERICK, MD 21704

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** DEALER PAYABLE

$ 185,594.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9048 Nonpriority creditor's name and mailing address**

SWIFT SECURITY SOLUTIONS LNC
3065 ROSECRANS PL
STE 200
SAN DIEGO, CA 92110

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 12,123.12

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9049 Nonpriority creditor's name and mailing address**

T&K ELECTRIC,, LLC
C/O BAILEY LAW FIRM
ATTN: JAMES D. GRIFFITH
8719 E. SAN ALBERTO
SUITE 100
SCOTTSDALE, AZ 85258

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9050 Nonpriority creditor's name and mailing address**

T. TRANKENER & SON
ATTN: ARTHUR E. DONNELLY
C/O: ZIRULNIK, DEMILLE, & VILCHA
309 FELLOWSHIP ROAD, SUITE 330
MT. LAUREL, NJ 08054

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CODEFENDANT - CASE NO: - CAM-L-001745-23

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9051 Nonpriority creditor's name and mailing address**

TALKDESK INC
DEPT LA 24627
IRWINDALE, CA 91706

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 188,352.49

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.9052 Nonpriority creditor's name and mailing address**

TARGET RENT A CAR
CAPARRA MOTOR SERVICE INC
P.O. BOX 11361
SAN JUAN, PR 00922

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 35,000.31

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9053 Nonpriority creditor's name and mailing address**

TAYLOR MORRISON OF COLORADO, INC
ATTN: ERIC MCEACHEN
400 INVERNESS PARKWAY
SUITE 350
ENGLEWOOD, CO 80112

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9054 Nonpriority creditor's name and mailing address**

TAYLOR MORRISON SERVICES, INC
ATTN: ROSS WALLACE
SOUTHERN CALIFORNIA DIVISION
100 SPECTRUM CENTER DRIVE
SUITE 1450
IRVINE, CA 92618

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9055 Nonpriority creditor's name and mailing address**

TEAMVIEWER GERMANY GMBH
JAHNSTR 30
GOPPINGEN, 73037
GERMANY

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 976.08

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9056 Nonpriority creditor's name and mailing address**

TELE CONTACTO
URB. HYDE PARK
275 AVE JESUS T. PINERO
SAN JUAN, PR 00927

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.9057 Nonpriority creditor's name and mailing address**

TELECONTACTO-TELECONTACT EXPORT INC
ATTN: JESUS T PINERO
URB HYDE PARK 275 AVE
SAN JAUN, PR 00927

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 241,797.41

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9058 Nonpriority creditor's name and mailing address**

TELECONTACTO-TELECONTACT EXPORT, INC.
ATTN: JOSE R.NEGRON FERNANDEZ
C/O: MARICHAL, HERNANDEZ LLC
P.O. BOX 190095
SAN JUAN, PR 00919

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION - HU2025CV00463

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9059 Nonpriority creditor's name and mailing address**

TELT VENTURES
C/O MILLER HARRISON
ATTN: SHENELLE SALCIDO
5292 COLLEGE DRIVE
SUITE 304
MURRAY, UT 84123

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9060 Nonpriority creditor's name and mailing address**

TELT VENTURES LLC DBA 1 SOLAR
C/O MILLER HARRISON LAWYERS
ATTN: SHENELLE SALCIDO
5292 COLLEGE DRIVE
SUITE 304
MURRAY, UT 84123

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9061 Nonpriority creditor's name and mailing address**

TELT VENTURES, LLC D/B/A 1 SOLAR
ATTENTION
BRIANNE KILGORE
2391 S. 1560 W.
WOODS CROSS, UT 84087

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** DEALER PAYABLE

$ 4,500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.9062 Nonpriority creditor's name and mailing address**

TESLA PUERTO RICO LLC
500 CALLE DE LA TANCA
SUITE 401
SAN JUAN, PR 00901

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CONTRACT REJECTION DAMAGE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9063 Nonpriority creditor's name and mailing address**

TESLA, INC
3500 DEER CREEK RD
PALO ALTO, CA 94304-1317

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CONTRACT REJECTION DAMAGE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9064 Nonpriority creditor's name and mailing address**

TFORCE FREIGHT INC
PO BOX 1216
RICHMOND, VA 23218

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8,976.98

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9065 Nonpriority creditor's name and mailing address**

THB BASELINE LLC
1875 LAWRENCE ST.
SUITE 900
DENVER, CO 80202

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

$ Undetermined

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9066 Nonpriority creditor's name and mailing address**

THE CLIMATE CENTER
1275 4TH STREET
STE 191
SANTA ROSA, CA 95404

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,000.00

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.9067 Nonpriority creditor's name and mailing address**

THE COOPER CLINIC
12200 PRESTON RD
DALLAS, TX 75230

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 15,999.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9068 Nonpriority creditor's name and mailing address**

THE DUNNING LAW FIRM APC
9619 CHESAPEAKE DR
STE 210
SAN DIEGO, CA 92123

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 5,285.56

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9069 Nonpriority creditor's name and mailing address**

THE GUARANTEE COMPANY OF NORTH AMERICA USA
1 TOWNE SQUARE, STE1470
SOUTHFIELD, MI 48076

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CODEFENDANT - CASE NO: - CIVSBZ321

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9070 Nonpriority creditor's name and mailing address**

THE MCCAFFREY GROUP, INC.
ATTN: BRENT MCCAFFREY
7020 N VAN NESS BLVD.
FRESNO, CA 93711

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9071 Nonpriority creditor's name and mailing address**

THE NEW HOME COMPANY
15231 LAGUNA CANYON RD
SUITE 250
IRVINE, CA 92618

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.9072 Nonpriority creditor's name and mailing address**

THE OFFICE GURUS LTDA DE C.V. EL SALVADOR
ZONA INDUSTRIAL CARRETERA AL PUERTO DE LA LIBERTAD KM 10 1/2
CALLE EL PROGRESO NO 18 Y 19
ANTIGUO CUSCATLAN,
EL SALVADOR

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 648,937.54

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9073 Nonpriority creditor's name and mailing address**

THE PITNEY BOWES BANK INC
PURCHASE POWER
PO BOX 981026
BOSTON, MA 02298

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 5,645.21

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9074 Nonpriority creditor's name and mailing address**

THE ROOFING COMPANY LLC
3432 NORTH BRUCE STREET
SUITE #3
NORTH LAS VEGAS, NV 89030

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** DEALER PAYABLE

$ 5,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9075 Nonpriority creditor's name and mailing address**

THOMAS REUTERS
CUSTOMER SERVICE
610 OPPERMAN DRIVE
P.O. BOX 64833
EAGAN, MN 55123-1803

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 9,659.07

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9076 Nonpriority creditor's name and mailing address**

THOMPSON MCMULLAN A PROFESSIONAL CORPORATION
100 SHOCKOE SLIP
RICHMOND, VA 23219

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 139.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2:** **Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.9077 Nonpriority creditor's name and mailing address**

TIM LEWIS COMMUNITIES, INC
3500 DOUGLAS BLVD.
#270
ROSEVILLE, CA 95661

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9078 Nonpriority creditor's name and mailing address**

TOMMY BREEZE ART & APPAREL
18 MEADOW WAY
FAIRFAX, CA 94930

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 975.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9079 Nonpriority creditor's name and mailing address**

TOUCHSTONE LIVING, INC
9205 W. RUSSELL ROAD
SUITE 235
LAS VEGAS, NV 89148

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9080 Nonpriority creditor's name and mailing address**

TOWN AND COUNTRY RESORT
HOTEL CIRCLE PROPERTY LLC
500 HOTEL CIRCLE NORTH
SAN DIEGO, CA 92108

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 330,883.62

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9081 Nonpriority creditor's name and mailing address**

TRANS UNION LLC
555 WEST ADAMS STREET
CHICAGO, IL 60661

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 44,400.63

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.9082 Nonpriority creditor's name and mailing address**

TREBIL CONSTRUCTION
23371 MULHOLLAND DRIVE
# 236
WOODLAND HILLS, CA 91264

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.9083 Nonpriority creditor's name and mailing address**

TRENEGY INC
9977 W SAM HOUSTON PKWY N
STE 120
HOUSTON, TX 77064

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 359,700.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.9084 Nonpriority creditor's name and mailing address**

TRENEGY INC.
ATTN: MURPHY S. KLASING
C/O: WEYCER, KAPLAN, PULASKI & ZUBER
24 GREENWAY PLAZA
SUITE 2050
HOUSTON, TX 77046

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** LITIGATION - 2025-26360

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.9085 Nonpriority creditor's name and mailing address**

TRENEGY INCORPORATED
9977 WEST SAM HOUSTON PARKWAY NORTH
SUITE 120
HOUSTON, TX 77064

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** CONTRACT REJECTION DAMAGE CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.9086 Nonpriority creditor's name and mailing address**

TRI POINTE HOMES HOLDINGS, INC
3161 MICHELSON DRIVE
SUITE 1500
IRVINE, CA 92612

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.9087 Nonpriority creditor's name and mailing address**

TRINITY SOLAR
2211 ALLENWOOD ROAD
WALL, NJ 07719

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9088 Nonpriority creditor's name and mailing address**

TRINITY SOLAR
2211 ALLENWOOD RD
WALL TOWNSHIP, NJ 07719

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CODEFENDANT - CASE NO: - DE 015-611-24

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9089 Nonpriority creditor's name and mailing address**

TRINITY SOLAR
2211 ALLENWOOD RD
WALL TOWNSHIP, NJ 07719

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CODEFENDANT - CASE NO: - 2472CV00493

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9090 Nonpriority creditor's name and mailing address**

TRINITY SOLAR
2211 ALLENWOOD RD
WALL TOWNSHIP, NJ 07719

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CODEFENDANT - CASE NO: - 01-24-0008-4187

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9091 Nonpriority creditor's name and mailing address**

TRINITY SOLAR
2211 ALLENWOOD RD
WALL TOWNSHIP, NJ 07719

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CODEFENDANT - CASE NO: - 01-23-0003-7805

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.9092 Nonpriority creditor's name and mailing address**

TRINITY SOLAR
2211 ALLENWOOD RD
WALL TOWNSHIP, NJ 07719

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CODEFENDANT - CASE NO: - SSZ-L-101-24

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9093 Nonpriority creditor's name and mailing address**

TRINITY SOLAR
2211 ALLENWOOD ROAD
WALL, NJ 07719

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** DEALER PAYABLE

$ 7,352,947.63

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9094 Nonpriority creditor's name and mailing address**

TRON SOLAR LLC
C/O KELLEHER + HOLLAND, LLC
ATTN: MICHAEL D. LEE
102 S WYNSTONE PARK DR.
NORTH BARRINGTON, IL 60010

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9095 Nonpriority creditor's name and mailing address**

TRON SOLAR, LLC
ATTN: MICHAEL D. LEE
C/O: KELLEHER + HOLLAND, LLC
102 SOUTH WYNSTONE PARK DRIVE
NORTH BARRINGTON, IL 60010

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION - 01-25-0001-2534

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9096 Nonpriority creditor's name and mailing address**

TRUE STORIES
JORDAN OLSHANSKY INC
38 WESTGATE WAY
SAN ANSELMO, CA 94960

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 20,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.9097 Nonpriority creditor's name and mailing address**

TRUMARK CONSTRUCTION SERVICES, INC.
3001 BISHOP DRIVE
SUITE 100
SAN RAMON, CA 94583

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.9098 Nonpriority creditor's name and mailing address**

TRUSTPILOT
245 FIFTH AVENUE
5TH FLOOR
NEW YORK, NY 10016

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** CONTRACT REJECTION DAMAGE CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.9099 Nonpriority creditor's name and mailing address**

TRUSTPILOT, INC.
245 FIFTH AVENUE
5TH FL
NEW YORK, NY 10016

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,177.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.9100 Nonpriority creditor's name and mailing address**

TVMANONLINE LLC
DONALD P SATTLER
1219 PIONEER DRIVE
RICHMOND, TX 77406

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,795.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.9101 Nonpriority creditor's name and mailing address**

UNITED POWER INC
500 COOPERATIVE
BRIGHTON, CO 80603

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** INSTALLER PAYABLE

$ 3,400.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.9102 Nonpriority creditor's name and mailing address**

UNITED TECH SERVICES LLC
UTS LLC
740 E. CAMPBELL
SUITE 300
RICHARDSON, TX 75081

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 38,016.05

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.9103 Nonpriority creditor's name and mailing address**

URBAN SOLAR
990 S RODGERS CIRCLE
SUITE 4
BOCA RATON, FL 33487

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.9104 Nonpriority creditor's name and mailing address**

US BANK NATIONAL ASSOCIATION
60 LIVINGSTON AVE
ST. PAUL, MN 55107

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 419,923.73

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.9105 Nonpriority creditor's name and mailing address**

US SOLAR
194 MORRIS AVE
STE 52
HOLTSVILLE, NY 11742

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.9106 Nonpriority creditor's name and mailing address**

US SOLAR ENTERPRISE INC
194 MORRIS AVE
STE 52
HOLTSVILLE, NY 11742

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** DEALER PAYABLE

$ 13,545.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.9107 **Nonpriority creditor's name and mailing address**
US SOLAR SQUARED LLC
C/O ANTHONY & PARNTERS
ATTN: JOHN A ANTHONY
100 S. ASHLEY DRIVE
#1600
TAMPA, FL 33602

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.9108 **Nonpriority creditor's name and mailing address**
USIO INC
USIO OUTPUT SOLUTIONS INC.
2416 BROCKTON STREET
STE. 105
SAN ANTONIO, TX 78217

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** TRADE PAYABLE

$ 865.04

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.9109 **Nonpriority creditor's name and mailing address**
USIO, INC.
3611 PAESANOS PKWY
STE. 300
SAN ANTONIO, TX 78230

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** TRADE PAYABLE

$ 1,080.58

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.9110 **Nonpriority creditor's name and mailing address**
UTS
740 E. CAMPBELL
SUITE 300
RICHARDSON, TX 75081

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.9111 **Nonpriority creditor's name and mailing address**
V2SOLUTIONS INC
2340 WALSH AVE
STE D
SANTA CLARA, CA 95051

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** TRADE PAYABLE

$ 357,200.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.9112 Nonpriority creditor's name and mailing address**

V3 ELECTRIC, INC.
4925 ROBERT J. MATHEWS PARKWAY
SUITE 100
EL DORADO HILLS, CA 95762

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CODEFENDANT - CASE NO: - CV426473

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9113 Nonpriority creditor's name and mailing address**

VACO LLC
5501 VIRGINIA WAY
SUITE 120
BRENTWOOD, TN 37027

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 26,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9114 Nonpriority creditor's name and mailing address**

VAN DAELE HOMES
391 N MAIN ST.
SUITE 301
CORONA, CA 92878

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9115 Nonpriority creditor's name and mailing address**

VANGUARD SOLAR SERVICES LLC
6145 BROADWAY
DENVER, CO 80216

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 55,123.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9116 Nonpriority creditor's name and mailing address**

VECTOR ENERGY, LLC
D/B/A FUSION POWER
1464 N. FIESTA BOULEVARD 106
GILBERT, AZ 85233

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CODEFENDANT - CASE NO: CV2025-016212

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.9117 Nonpriority creditor's name and mailing address**

VENA SOLUTIONS USA INC.
1971 WESTERN AVE
#1125
ALBANY, NY 12203

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 60,228.63

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9118 Nonpriority creditor's name and mailing address**

VENTURE HOME SOLAR LLC
C/O B&B LAW
ATTN: BRYAN M. BUFFALINO
112 MAIN ROAD
SUITE 4
MONTVILLE, NJ 07045

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9119 Nonpriority creditor's name and mailing address**

VICTORY LANE, LLC
11910 HESPERIA RD. #3
HESPERIA, CA 92345

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9120 Nonpriority creditor's name and mailing address**

VINEYARD LAND HOLDINGS, LLC
2630 SHEA CENTER DR
LIVERMORE, CA 94551

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9121 Nonpriority creditor's name and mailing address**

VIRTUA RESEARCH INC
160 STATE STREET
8TH FLOOR
BOSTON, MA 02109

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 15,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.9122 Nonpriority creditor's name and mailing address**

VMWARE LLC
3401 HILLVIEW AVENUE
PALO ALTO, CA 94304

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CONTRACT REJECTION DAMAGE CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9123 Nonpriority creditor's name and mailing address**

VMWARE, INC.
3401 HILLVIEW AVENUE
PALO ALTO, CA 94304

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CONTRACT REJECTION DAMAGE CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9124 Nonpriority creditor's name and mailing address**

VOIANCE LANGUAGE SERVICES LLC
PO BOX 71036
CHICAGO, IL 60694-1036

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 4,432.20

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9125 Nonpriority creditor's name and mailing address**

VOLTAIC CONSTRUCTION LLC
C/O RUPAL LAW
ATTN: MANDEEP S. RUPAL
4740 GREEN RIVER RD
STE 209
CORONA, CA 92878

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9126 Nonpriority creditor's name and mailing address**

VXI GLOBAL SOLUTIONS LLC
515 SOUTH FIGUEROA STREET
SUITE 600
LOS ANGELES, CA 90071

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,201,982.27

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.9127 **Nonpriority creditor's name and mailing address**
W W GRAINGER INC DBA GRAINGER
100 GRAINGER PARK WAY
LAKE FOREST, IL 60045

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** TRADE PAYABLE

$ 667.27

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.9128 **Nonpriority creditor's name and mailing address**
WALKME, INC.
71 STEVENSON STREET
20TH FLOOR
SAN FRANCISCO, CA 94105

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** CONTRACT REJECTION DAMAGE CLAIM

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.9129 **Nonpriority creditor's name and mailing address**
WARMINGTON RESIDENTIAL CALIFORNIA, INC
3090 PULLMAN STREET
COSTA MESA, CA 92626

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed
**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.9130 **Nonpriority creditor's name and mailing address**
WATANABE ING LLP
999 BISHOP STREET
STE 1250
HONOLULU, HI 96813

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** TRADE PAYABLE

$ 24,153.57

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.9131 **Nonpriority creditor's name and mailing address**
WATTCH, IO
23430 ROCK HVN WAY
ATLANTA, GA 20166

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** CONTRACT REJECTION DAMAGE CLAIM

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | Amount of claim |
|---|---|---|
| **3.9132 Nonpriority creditor's name and mailing address**<br>WAYMAKER LLP<br>BAKER MARQUART LLP<br>515 S FLOWER STREET<br>STE 3500<br>LOS ANGELES, CA 90071<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 649,024.47 |
| **3.9133 Nonpriority creditor's name and mailing address**<br>W-CITY VIEW PR LLC<br>27 GONZALEZ GIUSTI<br>SUITE 101<br>GUAYNABO, PR 00968<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>**Basis for the claim:** CONTRACT REJECTION DAMAGE CLAIM<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ Undetermined |
| **3.9134 Nonpriority creditor's name and mailing address**<br>W-CITY VIEW PR, LLC<br>P.O. BOX 11924<br>SAN JUAN, PR 00922<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 17,611.09 |
| **3.9135 Nonpriority creditor's name and mailing address**<br>WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN LAW CORP<br>400 CAPITOL MALL<br>STE 1100<br>SACRAMENTO, CA 95814<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 24,918.08 |
| **3.9136 Nonpriority creditor's name and mailing address**<br>WEST BAY ENERGY LLC<br>6260 39TH STREET NORTH, SUITE I<br>PINNELLAS PARK, FL 33781<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>**Basis for the claim:** DEMAND LETTER<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ Undetermined |

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.9137 Nonpriority creditor's name and mailing address**

WEST BAY ENERGY, LLC
6260 39TH STREET NORTH, SUITE I
PINNELLAS PARK, FL 33781

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - CASE NO: 25-CA-2842

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9138 Nonpriority creditor's name and mailing address**

WESTERN SURETY COMPANY
101 S REID ST
SIOUX FALLS, SD 57103

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - CASE NO: - 24CU004623N

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9139 Nonpriority creditor's name and mailing address**

WESTLINE HOMES
8227 WINTERHEAD LN.
SACRAMENTO, CA 95823

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

$ Undetermined

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9140 Nonpriority creditor's name and mailing address**

WHITNEY OAK LLC
6501 FRUITVALE AVE.
BAKERSFIELD, CA 93308

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

$ Undetermined

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9141 Nonpriority creditor's name and mailing address**

WILLIAM LYON HOMES, INC
4695 MACARTHUR COURT
8TH FLOOR
NEWPORT BEACH, CA 92660

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

$ Undetermined

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.9142 Nonpriority creditor's name and mailing address**

WILLIAMS HOMES, INC
4911 AVE STANFORD
SANTA CLARITA, CA 91355

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

$ Undetermined

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9143 Nonpriority creditor's name and mailing address**

WILMINGTON TRUST, NATIONAL ASSOCIATION
ATTN: SUNNOVA ENERGY INTERNATIONAL INC. ADMINISTRATOR
50 SOUTH SIXTH STREET
SUITE 1290
MINNEAPOLIS, MN 55402

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 432,377,777.79

**Basis for the claim:** 11.75% SENIOR NOTES WITH PRINCIPAL OF $400MM + INTEREST

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9144 Nonpriority creditor's name and mailing address**

WILMINGTON TRUST, NATIONAL ASSOCIATION
ATTN: SUNNOVA ENERGY INTERNATIONAL INC. ADMINISTRATOR
50 SOUTH SIXTH STREET
SUITE 1290
MINNEAPOLIS, MN 55402

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 406,397,222.22

**Basis for the claim:** 5.875% SENIOR NOTES WITH PRINCIPAL OF $400MM + INTEREST

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9145 Nonpriority creditor's name and mailing address**

WILMINGTON TRUST, NATIONAL ASSOCIATION
ONE M&T PLAZA
BUFFALO, NY 14240

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 250,000.00

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9146 Nonpriority creditor's name and mailing address**

WILSON SONSINI GOODRICH AND ROSATI PROFESSIONAL CORPORATION
650 PAGE MILL ROAD
PALO ALTO, CA 94304

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 185,243.40

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.9147 **Nonpriority creditor's name and mailing address**
WINDMAR PR & FL
WINDMAR PV ENERGY, INC
#206 SAN FRANCISCO STREET
SAN JUAN, PR 00901

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.9148 **Nonpriority creditor's name and mailing address**
WINDMAR PV ENERGY INC DBA WINDMAR HOME
PO BOX 13942
SAN JUAN, PR 00908

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CODEFENDANT - CASE NO: SAN-2025-0021283

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.9149 **Nonpriority creditor's name and mailing address**
WINDMAR PV ENERGY INC DBA WINDMAR HOME
PO BOX 13942
SAN JUAN, PR 00908

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CODEFENDANT - CASE NO: SAN-2025-0020992

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.9150 **Nonpriority creditor's name and mailing address**
WINDMAR PV ENERGY INC DBA WINDMAR HOME
PO BOX 13942
SAN JUAN, PR 00908

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CODEFENDANT - CASE NO: SAN-2025-0021055

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.9151 **Nonpriority creditor's name and mailing address**
WINDMAR PV ENERGY INC DBA WINDMAR HOME
PO BOX 13942
SAN JUAN, PR 00908

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CODEFENDANT - CASE NO: SAN-2024-0020062

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.9152 Nonpriority creditor's name and mailing address**

WINDMAR PV ENERGY INC DBA WINDMAR HOME
PO BOX 13942
SAN JUAN, PR 00908

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - CASE NO: ARE-2025-0006899

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9153 Nonpriority creditor's name and mailing address**

WINDMAR PV ENERGY INC DBA WINDMAR HOME
PO BOX 13942
SAN JUAN, PR 00908

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - CASE NO: SAN-2025-0020825

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9154 Nonpriority creditor's name and mailing address**

WINDMAR PV ENERGY INC. DBA WINDMAR HOME
PO BOX 13942
SAN JUAN, PR 00908

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - CASE NO: PON-2025-0005974

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9155 Nonpriority creditor's name and mailing address**

WINDMAR PV ENERGY INC. DBA WINDMAR HOME
PO BOX 13942
SAN JUAN, PR 00908

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - CASE NO: SAN-2025-0020618

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9156 Nonpriority creditor's name and mailing address**

WINDMAR PV ENERGY INC. DBA WINDMAR HOME
PO BOX 13942
SAN JUAN, PR 00908

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - CASE NO: ARE-2025-0006778

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.9157 **Nonpriority creditor's name and mailing address**
WINDMAR PV ENERGY INC. DBA WINDMAR HOME
PO BOX 13942
SAN JUAN, PR 00908

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - CASE NO: SAN-2024-0018942

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.9158 **Nonpriority creditor's name and mailing address**
WINDMAR PV ENERGY INC. DBA WINDMAR HOME
PO BOX 13942
SAN JUAN, PR 00908

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - CASE NO: SAN-2023-0017056

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.9159 **Nonpriority creditor's name and mailing address**
WINDMAR PV ENERGY INC. DBA WINDMAR HOME
PO BOX 13942
SAN JUAN, PR 00908

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - CASE NO: NEPR-QR-2025-0075

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.9160 **Nonpriority creditor's name and mailing address**
WINDMAR PV ENERGY INC. DBA WINDMAR HOME
PO BOX 13942
SAN JUAN, PR 00908

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - CASE NO: PON-2025-0005768

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.9161 **Nonpriority creditor's name and mailing address**
WINDMAR PV ENERGY INC. DBA WINDMAR HOME
PO BOX 13942
SAN JUAN, PR 00908

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - CASE NO: ARE-2025-0007114

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.9162 **Nonpriority creditor's name and mailing address**
WINDMAR PV ENERGY INC. DBA WINDMAR HOME
PO BOX 13942
SAN JUAN, PR 00908

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - CASE NO: NEPR-QR-2022-0012

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.9163 **Nonpriority creditor's name and mailing address**
WINDMAR PV ENERGY INC. DBA WINDMAR HOME
PO BOX 13942
SAN JUAN, PR 00908

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - CASE NO: CAG-2023-0004718

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.9164 **Nonpriority creditor's name and mailing address**
WINDMAR PV ENERGY INC. DBA WINDMAR HOME
PO BOX 13942
SAN JUAN, PR 00908

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - CASE NO: NEPR-QR-2024-0175

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.9165 **Nonpriority creditor's name and mailing address**
WINDMAR PV ENERGY INC. DBA WINDMAR HOME
PO BOX 13942
SAN JUAN, PR 00908

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - CASE NO: PON-2025-0006038

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.9166 **Nonpriority creditor's name and mailing address**
WINDMAR PV ENERGY INC. DBA WINDMAR HOME
PO BOX 13942
SAN JUAN, PR 00908

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - CASE NO: SAN-2025-0020642

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.9167 Nonpriority creditor's name and mailing address**

WINDMAR PV ENERGY INC. DBA WINDMAR HOME
PO BOX 13942
SAN JUAN, PR 00908

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - CASE NO: SAN-2025-0020985

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9168 Nonpriority creditor's name and mailing address**

WINDMAR PV ENERGY INC. DBA WINDMAR HOME
PO BOX 13942
SAN JUAN, PR 00908

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - CASE NO: MAY-2025-0005638

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9169 Nonpriority creditor's name and mailing address**

WINDMAR PV ENERGY INC. DBA WINDMAR HOME
PO BOX 13942
SAN JUAN, PR 00908

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - CASE NO: SAN-2024-0018940

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9170 Nonpriority creditor's name and mailing address**

WINDMAR PV ENERGY INC. DBA WINDMAR HOME
PO BOX 13942
SAN JUAN, PR 00908

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - CASE NO: SAN-2024-0020233

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9171 Nonpriority creditor's name and mailing address**

WINDMAR PV ENERGY INC. DBA WINDMAR HOME
PO BOX 13942
SAN JUAN, PR 00908

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - CASE NO: MAY-2024-0005011

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.9172 Nonpriority creditor's name and mailing address**

WINDMAR PV ENERGY, INC., WINDMAR HOME DIVISION RESIDENTIAL /WINDMAR
PO BOX 13942
SAN JUAN, PR 00908

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - CASE NO: CAG-2023-0004718

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9173 Nonpriority creditor's name and mailing address**

WINDMAR PV ENERGY, INC., WINDMAR HOME DIVISION RESIDENTIAL /WINDMAR
PO BOX 13942
SAN JUAN, PR 00908

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CODEFENDANT - CASE NO: SAN-2025-0021069

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9174 Nonpriority creditor's name and mailing address**

WINGSWEEP CORPORATION
UNICOM PLAZA SUITE 310
15535 SAN FERNANDO MISSION BOULEVARD
MISSION HILLS, CA 91345

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

$ Undetermined

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9175 Nonpriority creditor's name and mailing address**

WIPRO NEXGEN ENTERPRISES
C/O DEAN MEAD
ATTN: A. FELIPE GUERRO
420 S. ORANGE AVENUE
SUITE 700
ORLANDO, FL 32801

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** DEMAND LETTER

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9176 Nonpriority creditor's name and mailing address**

WIPRO NEXTGEN ENTERPRISE INC FNA LEANSWIFT SOLUTIONS INC
2858 WOODCOCK BLVD
SUITE 100-300
ATLANTA, GA 30341

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** CONTRACT REJECTION DAMAGE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.9177 Nonpriority creditor's name and mailing address**

WIPRO NEXTGEN ENTERPRISE INC FNA LEANSWIFT SOLUTIONS INC
2858 WOODCOCK BLVD
SUITE 100-300
ATLANTA, GA 30341

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 800,097.25

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9178 Nonpriority creditor's name and mailing address**

WIS INTERNATIONAL
RETAIL SERVICES
9265 SKY PARK COURT
STE 100
SAN DIEGO, CA 92123

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 8,890.56

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9179 Nonpriority creditor's name and mailing address**

WIS IVS LLC DBA WIS INTERNATIONAL
2000 E TAYLOR RD
STE. 200
AUBURN HILLS, MI 48326

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 856.80

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9180 Nonpriority creditor's name and mailing address**

WIZELINE LLC DBA WIZELINE INC
WIZELINE HOLDINGS INC
50 CALIFORNIA ST
SUITE 1500
SAN FRANCISCO, CA 94111

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CONTRACT REJECTION DAMAGE CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9181 Nonpriority creditor's name and mailing address**

WIZELINE LLC DBA WIZELINE INC
WIZELINE HOLDINGS INC
50 CALIFORNIA ST
SUITE 1500
SAN FRANCISCO, CA 94111

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 283,492.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.9182 Nonpriority creditor's name and mailing address**

WIZELINE, INC.
1209 ORANGE STREET
WILMINGTON
NEW CASTLE, DE 19801

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CONTRACT REJECTION DAMAGE CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9183 Nonpriority creditor's name and mailing address**

WOOD SMITH HENNING & BERMAN LLP
10960 WILSHIRE BLVD
18TH FL
LOS ANGELES, CA 90024

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 21,818.13

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9184 Nonpriority creditor's name and mailing address**

WOODBRIDGE PACIFIC GROUP, LLC.
ATTN LEGAL DEPARTMENT
27271 LAS RAMBLAS
SUITE 100
MISSION VIEJO, CA 92691

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9185 Nonpriority creditor's name and mailing address**

WOODSIDE 05S, LP, DBA WOODSIDE HOMES OF CALIFORNIA, LP
1250 CORONA POINTE COURT
SUITE 500
CORONA, CA 92879

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9186 Nonpriority creditor's name and mailing address**

WOODSIDE HOMES OF NEVADA, LLC
7895 W. SUNSET ROAD
SUITE 110
LAS VEGAS, NV 89113

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** POTENTIAL HOME BUILDER CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | Amount of claim |
|---|---|---|
| 3.9187 **Nonpriority creditor's name and mailing address**<br>WORKDAY INC<br>6110 STONERIDGE MALL ROAD<br>PLEASANTON, CA 94588<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 352,835.31 |
| 3.9188 **Nonpriority creditor's name and mailing address**<br>WORKIVA INC<br>2900 UNIVERSITY BLVD<br>AMES, IA 50010<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 175.00 |
| 3.9189 **Nonpriority creditor's name and mailing address**<br>WORKYARD HOLDINGS INC<br>95 3RD STREET<br>SAN FRANCISCO, CA 94103<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>**Basis for the claim:** CONTRACT REJECTION DAMAGE CLAIM<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ Undetermined |
| 3.9190 **Nonpriority creditor's name and mailing address**<br>XEROX CORPORATION<br>PO BOX 731892<br>DALLAS, TX 75373<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 169.11 |
| 3.9191 **Nonpriority creditor's name and mailing address**<br>Z21 LABS, INC., DBA OBSERVE.AI<br>548 MARKET STREET<br>PMB 31684<br>SAN FRANCISCO, CA 94104-5401<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>**Basis for the claim:** CONTRACT REJECTION DAMAGE CLAIM<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ Undetermined |

Debtor Sunnova Energy Corporation
Name

Case number (If known) 25-90159

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.9192 Nonpriority creditor's name and mailing address**

ZEO ENERGY DBA SUNERGY SOLAR LLC
7625 LITTLE RD
SUITE 200A
NEW PORT RICHEY, FL 34654

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** DEMAND LETTER

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9193 Nonpriority creditor's name and mailing address**

ZIFT SOLUTIONS, INC.
6501 WESTON PARKWAY
SUITE 200
CARY, NC 27513

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CONTRACT REJECTION DAMAGE CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9194 Nonpriority creditor's name and mailing address**

ZIFT SOLUTIONS, INC.
6501 WESTON PARKWAY
STE. 200
CARY, NC 27513

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 12,558.02

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9195 Nonpriority creditor's name and mailing address**

ZMO VENTURES LLC
1250 AVE PONCE DE LEON
3RD FLOOR
SAN JUAN, PR 00907

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CONTRACT REJECTION DAMAGE CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9196 Nonpriority creditor's name and mailing address**

ZMO VENTURES LLC
1250 AVE PONCE DE LEON
STE 301
SAN JUAN, PR 00907

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 206,807.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.9197 **Nonpriority creditor's name and mailing address**

ZOOM VIDEO COMMUNICATIONS INC.
55 ALMADEN BLVD
6TH FLOOR
SAN JOSE, CA 95113

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CONTRACT REJECTION DAMAGE CLAIM

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.9198 **Nonpriority creditor's name and mailing address**

ZYTRON INC
4101 DIRECTORS ROW
HOUSTON, TX 77092

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 6,092.88

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.9199 **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.9200 **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.9201 **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | ABRAXAS ABTRACT, INC.<br>366 PASSAIC AVE<br>NUTLEY, NJ 07110 | Line 3.9<br>☐ Not listed. Explain | |
| 4.2 | BLALOCK ELECTRIC<br>31887 CORYDON ROAD<br>#130<br>LAKE ELSINORE, CA 92530 | Line 3.77<br>☐ Not listed. Explain | |
| 4.3 | DIRECT SOLAR<br>1110 PALMS AIRPORT DRIVE<br>SUITE 120A<br>LAS VEGAS, NV 89119 | Line 3.180<br>☐ Not listed. Explain | |
| 4.4 | EFFICIENT HOME SERVICES OF FLORIDA, LLC<br>9416 INTERNATIONAL COURT N.<br>ST. PETERSBURG, FL 33716 | Line 3.197<br>☐ Not listed. Explain | |
| 4.5 | GENERAC POWER SYSTEM, INC.<br>S45W 29290 HWY 59<br>WAUKESHA, WI 53189 | Line 3.254<br>☐ Not listed. Explain | |
| 4.6 | GENERAC POWER SYSTEMS, INC.<br>S45 W29290 HWY 59<br>WAUKESHA, WI 53189 | Line 3.255<br>☐ Not listed. Explain | |
| 4.7 | INFINITY ENERGY, INC.<br>3845 ATHERTON RD.<br>ROCKLIN, CA 95765 | Line 3.310<br>☐ Not listed. Explain | |
| 4.8 | KENNETH LEONOR ROMAN<br>LEONOR LAW<br>3247 CALLE LA CRUZ, LOCAL B<br>PONCE, PR 00717 | Line 3.8626<br>☐ Not listed. Explain | |
| 4.9 | LA POWER CENTER CORPORATION D/B/A GREEN ROAD SOLAR<br>740 EAST VALENCIA AVENUE<br>BURBANK, CA 91501 | Line 3.356<br>☐ Not listed. Explain | |

## Part 3: Additional Page for Others to Be Notified About Unsecured Claims

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.10 | LGCY SOLAR INSTALLATION SERVICES, LLC<br>199 BRYAN ST. STE 900<br>DALLAS, TX 75201-3136 | Line 3.370<br>☐ Not listed. Explain | |
| 4.11 | LONE STAR SOLAR SERVICES, LLC<br>7701 WEST LITTLE YORK ROAD<br>HOUSTON, TX 77040 | Line 3.378<br>☐ Not listed. Explain | |
| 4.12 | LUIS ANTONIO FERRER RIVERA<br>FERRER-MATIAS LEGAL FIRM<br>PO BOX 112<br>AGUADILLA, PR 00605 | Line 3.396<br>☐ Not listed. Explain | |
| 4.13 | LUMINA SOLAR, INC.<br>3600 COMMERCE DRIVE<br>SUITE 601<br>HALETHORPE, MD 21227 | Line 3.383<br>☐ Not listed. Explain | |
| 4.14 | MODERN RENAISSANCE CONSULTING DBA PWL STUDIO<br>1636 RICHMOND AVENUE<br>HOUSTON, TX 77006 | Line 3.422<br>☐ Not listed. Explain | |
| 4.15 | MPE SOLAR CARPORTS, INC.<br>ATTN: EDWARD J. RIFFLE<br>COLLINS + COLLINS LLP<br>790 E. COLORADO BLVD. SUITE 600<br>PASADENA, CA 91101 | Line 3.428<br>☐ Not listed. Explain | |
| 4.16 | NAME OF FILE<br>ADDRESS ON FILE | Line 3.9161<br>☐ Not listed. Explain | |
| 4.17 | NAME OF FILE<br>ADDRESS ON FILE | Line 3.9169<br>☐ Not listed. Explain | |
| 4.18 | NAME OF FILE<br>ADDRESS ON FILE | Line 3.9170<br>☐ Not listed. Explain | |
| 4.19 | NAME OF FILE<br>ADDRESS ON FILE | Line 3.9159<br>☐ Not listed. Explain | |
| 4.20 | NAME OF FILE<br>ADDRESS ON FILE | Line 3.9164<br>☐ Not listed. Explain | |

## Part 3: Additional Page for Others to Be Notified About Unsecured Claims

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.21 | NAME OF FILE<br>ADDRESS ON FILE | Line 3.9171<br>☐ Not listed. Explain | |
| 4.22 | NAME OF FILE<br>ADDRESS ON FILE | Line 3.8672<br>☐ Not listed. Explain | |
| 4.23 | NAME OF FILE<br>ADDRESS ON FILE | Line 3.9162<br>☐ Not listed. Explain | |
| 4.24 | NAME OF FILE<br>ADDRESS ON FILE | Line 3.9167<br>☐ Not listed. Explain | |
| 4.25 | NAME OF FILE<br>ADDRESS ON FILE | Line 3.9160<br>☐ Not listed. Explain | |
| 4.26 | NAME OF FILE<br>ADDRESS ON FILE | Line 3.9155<br>☐ Not listed. Explain | |
| 4.27 | NAME OF FILE<br>ADDRESS ON FILE | Line 3.9163<br>☐ Not listed. Explain | |
| 4.28 | NAME OF FILE<br>ADDRESS ON FILE | Line 3.8711<br>☐ Not listed. Explain | |
| 4.29 | NAME OF FILE<br>ADDRESS ON FILE | Line 3.8573<br>☐ Not listed. Explain | |
| 4.30 | NAME OF FILE<br>ADDRESS ON FILE | Line 3.9156<br>☐ Not listed. Explain | |
| 4.31 | NAME OF FILE<br>ADDRESS ON FILE | Line 3.9168<br>☐ Not listed. Explain | |

## Part 3: Additional Page for Others to Be Notified About Unsecured Claims

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.32 | NAME OF FILE<br>ADDRESS ON FILE | Line 3.9154<br>☐ Not listed. Explain | |
| 4.33 | NAME OF FILE<br>ADDRESS ON FILE | Line 3.9157<br>☐ Not listed. Explain | |
| 4.34 | NAME OF FILE<br>ADDRESS ON FILE | Line 3.9165<br>☐ Not listed. Explain | |
| 4.35 | NAME OF FILE<br>ADDRESS ON FILE | Line 3.8668<br>☐ Not listed. Explain | |
| 4.36 | NAME OF FILE<br>ADDRESS ON FILE | Line 3.9158<br>☐ Not listed. Explain | |
| 4.37 | NAME OF FILE<br>ADDRESS ON FILE | Line 3.9166<br>☐ Not listed. Explain | |
| 4.38 | NAME ON FILE<br>ATTN: KRISTIN KEMNITZER<br>KEMNITZER, BARRON & KREIG, LLP<br>1120 MAR WEST STREET, SUITE C2<br>TIBURON, CA 94920 | Line 3.8742<br>☐ Not listed. Explain | |
| 4.39 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8634<br>☐ Not listed. Explain | |
| 4.40 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8660<br>☐ Not listed. Explain | |
| 4.41 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8539<br>☐ Not listed. Explain | |
| 4.42 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8633<br>☐ Not listed. Explain | |

## Part 3: Additional Page for Others to Be Notified About Unsecured Claims

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.43 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8690<br><br>☐ Not listed. Explain | |
| 4.44 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8541<br><br>☐ Not listed. Explain | |
| 4.45 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8575<br><br>☐ Not listed. Explain | |
| 4.46 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8583<br><br>☐ Not listed. Explain | |
| 4.47 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8591<br><br>☐ Not listed. Explain | |
| 4.48 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8689<br><br>☐ Not listed. Explain | |
| 4.49 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8710<br><br>☐ Not listed. Explain | |
| 4.50 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8734<br><br>☐ Not listed. Explain | |
| 4.51 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8535<br><br>☐ Not listed. Explain | |
| 4.52 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8545<br><br>☐ Not listed. Explain | |
| 4.53 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8552<br><br>☐ Not listed. Explain | |

## Part 3: Additional Page for Others to Be Notified About Unsecured Claims

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.54 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8629<br>☐ Not listed. Explain | |
| 4.55 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8681<br>☐ Not listed. Explain | |
| 4.56 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8696<br>☐ Not listed. Explain | |
| 4.57 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8707<br>☐ Not listed. Explain | |
| 4.58 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8726<br>☐ Not listed. Explain | |
| 4.59 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8608<br>☐ Not listed. Explain | |
| 4.60 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8615<br>☐ Not listed. Explain | |
| 4.61 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8709<br>☐ Not listed. Explain | |
| 4.62 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8719<br>☐ Not listed. Explain | |
| 4.63 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8712<br>☐ Not listed. Explain | |
| 4.64 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8538<br>☐ Not listed. Explain | |

Debtor Sunnova Energy Corporation Case number (if known) 25-90159

Name

## Part 3: Additional Page for Others to Be Notified About Unsecured Claims

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.65 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8623<br>☐ Not listed. Explain | |
| 4.66 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8642<br>☐ Not listed. Explain | |
| 4.67 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8643<br>☐ Not listed. Explain | |
| 4.68 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8695<br>☐ Not listed. Explain | |
| 4.69 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8704<br>☐ Not listed. Explain | |
| 4.70 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8705<br>☐ Not listed. Explain | |
| 4.71 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8558<br>☐ Not listed. Explain | |
| 4.72 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8625<br>☐ Not listed. Explain | |
| 4.73 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8566<br>☐ Not listed. Explain | |
| 4.74 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8594<br>☐ Not listed. Explain | |
| 4.75 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8596<br>☐ Not listed. Explain | |

## Part 3: Additional Page for Others to Be Notified About Unsecured Claims

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.76 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8621<br>☐ Not listed. Explain | |
| 4.77 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8654<br>☐ Not listed. Explain | |
| 4.78 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8683<br>☐ Not listed. Explain | |
| 4.79 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8693<br>☐ Not listed. Explain | |
| 4.80 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8701<br>☐ Not listed. Explain | |
| 4.81 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8714<br>☐ Not listed. Explain | |
| 4.82 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8732<br>☐ Not listed. Explain | |
| 4.83 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8536<br>☐ Not listed. Explain | |
| 4.84 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8546<br>☐ Not listed. Explain | |
| 4.85 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8550<br>☐ Not listed. Explain | |
| 4.86 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8553<br>☐ Not listed. Explain | |

## Part 3: Additional Page for Others to Be Notified About Unsecured Claims

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.87 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8555<br>☐ Not listed. Explain | |
| 4.88 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8569<br>☐ Not listed. Explain | |
| 4.89 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8576<br>☐ Not listed. Explain | |
| 4.90 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8579<br>☐ Not listed. Explain | |
| 4.91 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8600<br>☐ Not listed. Explain | |
| 4.92 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8605<br>☐ Not listed. Explain | |
| 4.93 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8537<br>☐ Not listed. Explain | |
| 4.94 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8549<br>☐ Not listed. Explain | |
| 4.95 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8562<br>☐ Not listed. Explain | |
| 4.96 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8601<br>☐ Not listed. Explain | |
| 4.97 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8602<br>☐ Not listed. Explain | |

## Part 3: Additional Page for Others to Be Notified About Unsecured Claims

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.98 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8614<br>☐ Not listed. Explain | |
| 4.99 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8616<br>☐ Not listed. Explain | |
| 4.100 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8619<br>☐ Not listed. Explain | |
| 4.101 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8638<br>☐ Not listed. Explain | |
| 4.102 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8644<br>☐ Not listed. Explain | |
| 4.103 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8646<br>☐ Not listed. Explain | |
| 4.104 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8656<br>☐ Not listed. Explain | |
| 4.105 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8676<br>☐ Not listed. Explain | |
| 4.106 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8685<br>☐ Not listed. Explain | |
| 4.107 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8702<br>☐ Not listed. Explain | |
| 4.108 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8543<br>☐ Not listed. Explain | |

## Part 3: Additional Page for Others to Be Notified About Unsecured Claims

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.109 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8554<br>☐ Not listed. Explain | |
| 4.110 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8560<br>☐ Not listed. Explain | |
| 4.111 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8673<br>☐ Not listed. Explain | |
| 4.112 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8686<br>☐ Not listed. Explain | |
| 4.113 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8687<br>☐ Not listed. Explain | |
| 4.114 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8740<br>☐ Not listed. Explain | |
| 4.115 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8544<br>☐ Not listed. Explain | |
| 4.116 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8547<br>☐ Not listed. Explain | |
| 4.117 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8653<br>☐ Not listed. Explain | |
| 4.118 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8708<br>☐ Not listed. Explain | |
| 4.119 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8723<br>☐ Not listed. Explain | |

## Part 3: Additional Page for Others to Be Notified About Unsecured Claims

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.120 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8739<br>☐ Not listed. Explain | |
| 4.121 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8540<br>☐ Not listed. Explain | |
| 4.122 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8551<br>☐ Not listed. Explain | |
| 4.123 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8557<br>☐ Not listed. Explain | |
| 4.124 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8612<br>☐ Not listed. Explain | |
| 4.125 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8640<br>☐ Not listed. Explain | |
| 4.126 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8720<br>☐ Not listed. Explain | |
| 4.127 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8722<br>☐ Not listed. Explain | |
| 4.128 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8738<br>☐ Not listed. Explain | |
| 4.129 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8570<br>☐ Not listed. Explain | |
| 4.130 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8571<br>☐ Not listed. Explain | |

Debtor Sunnova Energy Corporation Case number (if known) 25-90159

Name

## Part 3: Additional Page for Others to Be Notified About Unsecured Claims

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.131 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8620<br>☐ Not listed. Explain | |
| 4.132 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8670<br>☐ Not listed. Explain | |
| 4.133 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8542<br>☐ Not listed. Explain | |
| 4.134 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8599<br>☐ Not listed. Explain | |
| 4.135 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8647<br>☐ Not listed. Explain | |
| 4.136 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8730<br>☐ Not listed. Explain | |
| 4.137 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8603<br>☐ Not listed. Explain | |
| 4.138 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8678<br>☐ Not listed. Explain | |
| 4.139 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.8735<br>☐ Not listed. Explain | |
| 4.140 | NYS ESSENTIAL POWER, INC.<br>13 TRADE ZONE DRIVE<br>RONKONKOMA, NY 11779 | Line 3.8759<br>☐ Not listed. Explain | |
| 4.141 | PROFESSIONAL ELECTRICAL SERVICES, INC. D/B/A PRS SOLAR<br>685 S RONALD REAGAN BLVD.<br>LONGWOOD, FL 32750 | Line 3.8818<br>☐ Not listed. Explain | |

## Part 3: Additional Page for Others to Be Notified About Unsecured Claims

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.142 | SKYLINE SMART ENERGY<br>10642 DOWNEY AVE<br>UNIT 205<br>DOWNEY, CA 90241 | Line 3.8900<br>☐ Not listed. Explain | |
| 4.143 | SKYSPEC LLC<br>15 WILDFLOWER LANE<br>AGAWAM, MA 01001 | Line 3.8902<br>☐ Not listed. Explain | |
| 4.144 | SOL NOVA ELECTRIC, LLC<br>330 RANCHEROS DR<br>SAN MARCOS, CA 92069 | Line 3.8904<br>☐ Not listed. Explain | |
| 4.145 | SOLAR WORKS ENERGY, LLC<br>121 TIJERAS AVENUE, N.E.<br>SUITE 3400<br>ALBURQUERQUE, NM 87102 | Line 3.8922<br>☐ Not listed. Explain | |
| 4.146 | SUNTUITY ELECTRIC, LLC<br>2137 RT 35 NORTH<br>HOLMDEL, NJ 07733 | Line 3.9043<br>☐ Not listed. Explain | |
| 4.147 | T. TRANKENER & SON<br>240 DAVISTOWN RD<br>BLACKWOOD, NJ 08012 | Line 3.9050<br>☐ Not listed. Explain | |
| 4.148 | TELECONTACTO-TELECONTACT EXPORT, INC.<br>URB. HYDE PARK<br>275 AVE JESUS T. PINERO<br>SAN JUAN, PR 00927 | Line 3.9058<br>☐ Not listed. Explain | |
| 4.149 | TRON SOLAR, LLC<br>950 CORPORATE WOODS PARKWAY<br>VERNON HILLS, IL 60061 | Line 3.9095<br>☐ Not listed. Explain | |

Debtor Sunnova Energy Corporation Case number (if known) 25-90159
Name

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $ 3,839,158.78 |
| 5b. | **Total claims from Part 2** | 5b. + | $ 1,014,263,622.74<br>+ Undetermined Amounts |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,018,102,781.52<br>+ Undetermined Amounts |

Official Form 206E/F **Schedule E/F: Creditors Who Have Unsecured Claims** Page 1964 of 1964

**Fill in this information to identify the case:**

Debtor name: Sunnova Energy Corporation

United States Bankruptcy Court for the: Southern District of Texas, Houston Division

Case number (If known): 25-90159

☐ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO OFFICE BUILDING LEASE AGREEMENT (SUNNOVA ENERGY CORPORATION - 20 GREENWAY PLAZA) DATED 05/18/2015 | 20 GREENWAY PLAZA LLC<br>20 EAST GREENWAY PLAZA<br>HOUSTON, TX 77046 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | FOURTH AMENDMENT TO OFFICE BUILDING LEASE AGREEMENT (SUNNOVA ENERGY CORPORATION - 20 GREENWAY PLAZA) DATED 05/07/2019 | 20 GREENWAY PLAZA LLC<br>20 EAST GREENWAY PLAZA<br>HOUSTON, TX 77046 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFICE BUILDING LEASE AGREEMENT DATED 08/29/2014 | 20 GREENWAY PLAZA LLC<br>C/O PRINCIPAL REAL ESTATE INVESTORS<br>801 GRAND AVENUE<br>DEPT H-137<br>DES MOINES, IA 50392-1370 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND AMENDMENT TO OFFICE BUILDING LEASE AGREEMENT DATED 06/01/2015 | 20 GREENWAY PLAZA LLC<br>20 EAST GREENWAY PLAZA<br>HOUSTON, TX 77046 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | THIRD AMENDMENT TO OFFICE BUILDING LEASE AGREEMENT (SUNNOVA ENERGY CORPORATION - 20 GREENWAY PLAZA) DATED 11/18/2018 | 20 GREENWAY PLAZA LLC<br>20 EAST GREENWAY PLAZA<br>HOUSTON, TX 77046 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LEASE AGREEMENT - 2211 MICHELSON DRIVE, DATED 1/2/2024 | 2211 MICHELSON DRIVE DBA WEWORK<br>2211 MICHELSON DR<br>IRVINE, CA 92612-1384 |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LEASE AGREEMENT - 2222 PONCE DE LEON BLVD, DATED 8/1/2024 | 2222 PONCE DE LEON BLVD DBA WEWORK<br>2222 PONCE DE LEON BLVD<br>MIAMI, FL 33134 |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDMENT TO MEMBERSHIP AGREEMENT DATED 07/15/2024 | 2222 PONCE DE LEON BLVD TENANT LLC<br>2222 PONCE DE LEON BLVD<br>MIAMI, FL 33134 |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER CONTRACTOR AGREEMENT 07/13/2021 AND ALL RELATED AMENDMENTS | 32ND & BROADWAY, LLC<br>ATTN: BEN C. ANDERSON<br>3184 AIRWAY AVENUE<br>SUITE B<br>COSTA MESA, CA 92626 |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONFIRMATION LETTER #18 AGREEMENT DATED 03/14/2024 | 3DEGREES GROUP, INC.<br>235 MONTGOMERY STREET<br>SUITE 320<br>SAN FRANCISCO, CA 94104 |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONFIRMATION LETTER #19 AGREEMENT DATED 06/23/2021 | 3DEGREES GROUP, INC.<br>235 MONTGOMERY STREET<br>SUITE 320<br>SAN FRANCISCO, CA 94104 |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONFIRMATION LETTER #20 AGREEMENT DATED 04/29/2024 | 3DEGREES GROUP, INC.<br>235 MONTGOMERY STREET<br>SUITE 320<br>SAN FRANCISCO, CA 94104 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONFIRMATION LETTER #21 AGREEMENT DATED 04/29/2024 | 3DEGREES GROUP, INC.<br>235 MONTGOMERY STREET<br>SUITE 320<br>SAN FRANCISCO, CA 94104 |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONFIRMATION LETTER AGREEMENT DATED 10/31/2023 | 3DEGREES GROUP, INC.<br>235 MONTGOMERY STREET<br>SUITE 320<br>SAN FRANCISCO, CA 94104 |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONFIRMATION LETTER FOR TRANSACTION #35547 AGREEMENT DATED 05/30/2024 | 3DEGREES GROUP, INC.<br>235 MONTGOMERY STREET<br>SUITE 320<br>SAN FRANCISCO, CA 94104 |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PURCHASE AND SALE AGREEMENT DATED 06/23/2021 | 3DEGREES GROUP, INC.<br>235 MONTGOMERY STREET<br>SUITE 320<br>SAN FRANCISCO, CA 94104 |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER PROFESSIONAL SERVICES AGREEMENT DATED 05/01/2019 | 5TH AVENUE ENERGY<br>45433 CAMINO MONZON<br>TEMECULA, CA 92592 |
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 09/28/2023 | 5TH AVENUE ENERGY<br>45433 CAMINO MONZON<br>TEMECULA, CA 92592 |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDMENT TO MEMBERSHIP AGREEMENT DATED 06/28/2023 | 6543 SOUTH LAS VEGAS BOULEVARD TENANT LLC<br>6543 SOUTH LAS VEGAS BOULEVARD<br>LAS VEGAS, NV 89119 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO MEMBERSHIP AGREEMENT DATED 06/29/2023 | 6543 SOUTH LAS VEGAS BOULEVARD TENANT LLC<br>6543 SOUTH LAS VEGAS BOULEVARD<br>LAS VEGAS, NV 89119 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | COMMON DESK MEMBERSHIP AGREEMENT | 7801 BURNET ROAD, LP<br>114W 7TH ST.<br>STE 1000<br>AUSTIN, TX 78701 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS AND CONDITIONS AGREEMENT DATED 02/27/2024 | A.E. MEDIA GROUP, LLC DBA SOLAR MAID<br>P.O. BOX 424<br>BRIDGEVILLE, PA 15017 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 02/27/2024 | A.E. MEDIA GROUP, LLC DBA SOLAR MAID<br>P.O. BOX 424<br>BRIDGEVILLE, PA 15017 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CHAIN SERVICES AGREEMENT DATED 01/05/2024 | A1 WAREHOUSING, INC.<br>1060 LOCKWOOD DRIVE<br>HOUSTON, TX 77020 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | RENTAL AGREEMENT DATED 01/08/2024 | AAA MINI STORAGE<br>958 NORTH MARINE CORPS DR. UPPER TUMON<br>UPPER TUMON, GU 96913 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | RENTAL AGREEMENT DATED 02/28/2022 | AAA MINI STORAGE<br>958 NORTH MARINE CORPS DR. UPPER TUMON<br>UPPER TUMON, GU 96913 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.27 State what the contract or lease is for and the nature of the debtor's interest | RENTAL AGREEMENT DATED 09/14/2023 | AAA MINI STORAGE<br>958 NORTH MARINE CORPS DR. UPPER TUMON<br>UPPER TUMON, GU 96913 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.28 State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS AND CONDITIONS AGREEMENT DATED 09/23/2024 | ABODE GENERAL CONTRACTING PLLC D/B/A SOLAR EARTH<br>291 2ND ST<br>WHEELING, IL 60090 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.29 State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 09/23/2024 | ABODE GENERAL CONTRACTING PLLC D/B/A SOLAR EARTH<br>291 2ND ST<br>WHEELING, IL 60090 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.30 State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS AND CONDITIONS AGREEMENT DATED 01/16/2025 | ABOVE ALL CONSTRUCTION, INC.<br>1643 ELLIOTT DRIVE<br>RIVERSIDE, CA 92507 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.31 State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 01/16/2025 | ABOVE ALL CONSTRUCTION, INC.<br>1643 ELLIOTT DRIVE<br>RIVERSIDE, CA 92507 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.32 State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS AND CONDITIONS AGREEMENT DATED 06/28/2024 | ABRAXAS ELECTRIC LLC<br>832 FLORIDA STREET SE<br>ALBUQUERQUE, NM 87108 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.33 State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 06/28/2024 | ABRAXAS ELECTRIC LLC<br>832 FLORIDA STREET SE<br>ALBUQUERQUE, NM 87108 |
| State the term remaining | | |
| List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 10/11/2023 | ACCOLADE, INC.<br>ATTN ROBERT CAVANAUGH PRESIDENT<br>660 WEST GERMANTOWN PIKE<br>SUITE 500<br>PLYMOUTH MEETING, PA 19462 |
| 2.35 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AGREEMENT FOR PURCHASE AND SALE OF RENEWABLE ENERGY CERTIFICATES DATED 10/26/2023 | ACT COMMODITIES INC.<br>ATTN WILL WROTNIAK RICK LASHKARI<br>437 MADISON AVENUE<br>SUITE 17A<br>NEW YORK, NY 10022 |
| 2.36 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PRIVACY COMPLIANCE ADDENDUM AGREEMENT DATED 01/01/2023 | ACTIVEPROSPECT INC<br>PO BOX 151136<br>AUSTIN, TX 78715 |
| 2.37 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SAAS ORDER FORM AGREEMENT DATED 08/01/2022 | ACTIVEPROSPECT, INC.<br>ATTENTION<br>PRESIDENT<br>4009 MARATHON BLVD<br>AUSTIN, TX 78756 |
| 2.38 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SOFTWARE AS A SERVICE ("SAAS") ORDER FORM AGREEMENT DATED 08/01/2022 | ACTIVEPROSPECT INC<br>PO BOX 151136<br>AUSTIN, TX 78715 |
| 2.39 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GENERAL TERMS AND CONDITIONS AGREEMENT DATED 08/29/2024 | ADAM GOLKA D/B/A PHASE OUT ELECTRIC<br>130 CENTER CEMETERY ROAD<br>WOODSTOCK, CT 06281 |
| 2.40 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 08/29/2024 | ADAM GOLKA D/B/A PHASE OUT ELECTRIC<br>130 CENTER CEMETERY ROAD<br>WOODSTOCK, CT 06281 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | ADOBE INVOICE AGREEMENT DATED 06/22/2020 | ADOBE INC.<br>345 PARK AVENUE<br>SAN JOSE, CA 95110-2704 |
| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | SALES ORDER FORM AGREEMENT DATED 12/19/2017 | ADP, LLC DBA ADP INC<br>AUTOMATIC DATA PROCESSING INC<br>ONE ADP BLVD.<br>MAIL STOP 433<br>ROSELAND, NJ 07068 |
| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | CLIENT ACCOUNT AGREEMENT AND AUTHORIZATION TO DEBIT/CREDIT DATED 10/24/2016 | ADP, LLC DBA ADP INC<br>AUTOMATIC DATA PROCESSING INC<br>ONE ADP BLVD.<br>MAIL STOP 433<br>ROSELAND, NJ 07068 |
| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | SALES ORDER FORM AGREEMENT DATED 12/19/2017 | ADP, LLC DBA ADP INC<br>AUTOMATIC DATA PROCESSING INC<br>ONE ADP BLVD.<br>MAIL STOP 433<br>ROSELAND, NJ 07068 |
| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | MASTER SERVICES AGREEMENT DATED 01/23/2018 | ADVANCED TECHNOLOGY GROUP, INC<br>10801 MASTIN ST.<br>STE. 550<br>OVERLAND PARK, KS 66210 |
| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | GUARANTY AGREEMENT DATED 09/30/2024 | ADVANTAGE CAPITAL MANAGEMENT CORPORATION<br>ATTN: RENEWABLES LEGAL<br>909 POYDRAS STREET<br>SUITE 2230<br>NEW ORLEANS, LA 70112 |
| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | FEE LETTER AGREEMENT DATED 05/26/2023 | ADVANTAGE CAPITAL SOLAR PARTNERS VI, LLC<br>C/O ADVANTAGE CAPITAL MANAGEMENT CORPORATION<br>ATTN: SOLAR LEGAL<br>909 POYDRAS STREET<br>SUITE 2230<br>NEW ORLEANS, LA 70112 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | FEE LETTER AGREEMENT DATED 11/28/2022 | ADVANTAGE CAPITAL SOLAR PARTNERS VI, LLC<br>C/O ADVANTAGE CAPITAL MANAGEMENT CORPORATION<br>ATTN: SOLAR LEGAL<br>909 POYDRAS STREET<br>SUITE 2230<br>NEW ORLEANS, LA 70112 |
| 2.49 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | GUARANTY AGREEMENT DATED 05/26/2023 | ADVANTAGE CAPITAL SOLAR PARTNERS VI, LLC<br>C/O ADVANTAGE CAPITAL MANAGEMENT CORPORATION<br>ATTN: SOLAR LEGAL<br>909 POYDRAS STREET<br>SUITE 2230<br>NEW ORLEANS, LA 70112 |
| 2.50 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | GUARANTY AGREEMENT DATED 11/28/2022 | ADVANTAGE CAPITAL SOLAR PARTNERS VI, LLC<br>C/O ADVANTAGE CAPITAL MANAGEMENT CORPORATION<br>ATTN: SOLAR LEGAL<br>909 POYDRAS STREET<br>SUITE 2230<br>NEW ORLEANS, LA 70112 |
| 2.51 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | CHANNEL PARTNER AGREEMENT DATED 06/18/2024 AND ALL RELATED AMENDMENTS | ADVISORS SOLAR GROUP INC<br>20 COMMERCE DRIVE<br>SUITE 135<br>CRANFORD, NJ 07016 |
| 2.52 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | MASTER DEALER AGREEMENT DATED 01/10/2023 AND ALL RELATED AMENDMENTS | ADVISORS SOLAR GROUP INC<br>20 COMMERCE DRIVE<br>SUITE 135<br>CRANFORD, NJ 07016 |
| 2.53 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | CHANNEL PARTNER AGREEMENT DATED 05/24/2023 AND ALL RELATED AMENDMENTS | AFFORDABLE SOLAR ROOF & AIR LLC<br>ATTENTION<br>JOSEPH DAZZIO<br>4914 CREEKSIDE DRIVE<br>CLEARWATER, FL 33760 |
| 2.54 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | PURCHASE AND SALE AGREEMENT AMENDED CONFIRMATION LETTER #1 DATED 04/02/2025 | AFS COMMODITIES USA INC<br>228 E 45TH ST, RM 9E<br>NEW YORK, NY 10017-3337 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | SOLAR RENEWABLE ENERGY CERTIFICATES ("SRECS") PURCHASE AND SALE AGREEMENT DATED 03/28/2025 | AFS COMMODITIES USA INC<br>228 E 45TH ST, RM 9E<br>NEW YORK, NY 10017-3337 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | AHREFS PTE. LTD. INVOICE AGREEMENT DATED 11/28/2024 | AHREFS PTE. LTD.<br>16 RAFFLES QUAY<br>#33-03 HONG LEONG BUILDING<br>SINGAPORE, 48581<br>SINGAPORE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER AGREEMENT DATED 11/15/2016 | AKIN, GUMP, STRAUSS, HAUER, & FELD LLP<br>1333 NEW HAMPSHIRE AVENUE N.W.<br>WASHINGTON, DC 20036-1564 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | RELIANCE LETTER AGREEMENT DATED 05/21/2018 | AKIN, GUMP, STRAUSS, HAUER, & FELD LLP<br>1333 NEW HAMPSHIRE AVENUE N.W.<br>WASHINGTON, DC 20036-1564 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.59 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 04/10/2025 | ALCHEMY TECHNOLOGY GROUP LLC<br>11 GREENWAY PLAZA<br>STE. 2600<br>HOUSTON, TX 77046 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.60 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK AGREEMENT DATED 05/01/2024 | ALCHEMY TECHNOLOGY GROUP LLC<br>11 GREENWAY PLAZA<br>STE. 2600<br>HOUSTON, TX 77046 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.61 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK AGREEMENT DATED 10/16/2020 | ALCHEMY TECHNOLOGY GROUP LLC<br>11 GREENWAY PLAZA<br>STE. 2600<br>HOUSTON, TX 77046 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.62 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK AGREEMENT DATED 12/02/2024 | ALCHEMY TECHNOLOGY GROUP LLC<br>11 GREENWAY PLAZA<br>STE. 2600<br>HOUSTON, TX 77046 |
| 2.63 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK AGREEMENT DATED 12/17/2024 | ALCHEMY TECHNOLOGY GROUP LLC<br>11 GREENWAY PLAZA<br>STE. 2600<br>HOUSTON, TX 77046 |
| 2.64 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENGAGEMENT LETTER AGREEMENT DATED 04/14/2019 | ALFA ENERGY ADVISORS, LLC<br>1765 GREENSBORO STATION PLACE<br>SUITE 900<br>MCLEAN, VA 22102 |
| 2.65 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK AGREEMENT DATED 01/07/2022 | ALLANT GROUP, LLC<br>2655 WARRENVILLE ROAD<br>SUITE 200<br>DOWNERS GROVE, IL 60515 |
| 2.66 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 12/09/2020 | ALLIED INTERNATIONAL CREDIT CORP.<br>6800 PARAGON PLACE<br>SUITE 400<br>RICHMOND, VA 23230 |
| 2.67 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | WAREHOUSE AGREEMENT DATED 01/02/2024 | ALLSTATES WAREHOUSING AND DISTRIBUTION<br>1285-B SOUTHERN WAY<br>SPARKS, NV 89431 |
| 2.68 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENGAGEMENT LETTER AGREEMENT DATED 11/04/2019 | ALSTON & BIRD LLP<br>1201 WEST PEACHTREE STREET<br>ATLANTA, GA 30309 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.69 | State what the contract or lease is for and the nature of the debtor's interest | MASTER PROFESSIONAL SERVICES AGREEMENT DATED 04/02/2024 | ALTITUDE TECHNOLOGY GROUP, LLC<br>8290 134TH ST<br>SEBASTIAN, FL 32958 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.70 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 02/26/2024 | ALTITUDE TECHNOLOGY GROUP, LLC<br>PO BOX 43<br>ROSELAND, FL 32957 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.71 | State what the contract or lease is for and the nature of the debtor's interest | CONNECTOR EXTENSION TO SOW SUN-00002 AGREEMENT DATED 09/29/2023 | ALTO CONSULTANTS INC.<br>4388 ST-DENIS STREET<br>MONTREAL, QC H2J 2L1<br>CANADA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.72 | State what the contract or lease is for and the nature of the debtor's interest | CONNECTOR SOW #SUN-001 AGREEMENT DATED 03/24/2023 | ALTO CONSULTANTS INC.<br>4388 ST-DENIS STREET<br>MONTREAL, QC H2J 2L1<br>CANADA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.73 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 03/28/2023 | ALTO CONSULTANTS INC.<br>4388 ST-DENIS STREET<br>MONTREAL, QC H2J 2L1<br>CANADA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.74 | State what the contract or lease is for and the nature of the debtor's interest | ROOTSTOCK SUPPORT SOW AGREEMENT DATED 07/21/2023 | ALTO CONSULTANTS INC.<br>4388 ST-DENIS STREET<br>MONTREAL, QC H2J 2L1<br>CANADA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.75 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK AGREEMENT DATED 01/25/2024 | ALTO CONSULTANTS INC.<br>4388 ST-DENIS STREET<br>MONTREAL, QC H2J 2L1<br>CANADA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.76 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENGAGEMENT LETTER AGREEMENT DATED 06/11/2024 | ALVAREZ & MARSAL VALUATION SERVICES, LLC<br>ATTN MS. LAUREN HILL MANAGING DIRECTOR<br>600 MADISON AVENUE<br>8TH FLOOR<br>NEW YORK, NY 10022 |
| 2.77 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK AGREEMENT DATED 03/18/2025 | ALVAREZ & MARSAL VALUATION SERVICES, LLC<br>ATTN MS. LAUREN HILL MANAGING DIRECTOR<br>600 MADISON AVENUE<br>8TH FLOOR<br>NEW YORK, NY 10022 |
| 2.78 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 02/01/2022 AND ALL RELATED AMENDMENTS | AMBROSE CONSTRUCTION INC., D/B/A AMBROSE SOLAR<br>875 COTTING LANE<br>SUITE C<br>VACAVILLE, CA 95688 |
| 2.79 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LETTER AGREEMENT DATED 06/07/2024 | KENNEDY LEWIS INVESTMENT MANAGEMENT<br>225 LIBERTY STREET<br>SUITE 4210<br>NEW YORK, NY 10281 |
| 2.80 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 07/19/2018 AND ALL RELATED AMENDMENTS | AMCON COMPANIES L.L.C.<br>55 521 NANILOA LOOP<br>LAIE, HI 96762 |
| 2.81 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER AGREEMENT DATED 11/01/2015 | AMEGY BANK NATIONAL ASSOCIATION<br>4400 POST OAK PARKWAY<br>HOUSTON, TX 77027 |
| 2.82 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER RENEWABLE ENERGY CREDIT PURCHASE AND SALE AGREEMENT | AMEREN ILLINOIS COMPANY<br>10 RICHARD MARK WAY<br>COLLINSVILLE, IL 62234 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.83 | State what the contract or lease is for and the nature of the debtor's interest | CHANNEL PARTNER AGREEMENT DATED 07/24/2023 AND ALL RELATED AMENDMENTS | AMERICAN ARRAY SOLAR, INC<br>2021 LAS POSITAS COURT<br>#129<br>LIVERMORE, CA 94551 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.84 | State what the contract or lease is for and the nature of the debtor's interest | SUBCONTRACT AGREEMENT 08/09/2022 AND ALL RELATED AMENDMENTS | AMERICAN WESTERN HOMES, LLC<br>11910 HESPERIA ROAD<br>SUITE 3<br>HESPERIA, CA 92345 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.85 | State what the contract or lease is for and the nature of the debtor's interest | SOLAR PARTNERSHIP AGREEMENT 12/26/2019 AND ALL RELATED AMENDMENTS | ANDERSON HOMES<br>ATTN: CRAIG BARTON<br>1420 S. MILLS AVE.<br>STE. E<br>LODI, CA 95242 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.86 | State what the contract or lease is for and the nature of the debtor's interest | SUBCONTRACTOR MASTER AGREEMENT 10/27/2022 AND ALL RELATED AMENDMENTS | ANTHEM UNITED HOMES CONSTRUCTION LP<br>3001 DOUGLAS BLVD.<br>SUITE 200<br>ROSEVILLE, CA 95661 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.87 | State what the contract or lease is for and the nature of the debtor's interest | GL OCIP CONTRACT PACKAGE 10/04/2022 AND ALL RELATED AMENDMENTS | ANTHEM UNITED HOMES CONSTRUCTION LP<br>3001 DOUGLAS BLVD.<br>SUITE 200<br>ROSEVILLE, CA 95661 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.88 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK AGREEMENT DATED 08/15/2023 | AON CONSULTING, INC.<br>200 E. RANDOLPH STREET<br>CHICAGO, IL 60601 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.89 | State what the contract or lease is for and the nature of the debtor's interest | CHANNEL PARTNER AGREEMENT DATED 03/15/2024 AND ALL RELATED AMENDMENTS | APOLLO ENERGY COMPANY INC<br>9 PINE ROAD<br>MEDFORD, NJ 08055 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.90 | State what the contract or lease is for and the nature of the debtor's interest | MASTER DEALER AGREEMENT DATED 03/15/2024 AND ALL RELATED AMENDMENTS | APOLLO ENERGY COMPANY INC<br>9 PINE ROAD<br>MEDFORD, NJ 08055 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.91 | State what the contract or lease is for and the nature of the debtor's interest | LEAD PROCUREMENT AGREEMENT DATED 07/30/2024 | APOLLO INTERACTIVE, LLC<br>139 ILLINOIS ST<br>EL SEGUNDO, CA 90245 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.92 | State what the contract or lease is for and the nature of the debtor's interest | 2024 RENEWAL QUOTE AGREEMENT DATED 03/28/2023 | APPETIZE.IO LLC<br>10 ALLEN ROAD<br>WELLESLEY, MA 02481 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.93 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSE AGREEMENT | APPETIZE.IO LLC<br>10 ALLEN ROAD<br>WELLESLEY, MA 02481 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.94 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSE AGREEMENT DATED 08/23/2023 | APPETIZE.IO LLC<br>10 ALLEN ROAD<br>WELLESLEY, MA 02481 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.95 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM Q-00133648 AGREEMENT DATED 11/22/2022 | APPEXTREMES, LLC DBA CONGA<br>13699 VIA VARRA RD<br>BROOMFIELD, CO 80020 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.96 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM Q-00135190 AGREEMENT DATED 11/22/2022 | APPEXTREMES, LLC DBA CONGA<br>13699 VIA VARRA RD<br>BROOMFIELD, CO 80020 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.97 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ORDER FORM Q-00135272 AGREEMENT | APPEXTREMES, LLC DBA CONGA<br>13699 VIA VARRA RD<br>BROOMFIELD, CO 80020 |
| 2.98 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | DEVELOPER ENTERPRISE PROGRAM LICENSE AGREEMENT | APPLE INC.<br>ONE<br>APPLE PARK WAY<br>CUPERTINO, CA 95014 |
| 2.99 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | APPVIEW FLOWVIEW PATHVIEW LICENSE QUOTE SUNN-6481 AGREEMENT DATED 05/21/2015 | APPNETA<br>285 SUMMER ST<br>4TH FLOOR<br>3035512003<br>BOSTON, MA 02210 |
| 2.100 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | RENEWAL QUOTE 00001116 AGREEMENT DATED 05/25/2016 | APPNETA<br>285 SUMMER STREET<br>BOSTON, MA 02210 |
| 2.101 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SUBSCRIPTION LICENSE AGREEMENT DATED 03/15/2017 | APPNETA<br>285 SUMMER ST<br>4TH FLOOR<br>3035512003<br>BOSTON, MA 02210 |
| 2.102 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | EXPANSION ORDER FORM Q-EAS20230403 AGREEMENT DATED 04/05/2023 | APPZEN, INC<br>6201 AMERICA CENTER DRIVE<br>SUITE 300<br>SAN JOSE, CA 95002 |
| 2.103 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ORDER FORM Q-EAS20220114 AGREEMENT DATED 01/28/2022 | APPZEN, INC<br>6201 AMERICA CENTER DRIVE<br>SUITE 300<br>SAN JOSE, CA 95002 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.104 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK (SOW) AGREEMENT DATED 01/23/2025 | APPZEN, INC<br>6201 AMERICA CENTER DRIVE<br>SUITE 300<br>SAN JOSE, CA 95002 |
| 2.105 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | RETAINER AGREEMENT FOR STATE LOBBYING SERVICES DATED 05/08/2023 | ARC STRATEGIES LLC<br>1121 L STREET<br>STE 408<br>SACRAMENTO, CA 95814 |
| 2.106 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | NOTICE OF PARTIAL TERMINATION AGREEMENT DATED 12/31/2024 | ARCADIA<br>ATTN TIM PORTER<br>5600 S QUEBEC ST D320<br>GREENWOOD VILLAGE, CO 80111 |
| 2.107 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AUTOMOTIVE RENTALS, INC MASTER SERVICES AGREEMENT GUARANTY DATED 07/13/2020 | ARI FLEET LT<br>4001 LEADENHALL ROAD<br>PO BOX 5039<br>MT. LAUREL, NJ 08054 |
| 2.108 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SECOND AMENDMENT TO LEASE AND FLEET MANAGEMENT SERVICES AGREEMENT DATED 11/11/2024 | ARI FLEET LT<br>4001 LEADENHALL ROAD<br>PO BOX 5039<br>MT. LAUREL, NJ 08054 |
| 2.109 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ARIA PLATFORM ORDER FORM AGREEMENT DATED 06/12/2015 | ARIA SYSTEMS, INC.<br>ATTN JEFF ROSS<br>575 MARKET STREET<br>10TH FLOOR<br>SAN FRANCISCO, CA 94105 |
| 2.110 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SUBSCRIPTION AGREEMENT | ARIA SYSTEMS, INC.<br>575 MARKET STREET<br>10TH FLOOR<br>SAN FRANCISCO, CA 94105 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.111 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK AGREEMENT DATED 07/20/2015 | ARIA SYSTEMS, INC.<br>ATTENTION: CHRIS PELISSIE OWNER PRESIDENT: LANDON WIMMER<br>FLOOR 10<br>SAN FRANCISCO, CA 94105 |
| 2.112 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | TERMINATION AND FULL AND FINAL RELEASE AGREEMENT DATED 11/21/2016 | ARIA SYSTEMS, INC.<br>ATTENTION: XIOMARA ROMAN-TORRES: XIOMARA ROMAN-TORRES<br>575 MARKET STREET<br>FLOOR 32<br>SAN FRANCISCO, CA 94105 |
| 2.113 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GENERAL TERMS AND CONDITIONS AGREEMENT DATED 01/15/2024 | ARIZONA SOLAR REPAIR LLC<br>1846 E INNOVATION PARK DRIVE<br>STE. 100<br>ORO VALLEY, AZ 85755 |
| 2.114 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 01/15/2024 | ARIZONA SOLAR REPAIR LLC D/B/A AMERICAN SOLAR REPAIR<br>1846 E INNOVATION PARK DRIVE<br>STE. 100<br>ORO VALLEY, AZ 85755 |
| 2.115 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SOLAR PARTNERSHIP AGREEMENT 06/24/2021 AND ALL RELATED AMENDMENTS | ASPIRE HOMES CA, INC.<br>ATTN: DANIEL N. BAILEY PRESIDENT<br>P.O. BOX 5818<br>PALM SPRINGS, CA 92263 |
| 2.116 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AT&T MANAGED INTERNET SERVICE PRICING SCHEDULE AGREEMENT DATED 08/05/2015 | AT&T CORP.<br>ATTN DANIEL IVANDIC<br>1116 HOUSTON ST<br>ROOM 1225<br>FORT WORTH, TX 76102 |
| 2.117 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER AGREEMENT DATED 08/04/2015 | AT&T CORP.<br>1116 HOUSTON ST<br>ROOM 1225<br>FORT WORTH, TX 76102 |

Debtor Sunnova Energy Corporation Case number (If known): 25-90159

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.118 | State what the contract or lease is for and the nature of the debtor's interest | PROJECT MANAGEMENT & CONSTRUCTION MANAGEMENT SERVICES AGREEMENT DATED 03/12/2025 | ATLANTIC DESIGN ENGINEERS, INC<br>P.O. BOX 1051<br>SANDWICH, MA 02563 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.119 | State what the contract or lease is for and the nature of the debtor's interest | TAX CREDIT PURCHASE AGREEMENT CONSENT | ATLAS SECURITIZED PRODUCTS HOLDINGS, L.P.<br>11 MADISON AVE<br>FL 5<br>NEW YORK, NY 10010-3698 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.120 | State what the contract or lease is for and the nature of the debtor's interest | COMMITMENT ENGAGEMENT LETTER AGREEMENT DATED 01/08/2024 | ATLAS SECURITIZED PRODUCTS, L.P.<br>ATTN: GENERAL COUNSEL<br>230 PARK AVE<br>SUITE 800<br>NEW YORK, NY 10169 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.121 | State what the contract or lease is for and the nature of the debtor's interest | LOAN ENGAGEMENT LETTER AGREEMENT DATED 01/08/2024 | ATLAS SP SECURITIES<br>230 PARK AVENUE<br>SUITE 800<br>NEW YORK, NY 10169 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.122 | State what the contract or lease is for and the nature of the debtor's interest | TERM SECURITIZATION TRANSACTION ENGAGEMENT LETTER AGREEMENT DATED 01/11/2024 | ATLAS SP SECURITIES<br>230 PARK AVENUE<br>SUITE 800<br>NEW YORK, NY 10169 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.123 | State what the contract or lease is for and the nature of the debtor's interest | TERM SECURITIZATION TRANSACTION FEE LETTER AGREEMENT DATED 10/02/2024 | ATLAS SP SECURITIES , A DIVISION OF APOLLO GLOBAL SECURITIES<br>230 PARK AVENUE<br>SUITE 800<br>NEW YORK, NY 10169 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.124 | State what the contract or lease is for and the nature of the debtor's interest | TERM SECURITIZATION TRANSACTION ENGAGEMENT LETTER AGREEMENT DATED 01/08/2024 | ATLAS SP SECURITIES , A DIVISION OF APOLLO GLOBAL SECURITIES<br>230 PARK AVENUE<br>SUITE 800<br>NEW YORK, NY 10169 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.125 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | TERM SECURITIZATION TRANSACTION ENGAGEMENT LETTER AGREEMENT DATED 01/11/2024 | ATLAS SP SECURITIES , A DIVISION OF APOLLO GLOBAL SECURITIES<br>230 PARK AVENUE<br>SUITE 800<br>NEW YORK, NY 10169 |
| 2.126 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PURCHASE AGREEMENT DATED 08/22/2023 | ATLAS TOOL AND SUPPLY LLC<br>21106 BAILEYWOOD DR<br>RICHMOND, TX 77407 |
| 2.127 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | QUOTE AGREEMENT DATED 07/03/2024 | ATLASSIAN PTY LTD<br>LEVEL 6 341 GEORGE STREET<br>SYDNEY NEW SOUTH WALES, 2000<br>AUSTRALIA |
| 2.128 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | INSERTION ORDER TO THE MASTER SERVICES AGREEMENT DATED 10/16/2023 | ATMOSPHERIK, LLC<br>177 WEST PUTNAM AVENUE<br>GREENWICH, CT 06380 |
| 2.129 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 05/01/2023 | ATMOSPHERIK, LLC<br>177 WEST PUTNAM AVENUE<br>GREENWICH, CT 06380 |
| 2.130 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ORDER FORM NO.15567, DATED 09/13/2024 | AUDITBOARD, INC.<br>12800 CENTER COURT DRIVE SOUTH<br>SUITE 100<br>CERRITOS, CA 90703 |
| 2.131 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SUBSCRIPTION AGREEMENT DATED 09/10/2018 | AUDITBOARD, INC.<br>12800 CENTER COURT DRIVE SOUTH<br>SUITE 100<br>CERRITOS, CA 90703 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.132 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDED AND RESTATED SERVICES AGREEMENT DATED 08/10/2021 | AURORA SOLAR INC.<br>434 BRANNAN STREET<br>SAN FRANCISCO, CA 94107 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.133 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT DATED 10/31/2024 | AURORA SOLAR INC.<br>153 KEARNY ST.<br>5TH FLOOR<br>SAN FRANCISCO, CA 94108 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.134 | **State what the contract or lease is for and the nature of the debtor's interest** | SOLAR SERVICES AGREEMENT DATED 12/31/2020 | AURORA SOLAR INC.<br>363 CLEMENTINA STREET<br>SAN FRANCISCO, CA 94103 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.135 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDED AND RESTATED SERVICES AGREEMENT DATED 08/10/2021 | AURORA SOLAR INC.<br>153 KEARNY ST.<br>5TH FLOOR<br>SAN FRANCISCO, CA 94108 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.136 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDED AND RESTATED SOLAR SERVICES AGREEMENT DATED 08/10/2021 | AURORA SOLAR INC.<br>153 KEARNY ST.<br>5TH FLOOR<br>SAN FRANCISCO, CA 94108 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.137 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE ORDER – AURORA DESIGN MODE AND SALES MODE AGREEMENT DATED 10/04/2023 | AURORA SOLAR INC.<br>153 KEARNY ST.<br>5TH FLOOR<br>SAN FRANCISCO, CA 94108 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.138 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT 10/12/2022 AND ALL RELATED AMENDMENTS | AURORA SOLAR, INC.<br>434 BRANNAN STREET<br>SAN FRANCISCO, CA 94107 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.139 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SOLAR SERVICES AGREEMENT 12/31/2020 AND ALL RELATED AMENDMENTS | AURORA SOLAR, INC.<br>434 BRANNAN STREET<br>SAN FRANCISCO, CA 94107 |
| 2.140 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SOLAR SERVICES AGREEMENT DATED 12/31/2020 | AURORA SOLAR INC.<br>153 KEARNY ST.<br>5TH FLOOR<br>SAN FRANCISCO, CA 94108 |
| 2.141 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PAYMENT GATEWAY MERCHANT SERVICE AGREEMENT DATED 03/26/2015 | AUTHORIZE.NET LLC<br>ATTENTION GENERAL COUNSEL<br>808 EAST UTAH VALLEY DRIVE<br>AMERICAN FORK, UT 84003 |
| 2.142 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AUTOCAD LT TERM: 1-YEAR AGREEMENT DATED 09/07/2023 | AUTODESK INC.<br>ATTN: 575 MARKET STREET<br>1 MARKET STREET<br>SUITE 400<br>SAN FRANCISCO, CA 94105 |
| 2.143 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SERVICES AGREEMENT DATED 04/14/2021 | AUTOGRID SYSTEMS, INC.<br>255 SHORELINE DRIVE<br>SUITE 350<br>REDWOOD SHORES, CA 94065 |
| 2.144 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 09/13/2021 | AUTOGRID SYSTEMS INC<br>255 SHORELINE DR<br>STE 350<br>REDWOOD CITY, CA 94065 |
| 2.145 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AUTOMOTIVE RENTALS, INC MASTER SERVICES AGREEMENT GUARANTY DATED 07/13/2020 | AUTOMOTIVE RENTALS, INC.<br>4001 LEADENHALL ROAD<br>PO BOX 5039<br>MT. LAUREL, NJ 08054 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.146 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO LEASE AND FLEET MANAGEMENT SERVICES AGREEMENT DATED 11/11/2024 | AUTOMOTIVE RENTALS, INC. T/A HOLMAN<br>4001 LEADENHALL ROAD<br>PO BOX 5039<br>MT. LAUREL, NJ 08054 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.147 | State what the contract or lease is for and the nature of the debtor's interest | AVALARA INVOICE AGREEMENT DATED 02/01/2022 | AVALARA, INC.<br>DEPT CH 16781<br>PALATINE, IL 60055 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.148 | State what the contract or lease is for and the nature of the debtor's interest | MASTER PROFESSIONAL SERVICES AGREEMENT DATED 09/10/2018 | AWE-SUN ENERGY, LLC<br>5304 COLLEGE HEIGHTS DR. NW<br>ALBUQUERQUE, NM 87120 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.149 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER AGREEMENT DATED 09/08/2023 | AXIA PARTNERS LP<br>515 POST OAK BLVD<br>STE 910<br>HOUSTON, TX 77027 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.150 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER AGREEMENT DATED 08/28/2023 | AXIOM GLOBAL INC<br>33 W MONROE ST<br>STE 200<br>CHICAGO, IL 60603 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.151 | State what the contract or lease is for and the nature of the debtor's interest | CHANNEL PARTNER AGREEMENT DATED 05/10/2024 AND ALL RELATED AMENDMENTS | AZTEC SOLAR, INC<br>ATTENTION JONATHAN GEMMA<br>11370 TRADE CENTER DRIVE<br>SUITE 3<br>RANCHO CORDOVA, CA 95742 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.152 | State what the contract or lease is for and the nature of the debtor's interest | CHANGE ORDER NO. 1 AGREEMENT DATED 01/12/2022 | BAKER BOTTS L.L.P.<br>910 LOUISIANA STREET<br>HOUSTON, TX 77002 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.153 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | ENGAGEMENT LETTER AGREEMENT DATED 06/21/2024 | BAKER BOTTS L.L.P.<br>1001 PAGE MILL<br>ROAD BUILDING ONE<br>SUITE 200<br>PALO ALTO, CA 94304 |
| 2.154 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | STATEMENT OF WORK AGREEMENT DATED 09/29/2021 | BAKER BOTTS L.L.P.<br>1001 PAGE MILL<br>ROAD BUILDING ONE<br>SUITE 200<br>PALO ALTO, CA 94304 |
| 2.155 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | ENGAGEMENT LETTER AGREEMENT DATED 11/07/2016 | BAKER MARQUART LLP<br>2029 CENTURY PARK EAST<br>SIXTEENTH FLOOR<br>LOS ANGELES, CA 90067 |
| 2.156 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | FEE LETTER AGREEMENT DATED 09/02/2022 | BAL INVESTMENT & ADVISORY INC<br>ONE FINANCIAL PLAZA<br>2ND FLOOR<br>PROVIDENCE, RI 02903 |
| 2.157 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | FEE LETTER AGREEMENT DATED 10/06/2022 | BAL INVESTMENT & ADVISORY INC<br>ONE FINANCIAL PLAZA<br>2ND FLOOR<br>PROVIDENCE, RI 02903 |
| 2.158 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | FEE LETTER AGREEMENT DATED 12/23/2020 | BAL INVESTMENT & ADVISORY INC<br>ONE FINANCIAL PLAZA<br>2ND FLOOR<br>PROVIDENCE, RI 02903 |
| 2.159 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | GUARANTY AGREEMENT DATED 05/14/2020 | BAL INVESTMENT & ADVISORY INC<br>ONE FINANCIAL PLAZA<br>2ND FLOOR<br>PROVIDENCE, RI 02903 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.160 | State what the contract or lease is for and the nature of the debtor's interest | GUARANTY AGREEMENT DATED 09/02/2022 | BAL INVESTMENT & ADVISORY INC<br>ONE FINANCIAL PLAZA<br>2ND FLOOR<br>PROVIDENCE, RI 02903 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.161 | State what the contract or lease is for and the nature of the debtor's interest | GUARANTY AGREEMENT DATED 12/31/2019 | BAL INVESTMENT & ADVISORY INC<br>ONE FINANCIAL PLAZA<br>2ND FLOOR<br>PROVIDENCE, RI 02903 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.162 | State what the contract or lease is for and the nature of the debtor's interest | REAFFIRMATION OF GUARANTY AGREEMENT DATED 02/13/2024 | BAL INVESTMENT & ADVISORY INC<br>ONE FINANCIAL PLAZA<br>2ND FLOOR<br>PROVIDENCE, RI 02903 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.163 | State what the contract or lease is for and the nature of the debtor's interest | REAFFIRMATION OF GUARANTY AGREEMENT DATED 12/23/2020 | BAL INVESTMENT & ADVISORY INC<br>ONE FINANCIAL PLAZA<br>2ND FLOOR<br>PROVIDENCE, RI 02903 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.164 | State what the contract or lease is for and the nature of the debtor's interest | LEGAL ENGAGEMENT AGREEMENT DATED 08/22/2023 | BALLARD SPAHR LLP<br>1735 MARKET STREET 51ST<br>FLOORPHILADELPHIA, PA 19103-7599 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.165 | State what the contract or lease is for and the nature of the debtor's interest | LEGAL ENGAGEMENT LETTER AGREEMENT DATED 08/22/2023 | BALLARD SPAHR LLP<br>1735 MARKET STREET 51ST<br>FLOORPHILADELPHIA, PA 19103-7599 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.166 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER AGREEMENT DATED 08/29/2024 | BARCLAYS BANK PLC<br>745 SEVENTH AVENUE<br>NEW YORK, NY 10019 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.167 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER AGREEMENT DATED 11/10/2017 | BARCLAYS CAPITAL, INC.<br>ATTN: PROP DESK<br>200 PARK AVE.<br>NEW YORK, NY 10166 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.168 | State what the contract or lease is for and the nature of the debtor's interest | CHANNEL PARTNER AGREEMENT DATED 02/14/2024 AND ALL RELATED AMENDMENTS | BASIC NRG, LLC<br>ATTENTION: SCOTT PICKERING<br>3900 N. TRAVERSE MOUNTAIN BLVD.<br>SUITE 203<br>LEHI, UT 84043 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.169 | State what the contract or lease is for and the nature of the debtor's interest | MASTER DEALER AGREEMENT DATED 03/21/2022 AND ALL RELATED AMENDMENTS | BASIC NRG, LLC<br>3900 N. TRAVERSE MOUNTAIN BLVD.<br>SUITE 203<br>LEHI, UT 84043 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.170 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO CHANNEL PARTNER AGREEMENT DATED 02/21/2022 | BAY AREA SOLAR SOLUTIONS LLC<br>3839 71ST STREET NORTH<br>ST PETERSBURG, FL 33709 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.171 | State what the contract or lease is for and the nature of the debtor's interest | MASTER DEALER AGREEMENT DATED 08/18/2021 | BAY AREA SOLAR SOLUTIONS LLC<br>ATTENTION CHRISTINA JACKSON<br>4625 80TH ST. N.<br>ST PETERSBURG, FL 33709 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.172 | State what the contract or lease is for and the nature of the debtor's interest | SOLAR INSTALLATION AGREEMENT DATED 02/17/2022 | BAY AREA SOLAR SOLUTIONS LLC<br>3839 71ST STREET NORTH<br>ST PETERSBURG, FL 33709 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.173 | State what the contract or lease is for and the nature of the debtor's interest | WORK AGREEMENT DATED 05/20/2024 | BAY AREA SOLAR SOLUTIONS LLC<br>3839 71ST STREET NORTH<br>ST PETERSBURG, FL 33709 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.174 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SOLAR INSTALLATION AGREEMENT DATED 01/17/2019 | BAY AREA SOLAR SOLUTIONS LLC<br>3839 71ST STREET NORTH<br>ST PETERSBURG, FL 33709 |
| 2.175 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | APPLICATION FOR CREDIT AGREEMENT DATED 03/15/2021 | BAYAREA NEWS GROUP<br>7085 MENTOR AVE<br>WILLOUGHBY, OH 44094 |
| 2.176 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FIRST AMENDMENT TO MASTER SUPPLIER AGREEMENT DATED 04/30/2024 | BAYWA R.E. SOLAR SYSTEMS, LLC<br>ATTN DANIEL MARINO<br>1730 CAMINO CARLOS REY<br>SANTA FE, NM 87507 |
| 2.177 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SUPPLY AGREEMENT DATED 08/06/2019 | BAYWA R.E. SOLAR SYSTEMS, LLC<br>ATTN DANIEL MARINO<br>1730 CAMINO CARLOS REY<br>SANTA FE, NM 87507 |
| 2.178 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 03/07/2024 AND ALL RELATED AMENDMENTS | BEACON ENERGY SOLUTIONS LLC<br>1 TARA BLVD.<br>SUITE 200<br>NASHUA, NH 03062 |
| 2.179 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER DEALER AGREEMENT DATED 06/09/2023 AND ALL RELATED AMENDMENTS | BEACON ENERGY SOLUTIONS LLC<br>1 TARA BLVD.<br>SUITE 200<br>NASHUA, NH 03062 |
| 2.180 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER CONSTRUCTION AGREEMENT 02/05/2024 AND ALL RELATED AMENDMENTS | BEAZER HOMES HOLDINGS, LLC<br>1130 N ALMA SCHOOL ROAD<br>SUITE 110<br>MESA, AZ 85201 |

Debtor Sunnova Energy Corporation Case number (If known): 25-90159

Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.181 | State what the contract or lease is for and the nature of the debtor's interest | MASTER CONSTRUCTION AGREEMENT 09/26/2024 AND ALL RELATED AMENDMENTS | BEAZER HOMES HOLDINGS, LLC<br>2990 LAVA RIDGE COURT<br>SUITE 110<br>ROSEVILLE, CA 95661 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.182 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS AND CONDITIONS AGREEMENT DATED 01/16/2025 | BELLA VITA SOLAR LLC<br>2384 CROCODILE AVE<br>HENDERSON, NV 89052 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.183 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 01/16/2025 | BELLA VITA SOLAR LLC<br>2384 CROCODILE AVE<br>HENDERSON, NV 89052 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.184 | State what the contract or lease is for and the nature of the debtor's interest | SUBCONTRACTOR AGREEMENT 03/27/2023 AND ALL RELATED AMENDMENTS | BELLAVISTA BUILDING GROUP, INC.<br>711 ORLANDO AVE<br>#302<br>MAITLAND, FL 32751 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.185 | State what the contract or lease is for and the nature of the debtor's interest | CLOUD SERVICES ORDER ORDER #: R01460624001 DATED 07/11/2024 | BESPIN GLOBAL US INC.<br>500 DELAWARE AVE<br>STE 1<br>#1960<br>WILMINGTON, DE 19899 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.186 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED 05/24/2023 | BESTMARK OPERATIONS COMPANY INC<br>1919 S INDUSTRIAL<br>SUITE 100<br>ANN ARBOR, MI 48104 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.187 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT 10/15/2021 AND ALL RELATED AMENDMENTS | BETTR HOMES CONSTRUCTION, LLC<br>111 SUITE A KELSEY LANE<br>TAMPA, FL 33619 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.188 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT 10/15/2021 AND ALL RELATED AMENDMENTS | BETTR HOMES OF FLORIDA, LLC<br>3133 MONDAY TERRACE<br>NORTH PORT, FL 34286 |
| 2.189 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GENERAL TERMS AND CONDITIONS AGREEMENT DATED 12/15/2022 | BFARR ENTERPRISES<br>3500 ALOMA AVE STE #C6-8<br>WINTER PARK, FL 32792 |
| 2.190 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 12/15/2022 | BFARR ENTERPRISES<br>3500 ALOMA AVE STE #C6-8<br>WINTER PARK, FL 32792 |
| 2.191 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | DOCUMENT VAULTING AGREEMENT DATED 01/12/2024 | BH SECURITY, LLC<br>1990 WITTINGTON PLACE<br>FARMERS BRANCH, TX 75234 |
| 2.192 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FIRST AMENDMENT TO DOCUMENT VAULTING AGREEMENT DATED 01/18/2024 | BH SECURITY, LLC<br>1990 WITTINGTON PLACE<br>FARMERS BRANCH, TX 75234 |
| 2.193 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | DOCUMENT VAULTING AGREEMENT DATED 01/12/2024 | BH SECURITY, LLC<br>1990 WITTINGTON PLACE<br>FARMERS BRANCH, TX 75234 |
| 2.194 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SUBCONTRACT AGREEMENT 01/17/2017 AND ALL RELATED AMENDMENTS | BH YATES, LLC<br>10630 E. BETHANY DRIVE<br>SUITE B<br>AURORA, CO 80014 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.195 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | RETENTION/JOINT REPRESENTATION AGREEMENT DATED 07/12/2024 | BICKY CORMAN LAW PLLC<br>1250 CONNECTICUT AVENUE<br>NW SUITE 700<br>WASHINGTON, DC 20036 |
| 2.196 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 05/17/2021 AND ALL RELATED AMENEMENTS | BIG DOG RENEWABLE ENERGY LLC DBA BIG DOG SOLAR<br>620 PHEASANT RIDGE DR.<br>POCATELLO, ID 83202 |
| 2.197 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 01/24/2023 AND ALL RELATED AMENDMENTS | BIG WAVE ROOFING AND SOLAR LLC<br>47 POPLAR AVE<br>WEST LONG BRANCH, NJ 07764 |
| 2.198 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | 2022 DOCUVAULT RENEWAL INVOICE AGREEMENT DATED 03/03/2022 | BIGWORKS TECHNOLOGIES PRIVATE LIMITED<br>A1 QUADRANT 3<br>2ND FLOOR<br>CYBER TOWERS<br>MADHAPUR<br>HYDERABAD, 500081<br>INDIA |
| 2.199 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | BITLY INC QUOTE AGREEMENT DATED 09/11/2023 | BITLY INC.<br>DPT 5006<br>601 W 26TH ST<br>3RD FLOOR<br>STE 357<br>NEW YORK, NY 10001 |
| 2.200 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | TECHNICAL SERVICES AGREEMENT DATED 05/06/2022 | BLACK & VEATCH CORPORATION<br>920 MEMORIAL CITY WAY<br>SUITE 600<br>HOUSTON, TX 77024 |
| 2.201 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | TECHNICAL SERVICES AGREEMENT DATED 05/10/2022 | BLACK & VEATCH CORPORATION<br>920 MEMORIAL CITY WAY<br>SUITE 600<br>HOUSTON, TX 77024 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.202 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | TECHNICAL SERVICES AGREEMENT DATED 06/17/2022 | BLACK & VEATCH CORPORATION<br>920 MEMORIAL CITY WAY<br>SUITE 600<br>HOUSTON, TX 77024 |
| 2.203 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | INDEPENDENT ENGINEERING SERVICES AGREEMENT DATED 06/30/2017 | BLACK & VEATCH MANAGEMENT CONSULTING, LLC<br>11401 LAMER AVE.<br>OVERLAND PARK, KS 66211 |
| 2.204 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDMENT 1 TO XML REPORTS AND SITEXPRO ADDENDUM AGREEMENT DATED 08/19/2021 | BLACK KNIGHT DATA & ANALYTICS, LLC<br>121 THEORY<br>SUITE 100<br>IRVINE, CA 92617 |
| 2.205 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | IT'S LISTED ADDENDUM TO MASTER LICENSE AGREEMENT DATED 08/28/2019 | BLACK KNIGHT DATA & ANALYTICS, LLC<br>121 THEORY<br>SUITE 100<br>IRVINE, CA 92617 |
| 2.206 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LIEN ALERT ADDENDUM TO MASTER LICENSE AGREEMENT DATED 08/28/2019 | BLACK KNIGHT DATA & ANALYTICS, LLC<br>121 THEORY<br>SUITE 100<br>IRVINE, CA 92617 |
| 2.207 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER LICENSE AGREEMENT DATED 03/31/2023 | BLACK KNIGHT DATA & ANALYTICS, LLC<br>601 RIVERSIDE AVENUE<br>JACKSONVILLE, FL 32204 |
| 2.208 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER LICENSE AGREEMENT DATED 08/28/2019 | BLACK KNIGHT DATA & ANALYTICS, LLC<br>ATTENTION GENERAL COUNSEL<br>601 RIVERSIDE AVENUE<br>JACKSONVILLE, FL 32204 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.209 | State what the contract or lease is for and the nature of the debtor's interest | XML REPORTS AND SITEXPRO ADDENDUM TO MASTER LICENSE AGREEMENT DATED 08/28/2019 | BLACK KNIGHT DATA & ANALYTICS, LLC<br>121 THEORY<br>SUITE 100<br>IRVINE, CA 92617 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.210 | State what the contract or lease is for and the nature of the debtor's interest | SOLAR INSTALLATION AGREEMENT DATED 07/16/2019 | BLAKE ROOFING INC<br>180 VANDER ST. #C<br>CORONA, CA 92880 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.211 | State what the contract or lease is for and the nature of the debtor's interest | CHANNEL PARTNER AGREEMENT DATED 05/17/2021 AND ALL RELATED AMENEMENTS | BLALOCK ELECTRIC & SOLAR, INC<br>31887 CORYDON ST<br>SUITE130<br>LAKE ELSINORE, CA 92530 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.212 | State what the contract or lease is for and the nature of the debtor's interest | EASEMENT AGREEMENT FOR NGRESS, EGRESS AND ACCESS DATED 03/31/2024 | BLUE COAST HOLDINGS LLC<br>8653 AVENIDA COSTA NORTE<br>SAN DIEGO, CA 92154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.213 | State what the contract or lease is for and the nature of the debtor's interest | ADMINISTRATIVE SERVICES AGREEMENT DATED 01/01/2023 | BLUE CROSS AND BLUE SHIELD OF TEXAS<br>P. O. BOX 660044<br>DALLAS, TX 75266-0044 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.214 | State what the contract or lease is for and the nature of the debtor's interest | ADMINISTRATIVE SERVICES AGREEMENT DATED 01/01/2025 | BLUE CROSS AND BLUE SHIELD OF TEXAS<br>P. O. BOX 25136<br>LEHIGH VALLEY, PA 18002-5136 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.215 | State what the contract or lease is for and the nature of the debtor's interest | GROUP DENTAL BENEFITS AGREEMENT DATED 01/01/2022 | BLUE CROSS AND BLUE SHIELD OF TEXAS<br>P. O. BOX 660044<br>DALLAS, TX 75266-0044 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Sunnova Energy Corporation Case number (If known): 25-90159

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.216 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | HEALTH CARE BENEFITS PROGRAM AGREEMENT DATED 01/01/2025 | BLUE CROSS AND BLUE SHIELD OF TEXAS<br>P. O. BOX 660044<br>DALLAS, TX 75266-0044 |
| 2.217 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER PROFESSIONAL SERVICES AGREEMENT AND ALL RELATED AMENDMENTS | BLUE MOUNTAIN COMMUNITIES, INC.<br>707 ALDRIDGE ROAD<br>SUITE B<br>VACAVILLE, CA 95688 |
| 2.218 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 04/20/2023 AND ALL RELATED AMENDMENTS | BLUE SKY SMART SOLUTIONS, INC.<br>ATTN: HEIDI MCNARY<br>2216 DELAWARE STREET<br>LAWRENCE, KS 66046 |
| 2.219 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | BLUEBEAM REVU: STANDARD END USER LICENSE, DATED 07/15/2021 | BLUEBEAM INC<br>443 S RAYMOND AVE<br>PASADENA, CA 91105 |
| 2.220 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 07/06/2023 AND ALL RELATED AMENDMENTS | BLUENERGY, LLC<br>6420 SOUTHPOINT PKWY.<br>SUITE 130<br>JACKSONVILLE, FL 32216 |
| 2.221 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | QUOTATION AGREEMENT DATED 09/04/2015 | BNG. COMMUNICATION, INC.<br>HC-02 BOX 7286<br>SALINAS, PR 00751<br>PUERTO RICO |
| 2.222 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SOLAR PARTNERSHIP AGREEMENT 04/19/2022 AND ALL RELATED AMENDMENTS | BONADELLE HOMES, INC.<br>ATTN: DEAN H. PRYOR<br>7030 N. FRUIT AVE.<br>SUITE 101<br>FRESNO, CA 93711 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.223 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENGAGEMENT LETTER AGREEMENT DATED 07/18/2023 | BOYARMILLER<br>2925 RICHMOND AVE. 14 TH FLOOR<br>HOUSTON, TX 77098 |
| 2.224 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SOLAR PURCHASE AGREEMENT DATED 06/07/2024 | BPTOLEDO PROPERTIES, LLC.<br>6480 CORVETTE ST<br>COMMERCE, CA 90040 |
| 2.225 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ACCESS LICENSE AGREEMENT DATED 04/13/2015 | BRACKET LABS<br>625 MAIN STREET<br>UNIT 1B<br>LOUISVILLE, CO 80027 |
| 2.226 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 03/22/2023 AND ALL RELATED AMENDMENTS | BRACKET UT LLC.<br>5255 W. 11000 N.<br>SUITE 225<br>HIGHLAND, UT 84003 |
| 2.227 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SERVICES AGREEMENT | BRANDFOLDER<br>ATTN LEGAL<br>10500 NE 8THSTREET<br>SUITE 1300<br>BELLEVUE, WA 98004 |
| 2.228 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SUNNOVA DAM PROPOSAL AGREEMENT DATED 05/03/2021 | BRANDFOLDER<br>ATTN LEGAL<br>10500 NE 8THSTREET<br>SUITE 1300<br>BELLEVUE, WA 98004 |
| 2.229 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONSULTING AGREEMENT DATED 04/29/2024 | NAME ON FILE<br>ADDRESS ON FILE |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.230 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FEE AGREEMENT AND CONTRACT OF EMPLOYMENT DATED 04/14/2020 | BRETT WAGNER, P.C. OF THE FIRM OF DOHERTY WAGNER<br>13810 CHAMPION FOREST DR STE. 225<br>HOUSTON, TX 77069 |
| 2.231 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FEE AGREEMENT AND CONTRACT OF EMPLOYMENT | BRETT WAGNER, P.C. OF THE FIRM OF DOHERTY WAGNER<br>13810 CHAMPION FOREST DR STE. 225<br>HOUSTON, TX 77069 |
| 2.232 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONFIRMATION LETTER #1 AGREEMENT DATED 03/25/2025 | BRIDGE TO RENEWABLES, INC.<br>ATTN RUSSELL DYK<br>1 THOMAS CIRCLE NW<br>STE. 700<br>WASHINGTON, DC 20005 |
| 2.233 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER RENEWABLE ENERGY ENVIRONMENTAL ATTRIBUTE SUPPLY AGREEMENT DATED 03/25/2025 | BRIDGE TO RENEWABLES, INC.<br>ATTENTION<br>JACK BARROW CEO<br>SUITE 700<br>WASHINGTON, DC 20005 |
| 2.234 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | RENEWABLE ENERGY CERTIFICATES PURCHASE AND SALE AGREEMENT DATED 11/03/2022 | BRIDGE TO RENEWABLES, INC.<br>ATTN RUSSELL DYK<br>1 THOMAS CIRCLE NW<br>STE. 700<br>WASHINGTON, DC 20005 |
| 2.235 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDED AND RESTATED LIMITED LIABILITY COMPANY AGREEMENT DATED 03/12/2024 | BRIDGESTONE AMERICAS, INC.<br>ATTN: PATRICK CALLAHAN<br>200 4TH AVENUE SOUTH<br>NASHVILLE, TN 37201 |
| 2.236 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LETTER AGREEMENT DATED 02/05/2024 | BRIDGESTONE AMERICAS, INC.<br>ATTN: PATRICK CALLAHAN<br>200 4TH AVENUE SOUTH<br>NASHVILLE, TN 37201 |

Debtor Sunnova Energy Corporation Case number (If known): 25-90159

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.237 | State what the contract or lease is for and the nature of the debtor's interest | LETTER AGREEMENT DATED 03/12/2024 | BRIDGESTONE AMERICAS, INC.<br>ATTN: PATRICK CALLAHAN<br>200 4TH AVENUE SOUTH<br>NASHVILLE, TN 37201 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.238 | State what the contract or lease is for and the nature of the debtor's interest | TAX CREDIT PURCHASE AGREEMENT CONSENT | BRIDGESTONE AMERICAS, INC.<br>ATTN: PATRICK CALLAHAN<br>200 4TH AVENUE SOUTH<br>NASHVILLE, TN 37201 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.239 | State what the contract or lease is for and the nature of the debtor's interest | CHANNEL PARTNER AGREEMENT DATED 07/08/2022 AND ALL RELATED AMENDMENTS | BRIGHT HOME ENERGY LLC<br>ATTENTION MATTHEW SHAKER<br>315 S. 48TH ST.<br>STE 111<br>TEMPE, AZ 85281 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.240 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBSCRIPTION AGREEMENT | BRIGHTEDGE TECHNOLOGIES INC<br>989 E HILLSDALE BLVD<br>SUITE 300<br>FOSTER CITY, CA 94404 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.241 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 09/06/2024 | BRISKMINDS SOFTWARE SOLUTIONS PVT. LTD.<br>110 UNIQUE SANGHI APARTMENT<br>MAHAVEER NAGAR<br>JAIPUR DURGAPURA,<br>INDIA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.242 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS AND CONDITIONS AGREEMENT DATED 09/11/2023 | BRITESTREET ENERGY GROUP<br>2153 S WABASH ST.<br>DENVER, CO 80231 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.243 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 09/20/2023 | BRITESTREET ENERGY GROUP<br>2153 S WABASH ST.<br>DENVER, CO 80231 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.244 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FEE LETTER AGREEMENT DATED 12/31/2024 | BROAD STREET CREDIT HOLDINGS LLC<br>ATTENTION: VIKAS AGRAWAL; NEGAR NABAVI<br>C/O GOLDMAN, SACHS & CO. LLC<br>200 WEST STREET<br>27TH FLOOR<br>NEW YORK, NY 10282 |
| 2.245 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GUARANTY AGREEMENT DATED 12/31/2024 | BROAD STREET CREDIT HOLDINGS LLC<br>ATTENTION: VIKAS AGRAWAL; NEGAR NABAVI<br>C/O GOLDMAN, SACHS & CO. LLC<br>200 WEST STREET<br>27TH FLOOR<br>NEW YORK, NY 10282 |
| 2.246 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | UPSIZE LETTER AGREEMENT DATED 12/31/2024 | BROAD STREET CREDIT HOLDINGS LLC<br>ATTENTION: VIKAS AGRAWAL; NEGAR NABAVI<br>C/O GOLDMAN, SACHS & CO. LLC<br>200 WEST STREET<br>27TH FLOOR<br>NEW YORK, NY 10282 |
| 2.247 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER TRADECONTRACT AGREEMENT 08/13/2024 AND ALL RELATED AMENDMENTS | BROOKFIELD CALWEST BUILDERS LLC<br>12657 ALCOSTA BLVD<br>SUITE 250<br>SAN RAMON, CA 94583 |
| 2.248 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LETTER OF ENGAGEMENT AGREEMENT DATED 01/31/2020 | BROOKS CONCEPCION LAW, P.C.<br>247 MARTYR STREET<br>STE. 101<br>HAGATNA, GU 96910-5190 |
| 2.249 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AGREEMENT – MARYLAND ROOFTOP SOLAR COALITION DATED 04/08/2022 | BRYSON F. POPHAM, P.A.<br>191 MAIN STREET<br>SUITE 310<br>ANNAPOLIS, MD 21401 |
| 2.250 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 05/27/2021 AND ALL RELATED AMENDMENTS | BUNDDLEX LLC D/B/A EQUITY SOLAR<br>2090 OLD HICKORY TREE RD<br>#104<br>SAINT CLOUD, FL 34772 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.251 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CEP SUPPLEMENT TO CHANNEL PARTNER AGREEMENT DATED 04/20/2015 | BURRO ENTERPRISES<br>824 N YALE DR<br>GILBERT, AZ 85234 |
| 2.252 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LOAN AND SECURITY AGREEMENT DATED 06/30/2023 | C T & T ENTERPRISES, INC<br>PO BOX 395<br>WOODLAKE, CA 93286 |
| 2.253 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SOLAR PURCHASE AGREEMENT DATED 06/30/2023 | C T & T ENTERPRISES, INC<br>296 E WUTCHUMNA AVE<br>WOODLAKE, CA 93286 |
| 2.254 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK AGREEMENT DATED 11/16/2023 | C T CORPORATION SYSTEM<br>PO BOX 4349<br>CAROL STREAM, IL 60197 |
| 2.255 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GENERAL TERMS AND CONDITIONS AGREEMENT DATED 12/19/2023 | C2 CONSTRUCTION INC.<br>675 TOWN SQUARE BLVD<br>SUITE 200A<br>GARLAND, TX 75040 |
| 2.256 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 12/19/2023 | C2 CONSTRUCTION INC.<br>675 TOWN SQUARE BLVD<br>SUITE 200A<br>GARLAND, TX 75040 |
| 2.257 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 05/16/2023 AND ALL RELATED AMENDMENTS | CABALLERO'S ELECTRIC LLC<br>6405 PINE ST.<br>SUITE 130<br>LAS VEGAS, NV 89120 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.258 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER PROFESSIONAL SERVICES AGREEMENT DATED 01/20/2020 | CALIFORNIA ROOFS<br>2834 N STANLEY AVE<br>FRESNO, CA 93737 |
| 2.259 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SECOND AMENDMENT TO SOLAR INSTALLATION AGREEMENT DATED 03/19/2024 | CALIFORNIA SOLAR PROS INC<br>3308 ORANGE GROVE AVE<br>NORTH HIGHLANDS, CA 95660 |
| 2.260 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SUBCONTRACT AGREEMENT DATED 01/24/2024 | CALIFORNIA WEST CONSTRUCTION, INC.<br>5927 PRIESTLY DRIVE<br>SUITE 110<br>CARLSBAD, CA 92008 |
| 2.261 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SUBCONTRACT AGREEMENT 01/24/2024 AND ALL RELATED AMENDMENTS | CALIFORNIA WEST CONSTRUCTION, INC.<br>5927 PRIESTLY DRIVE<br>SUITE 110<br>CARLSBAD, CA 92008 |
| 2.262 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONFIRMATION LETTER AGREEMENT DATED 05/31/2024 | CALPINE ENERGY SERVICES, L.P.<br>717 TEXAS AVENUE<br>SUITE 1000<br>HOUSTON, TX 77002 |
| 2.263 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ATTORNEY-CLIENT FEE AGREEMENT DATED 05/21/2018 | CALVO JACOB & PANGELINAN LLP<br>259 MARTYR STREET<br>SUITE 100<br>HAGATNA, GU 96910 |
| 2.264 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENGAGEMENT AGREEMENT DATED 01/19/2022 | CALVO JACOB & PANGELINAN LLP<br>259 MARTYR STREET<br>SUITE 100<br>HAGATNA, GU 96910 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.265 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENGAGEMENT AGREEMENT DATED 07/23/2021 | CALVO JACOB & PANGELINAN LLP<br>259 MARTYR STREET<br>SUITE 100<br>HAGATNA, GU 96910 |
| 2.266 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENGAGEMENT AGREEMENT DATED 10/09/2020 | CALVO JACOB & PANGELINAN LLP<br>259 MARTYR STREET<br>SUITE 100<br>HAGATNA, GU 96910 |
| 2.267 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENGAGEMENT AGREEMENT DATED 11/10/2020 | CALVO JACOB & PANGELINAN LLP<br>259 MARTYR STREET<br>SUITE 100<br>HAGATNA, GU 96910 |
| 2.268 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AGREEMENT FOR LEGAL SERVICES DATED 02/22/2024 | CAMACHO CALVO LAW GROUP LLC<br>356 E. MARINE CORPS DME<br>SUITE 20 I.<br>HAGATIIA, GU 96910 |
| 2.269 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SUPPLY AGREEMENT DATED 04/16/2019 | CANADIAN SOLAR<br>NAME LEGAL DEPARTMENT<br>3000 OAK ROAD<br>SUITE 400<br>WALNUT CREEK, CA 94597 |
| 2.270 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SPONSORSHIP AGREEMENT DATED 06/09/2021 | CANARY MEDIA, INC.<br>2490 JUNCTION PLACE<br>SUITE 200<br>BOULDER, CO 80301 |
| 2.271 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FAXABLE LEASE AGREEMENT DATED 06/01/2015 | CANON FINANCIAL SERVICES INC.<br>14904 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.272 | State what the contract or lease is for and the nature of the debtor's interest | FAXABLE LEASE AGREEMENT DATED 09/02/2015 | CANON FINANCIAL SERVICES INC.<br>14904 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.273 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED 03/06/2020 | CANON FINANCIAL SERVICES INC.<br>14904 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.274 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED 03/12/2020 | CANON FINANCIAL SERVICES INC.<br>153 GAITHER DRIVE<br>STE 200<br>MT LAUREL, NJ 08054 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.275 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED 09/01/2015 | CANON FINANCIAL SERVICES INC.<br>153 GAITHER DRIVE<br>STE 200<br>MT LAUREL, NJ 08054 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.276 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED 12/19/2017 | CANON FINANCIAL SERVICES INC.<br>14904 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.277 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED 12/19/2017 | CANON FINANCIAL SERVICES INC<br>14904 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.278 | State what the contract or lease is for and the nature of the debtor's interest | CONSTRUCTION SUBCONTRACT 04/27/2023 AND ALL RELATED AMENDMENTS | CANTERBURY AT BANNING, LLC<br>510 W. CITRUS EDGE ST.<br>GLENDORA, CA 91740 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.279 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CANVA ENTERPRISE ORDER FORM AGREEMENT DATED 12/20/2024 | CANVA US INC<br>2140 S DUPONT HWY CAMDEN<br>KENT, DE 19934 |
| 2.280 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CANVA PRO ORDER FORM AGREEMENT DATED 07/18/2022 | CANVA US INC<br>2140 S DUPONT HWY CAMDEN<br>KENT, DE 19934 |
| 2.281 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK AGREEMENT DATED 11/27/2023 | CAPCO CONSULTING SERVICES LLC<br>717 TEXAS AVENUE<br>SUITE 1600<br>HOUSTON, TX 77002 |
| 2.282 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK NO. 41 AGREEMENT DATED 01/01/2025 | CAPCO CONSULTING SERVICES LLC<br>717 TEXAS AVENUE<br>SUITE 1600<br>HOUSTON, TX 77002 |
| 2.283 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK NO. 42 AGREEMENT DATED 01/01/2025 | CAPCO CONSULTING SERVICES LLC<br>717 TEXAS AVENUE<br>SUITE 1600<br>HOUSTON, TX 77002 |
| 2.284 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK NO. 43 AGREEMENT DATED 01/01/2025 | CAPCO CONSULTING SERVICES LLC<br>717 TEXAS AVENUE<br>SUITE 1600<br>HOUSTON, TX 77002 |
| 2.285 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER AGREEMENT DATED 06/03/2016 | CAPCO, ENERGY SOLUTIONS<br>ATTENTION LEGAL<br>77 WATER STREET<br>10TH FLOOR<br>NEW YORK, NY 10005 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.286 | State what the contract or lease is for and the nature of the debtor's interest | CHANNEL PARTNER AGREEMENT DATED 07/24/2023 AND ALL RELATED AMENDMENTS | CAPITAL ENERGY LLC<br>1102 W SOUTHERN AVE.<br>TEMPE, AZ 85282 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.287 | State what the contract or lease is for and the nature of the debtor's interest | LETTER AMENDMENT AGREEMENT DATED 06/07/2024 | CARBON REDUCTION CAPITAL LLC<br>220 EAST 42ND STREET<br>35TH FLOOR<br>NEW YORK, NY 10017 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.288 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO SOLAR INSTALLATION AGREEMENT DATED 11/01/2023 | CASCADE SOLAR USA, LLC<br>ATTN BRYAN CONNER<br>14040 W 32ND AVENUE<br>GOLDEN, CO 80401 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.289 | State what the contract or lease is for and the nature of the debtor's interest | SOLAR INSTALLATION AGREEMENT DATED 04/14/2022 | CASCADE SOLAR USA, LLC<br>ATTN BRYAN CONNER<br>14040 W 32ND AVENUE<br>GOLDEN, CO 80401 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.290 | State what the contract or lease is for and the nature of the debtor's interest | CHANNEL PARTNER AGREEMENT DATED 01/25/2024 AND ALL RELATED AMENDMENTS | CASTAWAYS ENERGY LLC<br>ATTN: NATHAN TRAYNOR<br>1629 PRIME CT.<br>SUITE 600<br>ORLANDO, FL 32809 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.291 | State what the contract or lease is for and the nature of the debtor's interest | SUBCONTRACT AGREEMENT HIGHGATE REGENTS LARGE 12/08/2020 AND ALL RELATED AMENDMENTS | CASTLE & COOKE CALIFORNIA, INC.<br>10000 STOCKDALE HIGHWAY<br>SUITE 300<br>BAKERSFIELD, CA 93311 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.292 | State what the contract or lease is for and the nature of the debtor's interest | SUBCONTRACT AGREEMENT HIGHGATE REGENTS SMALL 12/08/2020 AND ALL RELATED AMENDMENTS | CASTLE & COOKE CALIFORNIA, INC.<br>10000 STOCKDALE HIGHWAY<br>SUITE 300<br>BAKERSFIELD, CA 93311 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.293 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SUBCONTRACT AGREEMENT HIGHGATE 60 SERIES 12/08/2020 AND ALL RELATED AMENDMENTS | CASTLE & COOKE CALIFORNIA, INC.<br>10000 STOCKDALE HIGHWAY<br>SUITE 300<br>BAKERSFIELD, CA 93311 |
| 2.294 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SUBCONTRACT AGREEMENT HIGHGATE 65 SERIES 12/08/2020 AND ALL RELATED AMENDMENTS | CASTLE & COOKE CALIFORNIA, INC.<br>10000 STOCKDALE HIGHWAY<br>SUITE 300<br>BAKERSFIELD, CA 93311 |
| 2.295 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SUBCONTRACT AGREEMENT HIGHGATE 75 SERIES 12/08/2020 AND ALL RELATED AMENDMENTS | CASTLE & COOKE CALIFORNIA, INC.<br>10000 STOCKDALE HIGHWAY<br>SUITE 300<br>BAKERSFIELD, CA 93311 |
| 2.296 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK (SOW) AGREEMENT DATED 11/28/2016 | CATAPULT SYSTEMS<br>10370 RICHMOND AVENUE<br>SUITE 1250<br>HOUSTON, TX 77042 |
| 2.297 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PROFESSIONAL SERVICES AGREEMENT DATED 11/27/2016 | CATAPULT SYSTEMS LLC.<br>1221 SOUTH MO PAC EXPRESSWAY THREE BARTON SKYWAY<br>SUITE 350<br>AUSTIN, TX 78746 |
| 2.298 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK AGREEMENT DATED 04/14/2022 | CATCHWORD BRANDING<br>409 13TH STREET TRIBUNE TOWER 12TH FLOOR<br>OAKLAND, CA 94612 |
| 2.299 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDED AND RESTATED GUARANTY AGREEMENT DATED 05/21/2018 | CATHAY BANK<br>ATTN: HENG CHEN<br>3650 FLAIR DRIVE<br>EL MONTE, CA 91731 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.300 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | APPRAISAL REPORT AGREEMENT DATED 05/17/2018 | CATHAY BANK<br>ATTN: HENG CHEN<br>3650 FLAIR DRIVE<br>EL MONTE, CA 91731 |
| 2.301 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONFIRMATION AND REAFFIRMATION OF GUARANTY AGREEMENT DATED 10/23/2024 | CATHAY BANK<br>ATTN: HENG CHEN<br>3650 FLAIR DRIVE<br>EL MONTE, CA 91731 |
| 2.302 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | RELIANCE LETTER AGREEMENT DATED 05/21/2018 | CATHAY BANK<br>ATTN: HENG CHEN<br>3650 FLAIR DRIVE<br>EL MONTE, CA 91731 |
| 2.303 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SUBCONTRACT AGREEMENT 03/24/2017 AND ALL RELATED AMENDMENTS | CAYMAN CONSTRUCTION INC.<br>ATTN: ACCOUNT PAYABLE<br>10621 CIVIC CENTER DRIVE<br>RANCHO CUCAMONGA, CA 91730 |
| 2.304 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | DECLARATION OF AGENCY AGREEMENT DATED 04/25/2024 | CBL MARKETS (USA) LLC<br>500 5TH AVENUE<br>SUITE 5500<br>NEW YORK, NY 10110 |
| 2.305 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | EMA MASTER SERVICES AGREEMENT DATED 03/20/2024 | CBL MARKETS (USA) LLC<br>500 5TH AVENUE<br>SUITE 5500<br>NEW YORK, NY 10110 |
| 2.306 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | TERMS OF USE SCHEDULE C DECLARATION OF AGENCY AGREEMENT DATED 04/25/2025 | CBL MARKETS (USA) LLC<br>500 5TH AVENUE<br>SUITE 5500<br>NEW YORK, NY 10110 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.307 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SUBCONTRACT AGREEMENT 03/23/2018 AND ALL RELATED AMENDMENTS | CC COMMUNITIES, LLC DBA CENTURY COMMUNITIES<br>8390 E. CRESCENT PARKWAY<br>SUITE 650<br>GREENWOOD VILLAGE, CO 80111 |
| 2.308 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONSULTING AGREEMENT DATED 03/15/2018 | NAME ON FILE<br>ADDRESS ON FILE |
| 2.309 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | HAWAII SELF-STORAGE RENTAL AGREEMENT DATED 05/20/2020 | CENTRAL SELF STORAGE - OAHU I<br>46-004 KAWA STREET<br>KANEOHE, HI 96744 |
| 2.310 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | HAWAII SELF-STORAGE RENTAL AGREEMENT DATED 02/01/2023 | CENTRAL SELF STORAGE - OAHU II<br>46-004 KAWA STREET<br>KANEOHE, HI 96744 |
| 2.311 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | HAWAII SELF-STORAGE RENTAL AGREEMENT DATED 06/03/2020 | CENTRAL SELF STORAGE - OAHU II<br>46-004 KAWA STREET<br>KANEOHE, HI 96744 |
| 2.312 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SUBCONTRACT AGREEMENT 12/17/2024 AND ALL RELATED AMENDMENTS | CENTURY AMERICAN DEVELOPMENT CORPORATION<br>ATTN: JEFF MOORE, JOSE RODRIGUEZ<br>1428 E. CHAPMAN AVENUE<br>ORANGE, CA 92866 |
| 2.313 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CUSTOMER INFORMATION AND CONTRACT SPECIFICATIONS AGREEMENT DATED 07/17/2020 | CENTURYLINK<br>100 CENTURYLINK DRIVE<br>MONROE, LA 71203 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.314 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SUPPLY AGREEMENT DATED 06/19/2019 | CERTAINTEED CORP.<br>ATTN: MARK STANCROFF<br>20 MOORES RD.<br>MALVERN, PA 19355 |
| 2.315 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | DEVELOPMENT AND PURCHASE AGREEMENT DATED 12/01/2021 | CERTAINTEED LLC<br>ATTN MEREDITH MACKEY<br>20 MOORES ROAD<br>MALVERN, PA 19355 |
| 2.316 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FIRST AMENDMENT TO THE SERVICES AGREEMENT DATED 03/14/2025 | CERTAINTEED LLC<br>ATTN MEREDITH MACKEY<br>20 MOORES ROAD<br>MALVERN, PA 19355 |
| 2.317 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SERVICES AGREEMENT DATED 10/01/2024 | CERTAINTEED LLC<br>ATTN MEREDITH MACKEY<br>20 MOORES ROAD<br>MALVERN, PA 19355 |
| 2.318 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SALES ORDER FORM AGREEMENT DATED 10/05/2023 | CERTINIA INC DBA FORMERLY FINANCIALFORCE.COM INC<br>301 CONGRESS AVE<br>STE 800<br>AUSTIN, TX 78701 |
| 2.319 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONTRACT FOR LEGAL SERVICES AGREEMENT DATED 05/23/2023 | CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.<br>1200 SMITH STREET<br>SUITE 1400<br>HOUSTON, TX 77002 |
| 2.320 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FEE SCHEDULE FOR SERVICES AS CUSTODIAN AGREEMENT DATED 09/10/2024 | CHAPMAN AND CUTLER LLP<br>1717 RHODE ISLAND AVENUE 8 TH<br>FLOOR<br>WASHINGTON, DC 20036 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.321 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FEE SCHEDULE FOR SERVICES AS CUSTODIAN AGREEMENT DATED 09/24/2024 | CHAPMAN AND CUTLER LLP<br>1717 RHODE ISLAND AVENUE 8 TH FLOOR<br>WASHINGTON, DC 20036 |
| 2.322 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | DATA SHARING AGREEMENT DATED 10/21/2021 | CHARGEPOINT, INC.,<br>COPY TO VICE PRESIDENT CHANNEL SALES<br>254 HACIENDA AVENUE<br>CAMPBELL, CA 95008 |
| 2.323 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHARGEPOINT HOME RESELLER AGREEMENT DATED 10/21/2021 | CHARGEPOINT, INC.,<br>COPY TO VICE PRESIDENT CHANNEL SALES<br>254 HACIENDA AVENUE<br>CAMPBELL, CA 95008 |
| 2.324 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ORDER FORM FOR ENTERPRISE AGREEMENT DATED 10/08/2023 | CHECKR INC<br>1 MONTGOMERY ST<br>SUITE 2400<br>SAN FRNACISCO, CA 94104 |
| 2.325 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SPEAKER AGREEMENT DATED 11/14/2024 | CIM VIEW CONSULTING LLC<br>4711 STRASS DR.<br>AUSTIN, TX 78731 |
| 2.326 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LOAN SALE ENGAGEMENT LETTER AGREEMENT DATED 03/08/2024 | CITIGROUP GLOBAL MARKETS INC<br>388 GREENWICH STREET<br>6TH FLOOR<br>TRADING<br>NEW YORK, NY 10013 |
| 2.327 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENGAGEMENT LETTER AGREEMENT DATED 03/08/2024 | CITIGROUP GLOBAL MARKETS INC<br>388 GREENWICH STREET<br>6TH FLOOR<br>TRADING<br>NEW YORK, NY 10013 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.328 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | TERMS OF SERVICE AGREEMENT DATED 02/15/2014 | CITRIX ONLINE AUDIO LLC<br>499 WASHINGTON BOULEVARD<br>SUITE 1401<br>JERSEY CITY, NJ 07310 |
| 2.329 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | TERMS OF SERVICE AGREEMENT DATED 02/15/2014 | CITRIX ONLINE LLC<br>7414 HOLLISTER AVENUE<br>GOLETA, CA 93117 |
| 2.330 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SUBCONTRACT AGREEMENT 02/29/2024 AND ALL RELATED AMENDMENTS | CITY VENTURES CONSTRUCTION, INC.<br>3121 MICHELSON DRIVE<br>SUITE 150<br>IRVINE, CA 92612 |
| 2.331 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SUBCONTRACT AGREEMENT 10/18/2023 AND ALL RELATED AMENDMENTS | CITY VENTURES CONSTRUCTION, INC.<br>3121 MICHELSON DRIVE<br>SUITE 150<br>IRVINE, CA 92612 |
| 2.332 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SUBCONTRACT AGREEMENT 10/23/2023 AND ALL RELATED AMENDMENTS | CITYMARK CONSTRUCTION, INC.<br>ATTN: KRIS JOHNSON<br>3818 PARK BLVD.<br>SAN DIEGO, CA 92103 |
| 2.333 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SOLAR PURCHASE AGREEMENT DATED 03/20/2024 | CITYMARK KELVIN, LLC<br>7950 BROADWAY<br>LEMON GROVE, CA 91945 |
| 2.334 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SUBCONTRACT AGREEMENT 08/15/2023 AND ALL RELATED AMENDMENTS | CL CONSTRUCTION SERVICES, INC.<br>ATTN: MEGAN O BREIN<br>PROVENCE AT THE HAVENS BONSALL<br>32823 TEMECULA PKWY<br>TEMECULA, CA 92592 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.335 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO CHANNEL PARTNER AGREEMENT DATED 05/08/2022 | CLAYCO ELECTRIC, INC.<br>1724 ADRIAN CT.<br>ALPINE, CA 91901 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.336 | State what the contract or lease is for and the nature of the debtor's interest | MASTER DEALER AGREEMENT DATED 05/08/2022 AND ALL RELATED AMENDMENTS | CLAYCO ELECTRIC, INC.<br>1724 ADRIAN CT.<br>ALPINE, CA 91901 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.337 | State what the contract or lease is for and the nature of the debtor's interest | ACCESS LICENSE AGREEMENT DATED 12/23/2021 | CLEAN POWER RESEARCH LLC<br>1541 THIRD STREET<br>NAPA, CA 94559 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.338 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT AGREEMENT DATED 07/10/2023 | CLEAR CHANNEL OUTDOOR, LLC<br>12852 WESTHEIMER RD<br>HOUSTON, TX 77077 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.339 | State what the contract or lease is for and the nature of the debtor's interest | SUBSCRIPTION ORDER FORM AGREEMENT DATED 03/28/2013 | CLICKTOOLS BY CALLIDUSCLOUD<br>7 BRANKSOME PARK HOUSE<br>BOURNE VALLEY ROAD<br>POOLE, BH12 1ED<br>UNITED KINGDOM |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.340 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT DATED 08/01/2015 | CLOUD ATLANTIS LLC<br>811 TOWN AND COUNTRY BLVD.<br>#101<br>HOUSTON, TX 77024 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.341 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT DATED 08/01/2016 | CLOUD ATLANTIS LLC<br>811 TOWN AND COUNTRY BLVD.<br>#101<br>HOUSTON, TX 77024 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Sunnova Energy Corporation Case number (If known): 25-90159

Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.342 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LICENSE AGREEMENT DATED 05/21/2018 | CLOUD LENDING, INC<br>1 WATERS PARK DRIVE<br>#240<br>SAN MATEO, CA 94403 |
| 2.343 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SALES ORDER 00293 +6 UPSELL 2018 DATED 09/06/2018 | CLOUD LENDING, INC<br>1 WATERS PARK DRIVE<br>#240<br>SAN MATEO, CA 94403 |
| 2.344 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SCOPE OF WORK AGREEMENT DATED 01/27/2022 | COALITION FOR COMMUNITY SOLAR ACCESS<br>1380 MOROE STREET, NW<br>#721<br>WASHINGTON, DC 20010 |
| 2.345 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CUSTOMER ORDER FORM AGREEMENT DATED 05/02/2014 | COGENT COMMUNICATIONS, INC.<br>1015 31ST STREET NW<br>WASHINGTON, DC 20007 |
| 2.346 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CUSTOMER ORDER FORM DEDICATED INTERNET ACCESS AGREEMENT DATED 04/24/2019 | COGENT COMMUNICATIONS, INC.<br>2450 N STREET NW<br>WASHINGTON, DC 20037 |
| 2.347 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CUSTOMER ORDER FORM DEDICATED INTERNET ACCESS AGREEMENT DATED 04/27/2018 | COGENT COMMUNICATIONS, INC.<br>2450 N STREET NW<br>WASHINGTON, DC 20037 |
| 2.348 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | DEDICATED INTERNET ACCESS CUSTOMER ORDER FORM AGREEMENT DATED 10/06/2014 | COGENT COMMUNICATIONS, INC.<br>1015 31ST STREET NW<br>WASHINGTON, DC 20007 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.349 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | NOTICE OF NON-RENEWAL OF ORDER AND TERMINATION OF AGREEMENT DATED 09/09/2020 | COGENT COMMUNICATIONS, INC.<br>ATTN JEFF NOCERO<br>2450 N. STREET NW<br>WASHINGTON, DC 20037 |
| 2.350 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | SERVICES CHANGE REQUEST AGREEMENT DATED 06/23/2021 | COGNIZANT TECHNOLOGY SOLUTIONS US CORP<br>211 QUALITY CIRCLE<br>COLLEGE STATION, TX 77845 |
| 2.351 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | SERVICES CHANGE REQUEST AGREEMENT DATED 11/05/2021 | COGNIZANT TECHNOLOGY SOLUTIONS US CORP<br>211 QUALITY CIRCLE<br>COLLEGE STATION, TX 77845 |
| 2.352 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | MASTER PROFESSIONAL SERVICES AGREEMENT DATED 10/01/2024 | COLORADO CORPORATION<br>2530 JUNCTION PLACE<br>SUITE 200<br>BOULDER, CO 80301 |
| 2.353 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | INDUSTRY/UNIVERSITY COOPERATIVE RESEARCH CENTER MEMBERSHIP AGREEMENT DATED 10/29/2021 | COLORADO STATE UNIVERSITY<br>2002 CAMPUS DELIVERY<br>FORT COLLINS, CO 80523-2002 |
| 2.354 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | MASTER SERVICES AGREEMENT DATED 08/27/2015 | COLUMBUS NETWORKS PUERTO RICO<br>48 CARR 165<br>SUITE 515<br>GUAYNABO, PR 00968 |
| 2.355 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | COMCAST BUSINESS SERVICE ORDER AGREEMENT DATED 04/16/2020 | COMCAST BUSINESS<br>1701 JFK BOULEVARD PHILADELPHIA<br>PHILADELPHIA, PA 19103 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.356 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE ORDER AGREEMENT DATED 06/26/2023 | COMCAST BUSINESS<br>1701 JFK BOULEVARD PHILADELPHIA<br>PHILADELPHIA, PA 19103 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.357 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE ORDER AGREEMENT DATED 10/07/2024 | COMCAST BUSINESS<br>1701 JFK BOULEVARD PHILADELPHIA<br>PHILADELPHIA, PA 19103 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.358 | State what the contract or lease is for and the nature of the debtor's interest | CHANNEL PARTNER AGREEMENT DATED 10/02/2023 AND ALL RELATED AMENDMENTS | COMET ENERGY LLC<br>2174 N BURNAM PL.<br>STAR, ID 83669 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.359 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 09/26/2024 | COMMIT CONSULTING GROUP LLC<br>14110 DALLAS PARKWAY<br>#100<br>DALLAS, TX 75254 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.360 | State what the contract or lease is for and the nature of the debtor's interest | COMMON DESK MEMBERSHIP AGREEMENT | COMMON DESK<br>7801 BURNET ROAD LP<br>114W 7TH ST.<br>STE 1000<br>AUSTIN, TX 78701 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.361 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM - COMPARABLY SERVICES AGREEMENT DATED 08/19/2020 | COMPARABLY INC.<br>1316 3RD STREET PROMENADE<br>STE. 111<br>SANTA MONICA, CA 90401 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.362 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO MASTER SERVICE AGREEMENT DATED 08/18/2020 | COMPETENTIA, INC.<br>ATTN: KARLA MCCLELLAN VP FINANCE<br>15375 MEMORIAL DRIVE<br>SUITE 250<br>HOUSTON, TX 77505 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.363 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 07/23/2020 | COMPETENTIA, INC.<br>ATTN: KARLA MCCLELLAN VP FINANCE<br>15375 MEMORIAL DRIVE<br>SUITE 250<br>HOUSTON, TX 77505 |
| 2.364 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 12/31/2020 | COMPLETE LOGISTICAL SERVICES, LLC<br>ATTN:. SPENCER SENS<br>8320 LAFITTE CT.<br>CHALMETTE, LA 70043 |
| 2.365 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | IT AGREEMENT DATED 04/15/2015 | COMPUTER TRANSITION SERVICES, INC.<br>3223 SOUTH LOOP 289<br>SUITE 556<br>LUBBOCK, TX 79423 |
| 2.366 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | TRENDCLOUD SERVICE AGREEMENT DATED 06/30/2016 | COMPUTER TRANSITION SERVICES, INC.<br>3223 SOUTH LOOP 289<br>SUITE 556<br>LUBBOCK, TX 79423 |
| 2.367 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONCUR SALES ORDER FORM AGREEMENT DATED 03/05/2021 | CONCUR TECHNOLOGIES INC<br>62157 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 |
| 2.368 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONCUR SALES ORDER FORM AGREEMENT DATED 04/29/2021 | CONCUR TECHNOLOGIES INC<br>62157 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 |
| 2.369 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONCUR SALES ORDER FORM AMENDMENT AGREEMENT DATED 03/03/2020 | CONCUR TECHNOLOGIES INC<br>62157 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.370 | State what the contract or lease is for and the nature of the debtor's interest | CONCUR SALES ORDER FORM 2021-1139400 1 AGREEMENT DATED 03/05/2021 | CONCUR TECHNOLOGIES INC<br>62157 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.371 | State what the contract or lease is for and the nature of the debtor's interest | CHANNEL PARTNER AGREEMENT DATED 01/17/2024 AND ALL RELATED AMENDMENTS | CONEXSOL ORLANDO LLC<br>8600 COMMODITY CIRCLE<br>SUITE 154<br>ORLANDO, FL 32819 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.372 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM AGREEMENT DATED 04/30/2024 | CONNECTEAM<br>119 WEST 24TH STREET<br>4TH FLOOR<br>NEW YORK, NY 10011 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.373 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE AND SALE AGREEMENT DATED 07/26/2022 | CONOCOPHILLIPS COMPANY<br>ATTN GAS & POWER CONTRACT ADMINISTRATION<br>16930 PARK ROW DRIVE<br>EC4 – 20TH FLOOR<br>HOUSTON, TX 77084 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.374 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 TO BUSINESS SERVICE AGREEMENT DATED 09/22/2015 | CONSOLIDATED COMMUNICATIONS ENTITY<br>PO BOX 66523<br>SAINT LOUIS, MO 63166 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.375 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO MASTER SUPPLIER AGREEMENT DATED 02/07/2020 | CONSOLIDATED ELECTRICAL DISTRIBUTORS INC. D/B/A CED GREENTECH<br>9190 ACTIVITY ROAD<br>SUITE 1A<br>SAN DIEGO, CA 92126 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.376 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUPPLIER AGREEMENT DATED 01/07/2020 | CONSOLIDATED ELECTRICAL DISTRIBUTORS INC. D/B/A CED GREENTECH<br>9190 ACTIVITY ROAD<br>SUITE 1A<br>SAN DIEGO, CA 92126 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.377 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SUPPLIER AGREEMENT DATED 03/09/2020 | CONSOLIDATED ELECTRICAL DISTRIBUTORS INC. D/B/A CED GREENTECH<br>9190 ACTIVITY ROAD<br>SUITE 1A<br>SAN DIEGO, CA 92126 |
| 2.378 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SECOND AMENDMENT TO MASTER SUPPLIER AGREEMENT DATED 04/14/2021 | CONSOLIDATED ELECTRICAL DISTRIBUTORS INC. D/B/A CED GREENTECH<br>9190 ACTIVITY ROAD<br>SUITE 1A<br>SAN DIEGO, CA 92126 |
| 2.379 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | THIRD AMENDMENT TO MASTER SUPPLIER AGREEMENT DATED 04/30/2021 | CONSOLIDATED ELECTRICAL DISTRIBUTORS INC. D/B/A CED GREENTECH<br>9190 ACTIVITY ROAD<br>SUITE 1A<br>SAN DIEGO, CA 92126 |
| 2.380 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | WAREHOUSE AGREEMENT DATED 03/06/2023 | CONSOLIDATED TRANSPORTATION SERVICES INCORPORATED<br>ATTENTION<br>MR. DANNY LIM GENERAL MANAGER<br>790 EAST SUNSET BOULEVARD<br>TIYAN, GU 96913 |
| 2.381 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | WAREHOUSE AGREEMENT DATED 03/06/2023 | CONSOLIDATED TRANSPORTATION SERVICES, INC. D/B/A CTSI LOGISTICS<br>P.O. BOX 501937<br>SAIPAN, MP 96950 |
| 2.382 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | WAREHOUSE AGREEMENT DATED 10/21/2022 | CONSOLIDATED TRANSPORTATION SERVICES, INC. D/B/A CTSI LOGISTICS<br>P.O. BOX 501937<br>SAIPAN, MP 96950 |
| 2.383 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICE AGREEMENT | CONSTRUCTION MONITOR, L.L.C<br>2390 W. HIGHWAY<br>56 BUILDING B #4<br>PO BOX 2202<br>CEDAR CITY, UT 84721 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.384 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM AGREEMENT DATED 10/02/2020 | CONTACT CENTER COMPLIANCE CORP<br>350 E STREET<br>SANTA ROSA, CA 95404 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.385 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTIVE HEALTH PROGRAM DATED 11/13/2024 | COOPER AEROBICS ENTERPRISES, INC.<br>12200 PRESTON RD<br>DALLAS, TX 75230-2223 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.386 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO SOLAR INSTALLATION AGREEMENT DATED 07/06/2019 | COOPER ROOFING & SOLAR LLC<br>1200 S COMMERCE STREET<br>LAS VEGAS, NV 89102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.387 | State what the contract or lease is for and the nature of the debtor's interest | SOLAR INSTALLATION AGREEMENT DATED 10/06/2017 | COOPER ROOFING & SOLAR LLC<br>1200 S COMMERCE STREET<br>LAS VEGAS, NV 89102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.388 | State what the contract or lease is for and the nature of the debtor's interest | COPADO ORDER FORM AGREEMENT DATED 10/31/2022 | COPADO, INC.<br>20 W. KINZIE STREET<br>CHICAGO, IL 60654 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.389 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM AGREEMENT DATED 10/31/2022 | COPADO, INC.<br>20 W. KINZIE STREET<br>CHICAGO, IL 60654 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.390 | State what the contract or lease is for and the nature of the debtor's interest | ORDER QUOTE AGREEMENT DATED 10/12/2023 | COPADO, INC.<br>330 N. WABASH AVE.<br>FL 23<br>CHICAGO, IL 60611 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.391 | State what the contract or lease is for and the nature of the debtor's interest | QUOTE # Q-25920 AGREEMENT DATED 05/03/2023 | COPADO, INC.<br>330 N. WABASH AVE.<br>FL 23<br>CHICAGO, IL 60611 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.392 | State what the contract or lease is for and the nature of the debtor's interest | QUOTE # Q-27195 AGREEMENT DATED 05/24/2023 | COPADO, INC.<br>330 N. WABASH AVE.<br>FL 23<br>CHICAGO, IL 60611 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.393 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 06/24/2015 | CORELOGIC SOLUTIONS, LLC<br>40 PACIFICA<br>SUITE 900<br>IRVINE, CA 92618 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.394 | State what the contract or lease is for and the nature of the debtor's interest | NOTICE OF TERMINATION OF STATEMENT OF WORK AND MASTER SERVICES AGREEMENT DATED 04/19/2021 | CORELOGIC SOLUTIONS, LLC<br>ATTN BRYCE BUCKNELL SENIOR DIRECTOR INSIDE SALES<br>40 PACIFICA<br>SUITE 900<br>IRVINE, CA 92618 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.395 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES ORDER CONFIRMATION AND STANDARD LICENSE AGREEMENT DATED 07/02/2015 | CORELOGIC SOLUTIONS, LLC<br>40 PACIFICA<br>SUITE 900<br>IRVINE, CA 92618 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.396 | State what the contract or lease is for and the nature of the debtor's interest | SUBCONTRACT AGREEMENT 11/07/2023 AND ALL RELATED AMENDMENTS | CORNERSTONE COMMUNITIES CORPORATION<br>1241 CAVE STREET<br>SUITE 200<br>LA JOLLA, CA 92037 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.397 | State what the contract or lease is for and the nature of the debtor's interest | TRAVEL SERVICES AGREEMENT DATED 08/17/2020 | CORPORATE TRAVELER<br>5 PARAGON DRIVE<br>SUITE 200<br>MONTVALE, NJ 07645 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.398 | State what the contract or lease is for and the nature of the debtor's interest | ELECTRONIC RECORDING SERVICES AGREEMENT DATED 12/15/2020 | CORPORATION SERVICE COMPANY<br>PO BOX 13397<br>PHILADELPHIA, PA 19101 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.399 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 09/24/2020 | CORPORATION SERVICE COMPANY<br>PO BOX 13397<br>PHILADELPHIA, PA 19101 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.400 | State what the contract or lease is for and the nature of the debtor's interest | INVOICE FORM - COMMERCIAL LEASE AGREEMENT DATED 02/19/2019 | CORT<br>15000 CONFERENCE CENTER DR<br>SUITE 440<br>CHANTILLY, VA 20151 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.401 | State what the contract or lease is for and the nature of the debtor's interest | CHANNEL PARTNER AGREEMENT DATED 05/28/2024 AND ALL RELATED AMENDMENTS | CORVUS PRO SOLAR LLP<br>4665 W PFEIFFER CT<br>SPRINGFIELD, MO 65803 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.402 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT 1 TO MASTER SUPPLY AGREEMENT DATED 08/25/2023 | COULOMB INC. D/B/A LUMIN<br>ATTN JOHN ARNAUD<br>501 LOCUST AVE<br>FLOOR 1<br>SUITE 2<br>CHARLOTTESVILLE, VA 22902 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.403 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUPPLY AGREEMENT - DISTRIBUTION AGREEMENT DATED 08/23/2023 | COULOMB INC. D/B/A LUMIN<br>ATTN JOHN ARNAUD<br>501 LOCUST AVE<br>FLOOR 1<br>SUITE 2<br>CHARLOTTESVILLE, VA 22902 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.404 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 04/10/2023 | COURTAVENUE, INC<br>ATTN: JEANNINE WHEELER CFO<br>PO BOX 933<br>BENTONVILLE, AR 72712 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.405 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ACCOUNT SUMMARY AGREEMENT DATED 05/26/2022 | COX BUSINESS<br>STE 200<br>6531 IRVINE CENTER DR<br>IRVINE, CA 92618-2118 |
| 2.406 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 04/16/2022 AND ALL RELATED AMENDMENTS | CR SOLAR LLC<br>ATTENTION THOMAS SIMMS<br>1988 SOUTH 2465 WEST<br>SYRACUSE, UT 84075 |
| 2.407 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT | CREDERA ENTERPRISES COMPANY<br>15303 DALLAS PARKWAY<br>SUITE 300<br>ADDISON, TX 75001 |
| 2.408 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | DATA PRIVACY ADDENDUM AGREEMENT DATED 01/01/2023 | CREDERA ENTERPRISES COMPANY, LLC<br>825 TOWN AND COUNTRY WAY<br>#550<br>HOUSTON, TX 77024 |
| 2.409 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONSENT AND AGREEMENT DATED 09/18/2020 | CREDIT SUISSE AG<br>11 MADISON AVENUE<br>4TH FLOOR<br>NEW YORK, NY 10010 |
| 2.410 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONSENT AND AGREEMENT DATED 12/30/2019 | CREDIT SUISSE AG, NEW YORK BRANCH<br>11 MADISON AVENUE<br>4TH FLOOR<br>NEW YORK, NY 10010 |
| 2.411 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | DEVELOPMENT AND PURCHASE AGREEMENT DATED 05/14/2020 | CREDIT SUISSE AG, NEW YORK BRANCH<br>11 MADISON AVENUE<br>4TH FLOOR<br>NEW YORK, NY 10010 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.412 | State what the contract or lease is for and the nature of the debtor's interest | AMENDED AND RESTATED TERM SECURITIZATION TRANSACTION ENGAGEMENT LETTER AGREEMENT DATED 06/03/2021 | CREDIT SUISSE SECURITIES (USA) LLC<br>11 MADISON AVENUE<br>NEW YORK, NY 10010 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.413 | State what the contract or lease is for and the nature of the debtor's interest | STANDARD SUBCONTRACT AGREEMENT AND ALL RELATED AMENDMENTS | CRESLEIGH HOMES CORPORATION<br>433 CALIFORNIA STREET<br>SUITE 700<br>SAN FRANCISCO, CA 94104 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.414 | State what the contract or lease is for and the nature of the debtor's interest | CONSTRUCTION SUBCONTRACT 04/27/2023 AND ALL RELATED AMENDMENTS | CRESTWOOD CORPORATION<br>ATTN: PATRICK GARVEY<br>510 W. CITRUS EDGE<br>GLENDORA, CA 91740 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.415 | State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT DATED 09/20/2024 | CRITERION INC.<br>301 MERRITT 7<br>NORWALK, CT 06851 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.416 | State what the contract or lease is for and the nature of the debtor's interest | SUBSCRIPTION SERVICES AGREEMENT DATED 07/28/2023 | CRITERION INC.<br>301 MERRITT 7<br>NORWALK, CT 06851 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.417 | State what the contract or lease is for and the nature of the debtor's interest | CS MDR FOR SPLUNK CLOUD DOCUMENT AGREEMENT DATED 09/07/2021 | CRITICAL START<br>6100 TENNYSON PKWY #200<br>PLANO, TX 75024 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.418 | State what the contract or lease is for and the nature of the debtor's interest | SUNNOVA - TENABLE.IO - 1000 IPS - 1 YEAR TERM AGREEMENT DATED 09/07/2021 | CRITICAL START<br>6100 TENNYSON PKWY #200<br>PLANO, TX 75024 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.419 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 01/31/2024 | CROSSLAKE TECHNOLOGIES<br>5605 CARNEGIE BOULEVARD<br>SUITE 175<br>CHARLOTTE, NC 28209 |
| 2.420 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 01/31/2024 | CROSSLAKE TECHNOLOGIES, LLC<br>5605 CARNEGIE BOULEVARD<br>SUITE 175<br>CHARLOTTE, NC 28209 |
| 2.421 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SCOPE OF CROWE SERVICES AGREEMENT DATED 04/09/2025 | CROWE LLP<br>240 N. WASHINGTON BLVD.<br>SUITE 600<br>SARASOTA, FL 34236 |
| 2.422 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FIRM ORDER COMMITMENT AGREEMENT DATED 01/17/2024 | CROWN CASTLE FIBER LLC<br>LEGAL DEPARTMENT NETWORKS<br>CROWN CASTLE<br>2000 CORPORATE DRIVE<br>CANONSBURG, PA 15317 |
| 2.423 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FIRM ORDER COMMITMENT AGREEMENT DATED 12/29/2021 | CROWN CASTLE FIBER LLC<br>LEGAL DEPARTMENT NETWORKS<br>CROWN CASTLE<br>2000 CORPORATE DRIVE<br>CANONSBURG, PA 15317 |
| 2.424 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | INTERNET SUPPLEMENT TO THE MASTER TELECOMMUNICATIONS LICENSE AGREEMENT DATED 12/14/2021 | CROWN CASTLE FIBER LLC<br>LEGAL DEPARTMENT NETWORKS<br>CROWN CASTLE<br>2000 CORPORATE DRIVE<br>CANONSBURG, PA 15317 |
| 2.425 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | INTERNET SUPPLEMENT TO THE MASTER TELECOMMUNICATIONS LICENSE AGREEMENT DATED 12/19/2021 | CROWN CASTLE FIBER LLC<br>LEGAL DEPARTMENT NETWORKS<br>CROWN CASTLE<br>2000 CORPORATE DRIVE<br>CANONSBURG, PA 15317 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.426 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER TELECOMMUNICATIONS LICENSE AGREEMENT DATED 12/14/2021 | CROWN CASTLE FIBER LLC<br>2000 CORPORATE DRIVE<br>CANONSBURG, PA 15317 |
| 2.427 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER TELECOMMUNICATIONS LICENSE AGREEMENT DATED 12/19/2021 | CROWN CASTLE FIBER LLC<br>LEGAL DEPARTMENT NETWORKS<br>CROWN CASTLE<br>2000 CORPORATE DRIVE<br>CANONSBURG, PA 15317 |
| 2.428 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ORDER FORM 2021-81766 AGREEMENT DATED 12/02/2021 | CROWN CASTLE FIBER LLC<br>LEGAL DEPARTMENT NETWORKS<br>CROWN CASTLE<br>2000 CORPORATE DRIVE<br>CANONSBURG, PA 15317 |
| 2.429 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ORDER FORM 2021-81766 AGREEMENT DATED 12/14/2021 | CROWN CASTLE FIBER LLC<br>LEGAL DEPARTMENT NETWORKS<br>CROWN CASTLE<br>2000 CORPORATE DRIVE<br>CANONSBURG, PA 15317 |
| 2.430 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ORDER FORM AGREEMENT DATED 12/14/2021 | CROWN CASTLE FIBER LLC<br>LEGAL DEPARTMENT NETWORKS<br>CROWN CASTLE<br>2000 CORPORATE DRIVE<br>CANONSBURG, PA 15317 |
| 2.431 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ORDER FORM AGREEMENT DATED 12/19/2021 | CROWN CASTLE FIBER LLC<br>LEGAL DEPARTMENT NETWORKS<br>CROWN CASTLE<br>2000 CORPORATE DRIVE<br>CANONSBURG, PA 15317 |
| 2.432 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | TELECOMMUNICATIONS LICENSE TERMS AND CONDITIONS AGREEMENT DATED 08/01/2021 | CROWN CASTLE FIBER LLC<br>ATTENTION LEGAL DEPARTMENT NETWORKS<br>2000 CORPORATE DRIVE<br>CANONSBURG, PA 15317 |

Debtor Sunnova Energy Corporation Case number (If known): 25-90159

Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.433 | State what the contract or lease is for and the nature of the debtor's interest | MASTER PROFESSIONAL SERVICES AGREEMENT DATED 07/20/2018 | C-TEC SOLAR<br>1 GRIFFIN ROAD SOUTH<br>STE 200<br>BLOOMFIELD, CT 06002 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.434 | State what the contract or lease is for and the nature of the debtor's interest | MPSA #142 AMENDMENT DEDUCTION IN MILEAGE CHARGE AGREEMENT DATED 09/14/2018 | C-TEC SOLAR<br>1 GRIFFIN ROAD SOUTH<br>STE 200<br>BLOOMFIELD, CT 06002 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.435 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT DATED 09/06/2016 | CTO HUB, LLC<br>31119 PURDUE PARK LANE<br>HOUSTON, TX 77386 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.436 | State what the contract or lease is for and the nature of the debtor's interest | WAREHOUSE AGREEMENT DATED 10/21/2022 | CTSI LOGISTICS<br>ATTN: MR. JOVEN CRUZ GENERAL MANAGER<br>P.O. BOX 501937<br>SAIPAN, MP 96950 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.437 | State what the contract or lease is for and the nature of the debtor's interest | TEXAS SELF-STORAGE RENTAL AGREEMENT DATED 02/12/2024 | CUBESMART ASSET MANAGEMENT, LLC<br>12955 SOUTH FWY<br>HOUSTON, TX 77047 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.438 | State what the contract or lease is for and the nature of the debtor's interest | ARIZONA SELF-STORAGE RENTAL AGREEMENT DATED 07/25/2023 | CUBESMART MANAGEMENT, LLC<br>1403 W BASELINE RD<br>TEMPE, AZ 85283 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.439 | State what the contract or lease is for and the nature of the debtor's interest | TEXAS SELF-STORAGE RENTAL AGREEMENT DATED 02/12/2024 | CUBESMART MANAGEMENT, LLC<br>4105 FAIRWAY COURT<br>CARROLLTON, TX 75010 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Sunnova Energy Corporation
Name

Case number (If known): 25-90159

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.440 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 11/05/2018 AND ALL RELATED AMENDMENTS | CURRENT HOME INC.<br>32326 CLINTON KEITH ROAD<br>SUITE 201<br>WILDOMAR, CA 92595 |
| 2.441 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 02/01/2024 AND ALL RELATED AMENDMENTS | CURRENT HOME INC.<br>32326 CLINTON KEITH ROAD<br>SUITE 201<br>WILDOMAR, CA 92595 |
| 2.442 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SERVICES PROVIDER AGREEMENT DATED 02/20/2024 AND ALL RELATED AMENDMENTS | CURRENT HOME INC.<br>32326 CLINTON KEITH ROAD<br>SUITE 201<br>WILDOMAR, CA 92595 |
| 2.443 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | COMMISSION AGREEMENT DATED 11/05/2015 | CUSHMAN & WAKEFIELD OF TEXAS INC<br>1330 POST OAK BLVD<br>SUITE 2700<br>HOUSTON, TX 77056 |
| 2.444 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LISTING AGREEMENT FOR SUBLEASE, DATED 01/20/2025 | CUSHMAN & WAKEFIELD U.S., INC<br>1330 POST OAK BLVD<br>STE 2700<br>HOUSTON, TX 77056 |
| 2.445 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CVENT SERVICE AGREEMENT DATED 11/06/2020 | CVENT, INC.<br>1765 GREENSBORO STATION PLACE<br>7TH FLOOR<br>TYSONS CORNER, VA 22102 |
| 2.446 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | INVOICE FORM AGREEMENT DATED 11/01/2020 | CVENT, INC.<br>1765 GREENSBORO STATION PLACE<br>7TH FLOOR<br>TYSONS CORNER, VA 22102 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.447 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | IT AGREEMENT DATED 11/01/2020 | CVENT, INC.<br>1765 GREENSBORO STATION PLACE<br>7TH FLOOR<br>TYSONS CORNER, VA 22102 |
| 2.448 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | IT AGREEMENT DATED 11/06/2020 | CVENT, INC.<br>1765 GREENSBORO STATION PLACE<br>7TH FLOOR<br>TYSONS CORNER, VA 22102 |
| 2.449 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | QUOTE AGREEMENT DATED 09/04/2018 | CVISION<br>118-35 QUEENS BLVD.<br>9TH FLOOR<br>FOREST HILLS, NY 11375 |
| 2.450 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FIRST AMENDMENT TO SOLAR INSTALLATION AGREEMENT DATED 06/22/2022 | CWD LOMA INC DBA CALIFORNIA PREMIER SOLAR CONSTRUCTION<br>485 CORPORATE DR<br>STE A<br>ESCONDIDO, CA 92029 |
| 2.451 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SECOND AMENDMENT TO SOLAR INSTALLATION AGREEMENT DATED 10/01/2021 | CWD LOMA INC DBA CALIFORNIA PREMIER SOLAR CONSTRUCTION<br>485 CORPORATE DR<br>STE A<br>ESCONDIDO, CA 92029 |
| 2.452 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | THIRD AMENDMENT TO SOLAR INSTALLATION AGREEMENT DATED 01/30/2024 | CWD LOMA INC DBA CALIFORNIA PREMIER SOLAR CONSTRUCTION<br>485 CORPORATE DR<br>STE A<br>ESCONDIDO, CA 92029 |
| 2.453 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SOLAR INSTALLATION AGREEMENT DATED 03/27/2019 | CWD LOMA INC DBA CALIFORNIA PREMIER SOLAR CONSTRUCTION<br>485 CORPORATE DR<br>STE A<br>ESCONDIDO, CA 92029 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.454 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | INDEPENDENT SUBCONTRACTOR AGREEMENT 08/01/2022 AND ALL RELATED AMENDMENTS | D.R. HORTON BAY , INC.<br>8501 FALLBROOK AVE.<br>SUITE 270<br>WEST HILLS, CA 91304 |
| 2.455 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | RENEWAL ORDER AGREEMENT DATED 04/10/2024 | DANVILLE GROUP, INC. DBA ROOTSTOCK SOFTWARE<br>3001 BISHOP DRIVE<br>SUITE 300<br>SAN RAMON, CA 94583 |
| 2.456 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | AUDIO/VISUAL SYSTEMS PROPOSAL SUMMARY AGREEMENT DATED 08/08/2015 | DATA PROJECTIONS, INC.<br>PO BOX 4346-DEPT 102<br>HOUSTON, TX 77210 |
| 2.457 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | STATEMENT OF WORK ("SOW"): DATASITE DILIGENCE AGREEMENT DATED 03/26/2025 | DATASITE LLC<br>733 S MARQUETTE AVE<br>SUITE 600<br>MINNEAPOLIS, MN 55402 |
| 2.458 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | AUDIO VISUAL CHANGE ORDER AGREEMENT DATED 07/21/2023 | DATAVOX<br>6650 W. SAM HOUSTON PKWY S<br>HOUSTON, TX 77072 |
| 2.459 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | DATA CABLES AGREEMENT DATED 07/24/2023 | DATAVOX<br>6650 W. SAM HOUSTON PKWY S<br>HOUSTON, TX 77072 |
| 2.460 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | ITRON VPN FIREWALL - DATAVOX CONTACT AGREEMENT DATED 11/09/2022 | DATAVOX<br>6650 W. SAM HOUSTON PKWY S<br>HOUSTON, TX 77072 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.461 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 07/02/2024 | DATAVOX<br>6650 W. SAM HOUSTON PKWY S<br>HOUSTON, TX 77072 |
| 2.462 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SUPPORT SERVICE AGREEMENT DATED 02/20/2023 | DATAVOX<br>6650 W. SAM HOUSTON PKWY S<br>HOUSTON, TX 77072 |
| 2.463 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AU D I O V I S U A L P R O P O S A L AGREEMENT DATED 08/03/2022 | DATAVOX, INC.<br>5215 NORTH O CONNOR BLVD<br>11TH FLOOR<br>IRVING, TX 75039 |
| 2.464 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AUDIO VISUAL CHANGE ORDER AGREEMENT DATED 10/06/2023 | DATAVOX, INC.<br>5215 NORTH O CONNOR BLVD<br>11TH FLOOR<br>IRVING, TX 75039 |
| 2.465 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AUDIO VISUAL PROPOSAL AGREEMENT DATED 04/19/2022 | DATAVOX, INC.<br>5215 NORTH O CONNOR BLVD<br>11TH FLOOR<br>IRVING, TX 75039 |
| 2.466 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AUDIO VISUAL PROPOSAL AGREEMENT DATED 05/06/2024 | DATAVOX, INC.<br>5215 NORTH O CONNOR BLVD<br>11TH FLOOR<br>IRVING, TX 75039 |
| 2.467 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AUDIO VISUAL PROPOSAL AGREEMENT DATED 05/23/2022 | DATAVOX, INC.<br>5215 NORTH O CONNOR BLVD<br>11TH FLOOR<br>IRVING, TX 75039 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.468 | **State what the contract or lease is for and the nature of the debtor's interest** | AUDIO VISUAL PROPOSAL AGREEMENT DATED 05/31/2022 | DATAVOX, INC.<br>5215 NORTH O CONNOR BLVD<br>11TH FLOOR<br>IRVING, TX 75039 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.469 | **State what the contract or lease is for and the nature of the debtor's interest** | AUDIO VISUAL PROPOSAL AGREEMENT DATED 08/03/2022 | DATAVOX, INC.<br>5215 NORTH O CONNOR BLVD<br>11TH FLOOR<br>IRVING, TX 75039 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.470 | **State what the contract or lease is for and the nature of the debtor's interest** | AUDIO VISUAL PROPOSAL AGREEMENT DATED 09/11/2023 | DATAVOX, INC.<br>5215 NORTH O CONNOR BLVD<br>11TH FLOOR<br>IRVING, TX 75039 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.471 | **State what the contract or lease is for and the nature of the debtor's interest** | AUDIO VISUAL PROPOSAL AGREEMENT DATED 10/24/2023 | DATAVOX, INC.<br>5215 NORTH O CONNOR BLVD<br>11TH FLOOR<br>IRVING, TX 75039 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.472 | **State what the contract or lease is for and the nature of the debtor's interest** | AUDIO VISUAL PROPOSAL AGREEMENT DATED 12/02/2021 | DATAVOX, INC.<br>5215 NORTH O CONNOR BLVD<br>11TH FLOOR<br>IRVING, TX 75039 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.473 | **State what the contract or lease is for and the nature of the debtor's interest** | BUILDING TECHNOLOGY SOLUTIONS PROPOSAL AGREEMENT DATED 07/13/2023 | DATAVOX, INC.<br>5215 NORTH O CONNOR BLVD<br>11TH FLOOR<br>IRVING, TX 75039 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.474 | **State what the contract or lease is for and the nature of the debtor's interest** | PHYSICAL SECURITY CHANGE ORDER AGREEMENT DATED 05/25/2023 | DATAVOX, INC.<br>5215 NORTH O CONNOR BLVD<br>11TH FLOOR<br>IRVING, TX 75039 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.475 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PHYSICAL SECURITY CHANGE ORDER AGREEMENT DATED 06/09/2022 | DATAVOX, INC.<br>5215 NORTH O CONNOR BLVD<br>11TH FLOOR<br>IRVING, TX 75039 |
| 2.476 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PHYSICAL SECURITY PROPOSAL AGREEMENT DATED 07/27/2023 | DATAVOX, INC.<br>5215 NORTH O CONNOR BLVD<br>11TH FLOOR<br>IRVING, TX 75039 |
| 2.477 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PHYSICAL SECURITY PROPOSAL AGREEMENT DATED 12/15/2020 | DATAVOX, INC.<br>5215 NORTH O CONNOR BLVD<br>11TH FLOOR<br>IRVING, TX 75039 |
| 2.478 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SECURE DASHBOARD SUBSCRIPTION AGREEMENT DATED 01/25/2023 | DATAVOX, INC.<br>5215 NORTH O CONNOR BLVD<br>11TH FLOOR<br>IRVING, TX 75039 |
| 2.479 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SPECIAL BONUS PLAN AGREEMENT DATED 03/11/2025 | NAME ON FILE<br>ADDRESS ON FILE |
| 2.480 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SPECIAL BONUS PLAN AGREEMENT DATED 04/04/2025 | NAME ON FILE<br>ADDRESS ON FILE |
| 2.481 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PROCUREMENT AND VENDOR AGREEMENT DATED 07/17/2024 | DAVIS, GERALD & CREMER, P.C.<br>400 W. ILLINOIS<br>SUITE 1400<br>MIDLAND, TX 79701 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.482 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO MASTER SERVICE AGREEMENT DATED 06/25/2024 | DAYLIGHT SOLAR ENERGY CORP<br>3281 E. GUASTI RD. 700<br>ONTARIO, CA 91761 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.483 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS AND CONDITIONS AGREEMENT DATED 02/19/2024 | DAYLIGHT SOLAR ENERGY CORP<br>ATTENTION<br>ALEJANDRO LAMAS<br>4998 DOVE VALLEY CT<br>FONTANA, CA 92336 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.484 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 01/31/2024 | DAYLIGHT SOLAR ENERGY CORP<br>4998 DOVE VALLEY CT<br>FONTANA, CA 92336 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.485 | State what the contract or lease is for and the nature of the debtor's interest | LABS ORDER FORM AGREEMENT DATED 11/01/2024 | DBT LABS, INC.<br>915 SPRING GARDEN STREET<br>SUITE 500<br>PHILADELPHIA, PA 19123 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.486 | State what the contract or lease is for and the nature of the debtor's interest | JDA CONSTRUCTION MASTER CONTRACT AGREEMENT 03/24/2020 AND ALL RELATED AMENDMENTS | DECATUR ADVISORS LLC<br>2731 CHESTNUT AVENUE<br>CARLSBAD, CA 92010 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.487 | State what the contract or lease is for and the nature of the debtor's interest | JDA VERTICAL CONSTRUCTION CONTRACT AGREEMENT 03/24/2020 AND ALL RELATED AMENDMENTS | DECATUR ADVISORS LLC<br>2731 CHESTNUT AVENUE<br>CARLSBAD, CA 92010 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.488 | State what the contract or lease is for and the nature of the debtor's interest | MEMO AGREEMENT DATED 08/30/2024 | DELOITTE TAX LLP<br>30 ROCKEFELLER PLAZA<br>NEW YORK, NY 10112 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.489 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | TAX CONSULTING AGREEMENT DATED 12/16/2024 | DELOITTE TAX LLP<br>30 ROCKEFELLER PLAZA<br>NEW YORK, NY 10112 |
| 2.490 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | WORK ORDER AGREEMENT DATED 09/09/2023 | DELOITTE TAX LLP<br>30 ROCKEFELLER PLAZA<br>NEW YORK, NY 10112 |
| 2.491 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CUSTOMER ACQUISITION SOFTWARE FOR SOLAR ORDER FORM AGREEMENT | DEMAND IQ, INC<br>1630 WELTON STREET<br>7TH FLOOR<br>DENVER, CO 80202 |
| 2.492 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | TERMS OF SERVICE AGREEMENT DATED 07/06/2022 | DEMAND IQ, INC<br>1630 WELTON STREET<br>7TH FLOOR<br>DENVER, CO 80202 |
| 2.493 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GENERAL CONDITIONS TO THE SUBCONTRACT AGREEMENT 08/24/2022 AND ALL RELATED AMENDMENTS | DENIZ CONSTRUCTION INC.<br>P.O. BOX 924<br>EXETER, CA 93221 |
| 2.494 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 10/27/2023 AND ALL RELATED AMENDMENTS | DESERT VIEW REMODELERS LLC<br>6555 SOUTH VALLEY BLVD.<br>UNIT 524<br>LAS VEGAS, NV 89118 |
| 2.495 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FIRST AMENDMENT TO MASTER SERVICE AGREEMENT DATED 08/06/2024 | DETACH RESET SOLAR LLC<br>1016 ODESSA ST<br>AURORA, CO 80018-4524 |

Debtor Sunnova Energy Corporation Case number (If known): 25-90159

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.496 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GENERAL TERMS AND CONDITIONS AGREEMENT DATED 07/11/2023 | DETACH RESET SOLAR LLC<br>1016 ODESSA ST<br>AURORA, CO 80018-4524 |
| 2.497 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 06/28/2023 | DETACH RESET SOLAR LLC<br>1016 ODESSA ST<br>AURORA, CO 80018-4524 |
| 2.498 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | COMMERCIAL & INDUSTRIAL CUSTOMER ORIGINATION AGREEMENT DATED 10/02/2024 | DEVIL DOG ENERGY<br>42151 E. FLORIDA AVE<br>HEMET, CA 92544 |
| 2.499 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 05/17/2021 AND ALL RELATED AMENEMENTS | DEVLIN CONTRACTING AND MAINTENANCE, INC<br>302 WEYMOUTH ST<br>ROCKLAND, MA 02370 |
| 2.500 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | INDEPENDENT SUBCONTRACTOR AGREEMENT 08/01/2022 AND ALL RELATED AMENDMENTS | DHI INSURANCE COMPANY<br>10700 PECAN PARK BLVD<br>SUITE 125<br>AUSTIN, TX 78750 |
| 2.501 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SCOPE OF WORK ADDENDUM TO SUBCONTRACT AGREEMENT 06/11/2024 AND ALL RELATED AMENDMENTS | DHM CONSTRUCTION SERVICES LLC<br>3457 CENTRAL AVE<br>SAINT PETERSBURG, FL 33713 |
| 2.502 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SERVICES AGREEMENT DATED 07/20/2022 | DIALOGDIRECT INC<br>13700 OAKLAND AVE<br>HIGHLAND PARK, MI 48203 |

Debtor Sunnova Energy Corporation Case number (If known): 25-90159

Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.503 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENGAGEMENT LETTER AGREEMENT DATED 06/18/2015 | DICKINSON WRIGHT PLLC<br>8363 WEST SUNSET ROAD<br>SUITE 200<br>LAS VEGAS, NV 89113 |
| 2.504 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT | DIGICERT, INC.<br>ATTN GENERAL COUNSEL<br>2801 NORTH THANKSGIVING WAY<br>SUITE 500<br>LEHI, UT 84043 |
| 2.505 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LEAD PROCUREMENT AGREEMENT DATED 03/04/2024 | DIGIPEAK LLC<br>ATTN: THOMAS CHENG CFO<br>30 N. GOULD ST. STE R<br>SHERIDAN, WY 82801 |
| 2.506 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | DILIGENT SUBSCRIPTION AGREEMENT DATED 04/29/2021 | DILIGENT CORPORATION<br>ATTN LEGAL DEPARTMENT<br>111 WEST 33RD STREET<br>16TH FLOOR<br>NEW YORK, NY 10018 |
| 2.507 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GOVCLOUD ORDER FORM AGREEMENT | DILIGENT CORPORATION<br>1111 19TH STREET NW<br>9TH FLOOR<br>WASHINGTON, DC 20036 |
| 2.508 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 05/25/2023 AND ALL RELATED AMENDMENTS | DIRECT SOLAR, LLC<br>1110 PALMS AIRPORT DR<br>SUITE 120A<br>LAS VEGAS, NV 89119 |
| 2.509 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 12/29/2023 AND ALL RELATED AMENDMENTS | DIRECT SOLAR, LLC<br>1110 PALMS AIRPORT DR<br>SUITE 120A<br>LAS VEGAS, NV 89119 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.510 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENGAGEMENT AND CONFLICT WAIVER LETTER FOR LEGAL SERVICES AGREEMENT DATED 12/11/2024 | DLA PIPER LLP<br>3203 HANOVER ST.<br>SUITE 100<br>PALO ALTO, CA 94304 |
| 2.511 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | RESIDENT AGENT AGREEMENT DATED 11/18/2019 | DNF AGENT FOR SERVICE OF PROCESS INC.<br>1000 FREDERIKSBERG GADE.<br>ST. THOMAS, 00802<br>VIRGIN ISLANDS |
| 2.512 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LEASE AGREEMENT - 7310 N. ELDRIDGE PARKWAY, DATED 12/01/2021 | DNOW L.P.<br>ATTENTION REAL ESTATE DEPARTMENT<br>7310 N. ELDRIDGE PARKWAY<br>HOUSTON, TX 77041 |
| 2.513 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LEASE AGREEMENT DATED 12/01/2021 | DNOW L.P.<br>ATTENTION REAL ESTATE DEPARTMENT<br>7310 N. ELDRIDGE PARKWAY<br>HOUSTON, TX 77041 |
| 2.514 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SHORT FORM AGREEMENT DATED 09/20/2023 | DNV ENERGY USA INC.<br>101 STATION LANDING<br>SUITE 520<br>MEDFORD, MA 02155 |
| 2.515 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | INDEPENDENT ENGINEER REPORT AGREEMENT DATED 02/27/2020 | DNV GL ENERGY USA, INC.<br>1400 RAVELLO DR<br>KATY, TX 77449 |
| 2.516 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT | DOCEBO ENTITY<br>600 N. THOMAS STREET, SUITE A<br>ATHENS, GA 30601 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.517 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | DOCUMENT VAULTING AGREEMENT DATED 01/12/2024 | DOCUSIGN, INC.<br>ATTENTION: JASON DYE<br>SUITE 1550<br>SAN FRANCISCO, CA 94105 |
| 2.518 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 06/25/2024 | DOCUSIGN, INC.<br>ATTENTION: DANNY ROUNDY COO<br>SUITE 1550<br>SAN FRANCISCO, CA 94105 |
| 2.519 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ORDER FORM Q-00039449 AGREEMENT DATED 09/18/2015 | DOCUSIGN, INC.<br>1301 2ND AVENUE<br>SUITE 2000<br>SEATTLE, WA 98101 |
| 2.520 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ORDER FORM Q-00102035 AGREEMENT DATED 01/25/2016 | DOCUSIGN, INC.<br>1301 2ND AVENUE<br>SUITE 2000<br>SEATTLE, WA 98101 |
| 2.521 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ORDER FORM Q-00128747 AGREEMENT DATED 03/15/2016 | DOCUSIGN, INC.<br>1301 2ND AVENUE<br>SUITE 2000<br>SEATTLE, WA 98101 |
| 2.522 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ORDER FORM Q-00903137 AGREEMENT DATED 10/07/2022 | DOCUSIGN, INC.<br>ATTENTION: EMMA ZHANG CHIEF LEGAL COUNSEL<br>SUITE 1000<br>SAN FRANCISCO, CA 94105 |
| 2.523 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ORDER FORM Q-01188534 AGREEMENT DATED 06/07/2023 | DOCUSIGN, INC.<br>ATTENTION: JESSICA GLUCK CFO<br>SUITE 1000<br>SAN FRANCISCO, CA 94105 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.524 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM Q-01203508 AGREEMENT DATED 09/29/2023 | DOCUSIGN, INC.<br>ATTENTION: CHRIS PELISSIE OWNER PRESIDENT<br>SUITE 1000<br>SAN FRANCISCO, CA 94105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.525 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM Q-01300163 AGREEMENT DATED 10/06/2023 | DOCUSIGN, INC.<br>ATTENTION: MR. DANNY LIM GENERAL MANAGER<br>SUITE 1000<br>SAN FRANCISCO, CA 94105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.526 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM Q-01300163 AGREEMENT DATED 10/20/2017 | DOCUSIGN, INC.<br>ATTENTION: HUGO GUARDADO<br>SUITE 1000<br>SAN FRANCISCO, CA 94105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.527 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM Q-01305495 AGREEMENT DATED 10/06/2023 | DOCUSIGN, INC.<br>ATTENTION: TRACY VOACOLO<br>SUITE 1000<br>SAN FRANCISCO, CA 94105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.528 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM Q-01374186 AGREEMENT DATED 12/20/2023 | DOCUSIGN, INC.<br>ATTENTION: CONNIE LANDRUM<br>SUITE 1550<br>SAN FRANCISCO, CA 94105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.529 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM Q-01559496 AGREEMENT DATED 06/21/2024 | DOCUSIGN, INC.<br>ATTENTION: RYNO IRWIN<br>SUITE 1550<br>SAN FRANCISCO, CA 94105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.530 | State what the contract or lease is for and the nature of the debtor's interest | 2018 DOCUVAULT AGREEMENT ORDER FORM DATED 03/07/2018 | DOCUVAULT<br>A1 QUADRANTS<br>2ND FLOOR CYBER TOWERS MADHAPUR<br>HYDERABAD, 500081<br>INDIA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.531 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | DOCUVAULT LICENSE AGREEMENT DATED 03/15/2019 | DOCUVAULT<br>A1 QUADRANT<br>3 2ND FLOOR CYBER TOWERS MADHAPUR<br>HYDERABAD, 500081<br>INDIA |
| 2.532 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | 2018 DOCUVAULT AGREEMENT - FULLY EXECUTED DATED 03/07/2018 | DOCUVAULT (BIGWORKS TECHNOLOGIES PVT LTD)<br>A1 QUADRANT<br>2ND FLOOR<br>CYBER TOWERS<br>MADHAPUR<br>HYDERABAD, 500081<br>INDIA |
| 2.533 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FEE AGREEMENT AND CONTRACT OF EMPLOYMENT DATED 04/14/2020 | DOHERTY WAGNER<br>13810 CHAMPION FOREST DR<br>STE. 225<br>HOUSTON, TX 77069 |
| 2.534 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SOLAR PARTNERSHIP AGREEMENT 04/19/2022 AND ALL RELATED AMENDMENTS | DONALD P. DICK AIR CONDITIONING, INC.<br>ATTN: DAVID DICK<br>1444 N WHITLEY AVE.<br>FRESNO, CA 93703 |
| 2.535 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | IPO PROPOSAL AGREEMENT DATED 01/24/2019 | DONNELLEY FINANCIAL SOLUTIONS<br>PO BOX 842282<br>BOSTON, MA 02284 |
| 2.536 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDED AND RESTATED LIMITED LIABILITY COMPANY AGREEMENT DATED 08/27/2024 | DPS HOLDINGS INC.<br>ATTN: ANTHONY SHOEMAKER<br>P.O. BOX 1911<br>FRISCO, TX 75034 |
| 2.537 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FIRST AMENDMENT TO EQUITY COMMITMENT LETTER AGREEMENT DATED 02/13/2025 | DPS HOLDINGS INC.<br>ATTN: M. QUINTON<br>P.O. BOX 1911<br>FRISCO, TX 75034 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.538 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LETTER AGREEMENT DATED 02/13/2025 | DPS HOLDINGS INC.<br>ATTN: ANTHONY SHOEMAKER<br>P.O. BOX 1911<br>FRISCO, TX 75034 |
| 2.539 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LETTER AGREEMENT DATED 08/27/2024 | DPS HOLDINGS INC.<br>ATTN: M. QUINTON<br>P.O. BOX 1911<br>FRISCO, TX 75034 |
| 2.540 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | END-USER WEB SERVICES SUBSCRIPTION AGREEMENT DATED 04/21/2015 | DRAWLOOP TECHNOLOGIES, INC.<br>1 POST<br>SUITE 175<br>IRVINE, CA 92618 |
| 2.541 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER GENERAL TERMS AGREEMENT 06/26/2024 | DREAM FINDERS HOMES LLC<br>14701 PHILIPS HWY<br>SUITE 300<br>JACKSONVILLE, FL 32256 |
| 2.542 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SCOPE OF WORK ADDENDUM TO SUBCONTRACT AGREEMENT 06/25/2024 | DREAM FINDERS HOMES LLC<br>14701 PHILIPS HWY<br>SUITE 300<br>JACKSONVILLE, FL 32256 |
| 2.543 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | DREAMFACTORY SUBSCRIPTION AGREEMENT DATED 09/29/2015 | DREAMFACTORY<br>ATTN: LEGAL DEPARTMENT<br>1999 S. BASCOM AVE.<br>SUITE 928<br>CAMPBELL, CA 95008 |
| 2.544 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GENERAL TERMS AND CONDITIONS AGREEMENT DATED 09/11/2024 | DRY KINGS RESTORATION LLC<br>ONE<br>CALIFORNIA STREET<br>SUITE 2900<br>SAN FRANCISCO, CA 94111 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.545 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 09/11/2024 | DRY KINGS RESTORATION LLC<br>ONE<br>CALIFORNIA STREET<br>SUITE 2900<br>SAN FRANCISCO, CA 94111 |
| 2.546 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | RENEWABLE ENERGY CREDITS PURCHASE AND SALE AGREEMENT DATED 03/11/2025 | DTE ENERGY TRADING, INC.<br>ONE ENERGY PLAZA, 400 WCB<br>DETROIT, MI 48226 |
| 2.547 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | RENEWABLE ENERGY CREDITS PURCHASE AND SALE AGREEMENT DATED 04/03/2025 | DTE ENERGY TRADING, INC.<br>ONE ENERGY PLAZA, 400 WCB<br>DETROIT, MI 48226 |
| 2.548 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | RENEWABLE ENERGY CREDITS PURCHASE AND SALE AGREEMENT DATED 06/01/2023 | DTE ENERGY TRADING, INC.<br>ONE ENERGY PLAZA, 400 WCB<br>DETROIT, MI 48226 |
| 2.549 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | RENEWABLE ENERGY CREDITS PURCHASE AND SALE AGREEMENT DATED 08/28/2024 | DTE ENERGY TRADING, INC.<br>ONE ENERGY PLAZA, 400 WCB<br>DETROIT, MI 48226 |
| 2.550 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONSULTING AGREEMENT DATED 04/15/2025 | NAME ON FILE<br>ADDRESS ON FILE |
| 2.551 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ORDER FORM AGREEMENT DATED 02/09/2022 | DUN & BRADSTREET<br>5335 GATE PARKWAY<br>JACKSONVILLE, FL 32256 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.552 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS AND CONDITIONS AGREEMENT DATED 10/30/2024 | DYNA ELECTRIC, INC<br>540 NORTH MAIN STREET A-1<br>MANCHESTER, CT 06042 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.553 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 10/30/2024 | DYNA ELECTRIC, INC<br>540 NORTH MAIN STREET A-1<br>MANCHESTER, CT 06042 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.554 | State what the contract or lease is for and the nature of the debtor's interest | CHANNEL PARTNER AGREEMENT DATED 10/26/2022 AND ALL RELATED AMENDMENTS | DYNAMIC SLR INC.<br>2280 CAMPBELL CREEK BLVD.<br>SUITE 350<br>RICHARDSON, TX 75082 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.555 | State what the contract or lease is for and the nature of the debtor's interest | THE CONTRACT DOCUMENTS AGREEMENT DATED 09/20/2023 | EE REED CONSTRUCTION, L.P.<br>333 COMMERCE GREEN BLVD<br>SUGAR LAND, TX 77478 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.556 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT | EAGLEVIEW<br>ATTN GENERAL COUNSEL<br>25 METHODIST HILL DRIVE<br>ROCHESTER, NY 14623 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.557 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO CORPORATE PARTNER PROGRAM SERVICES AGREEMENT DATED 07/01/2020 | EAN SERVICES, LLC<br>ATTN: BUSINESS RENTAL SALES DEPARTMENT<br>600 CORPORATE PARK DRIVE<br>ST. LOUIS, MO 63105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.558 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO CORPORATE PARTNER PROGRAM SERVICES AGREEMENT DATED 08/01/2020 | EAN SERVICES, LLC<br>ATTN: BUSINESS RENTAL SALES DEPARTMENT<br>600 CORPORATE PARK DRIVE<br>ST. LOUIS, MO 63105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.559 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO CORPORATE PARTNER PROGRAM SERVICES AGREEMENT DATED 08/15/2020 | EAN SERVICES, LLC<br>ATTN: BUSINESS RENTAL SALES DEPARTMENT<br>600 CORPORATE PARK DRIVE<br>ST. LOUIS, MO 63105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.560 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO CORPORATE PARTNER PROGRAM SERVICES AGREEMENT DATED 11/15/2019 | EAN SERVICES, LLC<br>ATTN: BUSINESS RENTAL SALES DEPARTMENT<br>600 CORPORATE PARK DRIVE<br>ST. LOUIS, MO 63105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.561 | State what the contract or lease is for and the nature of the debtor's interest | CORPORATE PARTNER PROGRAM SERVICES AGREEMENT DATED 03/21/2019 | EAN SERVICES, LLC<br>ATTN: BUSINESS RENTAL SALES DEPARTMENT<br>600 CORPORATE PARK DRIVE<br>ST. LOUIS, MO 63105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.562 | State what the contract or lease is for and the nature of the debtor's interest | CHANNEL PARTNER AGREEMENT DATED 09/26/2022 AND ALL RELATED AMENDMENTS | EARTH SMART SOLAR LLC<br>618 MAIN ST.<br>MONROE, CT 06468 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.563 | State what the contract or lease is for and the nature of the debtor's interest | DEVELOPMENT AND PURCHASE AGREEMENT DATED 12/01/2021 | EBIX INSURANCE COMPLIANCE<br>PO BOX 12010-LC<br>HEMET, CA 92546-8010 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.564 | State what the contract or lease is for and the nature of the debtor's interest | DEVELOPMENT AND PURCHASE AGREEMENT DATED 10/29/2021 | EC DG 2021, LLC<br>EC DG 2021 LLC C/O ENHANCED CAPITAL GROUP<br>ATTN SHANE MCCARTHY AND MAX EDELMAN<br>201 ST. CHARLES AVE.<br>SUITE 3400<br>NEW ORLEANS, LA 70170 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.565 | State what the contract or lease is for and the nature of the debtor's interest | GUARANTY AGREEMENT DATED 10/29/2021 | EC DG 2021, LLC<br>EC DG 2021 LLC C/O ENHANCED CAPITAL GROUP<br>ATTN SHANE MCCARTHY AND MAX EDELMAN<br>201 ST. CHARLES AVE.<br>SUITE 3400<br>NEW ORLEANS, LA 70170 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor: Sunnova Energy Corporation — Case number (If known): 25-90159

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Line | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.566 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GUARANTY AGREEMENT DATED 05/20/2022 | EC DG 2022, LLC<br>C/O ENHANCED CAPITAL GROUP<br>ATTN: SHANE MCCARTHY AND MAX EDELMAN<br>201 ST. CHARLES AVE<br>SUITE 3400<br>NEW ORLEANS, LA 70170 |
| 2.567 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PURCHASING AGREEMENT DATED 10/19/2022 | ECHO ENVIRONMENTAL HOLDINGS, LLC<br>ATTN: CONTRACTS DEPARTMENT<br>1901 GATEWAY DRIVE<br>DALLAS, TX 75038 |
| 2.568 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 03/15/2024 AND ALL RELATED AMENDMENTS | ECOLOOP CONSTRUCTION LLP<br>10 ELM ST.<br>DANVERS, MA 01923 |
| 2.569 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GENERAL TERMS AND CONDITIONS AGREEMENT DATED 06/26/2023 | EDWARDS ROOFING CONTRACTORS<br>5535 MEMORIAL DRIVE<br>SUITE F-1205<br>HOUSTON, TX 77007 |
| 2.570 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 06/26/2023 | EDWARDS ROOFING CONTRACTORS<br>5535 MEMORIAL DRIVE<br>SUITE F-1205<br>HOUSTON, TX 77007 |
| 2.571 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDMENT TO UPGRADE ORDER FORM AGREEMENT DATED 03/29/2021 | EGNYTE INC.<br>1350 W. MIDDLEFIELD RD<br>MOUNTAIN VIEW, CA 94043 |
| 2.572 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | EGNYTE ANNUAL CONTRACT ORDER FORM AGREEMENT DATED 01/16/2017 | EGNYTE INC.<br>1350 W. MIDDLEFIELD RD<br>MOUNTAIN VIEW, CA 94043 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.573 | State what the contract or lease is for and the nature of the debtor's interest | EXTENSION ORDER FORM Q-34353 AGREEMENT DATED 12/09/2022 | EGNYTE INC.<br>1350 W. MIDDLEFIELD RD<br>MOUNTAIN VIEW, CA 94043 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.574 | State what the contract or lease is for and the nature of the debtor's interest | RENEWAL ORDER FORM Q-98506 AGREEMENT DATED 01/30/2025 | EGNYTE INC.<br>1350 W. MIDDLEFIELD RD<br>MOUNTAIN VIEW, CA 94043 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.575 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT DATED 01/30/2015 | EGNYTE INC.<br>ATTENTION: RENE RAUL GARCIA<br>1350 W. MIDDLEFIELD ROAD<br>MOUNTAIN VIEW, CA 94043 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.576 | State what the contract or lease is for and the nature of the debtor's interest | UPGRADE ORDER FORM AGREEMENT DATED 04/12/2023 | EGNYTE INC.<br>1350 W. MIDDLEFIELD RD<br>MOUNTAIN VIEW, CA 94043 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.577 | State what the contract or lease is for and the nature of the debtor's interest | UPGRADE ORDER FORM AGREEMENT DATED 07/05/2023 | EGNYTE INC.<br>1350 W. MIDDLEFIELD RD<br>MOUNTAIN VIEW, CA 94043 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.578 | State what the contract or lease is for and the nature of the debtor's interest | UPGRADE ORDER FORM AGREEMENT DATED 08/08/2023 | EGNYTE INC.<br>1350 W. MIDDLEFIELD RD<br>MOUNTAIN VIEW, CA 94043 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.579 | State what the contract or lease is for and the nature of the debtor's interest | UPGRADE ORDER FORM AGREEMENT DATED 09/05/2024 | EGNYTE INC.<br>1350 W. MIDDLEFIELD RD<br>MOUNTAIN VIEW, CA 94043 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.580 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | UPGRADE ORDER FORM Q-31823 AGREEMENT DATED 10/21/2022 | EGNYTE INC.<br>1350 W. MIDDLEFIELD RD<br>MOUNTAIN VIEW, CA 94043 |
| 2.581 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | EXTENSION ORDER FORM Q-34353 AGREEMENT DATED 12/09/2022 | EGNYTE INC.<br>1350 W. MIDDLEFIELD RD<br>MOUNTAIN VIEW, CA 94043 |
| 2.582 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ORDER FORM - Q-675405 AGREEMENT DATED 03/28/2024 | ELASTICSEARCH, INC<br>88 KEARNY ST.<br>FLOOR 19<br>SAN FRANCISCO, CA 94108 |
| 2.583 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ORDER FORM - Q-679734 AGREEMENT DATED 03/17/2025 | ELASTICSEARCH, INC<br>88 KEARNY ST.<br>FLOOR 19<br>SAN FRANCISCO, CA 94108 |
| 2.584 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER CUSTOMER AGREEMENT | ELASTICSEARCH INC<br>88 KEARNY STREET<br>FLOOR 19<br>SAN FRANCISCO, CA 94108 |
| 2.585 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ORDER FORM AGREEMENT DATED 03/28/2024 | ELASTICSEARCH INC<br>88 KEARNY STREET<br>FLOOR 19<br>SAN FRANCISCO, CA 94108 |
| 2.586 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENGAGEMENT LETTER AGREEMENT DATED 03/11/2024 | ELECTRIC ADVISORS CONSULTING, LLC<br>3 TRAYLOR DRIVE<br>WEST CHESTER, PA 19382 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.587 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STANDARD FORM MARKET PARTICIPANT AGREEMENT DATED 11/14/2024 | ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC.<br>ATTN LEGAL DEPARTMENT<br>8000 METROPOLIS DRIVE<br>BUILDING E<br>SUITE 100<br>AUSTIN, TX 78744 |
| 2.588 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 06/02/2021 | ELECTRONIC RECYCLERS INTERNATIONAL, INC. D/B/A ERI<br>ATTENTION: RYNO IRWIN<br>STE. 140<br>FRESNO, CA 93711 |
| 2.589 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SUBCONTRACTOR BASE AGREEMENT 03/27/2019 AND ALL RELATED AMENDMENTS | ELEMENT BUILT HOMES, INC. DBA ELEMENT BUILT<br>ATTN: CARROL QUICHOCHO<br>8483 DOUGLAS PLAZA DRIVE<br>GRANITE BAY, CA 95746 |
| 2.590 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SUBCONTRACTOR BASE AGREEMENT 09/25/2023 AND ALL RELATED AMENDMENTS | ELEMENT BUILT HOMES, INC. DBA ELEMENT BUILT<br>ATTN: INSURANCE<br>8483 DOUGLAS PLAZA DRIVE<br>GRANITE BAY, CA 95746 |
| 2.591 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GENERAL TERMS AND CONDITIONS AGREEMENT DATED 01/10/2025 | ELEVATION SOLAR LLC<br>2425 S. STEARMAN DRIVE<br>#220<br>CHANDLER, AZ 85286 |
| 2.592 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 01/10/2025 | ELEVATION SOLAR LLC<br>2425 S. STEARMAN DRIVE<br>#220<br>CHANDLER, AZ 85286 |
| 2.593 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SUPPLY AGREEMENT DATED 12/30/2024 | ELIN ENERGY LLC<br>2270 TWINWOOD PKWY<br>BROOKSHIRE, TX 77423 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.594 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SOLAR PARTNERSHIP AGREEMENT 01/26/2021 AND ALL RELATED AMENDMENTS | ELLIOTT HOMES<br>ATTN: THOMAS GAMETTE<br>340 PALLADIO PARKWAY<br>SUITE 521<br>FOLSOM, CA 95630 |
| 2.595 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 02/08/2023 AND ALL RELATED AMENDMENTS | EMPOWER ENERGY SOLUTIONS INC.<br>30 OLD KINGS HIGHWAY SOUTH<br>#1001<br>DARIEN, CT 06820 |
| 2.596 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 02/05/2024 AND ALL RELATED AMENDMENTS | EMPOWER SOLAR, INC.<br>ATTENTION: HUGO GUARDADO<br>#173<br>FRESNO, CA 93710 |
| 2.597 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 02/28/2024 AND ALL RELATED AMENDMENTS | EMPOWER SOLAR, INC. D/B/A EMPOWER ELECTRIC SOLAR<br>ATTENTION: CHRIS PELISSIE OWNER PRESIDENT<br>LANDON WIMMER<br>683 N POLLASKY AVE.<br>CLOVIS, CA 93611 |
| 2.598 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | 401K SPD PLAN AGREEMENT | EMPOWER TRUST COMPANY, LLC<br>8515 EAST ORCHARD ROAD<br>GREENWOOD VILLAGE, CO 80111 |
| 2.599 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | DONATION LETTER OF AGREEMENT DATED 05/23/2019 | EMPOWERED BY LIGHT<br>ATTN: MOIRA HANES<br>522 A1 STREET<br>#108<br>OAKLAND, CA 94607 |
| 2.600 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 08/11/2022 AND ALL RELATED AMENDMENTS | EMT RENEWABLES, LLC<br>523 HOLLYWOOD AVE<br>SUITE 209<br>CHERRY HILL, NJ 08002 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.601 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | TECHNOLOGY INTEGRATION AGREEMENT DATED 11/09/2020 | ENERFLO, LLC<br>ATTN: SPENCER M.N. OBERAN<br>20422 BEACH BOULEVARD<br>SUITE 215<br>HUNTINGTON BEACH, CA 92648 |
| 2.602 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ORDER FORM AGREEMENT DATED 05/13/2021 | ENERGAGE, LLC.<br>397 EAGLEVIEW BLVD<br>SUITE 200<br>EXTON, PA 19341 |
| 2.603 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 10/02/2020 AND ALL RELATED AMENDMENTS | ENERGY CORPORATION CENTER<br>11731 STERLING AVE<br>SUITE G<br>RIVERSIDE, CA 92503 |
| 2.604 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MEMORANDUM OF UNDERSTANDING AGREEMENT DATED 06/30/2021 | ENERGY EFFICIENCY MARKETS LLC<br>25 HUCKLEBERRY RD<br>HOPKINTON, MA 01748 |
| 2.605 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SOLAR PARTNERSHIP AGREEMENT 01/28/2021 AND ALL RELATED AMENDMENTS | ENERGY HOMES INC. D/B/A G.J. GARDNER HOMES<br>ATTN: AMY VERHOEVEN<br>119 S. DOUTY ST.<br>HANFORD, CA 93230 |
| 2.606 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | REBATE PROCESSING SERVICES AGREEMENT DATED 09/19/2019 | ENERGY OUTLET, INC.<br>ATTN: AMRIT PECK OWNER<br>P.O. BOX 2307<br>BLUE JAY, CA 92317 |
| 2.607 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FIRST AMENDMENT TO MASTER SERVICE AGREEMENT DATED 06/26/2024 | ENERGY SOLUTION PROVIDERS LLC<br>P.O. BOX 1576<br>FLORENCE, AZ 85132 |

Debtor Sunnova Energy Corporation Case number (If known): 25-90159

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.608 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GENERAL TERMS AND CONDITIONS AGREEMENT DATED 01/29/2024 | ENERGY SOLUTION PROVIDERS LLC<br>P.O. BOX 1576<br>FLORENCE, AZ 85132 |
| 2.609 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 01/29/2024 | ENERGY SOLUTION PROVIDERS LLC<br>P.O. BOX 1576<br>FLORENCE, AZ 85132 |
| 2.610 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER DEALER AGREEMENT DATED 01/05/2021 | ENERGYGEEKS CORPORATION D/B/A ENERGYPAL<br>8005 FINANCIAL DRIVE<br>SUITE 323<br>BRAMPTON, L6Y6A1<br>CANADA |
| 2.611 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER DEALER AGREEMENT DATED 01/05/2021 AND ALL RELATED AMENDMENTS | ENERGYGEEKS CORPORATION D/B/A ENERGYPAL<br>8005 FINANCIAL DRIVE<br>SUITE 323<br>BRAMPTON, L6Y6A1<br>CANADA |
| 2.612 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | DATA SHARING AGREEMENT DATED 03/14/2025 | ENERGYHUB, INC<br>ATTENTION: LEGAL41<br>FLATBUSH AVENUE<br>SUITE 400A<br>BROOKLYN, NY 11217 |
| 2.613 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MEMBER REFERRAL AGREEMENT | ENERGYSAGE INC<br>PO BOX 960508<br>BOSTON, MA 02196 |
| 2.614 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ADDENDUM FOR ON-PEAK DEMAND RESOURCES AGREEMENT DATED 04/27/2020 | ENERWISE GLOBAL TECHNOLOGIES, LLC D/B/A CPOWER<br>1001 FLEET STREET<br>SUITE 400<br>BALTIMORE, MD 21202 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.615 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDMENT TO THE ISO-NE ADDENDUM FOR ON-PEAK DEMAND RESOURCES AGREEMENT DATED 04/26/2020 | ENERWISE GLOBAL TECHNOLOGIES, LLC D/B/A CPOWER<br>1001 FLEET STREET<br>SUITE 400<br>BALTIMORE, MD 21202 |
| 2.616 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | DEMAND RESPONSE MASTER SERVICE AGREEMENT DATED 01/02/2025 | ENERWISE GLOBAL TECHNOLOGIES, LLC D/B/A CPOWER<br>1001 FLEET STREET<br>SUITE 400<br>BALTIMORE, MD 21202 |
| 2.617 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | DEMAND RESPONSE MASTER SERVICE AGREEMENT DATED 04/27/2020 | ENERWISE GLOBAL TECHNOLOGIES, LLC D/B/A CPOWER<br>1001 FLEET STREET<br>SUITE 400<br>BALTIMORE, MD 21202 |
| 2.618 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK AGREEMENT DATED 08/22/2024 | ENGHOUSE INTERACTIVE INC<br>216 RTE 17 NORTH<br>SUITE 301<br>ROCHELLE PARK, NJ 07662 |
| 2.619 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENGAGEMENT LETTER AGREEMENT DATED 10/08/2021 | ENHANCED CAPITAL RETC MANAGER, LLC<br>600 MADISON AVENUE<br>20TH FLOOR<br>NEW YORK, NY 10022 |
| 2.620 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 12/10/2021 AND ALL RELATED AMENDMENTS | ENLIGHT ENERGY LLC<br>600 CONGRESS AVE.<br>AUSTIN, TX 79701 |
| 2.621 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDED AND RESTATED AMENDMENT NO. 8 TO STRATEGIC ALLIANCE AGREEMENT DATED 02/25/2021 | ENPHASE ENERGY, INC<br>ATTN LEGAL<br>47281 BAYSIDE PKWY.<br>FREMONT, CA 94538 |

Debtor Sunnova Energy Corporation Case number (If known): 25-90159

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.622 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDED AND RESTATED STRATEGIC ALLIANCE AGREEMENT DATED 01/01/2018 | ENPHASE ENERGY, INC<br>NAME LEGAL DEPARTMENT<br>1420 N. MCDOWELL BLVD<br>PETALUMA, CA 94954 |
| 2.623 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDED AND RESTATED STRATEGIC ALLIANCE AGREEMENT DATED 03/03/2017 | ENPHASE ENERGY, INC<br>NAME LEGAL COUNSEL<br>1420 N. MCDOWELL BLVD<br>PETALUMA, CA 94954 |
| 2.624 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDMENT NO. 1 TO AGREEMENT RE DATED 06/09/2022 | ENPHASE ENERGY, INC<br>ATTN LEGAL<br>47281 BAYSIDE PKWY.<br>FREMONT, CA 94538 |
| 2.625 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDMENT NO. 1 TO SECOND AMENDED AND RESTATED STRATEGIC ALLIANCE AGREEMENT DATED 07/28/2022 | ENPHASE ENERGY, INC<br>ATTN LEGAL<br>47281 BAYSIDE PKWY.<br>FREMONT, CA 94538 |
| 2.626 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDMENT NO. 1 TO STRATEGIC ALLIANCE AGREEMENT DATED 07/24/2018 | ENPHASE ENERGY, INC<br>ATTN LEGAL<br>47281 BAYSIDE PKWY.<br>FREMONT, CA 94538 |
| 2.627 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDMENT NO. 10 TO STRATEGIC ALLIANCE AGREEMENT DATED 07/01/2021 | ENPHASE ENERGY, INC<br>ATTN LEGAL<br>47281 BAYSIDE PKWY.<br>FREMONT, CA 94538 |
| 2.628 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDMENT NO. 11 TO STRATEGIC ALLIANCE AGREEMENT DATED 09/17/2021 | ENPHASE ENERGY, INC<br>ATTN LEGAL<br>47281 BAYSIDE PKWY.<br>FREMONT, CA 94538 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.629 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 12 TO STRATEGIC ALLIANCE AGREEMENT DATED 06/01/2021 | ENPHASE ENERGY, INC<br>ATTN LEGAL<br>47281 BAYSIDE PKWY.<br>FREMONT, CA 94538 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.630 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 13 TO STRATEGIC ALLIANCE AGREEMENT DATED 10/01/2021 | ENPHASE ENERGY, INC<br>ATTN LEGAL<br>47281 BAYSIDE PKWY.<br>FREMONT, CA 94538 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.631 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 14 TO STRATEGIC ALLIANCE AGREEMENT DATED 10/10/2021 | ENPHASE ENERGY, INC<br>ATTN LEGAL<br>47281 BAYSIDE PKWY.<br>FREMONT, CA 94538 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.632 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 15 TO STRATEGIC ALLIANCE AGREEMENT DATED 03/01/2022 | ENPHASE ENERGY, INC<br>ATTN LEGAL<br>47281 BAYSIDE PKWY.<br>FREMONT, CA 94538 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.633 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 2 TO SECOND AMENDED AND RESTATED STRATEGIC ALLIANCE AGREEMENT DATED 09/08/2022 | ENPHASE ENERGY, INC<br>ATTN LEGAL<br>47281 BAYSIDE PKWY.<br>FREMONT, CA 94538 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.634 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 2 TO STRATEGIC ALLIANCE AGREEMENT DATED 01/01/2019 | ENPHASE ENERGY, INC<br>ATTN LEGAL<br>47281 BAYSIDE PKWY.<br>FREMONT, CA 94538 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.635 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 3 TO SECOND AMENDED AND RESTATED STRATEGIC ALLIANCE AGREEMENT DATED 09/30/2022 | ENPHASE ENERGY, INC<br>ATTN LEGAL<br>47281 BAYSIDE PKWY.<br>FREMONT, CA 94538 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.636 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 3 TO STRATEGIC ALLIANCE AGREEMENT DATED 03/12/2019 | ENPHASE ENERGY, INC<br>ATTN LEGAL<br>47281 BAYSIDE PKWY.<br>FREMONT, CA 94538 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.637 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 4 TO SECOND AMENDED AND RESTATED STRATEGIC ALLIANCE AGREEMENT DATED 11/11/2022 | ENPHASE ENERGY, INC<br>ATTN LEGAL<br>47281 BAYSIDE PKWY.<br>FREMONT, CA 94538 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.638 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 4 TO STRATEGIC ALLIANCE AGREEMENT DATED 05/28/2019 | ENPHASE ENERGY, INC<br>ATTN LEGAL<br>47281 BAYSIDE PKWY.<br>FREMONT, CA 94538 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.639 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 5 TO SECOND AMENDED AND RESTATED STRATEGIC ALLIANCE AGREEMENT DATED 12/01/2022 | ENPHASE ENERGY, INC<br>ATTN LEGAL<br>47281 BAYSIDE PKWY.<br>FREMONT, CA 94538 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.640 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 5 TO STRATEGIC ALLIANCE AGREEMENT DATED 10/01/2019 | ENPHASE ENERGY, INC<br>ATTN LEGAL<br>47281 BAYSIDE PKWY.<br>FREMONT, CA 94538 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.641 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 6 TO SECOND AMENDED AND RESTATED STRATEGIC ALLIANCE AGREEMENT DATED 02/22/2024 | ENPHASE ENERGY, INC<br>ATTN LEGAL<br>47281 BAYSIDE PKWY.<br>FREMONT, CA 94538 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.642 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 6 TO STRATEGIC ALLIANCE AGREEMENT DATED 12/26/2019 | ENPHASE ENERGY, INC<br>ATTN LEGAL<br>47281 BAYSIDE PKWY.<br>FREMONT, CA 94538 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.643 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDMENT NO. 7 TO STRATEGIC ALLIANCE AGREEMENT DATED 12/22/2020 | ENPHASE ENERGY, INC<br>ATTN LEGAL<br>47281 BAYSIDE PKWY.<br>FREMONT, CA 94538 |
| 2.644 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDMENT NO. 9 TO STRATEGIC ALLIANCE AGREEMENT DATED 04/28/2021 | ENPHASE ENERGY, INC<br>ATTN LEGAL<br>47281 BAYSIDE PKWY.<br>FREMONT, CA 94538 |
| 2.645 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONSENT AND AGREEMENT DATED 12/30/2019 | ENPHASE ENERGY, INC<br>ATTN LEGAL<br>47281 BAYSIDE PKWY.<br>FREMONT, CA 94538 |
| 2.646 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENPHASE API AGREEMENT DATED 04/20/2022 | ENPHASE ENERGY, INC<br>ATTN LEGAL<br>47281 BAYSIDE PKWY.<br>FREMONT, CA 94538 |
| 2.647 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | OFF-MARKET API LICENSE AGREEMENT | ENPHASE ENERGY, INC<br>ATTN LEGAL<br>47281 BAYSIDE PKWY.<br>FREMONT, CA 94538 |
| 2.648 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SALES TERMS AND CONDITIONS DATED 01/00/1900 AND ALL RELATED AMENDMENTS | ENPHASE ENERGY, INC<br>ATTN LEGAL<br>47281 BAYSIDE PKWY.<br>FREMONT, CA 94538 |
| 2.649 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SECOND AMENDED AND RESTATED STRATEGIC ALLIANCE AGREEMENT DATED 01/01/2022 | ENPHASE ENERGY, INC<br>47281 BAYSIDE PARKWAY<br>FREMONT, CA 94538 |

Debtor Sunnova Energy Corporation Case number (If known): 25-90159
Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.650 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SIXTH AMENDMENT TO SECOND AMENDED AND RESTATED STRATEGIC ALLIANCE AGREEMENT DATED 10/27/2023 | ENPHASE ENERGY, INC<br>47281 BAYSIDE PARKWAY<br>FREMONT, CA 94538 |
| 2.651 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GUARANTY AGREEMENT DATED 09/30/2024 | ENTERPRISE BANK & TRUST<br>ATTN: CHRISSY<br>MAURER VP SPECIALIZED BANKING TEAM LEAD150<br>N MERAMEC AVENUE<br>CLAYTON, MO 63105 |
| 2.652 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CORPORATE PARTNER PROGRAM SERVICES AGREEMENT DATED 03/21/2019 | ENTERPRISE HOLDINGS INC<br>ENTERPRISE DAMAGE RECOVERY UNIT<br>600 CORPORATE PARK DR<br>SAINT LOUIS, MO 63105 |
| 2.653 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | DATA EXCHANGE AGREEMENT | ENVUE TELEMATICS, LLC<br>119 W TYLER STREET<br>SUITE 100<br>LONGVIEW, TX 75601 |
| 2.654 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER END USER SERVICE AGREEMENT DATED 12/19/2022 | ENVUE TELEMATICS, LLC<br>119 W TYLER STREET<br>SUITE 100<br>LONGVIEW, TX 75601 |
| 2.655 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SERVICE ORDER TYPE LEASE OPTIONAL HW YES AGREEMENT DATED 12/15/2022 | ENVUE TELEMATICS, LLC<br>119 W TYLER STREET<br>SUITE 100<br>LONGVIEW, TX 75601 |
| 2.656 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | EORIGINAL TASK ORDER AGREEMENT DATED 10/20/2017 | EORIGINAL, INC.<br>351 WEST CAMDEN STREET<br>SUITE 800<br>BALTIMORE, MD 21201 |

Debtor Sunnova Energy Corporation Case number (If known): 25-90159
Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.657 | State what the contract or lease is for and the nature of the debtor's interest | CHANNEL PARTNER AGREEMENT DATED 05/17/2023 AND ALL RELATED AMENDMENTS | EQUINOX SOLAR INC D/B/A BRILLIANT SOLAR<br>1 S. MAIN ST<br>STE 1C<br>TOMS RIVER, NJ 08757 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.658 | State what the contract or lease is for and the nature of the debtor's interest | MASTER DEALER AGREEMENT DATED 03/02/2020 AND ALL RELATED AMENDMENTS | EQUINOX SOLAR INC D/B/A BRILLIANT SOLAR<br>1 S. MAIN ST<br>STE 1C<br>TOMS RIVER, NJ 08757 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.659 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | ERIC WINTERS GOFF, LLC DBA GOFF POLICY<br>600 CONGRESS AVE<br>STE 1400<br>AUSTIN, TX 78701 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.660 | State what the contract or lease is for and the nature of the debtor's interest | LOAN AND SECURITY AGREEMENT DATED 09/27/2023 | ERICKSON VETERINARY HOSPITAL INC.<br>11181 MIDWAY<br>CHICO, CA 95928 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.661 | State what the contract or lease is for and the nature of the debtor's interest | SOLAR PURCHASE AGREEMENT DATED 09/27/2023 | ERICKSON VETERINARY HOSPITAL INC.<br>11181 MIDWAY<br>CHICO, CA 95928 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.662 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO AGREEMENT DATED 04/13/2021 | ERNST & YOUNG LLP<br>ONE MANHATTAN<br>WEST NEW YORK, NY 10001 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.663 | State what the contract or lease is for and the nature of the debtor's interest | ASSET FILE TO DATA FILE COMPARISON AUP REPORT ASSERTION AND REPRESENTATIONS LETTER AGREEMENT DATED 02/01/2024 | ERNST & YOUNG LLP<br>ONE MANHATTAN<br>WEST NEW YORK, NY 10001 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.664 State what the contract or lease is for and the nature of the debtor's interest | ASSET FILE TO DATA FILE COMPARISON AUP REPORT ASSERTION AND REPRESENTATIONS LETTER AGREEMENT DATED 06/10/2024 | ERNST & YOUNG LLP<br>ONE MANHATTAN<br>WEST NEW YORK, NY 10001 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.665 State what the contract or lease is for and the nature of the debtor's interest | ASSET FILE TO DATA FILE COMPARISON AUP REPORT ASSERTION AND REPRESENTATIONS LETTER AGREEMENT DATED 07/08/2021 | ERNST & YOUNG LLP<br>ONE MANHATTAN<br>WEST NEW YORK, NY 10001 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.666 State what the contract or lease is for and the nature of the debtor's interest | ASSET FILE TO DATA FILE COMPARISON AUP REPORT ASSERTION AND REPRESENTATIONS LETTER AGREEMENT DATED 07/12/2024 | ERNST & YOUNG LLP<br>ONE MANHATTAN<br>WEST NEW YORK, NY 10001 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.667 State what the contract or lease is for and the nature of the debtor's interest | ASSET FILE TO DATA FILE COMPARISON AUP REPORT ASSERTION AND REPRESENTATIONS LETTER AGREEMENT DATED 07/29/2022 | ERNST & YOUNG LLP<br>ONE MANHATTAN<br>WEST NEW YORK, NY 10001 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.668 State what the contract or lease is for and the nature of the debtor's interest | ASSET FILE TO DATA FILE COMPARISON AUP REPORT ASSERTION AND REPRESENTATIONS LETTER AGREEMENT DATED 08/07/2023 | ERNST & YOUNG LLP<br>ONE MANHATTAN<br>WEST NEW YORK, NY 10001 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.669 State what the contract or lease is for and the nature of the debtor's interest | ASSET FILE TO DATA FILE COMPARISON AUP REPORT ASSERTION AND REPRESENTATIONS LETTER AGREEMENT DATED 10/07/2021 | ERNST & YOUNG LLP<br>ONE MANHATTAN<br>WEST NEW YORK, NY 10001 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.670 State what the contract or lease is for and the nature of the debtor's interest | ASSET FILE TO DATA FILE COMPARISON AUP REPORT ASSERTION AND REPRESENTATIONS LETTER AGREEMENT DATED 10/09/2023 | ERNST & YOUNG LLP<br>ONE MANHATTAN<br>WEST NEW YORK, NY 10001 |
| State the term remaining | | |
| List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.671 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSET FILE TO DATA FILE COMPARISON AUP REPORT ASSERTIONS AND REPRESENTATIONS LETTER AGREEMENT DATED 06/02/2021 | ERNST & YOUNG LLP<br>ONE MANHATTAN<br>WEST NEW YORK, NY 10001 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.672 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSET FILE TO DATA FILE COMPARISON AUP REPORT ASSERTIONS AND REPRESENTATIONS LETTER AGREEMENT DATED 06/05/2020 | ERNST & YOUNG LLP<br>ONE MANHATTAN<br>WEST NEW YORK, NY 10001 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.673 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER FOR AGREEMENT WITH GENERAL TERMS AND CONDITIONS DATED 04/05/2016 | ERNST & YOUNG LLP<br>ONE MANHATTAN<br>WEST NEW YORK, NY 10001 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.674 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 11/21/2024 | ERNST & YOUNG LLP<br>ONE MANHATTAN<br>WEST NEW YORK, NY 10001 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.675 | **State what the contract or lease is for and the nature of the debtor's interest** | SECURITIZATION OFFERING DOCUMENTS AUP REPORTS ASSERTION AND REPRESENTATIONS LETTER AGREEMENT DATED 02/22/2024 | ERNST & YOUNG LLP<br>ONE MANHATTAN<br>WEST NEW YORK, NY 10001 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.676 | **State what the contract or lease is for and the nature of the debtor's interest** | SECURITIZATION OFFERING DOCUMENTS AUP REPORTS ASSERTION AND REPRESENTATIONS LETTER AGREEMENT DATED 02/23/2022 | ERNST & YOUNG LLP<br>ONE MANHATTAN<br>WEST NEW YORK, NY 10001 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.677 | **State what the contract or lease is for and the nature of the debtor's interest** | SECURITIZATION OFFERING DOCUMENTS AUP REPORTS ASSERTION AND REPRESENTATIONS LETTER AGREEMENT DATED 04/25/2023 | ERNST & YOUNG LLP<br>ONE MANHATTAN<br>WEST NEW YORK, NY 10001 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.678 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SECURITIZATION OFFERING DOCUMENTS AUP REPORTS ASSERTION AND REPRESENTATIONS LETTER AGREEMENT DATED 04/28/2023 | ERNST & YOUNG LLP<br>ONE MANHATTAN<br>WEST NEW YORK, NY 10001 |
| 2.679 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SECURITIZATION OFFERING DOCUMENTS AUP REPORTS ASSERTION AND REPRESENTATIONS LETTER AGREEMENT DATED 05/15/2023 | ERNST & YOUNG LLP<br>ONE MANHATTAN<br>WEST NEW YORK, NY 10001 |
| 2.680 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SECURITIZATION OFFERING DOCUMENTS AUP REPORTS ASSERTION AND REPRESENTATIONS LETTER AGREEMENT DATED 06/03/2024 | ERNST & YOUNG LLP<br>ONE MANHATTAN<br>WEST NEW YORK, NY 10001 |
| 2.681 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SECURITIZATION OFFERING DOCUMENTS AUP REPORTS ASSERTION AND REPRESENTATIONS LETTER AGREEMENT DATED 06/24/2022 | ERNST & YOUNG LLP<br>ONE MANHATTAN<br>WEST NEW YORK, NY 10001 |
| 2.682 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SECURITIZATION OFFERING DOCUMENTS AUP REPORTS ASSERTION AND REPRESENTATIONS LETTER AGREEMENT DATED 07/26/2021 | ERNST & YOUNG LLP<br>ONE MANHATTAN<br>WEST NEW YORK, NY 10001 |
| 2.683 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SECURITIZATION OFFERING DOCUMENTS AUP REPORTS ASSERTION AND REPRESENTATIONS LETTER AGREEMENT DATED 08/16/2022 | ERNST & YOUNG LLP<br>ONE MANHATTAN<br>WEST NEW YORK, NY 10001 |
| 2.684 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SECURITIZATION OFFERING DOCUMENTS AUP REPORTS ASSERTION AND REPRESENTATIONS LETTER AGREEMENT DATED 08/29/2023 | ERNST & YOUNG LLP<br>ONE MANHATTAN<br>WEST NEW YORK, NY 10001 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.685 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SECURITIZATION OFFERING DOCUMENTS AUP REPORTS ASSERTION AND REPRESENTATIONS LETTER AGREEMENT DATED 10/25/2021 | ERNST & YOUNG LLP<br>ONE MANHATTAN<br>WEST NEW YORK, NY 10001 |
| 2.686 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SECURITIZATION OFFERING DOCUMENTS AUP REPORTS ASSERTION AND REPRESENTATIONS LETTER AGREEMENT DATED 11/07/2023 | ERNST & YOUNG LLP<br>ONE MANHATTAN<br>WEST NEW YORK, NY 10001 |
| 2.687 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SECURITIZATION OFFERING DOCUMENTS AUP REPORTS ASSERTION AND REPRESENTATIONS LETTER AGREEMENT DATED 11/09/2022 | ERNST & YOUNG LLP<br>ONE MANHATTAN<br>WEST NEW YORK, NY 10001 |
| 2.688 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SECURITIZATION OFFERING DOCUMENTS AUP REPORTS ASSERTIONS AND REPRESENTATIONS LETTER AGREEMENT DATED 06/16/2021 | ERNST & YOUNG LLP<br>ONE MANHATTAN<br>WEST NEW YORK, NY 10001 |
| 2.689 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SERVICE AGREEMENT WITH GENERAL TERMS AND CONDITIONS DATED 04/05/2016 | ERNST & YOUNG LLP<br>ONE MANHATTAN<br>WEST NEW YORK, NY 10001 |
| 2.690 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SOW AMENDMENT AGREEMENT DATED 09/18/2024 | ERNST & YOUNG LLP<br>ONE MANHATTAN<br>WEST NEW YORK, NY 10001 |
| 2.691 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK AGREEMENT DATED 01/08/2017 | ERNST & YOUNG LLP<br>ONE MANHATTAN<br>WEST NEW YORK, NY 10001 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.692 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK AGREEMENT DATED 01/17/2023 | ERNST & YOUNG LLP<br>ONE MANHATTAN<br>WEST NEW YORK, NY 10001 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.693 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK AGREEMENT DATED 01/20/2017 | ERNST & YOUNG LLP<br>ONE MANHATTAN<br>WEST NEW YORK, NY 10001 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.694 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK AGREEMENT DATED 02/15/2022 | ERNST & YOUNG LLP<br>ONE MANHATTAN<br>WEST NEW YORK, NY 10001 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.695 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK AGREEMENT DATED 03/01/2023 | ERNST & YOUNG LLP<br>ONE MANHATTAN<br>WEST NEW YORK, NY 10001 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.696 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK AGREEMENT DATED 03/31/2021 | ERNST & YOUNG LLP<br>ONE MANHATTAN<br>WEST NEW YORK, NY 10001 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.697 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK AGREEMENT DATED 04/08/2020 | ERNST & YOUNG LLP<br>ONE MANHATTAN<br>WEST NEW YORK, NY 10001 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.698 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK AGREEMENT DATED 05/08/2024 | ERNST & YOUNG LLP<br>ONE MANHATTAN<br>WEST NEW YORK, NY 10001 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.699 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK AGREEMENT DATED 05/12/2021 | ERNST & YOUNG LLP<br>ONE MANHATTAN<br>WEST NEW YORK, NY 10001 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.700 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK AGREEMENT DATED 06/14/2022 | ERNST & YOUNG LLP<br>ONE MANHATTAN<br>WEST NEW YORK, NY 10001 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.701 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK AGREEMENT DATED 06/28/2023 | ERNST & YOUNG LLP<br>ONE MANHATTAN<br>WEST NEW YORK, NY 10001 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.702 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK AGREEMENT DATED 08/25/2021 | ERNST & YOUNG LLP<br>ONE MANHATTAN<br>WEST NEW YORK, NY 10001 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.703 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK AGREEMENT DATED 09/09/2022 | ERNST & YOUNG LLP<br>ONE MANHATTAN<br>WEST NEW YORK, NY 10001 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.704 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK AGREEMENT DATED 09/11/2023 | ERNST & YOUNG LLP<br>ONE MANHATTAN<br>WEST NEW YORK, NY 10001 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.705 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK AGREEMENT DATED 09/22/2023 | ERNST & YOUNG LLP<br>ONE MANHATTAN<br>WEST NEW YORK, NY 10001 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.706 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK AGREEMENT DATED 09/25/2024 | ERNST & YOUNG LLP<br>ONE MANHATTAN<br>WEST NEW YORK, NY 10001 |
| 2.707 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK AGREEMENT DATED 12/09/2020 | ERNST & YOUNG LLP<br>ONE MANHATTAN<br>WEST NEW YORK, NY 10001 |
| 2.708 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK AGREEMENT DATED 12/16/2021 | ERNST & YOUNG LLP<br>ONE MANHATTAN<br>WEST NEW YORK, NY 10001 |
| 2.709 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK AGREEMENT DATED 12/19/2023 | ERNST & YOUNG LLP<br>ONE MANHATTAN<br>WEST NEW YORK, NY 10001 |
| 2.710 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ORDER FORM TO SUBSCRIPTION AGREEMENT | ESPER.IO, INC.<br>3600 136 TH PL SE<br>SUITE 220<br>BELLEVUE, WA 98006 |
| 2.711 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK (SOW) AGREEMENT DATED 07/30/2016 | ET MARLABS PRIVATE LIMITED<br>NO. C-18<br>SMILEE GREENS ESTATE CLUB COMPLEX<br>HUSKUR ROAD<br>BENGALURU KARNATAKA, 560099<br>INDIA |
| 2.712 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK (SOW) AGREEMENT DATED 11/06/2017 | ET MARLABS PRIVATE LIMITED<br>NO. C-18<br>SMILEE GREENS ESTATE CLUB COMPLEX<br>HUSKUR ROAD<br>BENGALURU KARNATAKA, 560099<br>INDIA |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.713 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | EXPENSE AGREEMENT DATED 02/12/2020 | ETHOS SPECIALTY INSURANCE SERVICES LLC<br>ASCOT US HOLDING CORPORATION<br>175 BROADHOLLOW RD<br>SUITE 150<br>MELVILLE, NY 11747 |
| 2.714 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 02/14/2024 AND ALL RELATED AMENDMENTS | ETW ENERGY<br>331 N PANAM EXPRESSWAY<br>SAN ANTONIO, TX 78219 |
| 2.715 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER DEALER AGREEMENT DATED 06/02/2022 AND ALL RELATED AMENDMENTS | EVERGREEN SOLAR INC<br>545 PAWTUCKET AVE C302<br>PAWTUCKET, RI 02860 |
| 2.716 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AGREEMENT TO TERMINATE ORDER FORM DATED 02/01/2016 | EXACTTARGET INC.<br>36 S PENNSYLVANIA<br>INDIANAPOLIS, IN 46204 |
| 2.717 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ORDER FORM Q-0220616 AGREEMENT DATED 03/23/2015 | EXACTTARGET INC.<br>20 NORTH MERIDIAN ST.<br>SUITE 200<br>INDIANAPOLIS, IN 46204 |
| 2.718 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ORDER FORM Q-0220776 AGREEMENT DATED 03/23/2015 | EXACTTARGET INC.<br>20 NORTH MERIDIAN ST.<br>SUITE 200<br>INDIANAPOLIS, IN 46204 |
| 2.719 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ORDER FORM Q-0220882 AGREEMENT DATED 03/24/2015 | EXACTTARGET INC.<br>20 NORTH MERIDIAN ST.<br>SUITE 200<br>INDIANAPOLIS, IN 46204 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.720 | State what the contract or lease is for and the nature of the debtor's interest | CHANNEL PARTNER AGREEMENT DATED 07/06/2023 AND ALL RELATED AMENDMENTS | EXO ENERGY INC<br>1358 LA MIRADA DR.<br>SAN MARCOS, CA 92078 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.721 | State what the contract or lease is for and the nature of the debtor's interest | USER AGREEMENT DATED 07/25/2024 | EXPEL, INC.<br>12950 WORLDGATE DRIVE<br>#200<br>HERNDON, VA 20170 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.722 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR SIGNATURE- SOW DATED 05/03/2022 | EXPERIAN INFORMATION SOLUTIONS<br>475 ANTON BOULEVARD<br>COSTA MESA, CA 92626 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.723 | State what the contract or lease is for and the nature of the debtor's interest | DATA QUALITY PROFESSIONAL SERVICES STATEMENT OF WORK AGREEMENT DATED 05/03/2019 | EXPERIAN INFORMATION SOLUTIONS<br>475 ANTON BOULEVARD<br>COSTA MESA, CA 92626 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.724 | State what the contract or lease is for and the nature of the debtor's interest | EXPERIAN DATA QUALITY PROFESSIONAL SERVICES STATEMENT OF WORK AGREEMENT DATED 05/03/2022 | EXPERIAN INFORMATION SOLUTIONS<br>475 ANTON BOULEVARD<br>COSTA MESA, CA 92626 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.725 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER AGREEMENT DATED 02/25/2019 | EXPERIAN INFORMATION SOLUTIONS<br>475 ANTON BOULEVARD<br>COSTA MESA, CA 92626 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.726 | State what the contract or lease is for and the nature of the debtor's interest | CONSUMER SERVICES SCHEDULE AGREEMENT DATED 11/15/2012 | EXPERIAN INFORMATION SOLUTIONS INC<br>ATTN GENERAL COUNSEL<br>475 ANTON BOULEVARD<br>COSTA MESA, CA 92626 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.727 | State what the contract or lease is for and the nature of the debtor's interest | CREDIT SCORING SERVICES AGREEMENT DATED 11/15/2012 | EXPERIAN INFORMATION SOLUTIONS INC<br>ATTN GENERAL COUNSEL<br>475 ANTON BOULEVARD<br>COSTA MESA, CA 92626 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.728 | State what the contract or lease is for and the nature of the debtor's interest | PRICING ADDENDUM AGREEMENT DATED 11/15/2012 | EXPERIAN INFORMATION SOLUTIONS INC<br>ATTN GENERAL COUNSEL<br>475 ANTON BOULEVARD<br>COSTA MESA, CA 92626 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.729 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT DATED 09/17/2021 | EXPERIAN INFORMATION SOLUTIONS INC<br>475 ANTON BLVD<br>COSTA MESA, CA 92626 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.730 | State what the contract or lease is for and the nature of the debtor's interest | SMARTSEARCH ONLINE SERVICES AGREEMENT | EXPERIAN INFORMATION SOLUTIONS INC<br>475 ANTON BLVD<br>COSTA MESA, CA 92626 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.731 | State what the contract or lease is for and the nature of the debtor's interest | STANDARD TERMS AND CONDITIONS AGREEMENT DATED 11/15/2012 | EXPERIAN INFORMATION SOLUTIONS INC<br>475 ANTON BLVD<br>COSTA MESA, CA 92626 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.732 | State what the contract or lease is for and the nature of the debtor's interest | CHANNEL PARTNER AGREEMENT DATED 05/19/2023 AND ALL RELATED AMENDMENTS | EXPERT, INC.<br>14520 MCCORMICK DR.<br>TAMPA, FL 33626 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.733 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT DATED 07/29/2024 AND ALL RELATED AMENDMENTS | EXPERT, INC.<br>ATTN FATMIR<br>14520 MCCORMICK DRIVE<br>TAMPA, FL 33626 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.734 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | RENTAL AGREEMENT DATED 09/07/2023 | EXTRA SPACE MANAGEMENT, INC.<br>3666 CORAL WAY<br>MIAMI, FL 33145 |
| 2.735 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PLACEMENT AGREEMENT DATED 11/04/2024 | FALLBROOK TAX CREDITS LLC<br>26610 AGOURA ROAD<br>SUITE 120<br>CALABASAS, CA 91302 |
| 2.736 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PLACEMENT AGREEMENT DATED 12/11/2023 | FALLBROOK TAX CREDITS LLC<br>26610 AGOURA ROAD<br>SUITE 120<br>CALABASAS, CA 91302 |
| 2.737 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 12/05/2023 | FB ALARMS INC. D/B/A FB INTEGRATED SOLUTIONS<br>ATTENTION<br>RAY AYRUMYAN<br>50 KEARNEY ROAD<br>SUITE 11<br>NEEDHAM, MA 02494 |
| 2.738 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | DATA RELEASE AUTHORIZATION AGREEMENT DATED 08/27/2024 | FCM TRAVEL SOLUTIONS GLOBAL<br>FCM TRAVEL SOLUTIONS GLOBAL<br>275 GREY STREET<br>SOUTH BRISBANE QLD, 4101<br>AUSTRALIA |
| 2.739 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENGAGEMENT LETTER AGREEMENT DATED 02/16/2023 | FENNEMORE DOWLING AARON<br>8080 N PALM AVENUE<br>THIRD FLOOR<br>FRESNO, CA 93711 |
| 2.740 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER VENDOR AGREEMENT 10/09/2017 AND ALL RELATED AMENDMENTS | FH II HOMEBUILDERS, INC.<br>ATTN PURCHASING DEPARTMENT ATTN CHIEF LEGAL OFFICER<br>8300 UTICA AVE<br>SUITE 300<br>RANCHO CUCAMONGA, CA 91730 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.741 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STAFFING SERVICES AGREEMENT DATED 06/01/2020 | FIELDBRIDGE ENERGY, LLC<br>11606 WILCANT LN<br>CYPRESS, TX 77429 |
| 2.742 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONSULTING SERVICES SOW DATED 12/05/2018 | FINANCIALFORCE.COM, INC.<br>595 MARKET STREET<br>SUITE 2700<br>SAN FRANCISCO, CA 94105 |
| 2.743 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SUBSCRIPTION AGREEMENT DATED 03/31/2015 | FINANCIALFORCE.COM, INC.<br>ATTENTION: RENE RAUL GARCIA<br>595 MARKET STREET<br>SUITE 2700<br>SAN FRANCISCO, CA 94105 |
| 2.744 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTERSUBSCRIPTIONAGREEMEN T | FINANCIALFORCE.COM, INC.<br>ATTENTION: RENE RAUL GARCIA<br>595 MARKET STREET<br>SUITE 2700<br>SAN FRANCISCO, CA 94105 |
| 2.745 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SALES ORDER FORM AGREEMENT DATED 07/04/2022 | FINANCIALFORCE.COM, INC.<br>ATTENTION: RENE RAUL GARCIA<br>595 MARKET STREET<br>SUITE 2700<br>SAN FRANCISCO, CA 94105 |
| 2.746 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SALES ORDER FORM AGREEMENT DATED 12/18/2023 | FINANCIALFORCE.COM, INC.<br>ATTENTION: RENE RAUL GARCIA<br>595 MARKET STREET<br>SUITE 2700<br>SAN FRANCISCO, CA 94105 |
| 2.747 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK AGREEMENT DATED 02/14/2019 | FINANCIALFORCE.COM, INC.<br>595 MARKET STREET<br>SUITE 2700<br>SAN FRANCISCO, CA 94105 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.748 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK AGREEMENT DATED 06/27/2023 | FINANCIALFORCE.COM, INC.<br>ATTENTION: RENE RAUL GARCIA<br>595 MARKET STREET<br>SUITE 2700<br>SAN FRANCISCO, CA 94105 |
| 2.749 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK AGREEMENT DATED 07/27/2023 | FINANCIALFORCE.COM, INC.<br>ATTENTION: RENE RAUL GARCIA<br>595 MARKET STREET<br>SUITE 2700<br>SAN FRANCISCO, CA 94105 |
| 2.750 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MANAGEMENT SERVICE AGREEMENT DATED 05/09/2016 | FIRCROFT ENGINEERING SERVICES LIMITED<br>ATTN: IAN ANTROBUS<br>3 RIVERWAY<br>SUITE 825<br>HOUSTON, TX 77056 |
| 2.751 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONTRACTOR PROGRAM BACKGROUND SCREENING SERVICES AGREEMENT DATED 09/09/2022 | FIRST ADVANTAGE ENTERPRISE SCREENING CORPORATION<br>1 CONCOURSE PARKWAY NE<br>SUITE 200<br>ATLANTA, GA 30328 |
| 2.752 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDED AND RESTATED GUARANTY AGREEMENT DATED 05/21/2018 | FIRSTAR DEVELOPMENT, LLC<br>ATTN JACOB HAYES<br>505 7TH STREET MAIL CODE<br>SL-MO-T10M<br>ST. LOUIS, MO 63103 |
| 2.753 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | APPRAISAL REPORT AGREEMENT DATED 05/17/2018 | FIRSTAR DEVELOPMENT, LLC<br>ATTN JACOB HAYES<br>505 7TH STREET MAIL CODE<br>SL-MO-T10M<br>ST. LOUIS, MO 63103 |
| 2.754 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONFIRMATION AND REAFFIRMATION OF GUARANTY AGREEMENT DATED 01/06/2025 | FIRSTAR DEVELOPMENT, LLC<br>ATTN JACOB HAYES<br>505 7TH STREET MAIL CODE<br>SL-MO-T10M<br>ST. LOUIS, MO 63103 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.755 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | CONFIRMATION AND REAFFIRMATION OF GUARANTY AGREEMENT DATED 06/30/2023 | FIRSTAR DEVELOPMENT, LLC<br>ATTN JACOB HAYES<br>505 7TH STREET MAIL CODE<br>SL-MO-T10M<br>ST. LOUIS, MO 63103 |
| 2.756 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | CONFIRMATION AND REAFFIRMATION OF GUARANTY AGREEMENT DATED 10/23/2024 | FIRSTAR DEVELOPMENT, LLC<br>ATTN JACOB HAYES<br>505 7TH STREET MAIL CODE<br>SL-MO-T10M<br>ST. LOUIS, MO 63103 |
| 2.757 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | ENGAGEMENT LETTER AGREEMENT DATED 07/28/2022 | FIRSTAR DEVELOPMENT, LLC<br>ATTN JACOB HAYES<br>505 7TH STREET MAIL CODE<br>SL-MO-T10M<br>ST. LOUIS, MO 63103 |
| 2.758 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | ENGAGEMENT LETTER AGREEMENT DATED 11/16/2022 | FIRSTAR DEVELOPMENT, LLC<br>ATTN JACOB HAYES<br>505 7TH STREET MAIL CODE<br>SL-MO-T10M<br>ST. LOUIS, MO 63103 |
| 2.759 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | ENGAGEMENT LETTER AGREEMENT DATED 12/14/2023 | FIRSTAR DEVELOPMENT, LLC<br>ATTN JACOB HAYES<br>505 7TH STREET MAIL CODE<br>SL-MO-T10M<br>ST. LOUIS, MO 63103 |
| 2.760 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | FEE LETTER AGREEMENT DATED 02/07/2024 | FIRSTAR DEVELOPMENT, LLC<br>ATTN JACOB HAYES<br>505 7TH STREET MAIL CODE<br>SL-MO-T10M<br>ST. LOUIS, MO 63103 |
| 2.761 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | FEE LETTER AGREEMENT DATED 02/28/2023 | FIRSTAR DEVELOPMENT, LLC<br>ATTN JACOB HAYES<br>505 7TH STREET MAIL CODE<br>SL-MO-T10M<br>ST. LOUIS, MO 63103 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.762 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FEE LETTER AGREEMENT DATED 12/22/2022 | FIRSTAR DEVELOPMENT, LLC<br>ATTN JACOB HAYES<br>505 7TH STREET MAIL CODE<br>SL-MO-T10M<br>ST. LOUIS, MO 63103 |
| 2.763 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FLOW OF FUNDS CLOSING MEMORANDUM AGREEMENT DATED 01/28/2019 | FIRSTAR DEVELOPMENT, LLC<br>ATTN JACOB HAYES<br>505 7TH STREET MAIL CODE<br>SL-MO-T10M<br>ST. LOUIS, MO 63103 |
| 2.764 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FLOW OF FUNDS CLOSING MEMORANDUM AGREEMENT DATED 02/07/2024 | FIRSTAR DEVELOPMENT, LLC<br>ATTN JACOB HAYES<br>505 7TH STREET MAIL CODE<br>SL-MO-T10M<br>ST. LOUIS, MO 63103 |
| 2.765 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FLOW OF FUNDS CLOSING MEMORANDUM AGREEMENT DATED 03/02/2017 | FIRSTAR DEVELOPMENT, LLC<br>ATTN JACOB HAYES<br>505 7TH STREET MAIL CODE<br>SL-MO-T10M<br>ST. LOUIS, MO 63103 |
| 2.766 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GUARANTY AGREEMENT DATED 01/28/2019 | FIRSTAR DEVELOPMENT, LLC<br>ATTN JACOB HAYES<br>505 7TH STREET MAIL CODE<br>SL-MO-T10M<br>ST. LOUIS, MO 63103 |
| 2.767 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GUARANTY AGREEMENT DATED 02/07/2024 | FIRSTAR DEVELOPMENT, LLC<br>ATTN JACOB HAYES<br>505 7TH STREET MAIL CODE<br>SL-MO-T10M<br>ST. LOUIS, MO 63103 |
| 2.768 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GUARANTY AGREEMENT DATED 03/02/2017 | FIRSTAR DEVELOPMENT, LLC<br>ATTN JACOB HAYES<br>505 7TH STREET MAIL CODE<br>SL-MO-T10M<br>ST. LOUIS, MO 63103 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.769 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GUARANTY AGREEMENT DATED 12/22/2022 | FIRSTAR DEVELOPMENT, LLC<br>ATTN JACOB HAYES<br>505 7TH STREET MAIL CODE<br>SL-MO-T10M<br>ST. LOUIS, MO 63103 |
| 2.770 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GUARANTY AGREEMENT DATED 12/29/2017 | FIRSTAR DEVELOPMENT, LLC<br>ATTN JACOB HAYES<br>505 7TH STREET MAIL CODE<br>SL-MO-T10M<br>ST. LOUIS, MO 63103 |
| 2.771 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LEASE AGREEMENT DATED 03/01/2017 | FIRSTAR DEVELOPMENT, LLC<br>ATTN JACOB HAYES<br>505 7TH STREET MAIL CODE<br>SL-MO-T10M<br>ST. LOUIS, MO 63103 |
| 2.772 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER DEVELOPMENT, PURCHASE AND SALE AGREEMENT DATED 12/22/2022 | FIRSTAR DEVELOPMENT, LLC<br>ATTN JACOB HAYES<br>505 7TH STREET MAIL CODE<br>SL-MO-T10M<br>ST. LOUIS, MO 63103 |
| 2.773 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PURCHASE AGREEMENT DATED 06/30/2023 | FIRSTAR DEVELOPMENT, LLC<br>ATTN JACOB HAYES<br>505 7TH STREET MAIL CODE<br>SL-MO-T10M<br>ST. LOUIS, MO 63103 |
| 2.774 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | RELIANCE LETTER AGREEMENT DATED 05/21/2018 | FIRSTAR DEVELOPMENT, LLC<br>ATTN JACOB HAYES<br>505 7TH STREET MAIL CODE<br>SL-MO-T10M<br>ST. LOUIS, MO 63103 |
| 2.775 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK AGREEMENT DATED 03/18/2025 | FIRSTAR DEVELOPMENT, LLC<br>ATTN JACOB HAYES<br>505 7TH STREET MAIL CODE<br>SL-MO-T10M<br>ST. LOUIS, MO 63103 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.776 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | MASTER AGREEMENT DATED 06/03/2016 | FIS CONSULTING SERVICES LLC<br>ATTN: CONTROLLER<br>1221 LAMAR STREET<br>SUITE 910<br>HOUSTON, TX 77010 |
| 2.777 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | BUYER FEE LETTER AGREEMENT DATED 09/29/2023 | FISERV, INC.<br>600 NORTH VEL R. PHILLIPS AVENUE<br>MILWAUKEE, WI 53203 |
| 2.778 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | BUYER FEE LETTER FOR TAX CREDIT PURCHASE AGREEMENT DATED 02/23/2024 | FISERV, INC.<br>600 NORTH VEL R. PHILLIPS AVENUE<br>MILWAUKEE, WI 53203 |
| 2.779 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | CREDIT PURCHASE AGREEMENT DATED 02/24/2025 | FISERV, INC.<br>600 NORTH VEL R. PHILLIPS AVENUE<br>MILWAUKEE, WI 53203 |
| 2.780 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | DELIVERY FEE LETTER AGREEMENT DATED 02/24/2025 | FISERV, INC.<br>600 NORTH VEL R. PHILLIPS AVENUE<br>MILWAUKEE, WI 53203 |
| 2.781 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | PURCHASE AGREEMENT DATED 02/23/2024 | FISERV, INC.<br>600 NORTH VEL R. PHILLIPS AVENUE<br>MILWAUKEE, WI 53203 |
| 2.782 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | UNANIMOUS WRITTEN CONSENT OF BOARD OF DIRECTORS AGREEMENT DATED 02/24/2025 | FISERV, INC.<br>600 NORTH VEL R. PHILLIPS AVENUE<br>MILWAUKEE, WI 53203 |

Debtor Sunnova Energy Corporation Name | Case number (If known): 25-90159

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.783 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SUBSCRIPTION AGREEMENT DATED 03/25/2025 | FIVETRAN INC.<br>1221 BROADWAY<br>SUITE 2400<br>OAKLAND, CA 94612 |
| 2.784 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SERVICE ORDER FORM AGREEMENT DATED 03/25/2025 | FIVETRAN INC.<br>1221 BROADWAY<br>SUITE 2400<br>OAKLAND, CA 94612 |
| 2.785 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SERVICES ORDER FORM AGREEMENT DATED 12/29/2017 | FLEETMATICS USA, LLC<br>1100 WINTER STREET<br>SUITE 4600<br>WALTHAM, MA 02451 |
| 2.786 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LEASE AGREEMENT DATED 02/28/2022 | FLEXTG FINANCIAL SERVICES<br>14701 ST. MARY'S LN.<br>HOUSTON, TX 77079 |
| 2.787 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CORPORATE TRAVELER ORDER FORM AGREEMENT | FLIGHT CENTRE TRAVEL GROUP<br>5 PARAGON DRIVE<br>MONTVALE, NJ 07456 |
| 2.788 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 10/05/2022 | FLORIDA ECO ELECTRIC LLC D/B/A KENKAY<br>413 EAST ALFRED STREET<br>TAVARES, FL 32778 |
| 2.789 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 12/30/2020 | FLORIDA POWER MANAGEMENT<br>ATTENTION MATTHEW LESTARGE OWNER<br>1331 GREEN FOREST CT.<br>#3<br>WINTER GARDEN, FL 34787 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.790 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDMENT TO AGREEMENT DATED 08/12/2024 | FMLASOURCE, INC.<br>455 N CITYFRONT PLAZA DR<br>NBC TOWER 13TH FL<br>CHICAGO, IL 60611 |
| 2.791 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | DBAMP ORDER FORM AGREEMENT DATED 01/01/2018 | FORCEAMP LLC<br>820 HIGHLAND PARK AVE.<br>CORALVILLE, IA 52241 |
| 2.792 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | DBAMP/PRO LICENSE AND SUBSCRIPTION AGREEMENT DATED 04/02/2017 | FORCEAMP LLC<br>820 HIGHLAND PARK AVE.<br>CORALVILLE, IA 52241 |
| 2.793 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LICENSE AND SUBSCRIPTION AGREEMENT DATED 02/27/2017 | FORCEAMP LLC<br>820 HIGHLAND PARK AVE.<br>CORALVILLE, IA 52241 |
| 2.794 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | RETAINER AGREEMENT DATED 01/27/2016 | FORCHELLI, CURTO, DEEGAN, SCHWARTZ, MINEO & TERRANA, LLP<br>THE OMNI<br>333 EARLE OVINGTON BLVD.<br>SUITE 1010<br>UNIONDALE, NY 11553 |
| 2.795 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FRAMEWORK AGREEMENT DATED 08/19/2023 | FORD MOTOR COMPANY<br>ONE AMERICAN ROAD<br>DEARBORN, MI 48126 |
| 2.796 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FORD PRO FRAMEWORK AGREEMENT ADDENDUM DATED 08/06/2024 | FORD PRO<br>10001 WOODLOCK FOREST DR.<br>SUITE #500<br>THE WOODLANDS, TX 77380 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.797 State what the contract or lease is for and the nature of the debtor's interest | EXPERT SERVICES AGREEMENT DATED 11/13/2018 | FOREFRONT, INC<br>800 RIVER ROAD<br>FAIR HAVEN, NJ 07704 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.798 State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO MASTER SERVICES AGREEMENT DATED 04/26/2019 | FOREFRONT, INC<br>800 RIVER ROAD<br>FAIR HAVEN, NJ 07704 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.799 State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 01/17/2019 | FOREFRONT, INC<br>800 RIVER ROAD<br>FAIR HAVEN, NJ 07704 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.800 State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 09/07/2018 | FOREFRONT, INC<br>800 RIVER ROAD<br>FAIR HAVEN, NJ 07704 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.801 State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 09/25/2018 | FOREFRONT, INC<br>800 RIVER ROAD<br>FAIR HAVEN, NJ 07704 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.802 State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 09/25/2018 | FOREFRONT, INC<br>800 RIVER ROAD<br>FAIR HAVEN, NJ 07704 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.803 State what the contract or lease is for and the nature of the debtor's interest | END USER LICENSE AGREEMENT DATED 09/11/2015 | FORSEVA, LLC<br>29 SOUTH LA SALLE STREET<br>SUITE 810<br>CHICAGO, IL 60603 |
| State the term remaining | | |
| List the contract number of any government contract | | |

Debtor Sunnova Energy Corporation Case number (If known): 25-90159

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.804 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | END USER LICENSE AGREEMENT DATED 10/23/2014 | FORSEVA, LLC<br>29 SOUTH LA SALLE STREET<br>SUITE 810<br>CHICAGO, IL 60603 |
| 2.805 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | END USER LICENSE AGREEMENT DATED 10/26/2016 | FORSEVA, LLC<br>29 SOUTH LA SALLE STREET<br>SUITE 810<br>CHICAGO, IL 60603 |
| 2.806 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SOLUTION PROPOSAL AGREEMENT DATED 10/29/2012 | FORSEVA, LLC<br>29 SOUTH LA SALLE STREET<br>SUITE 810<br>CHICAGO, IL 60603 |
| 2.807 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MSA AGREEMENT DATED 05/30/2024 | FORTRESS POWER LLC<br>2010 CABOT BLVD W<br>SUITE L<br>LANGHORNE, PA 19047 |
| 2.808 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SUPPLY AGREEMENT DATED 05/30/2024 | FORTRESS POWER LLC<br>2010 CABOT BLVD W<br>SUITE L<br>LANGHORNE, PA 19047 |
| 2.809 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENGAGEMENT LETTER AGREEMENT DATED 08/01/2015 | FORTUNO FORTUNO FAS, CSP<br>TRES RIOS BUILDING<br>27 GONZALEZ GIUSTI AVE.<br>6LH FLOOR, SUITE 602<br>GUAYNABO, PR 00908<br>PUERTO RICO |
| 2.810 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONSULTING AGREEMENT DATED 10/18/2022 | NAME ON FILE<br>ADDRESS ON FILE |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.811 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER REPAIR SERVICES AGREEMENT DATED 10/29/2024 | FRANKLINWH ENERGY STORAGE INC<br>ATTENTION<br>EMMA ZHANG CHIEF LEGAL COUNSEL<br>1731 TECHNOLOGY DRIVE<br>SUITE 530<br>SAN JOSE, CA 95110 |
| 2.812 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SPECIAL PRICING AGREEMENT DATED 12/22/2022 | FRANKLINWH ENERGY STORAGE INC<br>1731 TECHNOLOGY DRIVE<br>SUITE 530<br>SAN JOSE, CA 95110 |
| 2.813 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | THIRD AMENDMENT TO SPECIAL PRICING AGREEMENT DATED 11/22/2024 | FRANKLINWH ENERGY STORAGE INC<br>1731 TECHNOLOGY DRIVE<br>SUITE 530<br>SAN JOSE, CA 95110 |
| 2.814 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PROFESSIONAL SERVICES AGREEMENT DATED 07/27/2023 | FRANKLINWH ENERGY STORAGE INC<br>1731 TECHNOLOGY DRIVE<br>SUITE 530<br>SAN JOSE, CA 95110 |
| 2.815 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 05/17/2024 AND ALL RELATED AMENDMENTS | FREEDOM FOREVER LLC<br>43445 BUSINESS PARK DR<br>#110<br>TEMECULA, CA 92590 |
| 2.816 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 01/04/2023 | FREEUS, LLC<br>ATTN: GM OF CONNECTED SAFETY<br>P.O. BOX 151064<br>OGDEN, UT 84415 |
| 2.817 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | WAREHOUSE AGREEMENT DATED 07/01/2020 | FREEWAY LOGISTICS<br>ROYAL INDUSTRIAL<br>PARK B-2 ROAD 869 KM 1.5 BARRIO PALMAS<br>CATANO, PR 00962 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.818 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | WAREHOUSE AGREEMENT DATED 11/08/2022 | FREEWAY LOGISTICS<br>8828 TAUB ROAD<br>SUITE 100<br>HOUSTON, TX 77064 |
| 2.819 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | WAREHOUSE AGREEMENT DATED 07/01/2020 | FREEWAY SOLUTIONS INC.<br>1357 ASHFORD AVE<br>SUITE 2<br>SAN JUAN, PR 00907 |
| 2.820 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | WAREHOUSE AGREEMENT DATED 11/08/2022 | FREEWAY SOLUTIONS INC .<br>8828 TAUB ROAD<br>SUITE 100<br>HOUSTON, TX 77064 |
| 2.821 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | WAREHOUSE AGREEMENT DATED 11/08/2022 | FREEWAY LOGISTICS INC<br>8828 TAUB ROAD<br>SUITE 100<br>HOUSTON, TX 77064 |
| 2.822 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SOLAR PARTNERSHIP AGREEMENT 10/16/2020 AND ALL RELATED AMENDMENTS | FRONTIER LAND COMPANIES<br>ATTN: CHRIS LOPEZ<br>10100 TRINITY PARKWAY<br>SUITE 420<br>STOCKTON, CA 95219 |
| 2.823 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | TOTAL SOLUTION MAINTENANCE AND LEASE AGREEMENT DATED 03/25/2024 | FLEXTG FINANCIAL SERVICES<br>14701 ST. MARY'S LN.<br>HOUSTON, TX 77079 |
| 2.824 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | EQUITY COMMITMENT LETTER AGREEMENT DATED 08/27/2024 | FTI CONSULTING, INC.<br>ATTN: JAMIE KASE DEPUTY GENERAL COUNSEL<br>555 12TH STREET NW<br>SUITE 700<br>WASHINGTON, DC 20004 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.825 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FIRST AMENDMENT TO EQUITY COMMITMENT LETTER AGREEMENT DATED 02/13/2025 | FTI CONSULTING, INC.<br>ATTN: JAMIE KASE DEPUTY GENERAL COUNSEL<br>555 12TH STREET NW<br>SUITE 700<br>WASHINGTON, DC 20004 |
| 2.826 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LETTER AGREEMENT DATED 02/13/2025 | FTI CONSULTING, INC.<br>ATTN: JAMIE KASE DEPUTY GENERAL COUNSEL<br>555 12TH STREET NW<br>SUITE 700<br>WASHINGTON, DC 20004 |
| 2.827 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LETTER AGREEMENT DATED 08/27/2024 | FTI CONSULTING, INC.<br>ATTN: JAMIE KASE DEPUTY GENERAL COUNSEL<br>555 12TH STREET NW<br>SUITE 700<br>WASHINGTON, DC 20004 |
| 2.828 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ORDER FORM AGREEMENT DATED 10/01/2024 | FULLTHROTTLE TECHNOLOGIES, LLC<br>400 LYSTER AVENUE<br>SADDLE BROOK, NJ 07663 |
| 2.829 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 07/08/2022 | FUSION SOLAR ENERGY LLC<br>1059 KING GEORGES POST RD<br>EDISON, NJ 08837 |
| 2.830 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GENERAL TERMS AND CONDITIONS AGREEMENT DATED 11/17/2023 | FUSION SOLAR ENERGY LLC<br>3600 COMMERCE DRIVE<br>SUITE 601<br>BALTIMORE, MD 21227 |
| 2.831 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 11/17/2023 | FUSION SOLAR ENERGY LLC<br>3600 COMMERCE DRIVE<br>SUITE 601<br>BALTIMORE, MD 21227 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.832 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PURCHASE AGREEMENT DATED 07/24/2020 | GAF ENERGY LLC<br>ATTN: GENERAL COUNSEL<br>1 CAMPUS DRIVE<br>PARSIPPANY, NJ 07054 |
| 2.833 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LEGAL REPRESENTATION LETTER AGREEMENT DATED 11/17/2022 | GALLAGHER & KENNEDY, P.A.<br>2575 EAST CAMELBACK RD<br>STE. 1100<br>PHOENIX, AZ 85016 |
| 2.834 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LETTER OF ENGAGEMENT AGREEMENT DATED 03/02/2020 | GALLAGHER & KENNEDY, P.A.<br>2575 EAST CAMELBACK RD<br>STE. 1100<br>PHOENIX, AZ 85016 |
| 2.835 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SUBCONTRACT AGREEMENT 12/07/2021 AND ALL RELATED AMENDMENTS | GALLERY BUILDERS, INC.<br>31618 RAILROAD CANYON ROAD<br>CANYON LAKE, CA 92587-9537 |
| 2.836 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONSULTING AGREEMENT DATED 01/01/2022 | NAME ON FILE<br>ADDRESS ON FILE |
| 2.837 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SERVICE ORDER (Q-00023480) AGREEMENT DATED 10/02/2022 | GARTNER, INC.<br>56 TOP GALLANT ROAD<br>STAMFORD, CT 06902-7700 |
| 2.838 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SERVICE ORDER (Q-00038079) AGREEMENT DATED 12/09/2022 | GARTNER, INC.<br>56 TOP GALLANT ROAD<br>STAMFORD, CT 06902-7700 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.839 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE ORDER (Q-00091743) AGREEMENT DATED 10/18/2023 | GARTNER, INC.<br>56 TOP GALLANT ROAD<br>STAMFORD, CT 06902-7700 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.840 | State what the contract or lease is for and the nature of the debtor's interest | COMPOSITE OFFER AGREEMENT DATED 11/21/2022 | GB II CONNECTICUT LLC<br>GB II CONNECTICUT LLC C/O EASTERN GENERATION<br>ATTN: SCOTT VONDERHEIDE<br>300 ATLANTIC STREET 5 TH FLOOR<br>STAMFORD, CT 06901 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.841 | State what the contract or lease is for and the nature of the debtor's interest | FEE LETTER AGREEMENT DATED 09/29/2023 | GCEF TEP 7-F, LLC<br>440 STEVENS AVE<br>STE. 200<br>SOLANA BEACH, CA 92075 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.842 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO DEVELOPMENT AND PURCHASE AGREEMENT DATED 02/23/2024 | GCEF TEP 7-F, LLC<br>440 STEVENS AVE<br>STE. 200<br>SOLANA BEACH, CA 92075 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.843 | State what the contract or lease is for and the nature of the debtor's interest | FEE LETTER AGREEMENT DATED 08/27/2024 | GCEF TEP 8-F, LLC<br>440 STEVENS AVE<br>STE. 200<br>SOLANA BEACH, CA 92075 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.844 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO CLASS A MEMBER FEE LETTER AGREEMENT DATED 02/13/2025 | GCEF TEP 8-F, LLC<br>440 STEVENS AVE<br>STE. 200<br>SOLANA BEACH, CA 92075 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.845 | State what the contract or lease is for and the nature of the debtor's interest | GUARANTY AGREEMENT DATED 08/27/2024 | GCEF TEP 8-F, LLC<br>440 STEVENS AVE<br>STE. 200<br>SOLANA BEACH, CA 92075 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.846 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SOURCE OF FUNDS AGREEMENT DATED 08/27/2024 | GCEF TEP 8-F, LLC<br>440 STEVENS AVE<br>STE. 200<br>SOLANA BEACH, CA 92075 |
| 2.847 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDED AND RESTATED LIMITED LIABILITY COMPANY AGREEMENT DATED 10/07/2024 | GCEF TEP 8-G, LLC<br>440 STEVENS AVE<br>STE. 200<br>SOLANA BEACH, CA 92075 |
| 2.848 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ASSIGNMENT OF RIGHTS AGREEMENT DATED 02/13/2025 | GCEF TEP 8-G, LLC<br>440 STEVENS AVE<br>STE. 200<br>SOLANA BEACH, CA 92075 |
| 2.849 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FEE LETTER AGREEMENT DATED 10/07/2024 | GCEF TEP 8-G, LLC<br>440 STEVENS AVE<br>STE. 200<br>SOLANA BEACH, CA 92075 |
| 2.850 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FIRST AMENDMENT TO CLASS A MEMBER FEE LETTER AGREEMENT DATED 02/24/2025 | GCEF TEP 8-G, LLC<br>440 STEVENS AVE<br>STE. 200<br>SOLANA BEACH, CA 92075 |
| 2.851 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FIRST AMENDMENT TO GUARANTY AGREEMENT DATED 02/24/2025 | GCEF TEP 8-G, LLC<br>440 STEVENS AVE<br>STE. 200<br>SOLANA BEACH, CA 92075 |
| 2.852 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GUARANTY AGREEMENT DATED 02/24/2025 | GCEF TEP 8-G, LLC<br>440 STEVENS AVE<br>STE. 200<br>SOLANA BEACH, CA 92075 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.853 | State what the contract or lease is for and the nature of the debtor's interest | GUARANTY AGREEMENT DATED 10/07/2024 | GCEF TEP 8-G, LLC<br>440 STEVENS AVE<br>STE. 200<br>SOLANA BEACH, CA 92075 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.854 | State what the contract or lease is for and the nature of the debtor's interest | UNANIMOUS WRITTEN CONSENT OF BOARD OF DIRECTORS AGREEMENT DATED 02/24/2025 | GCEF TEP 8-G, LLC<br>440 STEVENS AVE<br>STE. 200<br>SOLANA BEACH, CA 92075 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.855 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AND ASSIGNMENT AGREEMENT DATED 03/29/2023 | GEHRLICHER SOLAR CONNECT GMBH<br>FELDKIRCHENTER STR. 2 85540 HAAR B.<br>MUNCHEN,<br>GERMANY |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.856 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT CHANGE FORM AGREEMENT DATED 03/05/2024 | GENERAC GRID SERVICES LLC<br>POWER MANAGEMENT HOLDINGS US INC<br>1515 WYNKOOP ST<br>STE 710<br>DENVER, CO 80202 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.857 | State what the contract or lease is for and the nature of the debtor's interest | INITIAL SERVICE TERM COMMENCEMENT MEMORANDUM AGREEMENT DATED 08/01/2022 | GENERAC GRID SERVICES LLC<br>POWER MANAGEMENT HOLDINGS US INC<br>1515 WYNKOOP ST<br>STE 710<br>DENVER, CO 80202 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.858 | State what the contract or lease is for and the nature of the debtor's interest | MASTER CUSTOMER AGREEMENT DATED 01/31/2022 | GENERAC GRID SERVICES LLC<br>POWER MANAGEMENT HOLDINGS US INC<br>1515 WYNKOOP ST<br>STE 710<br>DENVER, CO 80202 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.859 | State what the contract or lease is for and the nature of the debtor's interest | SCOPE OF WORK #1: DISTRIBUTED ENERGY RESOURCE MANAGEMENT AGREEMENT DATED 04/28/2022 | GENERAC GRID SERVICES LLC<br>POWER MANAGEMENT HOLDINGS US INC<br>1515 WYNKOOP ST<br>STE 710<br>DENVER, CO 80202 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.860 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SCOPE OF WORK #2: CONNECTED SOLUTIONS EVERSOURCE & NATIONAL GRID AGREEMENT DATED 04/28/2022 | GENERAC GRID SERVICES LLC<br>POWER MANAGEMENT HOLDINGS US INC<br>1515 WYNKOOP ST<br>STE 710<br>DENVER, CO 80202 |
| 2.861 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SCOPE OF WORK #5: INTEGRATION TO LEAP FOR CAISO'S DRAM PROGRAM AGREEMENT DATED 08/02/2023 | GENERAC GRID SERVICES LLC<br>POWER MANAGEMENT HOLDINGS US INC<br>1515 WYNKOOP ST<br>STE 710<br>DENVER, CO 80202 |
| 2.862 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER REPAIR SERVICES AGREEMENT DATED 10/28/2022 | GENERAC POWER SYSTEMS, INC<br>S45W29290 HIGHWAY 59<br>WAUKESHA, WI 53189 |
| 2.863 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PRODUCT FINANCING AGREEMENT DATED 01/31/2022 | GENERAC POWER SYSTEMS, INC<br>ATTENTION GENERAL COUNSEL<br>S45 W29290 HWY 59<br>WAUKESHA, WI 53189 |
| 2.864 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SPECIAL PRICING AGREEMENT DATED 01/31/2022 | GENERAC POWER SYSTEMS, INC<br>ATTN LEGAL DEPARTMENT<br>S45 W29290 HWY. 59<br>WAUKESHA, WI 53189 |
| 2.865 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GUARANTY AGREEMENT DATED 04/27/2021 | GENERAC POWER SYSTEMS, INC<br>ATTENTION GENERAL COUNSEL<br>S45 W29290 HWY 59<br>WAUKESHA, WI 53189 |
| 2.866 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | REAFFIRMATION OF GUARANTY AGREEMENT DATED 04/26/2023 | GENERAC TEP I, LLC<br>C/O GENERAC POWER SYSTEMS. INC.<br>ATTN: TAX DIRECTOR; GENERAL COUNSEL<br>S45W29290 HIGHWAY 59<br>WAUKESHA, WI 53189 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.867 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SUBCONTRACT AGREEMENT 06/18/2024 AND ALL RELATED AMENDMENTS | GHA ENTERPRISES, INC.<br>30-875 DATE PALM DRIVE<br>SUITE C<br>CATHEDRAL CITY, CA 92234 |
| 2.868 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FORM OF SPONSOR GUARANTY AGREEMENT | G-I ENERGY INVESTMENTS<br>ATTN: GENERAL COUNSEL<br>1 CAMPUS DRIVE<br>PARSIPPANY, NJ 07054 |
| 2.869 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SPONSOR GUARANTY AGREEMENT DATED 07/24/2020 | G-I ENERGY INVESTMENTS<br>ATTN: GENERAL COUNSEL<br>1 CAMPUS DRIVE<br>PARSIPPANY, NJ 07054 |
| 2.870 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 05/08/2024 AND ALL RELATED AMENDMENTS | GIGAWATT OPERATIONS INC. D/B/A SOL UP<br>ATTENTION STEVE HAMILE<br>4305 DEAN MARTIN DRIVE<br>SUITE 150<br>LAS VEGAS, NV 89103 |
| 2.871 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | BROKER/SHIPPER AGREEMENT DATED 06/19/2023 | GILTNER LOGISTICS, INC.<br>834 FALLS AVE<br>SUITE 1020<br>TWIN FALLS, ID 83301 |
| 2.872 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | WAREHOUSE AGREEMENT DATED 09/29/2022 | GILTNER WAREHOUSING, INC<br>ATTENTION: KACHIA JAMES<br>360 LILLARD DR<br>SPARKS, NV 89434 |
| 2.873 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | WAREHOUSE AGREEMENT DATED 10/23/2023 | GILTNER WAREHOUSING, INC<br>ATTENTION: KACHIA JAMES<br>360 LILLARD DR<br>SPARKS, NV 89434 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.874 State what the contract or lease is for and the nature of the debtor's interest; State the term remaining; List the contract number of any government contract | WAREHOUSE AGREEMENT DATED 09/29/2022 | GILTNER WAREHOUSING INC<br>834 FALLS AVE<br>STE 1130<br>TWIN FALLS, ID 83301 |
| 2.875 State what the contract or lease is for and the nature of the debtor's interest; State the term remaining; List the contract number of any government contract | MASTER SUPPLY AGREEMENT DATED 05/23/2023 | GINLONG TECHNOLOGIES CO. LTD.<br>12333 SOWDEN ROAD<br>STE B 30327<br>HOUSTON, TX 77080 |
| 2.876 State what the contract or lease is for and the nature of the debtor's interest; State the term remaining; List the contract number of any government contract | CUSTOMER AGREEMENT | GITHUB, INC. C/O CORPORATION SERVICE COMPANY<br>2710 GATEWAY OAKS DRIVE<br>SUITE 150N<br>SACRAMENTO, CA 95833-3505 |
| 2.877 State what the contract or lease is for and the nature of the debtor's interest; State the term remaining; List the contract number of any government contract | CUSTOMER AGREEMENT DATED 08/29/2023 | GITHUB, INC. C/O CORPORATION SERVICE COMPANY<br>2710 GATEWAY OAKS DRIVE<br>SUITE 150N<br>SACRAMENTO, CA 95833-3505 |
| 2.878 State what the contract or lease is for and the nature of the debtor's interest; State the term remaining; List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 05/07/2021 | GLOBAL ENERGY LLC<br>ATTENTION<br>CONNIE LANDRUM<br>920 RESERVE DR.<br>#180<br>ROSEVILLE, CA 95678 |
| 2.879 State what the contract or lease is for and the nature of the debtor's interest; State the term remaining; List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 12/08/2021 | GLOBAL HR RESEARCH LLC<br>9530 MARKETPLACE RD<br>SUITE 301<br>FORT MEYERS, FL 33912 |
| 2.880 State what the contract or lease is for and the nature of the debtor's interest; State the term remaining; List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 05/23/2023 | GO SOLAR POWER LLC<br>ATTENTION COURT WEISLEDER<br>933 CLINT MOORE ROAD<br>WEISLEDER, FL 33487 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.881 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CORPORATE DOMAINS (GCD) SERVICES ORDER FORM AGREEMENT DATED 06/23/2022 | GODADDY CORPORATE DOMAINS, LLC<br>2155 E GODADDY WAY<br>TEMPE, AZ 85284 |
| 2.882 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | DOMAIN NAME SERVICES AGREEMENT DATED 06/21/2022 | GODADDY CORPORATE DOMAINS, LLC<br>2155 E GODADDY WAY<br>TEMPE, AZ 85284 |
| 2.883 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GENERAL TERMS AND CONDITIONS AGREEMENT DATED 01/17/2024 | GOLDEN SUN SOLAR SERVICES<br>ATTENTION CHRISTOPHER PANNELLA<br>42 N PEARL ST<br>#4<br>DENVER, CO 80203 |
| 2.884 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 01/17/2024 | GOLDEN SUN SOLAR SERVICES<br>42 N PEARL ST<br>#4<br>DENVER, CO 80203 |
| 2.885 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GUARANTY AGREEMENT DATED 02/07/2022 | GOLDMAN SACHS LENDING PARTNERS LLC<br>C/O GOLDMAN, SACHS & CO. LLC<br>ATTENTION: RYAN NEWMAN<br>200 WEST STREET<br>27TH FLOOR<br>NEW YORK, NY 10282 |
| 2.886 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER PURCHASE AGREEMENT DATED 02/07/2022 | GOLDMAN SACHS LENDING PARTNERS LLC<br>C/O GOLDMAN, SACHS & CO. LLC<br>ATTENTION: RYAN NEWMAN<br>200 WEST STREET<br>27TH FLOOR<br>NEW YORK, NY 10282 |
| 2.887 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER REPAIR SERVICES AGREEMENT DATED 02/15/2023 | GOODLEAP, LLC<br>8781 SIERRA COLLEGE BLVD<br>ROSEVILLE, CA 95661 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.888 | State what the contract or lease is for and the nature of the debtor's interest | MASTER REPAIR SERVICES AGREEMENT DATED 11/10/2022 | GOODLEAP, LLC<br>8781 SIERRA COLLEGE BLVD<br>ROSEVILLE, CA 95661 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.889 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 10/27/2022 | GOODLEAP, LLC<br>8781 SIERRA COLLEGE BLVD<br>ROSEVILLE, CA 95661 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.890 | State what the contract or lease is for and the nature of the debtor's interest | STRATEGIC REFERRAL AGREEMENT | GOODLYNX LLC<br>271 WEST 47TH STREET<br>#10C<br>NEW YORK, NY 10019 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.891 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER AGREEMENT DATED 12/23/2019 | GORDON BROTHERS ASSET ADVISORS, LLC<br>PRUDENTIAL TOWER<br>800 BOYLSTON STREET<br>27TH FLOOR<br>BOSTON, MA 02199 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.892 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK AGREEMENT DATED 03/18/2025 | GOVERNMENT OF THE VIRGIN ISLANDS<br>5047 (21-22) KONGENS GADE<br>ST. THOMAS, VI 00802-6487 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.893 | State what the contract or lease is for and the nature of the debtor's interest | FEE LETTER AGREEMENT DATED 10/24/2022 | GPC EW I, LLC<br>C/O GREENPRINT CAPITAL MANAGEMENT, LLC<br>ATTN: OPERATIONS<br>440 STEVENS AVE<br>STE. 200<br>SOLANA BEACH, CA 92075 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.894 | State what the contract or lease is for and the nature of the debtor's interest | GUARANTY AGREEMENT DATED 10/24/2022 | GPC EW I, LLC<br>C/O GREENPRINT CAPITAL MANAGEMENT, LLC<br>ATTN: OPERATIONS<br>440 STEVENS AVE<br>STE. 200<br>SOLANA BEACH, CA 92075 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.895 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENGAGEMENT LETTER AGREEMENT DATED 08/08/2017 | NAME ON FILE<br>ADDRESS ON FILE |
| 2.896 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | RELIANCE LETTER AGREEMENT DATED 05/21/2018 | GREAT AMERICA PORTFOLIO SERVICES GROUP<br>PO BOX 843840<br>DALLAS, TX 75284 |
| 2.897 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SOLAR PARTNERSHIP AGREEMENT 06/24/2021 AND ALL RELATED AMENDMENTS | GREEN DAY POWER<br>ATTN: ALAN GILLETTE<br>9745 BUSINESS PARK DR.<br>SACRAMENTO, CA 95829 |
| 2.898 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 07/29/2020 | GREEN HOUSE SOLAR AND AIR INC.<br>ATTENTION<br>DANA WHIPPLE VP<br>13575 58TH ST.<br>CLEARWATER, FL 33760 |
| 2.899 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 09/20/2023 | GREEN MUSCLE SOLAR, LLC<br>ATTENTION<br>JIM WILBER<br>18700 N. 107TH AVE.<br>STE. 16<br>SUN CITY, AZ 85373 |
| 2.900 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LEGAL REPRESENTATION LETTER AGREEMENT DATED 02/22/2024 | GREENBERG TRAURIG, P.A.<br>333 SE 2ND AVENUE<br>MIAMI, FL 33131 |
| 2.901 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 03/27/2020 AND ALL RELATED AMENDMENTS | GREENBRILLIANCE, LLC<br>ATTENTION<br>SUMIT BHATNAGAR PRESIDENT & CEO<br>46090 LAKE CENTER PLAZA<br>SUITE 109<br>STERLING, VA 20165 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.902 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SERVICES AGREEMENT DATED 03/27/2024 AND ALL RELATED AMENDMENTS | GREENBRILLIANCE, LLC<br>GREENBRILLIANCE LLC<br>46090 LAKE CENTER PLAZA<br>SUITE 109<br>STERLING, VA 20165 |
| 2.903 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | BAILMENT ADDENDUM TO CONTRACTOR AGREEMENT | GREENLANCER ENERGY INC<br>2200 HUNT ST<br>STE 419<br>DETROIT, MI 48207 |
| 2.904 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FIRST AMENDMENT TO CONTRACTOR AGREEMENT DATED 05/17/2022 | GREENLANCER ENERGY INC<br>2200 HUNT ST<br>STE 419<br>DETROIT, MI 48207 |
| 2.905 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PURCHASE ORDER: PURCHASE AND SALE AGREEMENT DATED 04/11/2023 | GREENLIGHT ENERGY GROUP, LLC<br>ATTN KELLY BECK CEO<br>1632 1ST AVENUE<br>SUITE 29139<br>NEW YORK, NY 10028 |
| 2.906 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PURCHASE ORDER: PURCHASE AND SALE AGREEMENT DATED 05/31/2023 | GREENLIGHT ENERGY GROUP, LLC<br>ATTN KELLY BECK CEO<br>1632 1ST AVENUE<br>SUITE 29139<br>NEW YORK, NY 10028 |
| 2.907 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PURCHASE ORDER: REC PURCHASE AND SALE AGREEMENT DATED 04/04/2024 | GREENLIGHT ENERGY GROUP, LLC<br>ATTN KELLY BECK CEO<br>1632 1ST AVENUE<br>SUITE 29139<br>NEW YORK, NY 10028 |
| 2.908 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | REC PURCHASE AND SALE AGREEMENT DATED 04/11/2023 | GREENLIGHT ENERGY GROUP, LLC<br>ATTN KELLY BECK CEO<br>1632 1ST AVENUE<br>SUITE 29139<br>NEW YORK, NY 10028 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.909 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO AMENDED AND RESTATED LIMITED LIABILITY COMPANY AGREEMENT OF SUNNOVA TEP DATED 02/23/2024 | GREENPRINT CAPITAL MANAGEMENT LLC<br>PO BOX 708<br>POWAY, CA 92074 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.910 | State what the contract or lease is for and the nature of the debtor's interest | FEE LETTER AGREEMENT DATED 09/29/2023 | GREENPRINT CAPITAL MANAGEMENT LLC<br>PO BOX 708<br>POWAY, CA 92074 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.911 | State what the contract or lease is for and the nature of the debtor's interest | FEE LETTER AGREEMENT DATED 10/24/2022 | GREENPRINT CAPITAL MANAGEMENT LLC<br>PO BOX 708<br>POWAY, CA 92074 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.912 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO GUARANTY AGREEMENT DATED 02/24/2025 | GREENPRINT CAPITAL MANAGEMENT LLC<br>PO BOX 708<br>POWAY, CA 92074 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.913 | State what the contract or lease is for and the nature of the debtor's interest | LETTER AGREEMENT DATED 09/11/2024 | GREENPRINT CAPITAL MANAGEMENT LLC<br>PO BOX 708<br>POWAY, CA 92074 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.914 | State what the contract or lease is for and the nature of the debtor's interest | RESTATED LIMITED LIABILITY COMPANY AGREEMENT DATED 02/23/2024 | GREENPRINT CAPITAL MANAGEMENT LLC<br>PO BOX 708<br>POWAY, CA 92074 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.915 | State what the contract or lease is for and the nature of the debtor's interest | SOURCE OF FUNDS AGREEMENT DATED 08/27/2024 | GREENPRINT CAPITAL MANAGEMENT LLC<br>PO BOX 708<br>POWAY, CA 92074 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.916 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LEAD PROCUREMENT AGREEMENT | GREENWATT CONSULTING<br>ATTN: JACKSON DOYLE CEO<br>27 BURWELL NEWTON DR<br>DURHAM, CT 06422 |
| 2.917 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | TRAINING AND RECRUITING PROPOSAL AGREEMENT DATED 08/17/2021 | GREENWORK INC.<br>111 SUTTER STREET<br>10TH FLOOR<br>SAN FRANCISCO, CA 94104 |
| 2.918 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONSULTING AGREEMENT DATED 05/12/2024 | GREY OWL ADVISORS, LLC<br>4250 FAIRFAX DRIVE SUITE 600<br>ARLINGTON, VA 22203 |
| 2.919 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FIRST AMENDMENT TO SOLAR INSTALLATION AGREEMENT DATED 07/06/2019 | GREYSTONE NEVADA, LLC<br>2490 PASEO VERDE<br>STE 120<br>HENDERSON, NV 89074 |
| 2.920 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SOLAR INSTALLATION AGREEMENT DATED 10/06/2017 | GREYSTONE NEVADA, LLC<br>2490 PASEO VERDE<br>STE 120<br>HENDERSON, NV 89074 |
| 2.921 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SOLAR PARTNERSHIP AGREEMENT 11/01/2022 AND ALL RELATED AMENDMENTS | GRIFFIN PARK DEVELOPMENT COMPANY, LLC<br>ATTN: RYAN GERDING PRESIDENT<br>1433 MOFFAT BOULEVARD<br>#13<br>MANTECA, CA 95336 |
| 2.922 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FIRST AMENDMENT TO MASTER SERVICE AGREEMENT DATED 08/12/2021 | GROUP O, INC.<br>4905 77TH AVENUE<br>MILAN, IL 61624 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.923 State what the contract or lease is for and the nature of the debtor's interest | PREPAID CARD AGREEMENT | GROUP O, INC.<br>4905 77TH AVENUE<br>MILAN, IL 61624 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.924 State what the contract or lease is for and the nature of the debtor's interest | PREPAID CARD AGREEMENT DATED 02/01/2022 | GROUP O, INC.<br>4905 77TH AVENUE<br>MILAN, IL 61624 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.925 State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO MASTER SERVICES AGREEMENT DATED 09/10/2021 | GROUP O, INC.<br>4905 77TH AVENUE<br>MILAN, IL 61624 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.926 State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO MASTER SERVICES AGREEMENT DATED 10/26/2021 | GROUP O, INC.<br>4905 77TH AVENUE<br>MILAN, IL 61624 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.927 State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED 01/02/2020 | GTA<br>624 N.MARINE CORPS. DR.<br>TAMUNING, GU 96913 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.928 State what the contract or lease is for and the nature of the debtor's interest | GUROCK TESTRAIL CLOUD SUBSCRIPTION AGREEMENT DATED 10/17/2016 | GUROCK SOFTWARE GMBH<br>HEINRICH-ROLLER-STR.<br>16B<br>BERLIN, 10405<br>GERMANY |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.929 State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 10/06/2023 | GUYOU CONSTRUCTION, LLC<br>9880 INDIANA AVE<br>SUITE 2<br>RIVERSIDE, CA 92503 |
| State the term remaining | | |
| List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.930 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 12/14/2020 | H17D ENTERPRISES, LLC DBA VALENT PARTNERS<br>539 W. COMMERCE STREET #1036<br>DALLAS, TX 75208 |
| 2.931 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SIGNED QUOTE DOCUMENT AGREEMENT DATED 02/22/2023 | HAFER CASE<br>1018 MULCAHY ST.<br>ROSENBERG, TX 77471 |
| 2.932 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENGAGEMENT LETTER AGREEMENT DATED 06/24/2020 | HANDY LAW LLC<br>42 WEY BOSSET ST<br>PROVIDENCE, RI 02903 |
| 2.933 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER SALES AGREEMENT DATED 02/20/2019 | HANWHA Q CELLS AMERICA INC.<br>ATTN JOSEPH PARK DIRECTOR OF SALES TEAM ATTN LEGAL DEPARTMENT<br>400 SPECTRUM CENTER DRIVE<br>SUITE 1400<br>IRVINE, CA 92618 |
| 2.934 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FIRST AMENDMENT TO CHANNEL PARTNER SALES AGREEMENT DATED 10/21/2019 | HANWHA Q CELLS AMERICA INC.<br>ATTN JOSEPH PARK DIRECTOR OF SALES TEAM ATTN LEGAL DEPARTMENT<br>400 SPECTRUM CENTER DRIVE<br>SUITE 1400<br>IRVINE, CA 92618 |
| 2.935 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SALES AGREEMENT DATED 02/20/2019 | HANWHA Q CELLS AMERICA INC.<br>ATTN JOSEPH PARK DIRECTOR OF SALES TEAM ATTN LEGAL DEPARTMENT<br>400 SPECTRUM CENTER DRIVE<br>SUITE 1400<br>IRVINE, CA 92618 |
| 2.936 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 08/14/2018 | HARMON ELECTRIC, INC.<br>ATTENTION<br>WILLIAM D. KING COO<br>945 W. DEER VALLEY ROAD<br>PHOENIX, AZ 85027 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.937 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 12/19/2023 | HARTFORD FIRE INSURANCE COMPANY<br>ONE HARTFORD PLAZA<br>HARTFORD, CT 06155 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.938 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR THE PURCHASE AND SALE OF RENEWABLE ENERGY DATED 03/13/2025 | HARTREE PARTNERS, LP<br>1185 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.939 | State what the contract or lease is for and the nature of the debtor's interest | CHANNEL PARTNER AGREEMENT DATED 11/28/2018 | HAWAII UNIFIED INDUSTRIES, LLC<br>ATTENTION<br>RYNO IRWIN<br>84-1170 FARRINGTON HWY<br>SUITE C-1<br>WAIANAE, HI 96792 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.940 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT DATED 03/19/2020 | HBW RESOURCES, LLC<br>2211 NORFOLK STREET<br>SUITE 610<br>HOUSTON, TX 77098 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.941 | State what the contract or lease is for and the nature of the debtor's interest | HEADSPACE CARE ORDER FORM AGREEMENT DATED 12/08/2023 | HEADSPACE, INC.<br>2417 MICHIGAN AVENUE<br>SANTA MONICA, CA 90404 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.942 | State what the contract or lease is for and the nature of the debtor's interest | FLEXIBLE BENEFITS PLAN AGREEMENT DATED 01/01/2024 | HEALTHEQUITY INC<br>15 W SCENIC POINTE DRIVE<br>SUITE 100<br>DRAPER, UT 84020 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.943 | State what the contract or lease is for and the nature of the debtor's interest | CHANNEL PARTNER AGREEMENT DATED 02/02/2022 | HELIO SOLAR POWER, LLC<br>ATTENTION<br>ROBERT EDWARDS<br>119 S. MAIN STREET<br>CHARLES, MO 63301 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.944 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SUBSCRIPTION AGREEMENT DATED 10/16/2023 | HELIOVOLTA LLC<br>2553 LUCIERNAGA ST<br>CARLSBAD, CA 92009 |
| 2.945 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | HERO STATEMENT OF WORK 1 AGREEMENT DATED 09/01/2016 | HERO DIGITAL, LLC<br>233 POST STREET<br>SUITE 500<br>SAN FRANCISCO, CA 94108 |
| 2.946 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | HERO STATEMENT OF WORK 3 AGREEMENT DATED 10/27/2016 | HERO DIGITAL, LLC<br>233 POST STREET<br>SUITE 500<br>SAN FRANCISCO, CA 94108 |
| 2.947 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SOW6 CSR PRODUCTION GRAPH UPDATES AGREEMENT DATED 03/07/2018 | HERO DIGITAL, LLC<br>233 POST STREET<br>SUITE 500<br>SAN FRANCISCO, CA 94108 |
| 2.948 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK - CO1 CUSTOMER PORTAL ENHANCEMENTS AGREEMENT DATED 12/01/2017 | HERO DIGITAL, LLC<br>233 POST STREET<br>SUITE 500<br>SAN FRANCISCO, CA 94108 |
| 2.949 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK 2 AGREEMENT DATED 09/16/2016 | HERO DIGITAL, LLC<br>233 POST STREET<br>SUITE 500<br>SAN FRANCISCO, CA 94108 |
| 2.950 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK 4 AGREEMENT DATED 02/08/2017 | HERO DIGITAL, LLC<br>233 POST STREET<br>SUITE 500<br>SAN FRANCISCO, CA 94108 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.951 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | STATEMENT OF WORK 7 AGREEMENT DATED 04/16/2018 | HERO DIGITAL, LLC<br>233 POST STREET<br>SUITE 500<br>SAN FRANCISCO, CA 94108 |
| 2.952 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | STATEMENT OF WORK AGREEMENT DATED 09/20/2017 | HERO DIGITAL, LLC<br>233 POST STREET<br>SUITE 500<br>SAN FRANCISCO, CA 94108 |
| 2.953 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | STATEMENT OF WORK: CO1 AGREEMENT DATED 01/01/2017 | HERO DIGITAL, LLC<br>233 POST STREET<br>SUITE 500<br>SAN FRANCISCO, CA 94108 |
| 2.954 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | EQUIPMENT LEASE AGREEMENT DATED 03/19/2021 | HEWLETT PACKARD FINANCIAL SERVICES COMPANY<br>200 CONNELL DR<br>STE 5000<br>BERKELEY HEIGHTS, NJ 07922 |
| 2.955 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | TRANSFER AND ASSUMPTION AGREEMENT DATED 10/01/2021 | HEWLETT-PACKARD FINANCIAL SERVICES COMPANY<br>200 CONNELL DRIVE<br>STE 500<br>BERKELEY HEIGHTS, NJ 07922 |
| 2.956 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | FIRST AMENDMENT TO WALLINGFORD LEASE AGREEMENT DATED 04/01/2024 | HOFFCO INDUSTRIAL, LLC<br>21 NEW BRITAIN AVE<br>ROCKY HILL, CT 06067-1100 |
| 2.957 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | TERMS OF USE AND LICENSE AGREEMENT DATED 04/12/2023 | HOME DEPOT SOLUTIONS LLC<br>2455 PACES FERRY ROAD<br>ATLANTA, GA 30339 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.958 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICE PROVIDER AGREEMENT DATED 09/04/2021 | HOME DEPOT U.S.A., INC<br>ATTN ASSISTANT GENERAL COUNSEL SERVICES<br>2455 PACES FERRY ROAD NW C-20<br>ATLANTA, GA 30339 |
| 2.959 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STRATEGIC RELATIONSHIP AGREEMENT DATED 02/27/2022 | HOME DEPOT U.S.A., INC<br>2455 PACES FERRY ROAD NW<br>ATLANTA, GA 30339 |
| 2.960 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STRATEGIC RELATIONSHIP AGREEMENT DATED 07/30/2021 | HOME DEPOT U.S.A., INC<br>ATTN MERCHANDISING VICE PRESIDENT<br>D27E BUILDING B6<br>2455 PACES FERRY ROAD NW<br>ATLANTA, GA 30339 |
| 2.961 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES PROVIDER AGREEMENT DATED 12/19/2022 AND ALL RELATED AMENDMENTS | HOME DEPOT USA INC<br>2455 PACES FERRY RD<br>ATLANTA, GA 30339 |
| 2.962 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SERVICES PROVIDER AGREEMENT DATED 01/10/2024 AND ALL RELATED AMENDMENTS | HOME DEPOT USA INC<br>2455 PACES FERRY RD<br>ATLANTA, GA 30339 |
| 2.963 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PERFORMANCE MARKETING INSERTION ORDER AGREEMENT DATED 08/01/2022 | HOME MEDIA LLC<br>1122 OBERLIN ROAD<br>SUITE 300<br>RALEIGH, NC 27605 |
| 2.964 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 09/01/2023 | HOME PRO SOLUTIONS LLC<br>ATTENTION<br>EFRAIN QUEZADA<br>1155 LARRY MAHAN DR.<br>EL PASO, TX 79925 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.965 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONFIRMATION OF ASSIGNMENT AGREEMENT DATED 09/29/2023 | HONEYWELL INTERNATIONAL INC<br>ATTN ALIX ORTON<br>63 MILTON STREET<br>WORCESTER, MA 01606 |
| 2.966 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONSTRUCTION AND CONVEYANCE AGREEMENT DATED 12/31/2024 | HONEYWELL INTERNATIONAL INC<br>ATTN TREASURER<br>855 S. MINT STREET<br>CHARLOTTE, NC 28202 |
| 2.967 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FIRST AMENDMENT TO CONFIRMATION OF ASSIGNMENT AGREEMENT DATED 12/11/2023 | HONEYWELL INTERNATIONAL INC<br>ATTN TREASURER<br>855 S. MINT STREET<br>CHARLOTTE, NC 28202 |
| 2.968 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | HONEYWELL BUILDING SOLUTIONS SUBCONTRACT AGREEMENT DATED 08/02/2023 | HONEYWELL INTERNATIONAL INC<br>115 TABOR ROAD<br>MORRIS PLAINS, NJ 07950 |
| 2.969 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER AGREEMENT FOR THE SALE OF EQUIPMENT AND THE ASSIGNMENT OF AGREEMENTS DATED 12/21/2023 | HONEYWELL INTERNATIONAL INC<br>ATTN TREASURER<br>855 S. MINT STREET<br>CHARLOTTE, NC 28202 |
| 2.970 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONSTRUCTION AND CONVEYANCE AGREEMENT DATED 12/31/2024 | HONEYWELL INTERNATIONAL INC<br>ATTN ALIX ORTON<br>63 MILTON STREET<br>WORCESTER, MA 01606 |
| 2.971 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | QUOTE #: Q-445936-1 AGREEMENT DATED 10/23/2024 | HOOTSUITE INC.<br>111 EAST 5TH AVE<br>VANCOUVER, BC V5T 4L1<br>CANADA |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.972 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SUPPLY AGREEMENT DATED 05/03/2024 | HOYMILES POWER ELECTRONICS USA INC.<br>ROCKY<br>GAO<br>3001 TECHNOLOGY DRIVE<br>SUITE 100<br>PLANO, TX 75074 |
| 2.973 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SERVICES AGREEMENT | HSA BANK, A DIVISION OF WEBSTER BANK<br>605 N 8TH ST<br>SHEBOYGAN, WI 53081 |
| 2.974 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER INFORMATION TECHNOLOGY PROFESSIONAL SERVICES AGREEMENT DATED 09/22/2023 | HTEC GROUP, INC.<br>535 MISSION STREET<br>14TH FLOOR<br>SAN FRANCISCO, CA 94105 |
| 2.975 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | HOTEL AGREEMENT | HYATT REGENCY NEW ORLEANS<br>601 LOYOLA AVE<br>NEW ORLEANS, LA 70113 |
| 2.976 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 04/03/2019 | ICON POWER LLC<br>ATTENTION<br>JACOB BASTIAN<br>1605 W. UNIVERSITY DR.<br>SUITE 101<br>TEMPE, AZ 85281 |
| 2.977 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 08/27/2020 | ICONIC RENEWABLES<br>3000 ATRIUM WAY<br>STE 200<br>MT LAUREL, NJ 08054 |
| 2.978 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDMENT TO BUSINESS SUBSCRIPTION AGREEMENT DATED 03/30/2022 | IDEALS SOLUTIONS GROUP<br>14 WALL STREET<br>20TH FLOOR<br>NEW YORK CITY, NY 10005 |

Debtor Sunnova Energy Corporation Case number (If known): 25-90159

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.979 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDMENT TO BUSINESS SUBSCRIPTION AGREEMENT DATED 04/02/2022 | IDEALS SOLUTIONS GROUP<br>14 WALL STREET<br>20TH FLOOR<br>NEW YORK CITY, NY 10005 |
| 2.980 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDMENT TO SUBSCRIPTION AGREEMENT DATED 03/06/2023 | IDEALS SOLUTIONS GROUP<br>14 WALL STREET<br>20TH FLOOR<br>NEW YORK CITY, NY 10005 |
| 2.981 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDMENT TO SUBSCRIPTION AGREEMENT DATED 04/12/2024 | IDEALS SOLUTIONS GROUP<br>815 N ROYAL STREET<br>SUITE 202<br>ALEXANDRIA, VA 22314 |
| 2.982 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CREDIT ACCEPTANCE AGREEMENT DATED 08/06/2024 | IHEARTMEDIA<br>IHM AT 20880<br>STONE OAK PARKWAY<br>SAN ANTONIO, TX 78258 |
| 2.983 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 04/06/2021 | IMPACT SOLAR, LLC D/B/A IMPACT ENERGY<br>ATTENTION<br>NATE HADACHEK<br>880 EAGLERIDGE BLVD.<br>PUEBLO, CO 81008 |
| 2.984 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ADDENDUM AGREEMENT DATED 04/10/2020 | INDEED HIRE, INC<br>6433 CHAMPION GRANDVIEW WAY<br>AUSTIN, TX 78750 |
| 2.985 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | RAP PROGRAM AMENDMENT TO CHANNEL PARTNER AGREEMENT DATED 03/31/2023 | INFINITE EQUITY INC<br>3663 FOLSOM ST<br>SAN FRANCISCO, CA 94110 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.986 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | DATA PROTECTION ADDENDUM FOR SAAS CUSTOMERS AGREEMENT | INFOR (US), LLC<br>ATTENTION<br>GENERAL COUNSEL<br>133 PEACHTREE STREET NE<br>24TH FLOOR<br>ATLANTA, GA 30303 |
| 2.987 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SAAS ORDER FORM (QUOTE ID SQB411632_3) AGREEMENT DATED 10/30/2023 | INFOR (US), LLC<br>ATTENTION<br>GENERAL COUNSEL<br>133 PEACHTREE STREET NE<br>24TH FLOOR<br>ATLANTA, GA 30303 |
| 2.988 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SAAS ORDER FORM (QUOTE ID SQB478038_1) AGREEMENT DATED 12/30/2024 | INFOR (US), LLC<br>ATTENTION<br>GENERAL COUNSEL<br>133 PEACHTREE STREET NE<br>24TH FLOOR<br>ATLANTA, GA 30303 |
| 2.989 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SERVICE LEVEL AGREEMENT | INFOR (US), LLC<br>ATTENTION<br>GENERAL COUNSEL<br>133 PEACHTREE STREET NE<br>24TH FLOOR<br>ATLANTA, GA 30303 |
| 2.990 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SOFTWARE AS A SERVICE AGREEMENT | INFOR (US), LLC<br>ATTENTION<br>GENERAL COUNSEL<br>133 PEACHTREE STREET NE<br>24TH FLOOR<br>ATLANTA, GA 30303 |
| 2.991 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SOFTWARE AS A SERVICE AGREEMENT DATED 11/16/2023 | INFOR (US), LLC<br>ATTENTION<br>GENERAL COUNSEL<br>133 PEACHTREE STREET NE<br>24TH FLOOR<br>ATLANTA, GA 30303 |
| 2.992 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SOFTWARE AS A SERVICE AGREEMENT DATED 11/17/2023 | INFOR (US), LLC<br>ATTENTION<br>GENERAL COUNSEL<br>133 PEACHTREE STREET NE<br>24TH FLOOR<br>ATLANTA, GA 30303 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.993 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBSCRIPTION AGREEMENT DATED 08/10/2016 | INFORMATICA LLC<br>2100 SEAPORT BLVD.<br>REDWOOD CITY, CA 94063 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.994 | State what the contract or lease is for and the nature of the debtor's interest | QUOTE AGREEMENT DATED 11/22/2024 | INFORMATICA LLC<br>2100 SEAPORT BLVD.<br>REDWOOD CITY, CA 94063 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.995 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MARKETING PROPOSAL AGREEMENT DATED 10/24/2023 | INKWELL GLOBAL MARKETING<br>600 MADISON AVENUE<br>MANALAPAN, NJ 07726 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.996 | State what the contract or lease is for and the nature of the debtor's interest | SUBCONTRACTOR CONTRACT 11/18/2022 AND ALL RELATED AMENDMENTS | INNOVATIVE HOUSING SOLUTIONS<br>P.O. BOX 2331<br>PISMO BEACH, CA 93448 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.997 | State what the contract or lease is for and the nature of the debtor's interest | SOLAR INSTALLATION AGREEMENT DATED 11/10/2023 | INTEGRATED ENERGY GROUP LLC DBA IE CONSTRUCTION<br>3929 E GUASTI<br>SUITE F<br>ONTARIO, CA 91761 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.998 | State what the contract or lease is for and the nature of the debtor's interest | CHANNEL PARTNER AGREEMENT DATED 02/20/2023 | INTEGRATED SOLAR OPERATIONS, LLC<br>SAN JOSE BUILDING<br>1250 PONCE DE LEON<br>SUITE 905<br>SAN JUAN, PR 00907 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.999 | State what the contract or lease is for and the nature of the debtor's interest | LEAD PROCUREMENT AGREEMENT DATED 09/26/2023 | INTENT DRIVERS INC<br>9692 MELINDA CIRCLE<br>HUNTINGTON BEACH, CA 92646 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1000 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LEAD PROCUREMENT AGREEMENT DATED 10/12/2023 | INTENT DRIVERS, INC.<br>9692 MELINDA CIRCLE<br>HUNTINGTON BEACH, CA 92646 |
| 2.1001 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PARTNER AGREEMENT DATED 11/05/2021 | INTERO REAL ESTATE SERVICES, INC.<br>ATTN: CHRISTOPHER SEARS<br>333 S. 7TH STREET<br>27TH FLOOR<br>MINNEAPOLIS, MN 55402 |
| 2.1002 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK ("SOW") AGREEMENT DATED 04/26/2021 | INTERPLAY LEARNING LLC<br>ATTN: CEO<br>3500 JEFFERSON STREET<br>STE 206<br>AUSTIN, TX 78731 |
| 2.1003 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 09/01/2022 | INTRUSION PROTECTION SYSTEMS, INC.<br>5 LONGEVITY DR.<br>HENDERSON, NV 89014 |
| 2.1004 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENGAGEMENT LETTER AGREEMENT DATED 03/05/2021 | INVARIANT LLC<br>HP HOLDINGS INC<br>740 15TH STREET NW<br>5TH FLOOR<br>WASHINGTON, DC 20005 |
| 2.1005 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | THE CONTRACT DOCUMENTS AGREEMENT DATED 09/20/2023 | INVENTURE<br>3118 RICHMOND AVE.<br>SUITE 200<br>HOUSTON, TX 77098 |
| 2.1006 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 10/14/2021 | ION SOLAR PROS, LLC<br>ATTENTION<br>WILLIAM BARRIEAU<br>1615 WOLCOTT RD.<br>WOLCOTT, CT 06716 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1007 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CUSTOMER AGREEMENT DATED 01/17/2019 | IRON MOUNTAIN INC.<br>PO BOX 915004<br>DALLAS, TX 75391 |
| 2.1008 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FIRST AMENDMENT TO MASTER SUPPLY AGREEMENT DATED 02/11/2020 | IRON RIDGE, INC.<br>28357 INDUSTRIAL BOULEVARD<br>HAYWARD, CA 94545 |
| 2.1009 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SUPPLY AGREEMENT DATED 01/01/2019 | IRON RIDGE, INC.<br>1495 ZEPHYR AVENUE<br>HAYWARD, CA 94544 |
| 2.1010 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 02/07/2019 | ISAKSEN SOLAR, LLC<br>ATTENTION RYAN REGO<br>833 GRINNELL STREET<br>FALL RIVER, MA 02721 |
| 2.1011 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GENERAL TERMS AND CONDITIONS OF SOLAR RENEWABLE ENERGY CREDIT PURCHASE AND SALE AGREEMENT DATED 12/30/2021 | ISLA VERDE CAPITAL FUND LLC<br>ATTENTION<br>NASSER MOHSIN<br>5707 DOT COM CT<br>SUITE 1001<br>OVIEDO, FL 32765 |
| 2.1012 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CORPORATE SALES WIRELESS SERVICE AGREEMENT DATED 09/29/2022 | IT&E<br>PTI PACIFICA INC<br>122 W. HARMON INDUSTRIAL PARK RD.<br>SUITE 103<br>TAMUNING, GU 96913 |
| 2.1013 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SERVICE AGREEMENT DATED 09/15/2022 | IT&E<br>PTI PACIFICA INC<br>122 W. HARMON INDUSTRIAL PARK RD.<br>SUITE 103<br>TAMUNING, GU 96913 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1014 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONTRACT FOR THE SUPPLY AND DELIVERY OF BATTERIES AGREEMENT DATED 02/01/2019 | ITOCHU CHEMICALS AMERICA INC.<br>ATTN: HIROYUKI MASUDA<br>750 TOWN AND COUNTRY BLVD.<br>SUITE 600<br>HOUSTON, TX 77024 |
| 2.1015 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDMENT TO THE MASTER SALES AND SERVICES SOLUTION AGREEMENT DATED 09/11/2020 | ITRON INC<br>2111 N MOLTER<br>LIBERTY LAKE, WA 99019 |
| 2.1016 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 02/28/2024 | J & C ENERGY ENTERPRISES DBA ENERGY SOLUTIONS DIRECT<br>6076 PARK BLVD.<br>PINELLAS PARK, FL 33781 |
| 2.1017 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SELECT MERCHANT PAYMENT INSTRUMENT PROCESSING AGREEMENT DATED 11/24/2015 | J.P. MORGAN CHASE BANK<br>GR. FLR. 1ST TO 6TH FLR. PLATINA BLOCK-3 KODBISANHA<br>BENGALURU KARNATAKA, 560103<br>INDIA |
| 2.1018 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SUPPLY AGREEMENT DATED 04/01/2019 | JA SOLAR USA INC<br>2570 NORTH FIRST STREET<br>SUITE 360<br>SAN JOSE, CA 95131 |
| 2.1019 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SPECIAL BONUS PLAN AGREEMENT DATED 04/04/2025 | NAME ON FILE<br>ADDRESS ON FILE |
| 2.1020 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SPECIAL BONUS OPPORTUNITY AGREEMENT DATED 03/12/2025 | NAME ON FILE<br>ADDRESS ON FILE |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1021 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LEGAL REPRESENTATION ENGAGEMENT LETTER AGREEMENT DATED 02/29/2024 | JACKSON TIDUS<br>IRVINE OFFICE<br>2030 MAIN STREET<br>12TH FLOOR<br>IRVINE, CA 92614 |
| 2.1022 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PERSONAL GUARANTY OF SOLAR LOAN AGREEMENT DATED 03/30/2024 | JAIRT LAW<br>8653 AVENIDA COSTA NORTE<br>SAN DIEGO, CA 92154 |
| 2.1023 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SOLAR INSTALLATION AGREEMENT DATED 09/12/2022 | JAJ ROOFING D/B/A CITADEL ROOFING AND SOLAR<br>4980 ALLISON PARKWAY<br>VACAVILLE, CA 95688 |
| 2.1024 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AGREEMENT REGARDING CONTINUED ASSOCIATION DATED 06/14/2022 | NAME ON FILE<br>ADDRESS ON FILE |
| 2.1025 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | DISTRIBUTION SERVICES AGREEMENT DATED 01/01/2020 | JAVELIN LOGISTICS COMPANY, INC.<br>7025 CENTRAL AVE<br>NEWARK, CA 94560 |
| 2.1026 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SUBCONTRACTOR AGREEMENT 05/08/2017 AND ALL RELATED AMENDMENTS | JCA ENTERPRISE REAL ESTATE, INC.<br>26040 ACERO<br>SUITE 110<br>MISSION VIEJO, CA 92691 |
| 2.1027 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LOAN AND SECURITY AGREEMENT DATED 09/27/2023 | NAME ON FILE<br>ADDRESS ON FILE |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1028 | State what the contract or lease is for and the nature of the debtor's interest | SOLAR PURCHASE AGREEMENT DATED 09/27/2023 | NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1029 | State what the contract or lease is for and the nature of the debtor's interest | TOOLBOX SUBSCRIPTION COMMERCIAL LICENSE AGREEMENT DATED 03/26/2019 | JETBRAINS<br>989 E HILLSDALE BLVD<br>SUITE 200<br>FOSTER CITY, CA 94404 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1030 | State what the contract or lease is for and the nature of the debtor's interest | TOOLBOX SUBSCRIPTION COMMERCIAL LICENSE AGREEMENT DATED 04/16/2020 | JETBRAINS<br>989 E HILLSDALE BLVD<br>SUITE 200<br>FOSTER CITY, CA 94404 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1031 | State what the contract or lease is for and the nature of the debtor's interest | TOOLBOX SUBSCRIPTION COMMERCIAL LICENSE AGREEMENT DATED 05/07/2017 | JETBRAINS<br>989 E HILLSDALE BLVD<br>SUITE 200<br>FOSTER CITY, CA 94404 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1032 | State what the contract or lease is for and the nature of the debtor's interest | VERTICAL CONSTRUCTION CONTRACT 06/15/2022 | JKB LIVING, INC.<br>P.O. BOX 2998<br>TURLOCK, CA 95381 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1033 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 03/17/2021 | JOBOT INC.<br>3101 W PACIFIC COAST HIGHWAY<br>NEWPORT BEACH, CA 92663 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1034 | State what the contract or lease is for and the nature of the debtor's interest | LOAN AND SECURITY AGREEMENT DATED 03/29/2023 | JOHN ADAMS ACADEMIES, INC.<br>1 SIERRA GATE PLAZA<br>ROSEVILLE, CA 95678 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1035 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SOLAR PURCHASE AGREEMENT DATED 03/29/2023 | JOHN ADAMS ACADEMIES, INC.<br>1 SIERRA GATE PLAZA<br>ROSEVILLE, CA 95678 |
| 2.1036 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENTERPRISE MASTER SUBSCRIPTION AGREEMENT DATED 12/08/2023 | JOTFORM, INC.<br>4 EMBARCADERO CTR<br>SAN FRANCISCO, CA 94111 |
| 2.1037 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENTERPRISE MASTER SUBSCRIPTION AGREEMENT DATED 12/11/2023, AND THE ADDENDUM THERETO DATED NOVEMBER 11, 2024. | JOTFORM, INC.<br>4 EMBARCADERO CTR<br>SAN FRANCISCO, CA 94111 |
| 2.1038 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONTINUING AGREEMENT FOR STANDBY LETTERS OF CREDIT DATED 11/04/2021 | JPMORGAN CHASE BANK, N.A.<br>ATTN: RAJ M. KOTHARI<br>10 SOUTH DEARBORN<br>7TH FLOOR<br>MAIL CODE IL 1-0502<br>CHICAGO, IL 60603 |
| 2.1039 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | DOCUMENT CHECKLIST AGREEMENT DATED 06/07/2022 | JPMORGAN CHASE BANK, N.A.<br>ATTN: RAJ M. KOTHARI<br>10 SOUTH DEARBORN<br>7TH FLOOR<br>MAIL CODE IL 1-0502<br>CHICAGO, IL 60603 |
| 2.1040 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENGAGEMENT LETTER AGREEMENT DATED 12/14/2023 | JPMORGAN CHASE BANK, N.A.<br>ATTN: RAJ M. KOTHARI<br>10 SOUTH DEARBORN<br>7TH FLOOR<br>MAIL CODE IL 1-0502<br>CHICAGO, IL 60603 |
| 2.1041 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FEE LETTER AGREEMENT DATED 11/16/2022 | JPMORGAN CHASE BANK, N.A.<br>ATTN: RAJ M. KOTHARI<br>10 SOUTH DEARBORN<br>7TH FLOOR<br>MAIL CODE IL 1-0502<br>CHICAGO, IL 60603 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1042 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FEE LETTER AGREEMENT DATED 12/19/2022 | JPMORGAN CHASE BANK, N.A.<br>ATTN: RAJ M. KOTHARI<br>10 SOUTH DEARBORN<br>7TH FLOOR<br>MAIL CODE IL 1-0502<br>CHICAGO, IL 60603 |
| 2.1043 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GUARANTY AGREEMENT DATED 12/19/2022 | JPMORGAN CHASE BANK, N.A.<br>ATTN: RAJ M. KOTHARI<br>10 SOUTH DEARBORN<br>7TH FLOOR<br>MAIL CODE IL 1-0502<br>CHICAGO, IL 60603 |
| 2.1044 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | KEY TERMS LETTER AGREEMENT DATED 03/12/2024 | JPMORGAN CHASE BANK, N.A.<br>ATTN: RAJ M. KOTHARI<br>10 SOUTH DEARBORN<br>7TH FLOOR<br>MAIL CODE IL 1-0502<br>CHICAGO, IL 60603 |
| 2.1045 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | RELEASE AND AUTHORIZATION AGREEMENT DATED 04/19/2024 | JPMORGAN CHASE BANK, N.A.<br>ATTN: RAJ M. KOTHARI<br>10 SOUTH DEARBORN<br>7TH FLOOR<br>MAIL CODE IL 1-0502<br>CHICAGO, IL 60603 |
| 2.1046 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | TAX EQUITY TRANSACTION AGREEMENT DATED 03/12/2024 | JPMORGAN CHASE BANK, N.A.<br>ATTN: RAJ M. KOTHARI<br>10 SOUTH DEARBORN<br>7TH FLOOR<br>MAIL CODE IL 1-0502<br>CHICAGO, IL 60603 |
| 2.1047 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ADDITIONAL INSURANCE AND EXPENSE REIMBURSEMENT AGREEMENT DATED 05/14/2024 | JPM CAPITAL CORPORATION<br>ATTN: RAJ M. KOTHARI<br>10 SOUTH DEARBORN<br>7TH FLOOR<br>MAIL CODE IL 1-0502<br>CHICAGO, IL 60603 |
| 2.1048 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDMENT NO. 1 TO GUARANTY AGREEMENT DATED 11/19/2019 | JPM CAPITAL CORPORATION<br>ATTN: RAJ M. KOTHARI<br>10 SOUTH DEARBORN<br>7TH FLOOR<br>MAIL CODE IL 1-0502<br>CHICAGO, IL 60603 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1049 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENGAGEMENT LETTER AGREEMENT DATED 07/28/2022 | JPM CAPITAL CORPORATION<br>ATTN: RAJ M. KOTHARI<br>10 SOUTH DEARBORN<br>7TH FLOOR<br>MAIL CODE IL 1-0502<br>CHICAGO, IL 60603 |
| 2.1050 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FEE LETTER AGREEMENT DATED 05/14/2024 | JPM CAPITAL CORPORATION<br>ATTN: RAJ M. KOTHARI<br>10 SOUTH DEARBORN<br>7TH FLOOR<br>MAIL CODE IL 1-0502<br>CHICAGO, IL 60603 |
| 2.1051 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FEE LETTER AGREEMENT DATED 07/09/2021 | JPM CAPITAL CORPORATION<br>ATTN: RAJ M. KOTHARI<br>10 SOUTH DEARBORN<br>7TH FLOOR<br>MAIL CODE IL 1-0502<br>CHICAGO, IL 60603 |
| 2.1052 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GUARANTY AGREEMENT DATED 02/28/2020 | JPM CAPITAL CORPORATION<br>ATTN: RAJ M. KOTHARI<br>10 SOUTH DEARBORN<br>7TH FLOOR<br>MAIL CODE IL 1-0502<br>CHICAGO, IL 60603 |
| 2.1053 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GUARANTY AGREEMENT DATED 05/14/2024 | JPM CAPITAL CORPORATION<br>ATTN: RAJ M. KOTHARI<br>10 SOUTH DEARBORN<br>7TH FLOOR<br>MAIL CODE IL 1-0502<br>CHICAGO, IL 60603 |
| 2.1054 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GUARANTY AGREEMENT DATED 07/09/2021 | JPM CAPITAL CORPORATION<br>ATTN: RAJ M. KOTHARI<br>10 SOUTH DEARBORN<br>7TH FLOOR<br>MAIL CODE IL 1-0502<br>CHICAGO, IL 60603 |
| 2.1055 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GUARANTY AGREEMENT DATED 08/16/2019 | JPM CAPITAL CORPORATION<br>ATTN: RAJ M. KOTHARI<br>10 SOUTH DEARBORN<br>7TH FLOOR<br>MAIL CODE IL 1-0502<br>CHICAGO, IL 60603 |

Debtor Sunnova Energy Corporation Case number (If known): 25-90159

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1056 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GUARANTY AGREEMENT DATED 09/24/2020 | JPM CAPITAL CORPORATION<br>ATTN: RAJ M. KOTHARI<br>10 SOUTH DEARBORN<br>7TH FLOOR<br>MAIL CODE IL 1-0502<br>CHICAGO, IL 60603 |
| 2.1057 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LETTER AGREEMENT DATED 05/14/2024 | JPM CAPITAL CORPORATION<br>ATTN: RAJ M. KOTHARI<br>10 SOUTH DEARBORN<br>7TH FLOOR<br>MAIL CODE IL 1-0502<br>CHICAGO, IL 60603 |
| 2.1058 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | UMBRELLA AGREEMENT DATED 08/16/2019 | JPM CAPITAL CORPORATION<br>ATTN: RAJ M. KOTHARI<br>10 SOUTH DEARBORN<br>7TH FLOOR<br>MAIL CODE IL 1-0502<br>CHICAGO, IL 60603 |
| 2.1059 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDED AND RESTATED LIMITED LIABILITY COMPANY AGREEMENT DATED 06/02/2023 | JPMORGAN CHASE BANK, N.A.<br>ATTN: RAJ M. KOTHARI<br>10 SOUTH DEARBORN<br>7TH FLOOR<br>MAIL CODE IL 1-0502<br>CHICAGO, IL 60603 |
| 2.1060 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SUBCONTRACT AGREEMENT 07/10/2024 AND ALL RELATED AMENDMENTS | K HOVNANIAN CALIFORNIA OPERATIONS, INC.<br>1260 CORONA POINTE CT<br>STE 302<br>CORONA, CA 92879 |
| 2.1061 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONFIRMATION OF ENGAGEMENT AGREEMENT DATED 04/29/2015 | K&L GATES LLP<br>210 SIXTH AVENUE<br>PITTSBURGH, PA 15222 |
| 2.1062 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GENERAL AGREEMENT FOR THE PURCHASE AND SALE OF RECS DATED 06/11/2024 | KARBONE ENERGY LLC<br>675 THIRD AVENUE<br>30TH FL.<br>NEW YORK, NY 10017 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1063 | State what the contract or lease is for and the nature of the debtor's interest | KASEYA QUOTE #Q-1530225 AGREEMENT DATED 12/19/2023 | KASEYA US LLC<br>PO BOX 419327<br>BOSTON, MA 02241 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1064 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE QUOTE #Q-1278805 AGREEMENT DATED 07/25/2023 | KASEYA US LLC<br>PO BOX 419327<br>BOSTON, MA 02241 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1065 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE QUOTE #Q-639820 AGREEMENT DATED 10/27/2021 | KASEYA US LLC<br>PO BOX 419327<br>BOSTON, MA 02241 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1066 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE QUOTE #Q-701592 AGREEMENT DATED 01/14/2022 | KASEYA US LLC<br>PO BOX 419327<br>BOSTON, MA 02241 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1067 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE QUOTE #Q-745586 AGREEMENT DATED 03/29/2022 | KASEYA US LLC<br>PO BOX 419327<br>BOSTON, MA 02241 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1068 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE QUOTE #Q-812232 AGREEMENT DATED 06/28/2022 | KASEYA US LLC<br>PO BOX 419327<br>BOSTON, MA 02241 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1069 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE QUOTE #Q-866755 AGREEMENT DATED 10/07/2022 | KASEYA US LLC<br>PO BOX 419327<br>BOSTON, MA 02241 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1070 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE QUOTE #Q-890602 AGREEMENT DATED 11/16/2022 | KASEYA US LLC<br>PO BOX 419327<br>BOSTON, MA 02241 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1071 | State what the contract or lease is for and the nature of the debtor's interest | KEEPER 24 USER EXPANSION QUOTE AGREEMENT DATED 03/22/2023 | KEEPER SECURITY INC.<br>333 N. GREEN STREET<br>SUITE 811<br>CHICAGO, IL 60607 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1072 | State what the contract or lease is for and the nature of the debtor's interest | KEEPER QUOTE RENEWAL AGREEMENT DATED 12/11/2024 | KEEPER SECURITY INC.<br>333 N. GREEN STREET<br>SUITE 811<br>CHICAGO, IL 60607 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1073 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE HOLDER AGREEMENT DATED 06/10/2019 | NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1074 | State what the contract or lease is for and the nature of the debtor's interest | LETTER AGREEMENT DATED 06/07/2024 | KENNEDY LEWIS INVESTMENT MANAGEMENT<br>225 LIBERTY STREET<br>SUITE 4210<br>NEW YORK, NY 10281 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1075 | State what the contract or lease is for and the nature of the debtor's interest | MEMBERSHIP SUBSCRIPTION AGREEMENT DATED 11/07/2024 | KILN UTC LLC<br>2701 N THANKSGIVING WAY<br>SUITE 100<br>LEHI, UT 84043 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1076 | State what the contract or lease is for and the nature of the debtor's interest | CHANNEL PARTNER AGREEMENT DATED 07/10/2023 | KIN HOME LLC<br>139 N HUNTERS GROVE LANE<br>LEHI, UT 84043 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1077 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONSULTING AGREEMENT | NAME ON FILE<br>ADDRESS ON FILE |
| 2.1078 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SOLAR PURCHASE AGREEMENT DATED 10/30/2023 | KIRAN ENTERPRISES, INC. DBA TRENTON HALAL PACKING CO<br>610 ROEBLING AVE<br>TRENTON, NJ 08611 |
| 2.1079 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK AGREEMENT DATED 08/31/2023 | KKJ SOLUTIONS INC<br>711 E SHADY GROVE RD<br>IRVING, TX 75060 |
| 2.1080 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER INFORMATION TECHNOLOGY PROFESSIONAL SERVICES AGREEMENT DATED 02/01/2023 | KLOUD TECHNOLOGIES LLC<br>700 SMITH STREET<br>STE #61070<br>HOUSTON, TX 77002 |
| 2.1081 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK AGREEMENT DATED 01/23/2025 | KLOUD TECHNOLOGIES LLC<br>700 SMITH STREET<br>STE #61070<br>HOUSTON, TX 77002 |
| 2.1082 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK AGREEMENT DATED 01/31/2025 | KLOUD TECHNOLOGIES LLC<br>700 SMITH STREET<br>STE #61070<br>HOUSTON, TX 77002 |
| 2.1083 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK SOFTWARE QUALITY ASSURANCE PROJECT - QA ANALYST AGREEMENT DATED 01/31/2025 | KLOUD TECHNOLOGIES LLC<br>700 SMITH STREET<br>STE #61070<br>HOUSTON, TX 77002 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1084 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK SOFTWARE QUALITY ASSURANCE PROJECT - WEB AUTOMATION AGREEMENT DATED 01/23/2025 | KLOUD TECHNOLOGIES LLC<br>700 SMITH STREET<br>STE #61070<br>HOUSTON, TX 77002 |
| 2.1085 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK SOFTWARE QUALITY ASSURANCE PROJECT AGREEMENT DATED 01/23/2025 | KLOUD TECHNOLOGIES LLC<br>700 SMITH STREET<br>STE #61070<br>HOUSTON, TX 77002 |
| 2.1086 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK SOFTWARE QUALITY ASSURANCE PROJECT AGREEMENT DATED 01/31/2025 | KLOUD TECHNOLOGIES LLC<br>700 SMITH STREET<br>STE #61070<br>HOUSTON, TX 77002 |
| 2.1087 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK SOFTWARE QUALITY ASSURANCE PROJECT -QA ANALYST AGREEMENT DATED 01/31/2025 | KLOUD TECHNOLOGIES LLC<br>700 SMITH STREET<br>STE #61070<br>HOUSTON, TX 77002 |
| 2.1088 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | KNOWBE4 COMPLIANCE SUBSCRIPTION QUOTE Q-712399 AGREEMENT DATED 04/12/2023 | KNOWBE4<br>33 N GARDEN AVENUE<br>SUITE 1200<br>CLEARWATER, FL 33755 |
| 2.1089 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | KNOWBE4 SECURITY AWARENESS TRAINING SUBSCRIPTION AGREEMENT DATED 10/04/2021 | KNOWBE4<br>33 N GARDEN AVENUE<br>SUITE 1200<br>CLEARWATER, FL 33755 |
| 2.1090 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | KNOWBE4 TOPUP ORDER FORM AGREEMENT DATED 08/31/2023 | KNOWBE4<br>33 N GARDEN AVENUE<br>SUITE 1200<br>CLEARWATER, FL 33755 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1091 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SUBSCRIPTION QUOTE 00333586 AGREEMENT DATED 08/08/2019 | KNOWBE4<br>33 N GARDEN AVENUE<br>SUITE 1200<br>CLEARWATER, FL 33755 |
| 2.1092 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SUBSCRIPTION QUOTE 00454697 AGREEMENT DATED 08/25/2020 | KNOWBE4<br>33 N GARDEN AVENUE<br>SUITE 1200<br>CLEARWATER, FL 33755 |
| 2.1093 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SUBSCRIPTION QUOTE 00463141 AGREEMENT DATED 10/15/2020 | KNOWBE4<br>33 N GARDEN AVENUE<br>SUITE 1200<br>CLEARWATER, FL 33755 |
| 2.1094 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SUBSCRIPTION QUOTE Q-199774 AGREEMENT DATED 06/14/2021 | KNOWBE4<br>33 N GARDEN AVENUE<br>SUITE 1200<br>CLEARWATER, FL 33755 |
| 2.1095 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SUBSCRIPTION QUOTE Q-312013 AGREEMENT DATED 11/18/2021 | KNOWBE4<br>33 N GARDEN AVENUE<br>SUITE 1200<br>CLEARWATER, FL 33755 |
| 2.1096 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SUBSCRIPTION QUOTE Q-470033 AGREEMENT DATED 06/07/2022 | KNOWBE4<br>33 N GARDEN AVENUE<br>SUITE 1200<br>CLEARWATER, FL 33755 |
| 2.1097 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SUBSCRIPTION QUOTE Q-504436 AGREEMENT DATED 09/28/2022 | KNOWBE4<br>33 N GARDEN AVENUE<br>SUITE 1200<br>CLEARWATER, FL 33755 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1098 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SUBSCRIPTION QUOTE Q-581795 AGREEMENT DATED 11/03/2022 | KNOWBE4<br>33 N GARDEN AVENUE<br>SUITE 1200<br>CLEARWATER, FL 33755 |
| 2.1099 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SUBSCRIPTION QUOTE Q-712399 AGREEMENT DATED 05/23/2023 | KNOWBE4<br>33 N GARDEN AVENUE<br>SUITE 1200<br>CLEARWATER, FL 33755 |
| 2.1100 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SUBSCRIPTION QUOTE Q-731631 AGREEMENT DATED 05/09/2023 | KNOWBE4<br>33 N GARDEN AVENUE<br>SUITE 1200<br>CLEARWATER, FL 33755 |
| 2.1101 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SUBSCRIPTION QUOTE Q-731632 AGREEMENT DATED 05/09/2023 | KNOWBE4<br>33 N GARDEN AVENUE<br>SUITE 1200<br>CLEARWATER, FL 33755 |
| 2.1102 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | KOBITON ORDER FORM 00000560 AGREEMENT DATED 12/03/2021 | KOBITON INC.<br>1776 PEACHTREE ST NW<br>SUITE 200N<br>ATLANTA, GA 30309 |
| 2.1103 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | KOBITON ORDER FORM 00000796 AGREEMENT DATED 11/22/2022 | KOBITON INC.<br>1776 PEACHTREE ST NW<br>SUITE 200N<br>ATLANTA, GA 30309 |
| 2.1104 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SUBSCRIPTION QUOTE 00001391 AGREEMENT DATED 11/21/2021 | KOBITON INC.<br>1776 PEACHTREE ST NW<br>SUITE 200N<br>ATLANTA, GA 30309 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1105 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - 1319 SAM HOUSTON PKWY N STE 100, DATED 08/07/2023 | KONA INTERNATIONAL, LP<br>P O BOX 79135<br>HOUSTON, TX 77279-9135 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1106 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS AND CONDITIONS AGREEMENT DATED 06/14/2023 | KPT ELECTRIC LLC<br>3018 KRAMERIA ST<br>DENVER, CO 80207 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1107 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 06/21/2023 | KPT ELECTRIC LLC<br>3018 KRAMERIA ST<br>DENVER, CO 80207 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1108 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS AND CONDITIONS AGREEMENT DATED 09/15/2022 | KRAMER ROOFING & EXTERIORS LLC<br>1113 WANDERING BROOK ST.<br>MAGNOLIA, TX 77354 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1109 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 09/15/2022 | KRAMER ROOFING & EXTERIORS LLC<br>1113 WANDERING BROOK ST.<br>MAGNOLIA, TX 77354 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1110 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUPPLY AGREEMENT DATED 05/26/2023 | KRANNICH SOLAR EAST, LLC<br>75 TWINBRIDGE DRIVE<br>SUITE II<br>PENNSAUKEN, NJ 08110 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1111 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 TO THAT CERTAIN LETTER AGREEMENT DATED 09/26/2024 | KROLL BOND RATING AGENCY, LLC<br>805 THIRD AVE<br>29TH FLOOR<br>NEW YORK, NY 10022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1112 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENGAGEMENT LETTER AGREEMENT DATED 08/30/2024 | KROLL BOND RATING AGENCY, LLC<br>805 THIRD AVE<br>29TH FLOOR<br>NEW YORK, NY 10022 |
| 2.1113 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LETTER AGREEMENT DATED 03/15/2024 | KROLL BOND RATING AGENCY, LLC<br>805 THIRD AVE<br>29TH FLOOR<br>NEW YORK, NY 10022 |
| 2.1114 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GUARANTY AGREEMENT DATED 10/24/2022 | KUTAK ROCK LLP<br>ATTN: SCOTT P. DEMARTINO, ESQ.<br>1625 EYE STREET, NW<br>SUITE 800<br>WASHINGTON, DC 20006 |
| 2.1115 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER PROFESSIONAL SERVICES AGREEMENT DATED 05/23/2018 | LA MAH'AI SOLAR<br>1675 MALAKIA ST<br>KAPAA, HI 96746 |
| 2.1116 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 05/30/2019 | LA POWER CENTER CORPORATION<br>ATTENTION<br>ARMIN GHARIBIAN<br>740 E. VALENCIA AVENUE<br>BURBANK, CA 91501 |
| 2.1117 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANGE ORDERS DESIGN DOCUMENT AGREEMENT DATED 04/26/2019 | LADD PARTNERS, LLC<br>PO BOX 8593<br>SAN JOSE, CA 95155 |
| 2.1118 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FINANCIALFORCE SCM DESIGN AGREEMENT DATED 04/25/2019 | LADD PARTNERS, LLC<br>PO BOX 8593<br>SAN JOSE, CA 95155 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1119 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | ON DEMAND SUPPORT & ENHANCEMENTS AGREEMENT DATED 06/23/2021 | LADD PARTNERS, LLC<br>PO BOX 8593<br>SAN JOSE, CA 95155 |
| 2.1120 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | STATEMENT OF WORK AGREEMENT DATED 02/14/2019 | LADD PARTNERS, LLC<br>PO BOX 8593<br>SAN JOSE, CA 95155 |
| 2.1121 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | DATA PROTECTION ADDENDUM AGREEMENT | LAMBDA TEST<br>1390 MARKET STREET<br>SUITE 200<br>SAN FRANCISCO, CA 94102 |
| 2.1122 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | SALES ORDER FORM AGREEMENT DATED 11/04/2024 | LAMBDA TEST<br>1390 MARKET STREET<br>SUITE 200<br>SAN FRANCISCO, CA 94102 |
| 2.1123 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | SUBSCRIPTION ORDER FORM AGREEMENT DATED 03/06/2024 | LAMBDA TEST<br>1390 MARKET STREET<br>SUITE 200<br>SAN FRANCISCO, CA 94102 |
| 2.1124 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | MASTER SERVICES AGREEMENT | LAMBDATEST INC.<br>1390 MARKET STREET<br>SUITE 200<br>SAN FRANCISCO, CA 94102 |
| 2.1125 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | MASTER CONSTRUCTION AGREEMENT 01/08/2025 AND ALL RELATED AMENDMENTS | LANDSEA CONSTRUCTION LLC<br>ATTN CONTROLLER<br>7525 IRVINE CENTER DR.<br>SUITE 200<br>IRVINE, CA 92618 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1126 | State what the contract or lease is for and the nature of the debtor's interest | CLIENT AGREEMENT LETTER DATED 07/16/2015 | LANGUAGE SERVICES ASSOCIATES<br>ATTN ERIC HOPE GLOBAL SALES MANAGER<br>455 BUSINESS CENTER DRIVE<br>SUITE 100<br>HORSHAM, PA 19044 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1127 | State what the contract or lease is for and the nature of the debtor's interest | CLIENT AGREEMENT LETTER DATED 07/17/2015 | LANGUAGE SERVICES ASSOCIATES<br>455 BUSINESS CENTER DRIVE<br>SUITE 100<br>HORSHAM, PA 19044 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1128 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER AGREEMENT DATED 11/06/2019 | LARKIN HOFFMAN DALY & LINDGREN, LTD.<br>8300 NORMAN CENTER DRIVE<br>SUITE 1000<br>MINNEAPOLIS, MN 55437-1060 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1129 | State what the contract or lease is for and the nature of the debtor's interest | SUBCONTRACT AGREEMENT 11/07/2023 AND ALL RELATED AMENDMENTS | LAUREL HEIGHTS<br>AUBREY GLEN AND MISSION GORGE ROAD<br>SANTEE, CA 92071 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1130 | State what the contract or lease is for and the nature of the debtor's interest | FIFTH AMENDMENT TO EXHIBIT AMASTER GRID SERVICES AGREEMENT DATED 12/08/2022 | LEAPFROG POWER, INC.<br>1700 MONTGOMERY ST<br>STE 200<br>SAN FRANCISCO, CA 94111-1023 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1131 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO EXHIBIT A:MASTER GRID SERVICES AGREEMENT DATED 04/16/2022 | LEAPFROG POWER, INC.<br>1700 MONTGOMERY ST<br>STE 200<br>SAN FRANCISCO, CA 94111-1023 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1132 | State what the contract or lease is for and the nature of the debtor's interest | FOURTH AMENDMENT TO EXHIBIT A: MASTER GRID SERVICES AGREEMENT AGREEMENT DATED 10/07/2022 | LEAPFROG POWER, INC.<br>1700 MONTGOMERY ST<br>STE 200<br>SAN FRANCISCO, CA 94111-1023 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1133 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FOURTH AMENDMENT TO EXHIBIT A: MASTER GRID SERVICES AGREEMENT DATED 10/07/2022 | LEAPFROG POWER, INC.<br>1700 MONTGOMERY ST<br>STE 200<br>SAN FRANCISCO, CA 94111-1023 |
| 2.1134 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LETTER OF CONFIRMATION AGREEMENT DATED 04/23/2021 | LEAPFROG POWER, INC.<br>1700 MONTGOMERY ST<br>STE 200<br>SAN FRANCISCO, CA 94111-1023 |
| 2.1135 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER GRID SERVICES AGREEMENT DATED 02/16/2021 | LEAPFROG POWER, INC.<br>1700 MONTGOMERY ST<br>STE 200<br>SAN FRANCISCO, CA 94111-1023 |
| 2.1136 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SECOND AMENDMENT TO EXHIBIT AMASTER GRID SERVICES AGREEMENT DATED 07/01/2022 | LEAPFROG POWER, INC.<br>1700 MONTGOMERY ST<br>STE 200<br>SAN FRANCISCO, CA 94111-1023 |
| 2.1137 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 04/12/2021 | LEEDS PROFESSIONAL RESOURCES LLC<br>9155 S DADELAND BLVD<br>SUITE 1100<br>MIAMI, FL 33156 |
| 2.1138 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | EQUIPMENT LEASE AGREEMENT DATED 03/19/2021 | LENNAR CORPORATION<br>700 NW 107TH AVE<br>MIAMI, FL 33172 |
| 2.1139 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | TRANSFER AND ASSUMPTION AGREEMENT DATED 10/01/2021 | LENNAR CORPORATION<br>700 NW 107TH AVE<br>MIAMI, FL 33172 |

Debtor Sunnova Energy Corporation Case number (If known): 25-90159

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1140 | State what the contract or lease is for and the nature of the debtor's interest | AMENDED AND RESTATED SOLAR INSTALLATION AGREEMENT DATED 04/13/2018 | LENNAR HOMES COLORADO, LLC<br>9781 S MERIDIAN BLVD<br>ENGLEWOOD, CO 80112 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1141 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO SOLAR INSTALLATION AGREEMENT DATED 10/31/2018 | LENNAR HOMES COLORADO, LLC<br>9781 S MERIDIAN BLVD<br>ENGLEWOOD, CO 80112 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1142 | State what the contract or lease is for and the nature of the debtor's interest | SOLAR INSTALLATION AGREEMENT DATED 12/05/2017 | LENNAR HOMES COLORADO, LLC<br>9781 S MERIDIAN BLVD<br>ENGLEWOOD, CO 80112 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1143 | State what the contract or lease is for and the nature of the debtor's interest | DEVELOPMENT AND PURCHASE AGREEMENT DATED 12/01/2021 | LENAR HOMES OF CALIFORNIA<br>1025 CREEKSIDE RIDGE DRIVE<br>STE 240<br>ROSEVILLE, CA 95678 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1144 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO SOLAR INSTALLATION AGREEMENT DATED 05/08/2017 | LENAR HOMES OF CALIFORNIA<br>1025 CREEKSIDE RIDGE DRIVE<br>STE 240<br>ROSEVILLE, CA 95678 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1145 | State what the contract or lease is for and the nature of the debtor's interest | SOLAR INSTALLATION AGREEMENT DATED 03/27/2019 | LENAR HOMES OF CALIFORNIA<br>1025 CREEKSIDE RIDGE DRIVE<br>STE 240<br>ROSEVILLE, CA 95678 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1146 | State what the contract or lease is for and the nature of the debtor's interest | SOLAR INSTALLATION AGREEMENT DATED 04/18/2019 | LENAR HOMES OF CALIFORNIA<br>1025 CREEKSIDE RIDGE DRIVE<br>STE 240<br>ROSEVILLE, CA 95678 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1147 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SOLAR INSTALLATION AGREEMENT DATED 07/16/2019 | LENAR HOMES OF CALIFORNIA<br>1025 CREEKSIDE RIDGE DRIVE<br>STE 240<br>ROSEVILLE, CA 95678 |
| 2.1148 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SOLAR INSTALLATION AGREEMENT DATED 10/30/2018 | LENNAR HOMES OF TEXAS LAND AND CONSTRUCTION, LTD.<br>13620 N FM 620 BLDG. B<br>SUITE 150<br>AUSTIN, TX 78717 |
| 2.1149 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SECOND AMENDMENT TO SOLAR INSTALLATION AGREEMENT DATED 05/19/2020 | LENNAR HOMES, LLC<br>10481 SIX MILE CYPRESS PKWY<br>FT. MYERS, FL 33966 |
| 2.1150 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SOLAR INSTALLATION AGREEMENT DATED 01/17/2019 | LENNAR HOMES, LLC<br>10481 SIX MILE CYPRESS PKWY<br>FT. MYERS, FL 33966 |
| 2.1151 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PRODUCT EVALUATION LOAN AGREEMENT | LENOVO<br>1009 THINK PLACE<br>MORRISVILLE, NC 27560 |
| 2.1152 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | WINDOWS 11 PRO END USER LICENSE AGREEMENT DATED 05/24/2023 | LENOVO<br>1009 THINK PLACE<br>MORRISVILLE, NC 27560 |
| 2.1153 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FIRST AMENDMENT TO SOLAR INSTALLATION AGREEMENT DATED 05/08/2017 | LEONARD ROOFING INC<br>43280 BUSINESS PARK DR<br>STE 107<br>TEMECULA, CA 92591 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1154 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | SECOND AMENDMENT TO SOLAR INSTALLATION AGREEMENT DATED 01/08/2024 | LEONARD ROOFING, INC.<br>SOUTHERN CALIFORNIA DELIVERY POINT<br>43280 BUSINESS PARK DR<br>#107<br>TEMECULA, CA 92590 |
| 2.1155 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | SOLAR INSTALLATION AGREEMENT DATED 04/18/2019 | LEONARD ROOFING INC<br>43280 BUSINESS PARK DR<br>STE 107<br>TEMECULA, CA 92591 |
| 2.1156 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | SOLAR INSTALLATION AGREEMENT DATED 12/28/2018 | LEONARD ROOFING INC<br>43280 BUSINESS PARK DR<br>STE 107<br>TEMECULA, CA 92591 |
| 2.1157 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | THIRD AMENDMENT TO SOLAR INSTALLATION AGREEMENT DATED 02/27/2024 | LEONARD ROOFING, INC.<br>SOUTHERN CALIFORNIA DELIVERY POINT<br>43280 BUSINESS PARK DR<br>#107<br>TEMECULA, CA 92590 |
| 2.1158 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | PROFESSIONAL SERVICES AGREEMENT DATED 01/23/2018 | LEVEMENTUM LLC<br>55 NORTH ARIZONA PLACE<br>#203<br>CHANDLER, AZ 85225 |
| 2.1159 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | PROFESSIONAL SERVICES AGREEMENT DATED 02/02/2018 | LEVEMENTUM LLC<br>55 NORTH ARIZONA PLACE<br>#203<br>CHANDLER, AZ 85225 |
| 2.1160 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | PROFESSIONAL SERVICES AGREEMENT DATED 09/11/2018 | LEVEMENTUM LLC<br>55 NORTH ARIZONA PLACE<br>#203<br>CHANDLER, AZ 85225 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1161 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ORDER FORM Q-47584-2 AGREEMENT DATED 03/08/2023 | LEVER INC<br>1125 MISSION ST.<br>SAN FRANCISCO, CA 94103 |
| 2.1162 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LETTER AGREEMENT DATED 09/11/2024 | LEVERAGE LAW GROUP LLC<br>O HANLON SKOMAL GIANCANA AND ARNOLD LLC<br>4501 COLLEGE BLVD<br>STE 280<br>LEAWOOD, KS 66211 |
| 2.1163 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SUPPLY AGREEMENT DATED 01/01/2019 | LG ELECTRONICS USA, INC.<br>1000 SYLVAN AVENUE<br>ENGLEWOOD CLIFFS, NJ 07632 |
| 2.1164 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 03/19/2022 AND ALL RELATED AMENDMENTS | LGCY INSTALLAION SERVICES, LLC<br>3333 N. DIGITAL DRIVE<br>SUITE 600<br>LEHI, UT 84043 |
| 2.1165 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDATORY RIDER AGREEMENT DATED 01/01/2025 | LIFE INSURANCE COMPANY OF NORTH AMERICA<br>51 MADISON AVE<br>NEW YORK, NY 10010 |
| 2.1166 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SUBCONTRACTOR AGREEMENT 01/16/2024 AND ALL RELATED AMENDMENTS | LIFESTYLE HOMES BUILDERS<br>3453 WEST NEW HAVEN AVE.<br>WEST MELBOURNE, FL 32904 |
| 2.1167 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ELECTRICITY PLAN PARTNERSHIP AGREEMENT DATED 11/18/2024 | LIGHT ENERGY, LLC<br>801 BARTON SPRINGS ROAD<br>FLOOR 9<br>AUSTIN, TX 78704 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1168 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ORDER FORM FOR SUNNOVA ENERGY CORPORATION AGREEMENT DATED 05/12/2023 | LINKEDIN CORPORATION<br>1000 WEST MAUDE AVE<br>SUNNYVALE, CA 94085 |
| 2.1169 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SAAS SUBSCRIPTION ORDER FORM AGREEMENT DATED 03/18/2025 | LINKSQUARES, INC.<br>60 STATE ST<br>SUITE 1200<br>BOSTON, MA 02109 |
| 2.1170 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SOFTWARE SERVICES AGREEMENT DATED 12/17/2018 | LINKSQUARES, INC.<br>38 CHAUNCY STREET<br>SUITE 1100<br>BOSTON, MA 02111 |
| 2.1171 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 04/20/2023 AND ALL RELATED AMENDMENTS | LINKUS ENTERPRISES, LLC<br>JOHN MACARI<br>41 W. CORPORATE DR.<br>MERIDIAN, ID 83642 |
| 2.1172 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ORDER FORM AGREEMENT DATED 11/30/2021 | LITMUS SOFTWARE, INC.<br>675 MASSACHUSETTS AVENUE<br>11TH FLOOR<br>CAMBRIDGE, MA 02139 |
| 2.1173 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ORDER FORM LREF-18236 AGREEMENT DATED 11/17/2020 | LITMUS SOFTWARE, INC.<br>675 MASSACHUSETTS AVENUE<br>11TH FLOOR<br>CAMBRIDGE, MA 02139 |
| 2.1174 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ORDER FORM LREF-22251 AGREEMENT DATED 11/30/2021 | LITMUS SOFTWARE, INC.<br>675 MASSACHUSETTS AVENUE<br>11TH FLOOR<br>CAMBRIDGE, MA 02139 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1175 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE CONTRACT AGREEMENT | LITTLEHOMESOFTEXAS<br>15788 INTERSTATE 45S<br>CONROE, TX 77384 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1176 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT #1 TO LIVEOPS ORDER FORM AGREEMENT DATED 02/12/2015 | LIVEOPS CLOUD PLATFORM, LLC<br>1365 N SCOTTSDALE RD<br>STE 390<br>SCOTTSDALE, AZ 85257 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1177 | State what the contract or lease is for and the nature of the debtor's interest | LIVEOPS ORDER FORM AGREEMENT DATED 12/03/2024 | LIVEOPS CLOUD PLATFORM, LLC<br>1365 N SCOTTSDALE RD<br>STE 390<br>SCOTTSDALE, AZ 85257 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1178 | State what the contract or lease is for and the nature of the debtor's interest | LIVEPERSON ORDER FORM AGREEMENT DATED 11/16/2022 | LIVEPERSON INC.<br>530 7TH AVE<br>FLOOR M1<br>NEW YORK, NY 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1179 | State what the contract or lease is for and the nature of the debtor's interest | 401(K) PROFIT SHARING PLAN AGREEMENT DATED 03/08/2023 | LJ MOSBY, P.C.<br>11511 KATY FREEWAY<br>SUITE 590<br>HOUSTON, TX 77079 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1180 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED 10/31/2021 | LOGIX COMMUNICATION, LP<br>P.O. BOX 3608<br>HOUSTON, TX 77253 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1181 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES ORDER AGREEMENT DATED 06/07/2017 | LOGMEIN<br>320 SUMMER STREET<br>BOSTON, MA 02210 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1182 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | GUARANTY AGREEMENT DATED 12/07/2023 | LONGHORN CLASS A LLC<br>BLACKSTONE GREEN PRIVATE CREDIT FUND III BLOCKER-2A LLC<br>345 PARK AVE<br>FL 31<br>NEW YORK, NY 10154 |
| 2.1183 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | LETTER AGREEMENT DATED 03/12/2024 | LONGHORN CLASS A LLC<br>BLACKSTONE GREEN PRIVATE CREDIT FUND III BLOCKER-2A LLC<br>345 PARK AVE<br>FL 31<br>NEW YORK, NY 10154 |
| 2.1184 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | LETTER AGREEMENT DATED 12/07/2023 | LONGHORN CLASS A LLC<br>BLACKSTONE GREEN PRIVATE CREDIT FUND III BLOCKER-2A LLC<br>345 PARK AVE<br>FL 31<br>NEW YORK, NY 10154 |
| 2.1185 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | TAX CREDIT PURCHASE AGREEMENT CONSENT | LONGHORN CLASS A LLC<br>BLACKSTONE GREEN PRIVATE CREDIT FUND III BLOCKER-2A LLC<br>345 PARK AVE<br>FL 31<br>NEW YORK, NY 10154 |
| 2.1186 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | ORDER FOR SUBSCRIPTION SERVICES AGREEMENT DATED 02/01/2019 | LOOOP ONLINE LIMITED<br>BLICK ROTHENBERG<br>16 GREAT QUEEN STREET<br>COVENT GARDEN<br>LONDON, WC2B 5AH<br>UNITED KINGDOM |
| 2.1187 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | WEBSITE TERMS AND CONDITIONS BINDING AGREEMENT | LOOOP ONLINE LIMITED<br>BLICK ROTHENBERG<br>16 GREAT QUEEN STREET<br>COVENT GARDEN<br>LONDON, WC2B 5AH<br>UNITED KINGDOM |
| 2.1188 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | GENERAL TERMS AND CONDITIONS AGREEMENT DATED 08/27/2024 | LOVELAND ROOFING INC.<br>1715 NEWCASTLE ROAD<br>NEWCASTLE, CA 95658 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1189 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 08/27/2024 | LOVELAND ROOFING INC.<br>1715 NEWCASTLE ROAD<br>NEWCASTLE, CA 95658 |
| 2.1190 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 04/19/2021 | LUCAS GROUP<br>LUCAS ASSOCIATES INC<br>950 EAST PACES FERRY RD<br>STE 2300<br>ATLANTA, GA 30326 |
| 2.1191 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LUCID SUITE ORDER FORM Q-738050 AGREEMENT DATED 04/03/2023 | LUCID SOFTWARE INC.<br>10355 S JORDAN GATEWAY<br>#150<br>SOUTH JORDAN, UT 84095 |
| 2.1192 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LUCIDCHART ENTERPRISE ORDER FORM Q-562204 AGREEMENT DATED 10/19/2022 | LUCID SOFTWARE INC.<br>10355 S JORDAN GATEWAY<br>#150<br>SOUTH JORDAN, UT 84095 |
| 2.1193 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ORDER FORM Q-1176354 AGREEMENT DATED 04/03/2024 | LUCID SOFTWARE INC.<br>10355 S JORDAN GATEWAY<br>#150<br>SOUTH JORDAN, UT 84095 |
| 2.1194 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ORDER FORM Q-122279 AGREEMENT DATED 10/27/2021 | LUCID SOFTWARE INC.<br>10355 S JORDAN GATEWAY<br>#150<br>SOUTH JORDAN, UT 84095 |
| 2.1195 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FIRST AMENDMENT TO MASTER AGGREGATION AGREEMENT NO. 102614 DATED 10/11/2024 | LUMA ENERGY SERVCO LLC<br>644 FERNANDEZ JUNCOS AVENUE<br>STE 301<br>SAN JUAN, PR 00907 |

Debtor Sunnova Energy Corporation Case number (If known): 25-90159

Name

Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1196 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | DEDICATED INTERNET ACCESS AGREEMENT DATED 07/17/2020 | LUMEN TECHNOLOGIES DBA LEVEL 3 COMMUNICATIONS, LLC A CENTURYLINK COMPANY<br>LEVEL 3 FINANCING INC<br>100 CENTURYLINK DRIVE<br>MONROE, LA 71203 |
| 2.1197 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SUPPLY AGREEMENT DATED 08/25/2023 | LUMIN<br>ATTN: JOHN ARNAUD<br>501 LOCUST AVE<br>FLOOR 1 SUITE 2<br>CHARLOTTESVILLE, VA 22902 |
| 2.1198 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 07/26/2024 AND ALL RELATED AMENDMENTS | LUMINANCE HOME SOLUTIONS LLC<br>2 HERON WAY<br>ANDOVER, NJ 07821 |
| 2.1199 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER DEALER AGREEMENT DATED 07/19/2024 AND ALL RELATED AMENDMENTS | LUMINANCE HOME SOLUTIONS LLC<br>113-25 QUEENS BOULEVARD<br>SUITE 124<br>REGO PARK, NY 11375 |
| 2.1200 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 10/02/2023 | LUMINASUN SMART HOME LLC<br>ATTENTION BRADY NELSON<br>114 MORLAKE DR.<br>STE 201<br>MOORESVILLE, NC 28117 |
| 2.1201 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 02/25/2022 AND ALL RELATED AMENDMENTS | LUMIO HX, INC<br>1550 W. DIGITAL DRIVE<br>SUITE 500<br>LEHI, UT 84043 |
| 2.1202 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SERVICES AGREEMENT DATED 03/22/2024 AND ALL RELATED AMENDMENTS | LUMIO HX, INC<br>1550 W. DIGITAL DRIVE<br>SUITE 500<br>LEHI, UT 84043 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1203 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 01/27/2023 | LUNEX POWER INC<br>3149 W VARN AVE<br>TAMPA, FL 33616 |
| 2.1204 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GENERAL TERMS AND CONDITIONS AGREEMENT DATED 10/16/2024 | LYLAC STREET PARTNERS, INC D/B/A R&R HANDYMAN SERVICES<br>1966 TICE VALLEY BLVD<br>WALNUT CREEK, CA 94595 |
| 2.1205 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 10/16/2024 | LYLAC STREET PARTNERS, INC D/B/A R&R HANDYMAN SERVICES<br>1966 TICE VALLEY BLVD<br>WALNUT CREEK, CA 94595 |
| 2.1206 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | WAREHOUSE AGREEMENT DATED 07/19/2023 | LYNDEN LOGISTICS, INC.<br>18000 INTERNATIONAL BLVD.<br>SUITE 700<br>SEATTLE, WA 98188 |
| 2.1207 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | WAREHOUSE AGREEMENT DATED 07/19/2023 | LYNDEN LOGISTICS, INC.<br>18000 INTERNATIONAL BLVD.<br>SUITE 700<br>SEATTLE, WA 98188 |
| 2.1208 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SUBCONTRACTOR AGREEMENT 01/09/2025 AND ALL RELATED AMENDMENTS | M.D.C. HOLDINGS, INC.<br>ATTN DIRECTOR OF NATIONAL ENVIRONMENTAL COMPLIANCE DIRECTOR OF RISK MANAGEMENTGENERAL COUNSEL4350 SOUTH MONACO STREET<br>SUITE 500<br>DENVER, CO 80237 |
| 2.1209 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LABOR AND MATERIAL CONTRACT 09/01/2021 | M.H.P. BUILDERS<br>3202 W. MARCH LANE<br>STE. A<br>STOCKTON, CA 95219 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1210 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CREDIT/ACCOUNT APPLICATION AGREEMENT DATED 07/06/2023 | MACKAY COMMUNICATIONS, INC.<br>3691 TRUST DRIVE<br>RALEIGH, NC 27616-2955 |
| 2.1211 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ORDER CONFIRMATION SOO5504626 AGREEMENT DATED 06/20/2022 | MACKAY COMMUNICATIONS, INC.<br>3691 TRUST DRIVE<br>RALEIGH, NC 27616-2955 |
| 2.1212 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 04/09/2020 | MALAMA SOLAR, LLC<br>ATTENTION<br>CHRIS AH SUE OWNER<br>1050 QUEEN STREET<br>#100<br>HONOLULU, HI 96814 |
| 2.1213 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER PURCHASE AGREEMENT DATED 07/09/2021 | NAME ON FILE<br>ADDRESS ON FILE |
| 2.1214 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LETTER OF ENGAGEMENT AGREEMENT DATED 09/10/2019 | MARCUM LLP ACCOUNTANTS & ADVISORS<br>555 LONG WHARF DR.<br>NEW HAVEN, CT 06511 |
| 2.1215 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FAXABLE LEASE AGREEMENT DATED 06/01/2015 | MARIMOM<br>7300 N GESSNER<br>HOUSTON, TX 77040 |
| 2.1216 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FAXABLE LEASE AGREEMENT DATED 09/02/2015 | MARIMOM<br>7300 N GESSNER<br>HOUSTON, TX 77040 |

Debtor Sunnova Energy Corporation Case number (If known): 25-90159

Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1217 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED 12/19/2017 | MARIMOM<br>7300 N GESSNER<br>HOUSTON, TX 77040 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1218 | State what the contract or lease is for and the nature of the debtor's interest | MAINTENANCE AGREEMENT DATED 12/19/2017 | MARIMOM<br>7300 N GESSNER<br>HOUSTON, TX 77040 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1219 | State what the contract or lease is for and the nature of the debtor's interest | MAINTENANCE AGREEMENT DATED 03/06/2020 | MARIMON BUSINESS SYSTEMS<br>7300 N GESSNER<br>HOUSTON, TX 77040 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1220 | State what the contract or lease is for and the nature of the debtor's interest | PRINT CHECK MAINTENANCE AGREEMENT DATED 03/06/2020 | MARIMON BUSINESS SYSTEMS<br>7300 N GESSNER<br>HOUSTON, TX 77040 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1221 | State what the contract or lease is for and the nature of the debtor's interest | SUBCONTRACT AGREEMENT 10/23/2023 AND ALL RELATED AMENDMENTS | MARK GROSS & ASSOCIATES, INC.<br>8881 RESEARCH DR<br>IRVINE, CA 92618 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1222 | State what the contract or lease is for and the nature of the debtor's interest | CONSTRUCTION SUBCONTRACT 04/27/2023 AND ALL RELATED AMENDMENTS | MARK INSURANCE SERVICES<br>510 E. FOOTHILL BLVD<br>SUITE 105<br>KRISTY CLEARMAN, CA 91773 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1223 | State what the contract or lease is for and the nature of the debtor's interest | MEMORANDUM OF UNDERSTANDING AGREEMENT DATED 12/20/2019 | MARYLAND COMMISSIONER OF FINANCIAL REGULATION<br>COMMISSIONER OF FINANCIAL REGULATION ATTN: ARLENE WILLIAMS<br>500 NORTH CALVERT STREET<br>SUITE 402<br>BALTIMORE, MD 21202-3651 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1224 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | COMPOSITE OFFER AGREEMENT DATED 10/20/2023 | MASSACHUSETTS MUNICIPAL WHOLESALE ELECTRIC COMPANY<br>ATTN: DANIEL MURPHY<br>327 MOODY<br>STREETLUDLOW, MA 01056 |
| 2.1225 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CUSTOMER ORDER FORM SOR2656 AGREEMENT DATED 10/05/2017 | MAVEN WAVE PARTNERS LLC<br>71 S. WACKER DRIVE<br>SUITE 2040<br>CHICAGO, IL 60606 |
| 2.1226 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER CUSTOMER AGREEMENT DATED 10/05/2019 | MAVEN WAVE PARTNERS LLC, A DELAWARE LLC<br>ATTN BRIAN FARRAR<br>550 W. WASHINGTON BLVD.<br>SUITE 300<br>CHICAGO, IL 60661 |
| 2.1227 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ORDER FORM 0000GXF9G AGREEMENT DATED 08/23/2023 | MAZE.DESIGN INC.<br>ATTENTION: JASON DYE<br>SUITE 220<br>MENLO PARK, CA 94025 |
| 2.1228 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENGAGEMENT LETTER AGREEMENT DATED 12/13/2021 | MCCARTER & ENGLISH, LLP<br>FOUR GATEWAY CENTER<br>100 MULBERRY STREET<br>NEWARK, NJ 07102-4056 |
| 2.1229 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SUPPLY AGREEMENT DATED 03/22/2023 | MCLOONE METAL GRAPHICS INC<br>75 SUMNER ST<br>LA CROSSE, WI 54603 |
| 2.1230 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SUBCONTRACTOR AGREEMENT 06/10/2020 AND ALL RELATED AMENDMENTS | MCSTAIN CONSTRUCTORS, LLC<br>2420 WEST 26TH AVE.<br>SUITE D-480<br>DENVER, CO 80211 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1231 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SPECIAL BONUS PLAN AGREEMENT DATED 04/04/2025 | NAME ON FILE<br>ADDRESS ON FILE |
| 2.1232 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SPECIAL BONUS OPPORTUNITY AGREEMENT DATED 03/12/2025 | NAME ON FILE<br>ADDRESS ON FILE |
| 2.1233 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 03/07/2017 | MELPRO CORP.<br>160 W. MENDEZ VIGO STREET<br>ATTENTION LUIS S. ACEVEDO, PR 00681 |
| 2.1234 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | DEMONSTRATION VEHICLE AGREEMENT DATED 02/07/2024 | MERCEDES-BENZ USA, LLC<br>ATTENTION<br>VANS AND GENERAL COUNSEL<br>ONE MERCEDES DRIVE<br>SANDY SPRINGS, GA 30328 |
| 2.1235 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | DEMONSTRATION VEHICLE AGREEMENT DATED 02/29/2024 | MERCEDES-BENZ USA, LLC<br>ATTENTION<br>VANS AND GENERAL COUNSEL<br>ONE MERCEDES DRIVE<br>SANDY SPRINGS, GA 30328 |
| 2.1236 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SAAS SUBSCRIPTION AGREEMENT DATED 01/09/2015 | MERIPLEX SOLUTIONS<br>10111 RICHMOND AVE<br>SUITE 500<br>HOUSTON, TX 77042 |
| 2.1237 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SUBCONTRACT AGREEMENT 06/11/2024 AND ALL RELATED AMENDMENTS | MERITAGE HOMES OF CALIFORNIA, INC.<br>ATTN: DIVISION PRESIDENT<br>5 PETERS CANYON<br>SUITE 310<br>IRVINE, CA 92606 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1238 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 08/13/2013 | METRO R.F. SERVICES, INC<br>2320 S. ARCHIBALD AVE.<br>ONTARIO, CA 91761 |
| 2.1239 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SALES AGREEMENT DATED 07/20/2021 | METROPOLITAN TRANSIT AUTHORITY OF HARRIS COUNTY, TEXAS<br>REVENUE OPERATIONS<br>PO BOX 61429<br>1900 MAIN STREET<br>HOUSTON, TX 77208-1429 |
| 2.1240 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | BROKER SERVICES AGREEMENT | MI TEXAS, LLC<br>5950 NORTH COURSE DR<br>HOUSTON, TX 77072 |
| 2.1241 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SPECIAL BONUS PLAN AGREEMENT DATED 04/04/2025 | NAME ON FILE<br>ADDRESS ON FILE |
| 2.1242 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SPECIAL BONUS OPPORTUNITY AGREEMENT DATED 03/12/2025 | NAME ON FILE<br>ADDRESS ON FILE |
| 2.1243 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 03/07/2017 AND ALL RELATED AMENDMENTS | MICRONESIA RENEWABLE ENERGY INC.<br>ATTENTION<br>TRACY VOACOLO<br>167B E.T.<br>CALVO MEMORIAL PARKWAY<br>TAMUNING, GU 96913 |
| 2.1244 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PROGRAM SIGNATURE FORM AGREEMENT DATED 11/30/2021 | MICROSOFT CORPORATION<br>DEPT. 551<br>VOLUME LICENSING<br>6880 SIERRA CENTER PARKWAY<br>RENO, NV 89511 |

Debtor Sunnova Energy Corporation Case number (If known): 25-90159

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1245 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | RETAINER AGREEMENT DATED 01/18/2023 | MIDWEST STRATEGY GROUP OF MICHIGAN LLC<br>101 S WASHINGTON SQUARE<br>STE 300<br>LANSING, MI 48933 |
| 2.1246 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENGAGEMENT AGREEMENT DATED 09/05/2019 | MILES & STOCKBRIDGE P.C.<br>100 LIGHT STREET<br>BALTIMORE, MD 21202 |
| 2.1247 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FIRST AMENDMENT TO MASTER SERVICE AGREEMENT DATED 01/23/2025 | MILLSTREAM CONSTRUCTION LLC<br>255 WILLIAMS STREET<br>EAST GLASTONBURY, CT 06033 |
| 2.1248 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GENERAL TERMS AND CONDITIONS AGREEMENT DATED 08/29/2024 | MILLSTREAM CONSTRUCTION LLC<br>255 WILLIAMS STREET<br>EAST GLASTONBURY, CT 06033 |
| 2.1249 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 08/29/2024 | MILLSTREAM CONSTRUCTION LLC<br>255 WILLIAMS STREET<br>EAST GLASTONBURY, CT 06033 |
| 2.1250 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATISTICAL SOFTWARE SUBSCRIPTION AGREEMENT DATED 06/13/2022 | MINITAB LLC<br>1829 PINE HALL ROAD<br>STATE COLLEGE, PA 16801 |
| 2.1251 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANGE REQUEST (CR) FORM AGREEMENT DATED 01/23/2024 | MINUIT MOINS UNE INC.<br>24 MONT-MARIBOU<br>ST-SAUVEUR, QC J0R 1R7<br>CANADA |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1252 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANGE REQUEST (CR) FORM AGREEMENT DATED 08/21/2023 | MINUIT MOINS UNE INC.<br>24 MONT-MARIBOU<br>ST-SAUVEUR, QC J0R 1R7<br>CANADA |
| 2.1253 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PROFESSIONAL SERVICE AGREEMENT | MINUIT MOINS UNE INC.<br>24 CHEMIN DU MONT MARIBOU<br>SAINT-SAUVEUR-DES-MONTS, QC J0R 1R7<br>CANADA |
| 2.1254 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK (SOW) AGREEMENT DATED 04/04/2023 | MINUIT MOINS UNE INC.<br>24 MONT-MARIBOU<br>ST-SAUVEUR, QC J0R 1R7<br>CANADA |
| 2.1255 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SUPPLY AGREEMENT DATED 08/21/2023 | MISSION SOLAR ENERGY LLC<br>8303 S. NEW BRAUNFELS AVENUE<br>SAN ANTONIO, TX 78235 |
| 2.1256 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 06/01/2023 | MK PERSONNEL LLC<br>1800 WEST LOOP S<br>SUITE 1200<br>HOUSTON, TX 77027 |
| 2.1257 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SUBCONTRACT AGREEMENT 07/21/2021 AND ALL RELATED AMENDMENTS | MKL 2005, INC.<br>2716 OCEAN PARK BLVD.<br>SUITE 3006<br>SANTA MONICA, CA 90405 |
| 2.1258 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONNECTEAM ORDER FORM AGREEMENT DATED 04/30/2024 | MOBILESSON LTD<br>ALROZOROV 111<br>TEL AVIV, 6209809<br>ISRAEL |

Debtor Sunnova Energy Corporation Case number (If known): 25-90159

Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1259 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENTERPRISE LICENSE ORDER FORM AGREEMENT DATED 05/01/2024 | MOBILESSON LTD<br>ALROZOROV 111<br>TEL AVIV, 6209809<br>ISRAEL |
| 2.1260 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | TERMS OF SERVICE AGREEMENT | MOBILESSON LTD<br>ALROZOROV 111<br>TEL AVIV, 6209809<br>ISRAEL |
| 2.1261 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GOVERNING SERVICES AGREEMENT DATED 08/16/2021 | MOMENTIVE EUROPE UC<br>2 SHELBOURNE BUILDINGS<br>SECOND FLOOR<br>SHELBOURNE RD<br>DUBLIN 4,<br>IRELAND (EIRE) |
| 2.1262 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GOVERNING SERVICES AGREEMENT DATED 08/16/2021 | MOMENTIVE INC<br>ONE CURIOSITY WAY<br>SAN MATEO, CA 94403 |
| 2.1263 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ORDER FORM - CONTRACT-33181 AGREEMENT DATED 12/02/2021 | MOMENTIVE INC<br>ONE CURIOSITY WAY<br>SAN MATEO, CA 94403 |
| 2.1264 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FIRST AMENDMENT TO SOLAR INSTALLATION AGREEMENT DATED 08/18/2023 | MOMENTUM ROOFING & SOLAR<br>ATTENTION CRAIG RICKABAUGH DIVISION MANAGER<br>1200 DEL PASO ROAD<br>SUITE 100<br>SACRAMENTO, CA 95834 |
| 2.1265 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SOLAR INSTALLATION AGREEMENT DATED 02/03/2023 | MOMENTUM ROOFING & SOLAR<br>ATTENTION CRAIG RICKABAUGH DIVISION MANAGER<br>1200 DEL PASO ROAD<br>SUITE 100<br>SACRAMENTO, CA 95834 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1266 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SAAS SUBSCRIPTION AGREEMENT DATED 02/14/2025 | MONDAY.COM LTD<br>6 YITZHAK SADEH ST.<br>TEL-AVIV, 6777506<br>ISRAEL |
| 2.1267 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SALES ORDER AGREEMENT DATED 02/14/2025 | MONDAY.COM LTD<br>6 YITZHAK SADEH ST.<br>TEL-AVIV, 6777506<br>ISRAEL |
| 2.1268 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MONET SOFTWARE ORDER FORM AGREEMENT DATED 10/02/2018 | MONET SOFTWARE INC.<br>11812 SAN VICENTE BLVD.<br>SUITE #605<br>LOS ANGELES, CA 90049 |
| 2.1269 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MONET TERMS OF SERVICE AGREEMENT DATED 02/01/2018 | MONET SOFTWARE INC.<br>11812 SAN VICENTE BLVD.<br>SUITE #605<br>LOS ANGELES, CA 90049 |
| 2.1270 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | WFM FOR SALESFORCE ORDER FORM - SCHEDULE A AGREEMENT DATED 09/30/2018 | MONET SOFTWARE INC.<br>11812 SAN VICENTE BLVD.<br>SUITE #605<br>LOS ANGELES, CA 90049 |
| 2.1271 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ORDER FORM 26560 AGREEMENT DATED 01/26/2017 | MONGODB, INC.<br>229 WEST 43RD ST.<br>NEW YORK, NY 10036 |
| 2.1272 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ORDER FORM 33630 AGREEMENT DATED 12/04/2017 | MONGODB, INC.<br>229 WEST 43RD ST.<br>NEW YORK, NY 10036 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1273 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ORDER FORM 43512 AGREEMENT DATED 01/31/2019 | MONGODB, INC.<br>1633 BROADWAY 38TH FLOOR<br>NEW YORK, NY 10019 |
| 2.1274 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENGAGEMENT LETTER AGREEMENT DATED 04/15/2019 | MONTGOMERY & ANDREWS<br>325 PASEO DE PERALTA<br>SANTA FE, NM 87501 |
| 2.1275 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ASSIGNMENT, ASSUMPTION AND TRANSFER AGREEMENT DATED 04/01/2021 | MOONROAD SERVICES GROUP, LLC |
| 2.1276 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ASSIGNMENT, ASSUMPTION AND TRANSFER AGREEMENT DATED 12/01/2021 | MOONROAD SERVICES GROUP, LLC |
| 2.1277 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ASSIGNMENT, ASSUMPTION AND TRANSFER AGREEMENT DATED 12/02/2022 | MOONROAD SERVICES GROUP, LLC |
| 2.1278 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | DEVELOPMENT AND PURCHASE AGREEMENT DATED 12/01/2021 | MOONROAD SERVICES GROUP, LLC |
| 2.1279 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | OMNIBUS SERVICES AGREEMENT DATED 10/26/2022 | MOONROAD SERVICES GROUP LLC<br>20 EAST GREENWAY PLAZA<br>SUITE 540<br>HOUSTON, TX 77046 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1280 | State what the contract or lease is for and the nature of the debtor's interest | SELLER TRANSFER INSTRUMENT AGREEMENT DATED 04/01/2021 | MOONROAD SERVICES GROUP, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1281 | State what the contract or lease is for and the nature of the debtor's interest | SELLER TRANSFER INSTRUMENT AGREEMENT DATED 12/01/2021 | MOONROAD SERVICES GROUP, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1282 | State what the contract or lease is for and the nature of the debtor's interest | SELLER TRANSFER INSTRUMENT AGREEMENT DATED 12/01/2023 | MOONROAD SERVICES GROUP, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1283 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT DATED 04/01/2021 | MOONROAD SERVICES GROUP, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1284 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER INSTRUMENT AGREEMENT DATED 12/02/2022 | MOONROAD SERVICES GROUP, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1285 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED 08/16/2022 | MORAN INDUSTRIES, INC. D/B/A MORAN LOGISTICS<br>601 LIBERTY STREET<br>WATSONTOWN, PA 17777 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1286 | State what the contract or lease is for and the nature of the debtor's interest | WAREHOUSE AGREEMENT DATED 12/19/2023 | MORAN INDUSTRIES, INC. D/B/A MORAN LOGISTICS<br>118 E 8TH STREET<br>WATSONTOWN, PA 17777 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1287 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONSUMER PROTECTION ADVICE AGREEMENT DATED 01/31/2019 | MORGAN, LEWIS & BOCKIUS LLP<br>2222 MARKET STREET<br>PHILADELPHIA, PA 19103 |
| 2.1288 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENGAGEMENT LETTER AGREEMENT DATED 05/17/2024 | MORRIS JAMES LLP<br>500 DELAWARE AVE<br>SUITE 1500<br>WILMINGTON, DE 19899 |
| 2.1289 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENGAGEMENT OF COUNCIL LETTER AGREEMENT DATED 07/30/2020 | MOSS GEORGE, LLP<br>P.O. BOX 90067<br>ALBUQUERQUE, NM 87199 |
| 2.1290 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | REFERRAL AGREEMENT DATED 01/14/2021 | MP2 ENERGY TEXAS LLC<br>ATTN: LEGAL<br>21 WATERWAY AVE<br>SUITE 450<br>THE WOODLANDS, TX 77380 |
| 2.1291 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 02/23/2021 | MPE SOLAR CARPORTS, INC.<br>ATTENTION: LANDON WIMMER<br>2619 LINCOLN AVE<br>PALMDALE, CA 93551 |
| 2.1292 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | QUOTE AGREEMENT DATED 03/08/2024 | MRK LLC DBA POINTS NORTH<br>ATTENTION FINANCE DEPARTMENT<br>371 CANAL PARK DRIVE<br>SUITE 210<br>DULUTH, MN 55802 |
| 2.1293 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | TERMS AND CONDITIONS AGREEMENT DATED 06/07/2023 | MRK LLC DBA POINTS NORTH<br>ATTENTION FINANCE DEPARTMENT<br>371 CANAL PARK DRIVE<br>SUITE 210<br>DULUTH, MN 55802 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1294 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | TERMS AND CONDITIONS TO SAAS AGREEMENT DATED 06/07/2023 | MRK LLC DBA POINTS NORTH<br>ATTENTION FINANCE DEPARTMENT<br>371 CANAL PARK DRIVE<br>SUITE 210<br>DULUTH, MN 55802 |
| 2.1295 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 08/20/2018 | MUSI & SABBADINI GROUP INC. D/B/A M + S ELECTRIC LLC<br>ATTENTION<br>FERNANDO SABBADINI<br>6430 SUNSET CORPORATE DR.<br>LAS VEGAS, NV 89120 |
| 2.1296 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SUBCONTRACT AGREEMENT 08/15/2018 AND ALL RELATED AMENDMENTS | MV GV LLC<br>389 SW SCALEHOUSE CT<br>SUITE 110<br>BEND, OR 97702 |
| 2.1297 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | DIGITAL SIGNAGE SOLUTIONS SSO AGREEMENT DATED 04/19/2021 | MVIX (USA) INC<br>23475 ROCK HAVEN WAY<br>STE 125<br>STERLING, VA 20166 |
| 2.1298 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GENERAL TERMS AND CONDITIONS AGREEMENT DATED 08/26/2024 | N.E.R.D. POWER AZ LLC<br>2065 W OBISPO AVE<br>#102<br>GILBERT, AZ 85233 |
| 2.1299 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 08/26/2024 | N.E.R.D. POWER AZ LLC<br>2065 W OBISPO AVE<br>#102<br>GILBERT, AZ 85233 |
| 2.1300 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GENERAL TERMS AND CONDITIONS AGREEMENT DATED 08/26/2024 | N.E.R.D. POWER CA LLC<br>320 GOLD AVE. SW<br>SUITE 1401<br>ALBUQUERQUE, NM 87102 |

Debtor Sunnova Energy Corporation Case number (If known): 25-90159

Name

Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1301 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 08/26/2024 | N.E.R.D. POWER CA LLC<br>320 GOLD AVE. SW<br>SUITE 1401<br>ALBUQUERQUE, NM 87102 |
| 2.1302 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GENERAL TERMS AND CONDITIONS AGREEMENT DATED 08/26/2024 | N.E.R.D. POWER TX, LLC<br>2065 W OBISPO AVE<br>#102<br>GILBERT, AZ 85233 |
| 2.1303 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 08/26/2024 | N.E.R.D. POWER TX, LLC<br>2065 W OBISPO AVE<br>#102<br>GILBERT, AZ 85233 |
| 2.1304 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDED AND RESTATED SOLAR INSTALLATION AGREEMENT DATED 01/05/2022 | NAMASTE SOLAR ELECTRIC, INC.<br>888 FEDERAL BLVD<br>DENVER, CO 80204 |
| 2.1305 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDED AND RESTATED SOLAR INSTALLATION AGREEMENT DATED 04/13/2018 | NAMASTE SOLAR ELECTRIC INC<br>6707 WINCHESTER CIR<br>SUITE 700<br>BOULDER, CO 80301 |
| 2.1306 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FIRST AMENDMENT TO AMENDED AND RESTATED SOLAR INSTALLATION AGREEMENT DATED 12/19/2022 | NAMASTE SOLAR ELECTRIC, INC.<br>888 FEDERAL BLVD<br>DENVER, CO 80204 |
| 2.1307 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LEAD LIST PURCHASE AGREEMENT DATED 09/30/2021 | NATIONS RELIABLE LENDING, LLC<br>ATTN: VENDOR MANAGEMENT<br>4400 POST OAK PARKWAY<br>SUITE 1000<br>HOUSTON, TX 77027 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1308 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENGAGEMENT LETTER AGREEMENT DATED 11/15/2017 | NAVIGANT CONSULTING, INC<br>150 N. RIVERSIDE<br>CHICAGO, IL 60606 |
| 2.1309 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDMENT QUOTE Q062012 AGREEMENT DATED 01/22/2021 | NEARMAP US INC.<br>10897 SOUTH RIVER FRONT PARKWAY<br>SUITE 150<br>SOUTH JORDAN, UT 84095 |
| 2.1310 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PARTNERSHIP AMENDMENT QUOTE Q107049 AGREEMENT DATED 12/19/2024 | NEARMAP US INC.<br>1850 W ASHTON BLVD<br>SUITE 500<br>LEHI, UT 84043 |
| 2.1311 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 06/19/2024 | NEEECO, LLC<br>10 UPTON DRIVE<br>SUITE 8<br>WILMINGTON, MA 01887 |
| 2.1312 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SUBCONTRACT AGREEMENT 08/15/2023 AND ALL RELATED AMENDMENTS | NEIGHBORHOOD 1 AT THE HAVENS LLC<br>32823 TEMECULA PKWY<br>TEMECULA, CA 92592 |
| 2.1313 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GENERAL TERMS AND CONDITIONS AGREEMENT DATED 08/26/2024 | NERD POWER NV, LLC<br>2065 W OBISPO AVE<br>#102<br>GILBERT, AZ 85233 |
| 2.1314 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 08/26/2024 | NERD POWER NV, LLC<br>2065 W OBISPO AVE<br>#102<br>GILBERT, AZ 85233 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1315 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | GROUP HEALTH INSURANCE BENEFITS AGREEMENT DATED 01/01/2025 | NETCARE<br>424 WEST O BRIEN DRIVE<br>SUITE 200<br>HAGATNA, GU 96910 |
| 2.1316 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | GROUP HEALTH INSURANCE RENEWAL AGREEMENT DATED 01/01/2025 | NETCARE LIFE & HEALTH INSURANCE<br>JULALE CENTER<br>SUITE 200<br>424 WEST O BRIEN DRIVE<br>HAGATNA, GU 96910 |
| 2.1317 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | ORDER FORM AGREEMENT DATED 01/27/2022 | NETWRIX CORPORATION<br>6160 WARREN PARKWAY<br>STE. 100<br>FRISCO, TX 75034 |
| 2.1318 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | PRICE QUOTE 00278381 AGREEMENT DATED 11/26/2021 | NETWRIX CORPORATION<br>300 SPECTRUM CENTER DR<br>STE 200<br>IRVINE, CA 92618 |
| 2.1319 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | PRICE QUOTE Q-103293 AGREEMENT DATED 10/28/2024 | NETWRIX CORPORATION<br>6160 WARREN PARKWAY<br>STE. 100<br>FRISCO, TX 75034 |
| 2.1320 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | PRICE QUOTE Q-59156 AGREEMENT DATED 11/13/2023 | NETWRIX CORPORATION<br>6160 WARREN PARKWAY<br>STE. 100<br>FRISCO, TX 75034 |
| 2.1321 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | PRICE QUOTE Q-77225 AGREEMENT DATED 05/09/2024 | NETWRIX CORPORATION<br>6160 WARREN PARKWAY<br>STE. 100<br>FRISCO, TX 75034 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1322 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 12/13/2024 AND ALL RELATED AMENDMENTS | NEW ERA MARKETING CONSULTING, LLC<br>ATTENTION CHRISTIAN CASCO<br>225 S TROPICAL TRAIL<br>APT 609<br>MERRITT, FL 32952 |
| 2.1323 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER DEALER AGREEMENT DATED 10/20/2021 AND ALL RELATED AMENDMENTS | NEW ERA MARKETING CONSULTING, LLC<br>225 SOUTH TROPICAL TRAIL<br>#609<br>MERRITT ISLAND, FL 32952 |
| 2.1324 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LEAD PROCUREMENT AGREEMENT DATED 03/07/2023 | NEW IMAGITAS, INC. D/B/A RED VENTURES<br>1423 RED VENTURES DRIVE<br>FORT MILL, SC 29707 |
| 2.1325 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ORDER FORM Q-15824 AGREEMENT DATED 04/30/2024 | NEW RELIC, INC<br>188 SPEAR ST.<br>SUITE 1000<br>SAN FRANCISCO, CA 94105 |
| 2.1326 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SERVICES AGREEMENT DATED 10/25/2021 | NEW YORK SOLAR MAINTENANCE<br>20 GRAND AVENUE<br>UNIT 710<br>BROOKLYN, NY 11205 |
| 2.1327 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GENERAL TERMS AND CONDITIONS AGREEMENT DATED 12/13/2023 | NEW YORK SOLAR MAINTENANCE LLC<br>480 NORTH BEDFORD ROAD<br>SUITE 3201<br>#1004<br>CHAPPAQUA, NY 10514 |
| 2.1328 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 12/13/2023 | NEW YORK SOLAR MAINTENANCE LLC<br>480 NORTH BEDFORD ROAD<br>SUITE 3201<br>#1004<br>CHAPPAQUA, NY 10514 |

Debtor Sunnova Energy Corporation Case number (If known): 25-90159

Name

Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1329 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENGAGEMENT LETTER AGREEMENT DATED 02/17/2015 | NEWMEYER & DILLION LLP<br>1277 TREAT BLVD<br>SUITE 600<br>WALNUT CREEK, CA 94597 |
| 2.1330 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 05/16/2024 | NEXA SOLAR LLC<br>ATTENTION<br>ISAIAS LAINEZ<br>10555 E DARTMOUTH AVENUE<br>#240<br>AURORA, CO 80014 |
| 2.1331 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ADDENDUM 3 TO THE MASTER SERVICE AGREEMENT DATED 04/13/2023 | NEXT BEE CORPORATION<br>1024 IRON POINT RD<br>SUITE #1003<br>FOLSOM, CA 95630 |
| 2.1332 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SOFTWARE LICENSE AGREEMENT | NEXT BEE CORPORATION<br>1024 IRON POINT RD<br>SUITE #1003<br>FOLSOM, CA 95630 |
| 2.1333 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | NEXTUP.AI ANNUAL SUBSCRIPTION AGREEMENT DATED 09/20/2018 | NEXTUP.AI<br>405 MADISON AVE<br>8TH FLOOR<br>TOLEDO, OH 43604 |
| 2.1334 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | REGULATORY COMPLIANCE ENGAGEMENT LETTER AGREEMENT DATED 06/05/2019 | NAME ON FILE<br>ADDRESS ON FILE |
| 2.1335 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | RETAINER AGREEMENT DATED 10/09/2020 | NAME ON FILE<br>ADDRESS ON FILE |

Debtor Sunnova Energy Corporation Case number (If known): 25-90159

Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1336 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | 2022 DRAWLOOP NINTEX TOP UP ORDER FORM AGREEMENT DATED 11/15/2022 | NINTEX USA, INC.<br>10800 NE 8TH STREET<br>SUITE 400<br>BELLEVUE, WA 98004 |
| 2.1337 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | DOCGEN ORDER FORM AGREEMENT DATED 08/29/2024 | NINTEX USA, INC.<br>411 108TH AVE NE<br>6TH FLOOR<br>BELLEVUE, WA 98004 |
| 2.1338 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ORDER FORM NINTEX USA, INC. AGREEMENT DATED 01/29/2024 | NINTEX USA, INC.<br>10800 NE 8TH STREET<br>SUITE 400<br>BELLEVUE, WA 98004 |
| 2.1339 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LICENSE ORDER FORM AGREEMENT DATED 10/31/2014 | NITRO SOFTWARE, INC.<br>225 BUSH STREET<br>SUITE 700<br>SAN FRANCISCO, CA 94104 |
| 2.1340 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 07/07/2023 AND ALL RELATED AMENDMENTS | NIVO SOLAR LLC<br>ATTENTION: TYLER BRADSHAW<br>1334 BRITTMOORE RD.<br>SUITE 2310<br>HOUSTON, TX 77043 |
| 2.1341 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 07/23/2024 AND ALL RELATED AMENDMENTS | NIVO SOLAR LLC<br>ATTENTION<br>TYLER BRANSHAW<br>1334 BRITTMOORE ROAD<br>#1903<br>HOUSTON, TX 77043 |
| 2.1342 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FLOW OF FUNDS CLOSING MEMORANDUM AGREEMENT DATED 01/28/2019 | NIXON PEABODY LLP<br>ATTN: GARY A. BAND, ESQ.<br>799 9TH STREET, N.W.<br>SUITE 500<br>WASHINGTON, DC 20001 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1343 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FLOW OF FUNDS CLOSING MEMORANDUM AGREEMENT DATED 02/07/2024 | NIXON PEABODY LLP<br>ATTN: GARY A. BAND, ESQ.<br>799 9TH STREET, N.W.<br>SUITE 500<br>WASHINGTON, DC 20001 |
| 2.1344 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GUARANTY AGREEMENT DATED 12/22/2022 | NIXON PEABODY LLP<br>ATTN: GARY A. BAND, ESQ.<br>799 9TH STREET, N.W.<br>SUITE 500<br>WASHINGTON, DC 20001 |
| 2.1345 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | DATA PRIVACY ADDENDUM AGREEMENT | NORTHWEST CLOUD SOLUTIONS, LLC DBA KUBARU<br>PO BOX 53<br>BEAVERTON, OR 97075 |
| 2.1346 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | KUBARU USER LICENSES ORDER FORM AGREEMENT DATED 10/05/2023 | NORTHWEST CLOUD SOLUTIONS, LLC DBA KUBARU<br>PO BOX 53<br>BEAVERTON, OR 97075 |
| 2.1347 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ORDER FORM DATED 10/11/2023 | NORTHWEST CLOUD SOLUTIONS, LLC DBA KUBARU<br>12725 SW MILLIKAN WAY<br>SUITE 300<br>BEAVERTON, OR 97005 |
| 2.1348 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SOFTWARE LICENSE AGREEMENT DATED 10/05/2023 | NORTHWEST CLOUD SOLUTIONS, LLC DBA KUBARU<br>PO BOX 53<br>BEAVERTON, OR 97075 |
| 2.1349 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | KUBARU SOFTWARE LICENSE AGREEMENT | NORTHWEST CLOUD SOLUTIONS, LLC DBA KUBARU<br>PO BOX 53<br>BEAVERTON, OR 97075 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1350 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | KUBARU SOFTWARE LICENSE AGREEMENT DATED 06/23/2023 | NORTHWEST CLOUD SOLUTIONS, LLC DBA KUBARU<br>PO BOX 53<br>BEAVERTON, OR 97075 |
| 2.1351 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SOFTWARE LICENSE AGREEMENT | NORTHWEST CLOUD SOLUTIONS, LLC DBA KUBARU<br>PO BOX 53<br>BEAVERTON, OR 97075 |
| 2.1352 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SOFTWARE LICENSE AGREEMENT DATED 06/23/2023 | NORTHWEST CLOUD SOLUTIONS, LLC DBA KUBARU<br>PO BOX 53<br>BEAVERTON, OR 97075 |
| 2.1353 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENGAGEMENT LETTER AGREEMENT DATED 06/06/2018 | NORTON ROSE FULLBRIGHT US LLP<br>1301 MCKINNEY<br>SUITE 5100<br>HOUSTON, TX 77010 |
| 2.1354 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENGAGEMENT LETTER AGREEMENT DATED 03/15/2017 | NOSSAMAN LLP<br>621 CAPITOL MALL<br>SUITE 2500<br>SACRAMENTO, CA 95814 |
| 2.1355 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENGAGEMENT LETTER AGREEMENT DATED 10/06/2022 | NOVOGRADAC & COMPANY LLP<br>PO BOX 7833<br>SAN FRANCISCO, CA 94120 |
| 2.1356 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENGAGEMENT LETTER AGREEMENT DATED 02/16/2023 | NOVOGRADAC & COMPANY LLP<br>PO BOX 7833<br>SAN FRANCISCO, CA 94120 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1357 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENGAGEMENT LETTER AGREEMENT DATED 02/21/2024 | NOVOGRADAC & COMPANY LLP<br>PO BOX 7833<br>SAN FRANCISCO, CA 94120 |
| 2.1358 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENGAGEMENT LETTER AGREEMENT DATED 04/12/2023 | NOVOGRADAC & COMPANY LLP<br>PO BOX 7833<br>SAN FRANCISCO, CA 94120 |
| 2.1359 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENGAGEMENT LETTER AGREEMENT DATED 04/22/2024 | NOVOGRADAC & COMPANY LLP<br>PO BOX 7833<br>SAN FRANCISCO, CA 94120 |
| 2.1360 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENGAGEMENT LETTER AGREEMENT DATED 07/12/2023 | NOVOGRADAC & COMPANY LLP<br>PO BOX 7833<br>SAN FRANCISCO, CA 94120 |
| 2.1361 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENGAGEMENT LETTER AGREEMENT DATED 08/16/2023 | NOVOGRADAC & COMPANY LLP<br>PO BOX 7833<br>SAN FRANCISCO, CA 94120 |
| 2.1362 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENGAGEMENT LETTER AGREEMENT DATED 09/06/2024 | NOVOGRADAC & COMPANY LLP<br>PO BOX 7833<br>SAN FRANCISCO, CA 94120 |
| 2.1363 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENGAGEMENT LETTER AGREEMENT DATED 09/09/2024 | NOVOGRADAC & COMPANY LLP<br>PO BOX 7833<br>SAN FRANCISCO, CA 94120 |

Debtor Sunnova Energy Corporation Case number (If known): 25-90159

Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1364 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER AGREEMENT DATED 10/06/2022 | NOVOGRADAC & COMPANY LLP<br>PO BOX 7833<br>SAN FRANCISCO, CA 94120 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1365 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER AGREEMENT DATED 10/12/2022 | NOVOGRADAC & COMPANY LLP<br>PO BOX 7833<br>SAN FRANCISCO, CA 94120 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1366 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER AGREEMENT DATED 12/04/2023 | NOVOGRADAC & COMPANY LLP<br>PO BOX 7833<br>SAN FRANCISCO, CA 94120 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1367 | State what the contract or lease is for and the nature of the debtor's interest | LETTER AGREEMENT DATED 08/09/2024 | NOVOGRADAC & COMPANY LLP<br>PO BOX 7833<br>SAN FRANCISCO, CA 94120 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1368 | State what the contract or lease is for and the nature of the debtor's interest | MANAGEMENT LETTER AGREEMENT DATED 04/11/2024 | NOVOGRADAC & COMPANY LLP<br>PO BOX 7833<br>SAN FRANCISCO, CA 94120 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1369 | State what the contract or lease is for and the nature of the debtor's interest | MANAGEMENT LETTER AGREEMENT DATED 04/19/2024 | NOVOGRADAC & COMPANY LLP<br>PO BOX 7833<br>SAN FRANCISCO, CA 94120 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1370 | State what the contract or lease is for and the nature of the debtor's interest | MANAGEMENT LETTER AGREEMENT DATED 05/09/2024 | NOVOGRADAC & COMPANY LLP<br>PO BOX 7833<br>SAN FRANCISCO, CA 94120 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1371 | State what the contract or lease is for and the nature of the debtor's interest | MANAGEMENT LETTER AGREEMENT DATED 07/31/2023 | NOVOGRADAC & COMPANY LLP<br>PO BOX 7833<br>SAN FRANCISCO, CA 94120 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1372 | State what the contract or lease is for and the nature of the debtor's interest | MANAGEMENT LETTER AGREEMENT DATED 08/09/2023 | NOVOGRADAC & COMPANY LLP<br>PO BOX 7833<br>SAN FRANCISCO, CA 94120 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1373 | State what the contract or lease is for and the nature of the debtor's interest | MANAGEMENT LETTER AGREEMENT DATED 09/21/2023 | NOVOGRADAC & COMPANY LLP<br>PO BOX 7833<br>SAN FRANCISCO, CA 94120 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1374 | State what the contract or lease is for and the nature of the debtor's interest | MANAGEMENT LETTER AGREEMENT DATED 11/23/2022 | NOVOGRADAC & COMPANY LLP<br>PO BOX 7833<br>SAN FRANCISCO, CA 94120 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1375 | State what the contract or lease is for and the nature of the debtor's interest | MANAGEMENT REPRESENTATIONS LETTER AGREEMENT DATED 09/30/2024 | NOVOGRADAC & COMPANY LLP<br>PO BOX 7833<br>SAN FRANCISCO, CA 94120 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1376 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER AGREEMENT DATED 04/25/2024 | NOVOGRADAC CONSULTING LLP<br>4416 EAST WEST HWY<br>STE 200<br>BETHESDA, MD 20814 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1377 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER AGREEMENT DATED 11/01/2022 | NOVOGRADAC CONSULTING LLP<br>4416 EAST WEST HWY<br>STE 200<br>BETHESDA, MD 20814 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1378 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SUBCONTRACT AGREEMENT 10/23/2023 AND ALL RELATED AMENDMENTS | NOYES PB, LLC<br>ATTN: KRIS JOHNSON<br>3818 PARK BLVD.<br>SAN DIEGO, CA 92103 |
| 2.1379 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER AGREEMENT DATED 03/18/2024 | NRG BUSINESS MARKETING LLC<br>804 CARNEGIE CENTER<br>PRINCETON, NJ 08540 |
| 2.1380 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER AGREEMENT FOR THE SALE AND PURCHASE OF ENVIRONMENTAL ATTRIBUTES DATED 02/29/2024 | NRG BUSINESS MARKETING LLC<br>804 CARNEGIE CENTER<br>PRINCETON, NJ 08540 |
| 2.1381 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 06/24/2024 | NRG CLEAN POWER, INC.<br>7012 OWENSMOUTH AVE.<br>CANOGA PARK, CA 91303 |
| 2.1382 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AGENT TERMS OF SERVICE AGREEMENT DATED 09/12/2024 | NRG KIOSK LLC D/B/A POWER KIOSK<br>ATTN: COPYRIGHT AGENT POWER KIOSK CLIENT PARTNERS GROUP<br>351 W HUBBARD<br>SUITE 502<br>CHICAGO, IL 60654 |
| 2.1383 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SERVICE AGREEMENT DATED 09/15/2022 | NUBIK, A DELOITTE COMPANY<br>9855 MEILLEUR STREET<br>MONTREAL, QC H3L 3J6<br>CANADA |
| 2.1384 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 10/06/2023 | NYS ESSENTIAL POWER INC<br>13 TRADE ZONE DRIVE<br>RONKONKOMA, NY 11779 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1385 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO SOLAR INSTALLATION AGREEMENT DATED 10/31/2018 | OBSERVATORY HOMETECH LLLPD/B/A SUNTALK SOLAR<br>9900 E 51ST AVE.<br>DENVER, CO 80238 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1386 | State what the contract or lease is for and the nature of the debtor's interest | SOLAR INSTALLATION AGREEMENT DATED 12/05/2017 | OBSERVATORY HOMETECH LLLPD/B/A SUNTALK SOLAR<br>9900 E 51ST AVE.<br>DENVER, CO 80238 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1387 | State what the contract or lease is for and the nature of the debtor's interest | FOURTH AMENDMENT TO SOLAR INSTALLATION AGREEMENT DATED 02/10/2025 | OBSERVATORY HOMETECH LLP<br>9900 E 51ST AVE<br>DENVER, CO 80238 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1388 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO SOLAR INSTALLATION AGREEMENT DATED 11/10/2021 | OBSERVATORY HOMETECH LLP<br>9900 E 51ST AVE<br>DENVER, CO 80238 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1389 | State what the contract or lease is for and the nature of the debtor's interest | OBSERVE.AI PRO SUBSCRIPTION ORDER FORM AGREEMENT DATED 07/30/2024 | OBSERVE.AI, INC.<br>275 SHORELINE DRIVE<br>SUITE 450<br>REDWOOD CITY, CA 94065 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1390 | State what the contract or lease is for and the nature of the debtor's interest | CHANNEL PARTNER AGREEMENT DATED 04/20/2023 AND ALL RELATED AMENDMENTS | OFF GRID ENERGY SOLUTIONS LLC, LINKUS ENTERPRISES, LLC<br>1261 S820 E<br>SUITE 300<br>AMERICAN FORK, UT 84003 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1391 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM (QUOTE ID: OSS-12284), DATED 06/22/2023 | OFFICESPACE SOFTWARE INC.<br>30000 MILL CREEK AVE<br>SUITE 300<br>ALPHARETTA, GA 30022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1392 | State what the contract or lease is for and the nature of the debtor's interest | SUBSCRIPTION SERVICES AGREEMENT | OFFICESPACE SOFTWARE INC<br>30000 MILL CREEK AVE<br>STE 300<br>ALPHARETTA, GA 30022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1393 | State what the contract or lease is for and the nature of the debtor's interest | SUBSCRIPTION SERVICES AGREEMENT DATED 06/22/2023 | OFFICESPACE SOFTWARE INC.<br>30000 MILL CREEK AVE<br>SUITE 300<br>ALPHARETTA, GA 30022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1394 | State what the contract or lease is for and the nature of the debtor's interest | CHANNEL PARTNER AGREEMENT DATED 04/18/2024 | OG SOLAR INC D/B/A RENO SOLAR<br>240 S. ROCK BLVD<br>STE 101<br>RENO, NV 89502 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1395 | State what the contract or lease is for and the nature of the debtor's interest | SOLAR DATA PLATFORM AGREEMENT | OHM ANALYTICS, INC<br>861 WILLISTON ROAD STAPLES SHOPPING PLAZA<br>#1045<br>SOUTH BURLINGTON, VT 05403 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1396 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AND PROFESSIONAL SERVICES AGREEMENT | OKTA, INC<br>100 1ST STREET<br>SAN FRANCISCO, CA 94105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1397 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM Q-178639 AGREEMENT DATED 04/26/2019 | OKTA, INC<br>100 1ST STREET<br>SAN FRANCISCO, CA 94105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1398 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM Q-369078 AGREEMENT DATED 11/20/2020 | OKTA, INC<br>100 1ST STREET<br>SAN FRANCISCO, CA 94105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1399 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ORDER FORM Q-41458 AGREEMENT DATED 03/28/2018 | OKTA, INC<br>301 BRANNAN STREET<br>SUITE 100<br>SAN FRANCISCO, CA 94107 |
| 2.1400 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ORDER FORM Q-418034 AGREEMENT DATED 03/19/2021 | OKTA, INC<br>100 1ST STREET<br>SAN FRANCISCO, CA 94105 |
| 2.1401 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ORDER FORM Q-754610 AGREEMENT DATED 01/09/2024 | OKTA, INC<br>100 1ST STREET<br>SAN FRANCISCO, CA 94105 |
| 2.1402 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ORDER FORM Q-774363 AGREEMENT DATED 11/09/2023 | OKTA, INC<br>100 1ST STREET<br>SAN FRANCISCO, CA 94105 |
| 2.1403 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SUBCONTRACT AGREEMENT 08/21/2023 AND ALL RELATED AMENDMENTS | OLSON URBAN HOUSING, L.P.<br>3010 OLD RANCH PARKWAY<br>SUITE 100<br>SEAL BEACH, CA 90740 |
| 2.1404 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | RESIDENTIAL FIELD SERVICE AGREEMENT DATED 12/16/2024 | OMNIDIAN, INC.<br>ATTN SERVICE MANAGER<br>301 UNION STREET<br>#21647<br>SEATTLE, WA 98111 |
| 2.1405 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 11/17/2020 | ON POINT SOLAR POWER LLC<br>ATTENTION<br>JAKE DAVISON CFO<br>1839 SOUTH ALMA SCHOOL RD<br>SUITE 270<br>MESA, AZ 85210 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1406 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 06/11/2024 | ONE EARTH SOLAR LLC<br>2527 W. FARMINGTON RD.<br>WEST PEORIA, IL 61604 |
| 2.1407 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SUBCONTRACTOR AGREEMENT 11/13/2023 AND ALL RELATED AMENDMENTS | ONE LOTUS, LLC<br>6402 MCLEOD DRIVE<br>UNIT 5<br>LAS VEGAS, NV 89120 |
| 2.1408 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | DATA PRIVACY ADDENDUM AGREEMENT | ONESIGNAL INC<br>2850 S DELAWARE STREET<br>SUITE 201<br>SAN MATEO, CA 94403 |
| 2.1409 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ORDER FORM O-0124824 AGREEMENT DATED 01/24/2023 | ONESIGNAL, INC.<br>2850 S DELAWARE ST<br>SUITE 201<br>SAN MATEO, CA 94403 |
| 2.1410 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SAAS AGREEMENT DATED 06/11/2021 | ONESTREAM<br>362 SOUTH STREET<br>ROCHESTER, MI 48307 |
| 2.1411 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SAAS AGREEMENT DATED 06/11/2021 | ONESTREAM SOFTWARE LLC<br>362 SOUTH STREET<br>ROCHESTER, MI 48307 |
| 2.1412 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SAAS SUBSCRIPTION ORDER AGREEMENT DATED 05/19/2023 | ONESTREAM SOFTWARE LLC<br>362 SOUTH STREET<br>ROCHESTER, MI 48307 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1413 State what the contract or lease is for and the nature of the debtor's interest | SAAS SUBSCRIPTION ORDER AGREEMENT DATED 06/13/2024 | ONESTREAM SOFTWARE LLC<br>362 SOUTH STREET<br>ROCHESTER, MI 48307 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.1414 State what the contract or lease is for and the nature of the debtor's interest | SAAS SUBSCRIPTION ORDER AGREEMENT DATED 08/08/2023 | ONESTREAM SOFTWARE LLC<br>362 SOUTH STREET<br>ROCHESTER, MI 48307 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.1415 State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT AGREEMENT DATED 09/27/2022 | ONFIDO INC<br>2140 SOUTH DUPONT HIGHWAY<br>CAMDEN, DE 19934 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.1416 State what the contract or lease is for and the nature of the debtor's interest | ONFIDO API AND DASHBOARD ORDER FORM AGREEMENT DATED 09/24/2021 | ONFIDO INC<br>2140 SOUTH DUPONT HIGHWAY<br>CAMDEN, DE 19934 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.1417 State what the contract or lease is for and the nature of the debtor's interest | ONFIDO US SERVICES AGREEMENT DATED 03/15/2020 | ONFIDO INC<br>2140 SOUTH DUPONT HIGHWAY<br>CAMDEN, DE 19934 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.1418 State what the contract or lease is for and the nature of the debtor's interest | DATA PRIVACY ADDENDUM AGREEMENT | OPEN UTILITY LTD DBA PICLO<br>9 APPOLD ST<br>LONDON, EC2A 2AP<br>UNITED KINGDOM |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.1419 State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT DATED 01/02/2024 | OPENSOLAR PTY LTD<br>LEVEL 1/477 PITT STREET<br>HAYMARKET NEW SOUTH WALES, 2000<br>AUSTRALIA |
| State the term remaining | | |
| List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1420 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER INFORMATION TECHNOLOGY PROFESSIONAL SERVICES AGREEMENT DATED 01/02/2024 | OPENSOLAR PTY LTD.<br>LEVEL 1<br>477 PITT STREET<br>HAYMARKET NSW, 2000<br>AUSTRALIA |
| 2.1421 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SOFTWARE AS A SERVICE (SAAS) AGREEMENT DATED 10/01/2024 | OPENSOLAR PTY LTD.<br>LEVEL 1<br>477 PITT STREET<br>HAYMARKET NSW, 2000<br>AUSTRALIA |
| 2.1422 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | OFFICE SUBSCRIPTION FORM AGREEMENT DATED 08/08/2019 | OPTICO FIBER<br>PO BOX 11278<br>SAN JUAN, PR 00910 |
| 2.1423 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | OFFICE SUBSCRIPTION FORM AGREEMENT DATED 12/11/2023 | OPTICO FIBER<br>PO BOX 11278<br>SAN JUAN, PR 00910 |
| 2.1424 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SERVICES AGREEMENT DATED 12/18/2024 | OPTIMUM COMP ADVANTAGE INC<br>9627 CIRCLE R DRIVE<br>VALLEY CENTER, CA 92082 |
| 2.1425 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | COMPLIANCE - CLOUD LICENSE QUOTE # Q-447289 AGREEMENT DATED 04/10/2024 | OT TECHNOLOGY INC.<br>1200 ABERNATHY ROAD<br>SUITE 700<br>ATLANTA, GA 30328 |
| 2.1426 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ORDER FORM Q-387354 AGREEMENT DATED 04/10/2023 | OT TECHNOLOGY INC.<br>1200 ABERNATHY RD NE<br>BLDG 600<br>ATLANTA, GA 30328 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1427 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | RENEWAL ORDER FORM Q-489204 AGREEMENT DATED 03/14/2025 | OT TECHNOLOGY INC.<br>1200 ABERNATHY ROAD<br>SUITE 700<br>ATLANTA, GA 30328 |
| 2.1428 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SUPPLEMENTAL ORDER FORM Q-406630 AGREEMENT DATED 08/14/2023 | OT TECHNOLOGY INC.<br>1200 ABERNATHY RD NE<br>BLDG 600<br>ATLANTA, GA 30328 |
| 2.1429 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CROWDIN SUBSCRIPTION AND SUPPORT AGREEMENT DATED 02/19/2024 | OU CROWDIN<br>MUSTAMAE TEE 44/1 KRISTIINE LINNAOSA<br>TALLINN, 10621<br>ESTONIA |
| 2.1430 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 07/31/2020 AND ALL RELATED AMENDMENTS | OUR WORLD ENERGY<br>20890 N 19TH AVE<br>SUITE 1<br>PHOENIX, AZ 85027 |
| 2.1431 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | COMMERCIAL & INDUSTRIAL CUSTOMER ORIGINATION AGREEMENT DATED 05/13/2024 | OURENERGY, LLC<br>OURENERGY<br>101 COOPER STREET<br>SANTA CRUZ, CA 95060 |
| 2.1432 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER PROFESSIONAL SERVICES AGREEMENT DATED 01/01/2025 | OURENERGY, LLC<br>OURENERGY<br>101 COOPER STREET<br>SANTA CRUZ, CA 95060 |
| 2.1433 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | REQUEST FOR WAIVER OF NON-SOLICITATION AGREEMENT DATED 11/11/2024 | OURENERGY, LLC<br>OURENERGY<br>101 COOPER STREET<br>SANTA CRUZ, CA 95060 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1434 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES ORDER FORM 012012 AGREEMENT DATED 09/18/2020 | OWNBACKUP, INC.<br>940 SYLVAN AVE.<br>ENGLEWOOD CLIFFS, NJ 07632 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1435 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES ORDER FORM AGREEMENT DATED 04/19/2022 | OWNBACKUP, INC.<br>940 SYLVAN AVE.<br>ENGLEWOOD CLIFFS, NJ 07632 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1436 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES ORDER FORM AGREEMENT DATED 12/19/2023 | OWNBACKUP, INC.<br>940 SYLVAN AVE.<br>ENGLEWOOD CLIFFS, NJ 07632 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1437 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES ORDER FORM 076131 AGREEMENT DATED 03/26/2024 | OWNCOMPANY, INC.<br>940 SYLVAN AVE.<br>ENGLEWOOD CLIFFS, NJ 07632 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1438 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED 09/01/2022 | OYSTER HR INC<br>307 W TREMONT AVE<br>STE 200<br>CHARLOTTE, NC 28203 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1439 | State what the contract or lease is for and the nature of the debtor's interest | SUBCONTRACT AGREEMENT 08/15/2023 AND ALL RELATED AMENDMENTS | PALADIN RISK MANAGEMENT<br>275 E. HILLCREST DR.<br>SUITE 215<br>THOUSAND OAKS, CA 91360 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1440 | State what the contract or lease is for and the nature of the debtor's interest | MASTER PURCHASE AGREEMENT DATED 07/09/2021 | PALMETTO SOLAR, LLC<br>997 MORRISON DRIVE<br>STE 200<br>CHARLESTON, SC 29403 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1441 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONTRACT FOR CONSULTANT SERVICES AGREEMENT DATED 01/01/2024 | PARAGON COMMUNICATIONS, LLC<br>ATTENTION JAYCOB BYTEL<br>PRINCIPAL<br>1757 SANDYPOINT ROAD<br>WEST SACRAMENTO, CA 95691 |
| 2.1442 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANGE ORDER AGREEMENT DATED 06/14/2018 | PARIVEDA SOLUTIONS, INC.<br>24 GREENWAY PLAZA<br>SUITE 1717<br>HOUSTON, TX 77046 |
| 2.1443 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 06/18/2018 | PARIVEDA SOLUTIONS, INC.<br>24 GREENWAY PLAZA<br>SUITE 1717<br>HOUSTON, TX 77046 |
| 2.1444 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | NEW HOME CASH PURCHASE FOUNDATION STATEMENT OF WORK AGREEMENT DATED 01/31/2023 | PARIVEDA SOLUTIONS, INC.<br>24 GREENWAY PLAZA<br>SUITE 1717<br>HOUSTON, TX 77046 |
| 2.1445 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PRICING SERVICES POD SUPPORT STATEMENT OF WORK AGREEMENT DATED 04/17/2023 | PARIVEDA SOLUTIONS, INC.<br>24 GREENWAY PLAZA<br>SUITE 1717<br>HOUSTON, TX 77046 |
| 2.1446 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK AGREEMENT DATED 04/04/2023 | PARIVEDA SOLUTIONS INC.<br>2811 MCKINNEY AVE<br>SUITE 220<br>DALLAS, TX 75204 |
| 2.1447 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK AGREEMENT DATED 06/14/2018 | PARIVEDA SOLUTIONS, INC.<br>24 GREENWAY PLAZA<br>SUITE 1717<br>HOUSTON, TX 77046 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1448 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONSULTING AGREEMENT DATED 08/14/2023 | PARKHURST ENERGY, LLC<br>2425 PINE VALLEY CT<br>HOUSTON, TX 77019 |
| 2.1449 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONSULTING AGREEMENT DATED 09/01/2023 | PARKHURST ENERGY, LLC<br>2425 PINE VALLEY CT<br>HOUSTON, TX 77019 |
| 2.1450 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SUBCONTRACT AGREEMENT 04/13/2021 AND ALL RELATED AMENDMENTS | PARKWOOD HOMES - STERLING RANCH LLC<br>352 MAIN STREET #300<br>GAITHERSBURG, MD 20878 |
| 2.1451 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GENERAL TERMS AND CONDITIONS AGREEMENT DATED 10/24/2024 | PATTON DEVELOPMENTS, INC.<br>6111 WAREHOUSE WAY<br>SACRAMENTO, CA 95826 |
| 2.1452 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 10/24/2024 | PATTON DEVELOPMENTS, INC.<br>6111 WAREHOUSE WAY<br>SACRAMENTO, CA 95826 |
| 2.1453 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SPECIAL BONUS OPPORTUNITY AGREEMENT DATED 03/12/2025 | NAME ON FILE<br>ADDRESS ON FILE |
| 2.1454 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | BALTEJ PAVILION LEASE AGREEMENT DATED 08/17/2021 | PAUL'S (GUAM) INC.<br>415 CHALAN SAN ANTONIO ROAD<br>SUITE 103-105<br>TAMUNING, GU 96913 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1455 | State what the contract or lease is for and the nature of the debtor's interest | BALTEJ PAVILION LEASE AGREEMENT DATED 08/29/2023 | PAUL'S (GUAM) INC.<br>415 CHALAN SAN ANTONIO ROAD<br>SUITE 103-105<br>TAMUNING, GU 96913 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1456 | State what the contract or lease is for and the nature of the debtor's interest | BALTEJ PAVILION LEASE AGREEMENT DATED 10/18/2022 | PAUL'S (GUAM) INC.<br>415 CHALAN SAN ANTONIO ROAD<br>SUITE 103-105<br>TAMUNING, GU 96913 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1457 | State what the contract or lease is for and the nature of the debtor's interest | BALTEJ PAVILION LEASE AGREEMENT DATED 10/22/2022 | PAUL'S (GUAM) INC.<br>415 CHALAN SAN ANTONIO ROAD<br>SUITE 103-105<br>TAMUNING, GU 96913 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1458 | State what the contract or lease is for and the nature of the debtor's interest | BALTEJ PAVILION LEASE AGREEMENT DATED 10/23/2019 | PAUL'S (GUAM) INC.<br>415 CHALAN SAN ANTONIO ROAD<br>SUITE 103-105<br>TAMUNING, GU 96913 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1459 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED 08/29/2023 | PAUL'S (GUAM) INC.<br>415 CHALAN SAN ANTONIO ROAD<br>SUITE 103-105<br>TAMUNING, GU 96913 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1460 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - 415 CHALAN SAN ANTONIO TAMUNING, DATED 8/29/2023 | PAUL'S (GUAM) INC.<br>415 CHALAN SAN ANTONIO ROAD<br>SUITE 103-105<br>TAMUNING, GU 96913 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1461 | State what the contract or lease is for and the nature of the debtor's interest | SELECT MERCHANT PAYMENT INSTRUMENT PROCESSING AGREEMENT DATED 11/24/2015 | PAYMCNTEEH, LLC<br>14221 DALLAS PARKWAY<br>DALLAS, TX 75254 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1462 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 03/17/2021 | PAYOLI, LLC D/B/A PAYOLI SOLAR<br>ATTENTION JUAN DAVID PAYARES CEO<br>9340 SW 118TH PLACE<br>MIAMI, FL 33186 |
| 2.1463 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PCI PAL (U.S.), INC. TERMS OF SERVICE AGREEMENT DATED 12/14/2023 | PCI PAL<br>615 S COLLEGE ST<br>9TH FLOOR<br>CHARLOTTE, NC 28202 |
| 2.1464 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FIRST AMENDMENT TO MASTER SUPPLY AGREEMENT DATED 11/13/2019 | PEGASUS SOLAR INC<br>506 W OHIO AVE<br>RICHMOND, CA 94804 |
| 2.1465 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | POWER PURCHASE AGREEMENT DATED 03/05/2024 | PENOBSCOT NATION HOUSING DEPARTMENT<br>12 WABANAKI WAY<br>INDIAN ISLAND, ME 04468 |
| 2.1466 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANGE REQUEST # 04 AGREEMENT DATED 05/18/2023 | PERFICIENT, INC.<br>555 MARYVILLE UNIVERSITY DRIVE<br>SUITE 600<br>ST. LOUIS, MO 63141 |
| 2.1467 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 07/02/2021 | PERFICIENT, INC.<br>555 MARYVILLE UNIVERSITY DRIVE<br>SUITE 600<br>ST. LOUIS, MO 63141 |
| 2.1468 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PERFICIENT CHANGE REQUEST AGREEMENT DATED 07/02/2021 | PERFICIENT, INC.<br>555 MARYVILLE UNIVERSITY DRIVE<br>SUITE 600<br>ST. LOUIS, MO 63141 |

Debtor Sunnova Energy Corporation
Name

Case number (If known): 25-90159

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1469 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK AGREEMENT DATED 07/03/2021 | PERFICIENT, INC.<br>555 MARYVILLE UNIVERSITY DRIVE<br>SUITE 600<br>ST. LOUIS, MO 63141 |
| 2.1470 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK AGREEMENT DATED 09/01/2023 | PERFICIENT, INC.<br>555 MARYVILLE UNIVERSITY DRIVE<br>SUITE 600<br>ST. LOUIS, MO 63141 |
| 2.1471 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LEGAL REPRESENTATION LETTER AGREEMENT DATED 06/14/2023 | PERKINS COIE LLP<br>505 HOWARD STREETSUITE<br>1000SAN<br>FRANCISCO, CA 94105-3204 |
| 2.1472 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SOLAR PURCHASE AGREEMENT DATED 05/21/2024 | PERSEA SENIOR BORROWER, LLC<br>1309 N SANTA FE AVE<br>VISTA, CA 92804 |
| 2.1473 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 07/02/2024 | PHOENIX SOLAR PROS LLC<br>2460 W RUTHRAUFF ROAD<br>SUITE 170<br>TUCSON, AZ 85705 |
| 2.1474 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | INTERNET SERVICE ADDENDUM AGREEMENT DATED 07/21/2015 | PHONOSCOPE LIGHT WAVE, INC.<br>5959 CORPORATE DRIVE<br>SUITE 3300<br>HOUSTON, TX 77036 |
| 2.1475 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | TELECOMMUNICATIONS MASTER SERVICE AGREEMENT DATED 08/11/2014 | PHONOSCOPE LIGHT WAVE, INC.<br>6101 WESTLINE DRIVE<br>HOUSTON, TX 77036 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1476 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 03/03/2021 | PINNACLE EXTERIORS, INC.<br>ATTENTION JAMES R. HENRIQUES<br>333 W. UNION ST.<br>SUITE 2<br>ALLENTOWN, PA 18102 |
| 2.1477 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICE AGREEMENT 01/24/2023 AND ALL RELATED AMENDMENTS | PLASTER DEVELOPMENT COMPANY, INC<br>801 S. RANCHO DRIVE<br>SUITE E-4<br>LAS VEGAS, NV 89106 |
| 2.1478 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENGAGEMENT LETTER AGREEMENT DATED 09/03/2021 | POLSINELLI<br>150 N. RIVERSIDE PLAZA<br>SUITE 3000<br>CHICAGO, IL 60606 |
| 2.1479 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENGAGEMENT LETTER AGREEMENT DATED 07/02/2021 | POLSINELLI<br>150 N. RIVERSIDE PLAZA<br>SUITE 3000<br>CHICAGO, IL 60606 |
| 2.1480 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER PROFESSIONAL SERVICES AGREEMENT DATED 04/27/2018 | PORTALATIN SOLAR ENERGY<br>CARR 420 KM 0.3 BO VOLADORAS MOCA<br>MOCA, PR 00676 |
| 2.1481 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 09/08/2023 | PORTICADE CONSTRUCTION LLC D/B/A ACTION SOLAR<br>ATTENTION<br>HAYSAM SAKAR<br>525 S 850 E<br>LEHI, UT 84043 |
| 2.1482 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 05/31/2023 AND ALL RELATED AMENDMENTS | POSITIVE SYNERGY, LLC D/B/A HAVASU SOLAR<br>1635 MESQUITE AVE<br>LAKE HAVASU CITY, AZ 86404 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1483 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | RENEWAL ORDER AGREEMENT DATED 11/19/2024 | POSTMAN, INC.<br>201 MISSION STREET<br>SUITE 2375<br>SAN FRANCISCO, CA 94105 |
| 2.1484 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AGENT TERMS OF SERVICE AGREEMENT DATED 09/12/2024 | POWER KIOSK<br>NRG KIOSK LLC<br>351 W HUBBARD ST<br>STE 502<br>CHICAGO, IL 60654 |
| 2.1485 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 02/20/2023 AND ALL RELATED AMENDMENTS | POWER SOLAR LLC<br>LA RIVIERA<br>125 AVE DE DIEGO<br>SAN JUAN, PR 00926 |
| 2.1486 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SERVICES AGREEMENT DATED 02/08/2023 | POWERDASH INC<br>50 CHURCH STREET<br>5TH FLOOR<br>CAMBRIDGE, MA 02138 |
| 2.1487 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 06/23/2017 AND ALL RELATED AMENDMENTS | POWERLUTIONS LLC DBA BEST SOLAR<br>216 RIVER AVENUE<br>LAKEWOOD, NJ 08701 |
| 2.1488 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 01/22/2024 AND ALL RELATED AMENDMENTS | POWERLUTIONS LLC DBA BEST SOLAR<br>216 RIVER AVENUE<br>LAKEWOOD, NJ 08701 |
| 2.1489 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 07/09/2020 AND ALL RELATED AMENDMENTS | POWUR, PBC<br>2683 VIA DE LA VALLE<br>#321G<br>DEL MAR, CA 92014 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1490 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PAYMENT AGREEMENT DATED 01/29/2025 AND ALL RELATED AMENDMENTS | POWUR, PBC<br>2683 VIA DE LA VALLE<br>#321G<br>DEL MAR, CA 92014 |
| 2.1491 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SUBSCRIPTION QUOTE 252 AGREEMENT DATED 05/26/2021 | PRECIATE<br>2346 VICTORY PARK LANE<br>SUITE 2<br>DALLAS, TX 75219 |
| 2.1492 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CUSTOMER SUBSCRIPTION AGREEMENT | PRECIATE, INC.<br>2346 VICTORY PARK LANE<br>SUITE 2<br>DALLAS, TX 75215 |
| 2.1493 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 12/19/2023 | PRECISION POINT SEARCH LLC<br>1255 WATERWITCH COVE CIRCLE<br>ORLANDO, FL 32806 |
| 2.1494 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 09/24/2021 | PREMIER SOLAR ENERGY<br>ATTENTION<br>HUGO GUARDADO<br>35 JAN COURT<br>SUITE 140<br>CHICO, CA 95928 |
| 2.1495 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SUBCONTRACT AGREEMENT 11/07/2023 AND ALL RELATED AMENDMENTS | PRESIDIO CORNERSTONE LAUREL HEIGHTS 80, LLC<br>80 LLC<br>1241 CAVE STREET<br>SUITE 200<br>LA JOLLA, CA 92037 |
| 2.1496 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PERSONNEL AGREEMENT DATED 03/18/2015 | PRIMARY SERVICES L.P BY PRIMARY SERVICES MANAGEMENT LLC<br>520 POST OAK BOULEVARD<br>SUITE 550<br>HOUSTON, TX 77027 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| No. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1497 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SECOND AMENDMENT TO OFFICE BUILDING LEASE AGREEMENT DATED 06/01/2015 | PRINCIPAL REAL ESTATE INVESTORS, LLC<br>801 GRAND AVENUE<br>DES MOINES, IA 50309 |
| 2.1498 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK AGREEMENT DATED 07/12/2022 | PRINCIPLE STUDIOS, LLC<br>4842 TILDEN AVE<br>SHERMAN OAKS, CA 91423 |
| 2.1499 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 07/05/2018 | PRINCIPLE STUDIOS, LLC<br>4842 TILDEN AVE<br>SHERMAN OAKS, CA 91423 |
| 2.1500 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SOW 38 – CO1 2024 RETAINED TEAM AGREEMENT DATED 03/21/2024 | PRINCIPLE STUDIOS, LLC<br>4842 TILDEN AVE<br>SHERMAN OAKS, CA 91423 |
| 2.1501 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SOW 382024 RETAINED TEAM AGREEMENT DATED 12/20/2023 | PRINCIPLE STUDIOS, LLC<br>4842 TILDEN AVE<br>SHERMAN OAKS, CA 91423 |
| 2.1502 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SUBSCRIPTION AGREEMENT | PROCESSUNITY, INC.<br>33 BRADFORD STREET<br>CONCORD, MA 01742 |
| 2.1503 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SUBSCRIPTION AGREEMENT DATED 12/16/2020 | PROCESSUNITY, INC.<br>33 BRADFORD STREET<br>CONCORD, MA 01742 |

Debtor Sunnova Energy Corporation Case number (If known): 25-90159

Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1504 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MEMO FOR RECORD AGREEMENT DATED 03/24/2022 | PROCESSUNITY, INC.<br>33 BRADFORD STREET<br>CONCORD, MA 01742 |
| 2.1505 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 06/06/2023 | PROFESSIONAL ELECTRICAL SERVICES, INC D/B/A PES SOLAR<br>ATTENTION<br>BRIAN MILLER<br>685 S. RONALD REAGAN BLVD<br>LONGWOOD, FL 32750 |
| 2.1506 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER CONSTRUCTION AGREEMENT 02/05/2024 AND ALL RELATED AMENDMENTS | PROFESSIONAL WARRANTY SERVICE CORPORATION<br>P.O. BOX 800<br>ANNANDALE, VA 22003-0800 |
| 2.1507 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 11/13/2023 AND ALL RELATED AMENDMENTS | PROSOLAR GROUP LLC<br>3801 VINELAND RD.<br>ORLANDO, FL 32811 |
| 2.1508 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 04/25/2023 | PROSOLAR SYSTEMS LLC<br>ATTENTION<br>BRADLEY SPERNAK<br>4011 NEW HERRNUT THOMAS<br>SUITE 200 ST.<br>ST THOMAS, VI 00802 |
| 2.1509 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 08/12/2024 | PROSOLAR SYSTEMS LLC<br>4011 NEW HERRNHUT<br>ST. THOMAS, VI 00802 |
| 2.1510 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 01/20/2015 | PROTIVITI INC.<br>ATTN JORDAN REED MANAGING DIRECTOR<br>711 LOUISIANA<br>SUITE 1200<br>HOUSTON, TX 77002 |

Debtor Sunnova Energy Corporation Case number (If known): 25-90159

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1511 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK AGREEMENT DATED 06/21/2019 | PROTIVITI INC<br>2884 SAND HILL ROAD<br>SUITE 200<br>MENLO PARK, CA 94025 |
| 2.1512 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK AGREEMENT DATED 11/01/2019 | PROTIVITI INC<br>2884 SAND HILL ROAD<br>SUITE 200<br>MENLO PARK, CA 94025 |
| 2.1513 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PREMIUM SUBSCRIPTION PLAN - ANNUAL AGREEMENT DATED 12/06/2021 | PROXYCLICK<br>RUE SAINT-HUBERT 17<br>1150 WOLUWE-SAINT-PIERRE<br>BRUSSELS,<br>BELGIUM |
| 2.1514 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SERVICE ORDER AGREEMENT DATED 10/20/2021 | PS LIGHTWAVE, INC<br>5959 CORPORATE DR.<br>SUITE 3300<br>HOUSTON, TX 77036 |
| 2.1515 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 10/27/2021 | PUBLIC AFFAIRS SUPPORT SERVICES INC<br>1950 ROLAND CLARKE PLACE<br>STE 300<br>RESTON, VA 20191 |
| 2.1516 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | RENTAL AGREEMENT DATED 11/18/2023 | PUBLIC STORAGE OPERATING COMPANY<br>701 WESTERN AVENUE<br>GLENDALE, CA 91201 |
| 2.1517 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FIRST AMENDMENT TO MASTER AGGREGATION AGREEMENT NO. 102614 DATED 10/11/2024 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>ATTN RISK MANAGMENT<br>OFFICE 1250<br>AVENIDA DE LA CONSTITUCION<br>8TH FLOOR<br>SAN JUAN, PR 00907 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1518 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER AGGREGATION AGREEMENT DATED 10/13/2023 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>ATTN RISK MANAGMENT<br>OFFICE 1250<br>AVENIDA DE LA CONSTITUCION<br>8TH FLOOR<br>SAN JUAN, PR 00907 |
| 2.1519 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FIRST AMENDMENT TO MASTER AGGREGATION AGREEMENT NO. 102614 DATED 10/11/2024 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>ATTN RISK MANAGMENT<br>OFFICE 1250<br>AVENIDA DE LA CONSTITUCION<br>8TH FLOOR<br>SAN JUAN, PR 00907 |
| 2.1520 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | NATIONAL MASTER SUPPLY AND WORK AGREEMENT 12/23/2016 AND ALL RELATED AMENDMENTS | PULTE PURCHASING CORPORATION<br>ATTN: VICE PRESIDENT OF PURCHASING<br>3350 PEACHTREE ROAD NE<br>SUITE 150<br>ATLANTA, GA 30326 |
| 2.1521 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | NATIONAL MASTER SUPPLY AND WORK AGREEMENT 12/23/2016 AND ALL RELATED AMENDMENTS | PULTEGROUP, INC.<br>ATTN LEGAL DEPARTMENT<br>3350 PEACHTREE ROAD NE<br>SUITE 150<br>ATLANTA, GA 30326 |
| 2.1522 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER PROFESSIONAL SERVICES AGREEMENT DATED 09/26/2023 | PURE POWER ENGINEERING, INC.<br>11 RIVER STREET<br>SUITE 1110<br>HOBOKEN, NJ 07030 |
| 2.1523 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SUPPLY AGREEMENT DATED 11/04/2019 | PV RACKING LLC<br>505 KEYSTONE ROAD<br>SOUTHAMPTON, PA 18966 |
| 2.1524 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PROPOSAL AGREEMENT DATED 04/22/2024 | PVEL LLC<br>ATTN CONTRACTS MANAGER<br>388 DEVLIN ROAD<br>NAPA, CA 94558 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1525 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDMENT TO AGREEMENT DATED 05/04/2022 | Q2 SOFTWARE, INC<br>10355 PECAN PARK BLVD<br>AUSTIN, TX 78729 |
| 2.1526 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | O2 SALES ORDER AGREEMENT DATED 03/07/2023 | Q2 SOFTWARE, INC<br>10355 PECAN PARK BLVD<br>AUSTIN, TX 78729 |
| 2.1527 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SALES ORDER AGREEMENT DATED 07/22/2024 | Q2 SOFTWARE, INC<br>10355 PECAN PARK BLVD<br>AUSTIN, TX 78729 |
| 2.1528 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 06/30/2019 | Q2 SOFTWARE, INC<br>10355 PECAN PARK BLVD<br>AUSTIN, TX 78729 |
| 2.1529 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK AGREEMENT DATED 03/11/2022 | Q2 SOFTWARE, INC<br>10355 PECAN PARK BLVD<br>AUSTIN, TX 78729 |
| 2.1530 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | INSTALLER NETWORK SERVICES AGREEMENT DATED 09/29/2022 | QMERIT ELECTRIFICATION, LLC<br>2 VENTURE<br>SUITE 550<br>IRVINE, CA 92618 |
| 2.1531 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | QMETRY ANNUAL AGREEMENT 25 SAAS LICENSES DATED 01/15/2020 | QMETRY<br>3200 PATRICK HENRY DRIVE<br>SUITE 250<br>SANTA CLARA, GA 95054 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1532 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENTERPRISE AND SAAS LICENSE QUOTE 06222023-01 AGREEMENT DATED 06/26/2023 | QMETRY INC<br>3200 PATRICK HENRY DRIVE<br>SUITE 250<br>SANTA CLARA, CA 95054 |
| 2.1533 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENTERPRISE AND SAAS LICENSE QUOTE 11132023-01 AGREEMENT DATED 12/27/2023 | QMETRY INC<br>3200 PATRICK HENRY DRIVE<br>SUITE 250<br>SANTA CLARA, CA 95054 |
| 2.1534 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 05/26/2023 AND ALL RELATED AMENDMENTS | QUALITY GENERATORS, LLC<br>ATTENTION<br>TOM SCHIEBELHUT<br>555 E AIRTEX DR.<br>HOUSTON, TX 77073 |
| 2.1535 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SERVICES AGREEMENT DATED 11/13/2023 AND ALL RELATED AMENDMENTS | QUALITY GENERATORS, LLC<br>555 E AIRTEX DR.<br>HOUSTON, TX 77073 |
| 2.1536 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 03/12/2024 | QUALTRICS LLC<br>333 W RIVER PARK DRIVE<br>PROVO, UT 84604 |
| 2.1537 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GENERAL TERMS AND CONDITIONS AGREEMENT DATED 06/26/2023 | QUALTRICS LLC<br>333 W RIVER PARK DRIVE<br>PROVO, UT 84604 |
| 2.1538 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 03/12/2024 | QUALTRICS LLC<br>333 W RIVER PARK DRIVE<br>PROVO, UT 84604 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1539 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ORDER FORM AGREEMENT DATED 03/31/2023 | QUALTRICS LLC<br>333 W RIVER PARK DRIVE<br>PROVO, UT 84604 |
| 2.1540 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SERVICE AGREEMENT DATED 06/20/2023 | QUALTRICS LLC<br>333 W RIVER PARK DRIVE<br>PROVO, UT 84604 |
| 2.1541 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LEAD PROCUREMENT AGREEMENT DATED 01/26/2023 | QUINSTREET INC<br>950 TOWER LANE<br>6TH FLOOR<br>FOSTER CITY, CA 94404 |
| 2.1542 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LEAD PROCUREMENT AGREEMENT DATED 01/26/2023 | QUINSTREET, INC.<br>950 TOWER LANE<br>6TH FLOOR<br>FOSTER CITY, CA 94404 |
| 2.1543 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LEAD PROCUREMENT AGREEMENT DATED 10/24/2024 | QUOTEZILLA, LLC D/B/A MAGNITUDE DIGITAL<br>248 W35TH STR<br>SUITE 901<br>NEW YORK, NY 10001 |
| 2.1544 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONSULTING AGREEMENT DATED 05/01/2023 | NAME ON FILE<br>ADDRESS ON FILE |
| 2.1545 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FLEETIO MASTER SUBSCRIPTION AGREEMENT DATED 07/28/2023 | RARESTEP, INC. DBA FLEETIO<br>1900 2ND AVENUE NORTH<br>SUITE 300<br>BIRMINGHAM, AL 35203 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1546 | State what the contract or lease is for and the nature of the debtor's interest | PROFESSIONAL SUBSCRIPTION ORDER FORM AGREEMENT DATED 10/31/2024 | RARESTEP, INC. DBA FLEETIO<br>1900 2ND AVENUE NORTH<br>SUITE 300<br>BIRMINGHAM, AL 35203 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1547 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE SUBSCRIPTION AGREEMENT DATED 06/30/2023 | RARESTEP, INC. DBA FLEETIO<br>1900 2ND AVENUE NORTH<br>SUITE 300<br>BIRMINGHAM, AL 35203 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1548 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE SUBSCRIPTION AGREEMENT DATED 10/27/2023 | RARESTEP, INC. DBA FLEETIO<br>1900 2ND AVENUE NORTH<br>SUITE 300<br>BIRMINGHAM, AL 35203 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1549 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE SUBSCRIPTION AGREEMENT DATED 11/01/2023 | RARESTEP, INC. DBA FLEETIO<br>1900 2ND AVENUE NORTH<br>SUITE 300<br>BIRMINGHAM, AL 35203 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1550 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT DATED 03/11/2022 | NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1551 | State what the contract or lease is for and the nature of the debtor's interest | SUBCONTRACT AGREEMENT 12/17/2024 AND ALL RELATED AMENDMENTS | RC HOBBS COMPANY<br>1428 E. CHAPMAN AVE<br>ORANGE, CA 92866 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1552 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS AND CONDITIONS AGREEMENT DATED 04/10/2023 | RCL ENTERPRISES, INC.<br>ATTENTION<br>NICOLE BIRO<br>PO BOX 647<br>ALLOWAY, NJ 08001 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Sunnova Energy Corporation Case number (If known): 25-90159

Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1553 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 11/04/2024 | RCL ENTERPRISES, INC.<br>PO BOX 647<br>ALLOWAY, NJ 08001 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1554 | State what the contract or lease is for and the nature of the debtor's interest | CHANNEL PARTNER AGREEMENT DATED 01/23/2024 | RDX POWER LLC<br>1815 N. MAIN STREET<br>LOGAN, UT 84341 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1555 | State what the contract or lease is for and the nature of the debtor's interest | CHANNEL PARTNER AGREEMENT DATED 01/23/2024 | RDX POWER, INC.<br>1815 N. MAIN STREET<br>LOGAN, UT 84341 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1556 | State what the contract or lease is for and the nature of the debtor's interest | SOLAR PARTNERSHIP AGREEMENT DATED 05/19/2019 | READY HOME ENERGY INC.<br>1217 PLEASANT GROVE BLVD.<br>#100<br>ROSEVILLE, CA 95661 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1557 | State what the contract or lease is for and the nature of the debtor's interest | SOLAR PARTNERSHIP AGREEMENT 01/26/2021 AND ALL RELATED AMENDMENTS | READY HOME ENERGY INC. D/B/A READY HOME ENERGY<br>ATTN: KIRK HAMMERSMITH<br>1536 EUREKA RD.<br>ROSEVILLE, CA 95661 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1558 | State what the contract or lease is for and the nature of the debtor's interest | SOLAR PARTNERSHIP AGREEMENT 10/16/2020 AND ALL RELATED AMENDMENTS | READY HOME ENERGY INC. D/B/A READY HOME ENERGY<br>ATTN: KIRK HAMMERSMITH<br>1536 EUREKA RD.<br>ROSEVILLE, CA 95661 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1559 | State what the contract or lease is for and the nature of the debtor's interest | SOLAR PARTNERSHIP AGREEMENT 11/01/2022 AND ALL RELATED AMENDMENTS | READY HOME ENERGY INC. D/B/A READY HOME ENERGY<br>ATTN: KIRK HAMMERSMITH<br>250 TECHNOLOGY WAY<br>ROCKLIN, CA 95765 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1560 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SOLAR PARTNERSHIP AGREEMENT 05/15/2019 AND ALL RELATED AMENDMENTS | READY HOME ENERGY, INC.<br>1217 PLEASANT GROVE BLVD.<br>#100<br>ROSEVILLE, CA 95661 |
| 2.1561 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PROGRAM AGREEMENT DATED 07/31/2023 | RED WING BRANDS OF AMERICA, INC<br>RED WING BUSINESS ADVANTAGE ACCOUNT<br>P.O. BOX 844329<br>DALLAS, TX 75284-4329 |
| 2.1562 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SUBCONTRACT AGREEMENT 03/24/2017 AND ALL RELATED AMENDMENTS | REDLANDS PIONEER, LLC<br>10621 CIVIC CENTER DRIVE<br>RANCHO CUCAMONGA, CA 91730 |
| 2.1563 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENGAGEMENT LETTER AGREEMENT DATED 10/14/2020 | REED SMITH LLP<br>811 MAIN STREET<br>SUITE 1700<br>HOUSTON, TX 77002 |
| 2.1564 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 04/09/2020 AND ALL RELATED AMENDMENTS | REGAL SOLAR<br>ATTENTION<br>DANNY ROUNDY COO<br>5020 PACHECO BLVD<br>MARTINEZ, CA 94553 |
| 2.1565 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | VIRTUAL OFFICE AGREEMENT DATED 08/01/2018 | REGIUS<br>132 W 31ST STREET<br>NEW YORK, NY 10001 |
| 2.1566 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | OFFICE SERVICE AGREEMENT DATED 05/31/2024 | REGUS MANAGEMENT GROUP, LLC<br>110 FIELDCREST AVE<br>3RD FLOOR<br>EDISON, NJ 08837 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1567 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | OFFICE SERVICE AGREEMENT DATED 12/23/2024 | REGUS MANAGEMENT GROUP, LLC<br>2850 W HORIZON RIDGE PARKWAY<br>SUITE 200<br>HENDERSON, NV 89052 |
| 2.1568 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | OFFICE AGREEMENT DATED 08/31/2021 | REGUS MANAGEMENT GROUP LLC<br>15305 DALLAS PKWY<br>FLOOR 12<br>ADDISON, TX 75001 |
| 2.1569 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | RENEWAL AGREEMENT DATED 08/19/2021 | REGUS MANAGEMENT GROUP LLC<br>15305 DALLAS PKWY<br>FLOOR 12<br>ADDISON, TX 75001 |
| 2.1570 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CLIENT SERVICES AGREEMENT DATED 07/01/2021 | REIMAGINE POWER, INC.<br>77 SALA TERRACE<br>SAN FRANCISCO, CA 94112 |
| 2.1571 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FIRST AMENDMENT TO MASTER SERVICE AGREEMENT DATED 07/19/2024 | REIMAGINE ROOFING LLC<br>1100 E WASHINGTON ST<br>SUITE 200<br>PHOENIX, AZ 85034 |
| 2.1572 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GENERAL TERMS AND CONDITIONS AGREEMENT DATED 08/31/2023 | REIMAGINE ROOFING LLC<br>1100 E WASHINGTON ST<br>SUITE 200<br>PHOENIX, AZ 85034 |
| 2.1573 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 08/15/2023 | REIMAGINE ROOFING LLC<br>1100 E WASHINGTON ST<br>SUITE 200<br>PHOENIX, AZ 85034 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1574 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO MASTER SERVICE AGREEMENT DATED 09/06/2024 | REIMAGINE ROOFING LLC<br>1100 E WASHINGTON ST<br>SUITE 200<br>PHOENIX, AZ 85034 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1575 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS AND CONDITIONS AGREEMENT DATED 08/31/2023 | REIMAGINE ROOFING LLC<br>1100 E WASHINGTON ST<br>SUITE 200<br>PHOENIX, AZ 85034 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1576 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 08/31/2023 | REIMAGINE ROOFING LLC<br>1100 E WASHINGTON ST<br>SUITE 200<br>PHOENIX, AZ 85034 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1577 | State what the contract or lease is for and the nature of the debtor's interest | MASTER INFORMATION TECHNOLOGY PROFESSIONAL SERVICES AGREEMENT DATED 08/09/2022 | REKALL.AI<br>29 LITTLE WEST 12TH ST<br>NEW YORK, NY 10014 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1578 | State what the contract or lease is for and the nature of the debtor's interest | LEAD LIST PURCHASE AGREEMENT DATED 04/10/2021 | RELIABLE LENDING, LLC<br>ATTN: VENDOR MGMT<br>4400 POST OAK PARKWAY<br>SUITE 1000<br>HOUSTON, TX 77027 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1579 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT 07/14/2017 AND ALL RELATED AMENDMENTS | RENASCI MANAGEMENT CORPORATION<br>28118 AGOURA CT<br>STE 105<br>AGOURA HILLS, CA 91301 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1580 | State what the contract or lease is for and the nature of the debtor's interest | CHANGE ORDER #1 AGREEMENT DATED 03/28/2017 | RENWELL, LLC<br>1155 W RIO SALADO PARKWAY BUILDING B<br>STE #104<br>TEMPE, AZ 85281 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1581 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | REQTEST SERVICE AGREEMENT DATED 06/04/2018 | REQTEST AB<br>C/O MPC CONSULTING AB<br>BOX 375<br>STOCKHOLM, 111 73<br>SWEDEN |
| 2.1582 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AGREEMENT REGARDING DELIVERY DATED 04/06/2017 | REQTEST AB C/O EKAD<br>VEDDESTA CENTRUM<br>JARFALLA, 175 72<br>SWEDEN |
| 2.1583 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CUSTOM SEO PLAN FOR: SUNNOVA AGREEMENT DATED 10/04/2024 | RESOLVE MARKETING, LLC<br>4526 W. LOST RAPIDS DR.<br>MERIDIAN, ID 83646 |
| 2.1584 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GENERAL TERMS AND CONDITIONS AGREEMENT DATED 01/16/2025 | REVEL HOME SERVICE, LLC<br>6060 SABAL CREEK BLVD<br>PORT ORANGE, FL 32128 |
| 2.1585 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 01/16/2025 | REVEL HOME SERVICE, LLC<br>6060 SABAL CREEK BLVD<br>PORT ORANGE, FL 32128 |
| 2.1586 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 04/26/2024 | RG ELECTRIC, INC.<br>3430 W SUNSET ROAD<br>SUITE A<br>LAS VEGAS, NV 89118 |
| 2.1587 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | INVENTORY SERVICES AGREEMENT DATED 01/07/2021 | RGIS, LLC<br>2000 EAST TAYLOR ROAD<br>AUBURN HILLS, MI 48326 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1588 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SUBCONTRACTOR CONTRACT 11/18/2022 AND ALL RELATED AMENDMENTS | RICE RANCH VENTURES, LLC<br>31200 VIA COLINAS<br>SUITE 200<br>WESTLAKE VILLAGE, CA 91362 |
| 2.1589 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SUBCONTRACTOR AGREEMENT 01/09/2025 AND ALL RELATED AMENDMENTS | RICHMOND AMERICAN HOMES OF MARYLAND, INC.<br>6210 OLD DOBBIN LANE<br>SUITE 190<br>COLUMBIA, MD 21045 |
| 2.1590 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SUBCONTRACTOR AGREEMENT 05/08/2017 AND ALL RELATED AMENDMENTS | RIDGEMORE INVESTMENTS LLC<br>26040 ACERO<br>SUITE 110<br>MISSION VIEJO, CA 92691 |
| 2.1591 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PROFESSIONAL SERVICES PROJECT COMPLETION UC2018-00708555 AGREEMENT DATED 05/09/2019 | RINGCENTRAL PROFESSIONAL SERVICES<br>8005 S. CHESTER ST.<br>SUITE 100<br>CENTENNIAL, CO 80112 |
| 2.1592 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | INCREMENTAL ORDER FORM - OFFICE SERVICES AGREEMENT DATED 03/21/2019 | RINGCENTRAL, INC.<br>20 DAVIS DRIVE<br>BELMONT, CA 94002 |
| 2.1593 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | INCREMENTAL ORDER FORM - OFFICE SERVICES AGREEMENT DATED 04/19/2024 | RINGCENTRAL, INC.<br>20 DAVIS DRIVE<br>BELMONT, CA 94002 |
| 2.1594 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PLAN PURCHASE AGREEMENT DATED 10/31/2018 | RINGCENTRAL, INC.<br>20 DAVIS DRIVE<br>BELMONT, CA 94002 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1595 | State what the contract or lease is for and the nature of the debtor's interest | RINGCENTRAL OFFICE AND GLIP PLAN PURCHASE AGREEMENT DATED 11/26/2018 | RINGCENTRAL, INC.<br>20 DAVIS DRIVE<br>BELMONT, CA 94002 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1596 | State what the contract or lease is for and the nature of the debtor's interest | SUBCONTRACT AGREEMENT 04/23/2020 AND ALL RELATED AMENDMENTS | RIVERLAND HOMES, INC.<br>ATTN: TANNER JUDKINS<br>4170 DOUGLAS BLVD.<br>STE 150<br>GRANITE BAY, CA 95746 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1597 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 07/11/2021 | RIVERWAY BUSINESS SERVICE<br>21922 ROYAL MONTREAL DR<br>KATY, TX 77450 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1598 | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER AGREEMENT FOR SERVICES DATED 05/18/2018 | ROBERT HALF INTERNATIONAL INC.<br>11700 KATY FREEWAY<br>HOUSTON, TX 77079 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1599 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK AGREEMENT DATED 01/11/2021 | ROBERT HALF INTERNATIONAL INC.<br>11700 KATY FREEWAY<br>HOUSTON, TX 77079 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1600 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK AGREEMENT DATED 04/15/2019 | ROBERT HALF INTERNATIONAL INC.<br>11700 KATY FREEWAY<br>HOUSTON, TX 77079 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1601 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK AGREEMENT DATED 04/30/2019 | ROBERT HALF INTERNATIONAL INC.<br>11700 KATY FREEWAY<br>HOUSTON, TX 77079 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1602 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK AGREEMENT DATED 05/08/2019 | ROBERT HALF INTERNATIONAL INC.<br>11700 KATY FREEWAY<br>HOUSTON, TX 77079 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1603 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK AGREEMENT DATED 07/21/2018 | ROBERT HALF INTERNATIONAL INC.<br>11700 KATY FREEWAY<br>HOUSTON, TX 77079 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1604 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK AGREEMENT DATED 09/09/2019 | ROBERT HALF INTERNATIONAL INC.<br>11700 KATY FREEWAY<br>HOUSTON, TX 77079 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1605 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK AGREEMENT DATED 09/20/2018 | ROBERT HALF INTERNATIONAL INC.<br>11700 KATY FREEWAY<br>HOUSTON, TX 77079 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1606 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK AGREEMENT DATED 09/24/2018 | ROBERT HALF INTERNATIONAL INC.<br>11700 KATY FREEWAY<br>HOUSTON, TX 77079 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1607 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK AGREEMENT DATED 10/04/2018 | ROBERT HALF INTERNATIONAL INC.<br>11700 KATY FREEWAY<br>HOUSTON, TX 77079 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1608 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK AGREEMENT DATED 10/24/2018 | ROBERT HALF INTERNATIONAL INC.<br>11700 KATY FREEWAY<br>HOUSTON, TX 77079 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1609 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK AGREEMENT DATED 12/02/2019 | ROBERT HALF INTERNATIONAL INC.<br>11700 KATY FREEWAY<br>HOUSTON, TX 77079 |
| 2.1610 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GENERAL CONDITIONS OF ASSIGNMENT AND TERMS OF PAYMENT AGREEMENT DATED 04/16/2019 | ROBERT HALF TECHNOLOGY<br>11700 KATY FREEWAY<br>4TH FLOOR<br>ENERGY TOWER SUITE 400<br>HOUSTON, TX 77079 |
| 2.1611 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GENERAL CONDITIONS OF ASSIGNMENT AND TERMS OF PAYMENT AGREEMENT DATED 09/26/2018 | ROBERT HALF TECHNOLOGY<br>11700 KATY FREEWAY<br>4TH FLOOR<br>ENERGY TOWER SUITE 400<br>HOUSTON, TX 77079 |
| 2.1612 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK AGREEMENT DATED 04/15/2019 | ROBERT HALF TECHNOLOGY<br>11700 KATY FREEWAY<br>4TH FLOOR<br>ENERGY TOWER SUITE 400<br>HOUSTON, TX 77079 |
| 2.1613 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK AGREEMENT DATED 04/30/2019 | ROBERT HALF TECHNOLOGY<br>11700 KATY FREEWAY<br>4TH FLOOR<br>ENERGY TOWER SUITE 400<br>HOUSTON, TX 77079 |
| 2.1614 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK AGREEMENT DATED 05/08/2019 | ROBERT HALF TECHNOLOGY<br>11700 KATY FREEWAY<br>4TH FLOOR<br>ENERGY TOWER SUITE 400<br>HOUSTON, TX 77079 |
| 2.1615 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK AGREEMENT DATED 07/21/2018 | ROBERT HALF TECHNOLOGY<br>11700 KATY FREEWAY<br>4TH FLOOR<br>ENERGY TOWER SUITE 400<br>HOUSTON, TX 77079 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1616 State what the contract or lease is for and the nature of the debtor's interest; State the term remaining; List the contract number of any government contract | STATEMENT OF WORK AGREEMENT DATED 09/09/2019 | ROBERT HALF TECHNOLOGY<br>11700 KATY FREEWAY<br>4TH FLOOR<br>ENERGY TOWER SUITE 400<br>HOUSTON, TX 77079 |
| 2.1617 State what the contract or lease is for and the nature of the debtor's interest; State the term remaining; List the contract number of any government contract | STATEMENT OF WORK AGREEMENT DATED 09/20/2018 | ROBERT HALF TECHNOLOGY<br>11700 KATY FREEWAY<br>4TH FLOOR<br>ENERGY TOWER SUITE 400<br>HOUSTON, TX 77079 |
| 2.1618 State what the contract or lease is for and the nature of the debtor's interest; State the term remaining; List the contract number of any government contract | STATEMENT OF WORK AGREEMENT DATED 09/24/2018 | ROBERT HALF TECHNOLOGY<br>11700 KATY FREEWAY<br>4TH FLOOR<br>ENERGY TOWER SUITE 400<br>HOUSTON, TX 77079 |
| 2.1619 State what the contract or lease is for and the nature of the debtor's interest; State the term remaining; List the contract number of any government contract | STATEMENT OF WORK AGREEMENT DATED 10/04/2018 | ROBERT HALF TECHNOLOGY<br>11700 KATY FREEWAY<br>4TH FLOOR<br>ENERGY TOWER SUITE 400<br>HOUSTON, TX 77079 |
| 2.1620 State what the contract or lease is for and the nature of the debtor's interest; State the term remaining; List the contract number of any government contract | STATEMENT OF WORK AGREEMENT DATED 10/24/2018 | ROBERT HALF TECHNOLOGY<br>11700 KATY FREEWAY<br>4TH FLOOR<br>ENERGY TOWER SUITE 400<br>HOUSTON, TX 77079 |
| 2.1621 State what the contract or lease is for and the nature of the debtor's interest; State the term remaining; List the contract number of any government contract | STATEMENT OF WORK AGREEMENT DATED 12/02/2019 | ROBERT HALF TECHNOLOGY<br>11700 KATY FREEWAY<br>4TH FLOOR<br>ENERGY TOWER SUITE 400<br>HOUSTON, TX 77079 |
| 2.1622 State what the contract or lease is for and the nature of the debtor's interest; State the term remaining; List the contract number of any government contract | CHANNEL PARTNER AGREEMENT 03/24/2023 AND ALL RELATED AMENDMENTS | ROBERT HEELY INC.<br>5401 WOODMERE DRIVE<br>BAKERSFIELD, CA 93313 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1623 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 06/06/2023 AND ALL RELATED AMENDMENTS | ROBINHOOD SOLAR, LLC<br>ATTENTION<br>JASON GODFREY<br>1932 SOUTHERN DUNES BLVD.<br>HAINES CITY, FL 33844 |
| 2.1624 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER DEALER AGREEMENT DATED 10/09/2022 AND ALL RELATED AMENDMENTS | ROBINHOOD, LLC D/B/A ETHICAL ENERGY SOLAR<br>1932 SOUTHERN DUNES BLVD<br>HAINES CITY, FL 33844 |
| 2.1625 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SPECIAL BONUS PLAN AGREEMENT DATED 04/04/2025 | NAME ON FILE<br>ADDRESS ON FILE |
| 2.1626 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PROPOSAL FOR PROFESSIONAL AGREEMENT DATED 01/26/2023 | ROCAJUNYENT, S.L.P<br>AVINGUDA DIAGONAL 640<br>5TH FLOOR<br>BARCELONA, 08017<br>SPAIN |
| 2.1627 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT 10/17/2024 AND ALL RELATED AMENDMENTS | ROMEO HOMES FLORIDA LLC<br>6836 CARNEGIE BLVD<br>STE 430<br>CHARLOTTE, NC 28211 |
| 2.1628 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FIRST AMENDMENT TO MASTER SUPPLY AGREEMENT DATED 10/16/2019 | ROOF TECH INC<br>10620 TREENA STREET<br>SUITE 230<br>SAN DIEGO, CA 92131 |
| 2.1629 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 06/15/2022 | ROOFIO LLC<br>8707 BOTTS LANE<br>SAN ANTONIO, TX 78217 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1630 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GENERAL TERMS AND CONDITIONS AGREEMENT DATED 12/19/2023 | ROOFIX TECHNOLOGIES LLC<br>ATTENTION<br>LUKE LEAK<br>4809 CENTURY DRIVE<br>FOREST HILL, TX 76140 |
| 2.1631 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 12/18/2023 | ROOFIX TECHNOLOGIES LLC<br>4809 CENTURY DRIVE<br>FOREST HILL, TX 76140 |
| 2.1632 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 03/27/2020 | ROOFTOP POWER<br>ATTENTION HYRUM BOND<br>2980 WEST SHORE ROAD<br>WARWICK, RI 02886 |
| 2.1633 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GENERAL TERMS AND CONDITIONS AGREEMENT DATED 11/21/2024 | ROOFTOP POWER LLC<br>275 W NATICK ROAD<br>SUITE 800<br>WARWICK, RI 02886 |
| 2.1634 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 11/21/2024 | ROOFTOP POWER LLC<br>275 W NATICK ROAD<br>SUITE 800<br>WARWICK, RI 02886 |
| 2.1635 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | BRD PROJECT STATEMENT OF WORK DATED 09/30/2021 | ROOTSTOCK<br>2303 CAMINO RAMON<br>SUITE 215<br>SAN RAMON, CA 94583 |
| 2.1636 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK ROOTSTOCK IMPLEMENTATION PROJECT DATED 07/07/2022 | ROOTSTOCK<br>2303 CAMINO RAMON<br>SUITE 215<br>SAN RAMON, CA 94583 |

Debtor: Sunnova Energy Corporation — Case number (If known): 25-90159

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1637 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK AGREEMENT | ROOTSTOCK<br>2303 CAMINO RAMON<br>SUITE 215<br>SAN RAMON, CA 94583 |
| 2.1638 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LEGAL SERVICES AND FEE AGREEMENT DATED 11/18/2013 | ROSE LAW GROUP PC<br>6613 N. SCOTTSDALE ROAD<br>SUITE 200<br>SCOTTSDALE, AZ 85250 |
| 2.1639 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GENERAL TERMS AND CONDITIONS AGREEMENT DATED 11/21/2024 | RTP ROOFING CORPORATION<br>275 W NATICK ROAD<br>SUITE 800<br>WARWICK, RI 02886 |
| 2.1640 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 11/21/2024 | RTP ROOFING CORPORATION<br>275 W NATICK ROAD<br>SUITE 800<br>WARWICK, RI 02886 |
| 2.1641 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SOLAR PARTNERSHIP AGREEMENT 01/15/2021 AND ALL RELATED AMENDMENTS | RWFC INC. D/B/A G.J. GARDNER HOMES<br>ATTN: OLIVIA SHREFFLER<br>930 ALHAMBRA BLVD.<br>SACRAMENTO, CA 95816 |
| 2.1642 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | TUITION REIMBURSEMENT AGREEMENT DATED 08/30/2024 | NAME ON FILE<br>ADDRESS ON FILE |
| 2.1643 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SUBSCRIPTION AGREEMENT DATED 11/22/2022 | S&P GLOBAL MARKET INTELLIGENCE LLC<br>55 WATER STREET<br>NEW YORK, NY 10041 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1644 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 04/20/2021 | SAFESTREETS USA LLC, D/B/A RISE STREET<br>ATTENTION<br>PAUL KROFF<br>615 N. 150 E.<br>AMERICAN FORK, UT 84003 |
| 2.1645 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SERVICE AGREEMENT FOR DATED 04/15/2021 | SAGE ADVANTAGE INC<br>ANALYSAGE SOLUTIONS LLC<br>7702 E DOUBLETREE RANCH RD<br>STE 300<br>SCOTTSDALE, AZ 85258 |
| 2.1646 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK AGREEMENT DATED 05/17/2024 | SALARY.COM LLC<br>610 LINCOLN STREET<br>WALTHAM, MA 02451 |
| 2.1647 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SUBSCRIPTION ORDER FORM AGREEMENT DATED 11/22/2022 | SALARY.COM, LLC<br>610 LINCOLN ST. NORTH BUILDING<br>SUITE # 200<br>WALTHAM, MA 02451 |
| 2.1648 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | EXACTTARGET SANDBOX - ORDER FORM Q-00763710 AGREEMENT DATED 09/16/2016 | SALESFORCE, INC.<br>SALESFORCE TOWER<br>415 MISSION STREET<br>3RD FLOOR<br>SAN FRANCISCO, CA 94105 |
| 2.1649 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | EXACTTARGET SANDBOX - ORDER FORM Q-00810927 AGREEMENT DATED 10/31/2016 | SALESFORCE, INC.<br>SALESFORCE TOWER<br>415 MISSION STREET<br>3RD FLOOR<br>SAN FRANCISCO, CA 94105 |
| 2.1650 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | HEROKU - ORDER FORM Q-00558849 AGREEMENT DATED 04/28/2016 | SALESFORCE, INC.<br>ONE<br>MARKET STREET<br>SAN FRANCISCO, CA 94105 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1651 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBSCRIPTION AGREEMENT DATED 03/20/2015 | SALESFORCE, INC.<br>THE LANDMARK AT ONE MARKET<br>SUITE 300<br>SAN FRANCISCO, CA 94105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1652 | State what the contract or lease is for and the nature of the debtor's interest | MULESOFT - ORDER FORM Q-08204927 AGREEMENT DATED 01/18/2024 | SALESFORCE, INC.<br>SALESFORCE TOWER<br>415 MISSION STREET<br>3RD FLOOR<br>SAN FRANCISCO, CA 94105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1653 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM AGREEMENT DATED 01/15/2025 | SALESFORCE, INC.<br>THE LANDMARK AT ONE MARKET<br>SUITE 300<br>SAN FRANCISCO, CA 94105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1654 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM Q-00164383 AGREEMENT DATED 07/31/2015 | SALESFORCE, INC.<br>SALESFORCE TOWER<br>415 MISSION STREET<br>3RD FLOOR<br>SAN FRANCISCO, CA 94105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1655 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM Q-06957642 AGREEMENT DATED 02/13/2023 | SALESFORCE, INC.<br>SALESFORCE TOWER<br>415 MISSION STREET<br>3RD FLOOR<br>SAN FRANCISCO, CA 94105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1656 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM Q-07042283 AGREEMENT DATED 03/09/2023 | SALESFORCE, INC.<br>SALESFORCE TOWER<br>415 MISSION STREET<br>3RD FLOOR<br>SAN FRANCISCO, CA 94105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1657 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM Q-07042283 AGREEMENT DATED 03/24/2023 | SALESFORCE, INC.<br>SALESFORCE TOWER<br>415 MISSION STREET<br>3RD FLOOR<br>SAN FRANCISCO, CA 94105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1658 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ORDER FORM Q-07114512 AGREEMENT DATED 05/15/2023 | SALESFORCE, INC.<br>SALESFORCE TOWER<br>415 MISSION STREET<br>3RD FLOOR<br>SAN FRANCISCO, CA 94105 |
| 2.1659 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ORDER FORM Q-09923167 AGREEMENT DATED 04/15/2025 | SALESFORCE, INC.<br>415 MISSION STREET<br>3RD FLOOR<br>SAN FRANCISCO, CA 94105 |
| 2.1660 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PARTNER COMMUNITY - ORDER FORM Q-09610590 AGREEMENT DATED 01/14/2025 | SALESFORCE, INC.<br>SALESFORCE TOWER<br>415 MISSION STREET<br>3RD FLOOR<br>SAN FRANCISCO, CA 94105 |
| 2.1661 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PURCHASE ORDER AGREEMENT DATED 01/14/2025 | SALESFORCE, INC.<br>SALESFORCE TOWER<br>415 MISSION STREET<br>3RD FLOOR<br>SAN FRANCISCO, CA 94105 |
| 2.1662 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PURCHASE ORDER AGREEMENT DATED 01/27/2025 | SALESFORCE, INC.<br>SALESFORCE TOWER<br>415 MISSION STREET<br>3RD FLOOR<br>SAN FRANCISCO, CA 94105 |
| 2.1663 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PURCHASE ORDER AGREEMENT DATED 02/26/2025 | SALESFORCE, INC.<br>SALESFORCE TOWER<br>415 MISSION STREET<br>3RD FLOOR<br>SAN FRANCISCO, CA 94105 |
| 2.1664 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PURCHASE ORDER Q-09607896 AGREEMENT DATED 01/14/2025 | SALESFORCE, INC.<br>THE LANDMARK AT ONE MARKET<br>SUITE 300<br>SAN FRANCISCO, CA 94105 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1665 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SOCIAL STUDIO - ORDER FORM Q-00019915 AGREEMENT DATED 04/30/2015 | SALESFORCE, INC.<br>SALESFORCE TOWER<br>415 MISSION STREET<br>3RD FLOOR<br>SAN FRANCISCO, CA 94105 |
| 2.1666 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK AGREEMENT DATED 08/09/2024 | SALESFORCE, INC.<br>SALESFORCE TOWER<br>415 MISSION STREET<br>3RD FLOOR<br>SAN FRANCISCO, CA 94105 |
| 2.1667 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK FOR PROFESSIONAL SERVICES AGREEMENT DATED 03/25/2015 | SALESFORCE, INC.<br>THE LANDMARK AT ONE MARKET<br>SUITE 300<br>SAN FRANCISCO, CA 94105 |
| 2.1668 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | TABLEAU CLOUD - ORDER FORM AGREEMENT DATED 08/07/2023 | SALESFORCE, INC.<br>SALESFORCE TOWER<br>415 MISSION STREET<br>3RD FLOOR<br>SAN FRANCISCO, CA 94105 |
| 2.1669 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | TABLEAU CLOUD ORDER FORM AGREEMENT DATED 06/10/2024 | SALESFORCE, INC.<br>SALESFORCE TOWER<br>415 MISSION STREET<br>3RD FLOOR<br>SAN FRANCISCO, CA 94105 |
| 2.1670 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ORDER FORM AGREEMENT DATED 04/16/2023 | SALESRABBIT, INC.<br>2000 ASHTON BLVD #450<br>LEHI, UT 84043 |
| 2.1671 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GENERAL TERMS AND CONDITIONS AGREEMENT DATED 06/29/2024 | SAN GABRIEL VALLEY ROOFING INC.<br>16443 ABEDUL STREET<br>MORENO VALLEY, CA 92551 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1672 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 07/29/2024 | SAN GABRIEL VALLEY ROOFING INC.<br>16443 ABEDUL STREET<br>MORENO VALLEY, CA 92551 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1673 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO MASTER SERVICE AGREEMENT DATED 08/06/2024 | SANDBOX SOLAR LLC<br>112 RACQUETTE DR.<br>UNIT C<br>FORT COLLINS, CO 80524 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1674 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS AND CONDITIONS AGREEMENT DATED 09/18/2023 | SANDBOX SOLAR LLC<br>112 RACQUETTE DR.<br>UNIT C<br>FORT COLLINS, CO 80524 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1675 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 09/18/2023 | SANDBOX SOLAR LLC<br>112 RACQUETTE DR.<br>UNIT C<br>FORT COLLINS, CO 80524 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1676 | State what the contract or lease is for and the nature of the debtor's interest | SPONSOR PAYMENT LETTER AGREEMENT DATED 09/25/2023 | SARGENT & LUNDY LLC<br>55 E MONROE ST<br>CHICAGO, IL 60603 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1677 | State what the contract or lease is for and the nature of the debtor's interest | INDEPENDENT CONTRACTOR AGREEMENT DATED 03/11/2019 | NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1678 | State what the contract or lease is for and the nature of the debtor's interest | INDEPENDENT CONTRACTOR AGREEMENT DATED 10/01/2019 | NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1679 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDMENT NO. 1 TO SPECIAL DISTRIBUTION AGREEMENT DATED 03/27/2024 | SAVANT SYSTEMS, INC.<br>45 PERSEVERANCE WAY<br>HYANNIS, MA 02601 |
| 2.1680 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SPECIAL DISTRIBUTION AGREEMENT DATED 11/16/2022 | SAVANT SYSTEMS, INC.<br>ATTN<br>ATTN CRAIG SPINNER<br>45 PERSEVERANCE WAY<br>SUITE 301<br>HYANNIS, MA 02601 |
| 2.1681 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SOFTWARE LICENSE AND SUPPORT AGREEMENT DATED 12/21/2017 | SAVIYNT INC<br>5777 W. CENTURY BLVD.<br>SUITE 370<br>LOS ANGELES, CA 90045 |
| 2.1682 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 02/26/2024 | SAVKAT INC<br>71 DOLPHIN ROAD<br>BRISTOL, CT 06010 |
| 2.1683 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SERVICES AGREEMENT DATED 03/01/2021 | SCALEPEX LLC<br>5830 GRANITE PARKWAY<br>SUITE 100<br>PLANO, TX 75024 |
| 2.1684 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | TRANSPORTATION BROKERAGE CONTRACT AGREEMENT DATED 07/14/2023 | SCHNEIDER TRANSPORTATION MANAGEMENT, A DIVISION OF SCHNEIDER NATIONAL CARRIERS, INC.<br>3101 S. PACKERLAND DRIVE<br>GREEN BAY, WI 54313 |
| 2.1685 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | TRANSPORTATION BROKERAGE CONTRACT AGREEMENT DATED 07/14/2023 | SCHNEIDER TRANSPORTATION MANAGEMENT, A DIVISION OF SCHNEIDER NATIONAL CARRIERS, INC.<br>3101 S. PACKERLAND DRIVE<br>GREEN BAY, WI 54313 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1686 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER PURCHASE AGREEMENT DATED 07/09/2021 | NAME ON FILE<br>ADDRESS ON FILE |
| 2.1687 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FIFTH AMENDMENT TO OFFICE BUILDING LEASE AGREEMENT (SUNNOVA ENERGY CORPORATION - 20 GREENWAY PLAZA) DATED 08/01/2019 | SCP 20 GREENWAY, LLC<br>20 EAST GREENWAY PLAZA<br>HOUSTON, TX 77046 |
| 2.1688 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SIXTH AMENDMENT TO OFFICE BUILDING LEASE AGREEMENT (SUNNOVA ENERGY CORPORATION – 20 GREENWAY PLAZA) DATED 08/01/2022 | SCP 20 GREENWAY, LLC<br>20 EAST GREENWAY PLAZA<br>HOUSTON, TX 77046 |
| 2.1689 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | REQUEST FOR LEASE AMENDMENT AGREEMENT DATED 10/25/2023 | SCP 20 GREENWAY, LLC<br>20 EAST GREENWAY PLAZA<br>HOUSTON, TX 77046 |
| 2.1690 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SUBSCRIPTION AGREEMENT | SCRYER, INC.<br>6 E 32ND STREET<br>11TH FLOOR<br>NEW YORK, NY 10016 |
| 2.1691 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | WEB APP SUBSCRIPTION ORDER FORM AGREEMENT DATED 04/14/2023 | SCRYER, INC. DBA REONOMY<br>PO BOX 3815<br>NEW YORK, NY 10163 |
| 2.1692 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT AND ALL RELATED AMENEMENTS DATED 05/17/2021 | SEAPOINT SOLAR ENERGY LLC<br>151 FRIES MILL RD<br>BLACKWOOD, NJ 08012 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1693 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | HAWAII RENTAL AGREEMENT DATED 05/17/2023 | SECURESPACE SELF STORAGE MILILANI<br>95-1 WIKAO ST<br>MILILANI, HI 96789 |
| 2.1694 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | HAWAII RENTAL AGREEMENT DATED 08/02/2023 | SECURESPACE SELF STORAGE MILILANI<br>95-1 WIKAO ST<br>MILILANI, HI 96789 |
| 2.1695 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 06/09/2020 | SENGA ENERGY LLC D/B/A ENLITE SOLAR<br>ATTENTION<br>CHRIS PELISSIE OWNER PRESIDENT<br>2201 FRANCISCO DRIVE<br>SUITE 140-287<br>EL DORADO HILLS, CA 95762 |
| 2.1696 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FIRST AMENDMENT TO MASTER SUPPLY AGREEMENT DATED 12/13/2019 | SERAPHIM ENERGY GROUP INC<br>4683 CHABOT DRIVE<br>PLEASANTON, CA 94588 |
| 2.1697 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SUBSCRIPTION LICENSE ORDER FORM AGREEMENT DATED 02/08/2017 | SERENOVA LLC<br>7300 RANCH ROAD 2222<br>BUILDING 3<br>SUITE 200<br>AUSTIN, TX 78730 |
| 2.1698 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONFIGURATION SIGN-OFF AGREEMENT DATED 09/05/2018 | SERVICEMAX, INC.<br>4450 ROSEWOOD DRIVE<br>SUITE 200<br>PLEASANTON, CA 94588 |
| 2.1699 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ADD-ON STATEMENT OF WORK AGREEMENT DATED 03/07/2018 | SERVICEMAX, INC.<br>4450 ROSEWOOD DRIVE<br>SUITE 200<br>PLEASANTON, CA 94588 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1700 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONFIGURATION SIGN-OFF AGREEMENT DATED 09/05/2018 | SERVICEMAX, INC.<br>4450 ROSEWOOD DRIVE<br>SUITE 200<br>PLEASANTON, CA 94588 |
| 2.1701 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | NOTICE OF NON-RENEWAL OF ORDER AND TERMINATION OF AGREEMENT DATED 06/29/2020 | SERVICEMAX, INC.<br>4450 ROSEWOOD DRIVE<br>SUITE 200<br>PLEASANTON, CA 94588 |
| 2.1702 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | RAPID STATEMENT OF WORK AGREEMENT DATED 06/30/2017 | SERVICEMAX, INC.<br>4450 ROSEWOOD DRIVE<br>SUITE 200<br>PLEASANTON, CA 94588 |
| 2.1703 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SERVICEMAX - FROM GE DIGITAL SERVICES CHANGE REQUEST AGREEMENT DATED 03/23/2018 | SERVICEMAX, INC.<br>4450 ROSEWOOD DRIVE<br>SUITE 200<br>PLEASANTON, CA 94588 |
| 2.1704 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK AGREEMENT DATED 12/28/2017 | SERVICEMAX, INC.<br>4450 ROSEWOOD DRIVE<br>SUITE 200<br>PLEASANTON, CA 94588 |
| 2.1705 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | REPRESENTATION AGREEMENT DATED 08/23/2023 | SEVERSON & WERSON<br>THE ATRIUM<br>19100 VON KARMAN AVENUE<br>SUITE 700<br>IRVINE, CA 92612 |
| 2.1706 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LICENSE AGREEMENT 10/03/2023 | SH AA BICKFORD, LLC<br>2630 SHEA CENTER DR<br>LIVEMORE, CA 94551 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1707 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT 07/21/2021 | SH ACQ2020, LLC<br>8800 N. GAINEY CENTER DRIVE<br>STE. 30<br>SCOTTSDALE, AZ 85258 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1708 | State what the contract or lease is for and the nature of the debtor's interest | CHANGE ORDER TO SHEA HOMES CONSTRUCTION CONTRACT 01/01/2022 | SHALC GC, INC.<br>4189 SOLACE STREET<br>LAS VEGAS, NV 89135 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1709 | State what the contract or lease is for and the nature of the debtor's interest | MASTER AGREEMENT 07/14/2021 AND ALL RELATED AMENDMENTS | SHALC GC, INC.<br>4189 SOLACE STREET<br>LAS VEGAS, NV 89135 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1710 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR PROFESSIONAL SERVICES AGREEMENT DATED 12/13/2022 | NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1711 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT 10/03/2023 | SHEA HOMES LIMITED PARTNERSHIP<br>2630 SHEA CENTER DR_<br>LIVERMORE, CA 94551 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1712 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT DATED 07/13/2022 | NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1713 | State what the contract or lease is for and the nature of the debtor's interest | PAGERDUTY - PURCHASE ORDER AGREEMENT DATED 10/22/2024 | SHI<br>1501 SOUTH MO-PAC EXPRESSWAY<br>SUITE 400<br>AUSTIN, TX 78746 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1714 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PRICING PROPOSAL AGREEMENT DATED 01/04/2024 | SHI<br>1501 SOUTH MO-PAC EXPRESSWAY<br>SUITE 400<br>AUSTIN, TX 78746 |
| 2.1715 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PRICING PROPOSAL AGREEMENT DATED 01/22/2025 | SHI<br>1501 SOUTH MO-PAC EXPRESSWAY<br>SUITE 400<br>AUSTIN, TX 78746 |
| 2.1716 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PRICING PROPOSAL AGREEMENT DATED 09/27/2024 | SHI<br>1501 SOUTH MO-PAC EXPRESSWAY<br>SUITE 400<br>AUSTIN, TX 78746 |
| 2.1717 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PRICING PROPOSAL QUOTATION 21628879 AGREEMENT DATED 02/17/2022 | SHI<br>1501 SOUTH MO-PAC EXPRESSWAY<br>SUITE 400<br>AUSTIN, TX 78746 |
| 2.1718 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PURCHASE ORDER 17214562 AGREEMENT DATED 01/31/2024 | SHI<br>1501 SOUTH MO-PAC EXPRESSWAY<br>SUITE 400<br>AUSTIN, TX 78746 |
| 2.1719 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PURCHASE ORDER AGREEMENT DATED 01/31/2024 | SHI<br>1501 SOUTH MO-PAC EXPRESSWAY<br>SUITE 400<br>AUSTIN, TX 78746 |
| 2.1720 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PURCHASE ORDER AGREEMENT DATED 02/07/2022 | SHI<br>1501 SOUTH MO-PAC EXPRESSWAY<br>SUITE 400<br>AUSTIN, TX 78746 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1721 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PURCHASE ORDER AGREEMENT DATED 03/11/2022 | SHI<br>1501 SOUTH MO-PAC EXPRESSWAY<br>SUITE 400<br>AUSTIN, TX 78746 |
| 2.1722 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PURCHASE ORDER AGREEMENT DATED 07/26/2024 | SHI<br>1501 SOUTH MO-PAC EXPRESSWAY<br>SUITE 400<br>AUSTIN, TX 78746 |
| 2.1723 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PURCHASE ORDER AGREEMENT DATED 10/11/2024 | SHI<br>1501 SOUTH MO-PAC EXPRESSWAY<br>SUITE 400<br>AUSTIN, TX 78746 |
| 2.1724 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENTERPRISE SUPPORT FOR MICROSOFT STATEMENT OF WORK AGREEMENT DATED 01/06/2022 | SHI INTERNATIONAL CORP<br>1501 SOUTH MO-PAC EXPRESSWAY<br>SUITE 400<br>AUSTIN, TX 78746 |
| 2.1725 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PURCHASE ORDER AGREEMENT DATED 01/12/2023 | SHI INTERNATIONAL CORP<br>1501 SOUTH MO-PAC EXPRESSWAY<br>SUITE 400<br>AUSTIN, TX 78746 |
| 2.1726 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SHI EXPERT SUPPORT STATEMENT OF WORK AGREEMENT DATED 01/29/2025 | SHI INTERNATIONAL CORP<br>1501 SOUTH MO-PAC EXPRESSWAY<br>SUITE 400<br>AUSTIN, TX 78746 |
| 2.1727 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SHI STATEMENT OF WORK AGREEMENT | SHI INTERNATIONAL CORP<br>290 DAVIDSON AVENUE<br>SOMERSET, NJ 08873 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1728 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK AGREEMENT DATED 01/17/2023 | SHI INTERNATIONAL CORP<br>1501 SOUTH MO-PAC EXPRESSWAY<br>SUITE 400<br>AUSTIN, TX 78746 |
| 2.1729 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK AGREEMENT DATED 02/19/2025 | SHI INTERNATIONAL CORP<br>1501 SOUTH MO-PAC EXPRESSWAY<br>SUITE 400<br>AUSTIN, TX 78746 |
| 2.1730 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK AGREEMENT DATED 09/16/2024 | SHI INTERNATIONAL CORP<br>1501 SOUTH MO-PAC EXPRESSWAY<br>SUITE 400<br>AUSTIN, TX 78746 |
| 2.1731 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CUSTOMER RESALE MSA AGREEMENT DATED 12/02/2021 | SHI INTERNATIONAL CORP<br>1501 SOUTH MO-PAC EXPRESSWAY<br>SUITE 400<br>AUSTIN, TX 78746 |
| 2.1732 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PROFESSIONAL SERVICES TERMS ADDENDUM AGREEMENT DATED 12/31/2021 | SHI INTERNATIONAL CORP<br>1501 SOUTH MO-PAC EXPRESSWAY<br>SUITE 400<br>AUSTIN, TX 78746 |
| 2.1733 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 07/24/2023 | SHINE SOLAR, LLC<br>5214 W. VILLAGE PKWY.<br>STE. 100<br>ROGERS, AR 72758 |
| 2.1734 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LEGAL REPRESENTATION LETTER AGREEMENT DATED 07/07/2023 | SHIPMAN & GOODWIN LLP<br>HARTFORD ONE CONSTITUTION PLAZA<br>HARTFORD, CT 06103-1919 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1735 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SHORETEL SIGNED PROPOSAL AGREEMENT | SHORETEL, INC.<br>4921 SOLUTION CENTER<br>CHICAGO, IL 60677 |
| 2.1736 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SUBCONTRACT AGREEMENT 08/29/2022 AND ALL RELATED AMENDMENTS | SIGNATURE BUILDER, INC.<br>1221 S HACIENDA BLVD<br>HACIENDA HEIGHTS, CA 91745 |
| 2.1737 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FIRST AMENDMENT TO MASTER SUPPLY AGREEMENT DATED 05/06/2020 | SILFAB SOLAR INC.<br>240 COURTNEYPARK DR. EAST<br>MISSISSAUGA, ON L5T2Y3<br>CANADA |
| 2.1738 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | RETENTION AGREEMENT DATED 05/02/2017 | SILLS CUMMIS & GROSS PC<br>ONE RIVERFRONT PLAZA<br>NEWARK, NJ 07102 |
| 2.1739 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SCREENING SERVICE AGREEMENT DATED 05/01/2021 | SIMPLIVERIFIED LLC<br>1192 E. DRAPER PKWY<br>STE. 232<br>DRAPER, UT 84020 |
| 2.1740 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER PROFESSIONAL SERVICES AGREEMENT DATED 08/18/2016 | SIMPLY EFFICIENT LLC, INC.<br>275 E. DIAMOND AVE.<br>GRANBY, CO 80446 |
| 2.1741 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SERVICE ORDER AGREEMENT DATED 02/21/2023 | SIMPPLR INC<br>3 TWIN DOLPHIN DR<br>SUITE 160<br>REDWOOD CITY, CA 94065 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1742 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SIMPPLR MASTER SUBSCRIPTION AGREEMENT DATED 02/15/2022 | SIMPPLR INC<br>3 TWIN DOLPHIN DR<br>SUITE 160<br>REDWOOD CITY, CA 94065 |
| 2.1743 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK AGREEMENT DATED 03/15/2023 | SIMPPLR INC<br>3 TWIN DOLPHIN DR<br>SUITE 160<br>REDWOOD CITY, CA 94065 |
| 2.1744 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SUBSCRIPTION AGREEMENT DATED 02/15/2022 | SIMPPLR INC<br>3 TWIN DOLPHIN DR<br>SUITE 160<br>REDWOOD CITY, CA 94065 |
| 2.1745 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CUSTOMER AGREEMENT DATED 08/03/2022 | SIRIUS COMPUTER SOLUTIONS, LLC<br>10100 REUNION PLACE<br>SUITE 500<br>SAN ANTONIO, TX 78216 |
| 2.1746 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MICROSOFT INTUNE PROJECT SOW AGREEMENT DATED 02/21/2024 | SIRIUS COMPUTER SOLUTIONS, LLC<br>10100 REUNION PLACE<br>SUITE 500<br>SAN ANTONIO, TX 78216 |
| 2.1747 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICE AGREEMENT | SIRO TECHNOLOGIES INC.<br>335 MADISON AVE<br>NEW YORK, NY 10017 |
| 2.1748 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SITECORE SUBSCRIPTION LICENSE AGREEMENT DATED 11/21/2016 | SITECORE USA INC<br>101 CALIFORNIA ST<br>STE 1600<br>SAN FRANCISCO, CA 94111 |

Debtor Sunnova Energy Corporation — Name — Case number (If known): 25-90159

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1749 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ADDENDUM TO SITECORE SUBSCRIPTION LICENSE AGREEMENT DATED 05/17/2024 | SITECORE USA INC<br>101 CALIFORNIA ST<br>STE 1600<br>SAN FRANCISCO, CA 94111 |
| 2.1750 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MARKETING CLOUD SUPPORT HOURS AGREEMENT DATED 04/27/2017 | SITREP DIGITAL LLC<br>118 BEECHWOOD DR<br>WESTFIELD, IN 46074 |
| 2.1751 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LICENSE ORDER FORM AGREEMENT DATED 12/29/2023 | SKEDULO INC<br>548 MARKET ST<br>SAN FRANCISCO, CA 94104 |
| 2.1752 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LICENSE ORDER FORM AGREEMENT DATED 12/29/2023 | SKEDULO, INC.<br>548 MARKET ST 802060<br>SAN FRANCISCO, CA 94104 |
| 2.1753 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 06/10/2022 | SKEDULO, INC.<br>800 MARKET ST.<br>4TH FLOOR<br>SAN FRANCISCO, CA 94103 |
| 2.1754 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 12/31/2023 | SKEDULO, INC.<br>800 MARKET ST.<br>4TH FLOOR<br>SAN FRANCISCO, CA 94103 |
| 2.1755 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FINANCIALFORCE ENHANCEMENTS SOW V1 AGREEMENT DATED 10/20/2023 | SKULLSESSION CONSULTING SERVICES, LLC,<br>13102 SE TERRA CASCADE LOOP<br>HAPPY VALLEY, OR 97086 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1756 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER PROFESSIONAL SERVICES AGREEMENT DATED 10/20/2023 | SKULLSESSION CONSULTING SERVICES, LLC,<br>13102 SE TERRA CASCADE LOOP<br>HAPPY VALLEY, OR 97086 |
| 2.1757 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 12/09/2024 AND ALL RELATED AMENDMENTS | SKYLINE SOLAR LLC<br>4 CROSSROADS DRIVE<br>SUITE 116<br>HAMILTON, NJ 08691 |
| 2.1758 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SERVICES AGREEMENT DATED 02/27/2024 AND ALL RELATED AMENDMENTS | SKYLINE SOLAR LLC<br>4 CROSSROADS DRIVE<br>SUITE 116<br>HAMILTON, NJ 08691 |
| 2.1759 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER DEALER AGREEMENT DATED 06/22/2021 AND ALL RELATED AMENDMENTS | SKYLINE SOLAR SALES LLC<br>8 HULSE ST<br>ROBBINSVILLE, NJ 08691 |
| 2.1760 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 02/05/2024 AND ALL RELATED AMENDMENTS | SKYLINE SOLAR, LLC<br>4 CROSSROADS DRIVE<br>SUITE 116<br>HAMILTON, NJ 08691 |
| 2.1761 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 11/19/2021 | SKYLINE SOLAR, LLC D/B/A SKYLINE SMART ENERGY<br>ATTENTION<br>MICAH DAVIS GENERAL COUNSEL<br>10642 DOWNEY AVE.<br>SUITE 205<br>DOWNEY, CA 90241 |
| 2.1762 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PROPOSAL AGREEMENT DATED 01/13/2023 | SKYPLANNER LLC<br>MIAMI HEADQUARTERS<br>2175 SW 78TH PL<br>MIAMI, FL 33155 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1763 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SALESFORCE ORGS MERGE CHANGE REQUEST 3 AGREEMENT DATED 02/15/2023 | SKYPLANNER LLC<br>175 SW 78 PL<br>MIAMI, FL 33155 |
| 2.1764 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SERVICES AGREEMENT DATED 05/01/2021 | SKYPLANNER LLC<br>ATTENTION<br>RENE RAUL GARCIA<br>2175 SW 78TH PL<br>MIAMI, FL 33155 |
| 2.1765 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SOW2 GENERAL SALESFORCE SUPPORT AGREEMENT DATED 03/08/2022 | SKYPLANNER LLC<br>MIAMI HEADQUARTERS<br>2175 SW 78TH PL<br>MIAMI, FL 33155 |
| 2.1766 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LEASE AGREEMENT DATED 06/17/2020 | SKYTA CONSTRUCTION LLC<br>2045 LAUWILIWILI ST<br>UNIT 203<br>KAPOLEI, HI 96707 |
| 2.1767 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | RENEWABLE ENERGY CERTIFICATES PURCHASE AND SALE AGREEMENT DATED 12/23/2024 | SKYVIEW FINANCE COMPANY 2, LLC<br>1616 16TH AVENUE SOUTH<br>NASHVILLE, TN 37212 |
| 2.1768 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SUBSCRIPTION PLAN ORDER AGREEMENT DATED 09/26/2022 | SLACK TECHNOLOGIES, LLC<br>500 HOWARD STREET<br>SAN FRANCISCO, CA 94105 |
| 2.1769 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ONLINE SERVICES AGREEMENT DATED 09/27/2021 | SMARTSEARCH US<br>3300 NORTH TRIUMPH BOULEVARD<br>1ST FLOOR<br>LEHI, UT 84043 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1770 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SERVICES AGREEMENT DATED 09/17/2021 | SMARTSEARCH US INC<br>3300 NORTH TRIUMPH BLVD<br>1ST FLOOR<br>LEHI, UT 84043 |
| 2.1771 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SMARTSEARCH ONLINE SERVICES AGREEMENT | SMARTSEARCH US INC<br>3300 NORTH TRIUMPH BLVD<br>1ST FLOOR<br>LEHI, UT 84043 |
| 2.1772 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PLAN - LICENSED USERSPURCHASE ORDER AGREEMENT DATED 08/31/2018 | SMARTSHEET INC.<br>500 108TH AVE NE<br>STE 200<br>BELLEVUE, WA 98004 |
| 2.1773 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SUBSCRIPTION ORDER FORM Q-4692304 AGREEMENT DATED 09/10/2024 | SMARTSHEET INC.<br>500 108TH AVE NE<br>STE 200<br>BELLEVUE, WA 98004 |
| 2.1774 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AGREEMENT FOR LEGAL SERVICES DATED 12/14/2018 | SNELL & WILMER LLP<br>ONE ARIZONA CENTER<br>400 EAST VAN BUREN STREET<br>SUITE 1900<br>PHOENIX, AZ 85004-2202 |
| 2.1775 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | TRANSITION SERVICES AGREEMENT DATED 12/20/2021 | SNS EH-BRITE, LLC<br>ATTN: TOM MILLHOFF<br>580 DOUGLAS CT<br>INCLINE VILLAGE, NV 89451 |
| 2.1776 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONSENT TO AFFILIATE ASSIGNMENT OF AGREEMENT(S) DATED 03/25/2025 | SOL COMMODITIES HOLDINGS, LLC<br>108 LAKELAND AVE<br>DOVER, DE 19901 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1777 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONSENT TO AFFILIATE ASSIGNMENT OF AGREEMENT(S) DATED 03/25/2025 | SOL SYSTEMS, LLC<br>1101 CONNECTICUT AVE., NW, SUITE 200<br>WASHINGTON, DC 20036 |
| 2.1778 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 03/06/2015 | SOLAR ALLIANCE OF AMERICA INCORPORATED<br>981 ISLAND AVENUE<br>#10<br>SAN DIEGO, CA 92101 |
| 2.1779 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 01/29/2024 | SOLAR ALTERNATIVES INC<br>5804 RIVER OAKS RD S<br>NEW ORLEANS, LA 70123 |
| 2.1780 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GENERAL TERMS AND CONDITIONS AGREEMENT DATED 06/21/2024 | SOLAR ALTERNATIVES INC<br>5804 RIVER OAKS RD S<br>NEW ORLEANS, LA 70123 |
| 2.1781 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 06/21/2024 | SOLAR ALTERNATIVES INC<br>5804 RIVER OAKS RD S<br>NEW ORLEANS, LA 70123 |
| 2.1782 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ORDER CONFIRMATION AGREEMENT DATED 02/15/2024 | SOLAR DATA SYSTEMS, INC.<br>23 FRANSIC J CLARKE CIRCLE<br>STE 4A<br>BETHEL, CT 06801 |
| 2.1783 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 09/06/2022 | SOLAR DIRECT MARKETING LLC<br>DAVID STODOLAK<br>11 AVENUE AT PORT IMPERIAL<br>STE 1109<br>WEST NEW YORK, NJ 07093 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1784 | State what the contract or lease is for and the nature of the debtor's interest | CHANNEL PARTNER AGREEMENT DATED 01/24/2024 | SOLAR ENERGY SOLUTIONS LLC<br>1038 BRENTWOOD CT.<br>LEXINGTON, KY 40511 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1785 | State what the contract or lease is for and the nature of the debtor's interest | CHANNEL PARTNER AGREEMENT DATED 08/10/2023 | SOLAR ENERGY WORLD, LLC<br>ATTENTION BRYAN HACKER<br>14880 SWEITZER LANE<br>LAUREL, MD 20707 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1786 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUPPLY AGREEMENT DATED 01/01/2020 | SOLAR FOUNDATIONS USA, INC<br>18 WOOD ROAD<br>ROUND LAKE, NY 12151 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1787 | State what the contract or lease is for and the nature of the debtor's interest | CHANNEL PARTNER AGREEMENT DATED 04/30/2024 | SOLAR GRIDS BOSTON CORPORATION<br>17 WEST STREET<br>WALPOLE, MA 02081 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1788 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS AND CONDITIONS AGREEMENT DATED 12/26/2023 | SOLAR GUARDIANS USA, LLC<br>4171 A ROUTE 42<br>TURNERSVILLE, NJ 08012 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1789 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 12/26/2023 | SOLAR GUARDIANS USA, LLC<br>4171 A ROUTE 42<br>TURNERSVILLE, NJ 08012 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1790 | State what the contract or lease is for and the nature of the debtor's interest | AMENDED AND RESTATED FEE LETTER AGREEMENT DATED 04/02/2024 | SOLAR INVESTOR TEP 7-G LLC<br>C/O VITOL AMERICAS CORP.<br>ATTN: JURGEN OOSTHUIZEN, TAX MANAGER<br>2925 RICHMOND AVE.<br>SUITE 1100<br>HOUSTON, TX 77098 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Sunnova Energy Corporation Case number (If known): 25-90159

Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1791 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | AMENDED AND RESTATED LIMITED LIABILITY COMPANY AGREEMENT DATED 08/09/2023 | SOLAR INVESTOR TEP 7-G LLC<br>C/O VITOL AMERICAS CORP.<br>ATTN: JURGEN OOSTHUIZEN, TAX MANAGER<br>2925 RICHMOND AVE.<br>SUITE 1100<br>HOUSTON, TX 77098 |
| 2.1792 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | FEE LETTER AGREEMENT DATED 12/29/2023 | SOLAR INVESTOR TEP 7-G LLC<br>C/O VITOL AMERICAS CORP.<br>ATTN: JURGEN OOSTHUIZEN, TAX MANAGER<br>2925 RICHMOND AVE.<br>SUITE 1100<br>HOUSTON, TX 77098 |
| 2.1793 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | FEE LETTER AMENDED AND RESTATED LIMITED LIABILITY COMPANY AGREEMENT DATED 12/29/2023 | SOLAR INVESTOR TEP 7-G LLC<br>C/O VITOL AMERICAS CORP.<br>ATTN: JURGEN OOSTHUIZEN, TAX MANAGER<br>2925 RICHMOND AVE.<br>SUITE 1100<br>HOUSTON, TX 77098 |
| 2.1794 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | GUARANTY AGREEMENT DATED 08/09/2023 | SOLAR INVESTOR TEP 7-G LLC<br>C/O VITOL AMERICAS CORP.<br>ATTN: JURGEN OOSTHUIZEN, TAX MANAGER<br>2925 RICHMOND AVE.<br>SUITE 1100<br>HOUSTON, TX 77098 |
| 2.1795 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | GUARANTY AGREEMENT DATED 12/29/2023 | SOLAR INVESTOR TEP 7-G LLC<br>C/O VITOL AMERICAS CORP.<br>ATTN: JURGEN OOSTHUIZEN, TAX MANAGER<br>2925 RICHMOND AVE.<br>SUITE 1100<br>HOUSTON, TX 77098 |
| 2.1796 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | CHANNEL PARTNER AGREEMENT DATED 12/08/2023 | SOLAR MAX INC.<br>11515 66TH STREET NORTH<br>LARGO, FL 33773 |
| 2.1797 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | GENERAL TERMS AND CONDITIONS AGREEMENT DATED 12/16/2024 | SOLAR MEDIX, LLC<br>179 SOUTH ST.<br>UNIT #16<br>FREEHOLD, NJ 07728 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1798 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 12/16/2024 | SOLAR MEDIX, LLC<br>179 SOUTH ST.<br>UNIT #16<br>FREEHOLD, NJ 07728 |
| 2.1799 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER DEALER AGREEMENT DATED 02/25/2020 | SOLAR MITE SOLUTIONS, LLC<br>ATTENTION<br>SHANNON MARTIAK PARTNER<br>1525 CORLIES AVE<br>NEPTUNE, NJ 07753 |
| 2.1800 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 12/07/2020 | SOLAR SAVINGS DIRECT<br>ATTENTION<br>JESSICA GLUCK CFO<br>4420 COMMODITY WAY<br>SUITE A<br>SHINGLE SPRINGS, CA 95682 |
| 2.1801 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GENERAL TERMS AND CONDITIONS AGREEMENT DATED 09/03/2024 | SOLAR SERVICE PROFESSIONALS INC<br>8477 CANOGA AVENUE<br>CANOGA PARK, CA 91304 |
| 2.1802 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 09/03/2024 | SOLAR SERVICE PROFESSIONALS INC<br>8477 CANOGA AVENUE<br>CANOGA PARK, CA 91304 |
| 2.1803 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 01/12/2024 | SOLAR TECH ENERGY SYSTEMS, INC.<br>9410 BOND AVENUE<br>EL CAJON, CA 92021 |
| 2.1804 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 09/07/2022 | SOLAR VOLT, INC. D/B/A VOLT SOLAR ENERGY<br>ATTENTION BORJA PENALVER<br>801 BRICKELL AVE.<br>SUITE 819<br>MIAMI, FL 33131 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1805 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUPPLY AGREEMENT DATED 10/16/2018 | SOLAR WAREHOUSE (SWI), INC.<br>9628 VALLEY BLVD<br>ROSEMEAD, CA 91770 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1806 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO MASTER SUPPLY AGREEMENT DATED 10/16/2019 | SOLAR WAREHOUSE, IN<br>9628 VALLEY BLVD.<br>ROSEMEAD, CA 91770 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1807 | State what the contract or lease is for and the nature of the debtor's interest | CHANNEL PARTNER AGREEMENT DATED 07/07/2023 | SOLAR WORKS ENERGY, LLC<br>121 TIJERAS AVE. N.E.<br>SUITE 3400<br>ALBUQUERQUE, NM 87102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1808 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUPPLY AGREEMENT DATED 01/01/2020 | SOLARACK USA, INC.<br>1400 BROADFIELD BOULEVARD<br>SUITE 200<br>HOUSTON, TX 77084 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1809 | State what the contract or lease is for and the nature of the debtor's interest | DATA ACCESS AGREEMENT DATED 04/05/2017 AND ALL RELATED AMENDMENTS | SOLAREDGE TECHNOLOGIES INC<br>700 TASMAN DR.<br>MILPITAS, CA 95035 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1810 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE SERVICES PARTNER AGREEMENT DATED 07/24/2024 | SOLAREDGE TECHNOLOGIES INC<br>700 TASMAN DR.<br>MILPITAS, CA 95035 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1811 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES PARTNER AGREEMENT DATED 11/07/2022 | SOLAREDGE TECHNOLOGIES INC<br>700 TASMAN DR.<br>MILPITAS, CA 95035 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1812 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | TERMS AND CONDITIONS AGREEMENT DATED 01/29/2024 | SOLAREDGE TECHNOLOGIES INC<br>700 TASMAN DR.<br>MILPITAS, CA 95035 |
| 2.1813 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 02/22/2022 | SOLARIA LLC D/B/A SOLARIA ENERGY SOLUTIONS<br>ATTENTION THIAGO MACEDO<br>4071 LB MCLEOD RD.<br>SUITE E<br>ORLANDO, FL 32811 |
| 2.1814 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 08/08/2019 | SOLARIZE LLC<br>ATTENTION DANIEL RIZZO<br>13901 MIDWAY RD.<br>STE 102-179<br>DALLAS, TX 75244 |
| 2.1815 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 02/06/2023 | SOLARLINK ENERGY CONSTRUCTION INC. D/B/A SOLARLINK ENERGY<br>ATTENTION RICHARD SMITH<br>11460 SUNRISE GOLD CIRCLE<br>SUITE A<br>RANCHO CORDOVA, CA 95742 |
| 2.1816 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GENERAL TERMS AND CONDITIONS AGREEMENT DATED 06/21/2024 | SOLARNOVA LLC<br>19 OLD ORCHARD DRIVE<br>SICKLERVILLE, NJ 08081 |
| 2.1817 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 06/21/2024 | SOLARNOVA LLC<br>19 OLD ORCHARD DRIVE<br>SICKLERVILLE, NJ 08081 |
| 2.1818 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 10/12/2020 | SOLARTECH HAWAII LLC D/B/A SOLARTECH INDUSTRIES<br>ATTENTION MIKE TANUVASA OWNER<br>1164 BISHOP STREET<br>SUITE 609<br>HONOLULU, HI 96813 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1819 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FIRST AMENDMENT TO MASTER SERVICE AGREEMENT DATED 06/28/2024 | SOLARX, LLC<br>303 LAKEWOOD RD.<br>NEPTUNE, NJ 07753 |
| 2.1820 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GENERAL TERMS AND CONDITIONS AGREEMENT DATED 06/28/2023 | SOLARX, LLC<br>303 LAKEWOOD RD.<br>NEPTUNE, NJ 07753 |
| 2.1821 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 06/21/2023 | SOLARX, LLC<br>303 LAKEWOOD RD.<br>NEPTUNE, NJ 07753 |
| 2.1822 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SUPPLY AGREEMENT DATED 08/01/2022 | SOLIGENT DISTRIBUTION LLC<br>ATTN. GENERAL COUNSEL CES<br>ATTN JONATHAN DOOCHIN<br>400 S. RECORD STREET<br>SUITE 1500<br>DALLAS, TX 75202 |
| 2.1823 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONTRACTOR SERVICES AGREEMENT DATED 01/21/2019 | SOLOFORCE CONSULTING LLC<br>1305 W 11TH ST<br>#3150<br>HOUSTON, TX 77008 |
| 2.1824 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FIRST AMENDMENT TO SOLAR INSTALLATION AGREEMENT DATED 09/09/2021 | SOLSTEMA, LLC<br>395 CR 202<br>#13B<br>KYLE, TX 77460 |
| 2.1825 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SECOND AMENDMENT TO SOLAR INSTALLATION AGREEMENT DATED 07/06/2022 | SOLSTEMA, LLC<br>395 CR 202<br>#13B<br>KYLE, TX 77460 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1826 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SOLAR INSTALLATION AGREEMENT DATED 10/30/2018 | SOLSTEMA LLC<br>REBECCA HARKINS<br>395 COUNTY RD<br>2020 BUILDING 13B<br>KYLE, TX 78640 |
| 2.1827 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | THIRD AMENDMENT TO SOLAR INSTALLATION AGREEMENT DATED 01/12/2023 | SOLSTEMA, LLC<br>395 CR 202<br>#13B<br>KYLE, TX 77460 |
| 2.1828 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FIFTH AMENDMENT TO SOLAR INSTALLATION AGREEMENT DATED 05/18/2022 | SOL-SUN LLC<br>2499 OLD LAKE MARY RD.<br>STE 132<br>SANFORD, FL 32771 |
| 2.1829 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FOURTH AMENDMENT TO SOLAR INSTALLATION AGREEMENT DATED 02/04/2022 | SOL-SUN LLC<br>2499 OLD LAKE MARY RD.<br>STE 132<br>SANFORD, FL 32771 |
| 2.1830 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SECOND AMENDMENT TO SOLAR INSTALLATION AGREEMENT DATED 05/19/2020 | SOL-SUN LLC<br>2499 OLD LAKE MARY RD.<br>STE 132<br>SANFORD, FL 32771 |
| 2.1831 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SEVENTH AMENDMENT TO SOLAR INSTALLATION AGREEMENT DATED 02/01/2023 | SOL-SUN LLC<br>2499 OLD LAKE MARY RD.<br>STE 132<br>SANFORD, FL 32771 |
| 2.1832 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SIXTH AMENDMENT TO SOLAR INSTALLATION AGREEMENT DATED 09/23/2022 | SOL-SUN LLC<br>2499 OLD LAKE MARY RD.<br>STE 132<br>SANFORD, FL 32771 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1833 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | THIRD AMENDMENT TO SOLAR INSTALLATION AGREEMENT DATED 09/29/2021 | SOL-SUN LLC<br>2499 OLD LAKE MARY RD.<br>STE 132<br>SANFORD, FL 32771 |
| 2.1834 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SUPPLIER AGREEMENT DATED 08/25/2023 | SONEPAR NATIONAL ACCOUNTS, LLC<br>ATTN VICE PRESIDENT<br>4400 LEEDS AVENUE<br>SUITE 500<br>CHARLESTON, SC 29405 |
| 2.1835 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AGREEMENT PRICING & ADDITIONAL SERVICES ADDERS DATED 06/17/2022 | SONRAY CONSTRUCTION<br>SONRAY SOLAR INC<br>1504 EUREKA ROAD,<br>SUITE 250<br>ROSEVILLE, CA 95661 |
| 2.1836 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | RENTAL CONTRACT AGREEMENT DATED 01/26/2024 | SOUTHERN SELF STORAGE<br>ESTANCIAS DE BAIROA<br>#1000 AVE PARQUE CENTRAL<br>CAGUAS., PR 00727 |
| 2.1837 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | DATA RELEASE AUTHORIZATION AGREEMENT DATED 08/27/2024 | SOUTHWEST AIRLINES<br>2702 LOVE FIELD DRIVE<br>DALLAS, TX 75235 |
| 2.1838 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 03/17/2023 | SOUTHWEST ELECTRICAL CONTRACTORS, INC.<br>5750 WEST ROOSEVELT ST STE #4&5<br>PHOENIX, AZ 85043 |
| 2.1839 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 03/07/2017 | SOUTHWEST SUN SOLAR, INC.<br>ATTENTION<br>HIEU NGUYEN<br>13752 HARBOR BLVD.<br>GARDEN GROVE, CA 92843 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1840 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FIRST AMENDMENT TO MASTER SUPPLY AGREEMENT DATED 11/14/2024 | SPAN.IO, INC.<br>679 BRYANT STREET<br>SAN FRANCISCO, CA 94107 |
| 2.1841 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SUPPLY AGREEMENT DATED 04/24/2024 | SPAN.IO, INC.<br>ATTN SPAN SALES ORDERS<br>679 BRYANT STREET<br>SAN FRANCISCO, CA 94107 |
| 2.1842 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ORDER FORM #00008796 AGREEMENT DATED 01/24/2019 | SPANNING CLOUD APPS, LLC.<br>1703 W 5TH ST<br>SUITE 650<br>AUSTIN, TX 78703 |
| 2.1843 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | HOTEL AGREEMENT DATED 03/27/2024 | SPARGO, INC.<br>11208 WAPLES MILL ROAD<br>SUITE 112<br>FAIRFAX, VA 22030 |
| 2.1844 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDED & RESTATED UPSIZE OPTION SIDE LETTER AGREEMENT DATED 05/06/2021 | SPECIAL SITUATIONS INVESTING GROUP II, LLC<br>C/O GOLDMAN, SACHS & CO. LLC<br>ATTENTION: RYAN NEWMAN<br>200 WEST STREET<br>27TH FLOOR<br>NEW YORK, NY 10282 |
| 2.1845 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GUARANTY AGREEMENT DATED 05/06/2021 | SPECIAL SITUATIONS INVESTING GROUP II, LLC<br>C/O GOLDMAN, SACHS & CO. LLC<br>ATTENTION: RYAN NEWMAN<br>200 WEST STREET<br>27TH FLOOR<br>NEW YORK, NY 10282 |
| 2.1846 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GUARANTY AGREEMENT DATED 11/09/2020 | SPECIAL SITUATIONS INVESTING GROUP II, LLC<br>C/O GOLDMAN, SACHS & CO. LLC<br>ATTENTION: RYAN NEWMAN<br>200 WEST STREET<br>27TH FLOOR<br>NEW YORK, NY 10282 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1847 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER PURCHASE AGREEMENT DATED 05/06/2021 | SPECIAL SITUATIONS INVESTING GROUP II, LLC<br>C/O GOLDMAN, SACHS & CO. LLC<br>ATTENTION: RYAN NEWMAN<br>200 WEST STREET<br>27TH FLOOR<br>NEW YORK, NY 10282 |
| 2.1848 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SALES ORDER AGREEMENT DATED 01/31/2024 | SPIFF INC<br>9815 S MONROE ST<br>STE 500<br>SANDY, UT 84070 |
| 2.1849 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICE AGREEMENT, DATED 01/31/2024 | SPIFF, INC.<br>9815 MONROE ST<br>#500<br>SANDY, UT 84070 |
| 2.1850 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SALES ORDER TO SUBSCRIPTION AGREEMENT DATED 01/31/2024 | SPIFF, INC.<br>9815 MONROE ST<br>#500<br>SANDY, UT 84070 |
| 2.1851 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SALES ORDER ADDENDUM AGREEMENT DATED 05/06/2024 | SPIFF, INC. C/O SALESFORCE, INC.<br>415 MISSION ST.<br>3RD FLOOR<br>SAN FRANCISCO, CA 94105 |
| 2.1852 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | BUSINESS PLANSERVICE ORDER AGREEMENT DATED 04/10/2024 | SPLIT SOFTWARE, INC.<br>2317 BROADWAY STREET<br>3RD FLOOR<br>REDWOOD CITY, CA 94063 |
| 2.1853 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | 3 YEAR ANNUAL SOFTWARE ACQUISITION QUOTE AGREEMENT DATED 01/23/2023 | SPLUNK<br>3098 OLSEN DR<br>SAN JOSE, CA 95128 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1854 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SPLUNK 3 YEAR ANNUAL SOFTWARE ACQUISITION QUOTE AGREEMENT DATED 01/23/2023 | SPLUNK<br>3098 OLSEN DR<br>SAN JOSE, CA 95128 |
| 2.1855 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 03/01/2024 | SSES, INC. D/B/A SUN SOLAR ENERGY SOLUTIONS<br>8803 SCOBEE STREET<br>BAKERSFIELD, CA 93311 |
| 2.1856 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SERVICES AGREEMENT DATED 04/24/2023 AND ALL RELATED AMENDMENTS | STANDARD ECO<br>ATTN ELIJAH LEE CHAFFINO<br>2105 S 48TH ST<br>SUITE 101<br>TEMPE, AZ 85282 |
| 2.1857 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 11/29/2022 AND ALL RELATED AMENDMENTS | STANDARD ECO LLC<br>ATTENTION<br>ELIJAH LEE CHAFFINO<br>2125 SOUTH 48TH ST.<br>TEMPE, AZ 85282 |
| 2.1858 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER DEALER AGREEMENT DATED 12/15/2021 AND ALL RELATED AMENDMENTS | STANDARD ECO LLC<br>ATTENTION<br>ELIJAH LEE CHAFFINO<br>2125 SOUTH 48TH ST.<br>TEMPE, AZ 85282 |
| 2.1859 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | DEVELOPMENT AND PURCHASE AGREEMENT DATED 05/14/2020 | STANDARD ENERGY SOLUTIONS LLC<br>ATTENTION<br>STEPHEN WELSH<br>9520 GERWIG LANE<br>SUITE Q-T<br>COLUMBIA, MD 21046 |
| 2.1860 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | DEVELOPMENT AND PURCHASE AGREEMENT DATED 12/31/2019 | STANDARD ENERGY SOLUTIONS LLC<br>ATTENTION<br>STEPHEN WELSH<br>9520 GERWIG LANE<br>SUITE Q-T<br>COLUMBIA, MD 21046 |

Debtor Sunnova Energy Corporation Case number (If known): 25-90159

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1861 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 05/11/2017 | STANDARD ENERGY SOLUTIONS LLC<br>ATTENTION<br>STEPHEN WELSH<br>9520 GERWIG LANE<br>SUITE Q-T<br>COLUMBIA, MD 21046 |
| 2.1862 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | REPRESENTATION AND LEGAL SERVICES LETTER AGREEMENT DATED 02/26/2024 | STEARNS WEAVER MILLER<br>106 EAST COLLEGE AVENUE<br>SUITE 700<br>TALLAHASSEE, FL 32301 |
| 2.1863 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GUARANTY AGREEMENT DATED 10/29/2021 | STINSON LLP<br>ATTN: DAVID LUTZ<br>1299 FARNAM STREET<br>SUITE 15000<br>OMAHA, NE 68102 |
| 2.1864 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LEASE AGREEMENT DATED 08/22/2023 | STOKES & WOLF PC<br>1776 S JACKSON ST<br>STE 900<br>DENVER, CO 80210 |
| 2.1865 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 01/15/2024 | STRAIGHTLINE SOLAR GROUP LLC<br>8461 W. FARM ROAD SUITE 120-120<br>LAS VEGAS, NV 89131 |
| 2.1866 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STRIPE SERVICES FEE SCHEDULE - DIRECT AGREEMENT DATED 01/20/2025 | STRIPE, INC<br>354 OYSTER POINT BLVD<br>SOUTH SAN FRANCISCO, CA 94080 |
| 2.1867 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDMENT NO. 1 TO THE MASTER SERVICES AGREEMENT DATED 05/22/2024 | STROZ FRIEDBERG, LLC, AN AON COMPANY<br>ONE LIBERTY PLAZA<br>165 BROADWAY<br>SUITE 3201<br>NEW YORK, NY 10006 |

Debtor Sunnova Energy Corporation
Name

Case number (If known): 25-90159

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1868 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANGE ORDER NO. 1 AGREEMENT DATED 01/12/2022 | STROZ FRIEDBERG, LLC, AN AON COMPANY<br>ONE LIBERTY PLAZA<br>165 BROADWAY<br>SUITE 3201<br>NEW YORK, NY 10006 |
| 2.1869 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 08/02/2021 | STROZ FRIEDBERG, LLC, AN AON COMPANY<br>ONE LIBERTY PLAZA<br>165 BROADWAY<br>SUITE 3201<br>NEW YORK, NY 10006 |
| 2.1870 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK AGREEMENT DATED 03/22/2023 | STROZ FRIEDBERG, LLC, AN AON COMPANY<br>165 BROADWAY<br>SUITE 3201<br>NEW YORK, NY 10006 |
| 2.1871 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK AGREEMENT DATED 09/29/2021 | STROZ FRIEDBERG, LLC, AN AON COMPANY<br>ONE LIBERTY PLAZA<br>165 BROADWAY<br>SUITE 3201<br>NEW YORK, NY 10006 |
| 2.1872 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 09/10/2019 | SUMMIT SOLAR SOLUTIONS, LLC D/B/A SUMMIT ENERGY GROUP<br>ATTENTION<br>ERIC ISRAELSON<br>293 LIBBEY INDUSTRIAL PKWY<br>UNIT 250<br>WEYMOUTH, MA 02189 |
| 2.1873 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SERVICES AGREEMENT DATED 10/11/2023 AND ALL RELATED AMENDMENTS | SUN BEES GROUPS, INC DBA TRUE POWER SOLAR<br>201 CLARK AVE<br>POMONA, CA 91767 |
| 2.1874 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 06/08/2021 AND ALL RELATED AMENDMENTS | SUN ENERGY CONSTRUCTION<br>ATTENTION DENNIS JAY<br>9037 ARROW RTE<br>SUITE 100<br>RANCHO CUCAMONGA, CA 91730 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1875 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT DATED 01/16/2024 AND ALL RELATED AMENDMENTS | SUN ENERGY CONSTRUCTION<br>9037 ARROW RTE<br>SUITE 100<br>RANCHO CUCAMONGA, CA 91730 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1876 | State what the contract or lease is for and the nature of the debtor's interest | MASTER PROFESSIONAL SERVICES AGREEMENT DATED 01/27/2017 | SUN SOLAR ELECTRIC, LLC<br>2708 HIGHLAND DRIVE<br>LAS VEGAS, NV 89109 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1877 | State what the contract or lease is for and the nature of the debtor's interest | CHANNEL PARTNER AGREEMENT DATED 09/26/2017 | SUN UP ZERO DOWN LLC<br>ATTENTION DAVID PHILLIPS<br>6105 W. JERSEY AVE.<br>EGG HARBOR TWP., NJ 08234 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1878 | State what the contract or lease is for and the nature of the debtor's interest | CHANNEL PARTNER AGREEMENT DATED 11/03/2020 AND ALL RELATED AMENDMENTS | SUNBEES GROUPS D/B/A TRUE POWER SOLAR<br>201 CLARK AVE<br>POMONA, CA 91767 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1879 | State what the contract or lease is for and the nature of the debtor's interest | CHANNEL PARTNER AGREEMENT DATED 06/14/2024 | SUNERGY SOLAR LLC<br>7625 LITTLE RD<br>SUITE 200A<br>NEW PORT RICHEY, FL 34654 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1880 | State what the contract or lease is for and the nature of the debtor's interest | CHANNEL PARTNER AGREEMENT DATED 04/30/2021 | SUNFIRE CONSTRUCTION, INC.<br>ATTENTION<br>KEVIN HITTI<br>53031 SWEET JULIET LANE<br>LAKE ELSINORE, CA 92532 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1881 | State what the contract or lease is for and the nature of the debtor's interest | MASTER PROFESSIONAL SERVICES AGREEMENT DATED 01/03/2017 | SUNHARVEST SOLAR AND ELECTRICAL, LLC<br>2717 W. DUNLAP AVE<br>PHOENIX, AZ 85051 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Sunnova Energy Corporation Case number (If known): 25-90159

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1882 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FIRST AMENDMENT TO CHANNEL PARTNER AGREEMENT DATED 09/16/2022 | SUNLIFE LLC<br>3 GERMAY DR.<br>UNIT 4 1478<br>WILMINGTON, DE 19804 |
| 2.1883 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER DEALER AGREEMENT DATED 09/16/2022 AND ALL RELATED AMENDMENTS | SUNLIFE LLC<br>3 GERMAY DR.<br>UNIT 4 1478<br>WILMINGTON, DE 19804 |
| 2.1884 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 02/27/2024 | SUNLIGHT ELECTRIC LLC<br>541 MOONLITE DR.<br>IDAHO FALLS, ID 83402 |
| 2.1885 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 01/18/2022 | SUNLIGHT ENTERPRISES INC. D/B/A SUNLIGHT SOLAR<br>7575 KINGSPOINTE PKWY<br>ORLANDO, FL 32819 |
| 2.1886 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 01/22/2021 | SUNLOGIX ENERGY, INC.<br>77585 ENFIELD LANE<br>PALM DESERT, CA 92211 |
| 2.1887 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | OMNIBUS SERVICES AGREEMENT DATED 10/26/2022 | SUNNOVA ABS MANAGEMENT LLC<br>20 EAST GREENWAY PLAZA<br>SUITE 540<br>HOUSTON, TX 77046 |
| 2.1888 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | DISTRIBUTION AGREEMENT DATED 03/02/2017 | SUNNOVA ASSET PORTFOLIO 6, LLC |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1889 | State what the contract or lease is for and the nature of the debtor's interest | PR PROFIT SHARING PLAN AGREEMENT | SUNNOVA EMPLOYEES |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1890 | State what the contract or lease is for and the nature of the debtor's interest | ASSIGNMENT, ASSUMPTION AND TRANSFER AGREEMENT DATED 12/02/2022 | SUNNOVA ENERGY PUERTO RICO, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1891 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT DATED 11/28/2022 | SUNNOVA ENERGY PUERTO RICO, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1892 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT DATED 12/22/2022 | SUNNOVA ENERGY PUERTO RICO, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1893 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER INSTRUMENT AGREEMENT DATED 12/02/2022 | SUNNOVA ENERGY PUERTO RICO, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1894 | State what the contract or lease is for and the nature of the debtor's interest | CONTRIBUTION AGREEMENT DATED 03/02/2017 | SUNNOVA INTERMEDIATE HOLDINGS, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1895 | State what the contract or lease is for and the nature of the debtor's interest | CONTRIBUTION AGREEMENT DATED 09/24/2020 | SUNNOVA INVENTORY HOLDINGS, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1896 | State what the contract or lease is for and the nature of the debtor's interest | CONTRIBUTION AGREEMENT DATED 09/24/2020 | SUNNOVA INVENTORY HOLDINGS, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1897 | State what the contract or lease is for and the nature of the debtor's interest | SUNNOVA-SELLER TRANSFER INSTRUMENT AGREEMENT DATED 04/01/2021 | SUNNOVA INVENTORYCO |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1898 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT DATED 04/01/2021 | SUNNOVA INVENTORYCO |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1899 | State what the contract or lease is for and the nature of the debtor's interest | OMNIBUS SERVICES AGREEMENT DATED 10/26/2022 | SUNNOVA LOAN SERVICING, LLC<br>20 EAST GREENWAY PLAZA<br>SUITE 540<br>HOUSTON, TX 77046 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1900 | State what the contract or lease is for and the nature of the debtor's interest | OMNIBUS SERVICES AGREEMENT DATED 10/26/2022 | SUNNOVA MANAGEMENT LLC<br>20 EAST GREENWAY PLAZA<br>SUITE 540<br>HOUSTON, TX 77046 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1901 | State what the contract or lease is for and the nature of the debtor's interest | OMNIBUS SERVICES AGREEMENT DATED 10/26/2022 | SUNNOVA RAYS I MANAGEMENT LLC<br>20 EAST GREENWAY PLAZA<br>SUITE 540<br>HOUSTON, TX 77046 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1902 | State what the contract or lease is for and the nature of the debtor's interest | OMNIBUS SERVICES AGREEMENT DATED 10/26/2022 | SUNNOVA SLA MANAGEMENT LLC<br>20 EAST GREENWAY PLAZA<br>SUITE 540<br>HOUSTON, TX 77046 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1903 | State what the contract or lease is for and the nature of the debtor's interest | OMNIBUS SERVICES AGREEMENT DATED 10/26/2022 | SUNNOVA SSA MANAGEMENT LLC<br>20 EAST GREENWAY PLAZA<br>SUITE 540<br>HOUSTON, TX 77046 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1904 | State what the contract or lease is for and the nature of the debtor's interest | OMNIBUS SERVICES AGREEMENT DATED 03/02/2017 | SUNNOVA TE MANAGEMENT I, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1905 | State what the contract or lease is for and the nature of the debtor's interest | OMNIBUS SERVICES AGREEMENT DATED 10/26/2022 | SUNNOVA TE MANAGEMENT I LLC<br>20 EAST GREENWAY PLAZA<br>SUITE 540<br>HOUSTON, TX 77046 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1906 | State what the contract or lease is for and the nature of the debtor's interest | OMNIBUS SERVICES AGREEMENT DATED 10/26/2022 | SUNNOVA TE MANAGEMENT II LLC<br>20 EAST GREENWAY PLAZA<br>SUITE 540<br>HOUSTON, TX 77046 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1907 | State what the contract or lease is for and the nature of the debtor's interest | OMNIBUS SERVICES AGREEMENT DATED 10/26/2022 | SUNNOVA TE MANAGEMENT III LLC<br>20 EAST GREENWAY PLAZA<br>SUITE 540<br>HOUSTON, TX 77046 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1908 | State what the contract or lease is for and the nature of the debtor's interest | OMNIBUS SERVICES AGREEMENT DATED 10/26/2022 | SUNNOVA TE MANAGEMENT LLC<br>20 EAST GREENWAY PLAZA<br>SUITE 540<br>HOUSTON, TX 77046 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1909 | State what the contract or lease is for and the nature of the debtor's interest | ASSIGNMENT, ASSUMPTION AND TRANSFER AGREEMENT DATED 12/02/2022 | SUNNOVA TEP 7-A, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1910 | State what the contract or lease is for and the nature of the debtor's interest | ASSIGNMENT, ASSUMPTION AND TRANSFER AGREEMENT DATED 12/02/2022 | SUNNOVA TEP 7-A, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1911 | State what the contract or lease is for and the nature of the debtor's interest | ASSIGNMENT, ASSUMPTION AND TRANSFER AGREEMENT | SUNNOVA TEP 7-E, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1912 | State what the contract or lease is for and the nature of the debtor's interest | AMENDED AND RESTATED FEE LETTER AGREEMENT DATED 04/02/2024 | SUNNOVA TEP 7- G, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1913 | State what the contract or lease is for and the nature of the debtor's interest | GUARANTY AGREEMENT DATED 08/09/2023 | SUNNOVA TEP 7- G, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1914 | State what the contract or lease is for and the nature of the debtor's interest | AMENDED AND RESTATED FEE LETTER AGREEMENT DATED 04/02/2024 | SUNNOVA TEP 7-G, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1915 | State what the contract or lease is for and the nature of the debtor's interest | GUARANTY AGREEMENT DATED 08/09/2023 | SUNNOVA TEP 7-G, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1916 | State what the contract or lease is for and the nature of the debtor's interest | EQUITY COMMITMENT LETTER AGREEMENT DATED 05/14/2024 | SUNNOVA TEP 8-E MANAGER, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1917 | State what the contract or lease is for and the nature of the debtor's interest | EQUITY COMMITMENT LETTER AGREEMENT DATED 05/14/2024 | SUNNOVA TEP 8-E, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1918 | State what the contract or lease is for and the nature of the debtor's interest | ASSIGNMENT, ASSUMPTION AND TRANSFER AGREEMENT | SUNNOVA TEP 8-G, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1919 | State what the contract or lease is for and the nature of the debtor's interest | DEVELOPMENT AND PURCHASE AGREEMENT DATED 10/07/2024 | SUNNOVA TEP 8-G, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1920 | State what the contract or lease is for and the nature of the debtor's interest | CONTRIBUTION AND ASSIGNMENT AGREEMENT DATED 05/14/2024 | SUNNOVA TEP DEVELOPER, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1921 | State what the contract or lease is for and the nature of the debtor's interest | SELLER TRANSFER INSTRUMENT AGREEMENT DATED 12/01/2023 | SUNNOVA TEP DEVELOPER, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1922 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT | SUNNOVA TEP DEVELOPER, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1923 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT DATED 02/07/2024 | SUNNOVA TEP DEVELOPER, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1924 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT DATED 05/26/2023 | SUNNOVA TEP DEVELOPER, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1925 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT DATED 08/09/2023 | SUNNOVA TEP DEVELOPER, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1926 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT DATED 08/27/2024 | SUNNOVA TEP DEVELOPER LLC<br>20 EAST GREENWAY PLAZA<br>SUITE 540<br>HOUSTON, TX 77046 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1927 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT DATED 10/07/2024 | SUNNOVA TEP DEVELOPER, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1928 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT DATED 12/07/2023 | SUNNOVA TEP DEVELOPER, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1929 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT DATED 12/29/2023 | SUNNOVA TEP DEVELOPER, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1930 | State what the contract or lease is for and the nature of the debtor's interest | AMENDED AND RESTATED MASTER DEVELOPMENT, PURCHASE AND SALE AGREEMENT DATED 06/14/2019 | SUNNOVA TEP II DEVELOPER, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1931 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER DEVELOPMENT, PURCHASE AND SALE AGREEMENT DATED 12/29/2017 | SUNNOVA TEP II DEVELOPER, LLC |
| 2.1932 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDED AND RESTATED MASTER DEVELOPMENT, PURCHASE AND SALE AGREEMENT DATED 06/14/2019 | SUNNOVA TEP II DEVELOPER, LLC |
| 2.1933 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER DEVELOPMENT, PURCHASE AND SALE AGREEMENT DATED 12/29/2017 | SUNNOVA TEP II DEVELOPER, LLC |
| 2.1934 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER DEVELOPMENT, PURCHASE AND SALE AGREEMENT DATED 12/29/2017 | SUNNOVA TEP II-B, LLC |
| 2.1935 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ASSIGNMENT, ASSUMPTION AND TRANSFER AGREEMENT DATED 12/02/2022 | SUNNOVA TEP INVENTORY, LLC |
| 2.1936 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONTRIBUTION AGREEMENT DATED 09/24/2020 | SUNNOVA TEP INVENTORY, LLC |
| 2.1937 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONTRIBUTION AND ASSIGNMENT AGREEMENT DATED 07/09/2021 | SUNNOVA TEP INVENTORY, LLC |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1938 | State what the contract or lease is for and the nature of the debtor's interest | CONTRIBUTION AND ASSIGNMENT AGREEMENT DATED 07/29/2021 | SUNNOVA TEP INVENTORY, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1939 | State what the contract or lease is for and the nature of the debtor's interest | CONTRIBUTION AND ASSIGNMENT AGREEMENT DATED 09/24/2020 | SUNNOVA TEP INVENTORY, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1940 | State what the contract or lease is for and the nature of the debtor's interest | CONTRIBUTION AND ASSIGNMENT AGREEMENT DATED 12/19/2022 | SUNNOVA TEP INVENTORY, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1941 | State what the contract or lease is for and the nature of the debtor's interest | GUARANTY AGREEMENT DATED 02/07/2022 | SUNNOVA TEP INVENTORY, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1942 | State what the contract or lease is for and the nature of the debtor's interest | SELLER TRANSFER INSTRUMENT AGREEMENT DATED 12/01/2021 | SUNNOVA TEP INVENTORY, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1943 | State what the contract or lease is for and the nature of the debtor's interest | SPONSOR-SELLER TRANSFER DOCUMENTATION CONTRIBUTION AND ASSIGNMENT AGREEMENT DATED 02/28/2020 | SUNNOVA TEP INVENTORY, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1944 | State what the contract or lease is for and the nature of the debtor's interest | SUNNOVA-SELLER TRANSFER INSTRUMENT AGREEMENT DATED 04/01/2021 | SUNNOVA TEP INVENTORY, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1945 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT DATED 02/07/2022 | SUNNOVA TEP INVENTORY, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1946 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT DATED 04/27/2021 | SUNNOVA TEP INVENTORY, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1947 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT DATED 05/06/2021 | SUNNOVA TEP INVENTORY, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1948 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT DATED 05/14/2020 | SUNNOVA TEP INVENTORY, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1949 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT DATED 05/20/2022 | SUNNOVA TEP INVENTORY, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1950 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT DATED 07/24/2020 | SUNNOVA TEP INVENTORY, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1951 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT DATED 09/02/2022 | SUNNOVA TEP INVENTORY, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1952 State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT DATED 10/24/2022 | SUNNOVA TEP INVENTORY, LLC |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.1953 State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT DATED 10/29/2021 | SUNNOVA TEP INVENTORY, LLC |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.1954 State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT DATED 11/28/2022 | SUNNOVA TEP INVENTORY, LLC |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.1955 State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT DATED 12/22/2022 | SUNNOVA TEP INVENTORY, LLC |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.1956 State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT DATED 12/31/2019 | SUNNOVA TEP INVENTORY, LLC |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.1957 State what the contract or lease is for and the nature of the debtor's interest | TRANSFER INSTRUMENT AGREEMENT DATED 12/02/2022 | SUNNOVA TEP INVENTORY, LLC |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.1958 State what the contract or lease is for and the nature of the debtor's interest | PURCHASE AND SALE AGREEMENT DATED 06/07/2022 | SUNNOVA TEP IV-G, LLC |
| State the term remaining | | |
| List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1959 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT DATED 04/27/2021 | SUNNOVA TEP V-A, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1960 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT DATED 05/06/2021 | SUNNOVA TEP V-B, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1961 | State what the contract or lease is for and the nature of the debtor's interest | CONTRIBUTION AND ASSIGNMENT AGREEMENT DATED 07/29/2021 | SUNNOVA TEP V-C, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1962 | State what the contract or lease is for and the nature of the debtor's interest | GUARANTY AGREEMENT DATED 04/01/2021 | SUNNOVA TEP V-D MANAGER, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1963 | State what the contract or lease is for and the nature of the debtor's interest | GUARANTY AGREEMENT DATED 04/01/2021 | SUNNOVA TEP V-D, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1964 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT DATED 04/01/2021 | SUNNOVA TEP V-D, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1965 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT DATED 10/29/2021 | SUNNOVA TEP V-E, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Sunnova Energy Corporation Case number (If known): 25-90159

Name

Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1966 | State what the contract or lease is for and the nature of the debtor's interest | CHANNEL PARTNER AGREEMENT DATED 09/07/2023 AND ALL RELATED AMENDMENTS | SUNNYMAC, LLC<br>413 8TH AVE.<br>WILMINGTON, DE 19805 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1967 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 07/22/2024 AND ALL RELATED AMENDMENTS | SUNNYMAC, LLC<br>413 8TH AVE.<br>WILMINGTON, DE 19805 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1968 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE TERMS AGREEMENT DATED 10/28/2024 AND ALL RELATED AMENDMENTS | SUNNYMAC, LLC<br>413 8TH AVE.<br>WILMINGTON, DE 19805 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1969 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT DATED 04/22/2024 AND ALL RELATED AMENDMENTS | SUNNYMAC, LLC<br>413 8TH AVE.<br>WILMINGTON, DE 19805 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1970 | State what the contract or lease is for and the nature of the debtor's interest | SUNNOVA INSTALLATIONS CONSTRUCTION-ONLY MSA ADDENDUM AGREEMENT DATED 04/24/2024 | SUNNYMAC, LLC<br>413 8TH AVE.<br>WILMINGTON, DE 19805 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1971 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUPPLY AGREEMENT DATED 12/20/2024 | SUNRGY LLC<br>12411 CITY PARK DR.<br>SUITE 200<br>MISSOURI CITY, TX 77478 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1972 | State what the contract or lease is for and the nature of the debtor's interest | CHANNEL PARTNER AGREEMENT AND ALL RELATED AMENEMENTS DATED 05/17/2021 | SUNSOLAR SOLUTIONS INC.<br>8932 WEST CACTUS RD<br>PEORIA, AZ 85381 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1973 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT DATED 04/01/2021 | SUNSTREET AND SUNSTREET INVENTORYCO |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1974 | State what the contract or lease is for and the nature of the debtor's interest | ASSIGNMENT, ASSUMPTION AND TRANSFER AGREEMENT DATED 12/02/2022 | SUNSTREET TEP INVENTORY, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1975 | State what the contract or lease is for and the nature of the debtor's interest | SELLER TRANSFER INSTRUMENT AGREEMENT DATED 04/01/2021 | SUNSTREET TEP INVENTORY, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1976 | State what the contract or lease is for and the nature of the debtor's interest | SELLER TRANSFER INSTRUMENT AGREEMENT DATED 12/01/2023 | SUNSTREET TEP INVENTORY, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1977 | State what the contract or lease is for and the nature of the debtor's interest | MASTER REPAIR SERVICES AGREEMENT DATED 02/24/2025 | SUNSTRONG MANAGEMENT LLC<br>1 PARK PLACE<br>SUITE 200<br>ANNAPOLIS, MD 21401 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1978 | State what the contract or lease is for and the nature of the debtor's interest | CHANNEL PARTNER AGREEMENT DATED 10/03/2023 | SUNWAVE ENERGY LLC<br>1650 SAND LAKE ROAD<br>SUITE 100<br>ORLANDO, FL 32809 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1979 | State what the contract or lease is for and the nature of the debtor's interest | CHANNEL PARTNER AGREEMENT DATED 04/05/2024 | SUNWORKS SOLAR INC.<br>1634 SE N ST. STE 5-D<br>GRANTS PASS, OR 97526 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1980 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 06/23/2021 | SURF CLEAN ENERGY INC.<br>275 MARCUS BLVD<br>HAUPPAUGE, NY 11788 |
| 2.1981 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ORDER FORM AMENDMENT AGREEMENT DATED 06/17/2021 | SURVEYMONKEY INC.<br>ONE CURIOSITY WAY<br>SAN MATEO, CA 94403 |
| 2.1982 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ORDER FORM CONTRACT-18743 AMENDMENT AGREEMENT DATED 03/24/2021 | SURVEYMONKEY INC.<br>ONE CURIOSITY WAY<br>SAN MATEO, CA 94403 |
| 2.1983 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ORDER FORM CONTRACT-25126 AMENDMENT AGREEMENT DATED 06/17/2021 | SURVEYMONKEY INC.<br>ONE CURIOSITY WAY<br>SAN MATEO, CA 94403 |
| 2.1984 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SURVEYMONKEY COMMERCIAL PLAN SUBSCRIPTION AGREEMENT DATED 01/26/2020 | SURVEYMONKEY INC.<br>ONE CURIOSITY WAY<br>SAN MATEO, CA 94403 |
| 2.1985 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ORDER FORM #00005067 AGREEMENT DATED 10/15/2019 | SURVEYMONKEY INC. SUCCESSOR-IN-INTEREST TO GETFEEDBACK INC.<br>123 MISSION STREET<br>26TH FLOOR<br>SAN FRANCISCO, CA 94105 |
| 2.1986 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 02/06/2024 AND ALL RELATED AMENDMENTS | SUSTAINABLE ENERGY SYSTEMS LLC<br>4509 METROPOLITAN CT<br>FREDERICK, MD 21704 |

Debtor Sunnova Energy Corporation Case number (If known): 25-90159

Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1987 | State what the contract or lease is for and the nature of the debtor's interest | CHANNEL PARTNER AGREEMENT DATED 06/01/2021 | SWITCH MEDIA LLC D/B/A MY SOLAR PARTNER<br>340 WELCOME AVE.<br>WEST GROVE, PA 19390 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1988 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 05/19/2019 | SYLINT GROUP, INC<br>240 NORTH WASHINGTON BLVD.<br>SUITE 600<br>SARASOTA, FL 34236 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1989 | State what the contract or lease is for and the nature of the debtor's interest | SPLUNK ENTERPRISE - TERM LICENSE AGREEMENT DATED 06/17/2021 | SYLINT INTEGRATED SYSTEMS, LLC<br>240 N. WASHINGTON BLVD.<br>SIXTH FLOOR<br>SARASOTA, FL 34236 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1990 | State what the contract or lease is for and the nature of the debtor's interest | SUBSCRIPTION LICENSE AGREEMENT DATED 05/17/2022 | SYLINT INTEGRATED SYSTEMS, LLC<br>240 N. WASHINGTON BLVD.<br>SIXTH FLOOR<br>SARASOTA, FL 34236 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1991 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT PLAN AGREEMENT DATED 01/03/2023 | SYLINT LLC<br>240 NORTH WASHINGTON BLVD.<br>STE. 600<br>SARASOTA, FL 34236 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1992 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK (SOW) AGREEMENT DATED 01/03/2023 | SYLINT LLC.<br>240 NORTH WASHINGTON BOULEVARD<br>SIXTH FLOOR<br>SARASOTA, FL 34236 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1993 | State what the contract or lease is for and the nature of the debtor's interest | CHANNEL PARTNER AGREEMENT DATED 03/31/2021 | T & K ELECTRIC COMPANY LLC<br>3219 E. CAMELBACK RD<br>#814<br>PHOENIX, AZ 85018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1994 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | IMPLEMENTATION & SUCCESS PLAN AGREEMENT DATED 12/18/2023 | TALKDESK INC.<br>340 S. LEMON AVE.<br>#4375<br>WALNUT, CA 91789 |
| 2.1995 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SUBSCRIPTION AGREEMENT DATED 11/10/2022 | TALKDESK INC.<br>ATTN GENERAL COUNSEL<br>340 S LEMON AVENUE<br>#4375<br>WALNUT, CA 91789 |
| 2.1996 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ORDER FORM Q-60241 AGREEMENT DATED 12/15/2023 | TALKDESK INC.<br>340 S. LEMON AVE.<br>#4375<br>WALNUT, CA 91789 |
| 2.1997 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | IMPLEMENTATION STATEMENT OF WORK (SOW) AGREEMENT DATED 05/07/2022 | TALKDESK INC<br>DEPT LA 24627<br>IRWINDALE, CA 91706 |
| 2.1998 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SUBSCRIPTION AGREEMENT DATED 11/10/2022 | TALKDESK INC<br>DEPT LA 24627<br>IRWINDALE, CA 91706 |
| 2.1999 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ORDER FORM AGREEMENT DATED 02/04/2021 | TALKDESK INC<br>DEPT LA 24627<br>IRWINDALE, CA 91706 |
| 2.2000 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ORDER FORM AGREEMENT DATED 10/31/2022 | TALKDESK INC<br>DEPT LA 24627<br>IRWINDALE, CA 91706 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2001 | State what the contract or lease is for and the nature of the debtor's interest | SUBSCRIPTION AGREEMENT DATED 11/19/2018 | TALKDESK INC<br>DEPT LA 24627<br>IRWINDALE, CA 91706 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2002 | State what the contract or lease is for and the nature of the debtor's interest | SCHEDULE A - EMPLOYMENT VERIFICATIONS AGREEMENT DATED 03/01/2021 | TALX CORPORATION<br>11432 LACKLAND ROAD<br>ST. LOUIS, MO 63146 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2003 | State what the contract or lease is for and the nature of the debtor's interest | UNIVERSAL SERVICE AGREEMENT DATED 07/01/2018 | TALX CORPORATION<br>11432 LACKLAND ROAD<br>ST. LOUIS, MO 63146 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2004 | State what the contract or lease is for and the nature of the debtor's interest | PROMO LINK ADDENDUM AGREEMENT DATED 02/08/2025 | TANGO CARD, INC<br>4700 42ND AVENUE SW<br>SUITE 430A<br>SEATTLE, WA 98116 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2005 | State what the contract or lease is for and the nature of the debtor's interest | TERMS AND CONDITIONS AGREEMENT DATED 01/28/2025 | TANGO CARD, INC<br>4700 42ND AVENUE SW<br>SUITE 430A<br>SEATTLE, WA 98116 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2006 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT 2018 MASTER SOFTWARE LICENSE AND SERVICES AGREEMENT DATED 01/15/2020 | TAX COMPLIANCE, INC.<br>13500 EVENING CREEK DRIVE N<br>SUITE 500<br>SAN DIEGO, CA 92128 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2007 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SOFTWARE LICENSE & SERVICES AGREEMENT DATED 11/01/2018 | TAX COMPLIANCE, INC.<br>13500 EVENING CREEK DRIVE N<br>SUITE 500<br>SAN DIEGO, CA 92128 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2008 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 08/09/2023 | TAXFORCE INC<br>3850 BESSEMER RD<br>STE 110<br>MT PLEASANT, SC 29466 |
| 2.2009 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER AGREEMENT 04/02/2020 AND ALL RELATED AMENDMENTS | TAYLOR MORRISON OF COLORADO, INC<br>ATTN: ERIC MCEACHEN<br>400 INVERNESS PARKWAY<br>SUITE 350<br>ENGLEWOOD, CO 80112 |
| 2.2010 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER AGREEMENT FOR NORTHERN CA 11/21/2019 AND ALL RELATED AMENDMENTS | TAYLOR MORRISON SERVICES, INC<br>ATTN: SCOTT CAREY<br>81 BLUE RAVINE ROAD<br>SUITE 220<br>FOLSOM, CA 95630 |
| 2.2011 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER AGREEMENT FOR SOUTHERN CA 11/21/2019 AND ALL RELATED AMENDMENTS | TAYLOR MORRISON SERVICES, INC<br>ATTN: ROSS WALLACE<br>SOUTHERN CALIFORNIA DIVISION<br>100 SPECTRUM CENTER DRIVE<br>SUITE 1450<br>IRVINE, CA 92618 |
| 2.2012 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | RENEWAL QUOTATION AGREEMENT DATED 05/13/2024 | TEAMVIEWER GERMANY GMBH<br>BAHNHOFSPLATZ 2<br>GOPPINGEN, 73033<br>GERMANY |
| 2.2013 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | TEAMVIEWER MONITORING QUOTE 000722477-1 AGREEMENT DATED 05/28/2024 | TEAMVIEWER GERMANY GMBH<br>BAHNHOFSPLATZ 2<br>GOPPINGEN, 73033<br>GERMANY |
| 2.2014 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | TEAMVIEWER QUOTATION QUO-000506677-7 AGREEMENT DATED 05/08/2023 | TEAMVIEWER GERMANY GMBH<br>BAHNHOFSPLATZ 2<br>GOPPINGEN, 73033<br>GERMANY |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2015 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PROFESSIONAL SERVICES AGREEMENT DATED 05/13/2015 | TECHKNOWLEDGE CONSULTING CORPORATION<br>6575 WEST LOOP SOUTH<br>SUITE 110<br>BELLAIRE, TX 77401 |
| 2.2016 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 05/01/2023 | TELECONTACTO-TELECONTACT EXPORT INC<br>ATTN: JESUS T PINERO<br>URB HYDE PARK 275 AVE<br>SAN JAUN, PR 00927 |
| 2.2017 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 01/20/2020 AND ALL RELATED AMENDMENTS | TELT VENTURES, LLC D/B/A 1 SOLAR<br>ATTENTION<br>BRIANNE KILGORE<br>2391 S. 1560 W.<br>WOODS CROSS, UT 84087 |
| 2.2018 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER AGREEMENT DATA PROCESSING ADDENDUM | TENABLE<br>6100 MERRIWEATHER DRIVE<br>12TH FLOOR<br>COLUMBIA, MD 21044 |
| 2.2019 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MARKETING AGREEMENT DATED 03/28/2024 | TENET ENERGY INC.<br>ATTN: GENERAL COUNSEL<br>75 GREENE STREET<br>2ND FLOOR<br>NEW YORK, NY 10012 |
| 2.2020 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SOLAR PANEL SYSTEM LEASE AGREEMENT DATED 12/17/2018 | TEP II DEVELOPER, LLC |
| 2.2021 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SOLAR PANEL SYSTEM LEASE AGREEMENT DATED 12/17/2018 | TEP II DEVELOPER, LLC |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2022 | State what the contract or lease is for and the nature of the debtor's interest | DEVELOPMENT AND PURCHASE AGREEMENT DATED 05/14/2020 | TEP IV-D, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2023 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER DOCUMENT 207655 AGREEMENT DATED 02/21/2025 | TERRASMART INC<br>6715 STEGER DR<br>CINCINNATI, OH 45237 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2024 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER DOCUMENT AGREEMENT DATED 02/21/2025 | TERRASMART INC<br>6715 STEGER DR<br>CINCINNATI, OH 45237 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2025 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT #1 TO CERTIFIED INSTALLER AGREEMENT DATED 12/18/2018 | TESLA MOTORS NETHERLANDS B.V.<br>8 MARINA BOULEVARD #05-02 MARINA BAY FINANCIAL CENTRE<br>SINGAPORE, 018981<br>SINGAPORE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2026 | State what the contract or lease is for and the nature of the debtor's interest | CERTIFIED INSTALLER AGREEMENT DATED 02/27/2018 | TESLA PUERTO RICO LLC<br>500 CALLE DE LA TANCA<br>SUITE 401<br>SAN JUAN, PR 00901 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2027 | State what the contract or lease is for and the nature of the debtor's interest | POWERWALL PURCHASE ORDER DATED 03/28/2018, GOVERNED BY TESLA CERTIFIED INSTALLER AGREEMENT (U.S.) DATED 02/27/2018 | TESLA PUERTO RICO LLC<br>500 CALLE DE LA TANCA<br>SUITE 401<br>SAN JUAN, PR 00901 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2028 | State what the contract or lease is for and the nature of the debtor's interest | POWERWALL PURCHASE ORDER DATED 04/06/2018, GOVERNED BY TESLA CERTIFIED INSTALLER AGREEMENT (U.S.) DATED 03/31/2017 | TESLA PUERTO RICO LLC<br>500 CALLE DE LA TANCA<br>SUITE 401<br>SAN JUAN, PR 00901 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2029 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | TESLA PURCHASE ORDER CONFIRMATION / SALES ORDER AGREEMENT DATED 04/06/2018 | TESLA PUERTO RICO LLC<br>500 CALLE DE LA TANCA<br>SUITE 401<br>SAN JUAN, PR 00901 |
| 2.2030 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDMENT #1 TO CERTIFIED INSTALLER AGREEMENT DATED 12/18/2018 | TESLA, INC<br>3500 DEER CREEK RD<br>PALO ALTO, CA 94304-1317 |
| 2.2031 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDMENT #2 TO CERTIFIED INSTALLER AGREEMENT DATED 03/01/2019 | TESLA, INC<br>3500 DEER CREEK RD<br>PALO ALTO, CA 94304-1317 |
| 2.2032 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDMENT #3 TO CERTIFIED INSTALLER AGREEMENT DATED 08/21/2019 | TESLA, INC<br>USA. ATTN GENERAL COUNSEL / LEGAL.<br>3500 DEER CREEK ROAD<br>PALO ALTO, CA 94304 |
| 2.2033 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDMENT #4 TO CERTIFIED INSTALLER AGREEMENT DATED 12/17/2021 | TESLA, INC<br>3500 DEER CREEK RD<br>PALO ALTO, CA 94304-1317 |
| 2.2034 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDMENT #5 TO CERTIFIED INSTALLER AGREEMENT DATED 06/03/2022 | TESLA, INC<br>3500 DEER CREEK RD<br>PALO ALTO, CA 94304-1317 |
| 2.2035 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDMENT #6 TO CERTIFIED INSTALLER AGREEMENT DATED 10/17/2022 | TESLA, INC<br>3500 DEER CREEK RD<br>PALO ALTO, CA 94304-1317 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2036 State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT #7 TO CERTIFIED INSTALLER AGREEMENT DATED 10/25/2023 | TESLA, INC<br>3500 DEER CREEK RD<br>PALO ALTO, CA 94304-1317 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.2037 State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT #8 TO CERTIFIED INSTALLER AGREEMENT DATED 04/05/2024 | TESLA, INC<br>3500 DEER CREEK RD<br>PALO ALTO, CA 94304-1317 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.2038 State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT #9 TO CERTIFIED INSTALLER AGREEMENT DATED 09/23/2024 | TESLA, INC<br>3500 DEER CREEK RD<br>PALO ALTO, CA 94304-1317 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.2039 State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT AGREEMENT TO PURCHASE ORDER AND PURCHASE ORDER CONFIRMATIONS DATED 07/10/2020 | TESLA, INC<br>3500 DEER CREEK RD<br>PALO ALTO, CA 94304-1317 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.2040 State what the contract or lease is for and the nature of the debtor's interest | BILL OF SALE WITH RESPECT TO PURCHASE OF TESLA EQUIPMENT SOLD TO CERTIFIED INSTALLER AGREEMENT DATED 06/04/2020 | TESLA, INC<br>3500 DEER CREEK RD<br>PALO ALTO, CA 94304-1317 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.2041 State what the contract or lease is for and the nature of the debtor's interest | CERTIFIED INSTALLER AGREEMENT DATED 02/21/2022 | TESLA, INC<br>3500 DEER CREEK RD<br>PALO ALTO, CA 94304-1317 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.2042 State what the contract or lease is for and the nature of the debtor's interest | CERTIFIED INSTALLER AGREEMENT DATED 02/27/2018 | TESLA, INC<br>3500 DEER CREEK RD<br>PALO ALTO, CA 94304-1317 |
| State the term remaining | | |
| List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2043 | **State what the contract or lease is for and the nature of the debtor's interest** | CERTIFIED INSTALLER AGREEMENT DATED 09/14/2018 | TESLA, INC<br>3500 DEER CREEK RD<br>PALO ALTO, CA 94304-1317 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.2044 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSENT AND AGREEMENT DATED 09/18/2020 | TESLA, INC<br>3500 DEER CREEK RD<br>PALO ALTO, CA 94304-1317 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.2045 | **State what the contract or lease is for and the nature of the debtor's interest** | DISTRIBUTED ENERGY RESOURCE AGGREGATION PLATFORM SUBSCRIPTION AGREEMENT DATED 05/26/2021 | TESLA, INC<br>3500 DEER CREEK RD<br>PALO ALTO, CA 94304-1317 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.2046 | **State what the contract or lease is for and the nature of the debtor's interest** | DISTRIBUTED ENERGY RESOURCE AGGREGATION PLATFORM SUBSCRIPTION AGREEMENT DATED 11/03/2020 | TESLA, INC<br>ATTN GENERAL COUNSEL / LEGAL<br>3500 DEER CREEK ROAD<br>PALO ALTO, CA 94304 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.2047 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER AGREEMENT DATED 02/17/2023 | TESLA, INC<br>45500 FREMONT BLVD<br>FREMONT, CA 94538 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.2048 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER AGREEMENT RE SPECIAL PRICING PERIOD FOR POWERWALLS DATED 02/27/2023 | TESLA, INC<br>3500 DEER CREEK RD<br>PALO ALTO, CA 94304-1317 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.2049 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER AGREEMENT RE SPECIAL PRICING PERIOD FOR POWERWALLS DATED 03/31/2022 | TESLA, INC<br>3500 DEER CREEK RD<br>PALO ALTO, CA 94304-1317 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor Sunnova Energy Corporation Case number (If known): 25-90159

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2050 | State what the contract or lease is for and the nature of the debtor's interest | LETTER AGREEMENT RE SPECIAL PRICING PERIOD FOR POWERWALLS DATED 12/06/2022 | TESLA, INC<br>3500 DEER CREEK RD<br>PALO ALTO, CA 94304-1317 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2051 | State what the contract or lease is for and the nature of the debtor's interest | LETTER AGREEMENT RE SPECIAL PRICING PERIOD FOR POWERWALLS DATED 12/13/2022 | TESLA, INC<br>3500 DEER CREEK RD<br>PALO ALTO, CA 94304-1317 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2052 | State what the contract or lease is for and the nature of the debtor's interest | MARKETING AND SPONSORSHIP AGREEMENT DATED 07/01/2022 | TEXAS A&M VENTURES, LLC<br>1248 GEORGE BUSH DRIVE WEST<br>COLLEGE STATION, TX 77845 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2053 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED 08/29/2014 | TEXAS CAPITAL BANK, N.A.<br>LETTER OF CREDIT UNIT<br>2350 LAKESIDE BLVD.<br>SUITE 800<br>RICHARDSON, TX 75082 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2054 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO MASTER SERVICE AGREEMENT DATED 06/26/2024 | TEXON SOLAR ENERGY LLC<br>1299 COUNTY ROAD 147<br>ALVIN, TX 77511 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2055 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS AND CONDITIONS AGREEMENT DATED 02/22/2024 | TEXON SOLAR ENERGY LLC<br>1299 COUNTY ROAD 147<br>ALVIN, TX 77511 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2056 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 02/22/2024 | TEXON SOLAR ENERGY LLC<br>1299 COUNTY ROAD 147<br>ALVIN, TX 77511 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2057 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONFIRMATION OF TERMS B AGREEMENT DATED 03/09/2023 | TGRC INC (DBA GREEN RECRUITMENTGRC LIMITED<br>37 N ORANGE AVENUE<br>SUITE #1100B<br>ORLANDO, FL 32801 |
| 2.2058 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONTRACT FOR THE SUPPLY OF SALARY SURVEYS AGREEMENT DATED 03/09/2023 | TGRC INC TGRC LIMITED T/A THE GREEN RECRUITMENT COMPANY<br>37 N ORANGE AVE<br>STE 1100B<br>ORLANDO, FL 32801 |
| 2.2059 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER CONSTRUCTION AGREEMENT 11/05/2020 AND ALL RELATED AMENDMENTS | THB BASELINE LLC<br>1875 LAWRENCE ST.<br>SUITE 900<br>DENVER, CO 80202 |
| 2.2060 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | THE CHIEFLY_EXECUTED AGREEMENT DATED 06/05/2024 | THE CHIFLEY HOUSTON<br>THE CHIFLEY HOUSTON<br>2400 WEST LOOP SOUTH<br>HOUSTON, TX 77027 |
| 2.2061 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONFIRMATION OF ASSIGNMENT AGREEMENT DATED 09/29/2023 | THE CITY OF BOSTON<br>ATTN COMMISSIONER OF ENVIRONMENT<br>1 CITY HALL SQUARE<br>ROOM 709<br>BOSTON, MA 02201 |
| 2.2062 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FIRST AMENDMENT TO CONFIRMATION OF ASSIGNMENT AGREEMENT DATED 12/11/2023 | THE CITY OF BOSTON<br>ATTN COMMISSIONER OF ENVIRONMENT<br>1 CITY HALL SQUARE<br>ROOM 709<br>BOSTON, MA 02201 |
| 2.2063 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FLEXIBILITY SERVICES PROVIDER AGREEMENT | THE CONNECTICUT LIGHT AND POWER COMPANY D/B/A EVERSOURCE ENERGY<br>107 SELDEN STREET<br>BERLIN, CT 06037 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2064 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK AGREEMENT DATED 04/15/2019 | THE CREATIVE GROUP<br>2613 CAMINO RAMON<br>SAN RAMON, CA 94583 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2065 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK AGREEMENT DATED 04/30/2019 | THE CREATIVE GROUP<br>2613 CAMINO RAMON<br>SAN RAMON, CA 94583 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2066 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK AGREEMENT DATED 05/08/2019 | THE CREATIVE GROUP<br>2613 CAMINO RAMON<br>SAN RAMON, CA 94583 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2067 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK AGREEMENT DATED 07/21/2018 | THE CREATIVE GROUP<br>2613 CAMINO RAMON<br>SAN RAMON, CA 94583 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2068 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK AGREEMENT DATED 09/09/2019 | THE CREATIVE GROUP<br>2613 CAMINO RAMON<br>SAN RAMON, CA 94583 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2069 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK AGREEMENT DATED 09/20/2018 | THE CREATIVE GROUP<br>2613 CAMINO RAMON<br>SAN RAMON, CA 94583 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2070 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK AGREEMENT DATED 09/24/2018 | THE CREATIVE GROUP<br>2613 CAMINO RAMON<br>SAN RAMON, CA 94583 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2071 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK AGREEMENT DATED 10/04/2018 | THE CREATIVE GROUP<br>2613 CAMINO RAMON<br>SAN RAMON, CA 94583 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2072 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK AGREEMENT DATED 10/24/2018 | THE CREATIVE GROUP<br>2613 CAMINO RAMON<br>SAN RAMON, CA 94583 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2073 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK AGREEMENT DATED 12/02/2019 | THE CREATIVE GROUP<br>2613 CAMINO RAMON<br>SAN RAMON, CA 94583 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2074 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBSCRIPTION/SERVICES AGREEMENT DATED 01/01/2023 | THE DANVILLE GROUP, INC.<br>5000 EXECUTIVE PARKWAY<br>SUITE #150<br>SAN RAMON, CA 94583 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2075 | State what the contract or lease is for and the nature of the debtor's interest | FSL USER SUBSCRIPTION AGREEMENT DATED 10/31/2023 | THE DANVILLE GROUP, INC. DBA ROOTSTOCK SOFTWARE<br>5000 EXECUTIVE PARKWAY<br>SUITE 150<br>SAN RAMON, CA 94583 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2076 | State what the contract or lease is for and the nature of the debtor's interest | RENEWAL ORDER - ORDER NUMBER 102346 DATED 09/13/2024 | THE DANVILLE GROUP, INC. DBA ROOTSTOCK SOFTWARE<br>5000 EXECUTIVE PARKWAY<br>SUITE 150<br>SAN RAMON, CA 94583 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2077 | State what the contract or lease is for and the nature of the debtor's interest | RENEWAL ORDER - ORDER NUMBER 102213 DATED 06/13/2024 | THE DANVILLE GROUP, INC. DBA ROOTSTOCK SOFTWARE<br>5000 EXECUTIVE PARKWAY<br>SUITE 150<br>SAN RAMON, CA 94583 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2078 | State what the contract or lease is for and the nature of the debtor's interest | RENEWAL ORDER - ORDER NUMBER 102370 DATED 08/02/2024 | THE DANVILLE GROUP, INC. DBA ROOTSTOCK SOFTWARE<br>5000 EXECUTIVE PARKWAY<br>SUITE 150<br>SAN RAMON, CA 94583 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2079 | State what the contract or lease is for and the nature of the debtor's interest | RENEWAL ORDER AGREEMENT DATED 04/10/2024 | THE DANVILLE GROUP, INC. DBA ROOTSTOCK SOFTWARE<br>5000 EXECUTIVE PARKWAY<br>SUITE 150<br>SAN RAMON, CA 94583 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2080 | State what the contract or lease is for and the nature of the debtor's interest | RENEWAL ORDER AGREEMENT DATED 05/22/2023 | THE DANVILLE GROUP, INC. DBA ROOTSTOCK SOFTWARE<br>5000 EXECUTIVE PARKWAY<br>SUITE 150<br>SAN RAMON, CA 94583 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2081 | State what the contract or lease is for and the nature of the debtor's interest | SUBSCRIPTION SERVICE AGREEMENT DATED 09/22/2023 | DANVILLE GROUP, INC. DBA ROOTSTOCK SOFTWARE<br>3001 BISHOP DRIVE<br>SUITE 300<br>SAN RAMON, CA 94583 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2082 | State what the contract or lease is for and the nature of the debtor's interest | SUBSCRIPTION SERVICE AGREEMENT DATED 09/30/2021 | THE DANVILLE GROUP, INC. DBA ROOTSTOCK SOFTWARE<br>5000 EXECUTIVE PARKWAY<br>SUITE 150<br>SAN RAMON, CA 94583 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2083 | State what the contract or lease is for and the nature of the debtor's interest | SUBSCRIPTION SERVICE DATED 09/30/2021 | THE DANVILLE GROUP, INC. DBA ROOTSTOCK SOFTWARE<br>5000 EXECUTIVE PARKWAY<br>SUITE 150<br>SAN RAMON, CA 94583 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2084 | State what the contract or lease is for and the nature of the debtor's interest | SUBSCRIPTION SERVICE DATED 11/20/2023 | DANVILLE GROUP, INC. DBA ROOTSTOCK SOFTWARE<br>3001 BISHOP DRIVE<br>SUITE 300<br>SAN RAMON, CA 94583 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Sunnova Energy Corporation
Name

Case number (If known): 25-90159

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2085 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SUBSCRIPTION SERVICE ORDER ADD ON AGREEMENT DATED 02/14/2023 | THE DANVILLE GROUP, INC. DBA ROOTSTOCK SOFTWARE<br>5000 EXECUTIVE PARKWAY<br>SUITE 150<br>SAN RAMON, CA 94583 |
| 2.2086 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SUBSCRIPTION SERVICE ORDER DATED 05/10/2022 | THE DANVILLE GROUP, INC. DBA ROOTSTOCK SOFTWARE<br>5000 EXECUTIVE PARKWAY<br>SUITE 150<br>SAN RAMON, CA 94583 |
| 2.2087 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SUBSCRIPTION SERVICE ORDER DATED 09/30/2021 | THE DANVILLE GROUP, INC. DBA ROOTSTOCK SOFTWARE<br>5000 EXECUTIVE PARKWAY<br>SUITE 150<br>SAN RAMON, CA 94583 |
| 2.2088 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONTINGENCY FEE AGREEMENT DATED 06/15/2021 | THE DUNNING LAW FIRM APC<br>9619 CHESAPEAKE DR<br>STE 210<br>SAN DIEGO, CA 92123 |
| 2.2089 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SCOPE OF WORK AGREEMENT DATED 08/11/2021 | THE EXPERIENTIAL NETWORK LLC<br>401 CENTURY PARKWAY<br>BOX 1896<br>ALLEN, TX 75013 |
| 2.2090 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SOLAR PARTNERSHIP AGREEMENT 06/02/2020 AND ALL RELATED AMENDMENTS | THE MCCAFFREY GROUP, INC.<br>ATTN: BRENT MCCAFFREY<br>7020 N VAN NESS BLVD.<br>FRESNO, CA 93711 |
| 2.2091 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 03/07/2025 | THE OFFICE GURUS, LTD<br>ATTN. DOMINIC LEIDE<br>10055 SEMINOLE BOULEVARD<br>SEMINOLE, FL 33772 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2092 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 09/04/2019 | THE OFFICE GURUS, LTD<br>ATTN. DOMINIC LEIDE<br>10055 SEMINOLE BOULEVARD<br>SEMINOLE, FL 33772 |
| 2.2093 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK AMENDED FOR MASTER SERVICE AGREEMENT DATED 02/14/2020 | THE OFFICE GURUS, LTD<br>ATTN. DOMINIC LEIDE<br>10055 SEMINOLE BOULEVARD<br>SEMINOLE, FL 33772 |
| 2.2094 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK FOR MASTER SERVICE AGREEMENT DATED 09/04/2019 | THE OFFICE GURUS, LTD<br>ATTN. DOMINIC LEIDE<br>10055 SEMINOLE BOULEVARD<br>SEMINOLE, FL 33772 |
| 2.2095 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK TO MASTER SERVICE AGREEMENT DATED 06/20/2024 | THE OFFICE GURUS, LTDA. DE C.V.<br>ZONA INDUSTRIAL CARRETERA AL PUERTO DE LA LIBERTAD KM 10 1/2 CALLE EL PROGRESO NO 18 Y 19<br>ANTIGUO CUSCATLAN,<br>EL SALVADOR |
| 2.2096 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GENERAL TERMS AND CONDITIONS AGREEMENT DATED 09/22/2023 | THE SOLAR COWBOYS LLC<br>3880 WEST LEDBETTER<br>STE #107<br>DALLAS, TX 75233 |
| 2.2097 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 09/22/2023 | THE SOLAR COWBOYS LLC<br>3880 WEST LEDBETTER<br>STE #107<br>DALLAS, TX 75233 |
| 2.2098 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER RESEARCH AGREEMENT | THE TEXAS A&M UNIVERSITY SYSTEM<br>ATTN: JOE ELABD<br>MOORE/CONNALLY BUILDING 7 TH FLOOR<br>301 TARROW STREET<br>COLLEGE STATION, TX 77840 |

Debtor Sunnova Energy Corporation Case number (If known): 25-90159

Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2099 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FLEXIBILITY SERVICES PROVIDER AGREEMENT | THE UNITED ILLUMINATING<br>100 MARSH HILL ROAD<br>ORANGE, CT 06477 |
| 2.2100 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | INDUSTRY/UNIVERSITY COOPERATIVE RESEARCH CENTER MEMBERSHIP AGREEMENT DATED 10/29/2021 | THE UNIVERSITY OF TEXAS AT AUSTIN<br>110 INNER CAMPUS DR<br>STOP K5300<br>AUSTIN, TX 78712 |
| 2.2101 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SOLAR PURCHASE AGREEMENT DATED 05/16/2023 | THE WRIGHTSTOWN GROUP, L.P.<br>1337 WRIGHTSTOWN ROAD<br>NEWTOWN, PA 18940 |
| 2.2102 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENGAGEMENT AGREEMENT DATED 10/13/2016 | THEGOBER GROUP PLL<br>PO BOX 341016<br>AUSTIN, TX 78734 |
| 2.2103 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PHOTO LICENSE AGREEMENT DATED 05/21/2021 | THOMAS PRINTWORKS<br>THOMAS REPROGRAPHICS INC<br>PO BOX 830768<br>RICHARDSON, TX 75083 |
| 2.2104 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | COMPLIANCE LEARNING AMERICAS TRAINING SUITE (SUBSCRIPTION) AGREEMENT DATED 07/29/2022 | THOMAS REUTERS<br>CUSTOMER SERVICE<br>610 OPPERMAN DRIVE<br>P.O. BOX 64833<br>EAGAN, MN 55123-1803 |
| 2.2105 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENGAGEMENT LETTER AGREEMENT DATED 06/26/2024 | THOMPSON MCMULLAN, P.C.<br>100 SHOCKOE SLIP<br>RICHMOND, VA 23219-4140 |

Debtor Sunnova Energy Corporation Case number (If known): 25-90159

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2106 | State what the contract or lease is for and the nature of the debtor's interest | CORPORATES PROFESSIONAL SERVICES, STATEMENT OF WORK AGREEMENT DATED 07/26/2023 | THOMSON REUTERS<br>WEST PUBLISHING CORPORATION<br>PO BOX 6292<br>CAROL STREAM, IL 60197 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2107 | State what the contract or lease is for and the nature of the debtor's interest | ONESOURCE TAX INFORMATION REPORTING SERVICES PRICING ATTACHMENT BETWEEN THOMSON REUTERS AND SUNNOVA ENERGY COMPANY ("CLIENT") AGREEMENT | THOMSON REUTERS<br>WEST PUBLISHING CORPORATION<br>PO BOX 6292<br>CAROL STREAM, IL 60197 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2108 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM Q-07199768 AGREEMENT DATED 08/16/2023 | THOMSON REUTERS<br>WEST PUBLISHING CORPORATION<br>PO BOX 6292<br>CAROL STREAM, IL 60197 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2109 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK AGREEMENT DATED 05/01/2022 | THOMSON REUTERS<br>WEST PUBLISHING CORPORATION<br>PO BOX 6292<br>CAROL STREAM, IL 60197 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2110 | State what the contract or lease is for and the nature of the debtor's interest | CORPORATES PROFESSIONAL SERVICES, STATEMENT OF WORK AGREEMENT DATED 07/26/2023 | THOMSON REUTERS<br>WEST PUBLISHING CORPORATION<br>PO BOX 6292<br>CAROL STREAM, IL 60197 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2111 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM Q-07199768 AGREEMENT DATED 08/16/2023 | THOMSON REUTERS<br>WEST PUBLISHING CORPORATION<br>PO BOX 6292<br>CAROL STREAM, IL 60197 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2112 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM Q-07199768 AGREEMENT DATED 08/16/2023 | THOMSON REUTERS ENTERPRISE CENTRE GMBH<br>KLYBECKSTRASSE 141<br>BASEL, 04057<br>SWITZERLAND |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Sunnova Energy Corporation Case number (If known): 25-90159

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2113 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SERVICES AGREEMENT DATED 11/02/2023 | THOMSON REUTERS ENTERPRISE CENTRE GMBH<br>KLYBECKSTRASSE 141<br>BASEL, 04057<br>SWITZERLAND |
| 2.2114 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 02/14/2024 | THS HOME SOLAR LLC D/B/A PULSE TURNKEY<br>ATTENTION<br>JOSHUA MOORE<br>405 STATE HWY 121 BYP STE A250<br>LEWISVILLE, TX 75067 |
| 2.2115 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SUPPLY AGREEMENT DATED 11/05/2024 | TIGO ENERGY, INC.<br>JING TIAN<br>655 CAMPBELL TECHNOLOGY PKWY<br>CAMPBELL, CA 95008 |
| 2.2116 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SOLAR PARTNERSHIP AGREEMENT 05/15/2019 AND ALL RELATED AMENDMENTS | TIM LEWIS COMMUNITIES, INC<br>3500 DOUGLAS BLVD.<br>#270<br>ROSEVILLE, CA 95661 |
| 2.2117 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SOLAR PARTNERSHIP AGREEMENT DATED 05/19/2019 | TIM LEWIS COMMUNITIES<br>3500 DOUGLAS BLVD<br>STE 270<br>ROSEVILLE, CA 95661 |
| 2.2118 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 03/10/2023 AND ALL RELATED AMENDMENTS | TITAN ENERGY LLC<br>2627 POINT REYES WAY<br>SACRAMENTO, CA 95826 |
| 2.2119 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER DEALER AGREEMENT DATED 06/15/2022 AND ALL RELATED AMENDMENTS | TITAN ENERGY LLC<br>ATTENTION DAVID HOFFMAN<br>2627 POINT REYES WAY<br>SACRAMENTO, CA 95826 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2120 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER PURCHASE AGREEMENT DATED 07/09/2021 | TITAN SOLAR POWER<br>PM&M ELECTRIC, INC.<br>898 30TH ST<br>OAKLAND, CA 94608 |
| 2.2121 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER CORPORATE SERVICES AGREEMENT | T-MOBILE USA, INC<br>ATTN SENIOR VICE PRESIDENT<br>12920 S.E. 38TH STREET<br>BELLEVUE, WA 98006 |
| 2.2122 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER CORPORATE SERVICES AGREEMENT DATED 01/18/2023 | T-MOBILE USA, INC<br>ATTN SENIOR VICE PRESIDENT<br>12920 S.E. 38TH STREET<br>BELLEVUE, WA 98006 |
| 2.2123 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 03/22/2021 AND ALL RELATED AMENDMENTS | TOMIK ELECTRIC LLC D/B/A ECO MANAGEMENT SYSTEM<br>2345 S DOBSON RD<br>MESA, AZ 85210 |
| 2.2124 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SUBCONTRACTOR CONTRACT 11/08/2023 AND ALL RELATED AMENDMENTS | TOUCHSTONE LIVING, INC<br>9205 W. RUSSELL ROAD<br>SUITE 235<br>LAS VEGAS, NV 89148 |
| 2.2125 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | HOTEL AGREEMENT DATED 03/27/2024 | TOWN AND COUNTRY RESORT<br>500 HOTEL CIRCLE NORTH<br>SAN DIEGO, CA 92108 |
| 2.2126 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LETTER OF AUTHORIZATION AGREEMENT DATED 02/26/2020 | TRAILER BRIDGE, INC.<br>10405 NEW BERLIN RD. E<br>JACKSONVILLE, FL 32226 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2127 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER PROFESSIONAL SERVICES AGREEMENT DATED 10/18/2023 | TRENEGY INCORPORATED<br>9977 WEST SAM HOUSTON PARKWAY NORTH<br>SUITE 120<br>HOUSTON, TX 77064 |
| 2.2128 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SOFTWARE SERVICES SUBSCRIPTION AGREEMENT DATED 09/25/2018 | T-REX ANALYTICS, LLC<br>214 WEST 29TH STREET<br>17TH FLOOR<br>NEW YORK, NY 10001 |
| 2.2129 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SUBCONTRACT AGREEMENT 08/05/2024 AND ALL RELATED AMENDMENTS | TRI POINTE HOMES HOLDINGS, INC<br>3161 MICHELSON DRIVE<br>SUITE 1500<br>IRVINE, CA 92612 |
| 2.2130 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK AGREEMENT DATED 01/06/2023 | TRILLION TECH LLC<br>3050 POST OAK BLVD<br>SUITE 510<br>HOUSTON, TX 77056 |
| 2.2131 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK AGREEMENT DATED 10/27/2022 | TRILLION TECH LLC<br>3050 POST OAK BLVD<br>SUITE 510<br>HOUSTON, TX 77056 |
| 2.2132 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SUPPLY AGREEMENT DATED 01/06/2020 | TRINA SOLAR<br>ATTN PRESIDENT<br>100 STEVENSON BLVD<br>FREMONT, CA 94538 |
| 2.2133 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ASSIGNMENT AND ASSUMPTION AGREEMENT DATED 05/09/2017 | TRINITY HEATING & AIR, INC. D/B/A TRINITY SOLAR<br>2211 ALLENWOOD ROAD<br>WALL, NJ 07719 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2134 | State what the contract or lease is for and the nature of the debtor's interest | 2016 PLAN AGREEMENT AND CHANNEL PARTNER AGREEMENT DATED 06/20/2016 AND ALL RELATED AMENDMENTS | TRINITY HEATING AND AIR, INC.<br>2211 ALLENWOOD ROAD<br>WALL, NJ 07719 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2135 | State what the contract or lease is for and the nature of the debtor's interest | ASSIGNMENT AND ASSUMPTION AGREEMENT DATED 05/09/2017 AND ALL RELATED AMENDMENTS | TRINITY HEATING AND AIR, INC.<br>2211 ALLENWOOD ROAD<br>WALL, NJ 07719 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2136 | State what the contract or lease is for and the nature of the debtor's interest | ASSIGNMENT OF PROJECTS RELATED TO ONEROOF ENERGY GROUP, INC. DATED 04/26/2017 AND ALL RELATED AMENDMENTS | TRINITY HEATING AND AIR, INC.<br>ATTN THOMAS POLLOCK PRESIDENT<br>2211 ALLENWOOD ROAD<br>WALL, NJ 07719 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2137 | State what the contract or lease is for and the nature of the debtor's interest | CHANNEL PARTNER AGREEMENT DATED 03/25/2021 AND ALL RELATED AMENDMENTS | TRINITY HEATING AND AIR, INC.<br>2211 ALLENWOOD ROAD<br>WALL, NJ 07719 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2138 | State what the contract or lease is for and the nature of the debtor's interest | DATA ACCESS AGREEMENT DATED 04/05/2017 AND ALL RELATED AMENDMENTS | TRINITY HEATING AND AIR, INC.<br>ATTN LEGAL DEPARTMENT<br>2211 ALLENWOOD ROAD<br>WALL, NJ 07719 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2139 | State what the contract or lease is for and the nature of the debtor's interest | LETTER PURSUANT TO AN ASSIGNMENT AGREEMENT DATED 04/06/2017 AND ALL RELATED AMENDMENTS | TRINITY SOLAR<br>2211 ALLENWOOD ROAD<br>WALL, NJ 07719 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2140 | State what the contract or lease is for and the nature of the debtor's interest | NINETEENTH AMENDMENT TO CHANNEL PARTNER AGREEMENT DATED 02/28/2025 AND ALL RELATED AMENDMENTS | TRINITY SOLAR<br>2211 ALLENWOOD ROAD<br>WALL, NJ 07719 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2141 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SERVICE TERMS AGREEMENT DATED 07/01/2023 AND ALL RELATED AMENDMENTS | TRINITY SOLAR INC.<br>2180 FIFTH AVENUE<br>UNIT 1A<br>RONKONKOMA, NY 11779 |
| 2.2142 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | UNDERWRITING SIDE LETTER AGREEMENT DATED 07/22/2022 AND ALL RELATED AMENDMENTS | TRINITY SOLAR INC.<br>2180 FIFTH AVENUE<br>UNIT 1A<br>RONKONKOMA, NY 11779 |
| 2.2143 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AGREEMENT – MARYLAND ROOFTOP SOLAR COALITION DATED 04/08/2022 | TRINITY SOLAR, LLC<br>2211 ALLENWOOD ROAD<br>WALL, NJ 07719 |
| 2.2144 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | COMPLIANCE CERTIFICATION SIDE LETTER AGREEMENT DATED 01/27/2025 AND ALL RELATED AMENDMENTS | TRINITY SOLAR, LLC<br>2211 ALLENWOOD ROAD<br>WALL, NJ 07719 |
| 2.2145 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | COMPLIANCE CERTIFICATION SIDE LETTER AGREEMENT DATED 11/28/2023 AND ALL RELATED AMENDMENTS | TRINITY SOLAR, LLC<br>2211 ALLENWOOD ROAD<br>WALL, NJ 07719 |
| 2.2146 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | VIDEO PRODUCTION AGREEMENT DATED 04/27/2021 | TRIO EDUCATION, LLC<br>ATTN: CEO<br>11413 TODD STREET<br>HOUSTON, TX 77055 |
| 2.2147 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | EMPLOYEE HEALTH PLAN (SP0008058) | TRIPLE-S SALUD BLUECROSS BLUESHIELD OF PUERTO RICO<br>1441 AVE. F.D. ROOSEVELT<br>SAN JUAN, PR 00920<br>PUERTO RICO |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2148 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SOLAR POWER PURCHASE AGREEMENT DATED 01/14/2022 | TRISMART SOLAR LLC<br>600 NORTHPARK CENTRAL DR.<br>SUITE 140<br>HOUSTON, TX 77073 |
| 2.2149 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 06/23/2021 AND ALL RELATED AMENDMENTS | TRON SOLAR LLC<br>251 MILWAUKEE AVE.<br>SUITE 110<br>BUFFALO GROVE, IL 60089 |
| 2.2150 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FOURTEENTH AMENDMENT TO MASTER SERVICE AGREEMENT DATED 07/29/2024 | TRON SOLAR LLC<br>251 MILWAUKEE AVE.<br>SUITE 110<br>BUFFALO GROVE, IL 60089 |
| 2.2151 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 01/04/2023 | TRON SOLAR LLC<br>950 CORPORATE WOODS PARKWAY<br>VERNON HILLS, IL 60061 |
| 2.2152 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 07/01/2024 AND ALL RELATED AMENDMENTS | TRON SOLAR LLC<br>ATTENTION JOEL DONSKEY<br>251 MILWAUKEE AVE.<br>SUITE 110<br>BUFFALO GROVE, IL 60089 |
| 2.2153 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENGAGEMENT AGREEMENT DATED 12/13/2023 | TROUTMAN PEPPER HAMILTON SANDERS LLP<br>TROUTMAN SANDERS BUILDING<br>1001 HAXALL POINT<br>RICHMOND, VA 23219 |
| 2.2154 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 04/29/2024 | TROY SALERNO ELECTRIC INC. DBA TENESSEE SOLAR<br>ATTENTION TARA SALERNO<br>241 BLUEBELL DRIVE<br>CLARKSVILLE, TN 37043 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2155 | State what the contract or lease is for and the nature of the debtor's interest | CHANNEL PARTNER AGREEMENT DATED 10/26/2023 | TRU-FUSE ELECTRIC LLC<br>17965 N COUNTY ROAD 3350<br>STRATFORD, OK 74872 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2156 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE SUBSCRIPTION AGREEMENT DATED 07/31/2019 | TRUSTPILOT<br>245 FIFTH AVENUE<br>5TH FLOOR<br>NEW YORK, NY 10016 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2157 | State what the contract or lease is for and the nature of the debtor's interest | CHANNEL PARTNER AGREEMENT DATED 10/30/2023 | TURN 2 SOLAR LLC<br>1233 CANDLEWOOD DR. NE<br>KEIZER, OR 97303 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2158 | State what the contract or lease is for and the nature of the debtor's interest | FEE LETTER AGREEMENT DATED 12/22/2022 | U.S. BANCORP COMMUNITY DEVELOPMENT CORPORATION<br>800 NICOLLET MALL<br>MINNEAPOLIS, MN 55402 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2159 | State what the contract or lease is for and the nature of the debtor's interest | FUND II - RESIDENTIAL AGREEMENT DATED 11/16/2017 | U.S. BANCORP COMMUNITY DEVELOPMENT CORPORATION<br>800 NICOLLET MALL<br>MINNEAPOLIS, MN 55402 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2160 | State what the contract or lease is for and the nature of the debtor's interest | LETTER AGREEMENT DATED 11/28/2017 | U.S. BANCORP COMMUNITY DEVELOPMENT CORPORATION<br>800 NICOLLET MALL<br>MINNEAPOLIS, MN 55402 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2161 | State what the contract or lease is for and the nature of the debtor's interest | FEE SCHEDULE FOR SERVICES AS CUSTODIAN AGREEMENT DATED 09/10/2024 | U.S. BANK NATIONAL ASSOCIATION<br>GLOBAL CORPORATE TRUST<br>100 WALL STREET<br>6TH FLOOR<br>NEW YORK, NY 10005 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2162 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FEE SCHEDULE FOR SERVICES AS CUSTODIAN AGREEMENT DATED 09/24/2024 | U.S. BANK NATIONAL ASSOCIATION<br>GLOBAL CORPORATE TRUST<br>100 WALL STREET<br>6TH FLOOR<br>NEW YORK, NY 10005 |
| 2.2163 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDED AND RESTATED LIMITED LIABILITY COMPANY AGREEMENT | U.S. HOME CORPORATION<br>C/O LENNAR CORPORATION<br>ATTN: GENERAL COUNSEL<br>700 N.W.<br>107TH AVENUE<br>MIAMI, FL 33172 |
| 2.2164 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | EXECUTION SIDE LETTER AGREEMENT DATED 12/01/2021 | U.S. HOME CORPORATION<br>C/O LENNAR CORPORATION<br>ATTN: GENERAL COUNSEL<br>700 N.W.<br>107TH AVENUE<br>MIAMI, FL 33172 |
| 2.2165 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | EXECUTION VERSION LETTER AGREEMENT DATED 12/01/2021 | U.S. HOME CORPORATION<br>C/O LENNAR CORPORATION<br>ATTN: GENERAL COUNSEL<br>700 N.W.<br>107TH AVENUE<br>MIAMI, FL 33172 |
| 2.2166 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GUARANTY AGREEMENT DATED 04/01/2021 | U.S. HOME CORPORATION<br>C/O LENNAR CORPORATION<br>ATTN: GENERAL COUNSEL<br>700 N.W.<br>107TH AVENUE<br>MIAMI, FL 33172 |
| 2.2167 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GUARANTY AGREEMENT DATED 12/01/2021 | U.S. HOME CORPORATION<br>C/O LENNAR CORPORATION<br>ATTN: GENERAL COUNSEL<br>700 N.W.<br>107TH AVENUE<br>MIAMI, FL 33172 |
| 2.2168 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GUARANTY LETTER AGREEMENT DATED 04/01/2021 | U.S. HOME CORPORATION<br>C/O LENNAR CORPORATION<br>ATTN: GENERAL COUNSEL<br>700 N.W.<br>107TH AVENUE<br>MIAMI, FL 33172 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2169 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | DEVELOPMENT AND PURCHASE AGREEMENT DATED 12/02/2022 | U.S. HOME, LLC<br>C/O LENNAR CORPORATION<br>ATTN: GENERAL COUNSEL<br>5505 BLUE LAGOON DRIVE<br>MIAMI, FL 33172 |
| 2.2170 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GUARANTY AGREEMENT DATED 12/01/2023 | U.S. HOME, LLC<br>C/O LENNAR CORPORATION<br>ATTN: GENERAL COUNSEL<br>5505 BLUE LAGOON DRIVE<br>MIAMI, FL 33172 |
| 2.2171 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GUARANTY AGREEMENT DATED 12/02/2022 | U.S. HOME, LLC<br>C/O LENNAR CORPORATION<br>ATTN: GENERAL COUNSEL<br>5505 BLUE LAGOON DRIVE<br>MIAMI, FL 33172 |
| 2.2172 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SIDE LETTER AGREEMENT DATED 12/01/2023 | U.S. HOME, LLC<br>C/O LENNAR CORPORATION<br>ATTN: GENERAL COUNSEL<br>5505 BLUE LAGOON DRIVE<br>MIAMI, FL 33172 |
| 2.2173 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SIDE LETTER AGREEMENT DATED 12/02/2022 | U.S. HOME, LLC<br>C/O LENNAR CORPORATION<br>ATTN: GENERAL COUNSEL<br>5505 BLUE LAGOON DRIVE<br>MIAMI, FL 33172 |
| 2.2174 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SPONSOR GUARANTY AGREEMENT DATED 12/01/2023 | U.S. HOME, LLC<br>C/O LENNAR CORPORATION<br>ATTN: GENERAL COUNSEL<br>5505 BLUE LAGOON DRIVE<br>MIAMI, FL 33172 |
| 2.2175 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | DATA PROCESSING AGREEMENT DATED 01/29/2024 | UNBOUNCE MARKETING SOLUTIONS INC<br>SUITE 400-401 WEST GEORGIA ST<br>VANCOVER, BC V6B 5A1<br>CANADA |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2176 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FIRST AMENDMENT TO MASTER SUPPLY AGREEMENT DATED 10/09/2019 | UNIRAC, IN<br>1411 BROADWAY BLVD NE<br>ALBUQUERQUE, NM 87102 |
| 2.2177 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SUPPLY AGREEMENT DATED 11/15/2018 | UNIRAC, IN<br>1411 BROADWAY BLVD NE<br>ALBUQUERQUE, NM 87102 |
| 2.2178 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PASSPLUS CORPORATE AGREEMENT DATED 01/23/2025 | UNITED AIRLINES, INC.<br>ATTN SR VP OF WORLDWIDE SALES<br>233 S. WACKER DRIVE<br>CHICAGO, IL 60606 |
| 2.2179 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SERVICE AGREEMENT DATED 05/23/2022 | UNITED AIRLINES, INC.<br>24880 NETWORK PLACE<br>CHICAGO, IL 60673-1248 |
| 2.2180 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | UNITED PASSPLUS AGREEMENT DATED 05/23/2022 | UNITED AIRLINES, INC.<br>24880 NETWORK PLACE<br>CHICAGO, IL 60673-1248 |
| 2.2181 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 10/01/2021 | UNITED BETTER HOMES, LLC<br>535 PINE STREET<br>CENTRAL FALLS, RI 02863 |
| 2.2182 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GROUP POLICY NO. GLUG-C6RT AGREEMENT DATED 01/01/2023 | UNITED OF OMAHA LIFE INSURANCE COMPANY<br>3300 MUTUAL OF OMAHA<br>PLAZA<br>OMAHA, NE 68175 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2183 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GROUP POLICY NO. GUC-C6RT AGREEMENT DATED 01/01/2023 | UNITED OF OMAHA LIFE INSURANCE COMPANY<br>3300 MUTUAL OF OMAHA<br>PLAZA<br>OMAHA, NE 68175 |
| 2.2184 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GROUP POLICY NO. GUDE-C6RT AGREEMENT DATED 01/01/2023 | UNITED OF OMAHA LIFE INSURANCE COMPANY<br>3300 MUTUAL OF OMAHA<br>PLAZA<br>OMAHA, NE 68175 |
| 2.2185 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GROUP POLICY NO. GUDH-C6RT AGREEMENT DATED 01/01/2023 | UNITED OF OMAHA LIFE INSURANCE COMPANY<br>3300 MUTUAL OF OMAHA<br>PLAZA<br>OMAHA, NE 68175 |
| 2.2186 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GROUP POLICY NO. GUPR-C6RT AGREEMENT DATED 01/01/2023 | UNITED OF OMAHA LIFE INSURANCE COMPANY<br>3300 MUTUAL OF OMAHA<br>PLAZA<br>OMAHA, NE 68175 |
| 2.2187 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GROUP POLICY NO. GUVC-C6RT AGREEMENT DATED 01/01/2023 | UNITED OF OMAHA LIFE INSURANCE COMPANY<br>3300 MUTUAL OF OMAHA<br>PLAZA<br>OMAHA, NE 68175 |
| 2.2188 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GROUP POLICY NO. GVTL-C6RT AGREEMENT DATED 01/01/2023 | UNITED OF OMAHA LIFE INSURANCE COMPANY<br>3300 MUTUAL OF OMAHA<br>PLAZA<br>OMAHA, NE 68175 |
| 2.2189 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GROUP PPO VISION INSURANCE SCHEDULE AGREEMENT DATED 01/01/2025 | UNITED OF OMAHA LIFE INSURANCE COMPANY<br>3300 MUTUAL OF OMAHA<br>PLAZA<br>OMAHA, NE 68175 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2190 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GROUP VISION PPO BENEFITS AGREEMENT DATED 01/01/2025 | UNITED OF OMAHA LIFE INSURANCE COMPANY<br>3300 MUTUAL OF OMAHA<br>PLAZA<br>OMAHA, NE 68175 |
| 2.2191 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | YOUR GROUP VISION PPO BENEFITS AGREEMENT DATED 01/01/2023 | UNITED OF OMAHA LIFE INSURANCE COMPANY<br>3300 MUTUAL OF OMAHA<br>PLAZA<br>OMAHA, NE 68175 |
| 2.2192 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | YOUR GROUP VISION PPO BENEFITS AGREEMENT DATED 01/01/2025 | UNITED OF OMAHA LIFE INSURANCE COMPANY<br>3300 MUTUAL OF OMAHA<br>PLAZA<br>OMAHA, NE 68175 |
| 2.2193 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CARRIER AGREEMENT DATED 03/29/2019 | UNITED PARCEL SERVICE INC.<br>8330 SWEETWATER LN<br>HOUSTON, TX 77030 |
| 2.2194 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CARRIER AGREEMENT DATED 04/15/2024 | UNITED PARCEL SERVICE INC.<br>8330 SWEETWATER LN<br>HOUSTON, TX 77030 |
| 2.2195 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 01/06/2021 | UNITY SEARCH LLC<br>5420 LBJ FWY<br>STE 1950<br>DALLAS, TX 75240 |
| 2.2196 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | INDUSTRY/UNIVERSITY COOPERATIVE RESEARCH CENTER MEMBERSHIP AGREEMENT DATED 10/29/2021 | UNIVERSITY COOPERATIVE RESEARCH CENTER FOR A SOLAR POWERED FUTURE (SPF2050)<br>ATTN: LINDA HASTER<br>PO BOX 7159<br>AUSTIN, TX 78713 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2197 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER PROFESSIONAL SERVICES AGREEMENT DATED 10/01/2024 | UPLIGHT, INC.<br>2530 JUNCTION PLACE<br>SUITE 200<br>BOULDER, CO 80301 |
| 2.2198 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SOW FOR CPA AGREEMENT DATED 06/06/2024 | UPLIGHT, INC.<br>2530 JUNCTION PLACE<br>SUITE 200<br>BOULDER, CO 80301 |
| 2.2199 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GENERAL TERMS AND CONDITIONS AGREEMENT DATED 09/15/2022 | UPPER HAND CONSTRUCTION LLC<br>ATTENTION<br>DEVIN CHAMBERS<br>1109 GULF FWY<br>SUITE B<br>LEAGUE CITY, TX 77573 |
| 2.2200 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 09/15/2022 | UPPER HAND CONSTRUCTION LLC<br>1109 GULF FWY<br>SUITE B<br>LEAGUE CITY, TX 77573 |
| 2.2201 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | IMPLEMENTATION STATEMENT OF WORK AGREEMENT DATED 10/02/2023 | UPTIMA INC<br>651 HOLIDAY DRIVE FOSTER PLAZA<br>5 SUITE 400<br>PITTSBURGH, PA 15220 |
| 2.2202 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER PROFESSIONAL SERVICES AGREEMENT DATED 09/28/2023 | UPTIMA INC<br>651 HOLIDAY DRIVE FOSTER PLAZA<br>5 SUITE 400<br>PITTSBURGH, PA 15220 |
| 2.2203 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SUPPLY AGREEMENT DATED 11/30/2022 | US ELECTRICAL SERVICES INC. D/B/A US RENEWABLE SOLUTIONS<br>800 SOUTH MAIN<br>SUITE 104<br>MANSFIELD, MA 02048 |

Debtor Sunnova Energy Corporation Case number (If known): 25-90159

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2204 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 05/09/2024 | US SOLAR ENTERPRISES INCORPORATED<br>ATTENTION<br>ANDREW MASSIMO<br>SUITE 52<br>HOLTSVILLE, NY 11742 |
| 2.2205 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 08/04/2023 | US SOLAR SQUARED LLC<br>ATTENTION PATRICK MCLEAN<br>2732 BROADWAY CENTER BLVD.<br>BRANDON, FL 33510 |
| 2.2206 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FLOW OF FUNDS CLOSING MEMORANDUM AGREEMENT DATED 01/28/2019 | USB RETC FUND 2019-14, LLC<br>C/O FIRSTAR DEVELOPMENT, LLC<br>ATTN: INVESTOR RELATIONS MANAGER, TAX CREDIT SYNDICATIONS, PROJECT NO. S1246<br>1307 WASHINGTON AVENUE<br>SUITE 300<br>ST. LOUIS, MO 63103 |
| 2.2207 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GUARANTY AGREEMENT DATED 01/28/2019 | USB RETC FUND 2019-14, LLC<br>C/O FIRSTAR DEVELOPMENT, LLC<br>ATTN: INVESTOR RELATIONS MANAGER, TAX CREDIT SYNDICATIONS, PROJECT NO. S1246<br>1307 WASHINGTON AVENUE<br>SUITE 300<br>ST. LOUIS, MO 63103 |
| 2.2208 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GENERAL TERMS AND CONDITIONS AGREEMENT DATED 12/26/2023 | UTS, LLC<br>740 E. CAMPBELL<br>SUITE 300<br>RICHARDSON, TX 75081 |
| 2.2209 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 12/26/2023 | UTS, LLC<br>740 E. CAMPBELL<br>SUITE 300<br>RICHARDSON, TX 75081 |
| 2.2210 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANGE REQUEST NO. 2 AGREEMENT DATED 12/19/2024 | V2SOLUTIONS, INC.<br>2340-D WALSH AVE.<br>SANTA CLARA, CA 95051 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2211 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 11/26/2024 | V2SOLUTIONS, INC.<br>2340-D WALSH AVE.<br>SANTA CLARA, CA 95051 |
| 2.2212 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK AGREEMENT DATED 11/26/2024 | V2SOLUTIONS, INC.<br>2340-D WALSH AVE.<br>SANTA CLARA, CA 95051 |
| 2.2213 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 04/25/2018 AND ALL RELATED AMENDMENTS | V3 ELECTRIC INC<br>160 BLUE RAVINE RD.<br>SUITE F<br>FOLSOM, CA 95630 |
| 2.2214 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 02/05/2024 AND ALL RELATED AMENDMENTS | V3 ELECTRIC INC<br>160 BLUE RAVINE RD.<br>SUITE F<br>FOLSOM, CA 95630 |
| 2.2215 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SERVICES AGREEMENT DATED 04/04/2023 AND ALL RELATED AMENDMENTS | V3 ELECTRIC INC<br>4925 ROBERT J MATHEWS PKWY<br>STE 100<br>EL DORADO HILLS, CA 95762 |
| 2.2216 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 01/20/2025 | VACO LLC<br>5501 VIRGINIA WAY<br>SUITE 120<br>BRENTWOOD, TN 37027 |
| 2.2217 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 12/14/2020 | VALENT PARTNERS<br>H17DENTERPRISE, LLC<br>539 W. COMMERCE STREET<br>#1036<br>DALLAS, TX 75208 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2218 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK #28 AGREEMENT DATED 12/18/2023 | VALENT PARTNERS<br>H17DENTERPRISE, LLC<br>539 W. COMMERCE STREET<br>#1036<br>DALLAS, TX 75208 |
| 2.2219 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK #28, CHANGE ORDER #1 AGREEMENT DATED 04/11/2024 | VALENT PARTNERS<br>H17DENTERPRISE, LLC<br>539 W. COMMERCE STREET<br>#1036<br>DALLAS, TX 75208 |
| 2.2220 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | EVEREST - ENTERPRISE ORDER FORM Q-110719-1 AGREEMENT DATED 02/04/2022 | VALIDITY, INC.<br>200 CLARENDON STREET<br>22ND FLOOR<br>BOSTON, MA 02116 |
| 2.2221 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | EVEREST - ENTERPRISE ORDER FORM Q-148794-1 AGREEMENT DATED 02/22/2023 | VALIDITY, INC.<br>100 SUMMER STREET<br>SUITE 2900<br>BOSTON, MA 02110 |
| 2.2222 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | EVEREST - ENTERPRISE ORDER FORM Q-148794-1 AGREEMENT DATED 03/16/2022 | VALIDITY, INC.<br>100 SUMMER STREET<br>SUITE 2900<br>BOSTON, MA 02110 |
| 2.2223 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GENERAL TERMS AND CONDITIONS AGREEMENT DATED 06/02/2023 | VANGUARD SOLAR SERVICES, LLC<br>6145 BROADWAY<br>DENVER, CO 80216 |
| 2.2224 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 06/02/2023 | VANGUARD SOLAR SERVICES, LLC<br>6145 BROADWAY<br>DENVER, CO 80216 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2225 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FIRST AMENDMENT TO MASTER SERVICE AGREEMENT DATED 08/22/2024 | VANGUARD SOLAR, LLC<br>6145 BROADWAY<br>UNIT 5<br>DENVER, CO 80216 |
| 2.2226 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CUSTOMER AGREEMENT | VECOS USA LLC.<br>251 LITTLE FALLS DRIVE<br>WILMINGTON, DE 19808 |
| 2.2227 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CUSTOMER AGREEMENT DATED 03/01/2022 | VECOS USA LLC.<br>251 LITTLE FALLS DRIVE<br>WILMINGTON, DE 19808 |
| 2.2228 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 03/03/2021 | VECTOR ENERGY, LLC D/B/A FUSION POWER<br>ATTENTION<br>JARED GILLESPIE PRESIDENT<br>6150 W CHANDLER BLVD 17<br>CHANDLER, AZ 85226 |
| 2.2229 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PURCHASE ORDER AGREEMENT DATED 01/28/2019 | VECTOR NETWORKS, INC.<br>541 10TH STREET<br>UNIT 123<br>ATLANTA, GA 30318 |
| 2.2230 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SOFTWARE SUBSCRIPTION AGREEMENT ENCLOSED DATED 02/19/2019 | VECTOR NETWORKS, INC.<br>ATTN ESTHER (WEAVER) LANDERS<br>541 10TH STREET NW<br>123<br>ATLANTA, GA 30318 |
| 2.2231 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 01/15/2024 | VELOCITY ENERGY & HOME SOLUTIONS INC.<br>ATTENTION FRANK WASHART<br>1547 DELSEA DRIVE<br>DEPTFORD, NJ 08096 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2232 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO MASTER SUBSCRIPTION AGREEMENT DATED 06/29/2018 | VENA SOLUTIONS USA INC.<br>1971 WESTERN AVENUE<br>#1125<br>ALBANY, NY 12203 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.2233 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBSCRIPTION AGREEMENT DATED 12/29/2017 | VENA SOLUTIONS USA INC.<br>1971 WESTERN AVENUE<br>#1125<br>ALBANY, NY 12203 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.2234 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK NO.1 AGREEMENT DATED 12/01/2023 | VENA SOLUTIONS USA INC.<br>1971 WESTERN AVENUE<br>#1125<br>ALBANY, NY 12203 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.2235 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT DATED 07/02/2018 | VENTAS CONSULTING, LLC<br>5057 KELLER SPRINGS RD.<br>SUITE 300<br>ADDISON, TX 75001 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.2236 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANNEL PARTNER AGREEMENT DATED 02/13/2019 AND ALL RELATED AMENDMENTS | VENTURE HOME SOLAR, LLC<br>ATTENTION<br>ALEX YACKERY<br>67 WEST STREET<br>SUITE 211<br>BROOKLYN, NY 11222 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.2237 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT DATED 10/31/2023 AND ALL RELATED AMENDMENTS | VENTURE HOME SOLAR, LLC DBA VENTURE SOLAR<br>42 WEST ST.<br>BROOKLYN, NY 11222 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.2238 | **State what the contract or lease is for and the nature of the debtor's interest** | SOLAR RENEWABLE ENERGY CREDIT PURCHASE AND SALE AGREEMENT DATED 04/04/2024 | VERDANT ENERGY SERVICES LLC<br>ATTENTION<br>KHALID RUSTOM<br>574 ECON RIVER PL<br>SUITE 1050<br>OVIEDO, FL 32765 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2239 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | RENEWAL ORDER FORM AGREEMENT DATED 12/06/2024 | VERINT AMERICAS INC.<br>5995 WINWARD PKWY<br>ALPHARETTA, GA 30005 |
| 2.2240 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SERVICES ORDER FORM AGREEMENT DATED 08/10/2018 | VERIZON CONNECT FLEET USA LLC<br>1100 WINTER STREET<br>SUITE 4600<br>WALTHAM, MA 02451 |
| 2.2241 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | REPRESENTATION AGREEMENT DATED 10/04/2021 | VESTEVICH & ASSOCIATES PC<br>6905 TELEGRAPH RD<br>STE 260<br>BLOOMFIELD HILLS, MI 48301 |
| 2.2242 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | DEVELOPMENT AND TESTING AGREEMENT DATED 10/06/2023 | VEXCEL IMAGING US, INC.<br>ATTENTION LEGAL DEPARTMENT<br>12503 E EUCLID DRIVE<br>UNIT 20<br>CENTENNIAL, CO 80111 |
| 2.2243 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 05/02/2024 | VIBE SOLAR<br>ATTENTION: XIOMARA ROMAN-TORRES<br>XIOMARA ROMAN-TORRES<br>1206 COMMERCE CENTER DRIVE<br>SUITE 103<br>LANCASTER, CA 93534 |
| 2.2244 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SUBCONTRACT AGREEMENT 08/09/2022 AND ALL RELATED AMENDMENTS | VICTORY LANE, LLC<br>11910 HESPERIA RD. #3<br>HESPERIA, CA 92345 |
| 2.2245 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LICENSE AGREEMENT 10/03/2023 | VINEYARD LAND HOLDINGS, LLC<br>2630 SHEA CENTER DR<br>LIVERMORE, CA 94551 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2246 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | VMWARE PROFESSIONAL SERVICES STATEMENT OF WORK CHANGE REQUEST AGREEMENT DATED 03/27/2024 | VMWARE LLC<br>3401 HILLVIEW AVENUE<br>PALO ALTO, CA 94304 |
| 2.2247 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | VMWARE PROFESSIONAL SERVICES STATEMENT OF WORK CHANGE REQUEST AGREEMENT DATED 04/12/2024 | VMWARE LLC<br>3401 HILLVIEW AVENUE<br>PALO ALTO, CA 94304 |
| 2.2248 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANGE REQUEST TO STATEMENT OF WORK AGREEMENT DATED 07/20/2023 | VMWARE, INC.<br>3401 HILLVIEW AVENUE<br>PALO ALTO, CA 94304 |
| 2.2249 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PROFESSIONAL SERVICES STATEMENT OF WORK AGREEMENT DATED 10/23/2023 | VMWARE, INC.<br>3401 HILLVIEW AVENUE<br>PALO ALTO, CA 94304 |
| 2.2250 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK AGREEMENT DATED 01/06/2022 | VMWARE INC<br>3401 HILLVIEW AVE<br>PALO ALTO, CA 94304 |
| 2.2251 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 05/30/2023 | VPG LLC<br>1213 A NANTUCKET DRIVE<br>HOUSTON, TX 77057 |
| 2.2252 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 05/30/2023 | VPG LLC<br>1213 A NANTUCKET DRIVE<br>HOUSTON, TX 77057 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2253 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NUMBER 1 TO THE STATEMENT OF WORK NO. 1 BY AND BETWEEN SUNNOVA ENERGY AND VXI GLOBAL SOLUTIONS, LLC AGREEMENT DATED 07/08/2024 | VXI GLOBAL SOLUTIONS, LLC<br>515 SOUTH FIGUEROA STREET<br>SUITE 600<br>LOS ANGELES, CA 90071 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2254 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 05/13/2024 | VXI GLOBAL SOLUTIONS, LLC<br>515 SOUTH FIGUEROA STREET<br>SUITE 600<br>LOS ANGELES, CA 90071 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2255 | State what the contract or lease is for and the nature of the debtor's interest | WORK ORDER AGREEMENT DATED 03/26/2025 | VXI GLOBAL SOLUTIONS LLC<br>515 SOUTH FIGUEROA STREET<br>SUITE 600<br>LOS ANGELES, CA 90071 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2256 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL AGREEMENT DATED 06/24/2015 | WALKME LTD<br>10 HAUMANIN STREET<br>TEL AVIV, 6789730<br>ISRAEL |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2257 | State what the contract or lease is for and the nature of the debtor's interest | MASTER LICENSE AND SERVICES AGREEMENT DATED 09/30/2024 | WALKME, INC.<br>71 STEVENSON STREET<br>20TH FLOOR<br>SAN FRANCISCO, CA 94105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2258 | State what the contract or lease is for and the nature of the debtor's interest | SUBSCRIPTION SERVICES ORDER FORM AGREEMENT DATED 09/30/2024 | WALKME, INC.<br>350 MISSION STREET<br>26TH FLOOR<br>SAN FRANCISCO, CA 94105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2259 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT 11/06/2023 AND ALL RELATED AMENDMENTS | NAME OF FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2260 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER CONTRACT AGREEMENT 03/07/2023 AND ALL RELATED AMENDMENTS | WARMINGTON RESIDENTIAL CALIFORNIA, INC<br>3090 PULLMAN STREET<br>COSTA MESA, CA 92626 |
| 2.2261 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | DATA PRIVACY ADDENDUM AGREEMENT | WATTCARBON, INC<br>3958 FRANKE LN.<br>LAFAYETTE, CA 94549 |
| 2.2262 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENERGY ATTRIBUTE RIGHTS SUPPLIER AGREEMENT DATED 10/10/2024 | WATTCARBON, INC<br>3958 FRANKE LN.<br>LAFAYETTE, CA 94549 |
| 2.2263 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PRICING AGREEMENT DATED 01/31/2025 | WATTCH, IO<br>23430 ROCK HVN WAY<br>ATLANTA, GA 20166 |
| 2.2264 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | THIRD AMENDMENT TO MASTER SUPPLY AGREEMENT DATED 06/20/2022 | WATTMONK TECHNOLOGIES PRIVATE LIMITED<br>PLOT NO. 103 2ND FLOOR KEHAR<br>SINGH ESTATE WEST END MARG SAIDULAJAB<br>NEW DELHI, 110030<br>INDIA |
| 2.2265 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LEASE AGREEMENT - CITY VIEW PLAZA BUILDING II, STE 319, DATED 02/01/2024 | W-CITY VIEW PR LLC<br>27 GONZALEZ GIUSTI<br>SUITE 101<br>GUAYNABO, PR 00968 |
| 2.2266 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LEASE AGREEMENT DATED 08/01/2019 | W-CITY VIEW PR LLC<br>27 GONZALEZ GIUSTI<br>SUITE 101<br>GUAYNABO, PR 00968 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2267 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SERVICE AGREEMENT DATED 05/18/2021 | WE RECYCLE SOLAR INC<br>1940 S FACTOR AVENUE<br>YUMA, AZ 85365 |
| 2.2268 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENGAGEMENT LETTER AGREEMENT DATED 05/11/2023 | WEAVER AND TIDWELL, L.L.P.<br>4400 POST OAK PARKWAY<br>SUITE 1100<br>HOUSTON, TX 77027 |
| 2.2269 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LEAD PROCUREMENT AGREEMENT DATED 11/18/2022 | WEEGREEN, INC.<br>ATTN: BRIAN F. KEANE<br>4075 WILSON BLVD<br>8TH FLOOR<br>ARLINGTON, VA 22203 |
| 2.2270 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SECURITY PROCEDURE AGREEMENT DATED 08/14/2018 | WELLS FARGO BANK, NATIONAL ASSOCIATION<br>550 SOUTH 4TH ST<br>N9310-076<br>MINNEAPOLIS, MN 55415 |
| 2.2271 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LOAN AND SECURITY AGREEMENT DATED 03/30/2024 | WEST COAST INSPECTION SERVICES, JAIRT LAW<br>8653 AVENIDA COSTA NORTE<br>SAN DIEGO, CA 92154 |
| 2.2272 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SOLAR PURCHASE AGREEMENT DATED 03/30/2024 | WEST COAST INSPECTION SERVICES, LLC<br>8653 AVENIDA COSTA NORTE<br>SAN DIEGO, CA 92154 |
| 2.2273 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FEE LETTER AGREEMENT DATED 12/31/2024 | WEST STREET TEP 8-1 CLASS A LLC<br>C/O GOLDMAN, SACHS & CO. LLC<br>ATTENTION: VIKAS AGRAWAL; NEGAR NABAVI<br>200 WEST STREET<br>27TH FLOOR<br>NEW YORK, NY 10282 |

Debtor Sunnova Energy Corporation Case number (If known): 25-90159

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2274 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GUARANTY AGREEMENT DATED 12/31/2024 | WEST STREET TEP 8-1 CLASS A LLC<br>C/O GOLDMAN, SACHS & CO. LLC<br>ATTENTION: VIKAS AGRAWAL; NEGAR NABAVI<br>200 WEST STREET<br>27TH FLOOR<br>NEW YORK, NY 10282 |
| 2.2275 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | UPSIZE LETTER AGREEMENT DATED 12/31/2024 | WEST STREET TEP 8-1 CLASS A LLC<br>C/O GOLDMAN, SACHS & CO. LLC<br>ATTENTION: VIKAS AGRAWAL; NEGAR NABAVI<br>200 WEST STREET<br>27TH FLOOR<br>NEW YORK, NY 10282 |
| 2.2276 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | DATA EXCHANGE AGREEMENT | WEX<br>97 DARLING AVE<br>SOUTH PORTLAND, ME 04116 |
| 2.2277 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONSULTING AGREEMENT DATED 08/21/2023 | WHITE PINE L.LC<br>6958 E. EASTER PLACE<br>CENTENNIAL, CO 80112 |
| 2.2278 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ADDENDUM TO CONTRACTOR'S AGREEMENT 09/21/2020 | WHITNEY OAK LLC<br>6501 FRUITVALE AVE.<br>BAKERSFIELD, CA 93308 |
| 2.2279 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONTRACTOR'S AGREEMENT 07/19/2021 | WHITNEY OAK LLC<br>6501 FRUITVALE AVE.<br>BAKERSFIELD, CA 93308 |
| 2.2280 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONTRACTOR'S AGREEMENT 07/19/2021 | WHITNEY OAK LLC<br>6501 FRUITVALE AVE.<br>BAKERSFIELD, CA 93308 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2281 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENGAGEMENT LETTER AGREEMENT DATED 07/03/2018 | WILLIAM C. GARNER, PLLC<br>3425 BANNERMAN ROAD.<br>UNIT 105 #414<br>TALLAHASSEE, FL 32312 |
| 2.2282 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | REPRESENTATION LETTER AGREEMENT DATED 06/20/2018 | WILLIAM C. GARNER, PLLC<br>3425 BANNERMAN ROAD.<br>UNIT 105 #414<br>TALLAHASSEE, FL 32312 |
| 2.2283 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SUBCONTRACT AGREEMENT 08/24/2017 AND ALL RELATED AMENDMENTS | WILLIAM LYON HOMES, INC<br>4695 MACARTHUR COURT<br>8TH FLOOR<br>NEWPORT BEACH, CA 92660 |
| 2.2284 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | TRADE CONTRACT 07/26/2023 | WILLIAMS HOMES, INC<br>4911 AVE STANFORD<br>SANTA CLARITA, CA 91355 |
| 2.2285 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SPECIAL BONUS OPPORTUNITY AGREEMENT DATED 03/12/2025 | NAME ON FILE<br>ADDRESS ON FILE |
| 2.2286 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | INDEPENDENT DIRECTOR FEE AGREEMENT DATED 08/27/2024 | WILMINGTON TRUST SP SERVICES INC<br>1100 N MARKET ST<br>4TH FLOOR<br>WILMINGTON, DE 19890 |
| 2.2287 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SCHEDULE 1 AGREEMENT DATED 08/29/2023 | WILMINGTON TRUST SP SERVICES INC<br>1100 N MARKET ST<br>4TH FLOOR<br>WILMINGTON, DE 19890 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2288 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FEE AGREEMENT DATED 09/18/2023 | WILMINGTON TRUST<br>ATTN: DORLA CHRISTIE<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 |
| 2.2289 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | INDENTURE TRUSTEE FEE LETTER AGREEMENT DATED 09/09/2024 | WILMINGTON TRUST, NATIONAL ASSOCIATION<br>WILMINGTON TRUST COMPANY<br>1100 NORTH MARKET STREET<br>RODNEY SQUARE<br>NORTH WILMINGTON, DE 19890 |
| 2.2290 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PURCHASE ORDER DATED 09/28/2023 AND ALL RELATED AMENDMENTS | WINDMAR HOME<br>WINDMAR HOME<br>ANTIGUA BASE NAVAL<br>SABANA SECA<br>CARR 866 KM 3.2<br>TOA BAJA, PR 00964 |
| 2.2291 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PURCHASE ORDER WH092823_TESLASUNNOV AGREEMENT DATED 09/28/2023 | WINDMAR HOME<br>WINDMAR HOME<br>ANTIGUA BASE NAVAL<br>SABANA SECA<br>CARR 866 KM 3.2<br>TOA BAJA, PR 00964 |
| 2.2292 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 03/30/2023 AND ALL RELATED AMENDMENTS | WINDMAR HOME FLORIDA INC.<br>7575 KINGSPOINTE PARKWAY<br>SUITE 11<br>ORLANDO, FL 32819 |
| 2.2293 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES PROVIDER AGREEMENT DATED 03/15/2022 AND ALL RELATED AMENDMENTS | WINDMAR HOME FLORIDA INC.<br>6753 KINGSPOINTE PKWY<br>SUITE 111<br>ORLANDO, FL 32819 |
| 2.2294 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | 2016 PLAN AGREEMENT AND CHANNEL PARTNER AGREEMENT DATED 02/15/2016 AND ALL RELATED AMENDMENTS | WINDMAR PV ENERGY, INC.<br>206 SAN FRANCISCO STREET<br>SAN JUAN, PR 00901 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2295 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANNEL PARTNER AGREEMENT DATED 04/17/2023 AND ALL RELATED AMENDMENTS | WINDMAR PV ENERGY, INC.<br>206 SAN FRANCISCO STREET<br>SAN JUAN, PR 00901 |
| 2.2296 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | JDA CONSTRUCTION MASTER CONTRACT AGREEMENT 03/24/2020 AND ALL RELATED AMENDMENTS | WINGSWEEP CORPORATION<br>UNICOM PLAZA SUITE 310<br>15535 SAN FERNANDO MISSION BOULEVARD<br>MISSION HILLS, CA 91345 |
| 2.2297 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | JDA VERTICAL CONSTRUCTION CONTRACT AGREEMENT 03/24/2020 AND ALL RELATED AMENDMENTS | WINGSWEEP CORPORATION<br>UNICOM PLAZA SUITE 310<br>15535 SAN FERNANDO MISSION BOULEVARD<br>MISSION HILLS, CA 91345 |
| 2.2298 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANGE ORDER TO CLOUDSUITE FINANCIALS AND SUPPLY MANAGEMENT (FSM) CONSULTING SERVICES AND SUPPORT AGREEMENT DATED 01/01/2025 | WIPRO NEXTGEN ENTERPRISE INC FNA LEANSWIFT SOLUTIONS INC<br>2858 WOODCOCK BLVD<br>SUITE 100-300<br>ATLANTA, GA 30341 |
| 2.2299 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANGE ORDER TO CLOUDSUITE FINANCIALS AND SUPPLY MANAGEMENT (FSM) CONSULTING SERVICES AND SUPPORT AGREEMENT DATED 09/23/2024 | WIPRO NEXTGEN ENTERPRISE INC FNA LEANSWIFT SOLUTIONS INC<br>2858 WOODCOCK BLVD<br>SUITE 100-300<br>ATLANTA, GA 30341 |
| 2.2300 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 11/22/2023 | WIPRO NEXTGEN ENTERPRISE INC FNA LEANSWIFT SOLUTIONS INC<br>2858 WOODCOCK BLVD<br>SUITE 100-300<br>ATLANTA, GA 30341 |
| 2.2301 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ADDENDUM #1 TO MASTER PROFESSIONAL SERVICES AGREEMENT DATED 01/01/2025 | WIZELINE, INC.<br>201 MISSION ST.<br>SUITE 1200<br>SAN FRANCISCO, CA 94105 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2302 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHANGE ORDER NO. 1 TO STATEMENT OF WORK TO MSA 1 AGREEMENT DATED 06/17/2024 | WIZELINE, INC.<br>1209 ORANGE STREET<br>WILMINGTON<br>NEW CASTLE, DE 19801 |
| 2.2303 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER PROFESSIONAL SERVICES AGREEMENT DATED 03/25/2024 | WIZELINE, INC.<br>1209 ORANGE STREET<br>WILMINGTON<br>NEW CASTLE, DE 19801 |
| 2.2304 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 12/19/2023 | WIZELINE, INC.<br>50 CALIFORNIA ST<br>STE 1500<br>SAN FRANCISCO, CA 94111 |
| 2.2305 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK #1 STAFF AUGMENTATION SERVICES AGREEMENT DATED 04/26/2024 | WIZELINE, INC.<br>1209 ORANGE STREET<br>WILMINGTON<br>NEW CASTLE, DE 19801 |
| 2.2306 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK #2 TO STAFF AUGMENTATION SERVICES AGREEMENT DATED 09/02/2024 | WIZELINE, INC.<br>1209 ORANGE STREET<br>WILMINGTON<br>NEW CASTLE, DE 19801 |
| 2.2307 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SUBCONTRACT AGREEMENT 04/06/2022 AND ALL RELATED AMENDMENTS | WOODBRIDGE PACIFIC GROUP, LLC.<br>ATTN LEGAL DEPARTMENT<br>27271 LAS RAMBLAS<br>SUITE 100<br>MISSION VIEJO, CA 92691 |
| 2.2308 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | JDA CONSTRUCTION MASTER CONTRACT AGREEMENT 03/24/2020 AND ALL RELATED AMENDMENTS | WOODSIDE 05S, LP, DBA WOODSIDE HOMES OF CALIFORNIA, LP<br>1250 CORONA POINTE COURT<br>SUITE 500<br>CORONA, CA 92879 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2309 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | JDA VERTICAL CONSTRUCTION CONTRACT AGREEMENT 03/24/2020 AND ALL RELATED AMENDMENTS | WOODSIDE 05S, LP, DBA WOODSIDE HOMES OF CALIFORNIA, LP<br>1250 CORONA POINTE COURT<br>SUITE 500<br>CORONA, CA 92879 |
| 2.2310 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SUBCONTRACT AGREEMENT 04/05/2021 AND ALL RELATED AMENDMENTS | WOODSIDE 05S, LP, DBA WOODSIDE HOMES OF CALIFORNIA, LP<br>1250 CORONA POINTE COURT<br>SUITE 500<br>CORONA, CA 92879 |
| 2.2311 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SUBCONTRACTOR BID AND PRICING AGREEMENT 10/16/2017 AND ALL RELATED AMENDMENTS | WOODSIDE HOMES OF CALIFORNIA, LP<br>1250 CORONA POINTE COURT<br>SUITE 500<br>CORONA, CA 92879 |
| 2.2312 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SUBCONTRACTOR PRICING AGREEMENT 04/05/2021 AND ALL RELATED AMENDMENTS | WOODSIDE HOMES OF CALIFORNIA, LP<br>1250 CORONA POINTE COURT<br>SUITE 500<br>CORONA, CA 92879 |
| 2.2313 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SUBCONTRACT AGREEMENT 10/22/2024 AND ALL RELATED AMENDMENTS | WOODSIDE HOMES OF NEVADA, LLC<br>7895 W. SUNSET ROAD<br>SUITE 110<br>LAS VEGAS, NV 89113 |
| 2.2314 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SUBCONTRACT AGREEMENT 05/09/2016 AND ALL RELATED AMENDMENTS | WOODSIDE O5S, LP, DBA WOODSIDE HOMES OF CALIFORNIA, LP<br>11870 PIERCE STREET<br>SUITE 250<br>RIVERSIDE, CA 92505 |
| 2.2315 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ORDER FORM AGREEMENT DATED 09/30/2024 | WORKDAY INC<br>6110 STONERIDGE MALL ROAD<br>PLEASANTON, CA 94588 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2316 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SOFTWARE LICENSE AND SERVICES AGREEMENT | WORKFRONT, INC.<br>3301 N. THANKSGIVING WAY<br>STE. 100<br>LEHI, UT 84043 |
| 2.2317 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SOFTWARE LICENSE AND SERVICES AGREEMENT DATED 08/19/2015 | WORKFRONT, INC.<br>3301 N. THANKSGIVING WAY<br>STE. 100<br>LEHI, UT 84043 |
| 2.2318 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK AGREEMENT DATED 02/06/2023 | WORKIVA INC<br>2900 UNIVERSITY BLVD<br>AMES, IA 50010 |
| 2.2319 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | TERMS OF SERVICE AGREEMENT DATED 09/15/2023 | WORKYARD HOLDINGS INC<br>95 3RD STREET<br>SAN FRANCISCO, CA 94103 |
| 2.2320 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SALES AGREEMENT DATED 03/02/2023 | X-CENTRAL LLC<br>2344 VINEYARD PLACE<br>BOULDER, CO 80304 |
| 2.2321 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SALES AGREEMENT DATED 07/25/2023 | X-CENTRAL LLC<br>2344 VINEYARD PLACE<br>BOULDER, CO 80304 |
| 2.2322 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SAAS SERVICES AGREEMENT | X-CENTRAL, INC.<br>1495 CANYON BLVD.<br>#146<br>BOULDER, CO 80302 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2323 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT | XEROX CORPORATION<br>PO BOX 731892<br>DALLAS, TX 75373 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2324 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED 08/26/2015 | XEROX CORPORATION<br>PO BOX 731892<br>DALLAS, TX 75373 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2325 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED 09/04/2024 | XEROX CORPORATION<br>PO BOX 731892<br>DALLAS, TX 75373 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2326 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED 09/18/2018 | XEROX CORPORATION<br>PO BOX 731892<br>DALLAS, TX 75373 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2327 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED 12/31/2024 | XEROX CORPORATION<br>PO BOX 731892<br>DALLAS, TX 75373 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2328 | State what the contract or lease is for and the nature of the debtor's interest | LOAN AND SECURITY AGREEMENT DATED 10/19/2023 | XF ENTERPRISES, INC.<br>500 S TAYLOR<br>SUITE 301<br>AMARILLO, TX 79101 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2329 | State what the contract or lease is for and the nature of the debtor's interest | SOLAR PURCHASE AGREEMENT DATED 10/19/2023 | XF ENTERPRISES, INC.<br>153 PYLE DRIVE<br>EAST EARL, PA 17519 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Sunnova Energy Corporation Case number (If known): 25-90159

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2330 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | OBSERVE.AI PRO SUBSCRIPTION ORDER FORM AGREEMENT DATED 07/14/2023 | Z21 LABS, INC., DBA OBSERVE.AI<br>275 SHORELINE DRIVE<br>SUITE 450<br>REDWOOD CITY, CA 94065 |
| 2.2331 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK AGREEMENT DATED 12/13/2022 | Z21 LABS, INC., DBA OBSERVE.AI<br>275 SHORELINE DRIVE<br>SUITE 450<br>REDWOOD CITY, CA 94065 |
| 2.2332 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SUBSCRIPTION SERVICES AGREEMENT DATED 07/14/2023 | Z21 LABS, INC., DBA OBSERVE.AI<br>548 MARKET STREET<br>PMB 31684<br>SAN FRANCISCO, CA 94104-5401 |
| 2.2333 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER DEALER AGREEMENT DATED 03/22/2022 AND ALL RELATED AMENDMENTS | ZENERGY SOLAR LLC<br>ATTENTION<br>JASON DYE<br>3 GERMAY DR. UNITY 4<br>#1263<br>WILMINGTON, DE 19804 |
| 2.2334 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER CUSTOMER AGREEMENT DATED 01/31/2024 | ZEROFOX, INC.<br>834 S. CHARLES STREET<br>BALTIMORE, MD 21230 |
| 2.2335 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDMENT #1 TO THE ZIFTONE ORDER FORM AGREEMENT DATED 01/15/2024 | ZIFT SOLUTIONS LLC<br>6501 WESTON PKWY<br>SUITE 200<br>CARY, NC 27513 |
| 2.2336 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDMENT TO THE ZIFTONE ORDER FORM DATED 12/14/2023 | ZIFT SOLUTIONS, INC.<br>6501 WESTON PARKWAY<br>SUITE 200<br>CARY, NC 27513 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2337 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SUBSCRIPTION AND SERVICES AGREEMENT DATED 12/18/2019 | ZIFT SOLUTIONS, INC.<br>6501 WESTON PARKWAY<br>SUITE 200<br>CARY, NC 27513 |
| 2.2338 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ZIFTONE ORDER FORMS, DATED 12/18/2019, 04/08/2021, AND 07/26/2022 | ZIFT SOLUTIONS, INC.<br>6501 WESTON PARKWAY<br>SUITE 200<br>CARY, NC 27513 |
| 2.2339 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER PROFESSIONAL SERVICES AGREEMENT DATED 02/01/2024 | ZMO VENTURES LLC<br>1250 AVE PONCE DE LEON<br>3RD FLOOR<br>SAN JUAN, PR 00907 |
| 2.2340 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK #5 TO THE MSA AGREEMENT DATED 12/16/2024 | ZMO VENTURES LLC<br>1250 AVE PONCE DE LEON<br>3RD FLOOR<br>SAN JUAN, PR 00907 |
| 2.2341 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PROPOSAL AGREEMENT DATED 06/01/2022 | ZONDA MEDIA<br>HANLEY WOOD MEDIA, INC.<br>1152 15TH STREET NW<br>SUITE 850<br>WASHINGTON, DC 20005 |
| 2.2342 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ZOOM ONE LICENSE PURCHASE ORDER AGREEMENT DATED 10/17/2022 | ZOOM VIDEO COMMUNICATIONS INC.<br>55 ALMADEN BLVD<br>6TH FLOOR<br>SAN JOSE, CA 95113 |
| 2.2343 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | XLTRAIL QUOTE QT-98B7E236-0001-1 AGREEMENT DATED 02/01/2022 | ZOOMER ANALYTICS GMBH<br>GRUNEGGSTRASSE 19<br>LUZERN, CH-6005<br>SWITZERLAND |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2344 | State what the contract or lease is for and the nature of the debtor's interest | XLTRAIL SUBSCRIPTION AGREEMENT DATED 02/03/2021 | ZOOMER ANALYTICS GMBH<br>EICHBUHLSTRASSE 19<br>ZURICH, 8004<br>SWITZERLAND |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name: Sunnova Energy Corporation

United States Bankruptcy Court for the: Southern District of Texas, Houston Division

Case number (If known): 25-90159

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 | Sunnova Business Markets Borrower, LLC | 20 EAST GREENWAY PLAZA<br>SUITE 540<br>HOUSTON, TX 77046 | MITSUBISHI HC CAPITAL AMERICA, INC. | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 | Sunnova Energy International Inc. | 20 EAST GREENWAY PLAZA<br>SUITE 540<br>HOUSTON, TX 77046 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D<br>☑ E/F<br>☐ G |
| 2.3 | Sunnova EZ-Own Portfolio, LLC | 20 EAST GREENWAY PLAZA<br>SUITE 540<br>HOUSTON, TX 77046 | ATLAS SECURITIZED PRODUCTS ADMINISTRATION, L.P. | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 | Sunnova Intermediate Holdings, LLC | 20 EAST GREENWAY PLAZA<br>SUITE 540<br>HOUSTON, TX 77046 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D<br>☑ E/F<br>☐ G |
| 2.5 | Sunnova SAP IV, LLC | 20 EAST GREENWAY PLAZA<br>SUITE 540<br>HOUSTON, TX 77046 | ATLAS SECURITIZED PRODUCTS ADMINISTRATION, L.P. | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 | Sunnova Solstice Borrower | 20 EAST GREENWAY PLAZA<br>SUITE 540<br>HOUSTON, TX 77046 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☑ D<br>☐ E/F<br>☐ G |

Debtor Sunnova Energy Corporation Case number (If known): 25-90159

Name

**Additional Page if Debtor Has More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.7 | Sunnova TEP 6-B Manager, LLC | 20 EAST GREENWAY PLAZA SUITE 540 HOUSTON, TX 77046 | ATLAS SECURITIZED PRODUCTS ADMINISTRATION, L.P. | ☑ D ☐ E/F ☐ G |
| 2.8 | Sunnova TEP 6-D Manager, LLC | 20 EAST GREENWAY PLAZA SUITE 540 HOUSTON, TX 77046 | ATLAS SECURITIZED PRODUCTS ADMINISTRATION, L.P. | ☑ D ☐ E/F ☐ G |
| 2.9 | Sunnova TEP 7-A Manager, LLC | 20 EAST GREENWAY PLAZA SUITE 540 HOUSTON, TX 77046 | ATLAS SECURITIZED PRODUCTS ADMINISTRATION, L.P. | ☑ D ☐ E/F ☐ G |
| 2.10 | Sunnova TEP 7-B Manager, LLC | 20 EAST GREENWAY PLAZA SUITE 540 HOUSTON, TX 77046 | ATLAS SECURITIZED PRODUCTS ADMINISTRATION, L.P. | ☑ D ☐ E/F ☐ G |
| 2.11 | Sunnova TEP 7-F Manager, LLC | 20 EAST GREENWAY PLAZA SUITE 540 HOUSTON, TX 77046 | ATLAS SECURITIZED PRODUCTS ADMINISTRATION, L.P. | ☑ D ☐ E/F ☐ G |
| 2.12 | Sunnova TEP 7-G Manager, LLC | 20 EAST GREENWAY PLAZA SUITE 540 HOUSTON, TX 77046 | ATLAS SECURITIZED PRODUCTS ADMINISTRATION, L.P. | ☑ D ☐ E/F ☐ G |
| 2.13 | Sunnova TEP 8-A Manager, LLC | 20 EAST GREENWAY PLAZA SUITE 540 HOUSTON, TX 77046 | ATLAS SECURITIZED PRODUCTS ADMINISTRATION, L.P. | ☑ D ☐ E/F ☐ G |
| 2.14 | Sunnova TEP 8-B Manager, LLC | 20 EAST GREENWAY PLAZA SUITE 540 HOUSTON, TX 77046 | ATLAS SECURITIZED PRODUCTS ADMINISTRATION, L.P. | ☑ D ☐ E/F ☐ G |

**Additional Page if Debtor Has More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.15 | Sunnova TEP 8-C, LLC | 20 EAST GREENWAY PLAZA SUITE 540 HOUSTON, TX 77046 | ATLAS SECURITIZED PRODUCTS ADMINISTRATION, L.P. | ☑ D ☐ E/F ☐ G |
| 2.16 | Sunnova TEP 8-D Manager, LLC | 20 EAST GREENWAY PLAZA SUITE 540 HOUSTON, TX 77046 | ATLAS SECURITIZED PRODUCTS ADMINISTRATION, L.P. | ☑ D ☐ E/F ☐ G |
| 2.17 | Sunnova TEP 8-E Manager, LLC | 20 EAST GREENWAY PLAZA SUITE 540 HOUSTON, TX 77046 | ATLAS SECURITIZED PRODUCTS ADMINISTRATION, L.P. | ☑ D ☐ E/F ☐ G |
| 2.18 | Sunnova TEP 8-F Manager, LLC | 20 EAST GREENWAY PLAZA SUITE 540 HOUSTON, TX 77046 | ATLAS SECURITIZED PRODUCTS ADMINISTRATION, L.P. | ☑ D ☐ E/F ☐ G |
| 2.19 | Sunnova TEP 8-G Manager, LLC | 20 EAST GREENWAY PLAZA SUITE 540 HOUSTON, TX 77046 | ATLAS SECURITIZED PRODUCTS ADMINISTRATION, L.P. | ☑ D ☐ E/F ☐ G |
| 2.20 | Sunnova TEP 8-I, LLC | 20 EAST GREENWAY PLAZA SUITE 540 HOUSTON, TX 77046 | ATLAS SECURITIZED PRODUCTS ADMINISTRATION, L.P. | ☑ D ☐ E/F ☐ G |
| 2.21 | Sunnova TEP Developer, LLC | 20 EAST GREENWAY PLAZA SUITE 540 HOUSTON, TX 77046 | ATLAS SECURITIZED PRODUCTS ADMINISTRATION, L.P. | ☑ D ☐ E/F ☐ G |
| 2.22 | Sunnova TEP Holdings, LLC | 20 EAST GREENWAY PLAZA SUITE 540 HOUSTON, TX 77046 | ATLAS SECURITIZED PRODUCTS ADMINISTRATION, L.P. | ☑ D ☐ E/F ☐ G |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.23 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.24 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.25 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.26 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.27 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.28 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.29 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.30 | | | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case and this filing:**

Debtor name Sunnova Energy Corporation

United States Bankruptcy Court for the: Southern District of Texas, Houston Division

Case number (If known) 25-90159

# Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended Schedule ____________________
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ____________________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07/07/2025
MM / DD / YYYY

**X** /s/ Ryan Omohundro
Signature of individual signing on behalf of debtor

Ryan Omohundro
Printed name

Chief Restructuring Officer
Position or relationship to debtor