**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SUNNOVA ENERGY INTERNATIONAL INC., *et al.*,[1] | ) | Case No. 25-90160 (ARP) |
| | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF FILING OF SCHEDULES**
**TO WHOLECO STALKING HORSE AGREEMENT**

      **PLEASE TAKE NOTICE** that, on June 12, 2025, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion for Entry of an Order (I) Approving the Bidding Procedures, (II) Scheduling Certain Dates with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Approving the WholeCo Stalking Horse Agreement and Expense Reimbursement, (V) Establishing Notice and Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases, (VI) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases, (VII) Authorizing the Sale of Assets, and (VIII) Granting Related Relief* [Docket No. 113] (the "Bidding Procedures Motion")[2] requesting authority, but not direction, to solicit and select the highest or otherwise best offer(s) for a Sale Transaction (as defined therein) of (a) all or substantially all of the assets or (b) one or more, or any combination of, assets of one or more Debtors.

      **PLEASE TAKE FURTHER NOTICE** that, on June 20, 2025, the Debtors filed the *Notice of Filing of WholeCo Stalking Horse Agreement and Proposed Sale Order* [Docket No. 238], which attached as Exhibit A thereto that certain asset purchase agreement between the Debtors party thereto, Solaris Assets, LLC, Solaris ABS, LLC, and Solaris Borrower, LLC to effectuate the Sale Transaction on the terms set forth therein (the "WholeCo Stalking Horse Agreement").

      **PLEASE TAKE FURTHER NOTICE** that the Schedules to the WholeCo Stalking Horse Agreement are attached hereto as **Exhibit A**.

---

[1]    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Sunnova.  The location of Debtor Sunnova Energy International Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 20 East Greenway Plaza, Suite 540, Houston, Texas 77046.  "Sunnova" means, collectively, Sunnova Energy International Inc. and its Debtor and non-Debtor subsidiaries and affiliates.

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Bidding Procedures Motion.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will seek approval of the Bidding Procedures Motion and authority to enter into the WholeCo Stalking Horse Agreement at the hearing scheduled to commence on **July 11, 2025, at 9:00 a.m. (prevailing Central Time)** before the Honorable Judge Pérez via audio and video communication only.

**PLEASE TAKE FURTHER NOTICE** that all documents filed in these chapter 11 cases and other relevant case information are now available free of charge on the following website maintained by Debtors' claims and noticing agent in connection with these chapter 11 cases: https://restructuring.ra.kroll.com/Sunnova. Copies of any pleadings or papers filed with the Court may also be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

Houston, Texas
Dated: July 11, 2025

/s/ Jason G. Cohen

**BRACEWELL LLP**
Jason G. Cohen (TX Bar No. 24050435)
Jonathan L. Lozano (TX Bar No. 24121570)
711 Louisiana Street, Suite 2300
Houston, Texas 77002
Telephone:     (713) 223-2300
Facsimile:      (800) 404-3970
Email:           jason.cohen@bracewell.com
                     jonathan.lozano@bracewell.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Anup Sathy, P.C. (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email:           anup.sathy@kirkland.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Brian Schartz, P.C. (TX Bar No. 24099361)
Ciara Foster (admitted *pro hac vice*)
Margaret Reiney (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900
Email:           brian.schartz@kirkland.com
                     ciara.foster@kirkland.com
                     margaret.reiney@kirkland.com

*Proposed Co-Counsel for the Debtors*
*and Debtors in Possession*

*Proposed Co-Counsel for the Debtors*
*and Debtors in Possession*

**<u>Certificate of Service</u>**

I certify that on July 11, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Jason G. Cohen*
Jason G. Cohen