**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SUNNOVA ENERGY INTERNATIONAL INC., *et al.*,[1] | § | Case No. 25-90160 (ARP) |
| | § | |
| | § | (Jointly Administered) |
| Debtors. | § | |
| | § | |

## MASTER SERVICE LIST AS OF JULY 23, 2025

      Pursuant to the *Order Granting Complex Chapter 11 Bankruptcy Case Treatment* [Docket No. 20], the debtors and debtors in possession (collectively, the "Debtors") hereby submit the attached consolidated Master Service List, which designates the parties to be served for any motion or pleading requiring notice, effective as of July 23, 2025.

*[Remainder of page intentionally left blank]*

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/Sunnova.  The location of Debtor Sunnova Energy International Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 20 East Greenway Plaza, Suite 540, Houston, Texas 77046.

**Exhibit A**

Samova Energy International Inc., et al.
Master Service List
Case No. 25-90160 (ARP)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|
| COUNSEL TO COLLIN COUNTY, COLLIN COLLEGE, CITY OF PLANO, CITY OF MCKINNEY, MCKINNEY ISD, CELINA ISD, CITY OF CELINA, CITY OF MURPHY, CITY OF JOSEPHINE, COMMUNITY ISD, COLLIN COUNTY MUD, PARIS JUNIOR COLLEGE, CITY OF PARIS, ROYSE CITY ISD, VAN ALSTYNE ISD, CITY OF SHERMAN | ABERNATHY, ROEDER, BOYD & HULLETT, P.C. | ATTN: PAUL M. LOPEZ, LARRY R. BOYD, EMILY M. HAHN | 1700 REDBUD BLVD. | STE. 300 | MCKINNEY | TX | 75069 | 214-544-4000 | 214-544-4040 | LBOYD@ABERNATHY-LAW.COM PLOPEZ@ABERNATHY-LAW.COM EHAHN@ABERNATHY-LAW.COM |
| COUNSEL TO AUTOMOTIVE RENTALS, INC. AND ARI FLEET LT LT (COLLECTIVELY "ARI") | ADAMS AND REESE LLP | ATTN: RICARDO "RICHARDT" J.A. AGUILAR, III, ESQ., MARK J. CHANEY, III, ESQ. | 701 POYDRAS STREET | 45TH FLOOR | NEW ORLEANS | LA | 70139 | 504-585-0239; 504-585-0475 | 504-586-6570; 504-586-6550 | RICHARD.AGUILAR@ARLAW.COM MARK.CHANEY@ARLAW.COM |
| COUNSEL TO AFFORDABLE SOLAR ROOF & AIR, LLC | AFFORDABLE SOLAR ROOF & AIR, LLC | ATTN: KLARIKA J. CAPLAND, ESQ. | 4914 CREEKSIDE DRIVE | | CLEARWATER | FL | 33716 | 727-977-9903 | | KLARIKA.COPLAND@SOLARROOFAIR.COM KLARIKA@KLARIKACAPLAND.COM |
| COUNSEL TO SCP 2D GREENWAY, LLC | ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP | ATTN: IVAN M. GOLD, ESQ. | THREE EMBARCADERO CENTER, 12TH FLOOR | | SAN FRANCISCO | CA | 94111-4074 | 415-273-7431 | 415-837-1516 | IGOLD@ALLENMATKINS.COM |
| TOP 20 UNSECURED CREDITORS | AON RISK SERVICES SOUTHWEST, INC. | ATTN: LORI GOLTERMANN CHIEF EXECUTIVE OFFICER, NORTH AMERICA AND GLOBAL REGIONS | 200 E. RANDOLPH STREET | | CHICAGO | IL | 60601 | 312-381-1000 | | LORI.GOLTERMANN@AON.COM |
| COUNSEL TO THE DIP AGENT | ARNOLD PORTER KAYE SCHOLER LLP | ATTN: ALAN GLANTZ | 250 WEST 55TH STREET | | NEW YORK | NY | 10019-9710 | | | ALAN.GLANTZ@ARNOLDPORTER.COM |
| COUNSEL TO ALTER DOMUS (US) LLC, SOLELY IN ITS CAPACITY AS DIP AGENT | ARNOLD PORTER KAYE SCHOLER LLP | ATTN: CHRISTOPHER M. ODELL | 700 LOUISIANA STREET, SUITE 4000 | | HOUSTON | TX | 77002-2755 | 713-576-2400 | 713-576-2499 | CHRISTOPHER.ODELL@ARNOLDPORTER.COM |
| COUNSEL TO ALTER DOMUS (US) LLC, SOLELY IN ITS CAPACITY AS DIP AGENT | ARNOLD PORTER KAYE SCHOLER LLP | ATTN: SARAH GRYLL | 70 WEST MADISON STREET, SUITE A200 | | CHICAGO | IL | 60602-4231 | 312-583-2300 | 312-583-2360 | SARAH.GRYLL@ARNOLDPORTER.COM |
| STATE OF MARYLAND ATTORNEY GENERAL | ASSISTANT ATTORNEY GENERAL | OFFICE OF ATTORNEY GENERAL | ATTN: JAMES M.C. MCHALE | 200 ST. PAUL PLACE | BALTIMORE | MD | 21202 | 410-576-6383 | | JMCHALE@OAG.STATE.MD.US |
| TOP 20 UNSECURED CREDITORS | BAKER BOTTS LLP | ATTN: PAUL EICHELMAN, CHIEF FINANCIAL OFFICER | 910 LOUISIANA STREET | | HOUSTON | TX | 77002 | 212-408-2500 | 212-408-2501 | PAUL.EICHELMAN@BAKERBOTTS.COM |
| COUNSEL TO SOLAR ENERGY WORLD, LLC | BALLARD SPAHR LLP | ATTN: MATTHEW G. SUMMERS MARGARET A. VESPER | 919 N. MARKET STREET, 11TH FLOOR | | WILMINGTON | DE | 19801 | 302-252-4465 | 302-252-4466 | VESPERM@BALLARDSPAHR.COM SUMMERSM@BALLARDSPAHR.COM |
