**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | |
| | Chapter 11 |
| SUNNOVA ENERGY INTERNATIONAL, INC., et. al.,[1] | |
| | Case No. 25-90160 (ARP) |
| Debtors, | (Jointly Administered) |
| _____/ | |

## CREDITOR'S MOTION TO ALLOW LATE FILED CLAIM

Erika Dunkman, Derrill Dunkman and Paula Dunkman, (the "Creditors" or "Claimants") by and through their undersigned counsel, and pursuant to Federal Rule of Bankruptcy Procedure 3003(c)(3), respectfully move the Court for an order allowing a claim filed by Claimants, ("Dunkman Claim"), to be deemed timely filed in the above-captioned matter. In support thereof, Claimant states:

### JURISDICTION AND VENUE

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(B). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

### BACKGROUND

2.      On June 8, 2025, the above-captioned Debtors and Debtors in possession (collectively the "Debtors") filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Sunnova. The location of Debtor Sunnova Energy International Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 20 East Greenway Plaza, Suite 540, Houston, Texas 77046. "Sunnova" or the "Company" means, collectively, Sunnova Energy International Inc. and its Debtor and non-Debtor subsidiaries and affiliates.

3.      On July 15, 2025, the Court entered an *Order (I) Establishing Deadlines for the Filing of Proofs of Claim, (II) Approving the Form and Manner of Notice Thereof, (III) Approving the Form and Manner for Filing Proofs of Claim, and (IV) Granting Related Relief* [Dkt. 436], setting August 6, 2025 at 5:00 p.m., prevailing Central Time as the Claims Bar Date (the "Bar Date").

4.      The Claimants were not listed as creditors on any of the bankruptcy schedules filed in this case. As such, the Creditor did not receive formal notice of the bankruptcy filing or the Bar Date.

5.      The Claimants are homeowners who purchased and installed solar panels at their residential property, which installation included a comprehensive third-party equipment warranty provided by the Debtor. The Debtor has breached its warranty obligations by failing to honor warranty claims and failing to provide required maintenance and support services. While the full extent of damages may not yet be ascertainable, as the solar equipment continues to operate, the Claimants seek to preserve their right to assert claims for any current or future warranty breaches, equipment failures, diminished energy production, and consequential damages arising from the Debtor's breach of its warranty obligations. The Claimants' claim is based on both existing warranty breaches and the anticipated future costs of equipment replacement, repairs, and lost energy savings that would have been covered under the Debtor's warranty.

## RELIEF REQUESTED

6.      The Claimants seek an Order allowing their late-filed Proof of Claim to be deemed timely filed in the instant case due to the undersigned's excusable neglect.

## BASIS FOR RELIEF

7.      Despite undersigned counsel's awareness of this bankruptcy case and general diligence in monitoring deadlines, due to an inadvertent calendaring error by counsel's staff, the Bar Date was incorrectly entered into the firm's case management system as August 16, 2025, instead of the correct August 6, 2025.

8.      "A court may allow a proof of claim filed after the bar date if the claimant failed to timely file because of 'excusable neglect.'" I*n re Talen Energy Supply, LLC*, No. 22-90054, 2023 Bankr. LEXIS 1271, at *5 (Bankr. S.D. Tex. May 12, 2023); *see also* Fed. R. Bankr. P. 9006(b)(1).

9.      Four factors, commonly referred to as the *Pioneer* factors, guide the excusable neglect determination; those factors are: (1) the danger of prejudice to the debtor; (2) the length of the delay and its potential impact on judicial proceedings; (3) the reason for the delay, including whether it was within the reasonable control of the movant; and (4) whether the movant acted in good faith. *In re Talen Energy Supply, LLC,* 2023 Bankr. LEXIS 1271, at *5 *citing Pioneer Inv. Servs. v. Brunswick Assocs. Ltd. P'ship,* 507 U.S. 380, 395 (1993).

10.     Here, the calendaring error was discovered merely eight (8) days after the Bar Date, on August 14, 2025, during a routine case status review. Upon discovering this error, undersigned counsel immediately took the following actions: a. Within one (1) business day of discovering the error, counsel prepared and filed the Proof of Claim on August 15, 2025, a true copy of which is attached as Exhibit "A" to this Motion; b. Counsel immediately prepared this Motion to ensure the Court was promptly notified of the circumstances surrounding the late filing; c. Counsel implemented additional calendaring safeguards to prevent future errors.

