IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| SUNNOVA ENERGY INTERNATIONAL Inc., et al.[1], | ) ) ) | Case No. 25-90160 (ARP) (Jointly Administered) |
| Debtors. | ) ) ) | |

**MOVANT ENTERPRISE BANK & TRUST'S
WITNESS AND EXHIBIT LIST
[RELATES TO ECF NO. 691]**

Pursuant to Local Rule 9013-2, Enterprise Bank & Trust ("Enterprise") hereby files this Witness and Exhibit List and designates the following witnesses and exhibits for use in connection with the hearing on the *Emergency Motion to Reconsider and Alternatively, for Relief from Order Authorizing Sale of Assets* [ECF No. 691] (the "Motion").

**WITNESSES**

Enterprise may call the following witnesses to testify at the hearing on the Disclosure Statement in accordance with Local Rule 4001-1(e)(1):

| No. | Description |
|---|---|
| 1. | Abby Kepple (by Declaration) |
| 2. | Any witnesses called or designated by any other party; and |
| 3. | Any witnesses necessary to rebut or impeach the testimony of any witness called or designated by another party. |

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/Sunnova. The location of Debtor Sunnova Energy International Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 20 East Greenway Plaza, Suite 540, Houston, Texas 77046.

Enterprise reserves the right to amend and supplement this witness list.

## EXHIBITS

Enterprise may offer into evidence any one or more of the following exhibits[2] at the hearing on the Motion:

| No. | Description | Date |
|---|---|---|
| A | Declaration of Abby Kepple | |
| A-1 | Tax Credit Purchase Agreement among Enterprise Bank & Trust and Sunnova TEP Developer, LLC dated September 30, 2024 (with certain redactions) | |
| A-2 | Guaranty Agreement among Enterprise Bank & Trust and Sunnova Energy Corporation dated September 30, 2024 (with certain redactions) | |
| A-3 | Proof of Claim No. 888 filed by Enterprise Bank & Trust against Debtor Sunnova Energy Corporation in Case No. 25-90159 | |
| A-4 | Proof of Claim No. 984 filed by Enterprise Bank & Trust against Debtor Sunnova TEP Developer, LLC in Case No. 25-90153 | |
| | Any exhibit listed by any other party | |
| | Rebuttal exhibits | |
| | Impeachments exhibits | |

## RESERVATION OF RIGHTS

The foregoing witness and exhibit list is being submitted based on information reasonably available to Enterprise at this time and without waiving any objection as to relevance, materiality, or admissibility of evidence in this litigation. Enterprise reserves the right to ask the Court to take judicial notice of pleadings, transcripts, and/or other documents, and to supplement or amend this Witness and Exhibit List at any time before the hearing held on the Motion.

---

[2] Each exhibit listed includes any attachments or exhibits thereto, unless otherwise noted herein.

Dated:  August 18, 2025               Respectfully submitted,

                                            **THOMPSON COBURN LLP**

By: */s/ Katharine Battaia Clark*
Katharine Battaia Clark, TX Bar No. 991313
Thompson Coburn LLP
2100 Ross Avenue, Ste. 3200
Dallas, TX  75201
Phone:  972-629-7100
Facsimile: 972-629-7171
kclark@thompsoncoburn.com

-and-

Mark V. Bossi, MO Bar #37008
(Pro Hac Vice pending)
Thompson Coburn LLP
One US Bank Plaza
St. Louis, MO 63101
Phone:  314-552-6015
Facsimile: 314-552-7000
mbossi@thompsoncoburn.com

**COUNSEL FOR ENTERPRISE BANK & TRUST**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing instrument has been served electronically via the Court's ECF noticing system on those parties who receive notice from that system on the 18th day of August, 2025.

                                            */s/ Katharine Battaia Clark*
                                            Katharine Battaia Clark