IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|   |   |   |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| SUNNOVA ENERGY INTERNATIONAL INC., *et al.*,[1] | ) ) ) ) | Case No. 25-90160 (ARP) |
| Debtors. | ) ) ) ) | (Jointly Administered) |

**AGENDA FOR HEARING SCHEDULED FOR
AUGUST 19, 2025, AT 10:30 A.M. (PREVAILING CENTRAL TIME)**

The above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") hereby file the agenda for the hearing set on August 19, 2025, at 10:30 a.m. (prevailing Central Time) (the "<u>Hearing</u>") before the Honorable Alfredo R. Pérez, United States Bankruptcy Judge, in Courtroom 400 of the United States Bankruptcy Court, 515 Rusk Street, Houston, Texas 77002. The Hearing shall be a ***hybrid hearing.*** Parties may appear at the Hearing in-person or by remote participation. The Court will use both audio and video communication. If you want to hear the proceeding and see the documents as presented to the Court, you should be (i) dialed in through the audio system and (ii) logged into the Court's video GoTo platform.

<u>*Audio Participation*</u>

Audio communication will be by use of the Court's regular dial-in number. The dial-in number is 832-917-1510. You will be responsible for your own long-distance charges. Judge Pérez's conference room number is 282694. Parties are encouraged to review the Court's

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/Sunnova. The location of Debtor Sunnova Energy International Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 20 East Greenway Plaza, Suite 540, Houston, Texas 77046.

procedures for telephonic appearances located at: https://www.txs.uscourts.gov/sites/txs/files/JP_Court_Procedures_8-21.pdf. Each person who speaks at the electronic hearing should be prepared to restate that person's name each time the person speaks in order to assist any transcriber of the audio recording.

### *Video Participation*

Any evidence and demonstrative exhibits will be offered by the Debtors from a remote location. Parties may participate in electronic hearings by use of an internet connection. The internet site is www.gotomeeting.com. A GoTo app is available for download to computers. It is recommended that you download the free GoTo app on each device that will be used to connect to a hearing. Connecting via web browser only may limit the availability of some GoTo features. Persons connecting by mobile device will need to download the free GoTo app.

Once connected to GoTo, a participant should enter the meeting code "judgeperez". A participant can also connect using the link on Judge Pérez's homepage on the Southern District of Texas website. Once connected to GoTo, click the settings icon in the upper right corner and enter your name under the person information setting.

Any witness presented by the Debtors will appear via audio and video connection. Any person wishing to cross examine the witness will be permitted to do so during the Hearing. All documents filed in these chapter 11 cases may be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein or on the website of the Debtors' claims and noticing agent, Kroll Restructuring Administration LLC at https://restructuring.ra.kroll.com/Sunnova.

**I.  MATTERS GOING FORWARD**

1. ***Pulte 9019 Motion***.  Debtors' Emergency Motion for Entry of an Order (I) Approving Global Resolution and Settlement of Certain Disputes Between the Debtors, Pulte Purchasing Corporation and Pulte Home Company, LLC Pursuant to Federal Rule of Bankruptcy Procedures 9019 and (II) Granting Related Relief [Docket No. 648]

   **Status**: This matter is going forward.

   **Related Documents**:

   a. Debtors' Witness and Exhibit List for Hearing Scheduled for August 19, 2025, at 10:30 a.m. (prevailing Central Time) [Docket No. 700]

   b. Amended Notice of Hearing on Debtors' Emergency Motion for Entry of an Order (I) Approving Global Resolution and Settlement of Certain Disputes Between the Debtors, Pulte Purchasing Corporation and Pulte Home Company, LLC Pursuant to Federal Rule of Bankruptcy Procedures 9019 and (II) Granting Related Relief [Docket No. 704]

   c. Amended Proposed Order (I) Approving Global Resolution and Settlement of Certain Disputes Between the Debtors, Pulte Purchasing Corporation and Pulte Home Company, LLC Pursuant to Federal Rule of Bankruptcy Procedures 9019 and (II) Granting Related Relief [Docket No. 708]

2. ***Motion to Reconsider Sale***.  Emergency Motion to Reconsider and, Alternatively, for Relief from Order Authorizing Sale of Assets [Docket No. 691]

   **Status**: This matter is going forward on a contested basis.  The Debtors will file an objection to the Motion to Reconsider Sale prior to the Hearing.

