**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SUNNOVA ENERGY INTERNATIONAL INC., *et al.*,[1] | ) Case No. 25-90160 (ARP) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**NOTICE OF ADJOURNMENT OF HEARING ON DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) CONDITIONALLY APPROVING THE ADEQUACY OF THE DISCLOSURE STATEMENT, (II) APPROVING THE SOLICITATION PROCEDURES WITH RESPECT TO CONFIRMATION OF THE DEBTORS' PROPOSED CHAPTER 11 PLAN, (III) APPROVING THE FORMS OF BALLOTS AND NOTICES IN CONNECTION THEREWITH, (IV) SCHEDULING CERTAIN DATES WITH RESPECT THERETO, AND (V) GRANTING RELATED RELIEF TO SEPTEMBER 11, 2025, AT 3:00 P.M. (PREVAILING CENTRAL TIME)**
**[Re: Docket No. 695]**

**PLEASE TAKE NOTICE** that on August 14, 2025, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion for Entry of an Order (I) Conditionally Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation Procedures with Respect to Confirmation of the Debtors' Proposed Chapter 11 Plan, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, and (V) Granting Related Relief* [Docket No. 695] (the "Motion"), which was scheduled for a hearing (the "Hearing") on August 28, 2025, at 1:00 p.m. (prevailing Central Time) before the Honorable Alfredo R. Pérez, United States Bankruptcy Judge in the United States Bankruptcy Court for the Southern District of Texas (the "Court").

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Sunnova. The location of Debtor Sunnova Energy International Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 20 East Greenway Plaza, Suite 540, Houston, Texas 77046.

1

**PLEASE TAKE FURTHER NOTICE** that, on August 27, 2025, the Hearing was adjourned to September 5, 2025, at 9:00 a.m. (prevailing Central Time) [Docket No. 768].

**PLEASE TAKE FURTHER NOTICE** that the Hearing on the Motion has been further adjourned to **September 11, 2025, at 3:00 p.m. (prevailing Central Time)**.

**PLEASE TAKE FURTHER NOTICE** that the hearing on *Debtors' Motion for Entry of an Order (I) Authorizing and Approving the Settlement By and Among the Company Parties, the TEPH Parties, The Atlas Settling Parties, and the Committee and (II) Granting Related Relief* (the "Settlement Motion") remains scheduled for September 5, 2025, at 9:00 a.m. (prevailing Central Time).

**PLEASE TAKE FURTHER NOTICE** that the Hearing shall be held ***virtually only***. The Court will use both an audio and video connection. Audio connection will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510. Once connected, you will be asked to enter the conference room number. Judge Pérez's conference room number is 282694. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Pérez's home page. The meeting code is "judgeperez". Click the settings icon in the upper right corner and enter your name under the personal information setting. Hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your appearance, click the "electronic appearance" link on Judge Pérez's home page. Select the case name, complete the required fields and click "submit" to complete your appearance.

**PLEASE TAKE FURTHER NOTICE** that all documents filed in these chapter 11 cases may be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with

the procedures and fees set forth therein or on the website of the Debtors' claims and noticing agent, Kroll Restructuring Administration LLC, at https://restructuring.ra.kroll.com/Sunnova.

Houston, Texas
Dated: September 4, 2025

*/s/ Jason G. Cohen*

| | |
|---|---|
| **BRACEWELL LLP** | **KIRKLAND & ELLIS LLP** |
| Jason G. Cohen (TX Bar No. 24050435) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Jonathan L. Lozano (TX Bar No. 24121570) | Anup Sathy, P.C. (admitted *pro hac vice*) |
| 711 Louisiana Street, Suite 2300 | 333 West Wolf Point Plaza |
| Houston, Texas 77002 | Chicago, Illinois 60654 |
| Telephone: (713) 223-2300 | Telephone: (312) 862-2000 |
| Facsimile: (800) 404-3970 | Facsimile: (312) 862-2200 |
| Email: jason.cohen@bracewell.com | Email: anup.sathy@kirkland.com |
| jonathan.lozano@bracewell.com | |
| | -and- |
| | **KIRKLAND & ELLIS LLP** |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| | Brian Schartz, P.C. (TX Bar No. 24099361) |
| | Ciara Foster (admitted *pro hac vice*) |
| | Margaret Reiney (admitted *pro hac vice*) |
| | 601 Lexington Avenue |
| | New York, New York 10022 |
| | Telephone: (212) 446-4800 |
| | Facsimile: (212) 446-4900 |
| | Email: brian.schartz@kirkland.com |
| | ciara.foster@kirkland.com |
| | margaret.reiney@kirkland.com |
| *Co-Counsel for the Debtors and Debtors in Possession* | *Co-Counsel for the Debtors and Debtors in Possession* |

3

## Certificate of Service

I certify that on September 4, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Jason G. Cohen*
Jason G. Cohen
