# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SUNNOVA ENERGY INTERNATIONAL INC., *et al.*,[1] | ) | Case No. 25-90160 (ARP) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## AMENDED AGENDA FOR HEARING SCHEDULED FOR
## SEPTEMBER 5, 2025, AT 9:00 A.M. (PREVAILING CENTRAL TIME)

The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby file the amended agenda for the *virtual* hearing scheduled for September 5, 2025, at 9:00 a.m. (prevailing Central Time) (the "Hearing") before the Honorable Alfredo R. Pérez at the United States Bankruptcy Court for the Southern District of Texas, Courtroom 400, 515 Rusk Street, Houston, Texas 77002. The Court will use both audio and video communication. If you want to hear the proceeding and see the documents as presented to the Court, you should be (i) dialed in through the audio system and (ii) logged into the Court's video GoTo platform.

*Audio Participation*

Audio communication will be by use of the Court's regular dial-in number. The dial-in number is 832-917-1510. You will be responsible for your own long-distance charges. Judge Pérez's conference room number is 282694. Parties are encouraged to review the Court's procedures for telephonic appearances located at:

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Sunnova. The location of Debtor Sunnova Energy International Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 20 East Greenway Plaza, Suite 540, Houston, Texas 77046.

https://www.txs.uscourts.gov/sites/txs/files/JP_Court_Procedures_8-21.pdf. Each person who speaks at the electronic hearing should be prepared to restate that person's name each time the person speaks in order to assist any transcriber of the audio recording.

### *Video Participation*

Any evidence and demonstrative exhibits will be offered by the Debtors from a remote location. Parties may participate in electronic hearings by use of an internet connection. The internet site is www.gotomeeting.com. A GoTo app is available for download to computers. It is recommended that you download the free GoTo app on each device that will be used to connect to a hearing. Connecting via web browser only may limit the availability of some GoTo features. Persons connecting by mobile device will need to download the free GoTo app.

Once connected to GoTo, a participant should enter the meeting code "judgeperez". A participant can also connect using the link on Judge Pérez's homepage on the Southern District of Texas website. Once connected to GoTo, click the settings icon in the upper right corner and enter your name under the person information setting.

Any witness presented by the Debtors will appear via audio and video connection. Any person wishing to cross examine the witness will be permitted to do so during the Hearing. All documents filed in these chapter 11 cases may be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein or on the website of the Debtors' claims and noticing agent, Kroll Restructuring Administration LLC at https://restructuring.ra.kroll.com/Sunnova.

## I. MATTERS GOING FORWARD

1. ***Settlement Motion***.  Debtors' Emergency Motion for Entry of an Order (I) Authorizing and Approving the Settlement By and Among the Company Parties, the TEPH Parties, the ATLAS Settling Parties, and the Committee, and (II) Granting Related Relief [Docket No. 793]

    **Status**: This matter is going forward.

    **Related Documents**:

    a. Debtors' Emergency Motion for Entry of an Order (I) Authorizing and Approving the Private Sale of the Eligible Systems Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (II) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases, (III) Approving the ASPA Settlement and (IV) Granting Related Relief [Docket No. 24]

    b. Declaration of Ryan Omohundro in Support of the Debtors' Emergency Motion for Entry of an Order (I) Authorizing and Approving the Private Sale of the Eligible Systems Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (II) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases, (III) Approving the ASPA Settlement and (IV) Granting Related Relief [Docket No. 27]

    c. Supplemental Declaration of Ryan Omohundro in Further Support of (A) Debtors' Emergency Motion for Entry of an Order (I) Authorizing and Approving the Private Sale of the Eligible Systems Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (II) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases, (III) Approving the ASPA Settlement and (IV) Granting Related Relief and (B) the Debtors' Emergency Motion for Entry of an Order (I) Authorizing and Approving the Private Sale of the New Homes Solar Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (II) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (III) Granting Related Relief [Docket No. 93]

    d. Notice of Filing of Revised Proposed Order (I) Authorizing and Approving the Private Sale of the Eligible Systems Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (II) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases, (III) Approving the ASPA Settlement and (IV) Granting Related Relief [Docket No. 100]

    e. Order (I) Authorizing and Approving the Private Sale of the Eligible Systems Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (II) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases, (III) Approving the ASPA Settlement and (IV) Granting

