United States Bankruptcy Court
Southern District of Texas

**ENTERED**
September 09, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 25-90160 |
| SUNNOVA ENERGY INTERNATIONAL INC., *et al.*, | § § | |
| Debtors. | § | Jointly Administered |
| | § | CHAPTER 11 |

## ORDER GRANTING MOTION FOR LEAVE TO FILE LATE PROOF OF CLAIM

The Motion for Leave to File Late Proof of Claim file by Mark Gelin on August 12, 2025 (ECF No. 676) is hereby granted. Mark Gelin shall file his proof of claim **no later than October 1, 2025.**

SIGNED 09/08/2025

_____
Alfredo R Pérez
United States Bankruptcy Judge