# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SUNNOVA ENERGY INTERNATIONAL INC., *et al.*,[1] | ) | Case No. 25-90160 (ARP) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### NOTICE OF FILING OF SECOND AMENDED DISCLOSURE STATEMENT FOR THE JOINT CHAPTER 11 PLAN OF SUNNOVA ENERGY INTERNATIONAL INC. AND ITS DEBTOR AFFILIATES

**PLEASE TAKE NOTICE** that, on August 14, 2025, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Disclosure Statement for the Joint Chapter 11 Plan of Sunnova Energy International Inc. and Its Debtor Affiliates* [Docket No. 694] (the "Disclosure Statement"), with the United States Bankruptcy Court for the Southern District of Texas (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, on September 10, 2025, the Debtors filed the *First Amended Disclosure Statement for Joint Chapter 11 Plan of Sunnova Energy International Inc. and Its Debtor Affiliates* [Docket No. 846] (the "First Amended Disclosure Statement").

**PLEASE TAKE FURTHER NOTICE** that, the Debtors hereby file the *Second Amended Disclosure Statement for Joint Chapter 11 Plan of Sunnova Energy International Inc. and Its Debtor Affiliates* attached hereto as **Exhibit A** (the "Second Amended Disclosure Statement").

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Sunnova.  The location of Debtor Sunnova Energy International Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 20 East Greenway Plaza, Suite 540, Houston, Texas 77046.

**PLEASE TAKE FURTHER NOTICE** that, a redline of the Second Amended Disclosure Statement marked against the Disclosure Statement is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that all other documents filed in these chapter 11 cases may be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein or on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Sunnova.

Houston, Texas
Dated: September 11, 2025

/s/ Jason G. Cohen

| | |
|---|---|
| **BRACEWELL LLP** <br> Jason G. Cohen (TX Bar No. 24050435) <br> Jonathan L. Lozano (TX Bar No. 24121570) <br> 711 Louisiana Street, Suite 2300 <br> Houston, Texas 77002 <br> Telephone:   (713) 223-2300 <br> Facsimile:   (800) 404-3970 <br> Email:       jason.cohen@bracewell.com <br>             jonathan.lozano@bracewell.com | **KIRKLAND & ELLIS LLP** <br> **KIRKLAND & ELLIS INTERNATIONAL LLP** <br> Anup Sathy, P.C. (admitted *pro hac vice*) <br> 333 West Wolf Point Plaza <br> Chicago, Illinois 60654 <br> Telephone:   (312) 862-2000 <br> Facsimile:   (312) 862-2200 <br> Email:       anup.sathy@kirkland.com <br> <br> -and- <br> <br> **KIRKLAND & ELLIS LLP** <br> **KIRKLAND & ELLIS INTERNATIONAL LLP** <br> Brian Schartz, P.C. (TX Bar No. 24099361) <br> Ciara Foster (admitted *pro hac vice*) <br> Margaret Reiney (admitted *pro hac vice*) <br> 601 Lexington Avenue <br> New York, New York 10022 <br> Telephone:   (212) 446-4800 <br> Facsimile:   (212) 446-4900 <br> Email:       brian.schartz@kirkland.com <br>             ciara.foster@kirkland.com <br>             margaret.reiney@kirkland.com |
| *Co-Counsel for the Debtors* <br> *and Debtors in Possession* | *Co-Counsel for the Debtors* <br> *and Debtors in Possession* |

## Certificate of Service

I certify that on September 11, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                   */s/ Jason G. Cohen*
                                                   Jason G. Cohen