IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| SUNNOVA ENERGY INTERNATIONAL INC., *et al.*,[1] | ) ) ) ) | Case No. 25-90160 (ARP) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF FILING OF THIRD AMENDED
DISCLOSURE STATEMENT FOR THE JOINT CHAPTER 11 PLAN
OF SUNNOVA ENERGY INTERNATIONAL INC. AND ITS DEBTOR AFFILIATES**

**PLEASE TAKE NOTICE** that, on August 14, 2025, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Disclosure Statement for the Joint Chapter 11 Plan of Sunnova Energy International Inc. and Its Debtor Affiliates* [Docket No. 694] (the "Disclosure Statement"), with the United States Bankruptcy Court for the Southern District of Texas (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, on September 10, 2025, the Debtors filed the *First Amended Disclosure Statement for Joint Chapter 11 Plan of Sunnova Energy International Inc. and Its Debtor Affiliates* [Docket No. 846] (the "First Amended Disclosure Statement").

**PLEASE TAKE FURTHER NOTICE** that, on September 11, 2025, the Debtors filed the *Second Amended Disclosure Statement for Joint Chapter 11 Plan of Sunnova Energy International Inc. and Its Debtor Affiliates* [Docket No. 854] (the "Second Amended Disclosure

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Sunnova.  The location of Debtor Sunnova Energy International Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 20 East Greenway Plaza, Suite 540, Houston, Texas 77046.

Statement").

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file the *Third Amended Disclosure Statement for Joint Chapter 11 Plan of Sunnova Energy International Inc. and Its Debtor Affiliates* attached hereto as **Exhibit A** (the "Third Amended Disclosure Statement").

**PLEASE TAKE FURTHER NOTICE** that a redline of the Third Amended Disclosure Statement marked against the Second Amended Disclosure Statement is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that all other documents filed in these chapter 11 cases may be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein or on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Sunnova.

Houston, Texas
Dated: September 11, 2025

/s/ Jason G. Cohen

| | |
|---|---|
| **BRACEWELL LLP** | **KIRKLAND & ELLIS LLP** |
| Jason G. Cohen (TX Bar No. 24050435) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Jonathan L. Lozano (TX Bar No. 24121570) | Anup Sathy, P.C. (admitted *pro hac vice*) |
| 711 Louisiana Street, Suite 2300 | 333 West Wolf Point Plaza |
| Houston, Texas 77002 | Chicago, Illinois 60654 |
| Telephone: (713) 223-2300 | Telephone: (312) 862-2000 |
| Facsimile: (800) 404-3970 | Facsimile: (312) 862-2200 |
| Email: jason.cohen@bracewell.com | Email: anup.sathy@kirkland.com |
| jonathan.lozano@bracewell.com | |

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Brian Schartz, P.C. (TX Bar No. 24099361)
Ciara Foster (admitted *pro hac vice*)
Margaret Reiney (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:      (212) 446-4800
Facsimile:       (212) 446-4900
Email:            brian.schartz@kirkland.com
                  ciara.foster@kirkland.com
                  margaret.reiney@kirkland.com

*Co-Counsel for the Debtors*      *Co-Counsel for the Debtors*
*and Debtors in Possession*       *and Debtors in Possession*

## Certificate of Service

I certify that on September 11, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Jason G. Cohen*
Jason G. Cohen