**UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS**

In re: Sunnova Energy International Inc., et al. Case No. 25-90160 (ARP)

Chapter 11 (Jointly Administered)

United States Courts
Southern District of Texas
FILED

SEP 29 2025

Nathan Ochsner, Clerk of Court

# OBJECTION OF NICHOLAS A. FLECK TO CONFIRMATION OF THE DEBTORS' THIRD AMENDED JOINT CHAPTER 11 PLAN

## I. BACKGROUND

1. I am a consumer creditor of Sunnova Energy International Inc. under a residential solar contract.

2. My contract is burdensome, unfair, and was induced under misleading circumstances.

3. I have filed a Motion to Void Contract, Remove Lien, and Related Relief, which is pending before this Court.

4. I object to confirmation of the Debtors' Plan because it improperly seeks to assume, transfer, or otherwise enforce this contract against me despite my Motion.

## II. GROUNDS FOR OBJECTION

5. The Plan cannot be confirmed as proposed because:

(a) Contract Dispute – The Plan assumes or transfers contracts without resolving my pending Motion to Void the contract, which is a contested matter.

(b) Lien Issues – The Plan does not address the improper lien Sunnova placed on my property, which I seek to remove. Confirming the Plan would lock in those liens unfairly.

(c) Lack of Adequate Protection – The Plan does not provide consumer creditors like myself with adequate protection or relief, and instead attempts to force continued performance under disputed agreements.

(d) Good Faith Requirement – Under 11 U.S.C. § 1129(a)(3), a plan must be proposed in good faith. A Plan that perpetuates disputed or fraudulent contracts is not proposed in good faith.

(e) Feasibility – If the Plan relies on revenues from disputed consumer contracts, it may not be feasible under 11 U.S.C. § 1129(a)(11).

## III. RESERVATION OF RIGHTS

6. I reserve the right to supplement or amend this Objection, to join in other objections, and to raise additional issues at the confirmation hearing.

## IV. RELIEF REQUESTED

WHEREFORE, I respectfully request that the Court:

- Deny confirmation of the Debtors' Third Amended Joint Chapter 11 Plan as currently proposed;

- Alternatively, condition confirmation on providing for the voiding of my contract, removal of any lien on my property, and other related relief;

- Grant such other relief as the Court deems just and proper.

Dated: September 24, 2025

*/s/ Nicholas A. Fleck/*

Nicholas A. Fleck

Creditor / Party in Interest

9234 E Calle Maria

Tucson, AZ 85710

flecks2011@gmail.com

(520) 221-5837