United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 06, 2025
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| SUNNOVA ENERGY INTERNATIONAL INC., *et al.*,[1] | ) Case No. 25-90160 (ARP) |
| Debtors. | ) (Jointly Administered) |

### STIPULATION AND AGREED ORDER GRANTING SANTANDER BANK, N.A. MOTION FOR RELIEF UNDER SECTION 362(d)(1) OF THE BANKRUPTCY CODE

This joint stipulation and agreed order (the "Stipulation and Agreed Order") is entered into by and among the above-captioned debtors and debtors in possession (collectively, the "Debtors") and Santander Bank, N.A. ("Santander") granting Santander *in rem* stay relief under Section 362(d)(1) of the Bankruptcy Code.

### RECITALS

**WHEREAS**, on June 1, 2025, Debtor Sunnova TEP Developer, LLC filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, and on June 8, 2025 (the "Petition Date"), Debtors Sunnova Energy Corporation ("SEC"), Sunnova Energy International Inc., and Sunnova Intermediate Holdings, LLC each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas (the "Court"). Debtors continue to operate their business and manage their affairs as debtors in possession;

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Sunnova. The location of Debtor Sunnova Energy International Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 20 East Greenway Plaza, Suite 540, Houston, Texas 77046.

**WHEREAS**, the Bankruptcy Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334, this is a core proceeding with the meaning of 28 U.S.C. § 157(b)(2), and venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

**WHEREAS**, part of Debtors' business includes making loans to consumers and filing UCC-1 Financing Statements with applicable real property recording authorities;

**WHEREAS**, as part of its business, Santander engages third parties to initiate foreclosures across the United States on secured claims owned/held by Santander following payment defaults under loans its services;

**WHEREAS**, depending on the applicable state law, as part of the foreclosure process, Santander must notify third parties, which may claim an interest in the real property subject to its foreclosure, including, but not limited to entities like Debtors;

**WHEREAS**, on August 27, 2025, Santander filed the *Santander Bank, N.A. Motion for Relief Under Section 362(d)(1) of the Bankruptcy Code* [Docket No. 767] (the "Motion");

**WHEREAS**, in order to avoid losses due to the inability to move forward in the foreclosures because of Debtors' chapter 11 cases, and in resolution of the Motion, Debtors and Santander stipulate and agree to grant Santander *in rem* stay relief, pursuant to which Santander is permitted to name and notify Debtors of pending foreclosure actions, if required by state law, so Debtors may assert any interest they may have in the property being foreclosed;

**WHEREAS**, the agreed-upon *in rem* stay relief does not prejudice Debtors' rights with respect to any applicable foreclosure proceeding or the property subject thereto, and Debtors retain the right to assert any and all interests in the applicable foreclosure proceeding; and

**NOW, THEREFORE**, in consideration of the foregoing recitals, which are incorporated into this Stipulation and Agreed Order, it is hereby **STIPULATED AND AGREED, AND UPON APPROVAL BY THE COURT OF THIS STIPULATION AND AGREED ORDER, ORDERED THAT**:

1. The above recitals are fully incorporated herein and made an express part of this Stipulation and Agreed Order.

2. This Stipulation and Agreed Order shall have no force or effect unless approved by the Bankruptcy Court.

3. Santander is granted *in rem* stay relief, which permits Santander to name and notify the Debtors of pending foreclosure, in accordance with applicable law.

4. The *in rem* stay relief granted herein shall not prejudice Debtors' rights with respect to any applicable foreclosure proceeding or the property subject thereto. Debtors retain the right to assert any and all interests in any applicable foreclosure proceeding.

5. Notwithstanding the provision of Rule 4001(a)(4) of the Federal Rules of Bankruptcy Procedure, the Stipulation and Agreed Order shall be immediately effective and enforceable upon its entry.

6. The Parties are authorized and empowered to take all actions necessary to implement the relief requested in this Stipulation and Agreed Order.

7. This Stipulation and Agreed Order is intended by the Parties to be binding upon their successors, agents, assigns, including bankruptcy trustees and estate representatives, and any parent, subsidiary, or affiliate entity of the Parties.

8. Notwithstanding the relief granted in this Stipulation and Agreed Order and any actions taken pursuant to such relief, except to the extent explicitly set forth in this Stipulation and

Agreed Order, nothing contained herein or any actions taken pursuant to this Stipulation and Agreed Order is intended as or should be construed or deemed to be: (a) an implication or admission as to the amount of, basis for, priority, or validity of any claim against a Debtor entity under the Bankruptcy Code or other applicable law; (b) a waiver of the Debtors' right to dispute any claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Stipulation and Agreed Order or any order granting the relief requested by this Stipulation and Agreed Order or a finding that any particular claim is an administrative expense claim or other priority claim; (e) a request or authorization to assume, adopt, or reject any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; (f) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; (g) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law; (h) a concession that any liens (contractual, common law, statutory, or otherwise) that may be satisfied pursuant to the relief requested in this Stipulation and Agreed Order are valid, and the rights of all parties in interest are expressly reserved to contest the extent, validity, or perfection or seek avoidance of all such liens; (i) a waiver of the obligation of any party in interest to file a proof of claim; or (j) otherwise affecting the Debtors' rights under section 365 of the Bankruptcy Code to assume or reject any executory contract or unexpired lease.

9. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Stipulation and Agreed Order, and the Parties hereby consent to such jurisdiction to resolve any disputes or controversies arising from or related to this Stipulation and Agreed Order.

Signed: October 06, 2025

_____
Alfredo R Pérez
United States Bankruptcy Judge

Dated: October 3, 2025

/s/ *Jason G. Cohen*

| | |
|---|---|
| **BRACEWELL LLP**<br>Jason G. Cohen (TX Bar No. 24050435)<br>Jonathan L. Lozano (TX Bar No. 24121570)<br>711 Louisiana Street, Suite 2300<br>Houston, Texas 77002<br>Telephone: (713) 223-2300<br>Facsimile: (800) 404-3970<br>Email: jason.cohen@bracewell.com<br>jonathan.lozano@bracewell.com | **KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Anup Sathy, P.C. (admitted *pro hac vice*)<br>333 West Wolf Point Plaza<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>Email: anup.sathy@kirkland.com<br><br>-and-<br><br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Brian Schartz, P.C. (TX Bar No. 24099361)<br>Ciara Foster (admitted *pro hac vice*)<br>Margaret Reiney (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>Email: brian.schartz@kirkland.com<br>ciara.foster@kirkland.com<br>margaret.reiney@kirkland.com |
| *Co-Counsel to the Debtors*<br>*and Debtors in Possession* | *Co-Counsel to the Debtors*<br>and Debtors in Possession |

-and-

**BROCK & SCOTT, PLLC**
Jennifer Anne Hooper
TX Bar No. 24081098/SDTX3101603
3825 Forrestgate Dr.
Winston-Salem, NC 27103
Telephone: 844-856-6646
Facsimile: 704-369-0760
Email: TXBKR@brockandscott.com

*Counsel to the Movant*