United States Courts
Southern District of Texas
FILED
OCT 14 2025
Nathan Ochsner, Clerk of Court

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| SUNNOVA ENERGY INTERNATIONAL, | § | CASE NO. 25-90160 |
| INC., *et al.*, | § | |
| Debtors. | § | Before Honorable Judge |
| | § | Alfredo Perez |

**OBJECTION TO SUNNOVA'S CHAPTER 11 PLAN**

I object to this Plan because I have no idea what is going on and just recently found out that the unsecured creditors, including the defrauded customers, will receive only about 2% of the claim value.

In my research, I learned that the Unsecured Creditor Committee represents the largest corporate creditors – NOT the customers.

Many millions of dollars are paid to Kirkland & Ellis and other firms to represent Sunnova.

AI generated summary to my question:

**"Ch. 11 corporate bankruptcy: who pays for the unsecured creditor committee?"**

[Not fact checked as I have to get this filing to the post office.]

> In a Chapter 11 corporate bankruptcy, the reasonable and necessary expenses of the official unsecured creditors' committee are paid by the debtor's estate as administrative expenses. [What Every Unsecured Creditor Should Know About Chapter 11 | ABI, Chapter 11 Committees Of Unsecured Creditors] These expenses have a high priority for payment, generally ahead of pre-petition

**unsecured claims.** [administrative expenses | Wex | US Law | LII / Legal Information ..., What Every Unsecured Creditor Should Know About Chapter 11 | ABI]

**This payment structure covers two main categories of costs:**

1. **Fees and Expenses of Professionals: The committee is authorized to hire professionals, such as attorneys and financial advisors, to assist it in carrying out its duties.** [Matter of Nor-Les Sales, Inc.] **The court may award "reasonable compensation for actual, necessary services" and reimbursement for "actual, necessary expenses" to these professionals.** [11 U.S.C. § 330 - U.S. Code Title 11. Bankruptcy § 330 | FindLaw, 11 U.S. Code § 330 - Compensation of officers | U.S. Code | US ...] **These approved fees are treated as administrative expenses of the bankruptcy estate under the U.S. Bankruptcy Code.** [11 U.S.C. § 503 - U.S. Code Title 11. Bankruptcy § 503 | FindLaw, 11 U.S. Code § 503 - Allowance of administrative expenses | U.S. ...] **The standard for compensation is based on the nature, extent, and value of the services, and what comparably skilled practitioners would charge in non-bankruptcy cases.** [11 U.S.C. § 330 - U.S. Code Title 11. Bankruptcy § 330 | FindLaw, 11 U.S. Code § 330 - Compensation of officers | U.S. Code | US ...

2. **Expenses of Committee Members: The Bankruptcy Code also allows for the reimbursement of "actual, necessary expenses" incurred by individual members of the committee in the performance of their duties.** [11 U.S.C. § 503 - U.S. Code Title 11. Bankruptcy § 503 | FindLaw, 11 U.S. Code § 503 - Allowance of administrative expenses | U.S. ...] **However, this generally does not extend to covering the costs of professionals hired by an individual committee member to represent their own interests.** [In Re Firstplus Financial, Inc., Davis v. Elliot Management Corp. (In re Lehman Bros. Holdings Inc.)]

**What has the Unsecured Creditor Committee done for the thousands of Sunnova customers with claims?**

**Nothing!**

**Who represents the defrauded customers? NOBODY!**

**First Sunnova was allowed to mislead, deceive and abuse the customers with impunity despite the many thousands of public complaints and so many media reports. Now the little people are being subjected to Sunnova's unfair practices in this court.**

**Most defrauded Sunnova customers did not submit their claims because they are not lawyers and had no idea what to do.**

The Court failed to ensure that customers received a plain English description of the Ch. 11 process, timeline and explanation of their rights, along with plain English summaries of all filings relevant to customers, posted at the Kroll website.

Incredibly, Kroll did not even post the notifications sent to Sunnova customers and I had to waste several hours because my client did not receive the 7/17/25 email with the 8/6/25 deadline for claims. Why are these notices not posted online?

## SUMMARY

I began advocating for consumers in the early1990s and I quit in 2016.

Consumer protection laws had been weakened and the corrupt corporations had become so powerful, resistance was futile. Corporations refused to pay for their "mistakes" and litigated against pro se consumers until they had to give up instead of settling legitimate claims – because they could. Mandatory arbitration clauses made it impossible to retain consumer attorneys without thousands of dollars for retainers.

In 2017, one of my long time clients requested my assistance with her Sunnova solar system because she had received $3,000+ annual utility bills instead of the promised checks for excess power produced.

In 2018, hundreds of hours and thousands of dollars later, Sunnova finally agreed to install four additional panels in Houston BBB mediation. Sunnova did not reimburse my fees to my client.

In 2023, my client again requested assistance after her solar system failed and it still produced less power than promised.

Sunnova's contracts contain a mandatory arbitration clause and my efforts to find an attorney to represent my client miserably failed.

It should be a crime to make consumers sign contracts containing guarantees that even Sunnova's experts did not understand.

The **December 2023 Congressional Inquiry** to the Biden Energy Department regarding the $3 billion loan guarantee and addressing the countless Sunnova customer complaints was the final nail in Sunnova's coffin.

Sunnova's share values plummeted and it lost its Houston BBB accreditation due to its "F" rating and failure to respond to customer complaints.

Instead of finally monitoring and repairing the solar systems as required by its contracts, **Sunnova paid for fake reviews** and review site assistance with improving its rating. Somehow Sunnova got the Houston BBB to work on its behalf, resulting in a C+ BBB rating just a few months later.

Sunnova removed its low Google rating from its website. Apparently Google detected the review fraud and deleted the fake reviews. However, there are countless review sites like Trustpilot.com willing to assist with improving low ratings for payment.

Sunnova had my "Sunnova Fraud" page on Facebook removed by takedownreporting.com, a company specializing in having negative information removed from the internet.

Takedownreporting submitted the FALSE claim that I infringed on intellectual property rights to Facebook and I had no opportunity to dispute this false claim, in violation of the Digital Millennium Copyright Act. Facebook refused to restore my Sunnova Fraud page.

My Claim # 1219 contains detailed information and emails about the takedown.

The review fraud and removal of negative Sunnova information delayed the Sunnova bankruptcy until June 2025.

Executives such as **ENRON trained CEO John Berger** had plenty of time to prepare for the bankruptcy. I can only imagine how many millions of dollars were siphoned into their personal, friends' and relatives' accounts. Mr. Berger's LinkedIn account disappeared. Is he planning his next heist?

We wasted thousands of hours on BBB, Sheriff and California Attorney General complaints and on this bankruptcy proceeding.

All for nothing.

If my Sunnova Fraud page had not been removed, we might have found others to help with research and contribute funds to retain an attorney.

## EXHIBITS

**Exh. 1: 9/18/24: Our questions to the Houston BBB**

https://sunnova-solar-fraud.org/kb/bbb/2024-9-18-questions-to-houston-bbb-regarding-its-false-sunnova-energy-rating/

**To date, no response was received.**

**Our entire 6/12/24 BBB complaint and the Sunnova / BBB responses are posted at** https://sunnova-solar-fraud.org/kb/bbb/2024-6-12-sunnova-bbb-complaint-failure-to-repair-and-using-incorrect-lower-guaranteed-production-schedule/

**Exh. 2: 7/5/25: Sunnova, BBB and DocuSign Racketeering and the likely fraudulent 5/19/14 Sunnova Energy Amendment with lower Guaranteed Production**

**Small images did not print and can be viewed full size online:**

https://sunnova-solar-fraud.org/kb/bbb/read-first/docusign-digital-signature-fraud/consumer-claims-explained-and-documented/sunnova-bbb-and-docusign-racketeering-and-the-likely-fraudulent-5-19-14-sunnova-energy-amendment-with-lower-guaranteed-production/

**In 2024 we discovered the 2014 Sunnova fraudulent Lease Amendment on Sunnova's website. The document was allegedly signed electronically, and DocuSign not only refused to investigate, but actively worked on Sunnova's behalf.**

**Exh. 3: My 6/10/24 emails with the Trustpilot.com "Content Integrity Team"**

**To date, no reply was received.**

**Exh. 4: Sunnova FAKE reviews on Trustpilot despite my Notice of the Sunnova Review Fraud**

**My 7/6/25 Trustpilot.com ticket. To date, I received no reply.**

**Small images did not print and can be viewed full size online:**

https://sunnova-solar-fraud.org/kb/consumer-claims-explained-and-documented/sunnova-individual-claims/consumer-claims-explained-and-documented/sunnova-fake-reviews-on-trustpilot/

**Exh. 5: 12/7/23 House and Senate Energy Committee letter to Department of Energy regarding the many customer complaints about Sunnova**

**The Congressional investigation caused Sunnova shares to plummet.**

**Exh. 6: My emails with Carter Wietecha, Kirkland & Ellis, with questions about the ballot and my claim**

Finally, we found out that unsecured creditors will receive only about 2% of their Claim.

