UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS (HOUSTON DIVISION)

United States Courts
Southern District of Texas
F I L E D

OCT 1 6 2025

Nathan Ochsner, Clerk of Court

In re:
SUNNOVA ENERGY INTERNATIONAL INC., et al.,
Debtors.

Case No. 25-90160 (ARP)
(Chapter 11 – Jointly Administered)
Judge Alfredo R. Pérez

**MOTION FOR SANCTIONS AND RESCISSION OF CONTRACT DUE TO UNLAWFUL COLLECTION ACTIVITY, BAD FAITH, AND BREACH OF FEDERAL LAW**

**I. JURISDICTION AND VENUE**

1. This Court has jurisdiction under 28 U.S.C. §§ 157 and 1334.

2. Venue is proper in this District under 28 U.S.C. §§ 1408 and 1409.

3. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (B), and (O).

**II. FACTUAL BACKGROUND**

4. On August 19, 2025 Movant transmitted a written Validation of Debt ("VOD") demand via Certified Mail to Sunnova Energy International Inc., SunStrong Management, LLC, the Office of the U.S. Trustee, and Kroll Restructuring Administration. Movant holds U.S. Postal Service Certified Mail receipts evidencing delivery. See Exhibit A.

5. Despite statutory obligations under 15 U.S.C. § 1692g(b), Defendants failed to validate the alleged debt and instead continued to collect, including a post-petition debit from Movant's bank account. See Exhibit B.

6. On September 3, 2025, Sunnova publicly announced completion of a § 363 sale, appointing SunStrong Management, LLC as servicer. Defendants then issued a blanket customer communication instructing payments to continue. See Exhibit C.

7. Movant also transmitted the VOD via email to Sunnova, Kroll, the Arizona Attorney General, and the Bankruptcy Court. See Exhibit D.

8. On August 11, 2025, Movant issued a Formal Billing Dispute, Validation of Debt Demand, and Notice of TILA § 1637(b) Violation. See Exhibit E. Sunnova's August 15, 2025 response was a generic bankruptcy notice failing to validate or cure default. See Exhibit F.

9. These actions constitute a continuing default, willful violations of the automatic stay, and bad faith conduct.

## III. LEGAL ARGUMENT

A. Violation of the Automatic Stay (11 U.S.C. § 362): Post-petition collections are barred. In re Repine, 536 F.3d 512 (5th Cir. 2008) confirms willful violations justify sanctions.

B. Unauthorized Post-Petition Transfers (11 U.S.C. § 549): Unauthorized post-petition transfers are avoidable.

C. Remedies for Stay Violations (11 U.S.C. § 362(k)(1)): Entitles injured individuals to actual, statutory, and punitive damages for willful violations.

D. Supplemental Violations: FDCPA (15 U.S.C. §§ 1692g(b), 1692e, 1692f), Truth in Lending Act (15 U.S.C. § 1637(b)), EFTA (15 U.S.C. §§ 1693e, 1693f), Arizona Consumer Fraud Act (A.R.S. § 44-1522), and Arizona RICO (A.R.S. § 13-2314.04(A)).

E. Executory Contract (11 U.S.C. § 365(b)): Debtor cannot assume or assign without curing defaults. Continued breaches warrant rescission.

## IV. RELIEF REQUESTED

WHEREFORE, Movant respectfully requests that this Court enter an Order:

1. Directing Defendants to immediately return all funds withdrawn post-petition;

2. Awarding actual damages, including all wrongfully debited funds and consequential bank charges;

3. Awarding statutory damages under the FDCPA (15 U.S.C. § 1692k) and EFTA (15 U.S.C. § 1693m);

4. Awarding punitive damages and sanctions under 11 U.S.C. § 362(k)(1) for willful violations of the automatic stay and bad faith conduct;

5. Declaring the underlying contract rescinded and void due to breach, illegality, and continued bad faith;

6. Awarding costs, attorney's fees, and pro se expenses as allowed by law;

7. Granting such other and further relief as this Court deems just and proper.


Respectfully submitted,


UCC 1-308 — All Rights Reserved

*Jamie Eugene Ortega*

Jamie Eugene Ortega
Pro Se Movant
15902 West Young Street
Surprise, Arizona 85374
[602-478-0031 / jamieortega1980@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of October, 2025, I served the foregoing Motion for Sanctions and Rescission with Exhibits A–F via Certified Mail – Return Receipt Requested to:

