**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SUNNOVA ENERGY INTERNATIONAL INC., *et al.*,[1] | ) | Case No. 25-90160 (ARP) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**DEBTORS' WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FOR
OCTOBER 28, 2025, AT 9:30 A.M. (PREVAILING CENTRAL TIME)**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") file this witness and exhibit list in connection with the hybrid hearing scheduled for October 28, 2025, at 9:30 a.m. (prevailing Central Time) (the "Hearing") before the Honorable Alfredo R. Pérez at the United States Bankruptcy Court for the Southern District of Texas, Courtroom 400, 515 Rusk Street, Houston, Texas 77002.

**WITNESSES**

The Debtors reserve the right to call rebuttal witnesses as necessary. The Debtors reserve the right to call any witness identified or called by another party or by the Court. The Debtors reserve the right to supplement this witness list.

1. Ryan Omohundro, Chief Restructuring Officer, Sunnova Energy International, Inc.

2. Jeff Stein, Independent Director, Sunnova Energy International, Inc

3. Alex Orchowski, Director of Restructuring Administration, Kroll Restructuring Administration LLC

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Sunnova. The location of Debtor Sunnova Energy International Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 20 East Greenway Plaza, Suite 540, Houston, Texas 77046.

**EXHIBITS**

| No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| 1. | Declaration of Paul Mathews, President and Chief Executive Officer of Sunnova Energy International Inc., in Support of Debtors' Chapter 11 Petitions [Dkt. 17] | | | |
| 2. | Declaration of Ryan Omohundro, Chief Restructuring Officer of Sunnova Energy International Inc., in Support of Debtors' First Day Motions [Dkt. 25] | | | |
| 3. | Declaration of Bassam J. Latif in Support of Entry of an Order (I) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Interests, Encumbrances, and Other Interests, (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, and (III) Granting Related Relief [Dkt. 579] | | | |
| 4. | Joint Chapter 11 Plan of Sunnova Energy International Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Dkt. 693] | | | |
| 5. | Disclosure Statement for Joint Chapter 11 Plan of Sunnova Energy International Inc. and Its Debtor Affiliates [Dkt. 694] | | | |
| 6. | Debtors' Motion for Entry of an Order (I) Conditionally Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation Procedures with Respect to Confirmation of the Debtors' Proposed Chapter 11 Plan, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, and (V) Granting Related Relief [Dkt. 695] | | | |
| 7. | First Amended Chapter 11 Plan of Sunnova Energy International Inc. and Its Debtor Affiliates [Dkt. 845] | | | |
| 8. | First Amended Disclosure Statement for the Joint Chapter 11 Plan of Sunnova Energy International Inc. and Its Debtor Affiliates [Dkt. 846] | | | |
| 9. | Second Amended Chapter 11 Plan of Sunnova Energy International Inc. and Its Debtor Affiliates [Dkt. 853] | | | |
| 10. | Second Amended Disclosure Statement for the Joint Chapter 11 Plan of Sunnova Energy | | | |

| | | | | |
|---|---|---|---|---|
| | International Inc. and Its Debtor Affiliates [Dkt. 854] | | | |
| **11.** | Third Amended Chapter 11 Plan of Sunnova Energy International Inc. and Its Debtor Affiliates. [Dkt. 860] | | | |
| **12.** | Third Amended Disclosure Statement for the Joint Chapter 11 Plan of Sunnova Energy International Inc. and Its Debtor Affiliates [Dkt. 861] | | | |
| **13.** | Notice of Filing Exhibit (Liquidation Analysis) to the Disclosure Statement for the Joint Chapter 11 Plan of Sunnova Energy International Inc. and its Debtor Affiliates [Dkt. 834] | | | |
| **14.** | Order (I) Conditionally Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation Procedures with Respect to Confirmation of the Debtors' Proposed Chapter 11 Plan, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, and (V) Granting Related Relief [Dkt. 864] | | | |
| **15.** | Corrected Notice of Filing of Solicitation Version of the Third Amended Disclosure Statement for Joint Chapter 11 Plan of Sunnova Energy International Inc. and its Debtor Affiliates [Dkt. 870] | | | |
| **16.** | Affidavit of Publication – Financial Times [Dkt. 924] | | | |
| **17.** | Affidavit of Publication – New York Times [Dkt. 925] | | | |
| **18.** | Affidavit of Publication – San Juan Daily Star [Dkt. 926] | | | |
| **19.** | Notice of Filing of Plan Supplement [Dkt. 978] | | | |
| **20.** | Affidavit of Alex Orchowski Regarding Solicitation Materials [Dkt. 986] | | | |
| **21.** | Affidavit of Sonia Akter Regarding Plan Supplement, Notice of Filing of Plan Supplement, Notice of Executory Contracts and Unexpired Leases to be Rejected by the Debtors Pursuant to the Plan and Related Procedures in Connection Therewith, and Notice of (A) Executory Contracts and Unexpired Leases to be Assumed by the Debtors Pursuant to the Plan, (B) Cure Amounts, If Any, and (C) Related Procedures in Connection Therewith [Dkt. 1067] | | | |

| | | | | |
|---|---|---|---|---|
| | Any pleadings, reports, exhibits, transcripts, proposed orders, Court orders, or other document filed in the above-captioned bankruptcy case | | | |
| | Any exhibit necessary to rebut or impeach the testimony of any witness offered, or any exhibit designated by any other party | | | |
| | Any exhibit listed by any other party | | | |

The Debtors reserve the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above. The Debtors further reserve the right to amend, shorten, or supplement this witness and exhibit list at any time prior to the Hearing.

4

Houston, Texas
Dated:  October 24, 2025

/s/ Jason G. Cohen
**BRACEWELL LLP**
Jason G. Cohen (TX Bar No. 24050435)
Jonathan L. Lozano (TX Bar No. 24121570)
711 Louisiana Street, Suite 2300
Houston, Texas 77002
Telephone:      (713) 223-2300
Facsimile:      (800) 404-3970
Email:          jason.cohen@bracewell.com
                jonathan.lozano@bracewell.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Anup Sathy, P.C. (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200
Email:          anup.sathy@kirkland.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Brian Schartz, P.C. (TX Bar No. 24099361)
Ciara Foster (admitted *pro hac vice*)
Margaret Reiney (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900
Email:          brian.schartz@kirkland.com
                ciara.foster@kirkland.com
                margaret.reiney@kirkland.com

*Co-Counsel to the Debtors*
*and Debtors in Possession*

*Co-Counsel to the Debtors*
*and Debtors in Possession*

5

**<u>Certificate of Service</u>**

I certify that on October 24, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Jason G. Cohen*
Jason G. Cohen