IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: <br><br> SUNNOVA ENERGY INTERNATIONAL INC., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 25-90160 (ARP) <br><br> (Jointly Administered) |

**NOTICE OF INTENT TO ADDUCE TESTIMONY FROM A REMOTE LOCATION BY TELEPHONE AND VIDEO TECHNOLOGY**

1. The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby file this *Notice of Intent to Adduce Testimony from a Remote Location by Telephone and Video Technology* (this "Notice") pursuant to Bankruptcy Local Rule 9017-1(c)(2)(B).

2. This Notice pertains to the hearing set for **November 3, 2025, at 9:00 a.m. (prevailing Central Time)** before United States Bankruptcy Judge Alfredo R. Pérez at the United States Bankruptcy Court for the Southern District of Texas, Houston Division, Courtroom 400, 515 Rusk Street, Houston, Texas 77002 (the "Hearing").

3. Parties may appear at the Hearing in person or by remote participation. Audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510. Once connected, you will be asked to enter the conference room number. Judge Pérez's conference room number is 282694. Video communication will be by use of the GoToMeeting

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Sunnova. The location of Debtor Sunnova Energy International Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 20 East Greenway Plaza, Suite 540, Houston, Texas 77046.

platform. Connect via the free GoToMeeting application or click the link on Judge Pérez's home page (https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-alfredo-r-perez). The meeting code is "JudgePerez". Click the settings icon in the upper right corner and enter your name under the personal information setting.

4. If called, the following witnesses will be available to testify at the Hearing by telephone and video technology:

- Jeffrey Stein, Independent Director of Sunnova Energy International Inc
- Ryan Omohundro, Chief Restructuring Officer
- Alex Orchowski, Director of Restructuring Administration, Kroll Restructuring Administration LLC

5. Any parties-in-interest may object to this Notice within three days of its filing on the Court's docket. If no party-in-interest files a timely objection, the Court will allow the identified witnesses to give testimony remotely using the Court's telephone and video technology. If the Court does not authorize the testimony to be taken remotely, the Court will schedule a date for the witness's testimony to be given live in open court. Both the witness(es) and the objector must appear in person at the scheduled date.

6. This Notice may be withdrawn at any time prior to the Hearing

[*Remainder of page intentionally left blank*]

Houston, Texas
Dated: October 27, 2025

*/s/ Jason G. Cohen*

| | |
|---|---|
| **BRACEWELL LLP** | **KIRKLAND & ELLIS LLP** |
| Jason G. Cohen (TX Bar No. 24050435) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Jonathan L. Lozano (TX Bar No. 24121570) | Anup Sathy, P.C. (admitted *pro hac vice*) |
| 711 Louisiana Street, Suite 2300 | 333 West Wolf Point Plaza |
| Houston, Texas 77002 | Chicago, Illinois 60654 |
| Telephone: (713) 223-2300 | Telephone: (312) 862-2000 |
| Facsimile: (800) 404-3970 | Facsimile: (312) 862-2200 |
| Email: jason.cohen@bracewell.com | Email: anup.sathy@kirkland.com |
| jonathan.lozano@bracewell.com | |

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Brian Schartz, P.C. (TX Bar No. 24099361)
Ciara Foster (admitted *pro hac vice*)
Margaret Reiney (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   brian.schartz@kirkland.com
     ciara.foster@kirkland.com
     margaret.reiney@kirkland.com

*Co-Counsel for the Debtors*
*and Debtors in Possession*

*Co-Counsel for the Debtors*
*and Debtors in Possession*

**Certificate of Service**

      I certify that on October 27, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                                        */s/ Jason G. Cohen*
                                                                        Jason G. Cohen