**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SUNNOVA ENERGY INTERNATIONAL INC., *et al.*,[1] | ) ) | Case No. 25-90160 (ARP) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF FILING OF FIRST AMENDED PLAN SUPPLEMENT

**PLEASE TAKE NOTICE THAT** on **September 12, 2025**, the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Court") entered an order [Docket No. 864] (the "Conditional Disclosure Statement Order"): (a) conditionally approving the adequacy of the *Disclosure Statement for the Joint Chapter 11 Plan of Sunnova Energy International Inc. and Its Debtor Affiliates* [Docket No. 864] (as may be amended, supplemented, or modified from time to time, and including all exhibits thereto, the "Disclosure Statement"); (b) approving the procedures for soliciting, noticing, receiving, and tabulating votes with respect to confirmation of the *Third Amended Joint Chapter 11 Plan of Sunnova Energy International Inc. and Its Debtor Affiliates* [Docket No. 870]; (c) approving the forms of the solicitation materials in connection therewith; (d) scheduling certain dates with respect thereto; and (e) granting related relief.

**PLEASE TAKE FURTHER NOTICE THAT**, substantially concurrently herewith, the Debtors filed the *Third Amended Joint Chapter 11 Plan of Sunnova Energy International Inc. and Its Debtor Affiliates (Technical Modifications)* (as may be amended, supplemented, or otherwise modified from time to time, the "Plan").[2]

**PLEASE TAKE FURTHER NOTICE THAT**, as contemplated by the Plan and the Conditional Disclosure Statement Order, on October 6, 2025, the Debtors filed the *Notice of Filing of Plan Supplement* [Docket No. 978] (the "Initial Plan Supplement").

---

[1]   A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Sunnova.  The location of Debtor Sunnova Energy International Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 20 East Greenway Plaza, Suite 540, Houston, Texas 77046.

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Conditional Disclosure Statement Order or the Plan, as applicable.  The "Rules of Interpretation" set forth in Article I.B of the Plan are incorporated herein in their entirety by reference.

**PLEASE TAKE FURTHER NOTICE THAT**, the Debtors hereby file this amendment to the Plan Supplement (this "First Amended Plan Supplement," and together with the Initial Plan Supplement, the "Plan Supplement") in support of the Plan.

**PLEASE TAKE FURTHER NOTICE THAT**, the First Amended Plan Supplement includes the following documents, as may be modified, amended, or supplemented from time to time in accordance with the Plan:

| | |
|---|---|
| **A** | Schedule of Retained Causes of Action |
| **B** | Schedule of Non-Released Parties |
| **G** | Initial Members of the Creditor Oversight Board |

**PLEASE TAKE FURTHER NOTICE THAT** the hearing at which the Bankruptcy Court will consider the adequacy of the Disclosure Statement on a final basis and Confirmation of the Plan (the "Combined Hearing") will commence on **November 3, 2025, at 9:00 a.m.**, prevailing Central Time, before the Honorable Alfredo R. Pérez in the United States Bankruptcy Court for the Southern District of Texas, located at 515 Rusk Street Houston, Texas 77002.

**PLEASE TAKE FURTHER NOTICE THAT** if you would like to obtain a copy of the Conditional Disclosure Statement Order, the Disclosure Statement, the Plan, the Plan Supplement, or related documents, you may obtain them from Kroll Restructuring Administration LLC (the "Claims and Balloting Agent") at no charge by: (a) accessing the Debtors' restructuring website at https://restructuring.ra.kroll.com/Sunnova; (b) writing to (i) Sunnova Energy International Inc., Claims Processing Center, c/o Kroll Restructuring Administration, Grand Central Station, PO Box 4850, New York, NY 10163-4850 (by First Class Mail) or (ii) Sunnova Energy International Inc.,  Claims Processing Center, c/o Kroll Restructuring Administration, 850 3rd Avenue, Suite 412, Brooklyn, NY 11232 (by Hand Delivery or Overnight Mail); (c) calling the Debtors' restructuring hotline at (888) 975-5436 (U.S. Toll-Free/Domestic) OR +1 (646) 930-4686 (International); or (d) emailing SunnovaInfo@ra.kroll.com.  You may also obtain copies of any pleadings filed in these Chapter 11 Cases for a fee via PACER at: http://ecf.txsd.uscourts.gov.

Houston, Texas
October 28, 2025

/s/ *Jason G. Coehn*

| | |
|---|---|
| **BRACEWELL LLP** | **KIRKLAND & ELLIS LLP** |
| Jason G. Cohen (TX Bar No. 24050435) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Jonathan L. Lozano (TX Bar No. 24121570) | Anup Sathy, P.C. (admitted *pro hac vice*) |
| 711 Louisiana Street, Suite 2300 | 333 West Wolf Point Plaza |
| Houston, Texas 77002 | Chicago, Illinois 60654 |

**BRACEWELL LLP**
Jason G. Cohen (TX Bar No. 24050435)
Jonathan L. Lozano (TX Bar No. 24121570)
711 Louisiana Street, Suite 2300
Houston, Texas 77002
Telephone:     (713) 223-2300
Facsimile:     (800) 404-3970
Email:           jason.cohen@bracewell.com
                    jonathan.lozano@bracewell.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Anup Sathy, P.C. (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:           anup.sathy@kirkland.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Brian Schartz, P.C. (TX Bar No. 24099361)
Ciara Foster (admitted *pro hac vice*)
Margaret Reiney (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:           brian.schartz@kirkland.com
                    ciara.foster@kirkland.com
                    margaret.reiney@kirkland.com

*Co-Counsel to the Debtors*
*and Debtors in Possession*

*Co-Counsel to the Debtors*
*and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SUNNOVA ENERGY INTERNATIONAL INC., | ) | Case No. 25-90160 (ARP) |
| *et al.*,[3] | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**FIRST AMENDED PLAN SUPPLEMENT
FOR THE THIRD AMENDED JOINT CHAPTER 11 PLAN
OF SUNNOVA ENERGY INTERNATIONAL INC. AND ITS DEBTOR AFFILIATES**

**Table of Contents[4]**

| **Exhibit** | **Description** |
|---|---|
| **A** | Schedule of Retained Causes of Action |
| **B** | Schedule of Non-Released Parties |
| **G** | Initial Members of the Creditor Trust Oversight Board |

---

[3]   A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Sunnova.  The location of Debtor Sunnova Energy International Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 20 East Greenway Plaza, Suite 540, Houston, Texas 77046.

[4]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Conditional Disclosure Statement Order or the Plan, as applicable.  The "Rules of Interpretation" set forth in Article I.B of the Plan are incorporated herein in their entirety by reference.