IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>SUNNOVA ENERGY INTERNATIONAL, INC, *et al.*,<br><br>Debtors[1]. | Case No. 25-09160 (ARP)<br><br>Chapter 11 |

**CONSENSUAL NOTICE OF INTENT TO ADDUCE TESTIMONY FROM A REMOTE LOCATION BY TELEPHONE AND VIDEO TECHNOLOGY**

1.  Power Solar, LLC ("Power Solar") and Integrated Solar Operations LLC ("ISO" and together with Power Solar, the "Dealers"), hereby file this *Consensual Notice of Intent to Adduce Testimony from a Remote Location by Telephone and Video Technology* (this "Notice") pursuant to Bankruptcy Local Rule 9017-1(c)(2)(B), in connection with *Power Solar, LLC's And Integrated Solar Operations, LLC's Combined (A) Objection To Final Approval Of Disclosure Statement And Confirmation Of Chapter 11 Plan And (B) Preserving Recoupment And Setoff Rights* (the "Objection") (Case Num. 25-90160, ECF Num. 1014).

2.  This Notice pertains to the hearing set for **November 3, 2025, at 9:00 a.m. (prevailing Central Time)** before United States Bankruptcy Judge Alfredo R. Pérez at the United States Bankruptcy Court for the Southern District of Texas, Houston Division, Courtroom 400, 515 Rusk Street, Houston, Texas 77002 (as may be continued, the "Hearing").

3.  Parties may appear at the Hearing in person or by remote participation. Audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/Sunnova. The location of Debtor Sunnova Energy International Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 20 East Greenway Plaza, Suite 540, Houston, Texas 77046. "Sunnova" or the "Company" means, collectively, Sunnova Energy International Inc. and its Debtor and non-Debtor subsidiaries and affiliates.

917-1510. Once connected, you will be asked to enter the conference room number. Judge Pérez's conference room number is 282694. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Pérez's home page (https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-alfredo-r-perez). The meeting code is "JudgePerez". Click the settings icon in the upper right corner and enter your name under the personal information setting.

4. If called, the following witnesses will be available to testify at the Hearing by telephone and video technology:

- Yamil Musa Díaz, Director of Engineering and Installations of Power Solar, LLC.
- Yairaní Morales Negrón, Operations Director of Integrated Solar Operations, LLC or Francisco González, Chief Executive Officer of Integrated Solar Operations, LLC.

5. Any parties-in-interest may object to this Notice within three days of its filing on the Court's docket. If no party-in-interest files a timely objection, the Court will allow the identified witness to give testimony remotely using the Court's telephone and video technology. If the Court does not authorize the testimony to be taken remotely, the Court will schedule a date for the witness's testimony to be given live in open court. The identified witness(es) and the objector must appear in person at the scheduled date.

6. Although the Dealers have been attempting to consensually resolve with the Debtors the matters set forth in the Objection and continue working with the Debtors towards a resolution, at this juncture, such resolution has not yet been reached. Therefore, the Dealers are submitting this Notice in the abundance of caution, to preserve the right to call the identified witness(es) at the Hearing.

7. Prior to the filing of this Notice, the Dealers, through the undersigned, reached out to the Debtors' counsel to advise as to their intent to file the same, who expressed no objections thereto.

8. This Notice may be withdrawn at any time prior to the Hearing.

[*Remainder of page intentionally left blank*]

Dated: October 29, 2025
San Juan, Puerto Rico

Respectfully submitted,

**MARINI PIETRANTONI MUÑIZ LLC**
*Attorney for Power Solar, LLC and Integrated Solar Operations LLC*
250 Ponce de León Ave.
Suite 900
San Juan, Puerto Rico 00918
Tel: (787) 705-2171
Fax: (787) 936-7494

*/s/ Luis C. Marini-Biaggi*
Luis C. Marini-Biaggi
(admitted *pro hac vice*)
E-mail: lmarini@mpmlawpr.com

*/s/ Ignacio J. Labarca-Morales*
Ignacio J. Labarca-Morales
(admitted *pro hac vice*)
E-mail: ilabarca@mpmlawpr.com