**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>SUNNOVA ENERGY INTERNATIONAL INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-90160 (ARP)<br><br>(Jointly Administered) |

**WILLKIE FARR & GALLAGHER LLP'S WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FOR JANUARY 28, 2026, AT 4:00 PM (PREVAILING CENTRAL TIME)**

Willkie Farr & Gallagher LLP ("Willkie"), as co-counsel for the Official Committee of Unsecured Creditors in the above-captioned cases (the "Committee") files this witness and exhibit list in connection with the hearing scheduled for January 28, 2026, at 4:00 PM (prevailing Central Time) (the "Hearing") before the Honorable Alfredo R. Pérez at the United States Bankruptcy Court for the Southern District of Texas, Courtroom 400, 515 Rusk Street, Houston, Texas 77002.

## WITNESSES

Willkie does not presently intend to call any affirmative witnesses at the Hearing, though Willkie reserves the right to call any witnesses identified or called by another party or the Court as necessary. Willkie reserves the right to supplement and/or amend the witness list prior to the Hearing. Willkie also reserves the right to call any rebuttal witnesses, as necessary.

[1] A complete list of each of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/Sunnova. The location of Debtor Sunnova Energy International Inc.'s corporate headquarters and the Debtors' service address in these Chapter 11 cases is 20 East Greenway Plaza, Suite 540, Houston, Texas 77046. "Sunnova" or the "Company" means, collectively, Sunnova Energy International Inc. and its Debtor and non-Debtor subsidiaries and affiliates.

**EXHIBITS**

| No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| **1** | Application for Entry of an Order Authorizing the Retention and Employment of Willkie Farr & Gallagher LLP as Co-Counsel to The Official Committee of Unsecured Creditors Effective as of June 23, 2025 [Docket No. 489] | | | |
| **2** | Application for Entry of an Order Authorizing the Retention and Employment of Blank Rome LLP as Co-Counsel to The Official Committee of Unsecured Creditors Effective as of June 23, 2025 [Docket No. 491] | | | |
| **3** | Application for Entry of an Order Authorizing the Retention and Employment of Berkeley Research Group, LLC as Financial Advisor to The Official Committee of Unsecured Creditors Effective as of June 24, 2025 [Docket No. 493] | | | |
| **4** | Order Authorizing the Retention and Employment of Willkie Farr & Gallagher LLP as Co-Counsel to the Official Committee of Unsecured Creditors Effective as of June 23, 2025 [Docket No. 697] | | | |
| **5** | Order Authorizing the Retention and Employment of Blank Rome LLP as Co-Counsel to the Official Committee of Unsecured Creditors Effective June 23, 2025 [Docket No. 698] | | | |
| **6** | Order Authorizing the Retention and Employment of Berkeley Research Group, LLC, as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of June 24, 2025 [Docket No. 699] | | | |
| **7** | First Interim and Final Fee Application of Willkie Farr & Gallagher LLP, as Co-Counsel for The Official Committee of Unsecured Creditors, for The First Interim and Final Fee Period from June 23, 2025 Through and Including November 14, 2025 [Docket No. 1346] | | | |
| **8** | Final Fee Application of Blank Rome LLP, as Co-Counsel to the Official Committee of Unsecured Creditors, for the Final Fee Period from June 23, 2025 Through and Including November 14, 2025 [Docket No. 1347] | | | |
| **9** | First and Final Fee Application of Berkeley Research Group, LLC for Allowance of Compensation for Services Rendered as Financial Advisor to the Official Committee of Unsecured Creditors for the | | | |

| | | | | |
|---|---|---|---|---|
| | Period from June 24, 2025 Through November 14, 2025 [Docket No. 1348] | | | |
| **10** | Letter from Dennis L. Jenkins to William "Bill" Gibson Dated January 22, 2026 | | | |

Willkie reserves the right to modify, supplement, and/or amend the exhibit list prior to the Hearing, as necessary. Willkie also reserves the right to offer any rebuttal exhibits prior to the hearing, as necessary.

[*Remainder of Page Intentionally Left Blank*]

Dated: January 26, 2026
Houston, Texas

Respectfully Submitted,

**WILLKIE FARR & GALLAGHER LLP**

By: */s/ Jennifer J. Hardy*
Jennifer J. Hardy (Texas Bar No. 24096068)
600 Travis Street
Houston, Texas 77002
Telephone: 713-510-1700
Facsimile: 713-510-1799
Email: jhardy2@willkie.com

Brett H. Miller (admitted *pro hac vice*)
Dennis L. Jenkins (admitted *pro hac vice*)
James H. Burbage (admitted *pro hac vice*)
Betsy L. Feldman (admitted *pro hac vice*)
Stuart R. Lombardi (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: 212-728-8000
Facsimile: 212-728-8111
Email: bmiller@willkie.com
djenkins@willkie.com
jburbage@willkie.com
bfeldman@willkie.com
slombardi@willkie.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

**Certificate of Service**

I certify that on January 26, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Jennifer J. Hardy*
Jennifer J. Hardy