United States Bankruptcy Court
Southern District of Texas
ENTERED
February 02, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| SUNNOVA ENERGY INTERNATIONAL INC., *et al.*,[1] | ) | Case No. 25-90160 (ARP) |
| Debtors. | ) | (Jointly Administered) |

**ORDER DENYING MOTION FOR RELIEF FROM AUTOMATIC STAY (FISHER)**

Upon the motion [Docket No. 1363] (the "Motion") of Nova Fisher and Greg Fisher (the "Movants") in the above-captioned chapter 11 cases for relief from the automatic stay; and upon the objection of Thomas A. Pitta, as trustee of the Sunnova Creditor Trust (the "Creditor Trustee") to the Motion (the "Objection"); and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed the Motion and the Objection; and the Court having held a hearing to consider the relief requested in the Motion (the "Hearing"); and upon the record of the Hearing; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. For the reasons stated on the record at the Hearing, the Motion is denied as moot.

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Sunnova. The location of Debtor Sunnova Energy International Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 20 East Greenway Plaza, Suite 540, Houston, Texas 77046.

2. Movants' rights, claims and defenses under 11 U.S.C. § 363(o), the *Order Approving the Debtors' Disclosure Statement For, and Confirming the Third Amended Joint Chapter 11 Plan of Sunnova Energy International Inc. and Its Debtor Affiliates (Further Technical Modifications)* [Docket No. 1205], and the *Third Amended Joint Chapter 11 Plan of Sunnova Energy International Inc. and Its Debtor Affiliates (Further Technical Modifications)* [Docket No. 1205-1] (including but limited to Article VIII.C thereof) are preserved and are not subject to the automatic stay.

3. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Houston, Texas

Signed: February 02, 2026

Alfredo R Pérez
United States Bankruptcy Judge