United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 23, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| SUNNOVA ENERGY INTERNATIONAL INC., *et al.*,[1] | Case No. 25-90160 (ARP) |
| Debtors. | (Jointly Administered) |
| PAMELA MCEACHERN, | |
| Plaintiff, | |
| v. | Adv. Proc. No. 25-03785 |
| SUNNOVA ENERGY CORPORATION, | |
| Defendant. | |

**STIPULATION AND AGREED ORDER DISMISSING ADVERSARY PROCEEDING**

This Stipulation and Agreed Order (the "Stipulation and Agreed Order") is entered into by and among Pamela McEachern ("Plaintiff") and Thomas A. Pitta, as trustee of the Sunnova Creditor Trust, on behalf of defendant Sunnova Energy Corporation (the "Creditor Trustee" and, alternatively, "Defendant," and, together with Plaintiff, the "Parties"). The Parties stipulate and agree as follows:

**WHEREAS**, on October 17, 2025, Plaintiff filed the *Adversary Complaint* [Adv. Docket No. 1] (the "Complaint") initiating the above-captioned adversary proceeding (the "Adversary

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Sunnova.  The location of Debtor Sunnova Energy International Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 20 East Greenway Plaza, Suite 540, Houston, Texas 77046.

1

Proceeding"); and

**WHEREAS**, on November 10, 2025, the Court approved the *Third Amended Joint Chapter 11 Plan of Sunnova Energy International Inc. and Its Debtor Affiliates (Further Technical Modifications)* [Docket 1205, Ex. A] (the "Plan"), which became effective on November 14, 2025 (the "Effective Date"); and

**WHEREAS**, Plaintiff has not filed a proof of claim in these chapter 11 cases; and

**WHEREAS,** on February 2, 2026, Defendant filed the *Defendant's Motion to Dismiss Pursuant to Rule 12(b)(6) and 12(b)(1)*; and

**WHEREAS,** following good faith negotiations, the Parties desire to settle and compromise the above-described matters, on the terms set forth herein, to avoid the cost and uncertainty of future litigation.

**NOW THEREFORE,** it is hereby **STIPULATED AND AGREED, AND UPON APPROVAL BY THE COURT OF THIS STIPULATION AND AGREED ORDER, ORDERED THAT:**

1. The Adversary Proceeding is DISMISSED with prejudice.

2. In full and final satisfaction, discharge, settlement and release of any Claim (as defined in section 101(5) of the Bankruptcy Code) that Plaintiff may hold in these chapter 11 cases, Plaintiff shall receive an allowed general unsecured claim in the amount of $5,176.68.

3. Defendant shall direct the noticing and claims agent to adjust the claims register as necessary in order to be consistent with this Stipulation and Agreed Order.

4. Plaintiff shall have no Claims against the Debtors other than the Claim as stipulated and agreed to herein.

3

5. For the avoidance of doubt, Plaintiff's rights, claims and defenses under 11 U.S.C. § 363(o), the *Order Approving the Third Amended Joint Chapter 11 Plan of Sunnova Energy International Inc. and Its Debtor Affiliates (Further Technical Modifications)*, and the Plan (including, but not limited to, Article VIII.C thereof) are preserved.

6. Neither this Stipulation and Agreed Order nor any negotiations and writings in connection with this Stipulation and Agreed Order will in any way be construed or deemed to be evidence of or an admission on behalf of any party regarding any claim or right that such party may have against any other party.

7. Each Party represents and warrants that it is duly authorized to enter into and be bound by this Stipulation.

8. The Bankruptcy Court retains jurisdiction to resolve any dispute arising from or related to the interpretation or enforcement of this Stipulation and Agreed Order.

Signed: February 23, 2026

_____
Alfredo R Pérez
United States Bankruptcy Judge

IM-#10974520.1

Houston, Texas
February 20, 2026

/s/ *Jason G. Cohen*
**BRACEWELL LLP**
Jason G. Cohen (TX Bar No. 24050435)
Jonathan L. Lozano (TX Bar No. 24121570)
711 Louisiana Street, Suite 2300
Houston, Texas 77002
Telephone:      (713) 223-2300
Facsimile:      (800) 404-3970
Email:          jason.cohen@bracewell.com
                jonathan.lozano@bracewell.com

*Special Counsel to the Creditor Trustee*


**THE JOSHUA S. HORTON LAW FIRM, PA**
**THE LAW OFFICE OF MACY D. HANSON**

By: */s/ Joshua S. Horton*
Joshua S. Horton (FL Bar No. 1009130)
107 Pond Apple Lane, # 102
Jupiter, FL 33458
Telephone: (561) 440-5211
Facsimile: (561) 584-5212
 E-mail: josh@joshuahortonlaw.com

Macy D. Hanson (MS Bar No. 104197)
102 First Choice Drive
Madison, Mississippi 39110
Telephone: (769) 567-1934
Facsimile: (601) 853-9327
E-mail: macy@macyhanson.com

 *Attorneys for Plaintiff*

4