

William H. Thomas, Esq.

Direct Line 651 289 3847 | wthomas@askllp.com
2600 Eagan Woods Drive, Suite 400 | St. Paul, Minnesota | 55121
phone 651 406 9665 | fax 651 406 9676 | www.askllp.com

April 30, 2026

**<u>VIA U.S. MAIL</u>**
Mrs. Kyra Hawley
2173 Bolger Ave.
Spring Hill, FL 34609

      Re:     *In re Sunnova Energy International Inc., et al.*, Case No. 25-90160 (ARP)
                United States Bankruptcy Court for the Southern District of Texas

Dear Mrs. Hawley:

This firm represents Thomas Pitta, in his capacity as the Creditor Trustee (the "**<u>Creditor Trustee</u>**") of the Sunnova Creditor Trust. As you may be aware, Sunnova Energy International, Inc. and certain affiliates (the "**<u>Debtors</u>**")[1] filed the above-referenced Chapter 11 case in June 2025.  On November 12, 2025, the Bankruptcy Court entered an order (the "**<u>Confirmation Order</u>**") confirming the Debtors' Chapter 11 plan (the "**<u>Plan</u>**").[2] Pursuant to the Plan and Confirmation Order, the Sunnova Creditor Trust was established to wind down the Debtors, liquidate their remaining assets, and distribute the proceeds to beneficiaries.[3]

We are in receipt of your *Formal Notice of Fraud, Rescission, Demand for Termination, Full Restitution, Prejudgment Interest, Successor Liability, and Preservation of Evidence* (the "**<u>Notice</u>**") filed in the Debtors' chapter 11 case on April 23, 2026, at Docket No. 1602.

Please note that the Plan provides for a permanent injunction of litigation actions (the "**<u>Plan Injunction</u>**") against the Debtors and the Sunnova Creditor Trust following the Plan's November 14, 2025 effective date.[4] More simply, except for certain claims unrelated to your Notice, no litigation actions against the Debtors or the Creditor Trust may proceed, per the Confirmation Order.

Your Notice is a litigation claim against the Debtors and/or the Creditor Trust which is barred by the Plan Injunction. For that reason, if you attempt to pursue such a litigation claim against the Debtors or Creditor Trust further, **the Creditor Trustee will pursue sanctions, including**

---

[1] Debtors in the chapter 11 case include Sunnova Energy International, Inc.; Sunnova Energy Corporation; Sunnova Intermediate Holdings, LLC; Sunnova TEP Developer, LLC.
[2] The *Order Approving the Debtors' Disclosure Statement for, and Confirming the Third Amended Joint Chapter 11 Plan of Sunnova Energy International Inc. and its Debtor Affiliates (Further Technical Modifications).* [Docket No. 1205].
[3] Plan, Art. X-B.
[4] Plan, Art. VIII-E.

**monetary damages against you, for violation of the Plan Injunction and the related Confirmation Order.**

Please let me know if you have any questions. I may be reached via email at wthomas@askllp.com or (651) 289-3847.

Very truly yours,

ASK LLP

*/s/ William H. Thomas*

William H. Thomas, Esq.
Counsel to the Creditor Trustee