| PROPOSED COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS | BLANK ROME LLP | ATTN: IRA L. HERMAN | 1271 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10020 | 212-885-5001 | | IRA.HERMAN@BLANKROME.COM |
| PROPOSED COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS | BLANK ROME LLP | ATTN: JOSEPH M. WELCH | 4 PARK PLAZA | SUITE 450 | IRVINE | CA | 92614 | 949-812-6000 | | JOSEPH.WELCH@BLANKROME.COM |
| PROPOSED COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS | BLANK ROME LLP | ATTN: MICHAEL B. SCHAEDLE, MATTHEW E. KASLOW | ONE LOGAN SQUARE | 130 NORTH 18TH STREET | PHILADELPHIA | PA | 19103 | 215-569-5500 | | MIKE.SCHAEDLE@BLANKROME.COM MATT.KASLOW@BLANKROME.COM |
| TOP 20 UNSECURED CREDITORS | BLUE SKY SMART SOLUTIONS INC. | ATTN: GREG BENNETT, CHIEF EXECUTIVE OFFICER | 2116 DELAWARE STREET | | LAWRENCE | KS | 66046 | 888-677-2992 | | GREG.BENNETT@BLUESKYSMARTSOLUTIONS.COM |
| PROPOSED COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION | BRACEWELL LLP | ATTN: JASON G. COHEN, JONATHAN L. LOZANO | 711 LOUISIANA STREET, SUITE 2300 | | HOUSTON | TX | 77002 | 713-223-2300 | 800-404-3970 | JASON.COHEN@BRACEWELL.COM JONATHAN.LOZANO@BRACEWELL.COM |
| COUNSEL TO SKYVIEW FINANCE COMPANY, LLC AND SKYVIEW VENTURES, LLC | BRADLEY ARANT BOULT CUMMINGS LLP | ATTN: JARROD B. MARTIN | 600 TRAVIS | SUITE 5600 | HOUSTON | TX | 77002 | 713-576-0388 | 713-576-0301 | JBMARTIN@BRADLEY.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | CAPITAL VENTURES INTERNATIONAL | ATTN: JOSH HACEY | 401 CITY AVENUE | SUITE 220 | BALA CNWYD | PA | 19004 | 610-617-2868 | | JOSH.HACEY@SIG.COM |
| TOP 20 UNSECURED CREDITORS | CITADEL ROOFING AND SOLAR SST | ATTN: DIETER FOLK, PRESIDENT | JAI ROOFING | 4980 ALLISON PARKWAY | VACAVILLE | CA | 95688 | 707-446-5500 | | DFOLK@CITADELSS.COM |
| COUNSEL TO SOLAR SAVINGS DIRECT, INC. | COHEN SEGLIAS PALLAS GREENHALL & FURMAN, P.C. | ATTN: BRIAN MAHONEY | 900 SEVENTH STREET, NW | SUITE 725 | WASHINGTON | DC | 20001 | 202-466-4110 | 202-466-2693 | BMAHONEY@COHENSEGLIAS.COM |
| COUNSEL TO SOLAR SAVINGS DIRECT, INC. | COHEN SEGLIAS PALLAS GREENHALL & FURMAN, P.C. | ATTN: CHRISTOPHER OUELLETTE | 500 DELAWARE AVENUE | SUITE 730 | WILMINGTON | DE | 19801 | 302-425-5089 | | COUELLETTE@COHENSEGLIAS.COM |
| COUNSEL TO THE AD HOC GROUP OF ABS LENDERS | DAVIS POLK & WARDWELL LLP | ATTN: DAMIAN S. SCHAIBLE, JONAH A. PEPPIATT, ANGELA M. LIBBY | 450 LEXINGTON AVENUE | | NEW YORK | NY | 10017 | 212-450-4000 | | DAMIAN.SCHAIBLE@DAVISPOLK.COM JONAH.PEPPIATT@DAVISPOLK.COM ANGELA.LIBBY@DAVISPOLK.COM |
| TOP 20 UNSECURED CREDITORS | DELOITTE TAX LLP | ATTN: JOE UCUZOGLU, CHIEF EXECUTIVE OFFICER | 4022 SILLS DR | | HERMITAGE | TN | 37076 | 212-436-4200 | | JUCUZOGLU@DELOITTE.COM |
| COUNSEL TO VIII GLOBAL SOLUTIONS, LLC | DENTONS US LLP | ATTN: CASEY S. DOHERTY, JR. | 1300 POST OAK BOULEVARD | SUITE 650 | HOUSTON | TX | 77056 | 713-658-4600 | 713-658-4689 | CASEY.DOHERTY@DENTONS.COM |
| COUNSEL TO VIII GLOBAL SOLUTIONS, LLC | DENTONS US LLP | ATTN: JOHN A. MOE, II | 601 SOUTH FIGUEROA STREET | SUITE 2500 | LOS ANGELES | CA | 90017-5704 | 213-623-9300 | 213-623-9924 | JOHN.MOE@DENTONS.COM |
| COUNSEL TO RANDY ZERFOWSKI, JOYCE GONZALES-MEDEIROS, SILAS FLAVIO MEDEIROS | DUNIVAN LAW, PA | ATTN: BRYANT H. DUNIVAN JR., ESQ. | 5668 FISHHAWK CROSSING BLVD., STE. 333 | | LITHIA | FL | 33547 | 813-252-0239 | 813-252-0239 | BRYANT@DUNIVANLAW.COM ESERVICE@DUNIVANLAW.COM |
| COUNSEL TO DYNAMIC SLR INC | EXO ENERGY INC. | ATTN: WESLEY CALLAND, OWNER | 1358 LA MIRADA DR | | SAN MARCOS | CA | 92078 | 888-463-9667 | | WESLEY@EXOODOENERGY.COM |
| | FERGUSON BRASWELL FRASER KUBASTA PC | ATTN: MEGAN F. CLONTZ | 2500 DALLAS PARKWAY | SUITE 600 | PLANO | TX | 75093 | 972-378-9111 | 972-378-9115 | MCLONTZ@FBFK.LAW |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | FIDELITY MANAGEMENT & RESEARCH COMPANY LLC | ATTN: NATE VANDUZER | 245 SUMMER STREET | | BOSTON | MA | 02210 | 617-392-8129 | | NATE.VANDUZER@FMR.COM |