11.     Application of the *Pioneer* factors strongly supports granting this Motion:

12.     **No Prejudice to the Debtor or Other Creditors**.  Allowing the late claim will not prejudice the Debtor or other creditors for the following reasons: a. The estate remains open and

no plan of reorganization has been confirmed; b. No distributions have been made to creditors; c. The Debtor will have full opportunity to object to the claim on its merits; and d. The claim amount and nature were known to the Debtor as the underlying obligation existed pre-petition.

13.     **Minimal Length of Delay and No Impact on Proceedings**. The delay of merely nine (9) days is de minimis in the context of these Chapter 11 proceedings: a. The case was filed only two months ago on June 8, 2025; b. The delay represents a short amount of time when compared to how long these cases have been pending; c. No hearings, deadlines, or other proceedings have been affected by this brief delay; d. Courts in this district have routinely allowed late-filed claims with significantly longer delays. *See, e.g., In re Talen Energy Supply, LLC*, 2023 Bankr. LEXIS 1271 (allowing claim filed months after bar date).

14.     **The Reason for Delay Was an Isolated Clerical Error**.  The delay resulted from an inadvertent calendaring error, i.e., a simple mistake in data entry when recording the Bar Date. Such clerical errors are precisely the type of "inadvertence, mistake, or carelessness" that the Supreme Court recognized as potentially constituting excusable neglect in *Pioneer*, 507 U.S. at 388.

15.     While the calendaring error was within counsel's control, the following factors mitigate this consideration: a. The error was an isolated incident, not part of a pattern of neglect; b. Counsel maintains systematic calendaring procedures that typically prevent such errors; c. The error was discovered through counsel's own diligent review process; d. Immediate corrective action was taken upon discovery; e. The underlying claim is meritorious and the Creditor should not be penalized for counsel's isolated error.

16.     **The Movant Acted in Good Faith**.  The Claimants and counsel have acted in good faith.  Counsel has been monitoring the bankruptcy proceedings since their inception and upon

discovering the error, counsel prepared the Proof of Claim within one business day.  Furthermore, this Motion was promptly prepared to bring the matter to the Court's attention and there has been no attempt to conceal the late filing or circumvent Court procedures, notwithstanding that the Claimants were not listed on the Debtor's Schedules and received no formal notice, yet counsel still attempted to comply with all deadlines.

17.     The delay of only **nine (9) days** from the Bar Date to the filing of the Proof of Claim demonstrates counsel's diligence and good faith in attempting to comply with the Court's deadlines.

**WHEREFORE**, for the foregoing reasons, the Claimants respectfully requests that this Court Grant this Motion and allow its late Proof of Claim to be deemed timely filed and grant such other and further relief as this Honorable Court deems just and proper.

Dated: August 15, 2025

Respectfully submitted,

/s/ *Jesus Lozano*
Jesus Lozano , Esq.
Florida Bar No.  1049259
**Nardella & Nardella, PLLC**
135 W. Central Blvd., Suite 300
Orlando, FL 32801
Telephone (407) 966-2680
Email: jlozano@nardellalaw.com
Email: msayne@nardellalaw.com

*Counsel to Claimant/Creditor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 15, 2025, a true and correct copy of the foregoing has been served through the CM/ECF system to all registered CM/ECF recipients as listed on the Electronic Mail Notice List below:

- **Ricardo A Aguilar**    richard.aguilar@arlaw.com, annie.parish@arlaw.com
- **Andrea Amulic**    andrea.amulic@whitecase.com, mco@whitecase.com
- **James B. Bailey**    jbailey@bradley.com, jbailey@ecf.courtdrive.com