   **Related Documents**:

   a. Debtors' Emergency Motion for Entry of an Order (I) Approving the Bidding Procedures, (II) Scheduling Certain Dates with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Approving the WholeCo Stalking Horse Agreement and Expense Reimbursement, (V) Establishing Notice and Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases, (VI) Authorizing the Assumption and Assignment of Assumed Executory Contracts and Unexpired Leases, (VII) Authorizing the Sale of Assets, and (VIII) Granting Related Relief [Docket No. 113]

   b. Notice of Filing of WholeCo Stalking Horse Agreement and Proposed Sale Order [Docket No. 238]

c. Certificate of Service dated July 1, 2025 [Docket No. 315]

d. Notice of Filing of Revised Proposed Final DIP Order and Revised Proposed Bidding Procedures Order [Docket No. 401]

e. Declaration of Anthony R. Horton in Support of Debtors' Emergency Motions to Obtain Postpetition Debtor-in-Possession Financing and Approve Bidding Procedures [Docket No. 402]

f. Declaration of Bassam J. Latif in Support of Debtors' Emergency Motion for Entry of an Order (I) Approving the Bidding Procedures, (II) Scheduling Certain Dates with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Approving the WholeCo Stalking Horse Agreement and Expense Reimbursement, (V) Establishing Notice and Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases, (VI) Authorizing the Assumption and Assignment of Assumed Executory Contracts and Unexpired Leases, (VII) Authorizing the Sale of Assets, and (VIII) Granting Related Relief [Docket No. 403]

g. Notice of Filing of Schedules to WholeCo Stalking Horse Agreement [Docket No. 404]

h. Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to File Under Seal Certain Confidential Schedules to the WholeCo Stalking Horse Agreement and (II) Granting Related Relief [Docket No. 406]

i. Order (I) Approving the Bidding Procedures, (II) Scheduling Certain Dates With Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Approving the Wholeco Stalking Horse Agreement and Expense Reimbursement, (V) Approving the ServiceCo Stalking Horse Agreement, (VI) Establishing Notice and Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases, (VII) Authorizing the Assumption and Assignment of Assumed Executory Contracts and Unexpired Leases, (VIII) Authorizing the Sale of Assets, and (IX) Granting Related Relief, Signed on 7/11/2025 [Docket No. 419]

j. Affidavit of Publication [Docket No.553]

k. Affidavit of Publication [Docket No.554]

l. Affidavit of Publication [Docket No.555]

m. Notice to Contract Parties to Potentially Assume Executory Contracts and Unexpired Leases [Docket No. 456]

n. Notice of Further Adjournment of Sale Hearing Set for July 29, 2025 at 4:00 P.M. to July 31, 2025 at 9:00 A.M. (Prevailing Central Time) [Docket No. 544]

o. Notice of (I) Conclusion of the Auction, (II) Designation of the Successful Bidder, and (III) Filing of Amendment to WholeCo Stalking Horse Purchase Agreement [Docket No. 560]

p. Notice of Filing of Auction Transcript [Docket No. 578]

q. Declaration of Bassam J. Latif in Support of Entry of an Order (I) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Interests, Encumbrances, and Other Interests, (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, and (III) Granting Related Relief [Docket No. 579]

r. Notice of Filing of Revised Proposed Order (I) Authorizing the Sale of Certain of the Debtors' Assets to the Stalking Horse Bidder Free and Clear of All Liens, Claims, Encumbrances, and Interests, (II) Authorizing the Debtors to Perform Their Obligations Under the Asset Purchase Agreement, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired leases, and (IV) Granting Related Relief [Docket No. 581]

s. Notice of Filing of Further Revised Proposed Order (I) Authorizing the Sale of Certain of the Debtors' Assets to the Stalking Horse Bidder Free and Clear of All Liens, Claims, Encumbrances, and Interests, (II) Authorizing the Debtors to Perform Their Obligations Under the Asset Purchase Agreement, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired leases, and (IV) Granting Related Relief [Docket No. 587]

t. Order (I) Authorizing the Sale of Certain of the Debtors' Assets to the Stalking Horse Bidder Free and Clear of All Liens, Claims, Encumbrances, and Interests, (II) Authorizing the Debtors to Perform Their Obligations Under the Asset Purchase Agreement, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired leases, and (IV) Granting Related Relief [Docket No. 599]

Houston, Texas
Dated:  August 18, 2025

*/s/ Jason G. Cohen*

| | |
|---|---|
| **BRACEWELL LLP** | **KIRKLAND & ELLIS LLP** |
| Jason G. Cohen (TX Bar No. 24050435) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Jonathan L. Lozano (TX Bar No. 24121570) | Anup Sathy, P.C. (admitted *pro hac vice*) |
| 711 Louisiana Street, Suite 2300 | William E. Arnault, P.C. (admitted *pro hac vice*) |
| Houston, Texas 77002 | 333 West Wolf Point Plaza |
| Telephone: (713) 223-2300 | Chicago, Illinois 60654 |
| Facsimile: (800) 404-3970 | Telephone: (312) 862-2000 |
| Email: jason.cohen@bracewell.com | Facsimile: (312) 862-2200 |
|        jonathan.lozano@bracewell.com | Email: anup.sathy@kirkland.com |
| | william.arnault@kirkland.com |

*Co-Counsel to the Debtors*
*and Debtors in Possession*

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Brian Schartz, P.C. (TX Bar No. 24099361)
Ciara Foster (admitted *pro hac vice*)
Margaret Reiney (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: brian.schartz@kirkland.com
       ciara.foster@kirkland.com
       margaret.reiney@kirkland.com

*Co-Counsel to the Debtors*
*and Debtors in Possession*

**Certificate of Service**

      I certify that on August 18, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

      */s/ Jason G. Cohen*
      Jason G. Cohen