      Related Relief [Docket No. 109]

f. Declaration of David R. Hindman in Support of the <u>Emergency</u> Motion of Sunnova TEP Holdings, Sunnova TEP Holdings Subsidiary LLC, WHCO International SubCo DAC and AFG WHCO 1-A1 LP to Enforce the ASPA Sale Order [Docket No. 722]

g. Notice of Hearing to be Held on August 25, 2025 at 10:00 a.m. (prevailing Central Time) [Docket No. 745]

h. Docket Notice of Continuation of Hearing to August 25, 2025, at 4:00 p.m. (prevailing Central Time)

i. Docket Notice of Continuation of Hearing to August 29, 2025, at 3:00 p.m. (prevailing Central Time)

j. The Official Committee of Unsecured Creditors' Witness and Exhibit List for Hearing Scheduled for August 25, 2025, at 10:00 a.m. (prevailing Central Time) [Docket No. 750]

k. Preliminary Objection of the Official Committee of Unsecured Creditors to Emergency Motion of Sunnova TEP Holdings, Sunnova TEP Holdings Subsidiary LLC, WHCO International SubCo DAC and AFG WHCO 1-A1 LP to Enforce the ASPA Sale Order [Docket No. 773]

l. The Official Committee of Unsecured Creditors' Witness and Exhibit List for Hearing Scheduled for August 29, 2025, at 3:00 p.m. [Docket No. 775]

m. Debtors' Objection to the Emergency Motion of Sunnova TEP Holdings, Sunnova TEP Holdings Subsidiary LLC, WHCO International SubCo DAC and AFG WHCO 1-A1 LP to Enforce the ASPA Sale Order [Docket No. 776]

n. Notice of Settlement Term Sheet [Docket No. 781]

o. Settlement Term Sheet, dated as of August 29, 2025, and Schedules thereto [Docket No. 793-1, Ex. A]

p. Debtors' Amended Witness and Exhibit List for Hearing Scheduled for September 5, 2025, at 9:00 a.m. (prevailing Central Time) [Docket No. 799]

## II. ADJOURNED MATTERS

2. ***Solicitation Motion***. Debtors' Motion for Entry of an Order (I) Conditionally Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation Procedures with Respect to Confirmation of the Debtors' Proposed Chapter 11 Plan, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, and (V) Granting Related Relief [Docket No. 695]

   **Status**: This matter is adjourned to September 11, 2025, at 3:00 p.m.

   **Related Documents**:

   a. Joint Chapter 11 Plan of Sunnova Energy International Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 693]

   b. Disclosure Statement for the Joint Chapter 11 Plan of Sunnova Energy International Inc. and its Debtor Affiliates [Docket No. 694]

   c. Creditors, Randy Zerfowski, Arden Joyce, Gonzales-Medeiros and Silas Flavio Medeiros, Opt-Out and Objection to Plan [Docket No. 756]

   d. Debtors' Witness and Exhibit List for Hearing Scheduled for August 28, 2025, at 1:00 p.m. (prevailing Central Time) [Docket No. 763]

   e. United States Trustee's Objection to Conditional Approval of Disclosure Statement for the Joint Chapter 11 Plan and Related Solicitation Procedures [Docket No. 766]

   f. Notice of Adjournment of Hearing Set for August 28, 2025, at 1:00 p.m. to September 5, 2025, at 9:00 a.m. (prevailing Central Time) [Docket No. 768]

   g. Objection of Tomik Electric LLC to Conditional Approval of Disclosure Statement [Docket No. 778]

   h. Lone Star Solar Services, LLC's Objection to Disclosure Statement [Docket No. 790]

   i. Lone Star Solar Services, LLC's Witness and Exhibit List [Docket No. 795]

   j. Notice of Adjournment of Debtors' Motion for Entry of an Order (I) Conditionally Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation Procedures with Respect to Confirmation of the Debtors' Proposed Chapter 11 Plan, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, and (V) Granting Related Relief to September 11, 2025, at 3:00 p.m. (prevailing Central Time) [Docket No. 806]

Houston, Texas
Dated:  September 4, 2025

*/s/ Jason G. Cohen*
**BRACEWELL LLP**
Jason G. Cohen (TX Bar No. 24050435)
Jonathan L. Lozano (TX Bar No. 24121570)
711 Louisiana Street, Suite 2300
Houston, Texas 77002
Telephone:     (713) 223-2300
Facsimile:      (800) 404-3970
Email:            jason.cohen@bracewell.com
                      jonathan.lozano@bracewell.com

*Co-Counsel to the Debtors*
*and Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Anup Sathy, P.C. (admitted *pro hac vice*)
William E. Arnault, P.C. (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email:            anup.sathy@kirkland.com
                      william.arnault@kirkland.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Brian Schartz, P.C. (TX Bar No. 24099361)
Ciara Foster (admitted *pro hac vice*)
Margaret Reiney (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900
Email:            brian.schartz@kirkland.com
                      ciara.foster@kirkland.com
                      margaret.reiney@kirkland.com

*Co-Counsel to the Debtors*
*and Debtors in Possession*

**Certificate of Service**

  I certify that on September 4, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                   */s/ Jason G. Cohen*
                   Jason G. Cohen