We appreciate the explanations. However, I do not believe that there are two (2) claims filed on 8/6/25 for $18,000 as Carter Wietecha stated.

**Why is everything so disorganized, dysfunctional, unusable, confusing?**

I had to go to Kroll chat just to find out how to find our Claims!

Yesterday I read on the ballot about emailing the objection instead of filing a formal objection. Are they generic instructions, superseded by the Court's Order?

Why isn't there a one-page summary with the various ballot options and filing requirements for idiots like me?

I'm not taking any chances, paid $28.95 for Priority Express (almost 10% of my Social Security income) and I have to mail at the post office before noon on Thursday.

**So incredibly UNFAIR!**

I never saw any instructions on registering for electronic filing and did not know that I would have to file anything since we could file our claims and vote at the Kroll website.

**Exh. 7: 10/7/25 Kroll chat**

I was so stressed when I realized that the 10/13/25 4 pm deadline for the objection was COLUMBUS DAY, a federal holiday.

**Exh. 8: 10/7/25 emails with Houston Bankruptcy Court**

I did not receive a reply to my last question re. copies and service.

Attorneys have four (4) more days to work on their filings and file electronically on Monday afternoon. I was forced to waste so much time on emails with Kirkland, Kroll chat, emails to the court. I almost gave up.

**Exh. 9: 10/8/25 Sunnova email Notice of Filing of 10/6/25 Plan Supplement**

Two days after the Plan Supplement was filed, at 7:16 pm on 10/8, the Sunnova Team sent out this notice. Obviously, way too late for anyone having to submit paper filings and ballots to the court.

So typical!

From the 10/6/25 Sunnova 40-page Plan Supplement:

> **Exhibit B**
> Schedule of Non-Released Parties
> [To be filed at a later date.]

**After we voted!**

I have spent hours trying to find out about the third party release. What is that? Who? Why?

**Why would anyone vote to release third parties?**

**Our only chance to find justice is to go after third parties.**

In my experience, we have a good chance of receiving information about forged signatures and other crimes if we are loud and persistent. Send out press releases and post on Reddit and social media in the solar groups. A reward and/or immunity would help. We need to go after the people who profited from this systemic fraud.

It is now midnight, my vision is blurry, my eyes are itching (chronic Dry Eye), and my brain is fried.

Not only did I have so little time to work on my Objection because of the Columbus Day deadline, but I had to waste so much time on Kroll and emailing the court to find out how my Objection could be received on time.

**Once again, the little people are being railroaded.**

Our only purpose in life is to create more wealth for the oligarchs and (aspiring) billionaires?

## CONCLUSION

**I had NO time to research bankruptcy laws.**

Plans and disclosures should have to be filed at least a few weeks prior to voting and they should be complete.

Summaries and plain English should be provided for unrepresented consumers.

**Isn't fraud NOT dischargeable?**

ALL Sunnova customers should be notified that they can still submit their claims and they should be paid FIRST, not last. Resources should be allocated for professionals to assist the defrauded customers.

The corporate creditors had attorneys and accountants to analyze the risks of doing business with Sunnova and they are represented by the Unsecured Creditors Committee.

**Most defrauded customers are the disadvantaged:**

The old, sick, disabled, poor, technologically challenged, immigrants with limited English skills, etc.

**I respectfully request that the Court NOT approve this incomprehensible bizarre Plan and take action to ensure that JUSTICE is served.**

October 9, 2025

Chirstine Baker
PO Box 858
Meadview, AZ 86444
christine@trado.info

Claim # 1219

# Exhibit 1

# 2024/9/18 questions to the Houston BBB regarding its FALSE Sunnova Energy rating

My 9/18/24 email to the Houston BBB Management, emailed to drteam@bbbhou.org. I will update with the BBB response.

---

9/18/24

## Subject: Request for Houston BBB comments and answers regarding Complaint #21841706 #

**Please forward to Houston BBB Management for response by 9/27/24.**

I am preparing a comprehensive report for regulators, legislators, attorneys, and media, documenting that numerous parties assist Sunnova Energy with its ongoing solar fraud.

The Houston BBB has been extensively quoted and referenced in many Sunnova investigations and the BBB misrepresented itself as a reputable organization when it rescinded Sunnova's accreditation due to its F rating. Sadly, it was a BBB marketing ploy intended to mislead consumers and to entice corrupt corporations to pay for BBB assistance to obtain better ratings.

The Houston BBB has been working for Sunnova and increased its F rating to C+ despite countless customer complaints on social media and overwhelmingly negative reviews at the Houston BBB site — as evidenced by the BBB's handling of our complaint.

**The Houston BBB is as corrupt as Sunnova and the many other review sites increasing ratings for payment.**

Sunnova Energy either paid or is expected to pay the Houston BBB for its efforts to fraudulently increase the Sunnova BBB rating.

**The Houston BBB must be investigated and prosecuted to the fullest extent of the law for its role in this massive consumer fraud.**

Our BBB complaint and all communications with the BBB are published at my Sunnova Solar Fraud Knowledgebase:

> 2024/6/12 Sunnova BBB Complaint: Failure to repair and using incorrect lower Guaranteed Production Schedule

The BBB informed my client on 9/5/24 (despite my requests to contact me directly) that it closed our Sunnova Energy complaint:

> **Answered – the business addressed the issues within the complaint, but the consumer remains dissatisfied.**

**What an outrageous LIE!**

- Sunnova failed to answer the questions in our complaint.
- Sunnova **continues** to use a fraudulent Guaranteed Production Schedule resulting in lower payments to my client as the solar system was not designed to produce the promised production and Sunnova failed to monitor and repair the system as required by its contract.

**The Houston BBB is as corrupt as Sunnova as it falsified complaint outcomes and designed the complaint process to frustrate and stress consumers until they give up (just like Sunnova) — to benefit Sunnova with FALSE positive ratings.**

## Questions related to our Houston BBB Complaint #21841706 about Sunnova Energy #

1. **Please explain in detail why you wrote that Sunnova "addressed the issues within the complaint".**

   Sunnova failed to answer any questions and it continues to defraud my client.

2. **How did Sunnova improve its BBB F rating in 1/24 to C+ in just a few months?**

   The BBB reviews are overwhelmingly negative:

   **https://sunnova-solar-fraud.org/kb/solar/bbb/2024-5-19-bbb-current-alert-for-sunnova-with-c-rating/**

3. **What is the impact of "Sunnova answered, customer dissatisfied" on the Sunnova BBB rating?"**

   "Answered – the business addressed the issues within the complaint, but the consumer remains dissatisfied."

   Presumably this false assessment improved the Sunnova BBB rating.

   **How much is Sunnova paying or expected to pay to the BBB for its enormous efforts to resolve complaints in Sunnova's favor?**

4. **How many Sunnova complaints has the BBB received since 1/1/24?**

5. **Why are so few complaints listed at the BBB website since 1/1/24?**

   **https://www.bbb.org/us/tx/houston/profile/solar-energy-design/sunnova-energy-international-inc-0915-90035524/complaints**

6. **Why is our complaint not published at the BBB site?**

7. **Please advise whether any information pertaining the BBB in my Sunnova Solar Fraud Knowledgebase is incorrect:**

   **https://sunnova-solar-fraud.org/kb/solar/bbb/**

**The Houston BBB response is due by 9/27/24.**

I will provide my report detailing Sunnova's fraud and lies and the Houston BBB's deplorable actions to increase Sunnova's BBB rating to regulators, legislators, attorneys and media. This is your opportunity to advise of any false conclusions.