- Debtor's Counsel (Kirkland & Ellis LLP, New York & Chicago offices)
- Co-Counsel (Bracewell LLP, Houston, TX)
- SunStrong Management, LLC (Registered Agent)
- Kroll Restructuring Administration (Claims/Noticing Agent)
- Office of the U.S. Trustee (Houston, Region 7)

**EXHIBIT INDEX**

In re: Sunnova Energy International Inc., et al.
Case No. 25-90160 (ARP)
United States Bankruptcy Court, Southern District of Texas

| Exhibit | Description |
|---------|-------------|
| A | Certified Mail Receipts and USPS Tracking confirming delivery of Validation of Debt (VOD) demands |
| B | Bank Debit Transaction(s) showing post-petition collection activity |
| C | Sunnova/SunStrong blanket customer email referencing bankruptcy court approval of the sale on September 3, 2025, which was sent to Movant on September 9, 2025, instructing continued payments |
| D | VOD Email with full headers sent to Sunnova, Kroll, Arizona Attorney General, and Bankruptcy Court |
| E | Formal Billing Dispute / Debt Validation Demand / Notice of TILA § 1637(b) Violation (believed to be the form sent) |
| F | Sunnova's boilerplate bankruptcy response and non-validation notice |

Filed by:
Jamie Ortega
Pro Se Movant
15902 West Young Street
Surprise, Arizona 85374
(602) 478-0031
jamieortega1980@gmail.com

EXHIBIT A





- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kroll Restructuring Administration LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 9471 5069 9094 36

2. Article Number (Transfer from service label)

9589 9589 0710 5270 3276 2568 95

A. Signature
x Kroll
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sunnova Energy International Inc.
20 East Greenway Plaza Suite 540
Houston, TX 77046

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 8828 4005 6344 84

2. Article Number (Transfer from service label)

9589 0710 5270 3276 2568 57

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X RECEIVED

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kirkland & Ellis LLP
333 West Wolf Point Plaza Suite 3000
Chicago, IL 60654

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 8828 4005 6344 77

2. Article Number (Transfer from service label)

9589 0710 5270 3276 25

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   SAM          8/26/25

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

Case 25-90160 ... KSB on 11 ... Page 8 of 20

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kroll Restructuring Administration LLC
Grand Central Station, P.O. Box 4850
New York, NY 10163-4850

9590 9402 8828 4005 6345 76

2. Article Number (Transfer from service label)

9589 0710 5270 3276 2569 01

PS Form 3811, July 2020 PSN 7530-02-000-90

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ___
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

9589 0710 5270 3276 2569 01

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Office of the United States Trustee
515 Rusk Street, Suite 3516
Houston, TX 77002

9590 9402 8828 4005 6344 91

2. Article Number (Transfer from service label)

9589 0710 5270 3276 2568 64

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ___
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Jayson Ruff

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

9590 9402 8828 4005 6345 07

2. Article Number (Transfer from service label)

89 0710 5270 3276 2568 40

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ___
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Ryan MacArthur

C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

EXHIBIT B



↑ Transaction Details

-$623.70

Description
Sunnova Solar

13 / 45

Posted date                09/09/2025

Transaction category       Utilities

Appears on your            SUNNOVA
statement as               SOLAR
                           *************9927

Transaction type           SOLAR

Additional details         ACH WITHDRAWAL

Transaction memo           ACH WITHDRAWAL

Dispute Transaction

Create Reminder Transaction

Home    Products    Search    Chat

EXHIBIT C

 Gmail

Jamie O <jamieortega1980@gmail.com>

---

**Important Update Regarding your Sunnova Account**
1 message

---

**Sunnova Energy Corporation** <noreply@communications.sunnova.com>                    Tue, Sep 9, 2025 at 10:06 AM
Reply-To: Sunnova Energy Corporation <reply-fe931274756d067f70-141_HTML-1373599672-7212965-1143@communications.sunnova.com>
To: jamieortega1980@gmail.com

System ID: ZT006438051 | Login to Sunnova

 sunnova

Dear Jamie,

We are writing to share an important update regarding your solar
system. On September 3, 2025, Sunnova completed a transaction to
sell substantially all of its assets and business operations to a new
ownership group. You can read more about this announcement here.