Sumeru Energy International Inc., et al.
Master Service List
Case No. 25-90160 (ARP)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|
| TOP 30 UNSECURED CREDITORS | FREEDOM FOREVER, LLC | ATTN: BRETT BOUCHY, CHIEF EXECUTIVE OFFICER | 43445 BUSINESS PARK DR. | SUITE 110 | TEMECULA | CA | 92590 | 888-557-6431 | | BBOUCHY@FREEDOMFOREVER.COM |
| COUNSEL TO SCP 20 GREENWAY, LLC | FROST BROWN TODD LLP | ATTN: REBECCA L. MATTHEWS, ESQ. | 2101 CEDAR SPRINGS RD. | | DALLAS | TX | 75201 | 214-580-5852 | 214-545-3472 | RMATTHEWS@FBTLAW.COM |
| COUNSEL TO TRENOGY INCORPORATED | FROST BROWN TODD LLP | ATTN: RONALD E. GOLD, ESQ. | 3300 GREAT AMERICAN TOWER | 301 EAST FOURTH STREET | CINCINNATI | OH | 45202 | 513-651-6800 | 513-651-6981 | RGOLD@FBTLAW.COM |
| COUNSEL TO TITRON, INC. | G. ORTEGA LAW, PLLC | ATTN: CHRISTINE M. RENNE | 218 WESTCOTT STREET | | HOUSTON | TX | 77007 | 832-418-3787 | | CHRIS@12USC.COM |
| | GELLERT SEITZ BUSENKELL & BROWN, LLC | ATTN: MICHAEL BUSENKELL, ESQ. | 1201 NORTH ORANGE STREET, | SUITE 300 | WILMINGTON | DE | 19801 | 302-425-5812 | | MBUSENKELL@GSBBLAW.COM |
| COUNSEL TO LENNAR HOMES, LLC ("LENNAR") | GOODWIN PROCTER LLP | ATTN: ALEXANDER J. NICAS, ARTEM SKOROSTENSKY, MEREDITH MITNICK | THE NEW YORK TIMES BUILDING | 620 EIGHTH AVENUE | NEW YORK | NY | 10018 | 212-813-8800 | | ANICAS@GOODWINLAW.COM; ASKOROSTENSKY@GOODWINLAW.COM; MMITNICK@GOODWINLAW.COM |
| COUNSEL TO LENNAR HOMES, LLC ("LENNAR"), BILL GOSLING OUTSOURCING AND ALLIED INTERNATIONAL CREDIT CORP. | GRAY REED | ATTN: JASON S. BROOKNER, LYDIA R. WEBB, AARON M. KAUFMAN, AMBER M. CARSON | 1300 POST OAK BLVD, SUITE 2000 | | HOUSTON | TX | 77056 | 713-986-7000 | 713-986-7100 | JBROOKNER@GRAYREED.COM; LWEBB@GRAYREED.COM; AKAUFMAN@GRAYREED.COM; ACARSON@GRAYREED.COM |
| GUAM ATTORNEY GENERAL | GREENSPOON MARDER LLP | ATTN: ALAN G. TIPPIE, ESQ. | 1875 CENTURY PARK EAST, SUITE 1900 | | LOS ANGELES | CA | 90067 | 213-626-2311 | 954-771-9264 | ALAN.TIPPIE@GMLAW.COM |
| GUAM ATTORNEY GENERAL | GUAM ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 590 S. MARINE CORPS DRIVE | SUITE 902 | TAMUNING | GU | 96913 | 671-475-3324 | | DBMOYLAN@OAGGUAM.ORG; ADMINISTRATION@OAGGUAM.ORG |
| COUNSEL FOR HARRIS COUNTY, HARRIS COUNTY FLOOD CONTROL DISTRICT, HARRIS COUNTY PORT OF HOUSTON AUTHORITY, HARRIS COUNTY HOSPITAL DISTRICT, AND HARRIS COUNTY DEPARTMENT OF EDUCATION | HARRIS COUNTY ATTORNEY'S OFFICE | ATTN: PROPERTY TAX DIVISION, SUSAN FUERTES | ASSISTANT COUNTY ATTORNEY | P.O. BOX 2848 | HOUSTON | TX | 77252 | 346-286-8899 | | TAXBANKRUPTCY.CAO@HARRISCOUNTYTX.GOV |
| COUNSEL TO WKR CREDIT ADVISERS (US) LLC | HAYNES AND BOONE, LLP | ATTN: CHARLES A. BECKHAM, JR., IAN T. PECK | 1221 MCKINNEY STREET, SUITE 2900 | | HOUSTON | TX | 77010 | 713-547-2000 | 713-547-2600 | CHARLES.BECKHAM@HAYNESBOONE.COM; IAN.PECK@HAYNESBOONE.COM |
| COUNSEL TO ATLAS SECURITIZED PRODUCTS ADMINISTRATION, LP. | HERBERT SMITH FREEHILLS KRAMER (US) LLP | ATTN: ALEXANDER N. WOOLVERTON, JENNIFER R. SHARRET, ASHLAND J. BERNARD | 1177 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10036 | 212-715-9100 | 212-715-8000 | ALEXANDER.WOOLVERTON@HSFKRAMER.COM; JENNIFER.SHARRET@HSFKRAMER.COM; ASHLAND.BERNARD@HSFKRAMER.COM |
| COUNSEL TO FREEDOM FOREVER LLC | HOLLAND & HART LLP | ATTN: MATTHEW JOCHS | 555 SEVENTEENTH STREET, SUITE 3200 | P.O. BOX 8749 | DENVER | CO | 80201-8749 | 303-295-8299 | 303-295-8261 | MJOCHS@HOLLANDHART.COM |
| TOP 30 UNSECURED CREDITORS | HOME DEPOT SOLUTIONS LLC | ATTN: CHARLES LAMAR II, SR. LEGAL SPECIALIST | 2455 PACES FERRY ROADSE, BUILDING C-19 | | ATLANTA | GA | 30339-4024 | 770-433-8211 | | TED_DECKER@HOMEDEPOT.COM |
| COUNSEL TO TESLA, INC. | HOWLEY LAW PLLC | ATTN: TOM A. HOWLEY, ERIC TERRY | TC Energy Center | 700 LOUISIANA ST., SUITE 4545 | HOUSTON | TX | 77002 | 713-333-9125 | | TOM@HOWLEY-LAW.COM; ERIC@HOWLEY-LAW.COM |
| TOP 30 UNSECURED CREDITORS | INFINITY ENERGY INC. | ATTN: BRYSON SOLOMON, CHIEF EXECUTIVE OFFICER | 3825 ATHERTON ROAD | | ROCKLIN | CA | 95765 | 407-676-6750 | | BSOLOMON@GOINFINITYENERGY.COM |
| TOP 30 UNSECURED CREDITORS | INTEGRATED ENERGY GROUP LLC / INTEGRATED SOLAR OPERATIONS (ISOGROUP) | ATTN: JOSH TOFTELAND, PARTNER AND CHIEF EXECUTIVE OFFICER | 3929 E GUASTI | SUITE F | ONTARIO | CA | 91761 | | | JD.TOFTELAND@IECONSTRUCTION.COM |
| TOP 30 UNSECURED CREDITORS | | ATTN: RALPH DIAZ, PRESIDENT | PO BOX 9731 | | SAN JUAN | PR | 00908 | 787-520-9041 | | |
| INTERNAL REVENUE SERVICE | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | 1111 PENNSYLVANIA AVENUE NW | | WASHINGTON | DC | 20004-2541 | 800-973-0424 | 855-235-6787 | |
| INTERNAL REVENUE SERVICE | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | P.O. BOX 7346 | | PHILADELPHIA | PA | 19101-7346 | 800-973-0424 | 855-235-6787 | |
| COUNSEL TO SEASEN SOLAR | JACKSON WALKER LLP | ATTN: ZACHARY MCKAY | 1401 MCKINNEY STREET | SUITE 1900 | HOUSTON | TX | 77010 | 713-752-4200 | 713-752-4221 | ZMCKAY@JW.COM |
| COUNSEL TO EQUINOX SOLAR INC, D/B/A BRILLIANT SOLAR | KESSLER COLLINS, PC | ATTN: ANTHONY J. BARBIERI, DANIEL P. CALLAHAN | 500 N. AKARD STREET | SUITE 3700 | DALLAS | TX | 75201 | 214-379-0722 | 214-373-4714 | AJB@KESSLERCOLLINS.COM; DPC@KESSLERCOLLINS.COM |
| PROPOSED COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION | KIRKLAND & ELLIS LLP | ATTN: ANUP SATHY, P.C. | 333 WEST WOLF POINT PLAZA | | CHICAGO | IL | 60654 | 312-862-2000 | 312-862-2200 | ANUP.SATHY@KIRKLAND.COM |
| PROPOSED COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION | KIRKLAND & ELLIS LLP | ATTN: BRIAN SCHARTZ, P.C., CARA FOSTER, MARGARET REINEY, JOSHUA GREENBLATT, P.C., GAVIN D. SCHRYVER, MARGARET REINEY, JIMMY RYAN, NATHAN FELTON | 601 LEXINGTON AVENUE | | NEW YORK | NY | 10022 | 212-446-4800 | 212-446-4900 | BRIAN.SCHARTZ@KIRKLAND.COM; CARA.FOSTER@KIRKLAND.COM; MARGARET.REINEY@KIRKLAND.COM; JOSH.GREENBLATT@KIRKLAND.COM; GAVIN.SCHRYVER@KIRKLAND.COM; JIMMY.RYAN@KIRKLAND.COM; NATHAN.FELTON@KIRKLAND.COM |
| CLAIMS, NOTICING AND SOLICITATION AGENT | KROLL RESTRUCTURING ADMINISTRATION LLC | ATTN: RYAN VYSKOCIL | 1 WORLD TRADE CENTER | 31ST FLOOR | NEW YORK | NY | 10007 | 212-257-5450 | 646-536-2810 | SERVICEQA@RA.KROLL.COM |
| COUNSEL TO BAYWA R.E. SOLAR SYSTEMS, LLC | LAW OFFICE OF CHRISTINE E. BAUR | ATTN: CHRISTINE E. BAUR, ESQ. | 4653 CARMEL MOUNTAIN ROAD, SUITE 308 #312 | | SAN DIEGO | CA | 92130 | 858-350-3757 | 858-876-9480 | CHRISTINE@BAURBKLAW.COM |
| TOP 30 UNSECURED CREDITORS, OFFICIAL COMMITTEE OF UNSECURED CREDITORS | LGCH INSTALLATION SERVICES LLC | ATTN: DOUG ROBINSON, JARED PARRISH | LGCH HOLDINGS LLC, 3333 DIGITAL DR, STE 600 | 600 | LEHI | UT | 84043 | 801-502-7468 | 855-502-0485; 801-502-7468 | DOUGROBINSON@LGCHPOWER.COM; JAREDPARRISH@LGCHPOWER.COM |