- **Anthony J. Barbieri**     abarbieri@kesslercollins.com, gld@kesslercollins.com
- **Christine Baur**     christine@baurbklaw.com
- **Phil Alan Bellamy**     phil@bellamylawoffice.com
- **Thomas D. Berghman**     tberghman@munsch.com, amays@munsch.com,CourtMail@munsch.com
- **Jason S Brookner**     jbrookner@grayreed.com, lwebb@grayreed.com
- **Michael Busenkell**     mbusenkell@gsbblaw.com, mfriedman@gsbblaw.com
- **Daniel P Callahan**     dpc@kesslercollins.com, gld@kesslercollins.com
- **Elizabeth Banda Calvo**     ebcalvo@pbfcm.com, rgleason@pbfcm.com
- **Jose Miguel Canaura**     jose@canauralaw.com
- **Klarika Jean Caplano**     klarika.caplano@solarroofair.com
- **Amber Michelle Carson**     acarson@grayreed.com
- **Mark J. Chaney**     mark.chaney@arlaw.com, annie.parish@arlaw.com
- **Kevin Chiu**     kevin.chiu@bakerbotts.com
- **Walter J Cicack**     wcicack@hcgllp.com, mallen@hcgllp.com
- **Katharine Battaia Clark**     clark@thompsoncoburn.com, smeiners@thompsoncoburn.com;lcarranza@thompsoncoburn.com;ldebardeleben@thompsoncoburn.com;dreinhart@thompsoncoburn.com;hfischer@thompsoncoburn.com;lbrasher@thompsoncoburn.com
- **Megan F. Clontz**     mclontz@fbfk.law, lvargas@spencerfane.com
- **Jason Gary Cohen**     jason.cohen@bracewell.com, mary.kearney@bracewell.com
- **Aaron Colodny**     aaron.colodny@whitecase.com
- **John G Conte**     john.conte@kobrekim.com
- **Zachary A. Cooper**     zcooper@swlaw.com, sluby@swlaw.com;DOCKET_DAL@swlaw.com;docket@swlaw.com
- **John David Cornwell**     jcornwell@munsch.com, hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com
- **Casey William Doherty**     casey.doherty@dentons.com, Docket.General.Lit.Dal@dentons.com
- **Bryant Houston Dunivan**     bryant@dunivanlaw.com,eservice@dunivanlaw.com,bryant-dunivan-8470@ecf.pacerpro.com
- **Philip G Eisenberg**     Phil.Eisenberg@troutman.com
- **Hal Emalfarb**     halemalfarb@esb-law.com
- **Gabriella Ferreira**     gabby.ferreira@arnoldporter.com
- **Jeffrey Michael Fleming**     sdecf@BDFGROUP.com
- **Martine Beverly Forneret**     martine.forneret@kobrekim.com
- **Ciara Foster**     ciara.foster@kirkland.com
- **Dwight M. Francis**     dfrancis@sheppardmullin.com
- **Jeffrey Sean Fraser**     jfraser@albertellilaw.com, anhasalaw@infoex.com;bktx@albertellilaw.com
- **Susan R. Fuertes**     susan.fuertes@harriscountytx.gov, taxbankruptcy.cao@harriscountytx.gov
- **Charles R Gibbs**     crgibbs@mwe.com,