Sincerely,

Christine Baker

c: [client]
Posted at [this URL]

# Exhibit 2

**From: Christine Baker <christine@trado.info>**
**To: Trustpilot Help <support@trustpilot-help.zendesk.com>, Trustpilot Help <support+id26691326@trustpilot-help.zendesk.com>**
**Date: Monday, June 10, 2024 11:05:58 AM**
**Subject: Reviews - https://www.sunnova.com/ - 26691326 - Ticket #26691326**
**Folder: Sent Mail/christine@trado.info**

Hello Antoni,

i appreciate your quick reply.

> Although privacy rules prevent me from giving you any specific information about our investigations

Which privacy rules are that?

I thought the TrustPilot reviews are PUBLIC, along with the names and ratings.

What am I missing?

Thanks,

Christine Baker

Monday, June 10, 2024, 2:20:07 AM, you wrote:

> **Antoni S (Trustpilot Help)**
> 10 Jun 2024, 10:20 BST
>
> Hi Christine,
>
> Thanks for helping us improve the quality of the reviews on Trustpilot. We really appreciate your help!
>
> Although privacy rules prevent me from giving you any specific information about our investigations, I can assu you that we'll look into sunnova.com. If we find any reason to take action, we'll do so.
>
> If you have any further information, please feel free to let me know by replying to this message.
>
> Thanks again,
>
> **Antoni S,**
> Content Integrity Team

We are rated **4.3** out of **5**

Trustpilot trades on the London Stock Exchange under the ticker **TRST**

---

**Christine**
7 Jun 2024, 05:24 BST

Hello,

We are preparing to contact the House Energy Committee regarding its investigation into Sunnova Energy's abusive business practices.

We seriously doubt that Sunnova's many excellent reviews at TrustPilot are real. Quite likely, Sunnova is submi fake reviews or otherwise manipulating its rating to mislead US regulators and its shareholders (class actions h: been filed), and to mislead prospective customers.

From the web:

"Sunnova has **mixed customer reviews with 2.73 stars on the BBB website and 3.6 stars on Trustpilot**. The BB has flagged the company for having an unusually high number of customer complaints, with 904 complaints clc on the website in the last three years. May 3, 2024"

Is it true that Sunnova's rating was only 3.6 a month ago? If so, how did it get to a 4.4 rating in a few weeks?

**Google FAKE reviews documented:**

https://sunnova-solar-fraud.org/kb/solar/help-wanted/sunnova-fraudulent-fake-reviews-documented/

Google may have caught on to the scam and it is no longer listed on Sunnova's site.

The low ratings for the Bakersfield offices are more in line with reality:
https://www.google.com/maps/search/sunnova+energy/@32.8301545,-118.2436653,5z/data=!3m1!4b1?entr

Can you please provide the number of reviews including ratings submitted per week for the last year?

Thank you very much,

Christine Baker

Visit Trustpilot | Help Center| Trustpilot Privacy Policy | Dispute a Decision

---

Trustpilot A/S
Pilestraede 58, 5th floor, 1112 Copenhagen K, Denmark
Company no. 30276582

# Exhibit 3

# Sunnova, BBB and DocuSign Racketeering and the likely fraudulent 5/19/14 Sunnova Energy Amendment with lower Guaranteed Production

*Last updated 7/5/25*

This document is the "brief" summary of our Sunnova Energy, Houston BBB and Docusign experience. I know, it's still long, but we need a summary to provide to the CA Attorney General's Office. We finally got the sheriff's Incident Report about the forgery of Sunnova's likely fraudulent Amendment, lowering the Guaranteed Production resulting in lower refunds for the chronically underperforming Sunnova solar system.

This page includes the links to my communications with the Houston BBB and Docusign and other noteworthy pages in this Sunnova Knowledgebase.

I'm still working on a comprehensive page about the Sunnova review fraud and I hope to document how the many review sites like Trustpilot.com enable scummy corporations to increase their rating by PAYING them.

**Nothing is what it appears to be!**

Google may be a notable exception to the rampant review fraud as Sunnova no longer links to its Google reviews.

After we submit our complaint to the CA AG's Office we'll file our CLAIM with the Sunnova Ch. 11 bankruptcy court.

I wish I had more time and money, but I have to earn a living because I can't survive on $306 Social Security and my client is also a senior citizen and not wealthy.

## SUMMARY #

The 2014 Sunnova solar system was not designed to produce the Guaranteed Production. In 2017 I assisted my client with her BBB complaint as she received **$3000+ power bills every year instead of the promised utility refund check**.

In the 2018 BBB Mediation, Sunnova agreed to install four additional solar panels. While production improved, it was still less than guaranteed, and as per the Sunnova production records the system broke on 8/20/2023 and it either was down entirely or produced 50%:




Sunnova refused to repair and my client finally retained my services again.

On **12/8/23** the **House Energy and Commerce Committee Chair Cathy McMorris Rodgers (R-WA) and Senate Energy and Natural Resources Ranking Member John Barrasso (R-WY) issued a press release regarding its investigation of Sunnova's deplorable business practices:**
https://sunnova-solar-fraud.org/kb/the-3-billion-energy-department-loan-guarantee/2023-12-8-house-energy-committee-press-release-demanding-documents-and-communications-from-doe/

I found the Facebook Sunnova Complaints group. Unfortunately, it this group appears to be funded by Sunnova, damage control, and is infiltrated by countless Sunnova and other solar companies employees spewing false information to discourage the defrauded customers from taking action against Sunnova.

As I reviewed the Sunnova email regarding underproduction from the previous year and its refund, I noticed that the Guaranteed Production referenced in Sunnova's email was LOWER than in the contract.

**We asked Sunnova countless times why it used lower Guaranteed Production figures than in the contract to calculate the amounts of refunds.**

After Sunnova accepted our Power of Attorney they failed to provide answers and mostly ignored my emails. In June 2024 we finally filed another complaint with the Houston BBB:

https://sunnova-solar-fraud.org/kb/bbb/2024-6-12-sunnova-bbb-complaint-failure-to-repair-and-using-incorrect-lower-guaranteed-production-schedule/

**Sunnova REFUSED to answer a single question in our BBB complaint and the BBB falsely classified it as "answered" while not a single question was answered.**

The Houston BBB Sunnova rating was "F" in December 2023 and Sunnova was no longer accredited. Next, it was not rated and only a few weeks later the BBB rating magically improved to a "C+" rating — despite countless Sunnova customer complaints at the BBB site and on Facebook:

https://sunnova-solar-fraud.org/kb/bbb/2024-3-24-all-bbb-complaints-about-sunnova/

I received no response to my subsequent questions regarding the Houston BBB's ratings fraud: https://sunnova-solar-fraud.org/kb/bbb/2024-9-18-questions-to-houston-bbb-regarding-its-false-sunnova-energy-rating/

**Clearly, the BBB is either paid by Sunnova or expects to be paid by Sunnova to fraudulently improve its rating:**

RACKETEERING

## I found the likely forged 5/19/14 Sunnova Amendment when I logged into my client's account at the Sunnova site. #

We were shocked when we discovered this Amendment. This Amendment was not at the Sunnova site when we filed our first BBB complaint in 2017 and we have never seen this document before.

My client is a senior citizen with health issues and lost her husband in 2023. She spent countless hours searching for emails or anything relating to this Amendment in her and her husband's email accounts and she repeatedly searched her computer and paper files. She could not locate this Amendment or any reference to it. She is terribly stressed by this fraud and our inability to get assistance from DocuSign.

## The likely fraudulent Sunnova Energy 5/16/14 Amendment with Guaranteed Production lower than in the contract #

[Click on the images to zoom in]

**Since July 2024 I have been attempting to have this document authenticated by DocuSign.**

I've wasted well over 50 hours emailing to DocuSign "Security", posting at the DocuSign forum, emailing, and reading countless web pages on validating digital signatures.

"Security" sent only automated responses resulting in so much stress and frustration for both of us. I requested assistance in the DocuSign community forum but received no useful assistance until I posted that nobody should ever sign digitally because DocuSign refuses to assist with validating documents. Finally, I got an email from Maria at DocuSign, resulting in much more frustration and stress. DocuSign would not release ANY information about the document's signatures to us to protect the privacy of the criminals running Sunnova, and of course, paying DocuSign.

## My failed attempts to validate the signatures on the Amendment #

**On 8/26/24 I attempted to validate the signatures on the Amendment in Acrobat Reader and the options to validate or certify were greyed out:**

Tried the original contract and all signatures were validated:



**On 10/30/24 I once again searched for e-signature info and found updated instructions (completely different) at Adobe:**

https://helpx.adobe.com/acrobat/using/validating-digital-signatures.html

The Amendment shows “nothing”. No error. NOTHING.