As part of the sale transaction, SunStrong Management, LLC
("SunStrong"), an experienced full-service asset manager for the
renewables industry, has been retained as servicer for your system to
ensure continuity of operations and customer support.

**What this means for you**

- No action is required on your part.
- For now, Sunnova will continue to manage your account. Over
  time, your servicing will transition to SunStrong, who will become
  your new point of contact for servicing and payments.
- You should continue to make payments through the existing
  process as usual.
- You can continue to log in to the customer portal for system
  performance, account management, and service requests.

SunStrong is committed to supporting the continued performance of
your system and providing reliable customer support for your solar
and/or storage systems as we move forward together.

To reiterate, you do not need to take any action at this time.
Customers will be notified directly of any future changes that may
affect your billing, service, or support. Additional information about this
transition can be found at sunnova.com/lp/our-future.

Sincerely,
Customer Service

©2025 Sunnova Energy Corporation. All rights reserved.
20 Greenway Plaza, Suite 540 | Houston, TX 77046
IMPCOMM-EML-3-E

View in browser | Contact Us | Licensing | Manage subscription | Privacy Policy | Licensing | Lender Licensing



EXHIBIT D

Jamie O <jamieortega1980@gmail.com>

---

## Formal Billing Dispute, Debt Validation Demand, and Notice of TILA § 1637(b) Violation – Sunnova Energy Account 100839100

2 messages

---

**Jamie O** <jamieortega1980@gmail.com>
To: SunnovaInfo@ra.kroll.com
Cc: ustpregion07.ho.ecf@usdoj.gov, consumer@azag.gov
Bcc: Erika Marie Ortega <marie818@gmail.com>

Mon, Aug 11, 2025 at 2:08 PM

To Whom It May Concern,

I am a Sunnova Energy customer with account number 100839100. This is a formal billing dispute, demand for full validation of debt, and notice of violation of the Truth in Lending Act (TILA) and Regulation Z, to be preserved in the record of the pending Chapter 11 bankruptcy of Sunnova Energy International Inc. (Case No. 25-90160 (ARP), U.S. Bankruptcy Court, Southern District of Texas, Houston Division).

Background & Timeline:

November 4, 2024 – I submitted a written request to Sunnova Customer Service for a paper copy of my monthly statement for account review.

November 4, 2024 – Sunnova responded, stating that "the paper bill is not available."

November 6, 2024 – I then submitted a written request for an electronic statement containing the full and detailed periodic statement as required by 15 U.S.C. § 1637(b) and Regulation Z (12 C.F.R. § 1026.7). This request specifically sought a statement with all transaction-level details, fees, finance charges, and payment history in compliance with the law.

To date – Sunnova has provided no response to my November 6 request and has failed to produce a compliant periodic statement in either paper or electronic form.

Violation Summary:

TILA & Regulation Z Requirements: 15 U.S.C. § 1637(b) and 12 C.F.R. § 1026.7 require that periodic statements be provided in a form the consumer can keep and include all required elements: opening balance, itemized transactions, posting dates, finance charges, fees, APR, closing balance, and payment due date.

Noncompliance: Sunnova's refusal to provide a paper bill and failure to provide an electronic statement with complete, detailed information violates these provisions and constitutes a material breach of my executory contract.

Bankruptcy Impact: This default remains uncured and affects Sunnova's ability to assume or assign my contract under 11 U.S.C. § 365(b) without first curing the violation.

This demand is made pursuant to:

Fair Credit Billing Act (15 U.S.C. §§ 1666–1666j; Reg. Z, 12 C.F.R. § 1026.13)

Truth in Lending Act (15 U.S.C. § 1637(b); Reg. Z, 12 C.F.R. § 1026.7)

Fair Debt Collection Practices Act (15 U.S.C. § 1692g) (if applicable)

Arizona Consumer Fraud Act (A.R.S. §§ 44-1521–1534)

Bankruptcy Code (11 U.S.C. §§ 365, 501, 502, 541; Bankruptcy Rules 3001(c), 3001(c)(2)(B), 9011)

Uniform Commercial Code (UCC Articles 3 & 9: §§ 3-201 to 3-308, §§ 9-203, 9-210)

Accordingly, I require the following original source records:

Complete, signed, executed contract and all amendments, schedules, disclosures.