Sunnova Energy International Inc., et al.
Master Service List
Case No. 25-90160 (ARP)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|
| TOP 30 UNSECURED CREDITORS | LIEN SOLUTIONS | ATTN: NANCY MCKINSTRY, CHIEF EXECUTIVE OFFICER | CT CORPORATION SYSTEM | PO BOX 301133 | DALLAS | TX | 75303 | 713-533-4600 | | NANCY.MCKINSTRY@WOLTERSKLUWER.COM |
| COUNSEL TO HAYS CAD, CITY OF THORNTON | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DUANE W. SANDERS | PO BOX 17428 | | AUSTIN | TX | 78760-7428 | 512-447-6675 | 512-443-5114 | AUSTIN.BANKRUPTCY@LGBS.COM |
| COUNSEL TO CITY OF EL PASO, REEVES COUNTY, ZAVALA CAD, CRANE COUNTY, CITY OF EAGLE PASS, BRIAN STEM, DE LA SALLE COUNTY, EAGLE PASS ISD, BEXAR COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DON STECKER | 112 E. PECAN STREET, SUITE 2200 | | SAN ANTONIO | TX | 78205 | 210-225-6763 | 210-225-6410 | SANANTONIO.BANKRUPTCY@LGBS.COM |
| COUNSEL TO DALLAS COUNTY, VAN ZANDT CAD, RED RIVER COUNTY, NAVARRO COUNTY, TARRANT COUNTY, FRANKSTON ISD AND SMITH COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN K. TURNER | 3500 MAPLE AVENUE SUITE 800 | | DALLAS | TX | 75219 | 214-880-0089 | 469-221-5003 | DALLAS.BANKRUPTCY@LGBS.COM |
| COUNSEL TO MONTGOMERY COUNTY, FORT BEND COUNTY, HARRIS COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: TARA L. GRUNDEMEIER | PO BOX 3064 | | HOUSTON | TX | 77253-3064 | 713-844-3400 | 713-844-3503 | HOUSTON_BANKRUPTCY@LGBS.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | NAME ON FILE | ADDRESS ON FILE | | | | | | PHONE NUMBER ON FILE | | EMAIL ADDRESS ON FILE |
| TOP 30 UNSECURED CREDITORS | LUMIO HX, INC. | ATTN: ANDREW WALTON, CHIEF UNDERWRITING OFFICER | 1550 W. DIGITAL DR. | STE 500 | LEHI | UT | 84043 | 888-586-4649 | | ANDREW.WALTON@LUMIO.COM |
| TOP 30 UNSECURED CREDITORS | MARKEL INSURANCE COMPANY | ATTN: LINDSY JENNINGS, CHIEF UNDERWRITING OFFICER | 4521 HIGHWOODS PARKWAY | | GLEN ALLEN | VA | 23060 | 800-446-6671 | | LJENNINGS@MARKEL.COM |
| COUNSEL TO ELLIOTT ELECTRIC SUPPLY, INC. | MATTHEWS, SHIELS, KNOTT, EDEN, DAVIS & BEANLAND, L.L.P | ATTN: MSTI L. BEANLAND, CHRISTEN C. PAQUIN | 8131 LBJ FREEWAY, SUITE 700 | | DALLAS | TX | 75251 | 972-234-3400 | 972-234-1750 | CPAQUIN@MSSATTORNEYS.COM; BEANLAND@MSSATTORNEYS.COM |
| | MCCALLA RAIMER LEIBERT PIERCE, LLP | ATTN: BANKRUPTCY DEPARTMENT | 1544 OLD ALABAMA RD | | ROSWELL | GA | 30076 | 770-643-7200; 312-346-9088 X5174 | 866-761-0279; 1-800-275-7171 | TOM.TOMHSEN@MCCALLA.COM |
| COUNSEL TO THE COUNTY OF CORYELL, TEXAS, EASTLAND COUNTY APPRAISAL DISTRICT, LAMPASAS CENTRAL APPRAISAL DISTRICT THE COUNTY OF HAYS, TEXAS, AND THE COUNTY OF LIMESTONE, TEXAS, COUNTY OF ANDERSON, TEXAS, THE COUNTY OF BASTROP, TEXAS, TAX APPRAISAL DISTRICT OF BELL COUNTY, THE COUNTY OF BOSQUE, TEXAS, BURNET CENTRAL APPRAISAL DISTRICT THE COUNTY OF CALLAHAN, TEXAS, THE COUNTY OF COMAL, TEXAS, THE COUNTY OF FIRESTONE, TEXAS, GRIMES CENTRAL APPRAISAL DISTRICT, THE COUNTY OF GUADALUPE, TEXAS, THE COUNTY OF HARDIN, TEXAS, HARRISON CENTRAL APPRAISAL DISTRICT, THE COUNTY OF HARRISON, TEXAS, THE COUNTY OF HENDERSON, TEXAS, REEVES COUNTY TAX DISTRICT, CITY OF WACO AND/OR WACO ISD THE COUNTY OF WHARTON, TEXAS, THE COUNTY OF WILLIAMSON, TEXAS | MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | ATTN: JULIE ANNE PARSONS | P.O. BOX 1269 | | ROUND ROCK | TX | 78680-1269 | 512-323-3200 | 512-323-3205 | JPARSONS@MVBALAW.COM |
| COUNSEL TO SPECIAL COMMITTEE OF THE BOARD OF DIRECTORS OF SUNNOVA TEP HOLDINGS, LLC (THE "TEPH SPECIAL COMMITTEE") | MCDERMOTT WILL & EMERY LLP | ATTN: CHARLES R. GIBBS, GRAYSON WILLIAMS | 2501 NORTH HARWOOD STREET, SUITE 2600 | | DALLAS | TX | 75201 | 214-295-8000 | 972-232-3098 | CRGIBBS@MWE.COM; GWILLIAMS@MWE.COM |
| COUNSEL TO KKR CREDIT ADVISERS (US) LLC | MILBANK LLP | ATTN: ANDREW M. LEBLANC, ERIN DEXTER, JULIE WOLF | 1850 K STREET, NW, SUITE 1100 | | WASHINGTON | DC | 20006 | 202-835-7500 | 202-263-7586 | ALEBLANC@MILBANK.COM; EDEXTER@MILBANK.COM; JWOLF@MILBANK.COM |
| COUNSEL TO THE KKR TERM LOAN LENDERS | MILBANK LLP | ATTN: DENNIS DUNNE, ANDREW HARMEYER | 55 HUDSON YARDS | | NEW YORK | NY | 10001 | | | DDUNNE@MILBANK.COM |
| COUNSEL TO KKR CREDIT ADVISERS (US) LLC | MILBANK LLP | ATTN: DENNIS F. DUNNE, TYSON M. LOMAZOW, ANDREW HARMEYER | 55 HUDSON YARDS | | NEW YORK | NY | 10001 | 212-530-5000 | 212-530-5219 | DDUNNE@MILBANK.COM; TLOMAZOW@MILBANK.COM |
| COUNSEL TO GOODFINCH MANAGEMENT, LLC | NORTON ROSE FULBRIGHT US LLP | ATTN: ERIC DAUCHER, GEREN BROWN | 1301 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10019 | 212-408-5405 | | ERIC.DAUCHER@NORTONROSEFULBRIGHT.COM; GEREN.BROWN@NORTONROSEFULBRIGHT.COM |
| COUNSEL TO GOODFINCH MANAGEMENT, LLC | NORTON ROSE FULBRIGHT US LLP | ATTN: JULIE HARRISON | 1550 LAMAR, SUITE 2000 | | HOUSTON | TX | 77010 | 713-651-5151 | 713-651-5246 | JULIE.HARRISON@NORTONROSEFULBRIGHT.COM |
| TOP 30 UNSECURED CREDITORS | OUR WORLD ENERGY | ATTN: CALEB ANTONUCCI, CHIEF EXECUTIVE OFFICER | 7720 W ENCINAS LN | | PHOENIX | AZ | 85043 | 623-850-5700 | | CANTONUCCI@OURWORLDENERGY.COM |
| COUNSEL TO WINDMAR P.V. ENERGY, INC. | PACHULSKI STANG ZIEHL & JONES LLP | ATTN: HENRY C. KEVANE, ESQ. | ONE SANSOME STREET | SUITE 3430 | SAN FRANCISCO | CA | 94104 | 415-263-7000 | 415-263-7010 | HKEVANE@PSZJLAW.COM |
| COUNSEL TO WINDMAR P.V. ENERGY, INC. | PACHULSKI STANG ZIEHL & JONES LLP | ATTN: IRA D. KHARASCH, ESQ. | 10100 SANTA MONICA BLVD | 13TH FLOOR | LOS ANGELES | CA | 90067 | 310-277-6910 | 310-201-0760 | IKHARASCH@PSZJLAW.COM |
| COUNSEL TO WINDMAR P.V. ENERGY, INC. | PACHULSKI STANG ZIEHL & JONES LLP | ATTN: THEODORE S. HECKEL, ESQ. | 700 LOUISIANA STREET | SUITE 4500 | HOUSTON | TX | 77002 | 713-691-9385 | 713-691-9407 | THECKEL@PSZJLAW.COM |