dnorthrop@mwe.com;jbishopjones@mwe.com;jacqueline
-bishop-jones-0301@ecf.pacerpro.com
- **Alessandra Glorioso**   glorioso.alessandra@dorsey.com
- **Tara L Grundemeier**   houston_bankruptcy@lgbs.com
- **Sarah Gryll**   sarah.gryll@arnoldporter.com
- **Aaron Matthew Guerrero**   aaron.guerrero@bondsellis.com,
  margeaux.gorman@bondsellis.com
- **Jennifer Jaye Hardy**   jhardy2@willkie.com, mao@willkie.com
- **Julie Goodrich Harrison**   julie.harrison@nortonrosefulbright.com
- **Theodore S. Heckel**   theckel@pszjlaw.com, abates@pszjlaw.com
- **John F Higgins**   jhiggins@porterhedges.com,
  emoreland@porterhedges.com;eliana-garfias-
  8561@ecf.pacerpro.com;mwebb@porterhedges.com
- **Jennifer Anne Hooper**   jennifer.hooper@brockandscott.com,
  wbecf@brockandscott.com
- **Thomas A Howley**   tom@howley-law.com, roland@howley-
  law.com;eric@howley-law.com
- **Suzanne Patrice Iazzetta**   siazzetta@publiclawcenter.org
- **Andrew Jimenez**   andrew.jimenez@usdoj.gov
- **David Watkin Jones**   djones@brsfirm.com, jjackson@beckredden.com
- **Nathan Kanute**   nkanute@swlaw.com
- **Matthew E. Kaslow**   matt.kaslow@blankrome.com, courtmail@blankrome.com
- **Gerald P Kennedy**   gerald.kennedy@procopio.com,
  anant.pandadiya@procopio.com,calendaringbankruptcy@procopio.com
- **Robert Richard Kinas**   rkinas@swlaw.com,
  jfung@swlaw.com;mfull@swlaw.com;sdugan@swlaw.com;docket_las@swlaw.com
- **Anabel King**   aking@w-klaw.com, sdianiska@w-klaw.com;lbulnes@w-klaw.com
- **Steven G Kobre**   steven.kobre@kobrekim.com
- **Ignacio J Labarca-Morales**   ilabarca@mpmlawpr.com
- **Alexandria Grace Lattner**   alattner@sheppardmullin.com
- **Thomas E Lauria**   tlauria@whitecase.com,
  tmacwright@whitecase.com;mco@whitecase.com;azatz@whitecase.com;laura.grai@
  whitecase.com;melissa.dejoie@whitecase.com;camron.dowlatshahi@whitecase.com;
  neto.waite@whitecase.com
- **Joseph Howard Lemkin**   jlemkin@stark-stark.com
- **Thomas Scott Leo**   sleo@leolawpc.com, paralegal@leolawpc.com
- **Mollie Margaret Lerew**   mlerew@pbfcm.com, wichitafalls@pbfcm.com
- **Paul M. Lopez**   bankruptcy@abernathy-law.com
- **Jesus Lozano**   jlozano@nardellalaw.com
- **Blake Lynch**   thnksmarter@gmail.com
- **Beverly Weiss Manne**   bmanne@tuckerlaw.com, npetroy@tuckerlaw.com
- **Luis C Marini-Biaggi**   lmarini@mpmlawpr.com
- **Alan Hugh Martin**   amartin@sheppardmullin.com
- **Jarrod B. Martin**   jbmartin@bradley.com,
  atty_jmartin@bluestylus.com;vherrera@bradley.com;rabdelghani@bradley.com;apla
  yer@bradley.com

- **James Martinez**   jm@jamesmlaw.net
- **Rebecca Lynn Matthews**   rmatthews@fbtlaw.com, becky-matthews-7833@ecf.pacerpro.com
- **Sarah S. Mattingly**   sarah.mattingly@dinsmore.com, jamie.herald@dinsmore.com
- **Heather Heath McIntyre**   HMcIntyre@hwallp.com, dek@hwallp.com;lslater@hwa.com
- **Zachary S McKay**   zmckay@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;dduhon@jw.com
- **Timothy Aaron Million**   tim.million@huschblackwell.com, tim-million-3360@ecf.pacerpro.com
- **Andrew Joseph Mirabole**   ajmirabole@andrewjmirabolepa.com
- **Paul D Moak**   pmoak@reedsmith.com, rrodriguez@reedsmith.com;ahinson@reedsmith.com
- **Daniela Mondragon**   mondragon@wrightclosebarger.com
- **James P. Muenker**   James.muenker@US.DLAPIPER.COM, james-muenker-0904@ecf.pacerpro.com
- **Matthew J. Ochs**   mjochs@hollandhart.com, mlforkell@hollandhart.com
- **Christopher M Odell**   christopher.odell@arnoldporter.com, ecf-ca8dba05c0b5@ecf.pacerpro.com,edocketscalendaring@arnoldporter.com,MAOUSBCCOURTS@arnoldporter.com,arc-ht-40@arnoldporter.com
- **Christopher Adam Ouellette**   couellette@cohenseglias.com
- **Christen C Paquin**   cpaquin@mssattorneys.com
- **Julie Anne Parsons**   jparsons@mvbalaw.com, vcovington@mvbalaw.com;kalexander@mvbalaw.com; julie.parsons@ecf.courtdrive.com
- **Ian Taylor Peck**   ian.peck@haynesboone.com, kim.morzak@haynesboone.com
- **Alexander Rafael Perez**   arperez@munsch.com, clujano@munsch.com;hvalentine@munsch.com;CourtMail@munsch.com
- **Jack A. Raisner**   jar@raisnerroupinian.com, rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com
- **Christine Michele Renne**   crenne@crennelaw.com
- **Marcos Rosales**   mrosales@brsfirm.com, aerickson@beckredden.com,marcos-rosales-1895@ecf.pacerpro.com
- **Zachary D Rosenbaum**   zachary.rosenbaum@kobrekim.com
- **Abigail Rushing Ryan**   aryan@naag.org
- **Juan C Salichs**   jsalichs@splawpr.com
- **Diane Wade Sanders**   austin.bankruptcy@publicans.com
- **Daniel J Saval**   Daniel.saval@kobrekim.com
- **Michael B. Schaedle**   schaedle@blankrome.com
- **David Anthony Schroeder**   ecftxsb@aldridgepite.com, aschroeder@ecf.courtdrive.com
- **Rachael L Smiley**   rsmiley@fbfk.law, eglenn@fbfk.law
- **Mark R. Somerstein**   mark.somerstein@ropesgray.com, nova.alindogan@ropesgray.com
- **Howard Marc Spector**