Why can’t Adobe add a message such as “no valid signatures”? Protecting the criminals.

The original contract shows detailed signature information:

**The countless emails since July, documenting DocuSign’s corruption:**
https://sunnova-solar-fraud.org/kb/docusign-digital-signature-fraud/2024-9-27-docusign-refused-to-examine-the-apparently-photo-shopped-docusign-digital-signatures-on-sunnova-energys-amendment/

My client finally submitted her complaint to the sheriff — twice. The first time, they gave her a Victims’ Rights brochure and did nothing. UNBELIEVABLE. I called them. My client went back and they wrote up an Incident Report far removed from reality.

But at least we have a report to provide to the CA Attorney General and I am currently preparing the complaint.

Since DocuSign won’t assist, we can only hope that the AG’s office will do whatever it takes to determine who signed this Amendment.

**DocuSign’s paying customers can easily create fraudulent documents.**

DocuSign account holders can send documents to any email address and digitally sign anyone’s name. Those signatures will likely be validated in Adobe Acrobat.

As I documented, DocuSign will not assist you and protect the criminals unless you get law enforcement to investigate or you're wealthy enough to pay a competent attorney to file a lawsuit against Docusign get information through discovery, or serve DocuSign with a subpoena.

**Consumers and their estates have to pay THOUSANDS of dollars to determine whether a document is authentic!**

I don't know anyone else with enough tech knowledge to attempt to validate signatures with Adobe Acrobat. I don't live in Silicon Valley. During my many hours of research, I didn't find any paid services to assist.

**NEVER EVER sign important documents digitally.**

- Corporations can easily fake contracts, amendments, disclosures, etc. many years after you signed.
- As this DocuSign fraud investigation shows, corporations like DocuSign and the Houston BBB are much more concerned with PROFITS than INTEGRITY.
- We have been unable to retain an attorney because the Sunnova contract requires mandatory arbitration.

## Additional DEFECTS invalidating this Sunnova Amendment: No signature for husband, no notice of Amendment and NO right to cancel #

- The wife is NOT mentioned as one of the parties.
- The wife's signature appears twice.
- The husband's signature is missing.
- No page numbers on the document.

**Additionally, my client has been unable to locate:**

- Any notification regarding the material changes in the Amendment.
- Notification of their right to cancel the contract due to the material changes.

**Sunnova should have notified the customers of the reasons for these changes and informed them of the right to cancel the contract due to these material changes.**

# Exhibit 4

# Sunnova FAKE reviews on Trustpilot despite my Notice of the Sunnova Review Fraud

## *Updated 7/6/25:* Do defrauded Sunnova customers have claims against fraudulent review sites? #

I believe so — if you relied on reviews at fake review sites like Trustpilot, the Houston BBB and others as part of your research before signing the contract. Sunnova also features its fraudulent review site ratings at its website, obviously to entice potential customers to purchase its products and services.

Did you get conned?

**Remember the appraisers prosecuted for overestimating home values after we had so many foreclosures in 2008?**

Review sites rate corporations and now Sunnova is in Ch. 11 bankruptcy. Thousands of customers have had nothing but problems with their Sunnova solar systems.

**Review sites are liable for knowingly assigning incorrect ratings.**

Is it legal to deceive and defraud consumers?

Is it legal for review sites to charge scummy corporations like Sunnova for additional services to increase their ratings?

**You may have a legal claim against review sites** if you got suckered into an under-producing solar system lacking promised benefits or if you have or had other issues with Sunnova products.

Last year Facebook removed my Sunnova Fraud page and I'm going to submit my claim to the Sunnova bankruptcy court. All involved in the bankruptcy will be served with my claim.

My client's claim is about her solar system and document forgery. My claim is about the "reputation defenders", how unscrupulous corporations pay for better ratings and removal of negative facts about their operations from the web and social media. It's not just Sunnova. DocuSign and countless other major corporations employ these techniques.

I updated with new screenshots documenting the ongoing Trustpilot review fraud below.

## My 7/6/25 request for comments and a couple of questions for Trustpilot #

https://trustpilot-help.zendesk.com/hc/en-gb/requests/new?ticket_form_id=15946712462237

7/6/25

Hello,

I believe that Trustpilot is liable for the Sunnova Energy victims' damages after relying on your FRAUDULENT rating, prominently featured at the Sunnova website.

Incredibly, Trustpilot CONTINUED to engage in this FRAUD even after my notification last year.

I'll greatly appreciate your comments regarding my Trustpilot investigation:

[Link to this page]

I will submit this page to regulators, media and the Sunnova bankruptcy court in support of my racketeering allegations.

How much did Sunnova pay to Trustpilot since 1/24 and why did you not remove the many clearly fraudulent reviews even after I notified you of this review fraud?

Sincerely,

Christine Baker

## 8/22/24 Summary #

I contacted Trustpilot about the fake Sunnova reviews, and they chose to do nothing.

Fortunately, we can document on the Trustpilot site that Sunnova has been manipulating reviews since 1/24, shortly after the House Energy Committee press release regarding its investigation of Sunnova because of countless complaints with regulators and with the Houston BBB regarding its unfair and deceptive business practices.

## In 2024 the FTC banned fake reviews #

https://sunnova-solar-fraud.org/kb/solar/regulatory-actions/federal-trade-commission-announces-final-rule-banning-fake-reviews-and-testimonials/

Since verified reviewers submitted the FAKE REVIEWS, it should be easy to determine whether the reviewers are Sunnova customers and if so, why they submitted the reviews.

Illegal incentives?

**Ultimately, the executives of the many fake review sites like Trustpilot and the companies participating in this fraud ought to be prosecuted and go to PRISON!**

The review sites, the review brokers, the Houston BBB, and of course the Sunnova execs conspired to mislead and defraud consumers, engaging in textbook racketeering.

## The Trustpilot REVIEW FRAUD documented #

https://www.trustpilot.com/review/sunnova.com/transparency

**How does this FRAUD work?**

- Trustpilot verifies FAKE reviewers, review brokers sell fake reviews at sites like Trustpilot hire them for fraudsters like Sunnova?

I know someone who got paid 50 cents per fake Amazon review. She did ok!

How much did Sunnova pay?

Corporations pay Trustpilot to allow them to "invite" customers to review. Every time I did a support chat with one of my software vendors and I rated the chat as good, I got a link to submit my rating to TrustPilot. This is how easy it is to improve your rating! Just pay Trustpilot for this addon service.

**Nothing is what it appears to be.**

## 93% of 5-star Reviews at Trustpilot are from Verified Reviewers #

**Verified Reviews:**

- 93% 5-star
- 1% 1-star

**Organic Reviews:**

- 40% 5-star
- 53% 1-star

## Amazing! So many positive reviews since January 2024 #

- The number of negative reviews stays about the same.
- Positive reviews increase from about 10/month to about 70/month, starting around the middle of January 2024.

**Sunnova PAYS for extra Trustpilot features — such as allowing FAKE reviews?**

**WHY are our regulators not prosecuting these FRAUDSTERS?**

Incredibly, Trustpilot falsely claims that it removes fake reviews. They forgot to mention that you can pay them to get more 5-star reviews. In fact, Trustpilot designed its system to improve ratings through the review process for paying corporations. No doubt a very profitable scam!

**How does Trump's FTC feel about this review fraud?**

## 7/6/25 Trustpilot Sunnova Rating update #

From the Sunnova.com ABOUT page on 7/6/25:



**Since March 2025 only 1-star reviews are listed at Trustpilot**

Incredibly, Sunnova still has a 4.5-star rating!

No mention of the bankruptcy ☹



**To help Sunnova attract more customers, Trustpilot cleverly hides the recent 1-star reviews and features the old 5-star reviews!**



Trustpilot excels at falsifying the rating of corrupt and criminally operating bankrupt corporations like Sunnova.