Full transactional history from inception to present, with original source documentation.

Complete chain of title, assignments, pledges, collateralizations, and securitizations.

Funding source records identifying whether Sunnova used its own capital or third-party financing.

Proof of lawful ownership and right to collect.

Copies of all account-related notices, correspondence, and billing dispute responses.

Please confirm receipt of this request and indicate when the above documentation will be provided. Failure to comply will be documented as a continuing default and raised as an objection to any assumption or assignment of my contract in the bankruptcy case.

Sincerely,
JAMIE ORTEGA
15902 West Young Street
Surprise, Arizona 85374-4318
(602) 478-0031
jamieortega1980@gmail.com

📄 **Gmail - Billing 4.pdf**
229K

**Sunnova** <sunnovainfo@ra.kroll.com>                                                                                    Fri, Aug 15, 2025 at 1:50 PM
To: "jamieortega1980@gmail.com" <jamieortega1980@gmail.com>

Jamie,

Thank you for your inquiry.

On June 8, 2025, Sunnova announced it filed voluntary petitions for chapter 11 relief in the United States Bankruptcy Court for the Southern District of Texas (the "Court") to facilitate a sale process for certain of the Company's assets and business operations.

At this time, Sunnova will continue to operate in the ordinary course of business as the Company works to complete the sale process.

For further assistance, please direct your inquiry to Sunnova's Customer Care Team at sunnova.com/lp/financialrestructuring

Additionally, you should continue to refer to your Sunnova Customer Portal for real-time updates on your system.

For information regarding the Company's chapter 11 proceedings, please visit: restructuring.ra.kroll.com/Sunnova/Home-Index

PLEASE NOTE: Kroll is the appointed claims and noticing agent for the chapter 11 cases of Sunnova Energy International Inc. and its affiliated debtors. As such, Kroll is not permitted to provide legal or financial advice. Further, Kroll is not permitted to accept claims via email or fax, and any such information provided via either of these methods will not constitute a claim in these proceedings.

Regards,

———————————————————————————

**Kroll Inquiries**

www.kroll.com

*Effective March 29, 2022, Prime Clerk has rebranded as Kroll. All emails sent by us will now have the domain @Kroll.com. Emails sent to the domain @primeclerk.com will continue to be received. Please be assured that your information remains secure and is only being used by us in connection with the purpose for which it is held

This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure. Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy.
[Quoted text hidden]
[Quoted text hidden]

EXHIBIT E

## FORMAL BILLING & CONTRACT DISPUTE; DEMAND FOR DEBT VALIDATION AND DETAILED ACCOUNTING

**DATE: August 14, 2025**
FROM: JAMIE EUGENE ORTEGA
15902 West Young Street
Surprise, Arizona 85374
Email: jamieortega1980@gmail.com
Phone: 602-478-0031
**ACCOUNT: 100839100**
TO: See Service List (below)

To Whom It May Concern:

### Summary and Timeline

I, JAMIE EUGENE ORTEGA, dispute both (a) the billing and (b) the contract associated with the above account. On November 4, 2024, I requested a paper periodic statement for my account. The same day, Sunnova replied that no paper statements were available. I then requested a complete electronic periodic statement containing all required details. No compliant periodic statement has been provided. This non-response violates the periodic statement requirements of federal law [FN1][FN2] and impedes my ability to validate the alleged debt.

### Legal Basis (overview)

This notice is made under: the Truth in Lending Act (TILA) [FN1], Regulation Z [FN2], the Fair Credit Billing Act (FCBA) [FN3], the Fair Debt Collection Practices Act (FDCPA, if applicable) [FN4], Uniform Commercial Code Articles 3 and 9 [FN5], and applicable bankruptcy provisions (including Rule 2004 and Rule 3001(c)) [FN6]. Courts construe TILA and its regulations liberally in favor of consumers [FN7][FN8], and a written notice suffices to assert rescission rights under TILA where applicable [FN9]. In bankruptcy contexts, creditors must be prepared to prove standing, ownership, and provide supporting documentation for their claims [FN10][FN11].