Sunnova Energy International Inc., et al.
Case No. 25-90160 (ARP)

Page 5 of 7

Sunnova Energy International Inc., et al.
Master Service List
Case No. 25-90160 (ARP)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|
| COUNSEL TO THE AD HOC GROUP OF DIP LENDERS | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ANDREW N. ROSENBERG, ROBERT A. BRITTON, MICHAEL J. COLAROSSI, ZACHARY SINGER, LINDSAY A. WASSERMAN | 1285 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10019 | 212-373-3000 | 212-757-3990 | AROSENBERG@PAULWEISS.COM; RBRITTON@PAULWEISS.COM; MCOLAROSSI@PAULWEISS.COM; ZSINGER@PAULWEISS.COM; LWASSERMAN@PAULWEISS.COM |
| COUNSEL TO THE AD HOC GROUP OF CERTAIN NOTEHOLDERS | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ALICE EATON, ANDREW N. ROSENBERG, ROBERT BRITTON, SUN PAK | 1285 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10019-6064 | | | AEATON@PAULWEISS.COM; AROSENBERG@PAULWEISS.COM; RBRITTON@PAULWEISS.COM; SPAK@PAULWEISS.COM |
| COUNSEL TO SPRING BRANCH INDEPENDENT SCHOOL DISTRICT AND CITY OF HOUSTON | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: MELISSA E. VALDEZ | 1235 NORTH LOOP WEST | SUITE 600 | HOUSTON | TX | 77008 | 713-862-1860 | 713-862-1429 | MVALDEZ@PBFCM.COM |
| COUNSEL TO FAYETTE COUNTY APPRAISAL DISTRICT | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: SERGIO E. GARCIA | 3301 NORTHLAND DRIVE | SUITE 505 | AUSTIN | TX | 78731 | 512-302-0190 | 512-302-1802 | SGARCIA@PBFCM.COM |
| COUNSEL TO RICHARDSON ISD | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: ELIZABETH BANDA CALVO | 500 E. BORDER STREET | SUITE 640 | ARLINGTON | TX | 76010 | 817-461-3344 | 817-860-6509 | EBCALVO@PBFCM.COM |
| COUNSEL TO KNOX COUNTY APPRAISAL DISTRICT | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: MOLLIE LEREW | P.O. BOX 8188 | | WICHITA FALLS | TX | 76307 | 940-723-4323 | 940-723-8553 | WICHITAFALLS@PBFCM.COM |
| COUNSEL TO THE AD HOC GROUP OF DIP LENDERS | PORTER HEDGES LLP | ATTN: JOHN F. HIGGINS, MEGAN YOUNG-JOHN, JAMES A. KEEFE, JACK M. EBAND | 1000 MAIN STREET | 36TH FLOOR | HOUSTON | TX | 77002 | 713-226-6000 | 713-226-6248 | JHIGGINS@PORTERHEDGES.COM; MYOUNG-JOHN@PORTERHEDGES.COM; JKEEFE@PORTERHEDGES.COM; JEBAND@PORTERHEDGES.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | POWER SOLAR, LLC | ATTN: ENRIQUE GONZALEZ | 279 CALLE TENIENTE CESAR LUIS GONZALEZ | | SAN JUAN | PR | 00918 | 787-331-1000 | | ENRIQUE@PSWPR.COM |
| TOP 30 UNSECURED CREDITORS | POWER SOLAR, LLC | ATTN: ENRIQUE GONZALEZ, CHIEF EXECUTIVE OFFICER | PO BOX 270384 | | SAN JUAN | PR | 00928 | 787-331-1000 | | |
| TOP 30 UNSECURED CREDITORS | POWUR, PBC | ATTN: JONATHAN BUDD, CHIEF EXECUTIVE OFFICER | 2683 VIA DE LA VALLE | #G321 | DEL MAR | CA | 92014 | 866-467-6987 | | JONATHAN.BUDD@POWUR.COM |
| COUNSEL TO JOHN ADAMS ACADEMIES, INC. | PROCOPIO, CORY, HARGREAVES & SAVITCH LLP | ATTN: GERALD P. KENNEDY, ESQ. | 525 B STREET, SUITE 2200 | | SAN DIEGO | CA | 92101 | 619-238-1900 | 619-235-0398 | GERALD.KENNEDY@PROCOPIO.COM |
| PUERTO RICO ATTORNEY GENERAL | PUERTO RICO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | PO BOX 9020192 | | SAN JUAN | PR | 00902-0192 | 787-721-2900 | | |
| COUNSEL TO WILMINGTON TRUST, NATIONAL ASSOCIATION | REED SMITH LLP | ATTN: KURT F. GWYNNE, ESQ, JASON D. ANGELO, ESQ, CAMERON A. CAPP, ESQ. | 1201 NORTH MARKET STREET | SUITE 1500 | WILMINGTON | DE | 19801 | 302-778-7500 | 302-778-7575 | KGWYNNE@REEDSMITH.COM; JANGELO@REEDSMITH.COM; CCAPP@REEDSMITH.COM |
| COUNSEL TO WILMINGTON TRUST, NATIONAL ASSOCIATION | REED SMITH LLP | ATTN: PAUL D. MOAK, ESQ, TRISTAN M. SIERRA, ESQ. | 1221 MCKINNEY STREET | SUITE 2100 | HOUSTON | TX | 77010 | 713-469-3800 | 713-469-3899 | PMOAK@REEDSMITH.COM; TSIERRA@REEDSMITH.COM |
| RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL | RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL | ATTN: PETER F. NERONHA | 150 SOUTH MAIN STREET | | PROVIDENCE | RI | 02903 | | | |
| TOP 30 UNSECURED CREDITORS | SALESFORCE INC. | ATTN: MARC BENIOFF, CHIEF EXECUTIVE OFFICER | 415 MISSION STREET | 3RD FL | SAN FRANCISCO | CA | 94105 | 800-664-9073 | | BADDIEBT@SALESFORCE.COM |
| COUNSEL TO THE SPECIAL COMMITTEE OF THE BOARD OF DIRECTORS OF SUNNOVA TEP HOLDINGS, LLC, AND CO-COUNSEL TO SUNNOVA TEP HOLDINGS, LLC AND ITS WHOLLY-OWNED SUBSIDIARIES | SCHULTE ROTH & ZABEL LLP | ATTN: KRISTINE MANOUKIAN, KELLY (BUOHY) KNIGHT, ROBERT BROWN | 919 THIRD AVENUE | | NEW YORK | NY | 10022 | 212-756-2000 | 212-593-5955 | KRISTINE.MANOUKIAN@SRZ.COM; KELLY.KNIGHT@SRZ.COM; ROBERT.BROWN@SRZ.COM |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION NY OFFICE | ATTN: BANKRUPTCY DEPT | 200 VESEY STREET, STE 400 | | NEW YORK | NY | 10281-1022 | 212-336-1100 | | BANKRUPTCYNOTICESCHR@SEC.GOV; NYROBANKRUPTCY@SEC.GOV |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION PHILADELPHIA OFFICE | ATTN: BANKRUPTCY DEPT | 1617 JFK BLVD, STE 520 | | PHILADELPHIA | PA | 19103 | 215-597-3100 | | SECBANKRUPTCY@SEC.GOV |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES AND EXCHANGE COMMISSION | ATTN: SECRETARY OF THE TREASURY | ONE PENN CENTER | | WASHINGTON | DC | 20549 | 202-942-8088 | | SECBANKRUPTCY@SEC.GOV |
| COUNSEL TO OUR WORLD ENERGY LLC | SHEPPARD MULLIN RICHTER & HAMPTON LLP | ATTN: ALAN H. MARTIN, ALEXANDRA LATTNER | 100 F. STREET NE | | COSTA MESA | CA | 92626-1993 | 714-513-5100 | 213-620-1398 | AMARTIN@SHEPPARDMULLIN.COM; ALATTNER@SHEPPARDMULLIN.COM |
| COUNSEL TO OUR WORLD ENERGY LLC | SHEPPARD MULLIN RICHTER & HAMPTON LLP | ATTN: DWIGHT M. FRANCIS | 650 TOWN CENTER DRIVE | 10TH FLOOR | DALLAS | TX | 75201 | 469-391-7400 | 469-391-7401 | DFRANCIS@SHEPPARDMULLIN.COM |
| COUNSEL TO NEWLIGHT PARTNERS LP, NEWLIGHT GP LLC, AND RAVI YADAV | SHIPMAN & GOODWIN LLP | ATTN: EDWARD H. TILLINGHAST III | 2200 ROSS AVENUE | 20TH FLOOR | NEW YORK | NY | 10112 | 212-634-3050 | 212-655-1750 | ETILLINGHAST@SHIPPARDMULLIN.COM; EGOLDSTEIN@GOODWIN.COM |
| COUNSEL TO ISO NEW ENGLAND INC. | SHIPMAN & GOODWIN LLP | ATTN: ERIC GOLDSTEIN | 30 ROCKEFELLER PLAZA | 39TH FLOOR | HARTFORD | CT | 06103-1919 | 860-251-5000 | 860-251-5218 | BANKRUPTCY@GOODWIN.COM; BANKRUPTCYPARALEGAL@GOODWIN.COM |
| COUNSEL TO MERITAGE HOMES OF CALIFORNIA, MERITAGE HOMES OF NORTHERN CALIFORNIA AND MERITAGE HOMES OF SOUTHERN CALIFORNIA | SNELL & WILMER L.L.P. | ATTN: ZACHARY A. COOPER | 2501 NORTH HARWOOD STREET | SUITE 1850 | DALLAS | TX | 75201 | 214-305-7301 | 214-305-7351 | ZCOOPER@SWLAW.COM |