hspector@spectorcox.com,
sshank@spectorcox.com;ahawkins@spectorcox.com;slthorn@spectorcox.com;sarah
@spectorcox.com;hspector@ecf.courtdrive.com;sarah@spectorcox.com;sarah@spect
orcox.com;hspector@ecf.courtdrive.com

- **Jason Starks**   bkecf@traviscountytx.gov
- **Don Stecker**   sanantonio.bankruptcy@lgbs.com
- **Xochitl S Strohbehn**   xsstrohbehn@venable.com
- **Marc N. Swanson**   swansonm@millercanfield.com, wysocki@millercanfield.com
- **Sunny Johanne Thompson**   sthompson@swlaw.com
- **Edward H. Tillinghast**
  etillinghast@sheppardmullin.com, 4205994420@filings.docketbird.com
- **Alan Glenn Tippie**   alan.tippie@gmlaw.com, denise.walker@gmlaw.com
- **Toni Lanette Townsend**   toni.townsend@mccalla.com,
  mccallaecf@ecf.courtdrive.com
- **John Kendrick Turner**   john.turner@lgbs.com, Dora.Casiano-
  Perez@lgbs.com;John.Turner@ecf.courtdrive.com
- **US Trustee**   USTPRegion07.HU.ECF@USDOJ.GOV
- **Melissa E Valdez**   mvaldez@pbfcm.com,
  mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com
- **Margaret A. Vesper**   vesperm@ballardspahr.com
- **Amy E Vulpio**   avulpio@stradley.com
- **Joseph Marshall Welch**
  joseph.welch@blankrome.com,
  ann.grosso@blankrome.com;courtmail@blankrome.com
- **Gregory Warren Werkheiser**   werkheiser.gregory@dorsey.com
- **Jason N. Zakia**   jzakia@whitecase.com, mco@whitecase.com

*/s/ Jesus Lozano*
Jesus Lozano, Esq.

# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | |
| | Chapter 11 |
| SUNNOVA ENERGY INTERNATIONAL, INC., et. al.,[1] | |
| | Case No. 25-90160 (ARP) |
| Debtors, | (Jointly Administered) |
| _____/ | |

**ORDGER GRANTING CREDITOR'S**
**MOTION TO ALLOW LATE FILED CLAIM**

THIS MATTER came before the Court on _____, 2025, at _____a.m/p.m. upon the Creditor's Motion to Allow Late Filed Claim (ECF No. _____) (the "Motion") of Erika Dunkman, Derrill Dunkman and Paula Dunkman (the "Claimants"). The Court, having reviewed the Motion and the record in this case, being fully advised in the premises, and find that cause exists to grant the requested relief, it is

**ORDERED** as follows:

1. The Motion is GRANTED.

2. The Proof of claim filed by Claimants through the designated claims agent on August 15, 2025 is deemed timely filed.

3. The granting of the Motion is without prejudice to the rights of all parties-in-interest to object to the Proof of Claim on any substantive grounds, other than on grounds of untimeliness.

Signed on _____, 2025, at Houston, Texas.


_____
United States Bankruptcy Judge

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Sunnova. The location of Debtor Sunnova Energy International Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 20 East Greenway Plaza, Suite 540, Houston, Texas 77046. "Sunnova" or the "Company" means, collectively, Sunnova Energy International Inc. and its Debtor and non-Debtor subsidiaries and affiliates.