However, we also have to give credit to the not so bright customers like Nick Darchik who wrote:

> **... At the current rate of solar production it appears that six months of electric usage will not be covered with 100% solar. ...**

**Exactly WHY did Nick give 4 stars to Sunnova? He enjoys being defrauded?**

**It's enough to make you cry!**

For reference, the 7/6/25 screenshot for the entire Sunnova page at Trustpilot (click for larger image):



7/6/25 Trustpilot manipulated Sunnova rating (click for larger image)

# Exhibit 5

# Congress of the United States
## Washington, DC 20510

December 7, 2023

Mr. Jigar Shah
**Director**
**Loan Programs Office**
**U.S. Department of Energy**
1000 Independence Avenue, S.W.
Washington, D.C. 20002

**Dear Mr. Shah,**

We write to you regarding disturbing reports about Sunnova Energy Corporation (Sunnova), a residential solar company, to which the Department of Energy's (DOE) Loan Programs Office (LPO) recently awarded a $3 billion partial loan guarantee.[1]

Billed as "the single largest commitment ever made by the Federal Government to solar power," LPO closed this partial loan guarantee to Sunnova's "Project Hestia" on September 28, 2023.[2] According to LPO, this project will make distributed energy resources and virtual power plant software available to more Americans by providing loans to approximately 75,000 to 115,000 homeowners for clean energy systems.[3] This project will focus on households in disadvantaged communities, aiming to provide at least 20 percent of loans to customers with FICO credit scores of 680 or less and up to 20 percent of loans to homeowners in Puerto Rico.[4]

We are alarmed about recent, credible reports that Sunnova has racked up numerous consumer complaints, including those alleging troubling sales practices, such as Sunnova pressing elderly homeowners in poor health to sign long-term contracts costing tens of thousands of dollars.[5] These reports cite interviews with individuals who struggled to deal with large contracts that their elderly parents signed shortly before passing away as well as state consumer complaints alleging maintenance delays and predatory sales strategies.[6] For example, one woman interviewed stated that a door-to-door Sunnova salesman sold her father—who she characterized as in hospice care—a $60,000 solar system for his mobile home shortly before his death.[7]

---

[1] LOAN PROGRAMS OFFICE, DEP'T OF ENERGY, *DOE Announces $3 Billion Partial Loan Guarantee to Sunnova's Project Hestia*, Sept. 28, 2023, https://www.energy.gov/lpo/articles/doe-announces-3-billion-partial-loan-guarantee-sunnovas-project-hestia.
[2] *Id.*
[3] *Id.*
[4] *Id.*
[5] Alana Goodman, *Biden Admin Gave $3 Billion Loan to Solar Company Accused of Scamming Elderly*, WASH. FREE BEACON, Nov. 22, 2023, https://freebeacon.com/energy/biden-admin-gave-3-billion-loan-to-solar-company-accused-of-scamming-elderly/.
[6] *See id.*
[7] *See id.*

Additional reports suggest these troubling reports are not isolated incidents. For example, while Project Hestia will target Puerto Rican homeowners for 20 percent of its loans, its residents have previously experienced major problems with Sunnova's services there. By 2017, Puerto Rico's Independent Office of Consumer Protection reportedly received over 1,000 complaints regarding Sunnova systems that include claims of misleading consumers and failing to deliver lower energy bills as promised.[8] In 2019, the Puerto Rican Energy Bureau also released a report confirming the validity of numerous consumer complaints it received. These included complaints of consumers accidentally signing up for 25-year contracts, consumers being misled about potential savings with solar panels, and Sunnova not fully revealing the costs of financing these solar panels to consumers.[9] Residents in other parts of the country have also reported problems with Sunnova systems, including deceptive sales practices.[10] These allegations are particularly troubling, as LPO has stated this program will focus on disadvantaged communities.[11]

As part of our oversight of LPO, we are requesting additional information regarding LPO's awareness of and treatment of the above concerns regarding Sunnova. We request that you provide the following documents and information by no later than December 21, 2023:

1. All documents and emails related to internal discussions regarding LPO's decision to grant a loan guarantee to Sunnova, including all documents related to the approval of the loan guarantee.
    a. Please include all texts, emails, and correspondence between the LPO, Sunnova board members, the White House, and all political appointees at DOE or elsewhere throughout the Executive Branch.
2. All documents showing LPO policies and procedures that govern the review of risks associated with business practices or models of the financial health of LPO applicants, including assessments of any pending or past civil, criminal, or regulatory actions involving the applicant company.
3. All documents and communications exchanged between the government of Puerto Rico and any of its agencies or entities, including Independent Office of Consumer Protection and the Puerto Rican Energy Bureau, and DOE regarding the Sunnova loan.
4. All documents and communications exchanged between Sunnova and DOE regarding reports of consumer complaints against Sunnova.

---

[8] Elivan Martinez Mercado & Rick Jervis, *"Abusive" Contracts. Defunct Solar Panels After Hurricane Maria. Texas Company Hit with More Than 400 Complaints, Investigation Finds*, USA TODAY, Feb 26, 2019, https://www.usatoday.com/story/news/nation/2019/02/26/sunnova-texas-solar-puerto-rico-hurricane-maria/2946484002/ (last updates Feb. 28, 2019).
[9] *Id.*
[10] *See, e.g.*, Jaclyn Allen, *BBB Issued Alert for Sunnova, Citing Pattern of Complaints*, DENVER 7 ABC NEWS, June 4, 2023, https://www.denver7.com/news/contact-denver7/bbb-issued-alert-for-sunnova-citing-pattern-of-complaints (last updated June 5, 2024) (describing Denver area consumer complaints and Better Business Bureau complaints).
[11] *See* LOAN PROGRAMS OFFICE, DEP'T OF ENERGY, *supra* note 1.

Additionally, please provide responses to the following questions to both the House Energy and Commerce Committee and the Senate Energy and Natural Resources Committee by December 21, 2023:

1. Is LPO aware of concerns regarding consumer complaints against Sunnova, including but not limited to those cited in this letter?

2. What actions, if any, did LPO take prior to finalizing the partial loan guarantee to learn more about the nature of consumer complaints against Sunnova?

3. What requirements, if any, has LPO issued to Sunnova regarding its sales tactics and consumer protections to date?

4. How does LPO plan to monitor Sunnova's treatment of customers and potential customers and encourage Sunnova to take care that its potential customers understand the full terms of their agreements with Sunnova?

5. Who was involved in the approval of DOE's loan guarantee to Sunnova and what is DOE's process for awarding such loan guarantees?

Thank you for your attention to this matter. Should you have any questions about this request, please contact House Energy and Commerce Majority staff at (202) 225-3641 or Senate Energy and Natural Resources Minority staff at (202) 224-4971. We look forward to your prompt response.

Sincerely,

Cathy McMorris Rodgers
Chair
House Committee on Energy
and Commerce

John Barrasso, M.D.
Ranking Member
Senate Committee on Energy
and Natural Resources

CC: The Honorable Frank Pallone, Jr. Ranking Member
House Committee on Energy and Commerce

The Honorable Joe Manchin, Chairman
Senate Committee on Energy and Natural Resources

# Exhibit 6

**From: Wietecha, Carter <carter.wietecha@kirkland.com>**
**To: Christine Baker <christine@sunnova-solar-fraud.org>**
**Date: Friday, October 3, 2025 1:32:00 PM**
**Subject: Sunnova Plan Summary Case 25-90160**
**Folder: Inbox/christine@sunnova-solar-fraud.org**

Thanks, Christine. Scheduled claim **#10071219** from your screenshot below, which has a claim value of $0, is unrelated to your claim. Your claim is listed as filed claim **#1219** and has an asserted value of $18,000. The only reason both claims appear in your search is that scheduled claim #10071219 coincidentally contains the numbers "1219."

**Please let us know if any other questions.**

**Thanks,**

Carter Wietecha

KIRKLAND & ELLIS LLP
333 W Wolf Point Plaza, Chicago, IL 60654
T +1 312 862 0736 M +1 872 327 8722
F +1 312 862 2200

carter.wietecha@kirkland.com

**From:** Christine Baker <christine@sunnova-solar-fraud.org>
**Sent:** Friday, October 3, 2025 2:55 PM
**To:** Wietecha, Carter <carter.wietecha@kirkland.com>
**Cc:** Reiney, Margaret <margaret.reiney@kirkland.com>; Koch, Mike James <mike.koch@kirkland.com>
**Subject:** Re: Sunnova Plan Summary Case 25-90160

Hello Carter,

Appreciate your explanation of the bizarre $1 on the ballot, however, that does not explain why the claim VALUE is $0.

Attached is the screenshot. Thanks,

Christine Baker




Thursday, October 2, 2025, 3:16:29 PM, you wrote:

Christine,

Thank you for that additional detail.