### Demand for Production (No Summaries or 'General Ledger' Substitutes)

**Provide the following within 15 calendar days of receipt. A general ledger, summary report, or any partial/non-itemized substitute will not satisfy this demand.**

1) Periodic Statements: A complete set of periodic statements for every billing cycle from inception to present that complies with TILA/Reg Z content requirements (transactions, finance charges, fees, payments, balances). [FN1][FN2]

2) Transaction-Level Accounting: A full itemized accounting showing every debit, credit, interest accrual, fee, escrow/insurance item (if any), and the exact application of each payment by date and amount, with source records. [FN6]

3) Proof of Initial Funding (Consideration): Copies of all instruments used to fund or disburse the transaction (checks, wire/ACH confirmations, escrow/custodial instructions, bank confirmations), and identification of whether Sunnova used its own capital, a warehouse line, investor funds, or other third-party sources. [FN5][FN10]

4) Securitization / Assignment Records: Trust name, CUSIP, pooling and servicing agreement, and complete chain of title for any sale, assignment, or transfer of rights, together with servicing/assignment agreements. [FN10][FN11]

5) Collateral / UCC: All UCC-1/UCC-3 filings, pledges, and collateral agreements referencing my account/contract/signature; documents evidencing the right to enforce. [FN5][FN11]

6) Communications: All internal and external communications relating to my November 2024 requests and subsequent billing dispute, including any investigations under FCBA/Reg Z error-resolution procedures. [FN3]

7) Format: Produce records in searchable PDF and, where natively electronic, in CSV/XLS with field descriptions. Authenticate production with a declaration by a knowledgeable custodian.

## Deadline, Remedies, and Preservation

Deadline: The above items must be received within 15 calendar days of your receipt of this notice. Failure to do so will be treated as refusal to validate the alleged debt and continuing violation of federal law, and I will seek appropriate relief, including rescission/voidance of the contract, claim objection/disallowance, and fees/costs as permitted. [FN3][FN6]

Preservation: Implement a litigation hold on all potentially relevant ESI and paper records, including email, account systems, payment processing, custodial/escrow and funding files, and any securitization/assignment repositories.

Sincerely,


JAMIE EUGENE ORTEGA


## Exhibits

Exh. A – 11/4/2024 request for paper periodic statement (sent).

– 11/4/2024 Sunnova response stating no paper statement on file.

– 11/6/2024 Follow-up request for full electronic periodic statement (no response).

## Service List (Certified Mail / Overnight Courier)

Office of the United States Trustee – Southern District of Texas (Houston Division)
515 Rusk Street, Suite 3516
Houston, TX 77002

Kirkland & Ellis LLP – Debtors' Counsel
333 West Wolf Point Plaza
Chicago, IL 60654

Bracewell LLP – Debtors' Co-Counsel (Attn: Jason G. Cohen)
711 Louisiana Street, Suite 2300
Houston, TX 77002-2770

Kroll Restructuring Administration LLC (Sunnova Claims Processing – USPS)
Grand Central Station, P.O. Box 4850
New York, NY 10163-4850

Kroll Restructuring Administration LLC (Courier/Overnight)
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

Sunnova Energy International Inc. (HQ)
20 East Greenway Plaza, Suite 540
Houston, TX 77046

Corporation Service Company – Registered Agent (for Sunnova Energy International Inc.)
251 Little Falls Drive
Wilmington, DE 19808

## Footnotes / Legal Authorities

[FN1] Truth in Lending Act (TILA) – 15 U.S.C. § 1637(b) (periodic statements). See
Anderson Bros. Ford v. Valencia, 452 U.S. 205, 219 (1981) (disclosure duties under TILA).

[FN2] Regulation Z – 12 C.F.R. § 1026.7 (periodic statement content). See Mourning v.
Family Publications Serv., Inc., 411 U.S. 356, 364–69 (1973) (TILA/Reg Z to assure
meaningful disclosure).

[FN3] FCBA – 15 U.S.C. § 1666 & Reg Z § 1026.13 (billing-error procedures and
investigation duties).

[FN4] FDCPA – 15 U.S.C. § 1692g (validation), applicable to any debt collector involved (if
any). See Camacho v. Bridgeport Fin., Inc., 430 F.3d 1078, 1082–83 (9th Cir. 2005).