Page 4 of 7

Sunnova Energy International Inc., et al.
Case No. 25-90160 (ARP)

**Sumova Energy International Inc., et al.**
**Master Service List**
**Case No. 25-90160 (ARP)**

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|
| MERITAGE HOMES OF CALIFORNIA A/K/A MERITAGE HOMES OF NORTHERN CALIFORNIA AND A/N/A MERITAGE HOMES OF SOUTHERN CALIFORNIA | | | | | | | | | | |
| TOP 20 UNSECURED CREDITORS | SNELL & WILMER LLP | ATTN: ZACHARY A. COOPER | 2501 NORTH HARWOOD STREET | SUITE 1850 | DALLAS | TX | 75201 | 214-305-7301 | 214-305-7351 | SEMOORE@SWLAW.COM ZCOOPER@SWLAW.COM |
| SOLAR ENERGY WORLD, LLC | ATTN: PETER BELMAN, CHIEF EXECUTIVE OFFICER | 14880 SWEITZER LN | SUITE A | LAUREL | MD | 20707 | 866-856-4580 | | PBELMAN@SOLARENERGYWORLD.COM | |
| COUNSEL TO BEAZER HOMES USA, INC. | SPECTOR & COX, PLLC | ATTN: HOWARD MARC SPECTOR | 12770 COIT ROAD, SUITE 850 | | DALLAS | TX | 75251 | 214-365-5377 | 214-237-3380 | HSPECTOR@SPECTORCOX.COM |
| COUNSEL TO EQUINOX SOLAR, INC. D/B/A BRILLIANT SOLAR, LLC | STARK & STARK, P.C. | ATTN: JOSEPH H. LEMKIN, ESQ. | 100 AMERICAN METRO BLVD. | | HAMILTON | NJ | 08619 | 609-791-7022 | 609-895-7395 | JLEMKIN@STARK-STARK.COM |
| STATE OF ALABAMA ATTORNEY GENERAL | STATE OF ALABAMA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 501 WASHINGTON AVE. | P.O. BOX 300152 | MONTGOMERY | AL | 36130-0152 | 334-242-7300 | | |
| STATE OF ALASKA ATTORNEY GENERAL | STATE OF ALASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 1031 W. 4TH AVENUE | SUITE 200 | ANCHORAGE | AK | 99501-1994 | 907-269-5602 | | ATTORNEY.GENERAL@ALASKA.GOV |
| STATE OF ARIZONA ATTORNEY GENERAL | STATE OF ARIZONA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 2005 N CENTRAL AVE | | PHOENIX | AZ | 85004-2926 | 602-542-5025 | 602-542-4085 | AGINFO@AZAG.GOV |
| STATE OF ARKANSAS ATTORNEY GENERAL | STATE OF ARKANSAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 323 CENTER ST. | SUITE 200 | LITTLE ROCK | AR | 72201-2610 | 501-682-2007 | 501-682-8084 | |
| STATE OF CALIFORNIA ATTORNEY GENERAL | STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 1300 "I" STREET | | SACRAMENTO | CA | 95814-2919 | 916-445-9555 | 916-323-5341 | BANKRUPTCY@COAG.GOV |
| STATE OF COLORADO ATTORNEY GENERAL | STATE OF COLORADO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | RALPH L. CARR COLORADO JUDICIAL CENTER | 1300 BROADWAY, 10TH FLOOR | DENVER | CO | 80203 | 720-508-6000 | 720-508-6030 | |
| STATE OF CONNECTICUT ATTORNEY GENERAL | STATE OF CONNECTICUT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 165 CAPITOL AVENUE | | HARTFORD | CT | 06106 | 860-808-5318 | 860-808-5387 | ATTORNEY.GENERAL@CT.GOV DENISE.MONDELL@CT.GOV |
| STATE OF DELAWARE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | CARVEL STATE OFFICE BLDG. | 820 N. FRENCH ST. | WILMINGTON | DE | 19801 | 302-577-8338 | 302-577-6630 | ATTORNEY.GENERAL@STATE.DE.US |
| STATE OF FLORIDA ATTORNEY GENERAL | STATE OF FLORIDA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | THE CAPITOL, PL 01 | | TALLAHASSEE | FL | 32399-1050 | 850-414-3300 | 850-488-4872 | |
| STATE OF GEORGIA ATTORNEY GENERAL | STATE OF GEORGIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 40 CAPITAL SQUARE, SW | | ATLANTA | GA | 30334-1300 | 404-656-3300 | 404-657-8733 | |
| STATE OF HAWAII ATTORNEY GENERAL | STATE OF HAWAII ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 425 QUEEN ST | | HONOLULU | HI | 96813 | | | |
| STATE OF IDAHO ATTORNEY GENERAL | STATE OF IDAHO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 700 W. JEFFERSON STREET, SUITE 210 | P.O. BOX 83720 | BOISE | ID | 83720-1000 | 208-334-2400 | 208-854-8071 | |
| STATE OF ILLINOIS ATTORNEY GENERAL | STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | JAMES R. THOMPSON CTR. | 100 W. RANDOLPH ST. | CHICAGO | IL | 60601 | 312-814-3000 | | WEBMASTER@ATG.STATE.IL.US |
| STATE OF INDIANA ATTORNEY GENERAL | STATE OF INDIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 302 W. WASHINGTON ST. | 5TH FLOOR | INDIANAPOLIS | IN | 46204 | 317-232-6201 | 317-232-4201 | |
| STATE OF INDIANA ATTORNEY GENERAL | STATE OF INDIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | INDIANA GOVERNMENT CENTER SOUTH | 302 W. WASHINGTON ST., 5TH FLOOR | INDIANAPOLIS | IN | 46204 | 317-232-6201 | 317-232-7979 | INFO@ATG.IN.GOV |
| STATE OF IOWA ATTORNEY GENERAL | STATE OF IOWA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | HOOVER STATE OFFICE BLDG. | 1305 E. WALNUT STREET | DES MOINES | IA | 50319 | 515-281-5164 | 515-281-4209 | WEBTEAM@AG.IOWA.GOV |
| STATE OF KANSAS ATTORNEY GENERAL | STATE OF KANSAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 120 SW 10TH AVE., 2ND FLOOR | | TOPEKA | KS | 66612-1597 | 785-296-2215 | 785-296-6296 | |
| STATE OF KENTUCKY ATTORNEY GENERAL | STATE OF KENTUCKY ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 700 CAPITOL AVENUE, SUITE 118 | | FRANKFORT | KY | 40601-3449 | 502-696-5300 | 502-564-2894 | |
| STATE OF LOUISIANA ATTORNEY GENERAL | STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 1885 NORTH THIRD STREET | P.O. BOX 94095 | BATON ROUGE | LA | 70804-4095 | 225-326-6000 | 225-326-6499 | CONSUMERINFO@AG.STATE.LA.US |
| STATE OF MAINE ATTORNEY GENERAL | STATE OF MAINE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | STATE HOUSE STATION 6 | | AUGUSTA | ME | 04333-0000 | 207-626-8800 | | KAITLYN.M.HUSAR@MAINE.GOV |
| STATE OF MARYLAND ATTORNEY GENERAL | STATE OF MARYLAND ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 200 ST. PAUL PLACE | | BALTIMORE | MD | 21202-2202 | 410-576-6300 | | OAG@OAG.STATE.MD.US |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | ONE ASHBURTON PLACE | | BOSTON | MA | 02108-1698 | 617-727-2200 | | |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTN: CYNDI MARK, CHIEF | ONE ASHBURTON PLACE G. MENNEN WILLIAMS BUILDING, 7TH FLOOR | | BOSTON | MA | 02108 | 617-727-3465 | | |
| STATE OF MICHIGAN ATTORNEY GENERAL | STATE OF MICHIGAN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 525 W. OTTAWA ST., P.O. BOX 30212 | | LANSING | MI | 48909-0212 | 517-373-1110 | 517-373-3042 | MIAG@MICHIGAN.GOV |
| STATE OF MINNESOTA ATTORNEY GENERAL | STATE OF MINNESOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 75 DR. MARTIN LUTHER KING JR. BLVD. | SUITE 102, STATE CAPITAL | ST. PAUL | MN | 55155 | 651-296-3353 | | |
| STATE OF MISSISSIPPI ATTORNEY GENERAL | STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 550 HIGH STREET | SUITE 1200 | JACKSON | MS | 39201 | 601-359-3680 | | |
| STATE OF MISSOURI ATTORNEY GENERAL | STATE OF MISSOURI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | SUPREME COURT BUILDING | 207 W. HIGH ST. | JEFFERSON CITY | MO | 65101 | 573-751-3321 | 573-751-0774 | ATTORNEY.GENERAL@AGO.MO.GOV |