The "balloting process" is the process by which the Debtors are soliciting votes to accept or reject their chapter 11 plan. In connection with that process, the Debtors assign certain "contingent" and/or "unliquidated" claims a value of $1, as the Bankruptcy Code and Bankruptcy Rules permit. This value is temporary and for voting purposes only. We cannot speak to what Kroll meant by "claim amount," but the amount listed on your ballot is utilized solely for voting purposes and does not impact the amount listed in your proof of claim.

As I mentioned in my previous message, please ensure that you submit your ballot so that it is received by the voting deadline, which is October 13, 2025, at 4 PM CT.

We also double checked with Kroll regarding service of the Bar Date Notice. Kroll informed us that, because you are not a Sunnova customer, and your claim was not otherwise reflected in Sunnova's records at the time of service, they did not mail you a Bar Date Notice. That said, it appears that your claim was timely filed, so no further action should be required from you on your proof of claim at this time.

Finally, please be advised that we cannot speak with you about any issues unrelated to your personal claim(s) against Sunnova, including any claims held by other people. We're happy to address any questions regarding your claim. To the extent that you may be in contact with other individuals with questions, they may contact us separately.

Best,

Carter Wietecha

---

KIRKLAND & ELLIS LLP
333 W Wolf Point Plaza, Chicago, IL 60654
T +1 312 862 0736 M +1 872 327 8722
F +1 312 862 2200

---

carter.wietecha@kirkland.com<mailto:carter.wietecha@kirkland.com>

From: Christine Baker <christine@sunnova-solar-fraud.org>
Sent: Wednesday, October 1, 2025 8:32 PM
To: Wietecha, Carter <carter.wietecha@kirkland.com>
Cc: Reiney, Margaret <margaret.reiney@kirkland.com>; Koch, Mike James <mike.koch@kirkland.com>
Subject: Re: Sunnova Plan Summary Case 25-90160

Could you kindly clarify whether (a) you personally hold a claim/claims against Sunnova I wrote: > 1) More confusion in Kroll chat regarding my Claim 1219: "Why is my claim value $0 and the ballot says $1?" ... And yes,

Hello Carter,

Could you kindly clarify whether (a) you personally hold a claim/claims against Sunnova

I wrote:

1) More confusion in Kroll chat regarding my Claim 1219: "Why is my claim value $0 and the ballot says $1?" ...

And yes, I have clients. I'm not an attorney. I work for the people who don't have tens of thousands of dollars to waste on attorneys.

I hope that answers your questions.

Christine Baker

Wednesday, October 1, 2025, 12:43:16 PM, you wrote:

Thanks, Christine. Could you kindly clarify whether (a) you personally hold a claim/claims against Sunnova or (b) are an attorney representing a claimant? You mention "your client's customer claim" below, so we wanted to clarify what capacity you are contacting us in.

Best,

Carter Wietecha

---

KIRKLAND & ELLIS LLP

333 W Wolf Point Plaza, Chicago, IL 60654

T +1 312 862 0736 M +1 872 327 8722

F +1 312 862 2200

---

carter.wietecha@kirkland.com<mailto:carter.wietecha@kirkland.com<mailto:carter.wietecha@kirkland.com%3cmailto:cart

**From: Christine Baker** <christine@sunnova-solar-fraud.org<mailto:christine@sunnova-solar-fraud.org>>

**Sent: Wednesday, October 1, 2025 1:36 PM**

**To: Wietecha, Carter** <carter.wietecha@kirkland.com<mailto:carter.wietecha@kirkland.com>>

**Cc: Reiney, Margaret** <margaret.reiney@kirkland.com<mailto:margaret.reiney@kirkland.com>>; **Koch, Mike James** <mike.koch@kirkland.com<mailto:mike.koch@kirkland.com>>

**Subject: Re: Sunnova Plan Summary Case 25-90160**

**10/1/25**

**Hello Carter,**

**I appreciate your explanations.**

**1) More confusion in Kroll chat regarding my Claim 1219:**

**"Why is my claim value $0 and the ballot says $1?"**

**Nick C. at 14:03, Sep 30:**

**"That is only for purposes of the balloting process. It does not reflect the claim amount as provided in our previous chat."**

**I have had several chats with Nick, also regarding my client's customer claim. I'm asking about "value", he responds with "claim amount" as if it was the same.**

**Is Nick correct? What is this "balloting process?"**

**2) You wrote: "notice of the General Claims Bar Date was served on each of the Debtors' customers on July 17, 2025"**

**I don't remember seeing that email, maybe we missed it somehow. Could you please send this email to me, want to make sure my objection is as accurate as possible.**

**Thanks!**

**Christine**

**Tuesday, September 30, 2025, 1:41:12 PM, you wrote:**

Christine,

Thank you again for the note. We strongly recommend that you consult with your own counsel with respect to the Sunnova chapter 11 proceedings. We are not your attorneys and cannot provide you with, nor should anything in this email be construed as, legal advice. You may also wish to contact counsel for the Official Committee of Unsecured Creditors by emailing Matthew E. Kaslow at matt.kaslow@blankrome.com<mailto:matt.kaslow@blankrome.com><mailto:matt.kaslow@blankrome.com<mailto:matt and/or James Burbage at jburbage@willkie.com<mailto:jburbage@willkie.com><mailto:jburbage@willkie.com<mailto:jburbage@willkie.com%3cm for additional assistance.

With respect to your questions about the confirmation process, the Debtors are currently soliciting votes for their proposed chapter 11 plan. Please refer to the materials you received to determine if you are eligible to vote on confirmation of the Plan (i.e., whether they include a "Ballot" or a "Notice of Non-Voting Status"). Parties entitled to vote have until October 13, 2025, at 4:00 PM CT to submit their votes to accept or reject the Plan. All parties also have until October 13, 2025, at 4:00 PM CT to elect to "opt out" of the Third-Party Release contained in the Plan. If you decide to opt out, then you will not be subject to the Plan's Third Party Release provisions. Please refer to the materials you received for additional information on the Third Party Release and specific instructions for voting on the Plan (if you are eligible to vote) and/or for opting out of the Third Party Release.

The Debtors intend to present their Plan for confirmation at a hearing before the Bankruptcy Court on October 15, 2025, at 10:00 AM CT. If you oppose confirmation of the Plan, you must file an objection with the Bankruptcy Court by October 13, 2025, at 4:00 PM CT. Once the Plan is confirmed and the conditions precedent to the effective date are satisfied or waived, the Plan will go effective, the Debtors' remaining assets will be transferred to the Creditor Trust, and the Creditor Trust will liquidate and administer those assets, reconcile claims, and make distributions to creditors with allowed claims. At this time, the Debtors cannot predict the time that this process will take nor the amount of assets that will be available for distribution to holders of allowed claims. Please refer to Article III.F. of the Debtors' Disclosure Statement for more information. As explained in that document, the Debtors believe that general unsecured creditors will recover between approximately 1.9%-2.2% on account of their claims.

With regard to the time to file proofs of claim, notice of the General Claims Bar Date was served on each of the Debtors' customers on July 17, 2025, in addition to being noticed via publication in The New York Times, the Financial Times, and the San Juan Daily Star on July 24, 2025. If you believe that you did not receive notice of the General Claims Bar Date and wish to file a proof of claim, please let us know and we can discuss with our clients and the Official Committee.

Again, we strongly recommend that you consult with counsel regarding your questions. If there is further information we can provide, please do not hesitate to ask.