[FN5] UCC Articles 3 & 9 (e.g., UCC § 3-301, § 9-210, § 9-203), as adopted in Arizona (A.R.S. §§ 47-3101 et seq.; 47-9101 et seq.).

[FN6] Bankruptcy: Fed. R. Bankr. P. 2004 (examination/production), 3001(c) (supporting info for claims); 11 U.S.C. § 365(b)(1) (cure defaults before assumption/assignment).

[FN7] Anderson Bros. Ford v. Valencia, 452 U.S. 205 (1981).

[FN8] Mourning v. Family Publications Serv., Inc., 411 U.S. 356 (1973).

[FN9] Jesinoski v. Countrywide Home Loans, Inc., 574 U.S. 259 (2015).

[FN10] In re Veal, 450 B.R. 897, 920–21 (B.A.P. 9th Cir. 2011) (standing/ownership evidence).

[FN11] Arizona: Hogan v. Washington Mut. Bank, 230 Ariz. 584 (2012); Steinberger v. McVey, 234 Ariz. 125 (App. 2014) (authority to enforce; documentation).

**DECLARATION REGARDING EXHIBIT E**

In re: Sunnova Energy International Inc., et al.
Case No. 25-90160 (ARP)
United States Bankruptcy Court, Southern District of Texas

Declaration of Jamie Ortega

I, Jamie Ortega, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct to the best of my knowledge and belief:

1. On or about August 19, 2025, I mailed via Certified Mail, Return Receipt Requested a written communication entitled Formal Billing Dispute, Debt Validation Demand, and Notice of TILA § 1637(b) Violation to Sunnova Energy International Inc., Kroll Restructuring Administration, the Office of the U.S. Trustee, and related parties.

2. Attached hereto as Exhibit E is a true and correct copy of what is believed to be the form that was sent, to the best of my knowledge and belief. The original wet-ink signed version was mailed, and I retained this unsigned copy for my records.

3. USPS Certified Mail receipts and return cards evidencing delivery are attached collectively as Exhibit A.

Executed this 4th day of October, 2025, in Surprise, Arizona.

Jamie Eugene Ortega
Jamie Ortega
Pro Se Movant



# M Gmail     EXHIBIT F

Jamie O <jamieortega1980@gmail.com>

---

## Sunnova Energy International Inc. – Chapter 11 Combined Hearing Notice
1 message

**SunnovaNoticingDoNotReply** <sunnovanoticingdonotreply@noticing.ra.kroll.com>                Mon, Sep 15, 2025 at 10:17 AM
Reply-To: sunnovanoticingdonotreply@ra.kroll.com
To: jamieortega1980@gmail.com

Sunnova Energy International Inc. and certain of its subsidiaries ("Sunnova" or the "Company") voluntarily filed for chapter 11 protection in the U.S. Bankruptcy Court for the Southern District of Texas (the "Court") to facilitate a court-supervised, value-maximizing sale process of select assets and business operations. Sunnova continues to operate in the ordinary course during this process and remains focused on delivering reliable service to its customers and partners.

On September 12, 2025, the Court conditionally approved Sunnova's Disclosure Statement for its Chapter 11 Plan and scheduled a Combined Hearing to approve the Disclosure Statement on a final basis and confirm the Chapter 11 Plan on October 15, 2025, at 10:00 a.m., prevailing Central Time.

As part of this process, Kroll, the Company's claims agent, is required to send the enclosed Combined Hearing Notice to certain parties of interest. The Combined Hearing Notice includes important information regarding the Combined Hearing including:

- **Voting Record Date:** August 22, 2025
- **Voting/Release Opt-Out Deadline:** October 13, 2025 at 4:00 p.m., prevailing Central Time
- **Plan Objection Deadline:** October 13, 2025 at 4:00 p.m., prevailing Central Time

**Importantly, receiving the Combined Hearing Notice does not mean that you have a claim against any of the debtors, or that you are entitled to vote on the Chapter 11 Plan. If you are entitled to vote on the Plan, you will receive additional materials from Kroll. It is a standard part of the chapter 11 process to provide stakeholders with formal notice of to the hearing to confirm Sunnova's Chapter 11 Plan.**

**A link to the Combined Hearing notice(s) can be found** <u>here</u>.
**A link to the Sunnova's Chapter 11 Plan and Disclosure Statement can be found** <u>here</u>.