Sumova Energy International Inc., et al.
Case No. 25-90160 (ARP)

Page 5 of 7

Sunnova Energy International Inc., et al.
Master Service List
Case No. 25-90160 (ARP)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|
| STATE OF MONTANA ATTORNEY GENERAL | STATE OF MONTANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | JUSTICE BLDG. | 215 N. SANDERS | HELENA | MT | 59620-1401 | 406-444-2026 | 406-444-3549 | CONTACTDOJ@MT.GOV |
| STATE OF NEBRASKA ATTORNEY GENERAL | STATE OF NEBRASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 2115 STATE CAPITOL | P.O. BOX 98920 | LINCOLN | NE | 68509-8920 | 402-471-2683 | 402-471-3297 | NEDOJ@NEBRASKA.GOV |
| STATE OF NEVADA ATTORNEY GENERAL | STATE OF NEVADA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | OLD SUPREME CT. BLDG. | 100 N. CARSON ST. | CARSON CITY | NV | 89701 | 775-684-1100 | 775-684-1108 | AGINFO@AG.NV.GOV |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 1 GRANITE PLACE SOUTH | | CONCORD | NH | 03301 | 603-271-3658 | 603-271-2110 | ATTORNEYGENERAL@DOJ.NH.GOV |
| STATE OF NEW JERSEY ATTORNEY GENERAL | STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | RJ HUGHES JUSTICE COMPLEX | 25 MARKET STREET | TRENTON | NJ | 08625-0080 | 609-292-4925 | 609-292-3508 | ASKCONSUMERAFFAIRS@LPS.STATE.NJ.US |
| STATE OF NEW MEXICO ATTORNEY GENERAL | STATE OF NEW MEXICO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | P.O. DRAWER 1508 | | SANTA FE | NM | 87504-1508 | 505-827-6000 | 505-827-5826 | |
| STATE OF NEW YORK ATTORNEY GENERAL | STATE OF NEW YORK ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | DEPT. OF LAW | THE CAPITOL, 2ND FLOOR | ALBANY | NY | 12224-0341 | 518-776-2000 | 866-413-1069 | |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | DEPT. OF JUSTICE | P.O. BOX 629 | RALEIGH | NC | 27602-0629 | 919-716-6400 | 919-716-6750 | |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | STATE OF NORTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | STATE CAPITOL | 600 E BOULEVARD AVE DEPT 125 | BISMARCK | ND | 58505-0040 | 701-328-2210 | 701-328-2226 | NDAG@ND.GOV |
| STATE OF OHIO ATTORNEY GENERAL | STATE OF OHIO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | STATE OFFICE TOWER | 30 E. BROAD ST., 14TH FLOOR | COLUMBUS | OH | 43266-0410 | 800-282-0515 | | |
| STATE OF OKLAHOMA ATTORNEY GENERAL | STATE OF OKLAHOMA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 313 NE 21ST STREET | | OKLAHOMA CITY | OK | 73105 | 405-521-3921 | 405-521-6246 | |
| STATE OF OREGON ATTORNEY GENERAL | STATE OF OREGON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | JUSTICE BLDG. | 1162 COURT STREET NE | SALEM | OR | 97301 | 503-378-4400 | 503-378-4017 | CONSUMER.HOTLINE@DOJ.STATE.OR.US |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | STRAWBERRY SQUARE | 16TH FLOOR | HARRISBURG | PA | 17120 | 717-787-3391 | 717-787-8242 | |
| STATE OF RHODE ISLAND ATTORNEY GENERAL | STATE OF RHODE ISLAND ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 150 SOUTH MAIN STREET | | PROVIDENCE | RI | 02903-0000 | 401-274-4400 | | |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | REMBERT C. DENNIS OFFICE BLDG. | P.O. BOX 11549 | COLUMBIA | SC | 29211-1549 | 803-734-3970 | 803-734-3970 | |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 1302 EAST HIGHWAY 14 | SUITE 1 | PIERRE | SD | 57501-8501 | 605-773-3215 | 605-773-4106 | CONSUMERHELP@STATE.SD.US |
| STATE OF TENNESSEE ATTORNEY GENERAL | STATE OF TENNESSEE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 425 5TH AVENUE NORTH | | NASHVILLE | TN | 37243 | 615-741-3491 | 615-741-3334 | GINA.HANTEL@AG.TN.GOV |
| STATE OF TEXAS ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | CAPITOL STATION | P.O. BOX 12548 | AUSTIN | TX | 78711-2548 | 512-475-4868 | 512-475-2994 | PUBLIC.INFORMATION@OAG.STATE.TX.US |
| STATE OF UTAH ATTORNEY GENERAL | STATE OF UTAH ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | STATE CAPITOL, ROOM 236 | | SALT LAKE CITY | UT | 84114-0810 | 801-538-9600 | 801-538-1121 | UAG@UTAH.GOV |
| STATE OF VERMONT ATTORNEY GENERAL | STATE OF VERMONT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 109 STATE ST. | | MONTPELIER | VT | 05609-1001 | 802-828-3171 | 802-304-1014 | |
| STATE OF VIRGINIA ATTORNEY GENERAL | STATE OF VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 202 NORTH NINTH STREET | | RICHMOND | VA | 23219 | 804-786-2071 | 804-225-4378 | |
| STATE OF WASHINGTON ATTORNEY GENERAL | STATE OF WASHINGTON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 1125 WASHINGTON ST. SE | P.O. BOX 40100 | OLYMPIA | WA | 98504-0100 | 360-753-6200 | 360-753-6200 | |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | STATE CAPITOL | 1900 KANAWHA BLVD., E. | CHARLESTON | WV | 25305 | 304-558-2021 | 304-558-0140 | CONSUMER@WVAGO.GOV |
| STATE OF WISCONSIN ATTORNEY GENERAL | STATE OF WISCONSIN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | WISCONSIN DEPARTMENT OF JUSTICE | STATE CAPITOL, ROOM 114 EAST, P. O. BOX 7857 | MADISON | WI | 53707-7857 | 608-266-1221 | 608-267-2223 | |
| STATE OF WYOMING ATTORNEY GENERAL | STATE OF WYOMING ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 123 CAPITOL BUILDING | 200 W. 24TH STREET | CHEYENNE | WY | 82002 | 307-777-7841 | 307-777-6869 | |
| DEBTORS | SUNNOVA ENERGY INTERNATIONAL INC., ET AL. | | 20 EAST GREENWAY PLAZA, SUITE 540 | | HOUSTON | TX | 77046 | | | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | SUNNYMAC, LLC | ATTN: DAVID SEARLE | 505 CARR RD. | 3RD FLOOR | WILMINGTON | DE | 19809 | 301-395-5800 | | DAVID.SEARLE@SUNNOVA.COM; MATT@SUNNYMACSOLAR.COM |
| TOP 30 UNSECURED CREDITORS | SUNNYMAC, LLC | ATTN: MATT MACFADDEN, CHIEF EXECUTIVE OFFICER | 413 8TH AVE | | WILMINGTON | DE | 19805 | 844-786-6962 | | MATT@SUNNYMACSOLAR.COM |
| TOP 30 UNSECURED CREDITORS | TELT VENTURES LLC DBA 1 SOLAR | ATTN: JAKE KILGORE, CHIEF EXECUTIVE OFFICER | 2391 S 1560 W | | WOODS CROSS | UT | 84087 | 801-683-8168 | | JAKE@1SOLAR.COM |
| TOP 30 UNSECURED CREDITORS | TESLA INC. | ATTN: VAIBHAV TANEJA, CHIEF FINANCIAL OFFICER | 6800 DUMBARTON CIRCLE | | FREMONT | CA | 94555 | | | VTANEJA@TESLA.COM |
| COUNSEL TO TRAVIS COUNTY | TRAVIS COUNTY ATTORNEY | ATTN: DELIA GARZA | P.O. BOX 1748 | | AUSTIN | TX | 78767 | 512-854-9092 | 512-854-9316 | JASON.STARKS@TRAVISCOUNTYTX.GOV |
| TOP 30 UNSECURED CREDITORS, OFFICIAL COMMITTEE OF UNSECURED CREDITORS | TRINITY SOLAR, LLC | ATTN: TOM POLLOCK, JOHN ENGLISH | 2211 ALLENWOOD ROAD | | WALL | | 07719 | 732-780-3779 | | TOM.POLLOCK@TRINITY-SOLAR.COM; JOHN.ENGLISH@TRINITY-SOLAR.COM |
| UNITED STATES TRUSTEE SOUTHERN DISTRICT OF TEXAS | U.S. DEPARTMENT OF JUSTICE | ATTN: ANDREW JIMENEZ, HA NGUYEN | 515 RUSK STREET, SUITE 3516 | | HOUSTON | TX | 77002 | 713-718-4668 | 713-718-4670 | ANDREW.JIMENEZ@USDOJ.GOV; HA.NGUYEN@USDOJ.GOV |