Best,

Carter Wietecha

---

KIRKLAND & ELLIS LLP

333 W Wolf Point Plaza, Chicago, IL 60654

T +1 312 862 0736 M +1 872 327 8722

F +1 312 862 2200

---

carter.wietecha@kirkland.com<mailto:carter.wietecha@kirkland.com><mailto:carter.wietecha@kirkland.com<mailto:carte

**From: Reiney, Margaret**
<margaret.reiney@kirkland.com<mailto:margaret.reiney@kirkland.com<mailto:margaret.reiney@kirkland.com%3cmailto:n

**Sent: Tuesday, September 30, 2025 5:45 AM**

**To: Christine Baker**
<christine@sunnova-solar-fraud.org<mailto:christine@sunnova-solar-fraud.org<mailto:christine@sunnova-solar-fraud.org%

**Cc: Foster, Ciara**
<ciara.foster@kirkland.com<mailto:ciara.foster@kirkland.com<mailto:ciara.foster@kirkland.com%3cmailto:ciara.foster@ki
**Koch, Mike James**
<mike.koch@kirkland.com<mailto:mike.koch@kirkland.com<mailto:mike.koch@kirkland.com%3cmailto:mike.koch@kirklan
**Wietecha, Carter**
<carter.wietecha@kirkland.com<mailto:carter.wietecha@kirkland.com<mailto:carter.wietecha@kirkland.com%3cmailto:ca

**Subject: Re: Sunnova Plan Summary Case 25-90160**

**Christine — appreciate your note. Moving some to bcc and looping in others. We will reach out with additional information.**

**Thanks,**

**Margaret Reiney**

---

**KIRKLAND & ELLIS LLP**

**601 Lexington Avenue, New York, NY 10022**

**T +1 212 390 6980**

**M +1 646 589 1612**

**F +1 212 446 4900**

---

margaret.reiney@kirkland.com<mailto:margaret.reiney@kirkland.com><mailto:margaret.reiney@kirkland.com<mailto:mar

**On Sep 30, 2025, at 5:09 AM, Christine Baker <christine@sunnova-solar-fraud.org<mailto:christine@sunnova-solar-fraud.org<mailto:christine@sunnova-solar-fraud.org%**
**wrote:**

**9/29/25 Via email to the Sunnova attorneys with Kirkland & Ellis LLP and Bracewell LLP: Anup Sathy**

**anup. sathy@ kirkland. com Brian Schartz brian. schartz@ kirkland. com Ciara Foster ciara. foster@ kirkland. com Margaret Reiney margaret. reiney@ kirkland. com**

**9/29/25**

**Via email to the Sunnova attorneys with Kirkland & Ellis LLP and Bracewell LLP:**

**Anup Sathy**
anup.sathy@kirkland.com<mailto:anup.sathy@kirkland.com><mailto:anup.sathy@kirkland.com<mailto:anup.sathy@kirkla

**Brian**
**Schartz** brian.schartz@kirkland.com<mailto:brian.schartz@kirkland.com><mailto:brian.schartz@kirkland.com<mailto:brian.

**Ciara Foster**
ciara.foster@kirkland.com<mailto:ciara.foster@kirkland.com><mailto:ciara.foster@kirkland.com<mailto:ciara.foster@kirkl

**Margaret Reiney** margaret.reiney@kirkland.com<mailto:margaret.reiney@kirkland.com><mailto:margaret.reiney@kirkland.com<mai

**Jason Cohen** jason.cohen@bracewell.com<mailto:jason.cohen@bracewell.com><mailto:jason.cohen@bracewell.com<mailto:jaso

**Jonathan Lozano** jonathan.lozano@bracewell.com<mailto:jonathan.lozano@bracewell.com><mailto:jonathan.lozano@bracewell.con

**Dear attorneys for Sunnova,**

**I attempted to review the snail-mailed printed documents and the documents on the Kroll thumb drive we received last Monday.**

**Don't you realize that we cannot pay many thousands of dollars to attorneys to read and explain the nonsense you sent us?**

**You included ENTIRE pages that are not readable at all because they are in ALL CAPS. Caps are used to highlight IMPORTANT information. I'm sure you know that when you are "highlighting" EVERYTHING, nothing is readable anymore. Why did you assault us with these incomprehensible documents?**

**I understand that you are representing Sunnova, but since NOBODY is representing us, the defrauded Sunnova VICTIMS, don't you have a fiduciary duty to us?**

**Please provide a summary of these documents, no longer than 2 pages, without unreadable ALL CAPS and in plain English:**

**1) What is the PROCESS? What happens if the Plan is approved? Timeline?**

**2) What percentage of their claims will the defrauded customers receive?**

**3) How much money is available for all creditors and how will it be distributed?**

**Please provide a pie chart identifying the total amounts to be distributed and the percentage of claims paid to the various types of creditors.**

**The unrepresented Sunnova customers have been continually deceived and misled. First, by Sunnova and its agents, and since the bankruptcy by Kroll and you, its attorneys.**

**The customers were not even notified of the deadline to submit Claims, as promised by Kroll.**

**The Kroll chat hours were so limited, with hold times often exceeding half an hour, and occasionally chat wasn't even available during the limited hours. Working people would have to take time off to ask a question!**

**No meaningful instructions to complete the Claim Form were provided to the defrauded customers.**

**On its website and in emailed notices, Sunnova continually misrepresented to its customers that they should do NOTHING — instead of advising that customers needed to submit their claims by the 8/6/25 deadline.**

**It is shocking to see how the Sunnova customers are being railroaded again.**

**We greatly appreciate your cooperation and a summary of the Plan that even someone with an IQ below 80 can understand.**

**Sincerely,**

**Christine Baker**

c: https://urldefense.com/v3/ https://sunnova-solar-fraud.org/kb/sunnova-bankruptcy/important-documents-filed-with-t
4-sunnova-incomprehensible-disclosures-plan-and-nonsense/ ;!!MPAZj1r9Mghpww!DaqBDQJN9I6AhQeNxKaFvljHQO30xi
T1HjHQwtRKQXS8lX8S14 VyFLvm$<https://urldefense.com/v3/ https:/sunnova-solar-fraud.org/kb/sunnova-bankruptcy/i
-sunnova-incomprehensible-disclosures-plan-and-nonsense/ ;!!MPAZj1r9Mghpww!DaqBDQJN9I6AhQeNxKaFvljHQO30xial
1HjHQwtRKQXS8lX8S14 VyFLvm$><https://urldefense.com/v3/ https:/sunnova-solar-fraud.org/kb/sunnova-bankruptcy/i
-sunnova-incomprehensible-disclosures-plan-and-nonsense/ ;!!MPAZj1r9Mghpww!H4eCqTcKhJdcG4WpTqQs3SQ2Lk9qn4
1n-oOqQqz QTZUqf33FZJUZDTg$><https://urldefense.com/v3/ https:/sunnova-solar-fraud.org/kb/sunnova-bankruptcy/i
-sunnova-incomprehensible-disclosures-plan-and-nonsense/ ;!!MPAZj1r9Mghpww!DjAKN7kLDBWFJ1hY8vZKVROYaNtlcqh
PBmbPPp2y-SLfjrBctzKzoLblV$><https://urldefense.com/v3/ https:/sunnova-solar-fraud.org/kb/sunnova-bankruptcy/imp
-sunnova-incomprehensible-disclosures-plan-and-nonsense/ ;!!MPAZj1r9Mghpww!H4eCqTcKhJdcG4WpTqQs3SQ2Lk9qn4
1n-oOqQqz QTZUqf33FZJUZDTg$%3e%3chttps:/urldefense.com/v3/ https:/sunnova-solar-fraud.org/kb/sunnova-bankrup
nnova-bankruptcy-court/2025-9-24-sunnova-incomprehensible-disclosures-plan-and-nonsense/ ;!!MPAZj1r9Mghpww!DjA
QVSV0xoTn4UmEhOholU6ZQCBO8mLtGX2PBmbPPp2y-SLfjrBctzKzoLblV$%3e%3e>

<https://urldefense.com/v3/ https:/sunnova-solar-fraud.org/kb/sunnova-bankruptcy/important-documents-filed-with-the
-sunnova-incomprehensible-disclosures-plan-and-nonsense/ ;!!MPAZj1r9Mghpww!H4eCqTcKhJdcG4WpTqQs3SQ2Lk9qn4Z
1n-oOqQqz QTZUqf33FZJUZDTg$%3e%3chttps:/urldefense.com/v3/ https:/sunnova-solar-fraud.org/kb/sunnova-bankrupt
nnova-bankruptcy-court/2025-9-24-sunnova-incomprehensible-disclosures-plan-and-nonsense/ ;!!MPAZj1r9Mghpww!DjA
QVSV0xoTn4UmEhOholU6ZQCBO8mLtGX2PBmbPPp2y-SLfjrBctzKzoLblV$%3e%3e>