If you have questions about the Combined Hearing, please visit the case website at <u>https://restructuring.ra.kroll.com/Sunnova</u>, or contact Kroll by phone at (888) 975-5436 (U.S. & Canada toll-free) or +1 (646) 930-4686 (International), or via email at <u>SunnovaInfo@ra.kroll.com</u>.

+++

Sunnova Energy International Inc. y ciertas de sus subsidiarias ("Sunnova" o la "Compañía") se acogieron voluntariamente a la protección conforme al Capítulo 11 ante el Tribunal de Quiebras de los Estados Unidos para el Distrito Sur de Texas (el "Tribunal") con el fin de facilitar un proceso de venta supervisado por el Tribunal que maximice el valor de determinados activos y operaciones comerciales. Sunnova continúa operando normalmente durante este proceso y permanece enfocada en prestar un servicio confiable a sus clientes y socios.

El 12 de septiembre de 2025, el Tribunal aprobó condicionalmente la Declaración Informativa de

Sunnova para su Plan conforme al Capítulo 11 y programó una Audiencia Combinada para aprobar en forma definitiva la Declaración Informativa y confirmar el Plan con arreglo al Capítulo 11 el 15 de octubre de 2025 a las 10:00 a.m., hora central vigente.

Como parte de este proceso, Kroll, el agente de reclamos de la Compañía, debe enviar la Notificación de Audiencia Combinada adjunta a ciertas partes interesadas. La Notificación de Audiencia Combinada incluye información importante relativa a la Audiencia Combinada, entre ellas:

- **Fecha de Registro para Votar:** 22 de agosto de 2025
- **Fecha límite para Votar/Excluirse de las Liberaciones:** 13 de octubre de 2025 a las 4:00 p.m., hora central vigente
- **Fecha Límite para Objetar el Plan:** 13 de octubre de 2025 a las 4:00 p.m., hora central vigente

**Es importante señalar que recibir la Notificación de Audiencia Combinada no significa que usted tenga un reclamo contra ninguno de los deudores, ni que tenga derecho a votar el Plan conforme al Capítulo 11. Si usted tiene derecho a votar el Plan, recibirá materiales adicionales de Kroll. Conforme al procedimiento estándar del Capítulo 11, se debe notificar formalmente a las partes interesadas la audiencia destinada a confirmar el Plan de Sunnova.**

**Podrá encontrar un enlace a la(s) notificación(es) de Audiencias Combinadas <u>aquí.</u>**
**Puede acceder al Plan conforme al Capítulo 11 de Sunnova y a la Declaración Informativa en este enlace <u>aquí</u>.**

Si tiene preguntas sobre la Audiencia Combinada, visite el sitio web del caso en <u>https://restructuring.ra. kroll.com/Sunnova</u>, o comuníquese con Kroll por teléfono al (888) 975-5436 (EE. UU. y Canadá, llamada gratuita) o al +1 (646) 930-4686 (internacional), o por correo electrónico a <u>SunnovaInfo@ra.kroll.com</u>

SunnovaNoticingDoNotReply

Kroll Restructuring Administration LLC, 1 World Trade Center, 31st Floor, New York, NY 10007

Unsubscribe

JAMIE ORTEGA
15902 West Young Street
Surprise, Arizona 85374
(602) 478-0031
jamieortega1980@gmail.com

United States Courts
Southern District of Texas
F I L E D

OCT 16 2025

Nathan Ochsner, Clerk of Court

Date: October 2, 2025


Nathan Ochsner, Clerk of Court
U.S. Bankruptcy Court – Southern District of Texas
P.O. Box 61010
Houston, TX 77208


Re: In re Sunnova Energy International Inc., et al., Case No. 25-90160 (ARP)


Dear Clerk Ochsner:

Enclosed please find the original and one copy of Movant's Motion for Sanctions and
Rescission of Contract Due to Unlawful Collection Activity, Bad Faith, and Breach of
Federal Law for filing in the above-referenced case.

- Please file-stamp the original and enter it on the docket.
- Kindly return the enclosed copy in the provided self-addressed stamped envelope for
my records.

Thank you for your assistance.


Respectfully,

*Jamie Eugene Ortega*

JAMIE ORTEGA
Pro Se Movant