**Sunnova Energy International Inc., et al.**
Master Service List
Case No. 25-90160 (ARP)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|
| UNITED STATES OF AMERICA ATTORNEY GENERAL | UNITED STATES OF AMERICA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | US DEPT OF JUSTICE | 950 PENNSYLVANIA AVE NW | WASHINGTON | DC | 20530-0001 | | | |
| TOP 30 UNSECURED CREDITORS | V3 ELECTRIC, INC. | ATTN: JOSH COLLETTE, CHIEF EXECUTIVE OFFICER | 160 BLUE RAVINE RD, STE F | | FOLSOM | CA | 95630 | 844-837-6937 | | JOSH@V3ELECTRIC.COM |
| WASHINGTON DC ATTORNEY GENERAL | WASHINGTON DC ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 400 6TH ST., NW. | | WASHINGTON | DC | 20001 | 202-727-3400 | 202-347-8922 | OAG@DC.GOV |
| COUNSEL TO LONESTAR SOLAR SERVICES, LLC | WAUSON | KING | ATTN: ANABEL KING | 5214 GLEN CREEK CENTER BLVD, SUITE 325 | SUGAR LAND | TX | 77478 | 281-242-0303 | 281-242-0306 | AKING@W-KLAW.COM |
| COUNSEL TO WHCO INTERNATIONAL SUBCO DAC AND AGF WHCO 1-A1 LP | WHITE & CASE LLP | ATTN: AARON COLODNY | 555 SOUTH FLOWER STREET | SUITE 2700 | LOS ANGELES | CA | 90071 | 213-620-7700 | 213-452-2329 | AARON.COLODNY@WHITECASE.COM |
| COUNSEL TO ATLAS, AS 2L LENDER AND TEPH LENDER, THE AD HOC GROUP OF WAREHOUSE LENDERS, WHCO INTERNATIONAL SUBCO DAC AND AGF WHCO 1-A1 LP | WHITE & CASE LLP | ATTN: ANDREA AMULIC | 1221 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10020-1095 | 212-819-8200 | 212-354-8113 | ANDREA.AMULIC@WHITECASE.COM |
| COUNSEL TO WHCO INTERNATIONAL SUBCO DAC AND AGF WHCO 1-A1 LP | WHITE & CASE LLP | ATTN: JASON N. ZAKIA | 111 SOUTH WACKER DRIVE | SUITE 5100 | CHICAGO | IL | 60606 | 312-881-5400 | 312-881-5450 | JZAKIA@WHITECASE.COM |
| COUNSEL TO WHCO INTERNATIONAL SUBCO DAC AND AGF WHCO 1-A1 LP | WHITE & CASE LLP | ATTN: THOMAS E LAURIA | 200 SOUTH BISCAYNE BOULEVARD | SUITE 4900 | MIAMI | FL | 33131 | 305-371-2700 | 305-358-5744 | TLAURIA@WHITECASE.COM |
| PROPOSED COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS | WILLKIE FARR & GALLAGHER LLP | ATTN: BRETT H. MILLER, DENNIS JENKINS, JAMES H. BURBAGE, BETSY L. FELDMAN | 787 SEVENTH AVENUE | | NEW YORK | NY | 10019 | 212-728-8000 | 212-728-8111 | BMILLER@WILLKIE.COM DJENKINS@WILLKIE.COM JBURBAGE@WILLKIE.COM BFELDMAN@WILLKIE.COM |
| PROPOSED COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS | WILLKIE FARR & GALLAGHER LLP | ATTN: JENNIFER J. HARDY | 600 TRAVIS STREET | | HOUSTON | TX | 77002 | 713-510-1700 | 713-510-1799 | JHARDY2@WILLKIE.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | WILMINGTON TRUST N.A. | ATTN: JENNIFER J PROVENZANO | RODNEY SQUARE NORTH | 1100 NORTH MARKET STREET | WILMINGTON | DE | 19890 | 302-427-4681 | | JPROVENZANO@WILMINGTONTRUST.COM |
| TOP 30 UNSECURED CREDITORS | WILMINGTON TRUST, NATIONAL ASSOCIATION | ATTN: BARRY D. SOMROCK, VICE PRESIDENT, HALLIE E. FIELD, VICE PRESIDENT | SUNNOVA ENERGY NOTES ADMINISTRATOR | 50 SOUTH SIXTH STREET, SUITE 1290 | MINNEAPOLIS | MN | 55402 | 800-982-4620 | | JPROVENZANO@WILMINGTONTRUST.COM |
| TOP 30 UNSECURED CREDITORS | WINDMAR PV ENERGY, INC. | ATTN: VICTOR GONZALEZ, PRESIDENT | #206 SAN FRANCISCO STREET | | SAN JUAN | PR | 00901 | 787-395-2766 | | |

Page 7 of 7

Sunnova Energy International Inc., et al.
Case No. 25-90160 (ARP)