<https://urldefense.com/v3/ https:/sunnova-solar-fraud.org/kb/sunnova-bankruptcy/important-documents-filed-with-the
-sunnova-incomprehensible-disclosures-plan-and-nonsense/ ;!!MPAZj1r9Mghpww!H4eCqTcKhJdcG4WpTqQs3SQ2Lk9qn4Z
1n-oOqQqz QTZUqf33FZJUZDTg$%3e%3chttps:/urldefense.com/v3/ https:/sunnova-solar-fraud.org/kb/sunnova-bankrupt

nnova-bankruptcy-court/2025-9-24-sunnova-incomprehensible-disclosures-plan-and-nonsense/ ;!!MPAZj1r9Mghpww!DjA
QVSV0xoTn4UmEhOholU6ZQCBO8mLtGX2PBmbPPp2y-SLfjrBctzKzoLblV$%3e%3e>

<https://urldefense.com/v3/ https:/sunnova-solar-fraud.org/kb/sunnova-bankruptcy/important-documents-filed-with-the
-sunnova-incomprehensible-disclosures-plan-and-nonsense/ ;!!MPAZj1r9Mghpww!H4eCgTcKhJdcG4WpTqQs3SQ2Lk9qn4
1n-oOqQqz QTZUqf33FZJUZDTg$%3e%3chttps:/urldefense.com/v3/ https:/sunnova-solar-fraud.org/kb/sunnova-bankrup
nnova-bankruptcy-court/2025-9-24-sunnova-incomprehensible-disclosures-plan-and-nonsense/ ;!!MPAZj1r9Mghpww!DjA
QVSV0xoTn4UmEhOholU6ZQCBO8mLtGX2PBmbPPp2y-SLfjrBctzKzoLblV$%3e%3e> **California AG**
**at** BANKRUPTCY@COAG.GOV<mailto:BANKRUPTCY@COAG.GOV><mailto:BANKRUPTCY@COAG.GOV<mailto:BANKRUPTCY@

**The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland &**

**Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com<mailto:postmaster@kirkland.com><mailto:postmaster@kirkland.com<mailto:postmaster@ki and destroy this communication and all copies thereof, including all attachments.**

**The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com<mailto:postmaster@kirkland.com<mailto:postmaster@kirkland.com%3cmailto:postmaster@l and destroy this communication and all copies thereof, including all attachments.**

**The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com<mailto:postmaster@kirkland.com>, and destroy this communication and all copies thereof, including all attachments.**

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

---

# Exhibit 7

**10:57, Oct 7**
Info: Please wait for a site operator to respond.
10:57, Oct 7
**Info: Agent 'Nick C.' has joined the Desktop Sharing session**
**10:57, Oct 7**
Nick C.: Welcome to our live chat service. My name is Nick and I am happy to assist you today. Please standby while I review your pre-chat survey.
**10:58, Oct 7**
**Christine Baker: Hi Nick: "The Debtors intend to present their Plan for confirmation at a hearing before the Bankruptcy Court on October 15, 2025, at 10:00 AM CT. If you oppose confirmation of the Plan, you must** file an objection with the Bankruptcy Court by October 13, 2025, at 4:00 PM CT. "
10:58, Oct 7
**Christine Baker: from the attorneys**
**10:58, Oct 7**
**Christine Baker: I'm OLD and questioning my sanity**
10:59, Oct 7
Christine Baker: My calendar says that 10/13 is Columbus Day, is that correct?
**11:00, Oct 7**
**Nick C.: What attorneys are you referring to?**
11:00, Oct 7
Christine Baker: Kirkland & Ellis
**11:02, Oct 7**
**Nick C.: As the voting deadline is October 13, 2025, at 4:00 PM CT, the deadline to file an objection is the same.**
11:03, Oct 7
Christine Baker: "My calendar says that 10/13 is Columbus Day, is that correct?"
**11:04, Oct 7**
**Nick C.: It does not change the fact that the Court has established October 13, 2025 at 4pm CT as the voting deadline and deadline to file an objection.**
11:04, Oct 7
Christine Baker: So the court is open on Monday for Fed Ex delivery, since the post office is closed?
**11:05, Oct 7**
**Nick C.: You would need to contact the Court**
11:05, Oct 7
**Nick C.: Kroll does not have any information regarding Court hours**
**11:05, Oct 7**
**Christine Baker: What is the court website?**
11:06, Oct 7
**Nick C.:** https://www.txs.uscourts.gov/page/bankruptcy-court
11:06, Oct 7
**Christine Baker: thanks, I'll contact the court.**
**11:06, Oct 7**
Nick C.: United States Bankruptcy Court, Southern District of Texas United States Courthouse
515 Rusk Street
**Houston, TX 77002**
**11:06, Oct 7**
Nick C.: Thank you for visiting. Please do not hesitate to contact us again should you have any additional questions.
**11:06, Oct 7**
**Info: Agent '{name}' has disconnected from the Desktop Sharing session**

# Exhibit 8

From: Christine Baker <christine@trado.info>
To: TXSDdb_Houston_Operation <houston_operation@txs.uscourts.gov>
Date: Tuesday, October 7, 2025 4:42:40 PM
Subject: Electronic filing Sunnova Case No. 25-90160
Folder: Sent Mail/christine@trado.info

Thanks again, do I need to send copies or just the original filing?

What about service?

Thanks!

Tuesday, October 7, 2025, 3:27:27 PM, you wrote:

> The presiding judge would have to make that determination.

> -----Original Message-----
> From: Christine Baker <christine@trado.info>
> Sent: Tuesday, October 7, 2025 2:08 PM
> To: TXSDdb_Houston_Operation <houston_operation@txs.uscourts.gov>
> Subject: Re: Electronic filing Sunnova Case No. 25-90160

> CAUTION - EXTERNAL:

> And my objection would be considered late if it doesn't arrive until Tuesday because the court is closed on Monday, the deadline?

> Tuesday, October 7, 2025, 11:57:24 AM, you wrote:

>> Our building is not open on weekends, so any mail that would arrive on a Saturday would be held until Tuesday morning. You may want to go to your local post office and talk to them about the best option to mail your Objection to Plan.

>> -----Original Message-----
>> From: Christine Baker <christine@trado.info>
>> Sent: Tuesday, October 7, 2025 1:52 PM
>> To: TXSDdb_Houston_Operation <houston_operation@txs.uscourts.gov>
>> Subject: Re: Electronic filing Sunnova Case No. 25-90160

>> CAUTION - EXTERNAL:

>> I am assuming that it is too late for a motion.

>> Does the court get USPS mail on Saturday?

>> Tuesday, October 7, 2025, 11:44:25 AM, you wrote:

>>> Good afternoon, Ms. Baker

>>> The Clerk's Office will NOT be open for Columbus Day and if you wish to file electronically, you would have to motion the court for permission.

>>> -----Original Message-----
>>> From: Christine Baker <christine@trado.info>
>>> Sent: Tuesday, October 7, 2025 1:18 PM
>>> To: TXSDdb_ECF_Helpdesk <district_ecf_helpdesk@txs.uscourts.gov>
>>> Subject: Electronic filing Sunnova Case No. 25-90160

>>> CAUTION - EXTERNAL:

>>> CAUTION - EXTERNAL:

>>> 10/7/25

>>> Hello,

>>> I have a claim against Sunnova and wish to object to the plan. I am informed that the objection is due on 10/13/25 at 4 pm and according to Kroll [chat attached] this is still the deadline despite Columbus Day on the 13th.

>>> As I am one of the little people, on $306 Social Security, and I cannot afford to pay an attorney.

>>> Is the court open on Columbus Day to accept Fed Ex or UPS deliveries?

>>> Can I file electronically?

>>> Thanks,

>>> Christine Baker
>>> CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

>>> CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

>> CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

> CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

---

# Exhibit 9

From: SunnovaNoticingDoNotReply <SunnovaNoticingDoNotReply@ra.kroll.com>
To: Sunnova Team <SunnovaTeam@ra.kroll.com>
Date: Wednesday, October 8, 2025 7:16:01 PM
Subject: In re Sunnova Energy International Inc., et al., Case No. 25-90160, United States Bankruptcy Court for the Southern District of Texas
Folder: Inbox/christine@trado.info

---

Please find below a link to the following important document recently filed in the bankruptcy proceedings for Sunnova Energy International Inc., et al., Case No. 25-90160, United States Bankruptcy Court for the Southern District of Texas:

- Notice of Filing of Plan Supplement. Hearing Scheduled for October 15, 2025 at 10:00 a.m. (CT). Objections due by October 13, 2025 at 4:00 p.m. (CT) (Related Document: 864) [Docket No. 978]

For additional information, and to download all documents filed in the Debtors' chapter 11 cases free of charge, please visit https://restructuring.ra.kroll.com/Sunnova.

---